# CERTIFICATION

Cambria County Employees Retirement System ("Cambria County" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Cambria County did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Cambria County is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Cambria County's Class Period purchase and sale transactions in Venator Materials PLC securities that are the subject of this action are attached in Schedule A.

4. Cambria County has full power and authority to bring suit to recover for its investment losses.

5. Cambria County has fully reviewed the facts and allegations of the Complaint and authorizes its filing.

6. I, Ed Cernic, Jr., Secretary of the Board of Cambria County Employees Retirement System, am authorized to make legal decisions on behalf of Cambria County.

7. Cambria County intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Cambria County will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Cambria County is not currently serving and has not served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10.    Cambria County has not sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11.    Cambria County will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___/2th___ day of September 2019.

**Cambria County Employees Retirement System**

By: _____

Ed Cernic, Jr.
Secretary of the Board

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 8/3/2017 | 2,642 | $20.00 |
| Common Stock | Buy | 8/3/2017 | 861 | $21.03 |
| Common Stock | Buy | 10/25/2017 | 96 | $24.94 |
| Common Stock | Buy | 11/30/2017 | 937 | $22.50 |
| Common Stock | Sell | 8/30/2017 | 255 | $20.34 |
| Common Stock | Sell | 1/30/2018 | 222 | $22.09 |
| Common Stock | Sell | 6/20/2018 | 35 | $16.49 |
| Common Stock | Sell | 6/20/2018 | 168 | $16.28 |
| Common Stock | Sell | 6/20/2018 | 101 | $16.41 |
| Common Stock | Sell | 6/21/2018 | 3,141 | $16.41 |
| Common Stock | Sell | 6/21/2018 | 614 | $16.21 |