# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CAMBRIA COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | |
| Plaintiff, <br> v. | Civil Action No. 4:19-cv-03464 <br><br> Chief Judge Lee H. Rosenthal |
| VENATOR MATERIALS PLC, SIMON TURNER, KURT D. OGDEN, STEPHEN IBBOTSON, RUSS R. STOLLE, PETER R. HUNTSMAN, SIR ROBERT J. MARGETTS, DOUGLAS D. ANDERSON, DANIELE FERRARI, KATHY D. PATRICK, HUNTSMAN (HOLDINGS) NETHERLANDS B.V., HUNTSMAN INTERNATIONAL LLC, HUNTSMAN CORPORATION, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN SACHS & CO. LLC, and J.P. MORGAN SECURITIES LLC, | CLASS ACTION |
| Defendants. | |
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, individually and on behalf of all others similarly situated, | |
| Plaintiff, <br> v. | Civil Action No. 4:19-cv-04266 <br><br> Judge David Hittner |

-1-

VENATOR MATERIALS PLC, SIMON TURNER, KURT D. OGDEN, STEPHEN IBBOTSON, RUSS R. STOLLE, PETER R. HUNTSMAN, SIR ROBERT J. MARGETTS, DOUGLAS D. ANDERSON, DANIELE FERRARI, KATHY D. PATRICK, HUNTSMAN (HOLDINGS) NETHERLANDS B.V., HUNTSMAN INTERNATIONAL LLC, HUNTSMAN CORPORATION, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN SACHS & CO. LLC, and J.P. MORGAN SECURITIES LLC,

Defendants.

CLASS ACTION

## NOTICE OF RELATED CASE AND AGREED MOTION TO CONSOLIDATE

Pursuant to Rules 5.2 and 7.6 of the Local Rules for the Southern District of

Texas, Plaintiffs[1] and Defendants[2] (the "Parties") hereby provide notice that the case

---

[1] Plaintiffs are the City of Miami General Employees' & Sanitation Employees' Retirement Trust, the Fresno County Employees' Retirement Association, and the City of Pontiac General Employees' Retirement System.

[2] Defendants are Venator Materials PLC, Simon Turner, Kurt D. Ogden, Stephen Ibbotson, Russ R. Stolle, Peter R. Huntsman, Douglas D. Anderson, Kathy D. Patrick, Huntsman (Holdings) Netherlands B.V., Huntsman International LLC, Huntsman Corporation, Citigroup Global Markets Inc., Merrill Lynch, Pierce,

captioned *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Venator Materials PLC*, Civil Action No. 4:19-cv-04266 (the "*City of Miami* Action"), is related to a virtually identical putative securities class action already pending before Chief Judge Lee H. Rosenthal—captioned *Cambria County Employees Retirement System v. Venator Materials PLC*, Civil Action No. 4:19-cv-03464 (the "*Cambria* Action")—and respectfully request that the *City of Miami* Action be consolidated with the *Cambria* Action.

Both actions are putative securities class actions based on the same alleged facts.  Plaintiffs moved for appointment as Lead Plaintiff in both the *Cambria* Action and *City of Miami* Action on September 30, 2019.  *City of Miami* Action, Dkt. No. 37; *Cambria* Action, Dkt. No. 4.  Plaintiffs were appointed Lead Plaintiff by Chief Judge Rosenthal in the *Cambria* Action on October 21, 2019, pursuant to 15 U.S.C. § 77z-1(a)(3)(B), and Chief Judge Rosenthal set a scheduling conference for January 9, 2020.  *Cambria* Action, Dkt. Nos. 7, 8.  Plaintiffs and Defendants in the *City of Miami* Action stipulated to transfer that lawsuit from the Southern District of New York to the Southern District of Texas so that it could be consolidated with the *Cambria* Action pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and they agreed that the consolidated case should proceed before Chief Judge Rosenthal.

---

Fenner & Smith Incorporated, Goldman Sachs & Co. LLC, and J.P. Morgan Securities LLC.

