# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| CAMBRIA COUNTY EMPLOYEES RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VENATOR MATERIALS PLC, SIMON TURNER, KURT D. OGDEN, STEPHEN IBBOTSON, RUSS R. STOLLE, PETER R. HUNTSMAN, SIR ROBERT J. MARGETTS, DOUGLAS D. ANDERSON, DANIELE FERRARI, KATHY D. PATRICK, HUNTSMAN (HOLDINGS) NETHERLANDS B.V., HUNTSMAN INTERNATIONAL LLC, HUNTSMAN CORPORATION, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN SACHS & CO. LLC, and J.P. MORGAN SECURITIES LLC,<br><br>Defendants. | Civil Action No. 4:19-cv-03464<br><br>Chief Judge Lee H. Rosenthal<br><br>CLASS ACTION |
| CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v. | Civil Action No. 4:19-cv-04266<br><br>Judge David Hittner |

VENATOR MATERIALS PLC, SIMON TURNER, KURT D. OGDEN, STEPHEN IBBOTSON, RUSS R. STOLLE, PETER R. HUNTSMAN, SIR ROBERT J. MARGETTS, DOUGLAS D. ANDERSON, DANIELE FERRARI, KATHY D. PATRICK, HUNTSMAN (HOLDINGS) NETHERLANDS B.V., HUNTSMAN INTERNATIONAL LLC, HUNTSMAN CORPORATION, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN SACHS & CO. LLC, and J.P. MORGAN SECURITIES LLC,

Defendants.

CLASS ACTION

## [PROPOSED] ORDER GRANTING
## AGREED MOTION TO CONSOLIDATE

After considering the Parties' *Agreed Motion to Consolidate* and all supporting documents submitted to this Court, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.     The agreed motion to consolidate is **GRANTED**.

2.     Pursuant to the Parties' stipulation and Rule 42(a) of the Federal Rules of Civil Procedure, the cases captioned *Cambria County Employees Retirement System v. Venator Materials PLC*, Civil Action No. 4:19-cv-03464, and *City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Venator Materials PLC*, Civil Action No. 4:19-cv-04266, as well as any pending,

subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are consolidated for all purposes under the leadership of court-appointed Lead Plaintiff the City of Miami General Employees' & Sanitation Employees' Retirement Trust, the Fresno County Employees' Retirement Association, and the City of Pontiac General Employees' Retirement System.

3.      The consolidated action shall bear the caption "*In re Venator Materials PLC Securities Litigation*" and be maintained under master file number No. 4:19-cv-03464.

**IT IS SO ORDERED.**


Dated: _____, 2019   _____
                                         UNITED STATES DISTRICT JUDGE