*See City of Miami* Action, Dkt. 45, ¶ 11.  Further, consolidation of the *City of Miami* Action and the *Cambria* Action is appropriate under the Private Securities Litigation Reform Act, which provides for the consolidation of related securities class actions. 15 U.S.C. § 77z-1(a)(3)(B)(ii).

Accordingly, pursuant to the Parties' stipulation and in the interest of efficiency and judicial economy, the Parties respectfully request the *City of Miami* Action be consolidated with the *Cambria* Action pursuant to Rule 42(a).[3]

---

[3] Although the *City of Miami* Action is the "oldest" action under this Court's Local Rules for the consolidation of related actions because it was filed in the Southern District of New York before the *Cambria* Action was filed in the Southern District of Texas, *see* Local Rule 7.6, the Parties stipulated that the *City of Miami* Action should be transferred from the Southern District of New York to be consolidated with the *Cambria* Action before Chief Judge Rosenthal, who has appointed a Lead Plaintiff and set a scheduling conference for January 9, 2020.  *See City of Miami* Action, Dkt No. 45, ¶ 11; *Cambria* Action, Dkt. Nos. 7, 8.

Dated: November 8, 2019  Respectfully submitted,

*/s/ Thomas R. Ajamie*
Thomas R. Ajamie
Texas Bar No. 00952400
Southern District Bar No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
Southern District Bar No. 38095
AJAMIE LLP
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

Hannah Ross*
Avi Josefson*
Michael D. Blatchley*
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com
*Pro Hac Vice* Applications Forthcoming

*Attorneys for Lead Plaintiff the City of Miami General Employees' & Sanitation Employees' Retirement Trust, the Fresno County Employees' Retirement Association, and the City of Pontiac General Employees' Retirement System*

*/s/Craig Smyser*

Craig Smyser
Texas Bar No. 18777575
Southern District Bar No. 848
Eugene Zilberman
Texas Bar No. 24110577
Southern District Bar No. 3337101
SMYSER KAPLAN VESELKA, LLP
700 Louisiana St Ste 2300
Houston, Texas 77002
Tel: (713) 221-2330
Fax: (713) 221-2320
csmyser@skv.com
ezilberman@skv.com

Richard C. Pepperman II*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com
\**Pro Hac Vice* Application Forthcoming

*Attorneys for Defendants Venator Materials PLC, Simon Turner, Kurt D. Ogden, Stephen Ibbotson, Russ R. Stolle, Peter R. Huntsman, Douglas D. Anderson, and Kathy D. Patrick*

*/s/R. Thaddeus Behrens*
R. Thaddeus Behrens
Texas Bar No. 24029440
Southern District Bar No. 916015
Daniel H. Gold
Texas Bar No. 24053230
Southern District Bar No. 2707300
Matthew A. McGee
Texas Bar No. 24062527
Southern District Bar No. 3471193
William D. Marsh
Texas Bar No. 24062527
Southern District Bar No. 3352950
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: (214) 651-5668
Fax: (214) 200-0886
thad.behrens@haynesboone.com
daniel.gold@haynesboone.com
matt.mcgee@haynesboone.com
william.marsh@haynesboone.com

*Attorneys for Defendants Huntsman*
*Corporation, Huntsman International LLC,*
*and Huntsman (Holdings) Netherlands B.V.*

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
Southern District Bar No. 27831
TILLOTSON LAW
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tel: (214) 382-3040
Fax: (214) 292-6564
jtillotson@tillotsonlaw.com

Audra J. Soloway*
Geoffrey R. Chepiga*
Caitlin Grusauskas*
PAUL WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3573
Fax: (212) 492-0573
asoloway@paulweiss.com
gchepiga@paulweiss.com
cgrusauskas@paulweiss.com
**Pro Hac Vice* Applications Forthcoming

*Attorneys for Defendants Citigroup Global
Markets Inc., Merrill Lynch, Pierce,
Fenner & Smith Incorporated, Goldman
Sachs & Co. LLC, and J.P. Morgan
Securities LLC*

**-8-**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon its filing via this Court's CM/ECF system on November 8, 2019 on all counsel of record.

*/s/ R. Thaddeus Behrens*
R. Thaddeus Behrens