*In re Venator Materials PLC Securities Litigation*, No. 4:19-cv-3464 (S.D. Tex.)
# Table of Exhibits

| EXHIBIT | SHORT TITLE | DESCRIPTION |
| --- | --- | --- |
| 1 | Venator IPO S-1 | Excerpts of Venator Materials PLC's ("Venator") registration statement for its initial public offering ("IPO") filed on Form S-1 with the U.S. Securities and Exchange Commission ("SEC") on July 24, 2017. |
| 2 | Venator Q2 2017 10-Q | Excerpts of Venator's Form 10-Q for the quarterly period ended June 30, 2017, filed with the SEC on August 28, 2017. |
| 3 | Oct. 27, 2017 Press Release | Venator's Form 8-K filed with the SEC on October 27, 2017. |
| 4 | Venator Q3 Earnings Call | Transcript of Venator's Q3 2017 earnings call on October 27, 2017. |
| 5 | Venator Q3 2017 10-Q | Excerpts of Venator's Form 10-Q for the quarterly period ended September 30, 2017, filed with the SEC on November 2, 2017. |
| 6 | Venator SPO S-1 | Excerpts of Venator's registration statement for its secondary public offering ("SPO") filed on Form S-1 with the SEC on November 27, 2017. |
| 7 | Venator 2017 10-K | Excerpts of Venator's Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on February 23, 2018. |
| 8 | Venator Q4 2017 Earnings Call | Transcript of Venator's Q4 2017 earnings call on February 23, 2018. |
| 9 | Venator Q2 2018 10-Q | Excerpts of Venator's Form 10-Q for the quarterly period ended June 30, 2018, filed with the SEC on July 31, 2018. |
| 10 | Venator Q2 2018 Earnings Call | Transcript of Venator's Q2 2018 earnings call on July 31, 2018. |
| 11 | Venator September 12, 2018 Call | Transcript of Venator's business update call on September 12, 2018. |

| 12 | Venator IPO Prospectus | Excerpts of Venator's final prospectus for its IPO, filed on Form 424(b)(3) with the SEC on August 4, 2017. |
|---|---|---|
| 13 | Aug. 1, 2018 JPM Analyst Report | Copy of J.P. Morgan Analyst Report titled "Venator Materials," dated August 1, 2018. |
| 14 | Venator SPO Prospectus | Excerpts of Venator's final prospectus for its SPO, filed on Form 424(b)(3) with the SEC on December 1, 2017. |
| 15 | Venator Q1 2018 10-Q | Excerpts of Venator's Form 10-Q for the quarterly period ended March 31, 2018, filed with the SEC on May 1, 2018. |
| 16 | Venator Q3 2018 10-Q | Excerpts of Venator's Form 10-Q for the quarterly period ended September 30, 2018, filed with the SEC on October 30, 2018. |
| 17 | Huntsman Q4 2016 Earnings Call | Transcript of Huntsman Corporation's ("Huntsman") Q4 2016 earnings call dated February 15, 2017. |
| 18 | Venator 2018 10-K | Excerpts of Venator's Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on February 23, 2019. |
| 19 | Sept. 6, 2017 Global Chem. Presentation | Copy of Venator's UBS Global Chemicals & Paper and Packaging Conference presentation dated September 6, 2017. |
| 20 | Sept. 13, 2017 KeyBanc Presentation | Copy of Venator's KeyBanc Basic Materials & Packaging Conference presentation dated September 13, 2017. |
| 21 | Venator Q3 2017 Earnings Call Presentation | Copy of Venator's Q3 2017 earnings call presentation dated October 27, 2017. |
| 22 | Huntsman Q3 2016 Earnings Call | Transcript of Huntsman's Q3 2016 earnings call dated October 28, 2016. |

# Exhibit 1

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**As filed with the Securities and Exchange Commission on July 24, 2017**

**Registration No. 333-217753**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

**AMENDMENT NO. 5**
**TO**

# Form S-1

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# Venator Materials PLC

(Exact name of registrant as specified in its charter)

| **England and Wales** | **2860** | **98-1373159** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22 5FD, United Kingdom**
**+44 (0) 1740 608 001**
(Address, including zip code, and telephone number, including
area code, of registrant's principal executive offices)

**Russ Stolle**
**Senior Vice President, General Counsel and Chief Compliance Officer**
**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22 5FD, United Kingdom**
**+44 (0) 1740 608 001**

(Name, address, including zip code, and telephone number, including
area code, of agent for service)

**Copies to:**

| | |
|---|---|
| **Alan Beck** | **Ilir Mujalovic** |
| **Sarah K. Morgan** | **Harald Halbhuber** |
| **Vinson & Elkins L.L.P.** | **Shearman & Sterling LLP** |
| **1001 Fannin Street, Suite 2500** | **599 Lexington Avenue** |
| **Houston, Texas 77002** | **New York, NY 10022** |
| **(713) 758-2222** | **(212) 848-4000** |

**Approximate date of commencement of proposed sale of the securities to the public:**
**As soon as practicable after the effective date of this Registration Statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☐ | Accelerated filer ☐ | Non-accelerated filer ☒ (Do not check if a smaller reporting company) | Smaller reporting company ☐ Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of each class of securities to be registered | Amount to be registered(1) | Proposed maximum offering price per share(2) | Proposed maximum aggregate offering price(3) | Amount of registration fee(3)(4) |
|---|---|---|---|---|
| Ordinary Shares, par value $0.001 per share | 26,105,000 | $22.00 | $574,310,000 | $66,563 |

(1)    Includes 3,405,000 additional ordinary shares that the underwriters have the option to purchase.

(2)    Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(a) under the Securities Act of 1933, as amended.

(3)    Calculated pursuant to Rule 457(a) based on an estimate of the proposed maximum aggregate offering price.

(4)    The registrant previously paid $11,590 of the total registration fee in connection with the previous filing of the registration statement on May 5, 2017. The amount paid in connection with this filing is $54,973, for an aggregate registration fee of $66,563.

 **The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment that specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

The information in this prospectus is not complete and may be changed. The securities described herein may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and it is not soliciting an offer to buy these securities in any state where the offer or sale is not permitted.

Subject to Completion,
Preliminary Prospectus dated July 24, 2017

**PROSPECTUS**

# 22,700,000 Shares



# Venator Materials PLC

## Ordinary Shares

This is Venator Materials PLC's initial public offering. Huntsman Corporation ("Huntsman"), through its wholly-owned subsidiaries Huntsman International LLC ("Huntsman International") and Huntsman (Holdings) Netherlands B.V. ("HHN") (together, the "selling shareholders"), is selling 22,700,000 of our ordinary shares. We are not selling any ordinary shares under this prospectus and will not receive any proceeds from the sale of ordinary shares to be offered by the selling shareholders.

We expect the public offering price to be between $20.00 and $22.00 per share. Currently, no public market exists for the ordinary shares. After pricing of the offering, we expect that the ordinary shares will trade on the New York Stock Exchange under the symbol "VNTR."

After the completion of this offering, Huntsman will continue to control a majority of the voting power of our ordinary shares. As a result, we will be a "controlled company" within the meaning of the New York Stock Exchange listing standards. See "Management—Status as a Controlled Company" and "Security Ownership of Management and Selling Shareholders."

**Investing in the ordinary shares involves risks that are described in the "Risk Factors" section beginning on page 21 of this prospectus.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $ | $ |
| Underwriting discount(1) | $ | $ |
| Proceeds, before expenses, to the selling shareholders | $ | $ |

(1) Excludes an aggregate structuring fee of $5.0 million payable to Merrill Lynch, Pierce, Fenner & Smith Incorporated. See "Underwriting" section beginning on page 208 of this prospectus for additional information regarding total underwriter compensation.

The underwriters may also exercise their option to purchase up to an additional 3,405,000 ordinary shares from Huntsman, through HHN, at the public offering price, less the underwriting discount, for 30 days after the date of this prospectus.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The shares will be ready for delivery on or about , 2017.

**J.P. Morgan**

**Citigroup   Goldman Sachs & Co. LLC   BofA Merrill Lynch**

**RBC Capital Markets**

**Barclays   Deutsche Bank Securities   UBS Investment Bank**

**SunTrust Robinson Humphrey**

**Moelis & Company          HSBC          Nomura**

**Academy Securities          COMMERZBANK**

Table of Contents

economic downturns and may limit our ability to respond to market conditions, to obtain additional financing or to refinance our debt. We may also incur more debt in the future.

- We are subject to many environmental, health and safety laws and regulations that may result in unanticipated costs or liabilities, which could reduce our profitability.

- Our operations involve risks that may increase our operating costs, which could reduce our profitability.

- Our business is dependent on our intellectual property. If we are unable to enforce our intellectual property rights and prevent use of our intellectual property by third parties, our ability to compete may be adversely affected.

- Our flexibility in managing our labor force may be adversely affected by existing or new labor and employment laws and policies in the jurisdictions in which we operate, many of which are more onerous than those of the United States; and some of our labor force has substantial workers' council or trade union participation, which creates a risk of disruption from labor disputes.

**Recent Developments**

*Financing Arrangements*

In connection with this offering, we intend to enter into new financing arrangements and expect to incur up to $750 million of new debt, which will include (i) $375 million of senior unsecured notes and (ii) borrowings of $375 million under a new senior secured term loan facility with a maturity of seven years (the "term loan facility").

On June 29, 2017, Venator Materials LLC (f/k/a Venator Materials Corporation), a Delaware limited liability company, and Venator Finance S.à r.l. (together the "subsidiary issuers"), each of which will be our wholly-owned subsidiary as of the completion of this offering, announced the pricing of $375 million aggregate principal amount of 5.75% senior notes due 2025 (the "senior notes") in a private placement to qualified institutional buyers in reliance on Rule 144A under the Securities Act and outside the United States to certain non-U.S. persons in compliance with Regulation S under the Securities Act. The sale of the senior notes closed on July 14, 2017, and the proceeds were funded into escrow to be released upon the closing of this offering. In addition to the term loan facility and the senior notes, we also expect to enter into a $300 million asset-based revolving lending facility with a maturity of five years (the "ABL facility" and, together with the term loan facility, the "senior credit facilities"). The senior credit facilities are expected to close concurrently with the closing of this offering. For additional information regarding the senior notes and the senior credit facilities, see "Management's Discussion and Analysis of Financial Condition and Results of Operations— Financing Arrangements."

We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. As of March 31, 2017 and December 31, 2016, Venator had intercompany debt outstanding to Huntsman of $894 million and $882 million, respectively. Prior to, or concurrently with, the closing of this offering, all of our outstanding debt with Huntsman will be repaid, capitalized or otherwise eliminated. The agreement to issue, and the issuance of, the senior notes and the agreements governing the senior credit facilities and the borrowings thereunder from the term loan facility are collectively referred to herein as the "Financings."

12

Table of Contents

***Preliminary Estimate of Selected Second Quarter 2017 Financial Results and Other Information***

Although our results of operations as of and for the three months ended June 30, 2017 are not yet final, based on currently available information, the following table includes preliminary expected financial information for the quarter ended June 30, 2017:

| | Three Months Ended June 30, 2017 (estimated) | | Three Months Ended June 30, 2016 (unaudited) |
| --- | --- | --- | --- |
| | | (in millions) | |
| **Revenues**: | | | |
| Titanium Dioxide | $ | 396 - 406 | $ 413 |
| Performance Additives | | 158 - 164 | 163 |
| **Segment Adjusted EBITDA(1)**: | | | |
| Titanium Dioxide | $ | 90 - 96 | $ 9 |
| Performance Additives | | 19 - 23 | 22 |

(1)     Adjusted EBITDA, as presented on a segment basis, is the measure of profit or loss reported to the chief operating decision maker for purposes of making decisions about allocating resources to each segment and assessing its performance. As noted elsewhere in this prospectus, following this offering, we expect these segments to be burdened annually by an approximate incremental $33 to $38 million (before depreciation and amortization) of selling, general and administrative expense (relating to stand-alone public company expense) in the aggregate. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Results of Operations," as well as note "24. Operating Segment Information" to our combined financial statements and note "12. Operating Segment Information" to our unaudited condensed combined financial statements. for the definition of Adjusted EBITDA and additional information regarding Segment Adjusted EBITDA.

We estimate that our Titanium Dioxide segment revenues for the three months ended June 30, 2017 were between $396 million and $406 million, compared to $413 million for the three months ended June 30, 2016. We estimate that Segment Adjusted EBITDA for our Titanium Dioxide segment was between $90 million and $96 million for the three months ended June 30, 2017, compared to $9 million for the same period in 2016.

We estimate that our Performance Additives segment revenues for the three months ended June 30, 2017 were between $158 million and $164 million, compared to $163 million for the three months ended June 30, 2016. We estimate that Segment Adjusted EBITDA for our Performance Additives segment was between $19 million and $23 million for the three months ended June 30, 2017, compared to $22 million for the same period in 2016.

*Titanium Dioxide Segment*

Revenues for the Titanium Dioxide segment for the three months ended June 30, 2017 are expected to decrease year over year due to lower sales volumes as a result of the fire at our Pori, Finland titanium dioxide facility, with sales volumes increasing slightly after adjusting to exclude the impact of the Pori fire. The decrease in volumes is expected to be partially offset by higher average selling prices. Average selling prices are expected to be higher primarily due to continued improvement in business conditions for titanium dioxide. See "—TiO$_2$ Pricing" below.

We do not expect the fire at our Pori facility to have a material impact on our second quarter Segment Adjusted EBITDA as related losses have been offset by the proceeds of business interruption insurance which was prepaid during the quarter. The expected increase in Segment Adjusted EBITDA

Table of Contents

for the three months ended June 30, 2017 is as a result of higher average selling prices for titanium dioxide and lower costs resulting from our business improvement program.

*Performance Additives Segment*

Revenues and Segment Adjusted EBITDA for the Performance Additives segment for the second quarter of 2017 are expected to be consistent with revenues and Segment Adjusted EBITDA in the second quarter of 2016 as the increases in pricing and decreases in volumes within our business units offset one another.

*Cautionary Note*

We have prepared these estimates on a materially consistent basis with the financial information presented elsewhere in this prospectus and in good faith based upon our internal reporting as of and for the three months ended June 30, 2017. These estimated ranges are preliminary and unaudited and are thus inherently uncertain and subject to change as we complete our financial results for the three months ended June 30, 2017. We are in the process of completing our customary quarterly close and review procedures as of and for the three months ended June 30, 2017, and there can be no assurance that our final results for this period will not differ from these estimates. During the course of the preparation of our consolidated financial statements and related notes as of and for the three months ended June 30, 2017, we or our independent registered public accountants may identify items that could cause our final reported results to be materially different from the preliminary financial estimates presented herein are set forth under the headings "Risk Factors," "Forward-Looking Statements," "Selected Historical Combined Financial Data," "Unaudited Pro Forma Condensed Combined Financial Information," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited combined financial statements, unaudited condensed combined financial statements and the related notes thereto included elsewhere in this prospectus.

These estimates should not be viewed as a substitute for full interim financial statements prepared in accordance with U.S. generally accepted accounting principles. In addition, these preliminary estimates for the three months ended June 30, 2017 are not necessarily indicative of the results to be achieved for the remainder of 2017 or any future period. Our consolidated financial statements and related notes as of and for the three months ended June 30, 2017 are not expected to be filed with the SEC until after this offering is completed. Accordingly, undue reliance should not be placed on these preliminary estimates. This financial information has been prepared by and is the responsibility of our management. Our independent registered public accounting firm has not audited, reviewed or performed any procedures with respect to this preliminary financial data or the accounting treatment thereof and does not express an opinion or any other form of assurance with respect thereto and disclaims any association with, this information.

**Pori Fire**

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage, and it is currently not fully operational. We are committed to repairing the facility as quickly as possible. We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018. During the first quarter of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating (income) expense, net in our condensed combined statements of operations (without taking into account the insurance recoveries discussed below). In addition, we recorded a loss of $4 million of costs for cleanup of the facility through March 31, 2017. The Pori facility has a nameplate capacity of up to 130,000 metric tons per year, which represents approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand.

14

Table of Contents

The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. The separation agreement provides that Venator will have the benefit of the property and business interruption insurance proceeds related to covered repair costs or covered lost profits incurred following this offering related to the Pori Fire. We have established a process with our insurer to receive timely advance payments for the reconstruction of the facility as well as lost profits. We expect to have pre-funded cash on our balance sheet resulting from these advance insurance payments. We have agreed with our insurer to have monthly meetings to review relevant site activities and interim claims as well as regular progress payments.

On February 9, 2017, we received $54 million as an initial partial progress payment from our insurer. During the first quarter of 2017, we recorded $32 million of income related to insurance recoveries in other operating (income) expense, net in our condensed combined statements of operations and we recorded $22 million as deferred income in accrued liabilities for costs not yet incurred. On May 2, 2017 and July 10, 2017, we received progress payments from our insurer of approximately $76 million and $11 million, respectively.

If we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility, or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted. See "Risk Factors—Risks Related to Our Business—Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition."

### $TiO_2$ Pricing

$TiO_2$ prices steadily improved during 2016. After reaching a trough in the first quarter of 2016, prices have increased for each of the last four quarters. We realized approximately $300 per metric ton improvement in pricing over the course of 2016. Although the $TiO_2$ market has shown signs of recovery, prices and margins remain below long term historical averages. Management expects that global capacity utilization rates will continue to improve as supply and demand conditions continue to improve. TZMI estimates that global $TiO_2$ demand grew by 8% in 2016 while production capacity grew by about 1%. We expect this growth in demand to create an environment favorable for $TiO_2$ price increases. We have announced price increases for each of the first three quarters of 2017: $160 per metric ton in the first quarter, $250 per metric ton in the second quarter and an additional $250 per metric ton in the third quarter.

These price increases were effective on the first day of the quarter or as contracts permit. We have successfully captured the majority of these increases. In the first quarter we achieved approximately one-half of the announced increase and in the second quarter we achieved more than three-quarters of the announced increase. We currently expect to capture between one-half to three-quarters of the third quarter announced increase. Actual results are dependent upon regional and market conditions.

The markets and industry in which we operate are cyclical and subject to competitive and economic dynamics and there can be no assurance that such price increases will be fully realized or not reversed in future periods. See "Risk Factors—Risks Related to our Business—The market for many of our $TiO_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products."

### Business Improvement Program

We are currently implementing business improvements in our Titanium Dioxide and Performance Additives businesses, which we expect to provide additional contributions to Adjusted

15

Table of Contents

EBITDA beginning in 2017 and to be completed by the end of 2018. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in increases to our Adjusted EBITDA of approximately $60 million per year by the first quarter of 2019, with additional projected increases to Adjusted EBITDA from volume growth (primarily via the launch of new products). We have realized approximately $6 million of savings in the second quarter of 2017 as a result of these programs. We currently estimate that these business improvements will require approximately $90 million of cash restructuring costs through 2020. See "Risk Factors—Risks Related to Our Business —If we are unable to successfully implement our business improvement program, we may not realize the benefits we anticipate from such program or may incur additional and/or unexpected costs in order to realize them."

**Other Information**

On April 28, 2017, we were incorporated under the laws of England and Wales as a public limited company. Our principal executive offices are located Titanium House, Hanzard Drive, Wynyard Park, Stockton-On-Tees, TS22 5FD, United Kingdom. Our telephone number is +44(0) 1740 608 001. Our website address is *www.venatorcorp.com*, and it will be completed and become fully functional in connection with the completion of this offering. Information contained on our website is not incorporated by reference into this prospectus or the registration statement on Form S-1 of which this prospectus is a part, and you should not consider information on our website as part of this prospectus or such registration statement on Form S-1.

16

Table of Contents

**The Offering**

| | |
|---|---|
| Ordinary shares offered by the selling shareholders | 22,700,000 shares. 26,105,000 shares if the underwriters exercise their option to purchase additional ordinary shares in full. |
| Ordinary shares to be outstanding immediately after this offering: | 106,271,712 shares. |
| Ordinary shares to be held by Huntsman immediately after this offering | 83,571,712 shares. 80,166,712 shares if the underwriters exercise their option to purchase additional ordinary shares in full. |
| Underwriters' option to purchase additional ordinary shares | HHN has granted the underwriters a 30-day option to purchase up to an additional 3,405,000 ordinary shares. |
| Use of proceeds | We will not receive any proceeds from the sale by the selling shareholders of our ordinary shares in this offering, including any ordinary shares offered if the underwriters exercise their option to purchase additional ordinary shares. See "Use of Proceeds." |
| Dividend policy | We do not intend to declare or pay any cash dividends on our ordinary shares for the foreseeable future. See "Dividend Policy." |
| Trading market and ticker symbol | We have been approved to list our ordinary shares on the New York Stock Exchange ("NYSE") under the ticker symbol "VNTR." |
| Risk factors | You should carefully read and consider the information set forth in this prospectus before deciding to invest in our ordinary shares. See "Risk Factors." |

Unless otherwise indicated, all information in this prospectus, including information regarding the number of shares of our ordinary shares outstanding:

- assumes an initial public offering price of $21.00 per ordinary share (the midpoint of the price range set forth on the front cover of this prospectus);

- assumes the underwriters' option to purchase additional ordinary shares from HHN has not been exercised; and

- does not include 12,750,000 ordinary shares reserved for future issuance under the Venator 2017 Stock Incentive Plan (the "LTIP") described under "Executive Compensation—Future Compensation and Incentive and Benefit Plans and Arrangements—Venator Materials 2017 Stock Incentive Plan."

The 12,750,000 ordinary shares reserved for future issuance under the LTIP include an estimated amount of approximately 972,093 Venator ordinary shares that may become issuable pursuant to equity awards that are granted in exchange for the conversion of employees' rights pursuant to canceled Huntsman equity awards. There are currently approximately 753,560 shares of Huntsman common stock subject to equity awards that will be canceled and converted into the right to receive Venator equity awards. Equity right conversions will occur using a formula that relies upon the weighted average volume price ("VWAP") of Huntsman common stock over the ten trading day period prior to the closing of this offering, and the VWAP of Venator ordinary shares over the ten trading day period immediately following the closing of this offering. See "Certain Relationships and Related Party Transactions—Agreements Between Huntsman and Our Company—Employee Matters Agreement." Assuming a Huntsman VWAP of $27.00, and a Venator VWAP of $21.00 (the midpoint of the price range set forth on the cover of this prospectus), the conversion ratio from Huntsman common stock to Venator ordinary shares would be 1:1.29. The number of Venator ordinary shares subject to the converted equity rights could increase or decrease based upon the price of Huntsman common stock, the price of Venator ordinary shares, and the achievement of performance conditions applicable to certain Huntsman awards.

Table of Contents

**SUMMARY HISTORICAL COMBINED AND
PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION**

Set forth below is a summary of our historical combined and pro forma condensed combined financial information for the periods indicated. The historical unaudited condensed combined financial information for the three months ended March 31, 2017 and 2016 and the balance sheet data as of March 31, 2017 have been derived from our unaudited condensed combined financial statements included elsewhere in this prospectus. The historical unaudited condensed combined financial data as of March 31, 2016 has been derived from our unaudited accounting records not included in this prospectus. The unaudited condensed combined financial statements have been prepared on the same basis as our audited combined financial statements, except as stated in the related notes thereto, and include all normal recurring adjustments that, in the opinion of management, are necessary to present fairly our financial condition and results of operations for such periods. The results of operations for the three months ended March 31, 2017 and 2016 presented below are not necessarily indicative of results for the entire fiscal year. The historical combined financial information as of December 31, 2016 and 2015 and for the fiscal years ended December 31, 2016, 2015 and 2014 has been derived from our audited combined financial statements included elsewhere in this prospectus. The historical combined financial information as of December 31, 2014 has been derived from our unaudited accounting records not included in this prospectus.

The Titanium Dioxide, Performance Additives and other businesses have historically been included in Huntsman's financial results in different legal forms, including, but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities which are comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide, Performance Additives and other businesses are the primary beneficiaries. **Because our historical combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical combined financial information includes the results of operations of other Huntsman businesses that will not be a part of our operations following our separation from Huntsman.** We will report the results of those other businesses as discontinued operations in our future financial statements for periods that include the date of completion of the separation. In addition, our historical combined financial information has been derived from Huntsman's historical accounting records and is presented on a stand-alone basis as if the operations of the Titanium Dioxide, Performance Additives and other businesses had been conducted separately from Huntsman. However, the Titanium Dioxide, Performance Additives and other businesses segments did not operate as a stand-alone entity for the periods presented and, as such, the historical combined financial statements may not be indicative of the financial position, results of operations and cash flows had the Titanium Dioxide, Performance Additives and other businesses segments been a stand-alone company. See "Risks Related to Our Relationship with Huntsman—Our historical financial information may not be representative of the results we would have achieved as a stand-alone public company and may not be a reliable indicator of our future results."

The historical combined statements of operations also include expense allocations for certain functions and centrally-located activities historically performed by Huntsman. These functions include executive oversight, accounting, procurement, operations, marketing, internal audit, legal, risk management, finance, tax, treasury, information technology, government relations, investor relations, public relations, financial reporting, human resources, ethics and compliance, and certain other shared services. These expense allocations do not reflect certain anticipated changes to our expenses as a result of the separation. For more information, see "Management's Discussion and Analysis of Financial Condition and Results of Operations—Factors Affecting Comparability of Our Historical Financial Results of Operations to Our Future Financial Results of Operations."

18

Table of Contents

The unaudited pro forma condensed combined financial information has been derived from the historical combined financial statements included in this prospectus. The pro forma financial information eliminates the results of operations of other Huntsman businesses that will not be a part of our operations following this offering and otherwise gives effect to the separation of the Titanium Dioxide and Performance Additives businesses into a stand-alone, publicly traded company as a result of the separation. The pro forma adjustments are based on available information and assumptions that are factually supportable and that we believe are reasonable; however, such adjustments are subject to change based on the finalization of the terms of the separation, this offering and related transactions. Actual expenses could vary from this estimate and such variations could be material. The pro forma adjustments, including related tax effects, to reflect the separation and this offering are expected to include the following:

- the exclusion of operations, assets and liabilities of businesses that are not part of the Titanium Dioxide or Performance Additives businesses and that will be retained by Huntsman following the separation;

- the inclusion of accounts receivable previously sold into the accounts receivable securitization programs (the "A/R Programs") sponsored by Huntsman International by one of the legal entities comprising the Titanium Dioxide and Performance Additives segments because we will not participate in the Huntsman A/R Programs following the separation;

- the incurrence of $750 million of new indebtedness by us under the Financings and the application of the net proceeds of the senior notes offering and the term loan facility therefrom to repay the intercompany indebtedness we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses, and an increase in interest expense resulting from the incurrence of the new indebtedness;

- the elimination of Huntsman's net investment in, and advances to, us and adjustments to additional paid-in capital;

- the issuance of 106,271,712 of our ordinary shares to Huntsman through its wholly-owned subsidiaries Huntsman International and HHN in connection with the separation at a par value of $0.001 per share; and

- other adjustments described in the notes to the unaudited pro forma condensed combined financial statements.

In addition, we expect that our recurring selling, general and administrative costs to operate our business as a standalone public company will be lower than expenses historically allocated to us from Huntsman. Please see note (b) to "Note 2—Adjustments to Unaudited Pro Forma Condensed Combined Statements of Operations" to our "Unaudited Pro Forma Condensed Combined Financial Information."

You should read the following summary financial information in conjunction with "Selected Historical Combined Financial Data," "Unaudited Pro Forma Condensed Combined Financial Information," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited combined financial statements, unaudited condensed combined financial statements and the notes to those statements included in this prospectus.

The financial information presented below is not necessarily indicative of our future performance or what our financial position and results of operations would have been had we operated as a stand-alone public company during the periods presented, or in the case of the unaudited pro forma information, had the transactions reflected in the pro forma adjustments actually occurred as of

19

Table of Contents

the dates assumed. The unaudited pro forma condensed combined financial information is for illustrative purposes only. The unaudited pro forma condensed combined financial information constitutes forward-looking information and is subject to certain risks and uncertainties that could cause actual results to differ materially from those anticipated. See "Forward-Looking Statements."

| | | | | | | | | | | | Pro Forma | | |
| | Three Months Ended March 31, | | | Year Ended December 31, | | | | | | | Three Months Ended March 31, 2017 | | Year Ended December 31, 2016 |
| | 2017 | | 2016 | | 2016 | | 2015 | | 2014 | | | | |
| | | | | | | (in millions) | | | | | | | |
| **Statement of Operations Data:** | | | | | | | | | | | | | |
| **Revenues:** | | | | | | | | | | | | | |
| Titanium Dioxide | $ | 385 | $ | 392 | $ | 1,554 | $ | 1,583 | $ | 1,411 | $ | 385 | $ | 1,554 |
| Performance Additives | | 152 | | 148 | | 585 | | 577 | | 138 | | 152 | | 585 |
| Other businesses | | 32 | | 45 | | 170 | | 170 | | 180 | | — | | — |
| Total | $ | 569 | $ | 585 | $ | 2,309 | $ | 2,330 | $ | 1,729 | $ | 537 | $ | 2,139 |
| **Net loss** | $ | (13) | $ | (48) | $ | (77) | $ | (352) | $ | (162) | $ | (18) | $ | (68) |
| **Balance Sheet Data (at period end):** | | | | | | | | | | | | | |
| Total assets | $ | 2,873 | $ | 3,400 | $ | 2,659 | $ | 3,413 | $ | 3,933 | $ | 2,380 | $ | 2,557 |
| Total long-term liabilities | | 1,320 | | 1,480 | | 1,308 | | 1,477 | | 1,579 | | 1,085 | | 1,044 |
| **Other Financial Data:** | | | | | | | | | | | | | |
| **Segment Adjusted EBITDA(1)(2):** | | | | | | | | | | | | | |
| Titanium Dioxide(3) | $ | 48 | $ | (3) | $ | 61 | $ | (8) | $ | 62 | $ | 48 | $ | 61 |
| Performance Additives(3) | | 21 | | 18 | | 69 | | 69 | | 14 | | 21 | | 69 |

(1)    Relative to our pro forma Segment Adjusted EBITDA for the Titanium Dioxide and Performance Additive segments for the year ended December 31, 2016, we expect these segments to be burdened annually by an approximate incremental $33 million to $38 million (before depreciation and amortization) of selling, general and administrative expense (relating to stand-alone public company expense) in the aggregate.

(2)    Adjusted EBITDA, as presented on a segment basis, is the measure of profit or loss reported to the chief operating decision maker for purposes of making decisions about allocating resources to each segment and assessing its performance. For further discussion of the non-GAAP financial measure Adjusted EBITDA, as well as a reconciliation of total Adjusted EBITDA to total net loss, its most directly comparable financial measure calculated in accordance with generally accepted accounting principles in the U.S. ("GAAP" or "U.S. GAAP"), please read "Management's Discussion and Analysis of Financial Condition and Results of Operations—Results of Operations," as well as note "24. Operating Segment Information" to our combined financial statements and note "12. Operating Segment Information" to our unaudited condensed combined financial statements.

(3)    On October 1, 2014, Huntsman completed the acquisition of the performance additives and $TiO_2$ businesses of Rockwood. Huntsman paid $1.02 billion in cash and assumed certain unfunded pension liabilities in connection with the Rockwood acquisition and subsequently contributed these businesses to our Titanium Dioxide and Performance Additives segments.

20

Table of Contents

## RISK FACTORS

*You should carefully consider the information included in this prospectus, including the matters addressed under "Forward-Looking Statements," and the following risks.*

*We are subject to certain risks and hazards due to the nature of the business activities we conduct. The risks discussed below, any of which could materially and adversely affect our business, financial condition, cash flows, results of operations and share price, are not the only risks we face. We may experience additional risks and uncertainties not currently known to us or, as a result of developments occurring in the future, conditions that we currently deem to be immaterial may ultimately materially and adversely affect our business, financial condition, cash flows, results of operations and share price.*

**Risks Related to Our Business**

***Our industry is affected by global economic factors, including risks associated with volatile economic conditions.***

Our financial results are substantially dependent on overall economic conditions in the U.S., Europe and Asia. Declining economic conditions in all or any of these locations—or negative perceptions about economic conditions—could result in a substantial decrease in demand for our products and could adversely affect our business. The timing and extent of any changes to currently prevailing market conditions is uncertain, and supply and demand may be unbalanced at any time. Uncertain economic conditions and market instability make it particularly difficult for us to forecast demand trends. As a consequence, we may not be able to accurately predict future economic conditions or the effect of such conditions on our financial condition or results of operations. We can give no assurances as to the timing, extent or duration of the current or future economic cycles impacting the industries in which we operate.

In addition, a large portion of our revenue and profitability is largely dependent on the $TiO_2$ industry. $TiO_2$ is used in many "quality of life" products for which demand historically has been linked to global, regional and local gross domestic product ("GDP") and discretionary spending, which can be negatively impacted by regional and world events or economic conditions. Such events are likely to cause a decrease in demand for our products and, as a result, may have an adverse effect on our results of operations and financial condition. The future profitability of our operations, and cash flows generated by those operations, will also be affected by the available supply of our products in the market.

***The market for many of our $TiO_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products.***

Historically, the market for large volume $TiO_2$ applications, including coatings, paper and plastics, has experienced alternating periods of tight supply, causing prices and margins to increase, followed by periods of lower capacity utilization resulting in declining prices and margins. The volatility this market experiences occurs as a result of significant changes in the demand for products as a consequence of global economic activity and changes in customers' requirements. The supply-demand balance is also impacted by capacity additions or reductions that result in changes of utilization rates. In addition, $TiO_2$ margins are impacted by significant changes in major input costs such as energy and feedstock. Demand for $TiO_2$ depends in part on the housing and construction industries. These industries are cyclical in nature and have historically been impacted by downturns in the economy. Relative changes in the selling prices for our products are one of the main factors that affect the level of our profitability. In addition, pricing may affect customer inventory levels as customers may from time to time accelerate purchases of $TiO_2$ in advance of anticipated price increases or defer purchases of $TiO_2$ in advance of anticipated price decreases.

Table of Contents

The cyclicality and volatility of the $TiO_2$ industry results in significant fluctuations in profits and cash flow from period to period and over the business cycle. Primarily as a result of oversupply in the market, global prices for $TiO_2$ declined throughout 2015 before reaching a trough in the first quarter of 2016. Although we have recently successfully implemented price increases, any decline in selling prices in 2017 and beyond could negatively impact our business, results of operations and/or financial condition.

***The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.***

The industries in which we operate are highly competitive. Among our competitors are companies that are vertically-integrated (those that have their own raw material resources). Changes in the competitive landscape could make it difficult for us to retain our competitive position in various products and markets throughout the world. Our competitors with their own raw material resources may have a competitive advantage during periods of higher raw material prices. In addition, some of the companies with whom we compete may be able to produce products more economically than we can. Furthermore, some of our competitors have greater financial resources, which may enable them to invest significant capital into their businesses, including expenditures for research and development.

The global $TiO_2$ market is highly competitive, with the top six producers accounting for approximately 60% of the world's production capacity according to TZMI. Competition is based on a number of factors, such as price, product quality and service. Some of our competitors may be able to drive down prices for our products if their costs are lower than our costs. In addition, our $TiO_2$ business competes with numerous regional producers, including producers in China, who have significantly expanded their sulfate production capacity during the past five years and commenced the commercial production of $TiO_2$ via chloride technology. The risk of our customers substituting our products with those made by Chinese producers could increase as the Chinese producers expand their use of chloride production technology. Further, consolidation of our competitors or customers may result in reduced demand for our products or make it more difficult for us to compete with our competitors. The occurrence of any of these events could result in reduced earnings or operating losses.

While we are engaged in a range of research and development programs to develop new products and processes, to improve and refine existing products and processes, and to develop new applications for existing products, the failure to develop new products, processes or applications could make us less competitive. Moreover, if any of our current or future competitors develops proprietary technology that enables them to produce products at a significantly lower cost, our technology could be rendered uneconomical or obsolete.

Further, it is possible that we could abandon certain products, processes, or applications due to potential infringement of third-party intellectual property rights or that we could be named in future litigation for the infringement or misappropriation of a competitor's or other third party's intellectual property rights, which could include a claim for injunctive relief and damages, and, if so, such adverse results could have a material adverse effect on our business, results of operations and financial position. In addition, certain of our competitors in various countries in which we do business, including China, may be owned by or affiliated with members of local governments and political entities. These competitors may get special treatment with respect to regulatory compliance and product registration, while certain of our products, including those based on new technologies, may be delayed or even prevented from entering into the local market.

Certain of our businesses use technology that is widely available. Accordingly, barriers to entry, apart from capital availability, may be low in certain product segments of our business. The entrance of new competitors into the industry may reduce our ability to maintain margins or capture improving

22

Table of Contents

margins in circumstances where capacity utilization in the industry is increasing. Increased competition in any of our businesses could compel us to reduce the prices of our products, which could result in reduced margins and loss of market share and have a material adverse effect on our business, results of operations, financial condition and liquidity.

***The classification of $TiO_2$ as a Category 2 Carcinogen in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.***

The European Union ("EU") adopted the Globally Harmonised System ("GHS") of the United Nations for a uniform system for the classification, labelling and packaging of chemical substances in Regulation (EC) No 1272/2008, the Classification, Labelling and Packaging Regulation ("CLP"). Pursuant to the CLP, an EU Member State can propose a classification for a substance to the European Chemicals Agency ("ECHA"), which upon review by ECHA's Committee for Risk Assessment ("RAC"), can be submitted to the European Commission for adoption by regulation. On May 31, 2016, the French Agency for Food, Environmental and Occupational Health and Safety ("ANSES") submitted a proposal to ECHA that would classify $TiO_2$ as a Category 1B Carcinogen presumed to have carcinogenic potential for humans by inhalation. Huntsman, together with other companies, relevant trade associations and the European Chemical Industry Council ("Cefic"), submitted comments opposing any classification of $TiO_2$ as carcinogenic, based on evidence from multiple epidemiological studies covering more than 24,000 production workers at 18 $TiO_2$ manufacturing sites over several decades that found no increased incidence of lung cancer as a result of workplace exposure to $TiO_2$ and other scientific studies that concluded that the response to lung overload studies with poorly soluble particles upon which the ANSES proposed classification is based is unique to the rat and is not seen in other animal species or humans. On June 8, 2017, the RAC announced its conclusion that certain evidence meets the criteria under CLP to classify $TiO_2$ as a Category 2 Carcinogen (described by the EU regulation as appropriate for "suspected human carcinogens") for humans by inhalation, but found such evidence not sufficiently convincing to classify $TiO_2$ in Category 1B ("presumed" to have carcinogenic potential for humans), as was originally proposed by ANSES. The European Commission will now evaluate the RAC report in deciding what, if any, regulatory measures should be taken. Huntsman, Cefic and others expect to continue to advocate with the European Commission that the RAC's report should not justify other than minimal regulatory measures for the reasons stated above, among others. If the European Commission were to subsequently adopt the Category 2 Carcinogen classification, it could require that many end-use products manufactured with $TiO_2$ be classified as containing a potential carcinogenic component, which could negatively impact public perception of products containing $TiO_2$, limit the marketability of and demand for $TiO_2$ or products containing $TiO_2$ and potentially have spill-over, restrictive effects under other EU laws, e.g., those affecting medical and pharmaceutical applications, cosmetics, food packaging and food additives. Such classifications would also affect manufacturing operations by subjecting us to new workplace requirements that could significantly increase costs. In addition, any classification, use restriction, or authorization requirement for use imposed by ECHA could trigger heightened regulatory scrutiny in countries outside the EU based on health or safety grounds, which could have a wider adverse impact geographically on market demand for and price of $TiO_2$ or other products containing $TiO_2$ and increase our compliance obligations outside the EU. It is also possible that heightened regulatory scrutiny would lead to claims by consumers of such products alleging adverse health impacts. Finally, the classification of $TiO_2$ as a Category 2 Carcinogen could lead the ECHA to evaluate other products with similar particle size characteristics such as iron oxides or functional additives for carcinogenic potential by inhalation for humans as well, which may ultimately have similar negative impacts to other of our products if classified as potentially carcinogenic. In addition, under the separation agreement, we are required to indemnify Huntsman for any liabilities relating to our $TiO_2$ operations.

23

Table of Contents

Sales of $TiO_2$ in the European Union represented approximately 45% of our revenues for the twelve months ended March 31, 2017.

***Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition.***

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may take a significant time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our $TiO_2$ manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate a portion of our white end production will be operational during the second quarter of 2017 and full capacity to be available around the end of 2018. However, we may experience delays in construction or equipment procurement, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. Huntsman maintains property damage and business interruption insurance coverage subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. If we experience delays in receiving the insurance proceeds our short term liquidity and earnings may be impacted. In addition, if the proceeds do not fully cover our property damage, business interruption, lost profits or other losses, this will adversely affect our earnings. Additionally, our premiums and deductibles may increase substantially as a result of the fire. The separation agreement will provide that we will have the benefit of the insurance proceeds related to covered costs incurred in connection with repairs or covered lost profits incurred following this offering.

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some

24

Table of Contents

potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

***Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.***

Our manufacturing processes consume significant amounts of raw materials and energy, the costs of which are subject to worldwide supply and demand as well as other factors beyond our control. Variations in the cost for raw materials, and of energy, which primarily reflects market prices for oil and natural gas, may significantly affect our operating results from period to period. We purchase a substantial portion of our raw materials from third-party suppliers and the cost of these raw materials represents a substantial portion of our operating expenses. The prices of the raw materials that we purchase from third parties are cyclical and volatile. For example, according to TZMI, the prices of all feedstocks used for the production of $TiO_2$ increased 200% to 300% above historical averages in 2011 and 2012. Our supply agreements with our $TiO_2$ feedstock suppliers provide us only limited protection against price volatility as they are entered into either on a short-term basis or are longer-term volume contracts, which provide for market-based pricing. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems. While we attempt to match cost increases with corresponding product price increases, we are not always able to raise product prices immediately or at all. Moreover, the outcome of these efforts is largely determined by existing competitive and economic conditions. Timing differences between raw material prices, which may change daily, and contract product prices, which in many cases are negotiated only monthly or less often, also have had and may continue to have a negative effect on our cash flow. Any raw materials or energy cost increase that we are not able to pass on to our customers could have a material adverse effect on our business, results of operations, financial condition and liquidity.

There are several raw materials for which there are only a limited number of suppliers or a single supplier. For example, titanium-containing feedstocks suitable for use in our $TiO_2$ facilities are available from a limited number of suppliers around the world. To mitigate potential supply constraints, we enter into supply agreements with particular suppliers, evaluate alternative sources of supply and evaluate alternative technologies to avoid reliance on limited or sole-source suppliers. Where supply relationships are concentrated, particular attention is paid by the parties to ensure strategic intentions are aligned to facilitate long term planning. If certain of our suppliers are unable to meet their obligations under present supply agreements, we may be forced to pay higher prices to obtain the necessary raw materials from other sources and we may not be able to increase prices for our finished products to recoup the higher raw materials costs. Any interruption in the supply of raw materials could increase our costs or decrease our revenues, which could reduce our cash flow. The inability of a supplier to meet our raw material needs could have a material adverse effect on our financial statements and results of operations.

The number of sources for and availability of certain raw materials is also specific to the particular geographical region in which a facility is located. Political and economic instability in the countries from which we purchase our raw material supplies could adversely affect their availability. In addition, if raw materials become unavailable within a geographic area from which they are now sourced, then we may not be able to obtain suitable or cost effective substitutes. We may also experience higher operating costs such as energy costs, which could affect our profitability. We may not always be able to increase our selling prices to offset the impact of any higher productions costs or reduced production levels, which could reduce our earnings and decrease our liquidity.

25

Table of Contents

general and administrative expense (relating to stand-alone public company expense) in the aggregate. Actual expenses could vary from this estimate and such variations could be material. Subject to the terms of the separation agreement, nonrecurring third-party costs and expenses that are related to the separation, other than the debt-related costs, and incurred prior to the separation date will generally be paid by Huntsman. We expect such nonrecurring amounts to include costs to separate and/or duplicate information technology systems, outside legal and accounting fees, and similar costs. See "Unaudited Pro Forma Condensed Combined Financial Information."

- We have historically participated in Huntsman's corporate treasury management program and have not incurred or carried any third-party debt (other than capital leases). Excess cash generated by our business has been distributed to Huntsman, and likewise our cash needs have been provided by Huntsman. Accordingly, we have not included third-party debt (other than capital leases) or related interest expense in our combined financial statements because there was no specifically identifiable third-party debt associated with our operations. In connection with this offering, we intend to enter into the Financings and expect to incur up to $750 million of new debt, which will include (i) $375 million of senior notes and (ii) borrowings of $375 million under our term loan facility. In addition, we intend to enter into a $300 million ABL facility at closing of this offering. We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. As a result, the capitalization of our business will be different and we will incur cash interest expenses as well as amortization of financing costs. See "Unaudited Pro Forma Condensed Combined Financial Information."

- We expect to institute competitive compensation policies and programs as a standalone public company, the expense for which may differ from the compensation expense allocated by Huntsman in our combined financial statements.

- We are comprised of operations in various tax jurisdictions. Our operations were included in Huntsman's financial results in different legal forms, including but not limited to wholly-owned subsidiaries for which we were the sole business, components of legal entities in which we operated in conjunction with other Huntsman businesses and variable interest entities in which we are the primary beneficiary.

    Similarly, our tax obligations and filings were included in different legal forms, including, but not limited to, legal entities in certain countries where fiscal unity or consolidation is allowed or required with other Huntsman businesses, components of legal entities in which we operated in conjunction with other Huntsman businesses, and legal entities which file separate tax returns in their respective tax jurisdictions.

    The combined financial statements have been prepared from Huntsman's historical accounting records and are presented on a stand-alone basis as if our operations had been conducted separately from Huntsman; however, we did not operate as a separate, stand-alone entity for the periods presented and, as such, the tax results and attributes presented in our combined financial statements would not be indicative of the income tax expense or benefit, income tax related assets and liabilities and cash taxes had we been a stand-alone company.

    The combined financial statements have been prepared under our currently anticipated legal structure such that the historical results of legal entities are presented as follows: The historical tax results of legal entities which file separate tax returns in their respective tax jurisdictions and which need no restructuring before being contributed to us are included

78

Table of Contents

without adjustment, including the inclusion of any currently held subsidiaries. The historical tax results of legal entities in which we operated in conjunction with other Huntsman businesses that will be retained by Huntsman following the separation for which new legal entities will be formed for our operations are presented on a stand-alone basis as if their operations had been conducted separately from Huntsman and any adjustments to current taxes payable have been treated as adjustments to parent's net investment and advances. The historical tax results of legal entities in which we operated in conjunction with other Huntsman businesses for which the Huntsman business will be transferred out to different legal entities have been presented without adjustment, including the historical results of the other Huntsman businesses which are unrelated to our continuing operating businesses.

Pursuant to tax-sharing agreements, subsidiaries of Huntsman are charged or credited, in general, with an amount of income taxes as if they filed separate income tax returns. Adjustments to current income taxes payable by us have been treated as adjustments to parent's net investment and advances.

We include the U.S. Titanium Dioxide and Performance Additives subsidiaries of Huntsman International which are treated for U.S. tax purposes as divisions of Huntsman International. Huntsman International is included in the U.S. consolidated tax return of its parent, Huntsman. A 2% U.S. state income tax rate (net of federal benefit) was estimated for us based upon the estimated apportionment factors and actual income tax rates in state tax jurisdictions where we have nexus. U.S. foreign tax credits relating to taxes paid by non-U.S. business entities have been generated and utilized by Huntsman. On a separate entity basis, these foreign tax credits would not have been generated or utilized. Therefore, no additional allocation of Huntsman foreign tax credits was necessary. Additionally, Huntsman had no U.S. net operating loss carryforward amounts ("NOLs") or similar attributes to allocate to us. We believe this methodology is reasonable and complies with Staff Accounting Bulletin Topic 1B, *Allocation of Expenses and Related Disclosure in Financial Statements of Subsidiaries, Divisions or Lesser Business Components of Another Entity*.

In addition, there were acquisitions, dispositions and restructuring initiatives completed in the periods presented that will impact the comparability of the historical results of operations for the periods presented and to future periods, primarily comprising the following:

- On October 1, 2014, Huntsman completed the acquisition of the $TiO_2$ and performance additives businesses of Rockwood. Huntsman paid $1.02 billion in cash and assumed certain unfunded pension liabilities in connection with the Rockwood acquisition and subsequently contributed these businesses to our Titanium Dioxide and Performance Additives segments. In connection with securing certain regulatory approvals required to complete the Rockwood acquisition, Huntsman sold our $TiO_2$ TR52 product line used in printing inks to Henan Billions Chemicals Co., Ltd. ("Henan") in December 2014.

- In 2014, our Titanium Dioxide and Performance Additives businesses began taking significant actions to improve their global competitiveness and implemented a comprehensive restructuring program. In connection with this restructuring program, the Titanium Dioxide and Performance Additives segments recorded significant charges relating to workforce reductions, pension related charges and other restructuring costs that impact comparability of our historical financial statements as well as future financial statements. We expect following this offering, to incur charges related to this restructuring program. As of March 31, 2017, we had approximately $34 million of reserves accrued for our remaining Titanium Dioxide and Performance Additives segments restructuring liabilities, approximately $30 million of which was classified as current.

79

Table of Contents

- In February 2015, Huntsman announced a plan to close the black end manufacturing operations and ancillary activities at our Calais, France site, which will reduce our $TiO_2$ nameplate capacity by approximately 100,000 metric tons or 11% of our total $TiO_2$ capacity. In 2015, the Titanium Dioxide segment began to accelerate depreciation on the affected assets and recorded accelerated depreciation in 2015 of $68 million as restructuring, impairment and plant closing costs. In addition, during 2015, the Titanium Dioxide segment recorded charges of $30 million primarily for workforce reductions and non-cash charges of $17 million and, in the first quarter of 2016, recorded further restructuring charges of $1 million.

- In March 2017, we announced a plan to close the white end finishing and packaging operations of our $TiO_2$ manufacturing facility at our Calais, France site, the timing of the completion of which remains subject to any necessary governmental approvals. The announced plan follows the 2015 announcement of the closure of the black end manufacturing operations and would result in the closure of the entire facility. In connection with this closure, we recorded restructuring expense of $22 million in the three months ended March 31, 2017. We recorded $4 million of accelerated depreciation on the remaining long-lived assets associated with this manufacturing facility during the three months ended March 31, 2016. We expect to incur additional charges of approximately $41 million for this facility closure through the end of 2021.

- During the fourth quarter of 2015, we determined that our South African asset group was impaired and recorded an impairment charge of $19 million. On July 6, 2016, we announced plans to close our South African $TiO_2$ manufacturing facility. We recorded restructuring expenses of approximately $1 million in the three months ended March 31, 2017 and approximately $6 million in the year ended December 31, 2016. Additionally, we recorded an impairment charge of $1 million during the second quarter of 2016. The majority of the long-lived assets associated with this manufacturing facility were impaired in the fourth quarter of 2015. We expect to incur additional charges of approximately $4 million through the end of the third quarter of 2018.

- On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage, and it is currently not fully operational. During the first quarter of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating (income) expense, net in our condensed combined statements of operations (without taking into account the insurance recoveries discussed below). In addition, we recorded a loss of $4 million of costs for cleanup of the facility through March 31, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. On February 9, 2017, we received $54 million as an initial partial progress payment from our insurer. During the first quarter of 2017, we recorded $32 million of income related to insurance recoveries in other operating (income) expense, net in our condensed combined statements of operations and we recorded $22 million as a deferred income in accrued liabilities for costs not yet incurred. We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018. While we and Huntsman are committed to (i) repairing the facility as quickly as possible, and (ii) working with our insurer to recoup losses incurred as a result of the fire, until full repairs are made, we have lost access to $TiO_2$ nameplate capacity of up to 130,000 metric tons, which represents approximately 17% of our total $TiO_2$ nameplate capacity.

- We have recently identified plans for business improvements in our Titanium Dioxide and Performance Additives businesses, which we expect to provide additional contributions to

80

Table of Contents

Adjusted EBITDA beginning in 2017 and to be completed by the end of 2018. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in increases to our Adjusted EBITDA of approximately $60 million per year by the first quarter of 2019, with additional projected increases to Adjusted EBITDA from volume growth (primarily via the launch of new products). We currently estimate that these business improvements will require approximately $90 million of cash restructuring costs through 2020. See "Risk Factors—Risks Related to Our Business—If we are unable to successfully implement our cost reduction program and related strategic initiatives, we may not realize the benefits we anticipate from such programs or may incur additional and/or unexpected costs in order to realize them."

- In February 2017, Huntsman filed suit against the legacy owner and certain former executives of Rockwood, primarily related to the failure of new technology that Huntsman acquired in the Rockwood acquisition that was to be implemented at the new Augusta, Georgia, facility and subsequently at other facilities. Huntsman is seeking various forms of legal remedy, including compensatory damages, punitive damages, expectation damages, consequential damages and restitution. Venator is not party to the suit. The separation agreement includes provisions addressing such matters, including Huntsman retaining all rights to the claims against the defendants in such suit. The following table summarizes revenues, income from operations and operating cash flows for the three months ended March 31, 2017 and 2016 and for the years ended December 31, 2016, 2015 and 2014 as well as total assets as of March 31, 2017 and 2016 and December 31, 2016 and 2015 that are attributable to the businesses acquired in the Rockwood acquisition and that will ultimately be part of Venator after the separation.

| | Three Months Ended March 31, | | Year Ended December 31, | | |
| --- | --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2016 | 2015 | 2014 |
| | | | (in millions) | | |
| **Statement of Operations and Cash Flows Data:** | | | | | |
| Revenues | $ 380 | $ 401 | $ 1,561 | $ 1,509 | $ 330 |
| Net income (loss) from continuing operations | 6 | (4) | 18 | (58) | 2 |
| Operating cash flows | (94) | 23 | 70 | 126 | (3) |
| **Balance Sheet Data (at period end):** | | | | | |
| Total assets | $ 1,847 | $ 1,720 | $ 1,699 | $ 1,679 | |
| Total long-term liabilities | 539 | 542 | 526 | 531 | |

**Raw Material Costs**

The primary variable manufacturing costs in our $TiO_2$ business are titanium-bearing feedstocks and energy.

Feedstocks are available in different forms, including ilmenite, sulfate slag, synthetic rutile and chloride slag. Our manufacturing facilities use the different forms in varying proportions depending on their technology and configuration. We incurred manufacturing costs of $388 million and $440 million for the years ended December 31, 2016 and 2015, respectively, in relation to feedstocks.

The energy used in $TiO_2$ manufacturing includes electricity, gas and steam. The costs in each location primarily depend on the plant design and prevailing market prices. The manufacturing costs of energy for the years ended December 31, 2016 and 2015 were $183 million and $218 million, respectively.

Table of Contents

**Business Environment and Industry Outlook**

Global $TiO_2$ demand growth rates tend to track global GDP growth rates over the medium term; however, this varies by region. Developed markets such as the U.S. and Western Europe exhibit higher consumption per person but lower demand growth rates, while emerging markets such as Asia exhibit higher demand growth rates. The $TiO_2$ industry experiences some seasonality in sales reflecting the high exposure to seasonal coatings end-use markets. Coating sales generally peak during the spring and summer months in the northern hemisphere, resulting in greater sales volumes during the second and third quarters of the year.

We are one of the six major producers of $TiO_2$ in the world that collectively account for approximately 60% of global $TiO_2$ production capacity according to TZMI. Producers of the remaining 40% are primarily single-plant producers that focus on regional sales. $TiO_2$ supply has historically kept pace with increases in demand as producers increased capacity through low cost incremental debottlenecks, efficiency improvements and, more recently, new capacity additions mainly in China. During periods of low $TiO_2$ demand, the industry experiences high stock levels and consequently reduces production to manage working capital. Pricing in the industry is driven primarily by the supply/demand balance.

Global $TiO_2$ sales in 2016 exceeded 6.0 million metric tons, generating approximately $12.6 billion in industry-wide revenues based on data provided by TZMI. The global $TiO_2$ market is highly competitive, and competition is based primarily on product price, quality and technical service. We face competition from producers using the chloride process as well as those using the sulfate process. Due to the ease of transporting $TiO_2$, there is also competition between producers with facilities in different geographies. Over the last decade, there has been substantial growth in $TiO_2$ demand in emerging economies, notably Asia. The growing demand in Asia has consumed the majority of Chinese production. We operate primarily in markets where our product quality and service are valued or preferred by our customers and differentiate us from Chinese $TiO_2$ competitors. Cost advantages are typically driven by the scale of the plant, type of feedstock, source of energy and cost of local labor. The profitability of a plant is not solely related to its cost structure, but also importantly to its slate of manufactured products. We are generally able to reduce production costs by finding innovative solutions to convert the by-products arising from our sulfate process into value-adding co-products. Today, approximately 60% of all by-products of our sulfate processes are sold as co-products, and we are one of the largest producers of sulfate co-products in the world, including gypsum, copperas and other iron salts. We believe our differentiated and specialty products, along with our ability to profitably commercialize the associated co-products, enhance our plants' overall efficiency and resulting profitability. With our competitive cost structure, and our slate of differentiated and specialty products, we believe we are well positioned to compete in a cyclical market.

Historically, the market for large volume $TiO_2$ applications, including coatings, paper and plastics, has experienced alternating periods of tight supply, causing prices and margins to increase, followed by periods of lower capacity utilization, resulting in declining prices and margins. The volatility this market experiences occurs as a result of significant changes in the demand for products as a consequence of global economic activity and changes in customers' requirements. The supply-demand balance is also impacted by capacity additions or reductions that result in changes of utilization rates. In addition, $TiO_2$ margins are impacted by significant changes in major input costs such as energy and feedstock. We expect that there may be modest increases in raw material costs in our titanium dioxide segment in the near term.

Profitability for $TiO_2$ reached a peak in 2011, with significantly higher demand, prices and margins. Based on publicly available information, we believe that during this period of peak profitability many $TiO_2$ peer companies, including Huntsman's $TiO_2$ business, generated EBITDA margins in excess of 25%. Following the peak, utilization rates dropped in 2012 as demand fell due to weaker economic

82

Table of Contents

conditions, industry de-stocking and the addition of new $TiO_2$ capacity. There was an associated decline in prices and margins. Over the following three years, demand recovered slowly; however, this modest demand improvement did not result in any significant increase in operating rates, and $TiO_2$ prices consequently declined throughout the period. After reaching a trough in the first quarter of 2016, supply/demand fundamentals began improving in 2016 primarily due to strong global demand growth and some capacity rationalizations. Though the $TiO_2$ market has shown signs of recovery, prices and margins remain below long-term historical averages. With the expectation of global capacity utilization rate improvements and further price increases, $TiO_2$ margins are expected to increase. With approximately 70% of our revenue during the twelve months ended March 31, 2017 being derived from $TiO_2$ sales, we believe recovery in $TiO_2$ margins to historical averages should result in increased profitability and cash flow generation.

We estimate that the global demand for iron oxide pigments was approximately 1.3 million metric tons per year for 2016. Approximately 45% of this demand was generated from Asia, with Europe representing approximately 23% of demand and North America representing approximately 21% of demand. The construction industry consumes approximately 45% of colored iron oxide pigments, where the products are used for the coloring of manufactured concrete products such as paving tiles and precast roof tiles as well as for coloring cast in place concrete such as ready-mix, stucco and mortar. Industrial and architectural coatings represent the second largest segment for iron oxides (approximately 30% of total demand), where these pigments bring color, opacity and fade resistance to a variety of solvent and water-borne coating systems. Growth in the demand for iron oxide pigments is therefore closely linked to demand in the construction and coatings industries.

We sell more than 90% of our functional additives products into coatings and plastics end markets. The demand dynamics for functional additives are therefore similar to those of $TiO_2$. Over the last five years, there has been strong growth in demand for functional additives in specific applications such as white BOPET films. Final applications of these films include flat panel displays for televisions, labels and medical diagnostic devices. The demand for ultramarine blue pigments is primarily driven by the plastics industry, with approximately two-thirds of all ultramarine pigments used as colorants in polymeric materials such as packaging, automotive components and consumer plastics.

**Exchange Rate Movements**

Our earnings are subject to fluctuations due to exchange rate movements. Our revenues and expenses are denominated in various currencies, including the primary European currencies, which have recently been volatile, while our reporting currency is the U.S. dollar. Generally, a decline in the value of the euro relative to the U.S. dollar will reduce our reported profitability. A decline in the value of the British pound sterling or Malaysian ringgit relative to the U.S. dollar will increase our reported profitability.

Table of Contents

**Results of Operations**

The following table sets forth our combined results of operations for the years ended December 31, 2016, 2015 and 2014 and the three months ended March 31, 2017 and 2016 (dollars in millions). **These results include other Huntsman businesses that are not part of our Titanium Dioxide or Performance Additives segments and that will ultimately not be part of our continuing operations.** See "Unaudited Pro Forma Condensed Combined Financial Information."

| | Year Ended December 31, | | | Percent Change Year Ended December 31, | | Three Months Ended March 31, | | Percent Change Three Months Ended March 31, |
|---|---|---|---|---|---|---|---|---|
| | 2016 | 2015 | 2014 | 2016 vs. 2015 | 2015 vs. 2014 | 2017 | 2016 | 2017 vs. 2016 |
| **Revenues** | $ 2,309 | $ 2,330 | $ 1,729 | (1)% | 35% | $ 569 | $ 585 | (3)% |
| Cost of goods sold | 2,134 | 2,192 | 1,637 | (3)% | 34% | 489 | 550 | (11)% |
| Operating expenses | 194 | 268 | 206 | (28)% | 30% | 55 | 63 | (13)% |
| Restructuring, impairment and plant closing costs | 35 | 223 | 62 | (84)% | 260% | 27 | 11 | 145% |
| **Operating loss** | **(54)** | **(353)** | **(176)** | **(85)%** | **101%** | **(2)** | **(39)** | **95%** |
| Interest expense, net | (44) | (30) | (2) | 47% | NM% | (12) | (11) | 9% |
| Other expense | (1) | — | (1) | NM | 100% | — | — | — |
| **Loss before income taxes** | **(99)** | **(383)** | **(179)** | **(74)%** | **114%** | **(14)** | **(50)** | **72%** |
| Income tax benefit | 22 | 31 | 17 | (29)% | 82% | 1 | 2 | (50)% |
| **Net loss** | **(77)** | **(352)** | **(162)** | **(78)%** | **117%** | **(13)** | **(48)** | **73%** |
| **Reconciliation of net loss to Adjusted EBITDA:** | | | | | | | | |
| Net income attributable to noncontrolling interests | (10) | (7) | (2) | 43% | 250% | (3) | (2) | 50% |
| Interest expense, net | 44 | 30 | 2 | 47% | NM% | 12 | 11 | 9% |
| Income tax benefit | (22) | (31) | (17) | (29)% | 82% | (1) | (2) | 50% |
| Depreciation and amortization | 120 | 107 | 93 | 12% | 15% | 30 | 24 | 25% |
| Other adjustments: | | | | | | | | |
| Acquisition and integration expenses | 11 | 44 | 45 | | | — | 6 | |
| Purchase accounting adjustments | — | — | 13 | | | — | — | |
| (Gain) loss on disposition of business/assets | (22) | 2 | (1) | | | — | — | |
| Certain legal settlements and related expenses | 2 | 3 | 3 | | | — | 1 | |
| Amortization of pension and postretirement actuarial losses | 11 | 11 | 11 | | | 4 | 3 | |
| Net plant incident costs | 1 | 4 | — | | | 5 | 1 | |
| Restructuring, impairment and plant closing costs | 35 | 223 | 62 | | | 27 | 11 | |
| **Adjusted EBITDA(2)** | $ 93 | $ 34 | $ 47 | | | $ 61 | $ 5 | |
| Net cash provided by (used in) operating activities(1) | $ 97 | $ (63) | $ (63) | NM | (2)% | $ 22 | $ (47) | NM |
| Net cash provided by (used in) investing activities(1) | (118) | (139) | 29 | (15)% | NM | (59) | (37) | (59)% |
| Net cash used in financing activities(1) | 30 | 194 | 52 | (85)% | 273% | 41 | 90 | (54)% |
| Capital expenditures | (113) | (211) | (142) | (46)% | 49% | (20) | (33) | (39)% |

NM—Not meaningful

84

Table of Contents

(1)     As restated.

(2)     Our management uses Adjusted EBITDA to assess financial performance. Adjusted EBITDA is defined as net income (loss) before interest, income tax, depreciation and amortization, net income attributable to noncontrolling interests and certain corporate and other items, as well as eliminating the following adjustments: (a) acquisition and integration expenses; (b) purchase accounting adjustments; (c) (gain) loss on disposition of businesses/assets; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement actuarial losses; (f) net plant incident costs and (g) restructuring, impairment and plant closing costs. We believe that net income (loss) is the performance measure calculated and presented in accordance with U.S. GAAP that is most directly comparable to Adjusted EBITDA.

We believe Adjusted EBITDA is useful to investors in assessing our ongoing financial performance and provides improved comparability between periods through the exclusion of certain items that management believes are not indicative of our operational profitability and that may obscure underlying business results and trends. However, this measure should not be considered in isolation or viewed as a substitute for net income or other measures of performance determined in accordance with U.S. GAAP. Moreover, Adjusted EBITDA as used herein is not necessarily comparable to other similarly titled measures of other companies due to potential inconsistencies in the methods of calculation. Our management believes this measure is useful to compare general operating performance from period to period and to make certain related management decisions. Adjusted EBITDA is also used by securities analysts, lenders and others in their evaluation of different companies because it excludes certain items that can vary widely across different industries or among companies within the same industry. For example, interest expense can be highly dependent on a company's capital structure, debt levels and credit ratings. Therefore, the impact of interest expense on earnings can vary significantly among companies. In addition, the tax positions of companies can vary because of their differing abilities to take advantage of tax benefits and because of the tax policies of the various jurisdictions in which they operate. As a result, effective tax rates and tax expense can vary considerably among companies. Finally, companies employ productive assets of different ages and utilize different methods of acquiring and depreciating such assets. This can result in considerable variability in the relative costs of productive assets and the depreciation and amortization expense among companies.

Nevertheless, our management recognizes that there are limitations associated with the use of Adjusted EBITDA in the evaluation of us as compared to net income. Our management compensates for the limitations of using Adjusted EBITDA by using this measure to supplement U.S. GAAP results to provide a more complete understanding of the factors and trends affecting the business rather than U.S. GAAP results alone.

In addition to the limitations noted above, Adjusted EBITDA excludes items that may be recurring in nature and should not be disregarded in the evaluation of performance. However, we believe it is useful to exclude such items to provide a supplemental analysis of current results and trends compared to other periods because certain excluded items can vary significantly depending on specific underlying transactions or events, and the variability of such items may not relate specifically to ongoing operating results or trends and certain excluded items, while potentially recurring in future periods, may not be indicative of future results. For example, while EBITDA from discontinued operations is a recurring item, it is not indicative of ongoing operating results and trends or future results.

**Three Months Ended March 31, 2017 Compared to the Three Months Ended March 31, 2016**

For the three months ended March 31, 2017, net loss was $13 million on revenues of $569 million, compared with net loss of $48 million on revenues of $585 million for the same period of 2016. The decrease of $35 million in net loss was the result of the following items:

• Revenues for the three months ended March 31, 2017 decreased by $16 million, or 3%, as compared with 2016. The decrease was due to lower average volumes across all of our segments primarily as a result of the fire at our plant in Pori, Finland, offset by higher average selling prices in our Titanium Dioxide segment, related to improvements in business conditions. See "—Segment Analysis" below.

Table of Contents

- Our operating expenses for the three months ended March 31, 2017 decreased by $8 million, or 13%, as compared with 2016, primarily related to a $10 million decrease in other selling, general and administrative expenses as a result of cost savings from restructuring programs.

- Restructuring, impairment and plant closing costs for the three months ended March 31, 2017 increased to $27 million from $11 million for the same period of 2016. For more information concerning restructuring activities, see note "5. Restructuring, Impairment and Plant Closing Costs" to our condensed combined financial statements.

- Our income tax benefit for the three months ended March 31, 2017 decreased to $1 million from $2 million for the same period of 2016. Our tax benefit is significantly affected by the mix of income and losses in the tax jurisdictions in which we operate, as impacted by the presence of valuation allowances in certain tax jurisdictions. For further information concerning taxes, see note "8. Income Taxes" to our condensed combined financial statements.

**Segment Analysis**

*Three Months Ended March 31, 2017 Compared to the Three Months Ended March 31, 2016*

| | Three Months Ended March 31, | | Percent Change Favorable (Unfavorable) |
|---|---|---|---|
| | 2017 | 2016 | |
| | (in millions) | | |
| **Revenues** | | | |
| Titanium Dioxide | $ 385 | $ 392 | (2)% |
| Performance Additives | 152 | 148 | 3% |
| Other businesses | 32 | 45 | (29)% |
| Total | $ 569 | $ 585 | (3)% |
| **Segment Adjusted EBITDA** | | | |
| Titanium Dioxide | $ 48 | $ (3) | NM |
| Performance Additives | 21 | 18 | 17% |
| Other businesses | (8) | (10) | 20% |
| Total | $ 61 | $ 5 | NM% |

| | Three Months Ended March 31, 2017 vs. 2016 | | | |
|---|---|---|---|---|
| | Average Selling Price(1) | | | |
| | Local Currency | Foreign Currency Translation Impact | Mix & Other(2) | Sales Volumes(3) |
| **Period-Over-Period (Decrease) Increase** | | | | |
| Titanium Dioxide | 12% | (2)% | (4)% | (6)% |
| Performance Additives | — | (1)% | 9% | (6)% |

NM—Not meaningful

(1) Excludes revenues from tolling arrangements, by-products and raw materials.

(2) Includes the impact from the Rockwood acquisition.

(3) Excludes sales volumes of by-products and raw materials.

86

Table of Contents

*Titanium Dioxide*

The decrease in revenues of $7 million, or 2%, in our Titanium Dioxide segment for the three months ended March 31, 2017 compared to the same period of 2016 was due to a 6% decrease in sales volumes and 4% decrease due to product mix, collectively totalling $45 million, partially offset by a $38 million, or a 10%, increase in average selling prices. Sales volumes decreased as a result of the fire at our Pori, Finland manufacturing facility. Average selling prices increased primarily due to improved competitive conditions which enabled announced price increases to be effected.

Segment Adjusted EBITDA increased by $51 million as a result of a $38 million increase in revenues due to higher average selling prices, $20 million of savings due to improvements in operational efficiencies in 2017, a $4 million decrease in cost of goods sold due to savings from restructuring initiatives, a $2 million decrease in selling, general and administrative expense due to savings from restructuring and a $2 million decrease in other operating expenses due to realized foreign exchange movements, partially offset by a $15 million reduction in Adjusted EBITDA due to the fire at our Pori, Finland plant.

*Performance Additives*

The increase in revenues in our Performance Additives segment of $4 million, or 3%, for the three months ended March 31, 2017 compared to the same period of 2016 was due to a net increase of $5 million, or 3%, due to changes in product mix and sales volume, and a $1 million, or 1%, decrease in average selling prices. The increase in Segment Adjusted EBITDA of $3 million was primarily due to improvement in product mix and restructuring savings.

**Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015**

For the year ended December 31, 2016, net loss was $77 million on revenues of $2,309 million, compared with net loss of $352 million on revenues of $2,330 million in 2015. The decrease of $275 million in net loss was the result of the following items:

- Revenues for the year ended December 31, 2016 decreased by $21 million, or 1%, as compared with 2015. The decrease was due to lower average selling prices in all of our segments, partially offset by higher sales volumes in all of our segments. See "—Segment Analysis" below.

- Our operating expenses for the year ended December 31, 2016 decreased by $74 million, or 28%, as compared to 2015, primarily related to a $33 million decrease in acquisition expenses, $30 million decrease in other selling, general and administrative expenses as a result of cost savings from restructuring programs and a favorable $5 million foreign currency exchange impact of the strengthening U.S. dollar against other major international currencies.

- Restructuring, impairment and plant closing costs for the year ended December 31, 2016 decreased to $35 million from $223 million in 2015. For more information concerning restructuring activities, see note "11. Restructuring, Impairment and Plant Closing Costs" to our combined financial statements.

- Our interest expense, net for the year ended December 31, 2016 increased to $44 million from $30 million in 2015, partially due to an increase in interest expense of approximately $7 million from 2015 to 2016 as a result of higher average levels of notes payable to related parties during 2016 partially offset by a $7 million decrease in interest income for the year ended December 31, 2016 as compared with 2015 resulting from a significant decrease in notes receivable from affiliates during 2016 as compared to 2015.

87

Table of Contents

- Our income tax benefit for the year ended December 31, 2016 decreased to $22 million from $31 million in 2015. Our tax benefit is significantly affected by the mix of income and losses in the tax jurisdictions in which we operate, as impacted by the presence of valuation allowances in certain tax jurisdictions. For further information concerning taxes, see note "18. Income Taxes" to our combined financial statements.

**Segment Analysis**

*Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015*

| | Year Ended December 31, | | Percent Change Favorable (Unfavorable) |
|---|---|---|---|
| | 2016 | 2015 | |
| | (in millions) | | |
| **Revenues** | | | |
| Titanium Dioxide | $ 1,554 | $ 1,583 | (2)% |
| Performance Additives | 585 | 577 | 1% |
| Other businesses | 170 | 170 | — |
| Total | $ 2,309 | $ 2,330 | (1)% |
| **Segment Adjusted EBITDA** | | | |
| Titanium Dioxide | $ 61 | $ (8) | NM |
| Performance Additives | 69 | 69 | — |
| Other businesses | (37) | (27) | (37)% |
| Total | $ 93 | $ 34 | 165% |

| | Year Ended December 31, 2016 vs. 2015 | | | |
|---|---|---|---|---|
| | Average Selling Price(1) | | | |
| | Local Currency | Foreign Currency Translation Impact | Mix & Other(2) | Sales Volumes(3) |
| **Period-Over-Period (Decrease) Increase** | | | | |
| Titanium Dioxide | (6)% | (1)% | 1% | 4% |
| Performance Additives | — | (1)% | (2)% | 4% |

NM—Not meaningful

(1)    Excludes revenues from tolling arrangements, by-products and raw materials.

(2)    Includes the impact from the Rockwood acquisition.

(3)    Excludes sales volumes of by-products and raw materials.

*Titanium Dioxide*

The decrease in revenues of $29 million, or 2%, in our Titanium Dioxide segment for the year ended December 31, 2016 compared to the same period of 2015 was due to a $105 million, or 7%, decrease in average selling prices, partially offset by a $76 million, or 4%, increase in sales volumes. Average selling prices decreased primarily as a result of competitive pressure and the foreign currency exchange impact of a stronger U.S. dollar primarily against the euro. Sales volumes increased primarily due to increased end-use demand.

88

Table of Contents

Segment Adjusted EBITDA increased by approximately $69 million primarily due to the decrease in cost of sales of $68 million, a decrease in selling, general and administrative costs of $19 million, primarily as a result of restructuring savings and a decrease in other operating expenses of $11 million due to insurance proceeds received relating to the 2015 nitrogen tank explosion at our Uerdingen, Germany manufacturing facility, partially offset by a $29 million decrease in revenue. The change in cost of sales was primarily related to a $115 million decrease due to restructuring savings offset by a $47 million increase in cost of sales due to increased volumes.

*Performance Additives*

The increase in revenues in our Performance Additives segment of $8 million, or 1%, for the year ended December 31, 2016 compared to the same period of 2015 was due to an increase of $12 million, or 2%, due to changes in sales volumes and product mix offset by a $4 million, or 1%, decrease in average selling prices. Segment Adjusted EBITDA remained unchanged as the benefit of higher sales volumes and restructuring savings were offset by lower average selling prices.

**Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014**

For the year ended December 31, 2015, net loss was $352 million on revenues of $2,330 million, compared with net loss of $162 million on revenues of $1,729 million for the same period in 2014. The increase of $190 million in net loss was the result of the following items:

- Revenues for the year ended December 31, 2015 increased by $601 million, or 35%, as compared with 2014. The increase was due principally to higher sales volumes due to the impact of the Rockwood acquisition, partially offset by lower average selling prices in both of our segments. See "—Segment Analysis" below.

- Our operating expenses for the year ended December 31, 2015 increased by $62 million, or 30%, as compared to 2014, primarily related to the inclusion of $65 million of operating expenses due to the Rockwood acquisition, offset by an unfavorable $3 million foreign currency exchange impact of the strengthening U.S. dollar against other major international currencies.

- Restructuring, impairment and plant closing costs for the year ended December 31, 2015 increased to $223 million from $62 million in 2014. For more information concerning restructuring activities, see note "11. Restructuring, Impairment and Plant Closing Costs" to our combined financial statements.

- Interest expense, net for the year ended December 31, 2015 increased to $30 million from $2 million. The increase was primarily due to the increase in notes payable to related parties.

- Our income tax benefit for the year ended December 31, 2015 increased to $31 million from $17 million in 2014. Our tax benefit is significantly affected by the mix of income and losses in the tax jurisdictions in which we operate, as impacted by the presence of valuation allowances in certain tax jurisdictions. For further information concerning taxes, see note "18. Income Taxes" to our combined financial statements.

89

Table of Contents

**Segment Analysis**

*Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014*

| | Year Ended December 31, | | Percent Change Favorable (Unfavorable) |
|---|---|---|---|
| | 2015 | 2014 | |
| | (in millions) | | |
| **Revenues** | | | |
| Titanium Dioxide | $ 1,583 | $ 1,411 | 12% |
| Performance Additives | 577 | 138 | 318% |
| Other businesses | 170 | 180 | (6)% |
| Total | $ 2,330 | $ 1,729 | 35% |
| **Segment Adjusted EBITDA** | | | |
| Titanium Dioxide | $ (8) | $ 62 | NM |
| Performance Additives | 69 | 14 | 393% |
| Other businesses | (27) | (29) | 7% |
| Total | $ 34 | $ 47 | (28)% |

| | Year Ended December 31, 2015 vs. 2014 | | | |
|---|---|---|---|---|
| | Average Selling Price(1) | | | |
| | Local Currency | Foreign Currency Translation Impact | Mix & Other(2) | Sales Volumes(2),(3) |
| **Period-Over-Period (Decrease) Increase** | | | | |
| Titanium Dioxide | (7)% | (12)% | 36% | (5)% |
| Performance Additives | (10)% | (4)% | 337% | (5)% |

NM—Not meaningful

(1)    Excludes revenues from tolling arrangements, by-products and raw materials.

(2)    Includes the impact from the Rockwood acquisition.

(3)    Excludes sales volumes of by-products and raw materials.

**Titanium Dioxide**

The increase in revenues in our Titanium Dioxide segment for 2015 compared to 2014 was primarily due to the impact of the Rockwood acquisition which added $411 million to revenue and $373 million to cost of sales. Fixed costs increased by $27 million due to recognizing a full year of Rockwood costs. Other than the impact of the Rockwood acquisition, average selling prices decreased 19% primarily as a result of high $TiO_2$ industry inventory levels and the foreign currency exchange impact of a stronger U.S. dollar against major European currencies; these factors reduced revenues by $235 million. Sales volumes decreased 5% in 2015 primarily as a result of lower end-use demand. Other than the impact of the Rockwood acquisition, fixed costs decreased by $18 million primarily due to the foreign currency exchange impact of a stronger U.S. dollar against major European currencies and $4 million in cost synergies from restructuring initiatives. The impact of a nitrogen tank explosion owned and operated by a third party at our Uerdingen, Germany facility disrupted our manufacturing during the third quarter of 2015 and reduced Segment Adjusted EBITDA by approximately $6 million, the impact of which is included in the above figures. The decrease in Segment Adjusted EBITDA was

Table of Contents

primarily due to lower average selling prices, partially offset by the decrease in operating expenses resulting from restructuring savings, as discussed above, lower raw material and energy prices, and the Rockwood acquisition.

### *Performance Additives*

The increase in revenues in our Performance Additives segment for 2015 compared to 2014 was primarily due to the impact of the Rockwood acquisition in October 2014, which added $413 million to revenue and $308 million to cost of sales. Fixed costs increased by $73 million due to recognizing a full year of Rockwood costs, partially offset by $6 million of cost synergies. The increase of $55 million in Segment Adjusted EBITDA was primarily attributable to the inclusion of a full year of business results due to the Rockwood acquisition.

**Liquidity and Capital Resources**

Our primary sources of liquidity and capital resources have historically been cash flows from operations, our participation in a cash pooling program with Huntsman and debt incurred by Huntsman. Following the completion of this offering, we will not receive any capital contributions from Huntsman or funding through the Huntsman cash pooling program and any related intercompany receivable or payable will be eliminated. Additionally, our separation from Huntsman will be structured to provide Huntsman with the benefit of excess cash generated by our business up to the closing date. We had cash and cash equivalents of $34 million, $35 million and $30 million as of June 30, 2017, March 31, 2017 and December 31, 2016, respectively. In addition, as of June 30, 2017, there was approximately $77 million remaining of the partial progress payments received by our insurer with respect to the Pori Fire and we received an additional progress payment of approximately $11 million from our insurer on July 10, 2017. The separation agreement provides that Venator will have the benefit of the property and business interruption insurance proceeds related to covered repair costs or covered lost profits incurred following this offering related to the Pori Fire, including any unspent amounts of the insurance progress payments still remaining at the time of the separation.

In connection with this offering, we intend to enter into the Financings and expect to incur up to $750 million of new debt, which will include (i) $375 million of senior notes and (ii) borrowings of $375 million under our term loan facility. We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. In addition, in connection with the closing of this offering, we intend to enter into an ABL facility available for our working capital needs and general corporate purposes with commitments of $300 million. However, availability to borrow under the $300 million of commitments is subject to a borrowing base calculation comprised of accounts receivable and inventory in the United States, Canada, the United Kingdom, and Germany and accounts receivable in France and Spain, that fluctuate from time to time and may be further impacted by the lenders' discretionary ability to impose reserves and availability blocks that might otherwise incrementally increase borrowing availability. Based on a preliminary independent analysis performed earlier this year, the estimated borrowing base calculation for this facility at that time was in excess of $250 million, assuming participation by all proposed borrowers. To participate in the facility, each borrower is required to deliver certain documentation and security agreements to the satisfaction of the administrative agent, some of which may not be fully satisfied prior the closing of this offering. We expect our borrowing base to be positively impacted by recent and expected future increases in $TiO_2$ selling prices and the resulting impact on the value of our accounts receivable. For more information about the senior notes offering and the senior credit facilities, see "—Financing Arrangements."

91

Table of Contents

We expect to have adequate liquidity to meet our obligations over the next 12 months. Additionally, we believe our future obligations, including needs for capital expenditures and acquisitions will be met by available cash generated from operations and borrowings under the ABL facility.

***Items Impacting Short-Term and Long-Term Liquidity***

Our liquidity can be significantly impacted by various factors. The following matters had, or are expected to have, a significant impact on our liquidity:

- Cash from our accounts receivable and inventory, net of accounts payable, was approximately $158 million for the three months ended March 31, 2017, while cash from accounts receivable and inventory net of accounts payable was approximately $152 million for the year ended December 31, 2016, as reflected in our combined statements of cash flows. In addition, our titanium dioxide finished goods inventory days on hand at the end of the second quarter of 2017 is expected to be at its lowest level in several years, a trend we believe is being experienced across the titanium dioxide industry. We expect volatility in our working capital components to continue after our separation from Huntsman due to seasonal changes in working capital throughout the year.

- During 2017, we expect to spend approximately $90 million on capital expenditures, net of reimbursements, approximately $20 million of which has been spent as of March 31, 2017. Our future expenditures include certain EHS maintenance and upgrades; periodic maintenance and repairs applicable to major units of manufacturing facilities; expansions of our existing facilities or construction of new facilities; certain cost reduction projects; and certain information technology expenditures. We expect to fund this spending with cash provided by operations.

- During the three months ended March 31, 2017 and year ended December 31, 2016, we made contributions to our pension and postretirement benefit plans of $5 million and $26 million, respectively. During the remainder of 2017, we expect to contribute an additional amount of approximately $19 million to these plans. For further discussion, see note "19. Employee Benefit Plans," to our combined annual financial statements.

- We are also involved in a number of cost reduction programs for which we have established restructuring accruals. As of March 31, 2017 and December 31, 2016, we had $35 million and $22 million, respectively, of accrued restructuring costs of which $31 million and $15 million, respectively, are classified as current. We expect to incur and pay additional restructuring and plant closing costs of approximately $17 million through the remainder of 2017. For further discussion of these plans and the costs involved, see note "5. Restructuring, Impairment and Plant Closing Costs" to our condensed combined financial statements.

  Further, although the business improvement program is expected to be completed by the end of 2018, we expect to incur additional restructuring charges well beyond the end of 2018. We expect the business improvement program to provide additional contributions to Adjusted EBITDA beginning in 2017.

- On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and is currently not fully operational. We anticipate that some level of production will have resumed prior to completion of the separation and we estimate that the Pori facility will be fully operational around the end of 2018. The Pori facility has a nameplate capacity of up to 130,000 metric tons, which represents approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. The site is insured for property damage as well as business interruption losses. However, if we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility,

92

Table of Contents

or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted.

As of both March 31, 2017 and December 31, 2016, we had $10 million classified as current portion of debt.

As of March 31, 2017 and December 31, 2016, we had approximately $31 million and $26 million, respectively, of cash and cash equivalents held by our foreign subsidiaries, including our variable interest entities. We intend to use cash held in our foreign subsidiaries to fund our local operations. Nevertheless, we could repatriate this cash or future operating cash from earnings as dividends to our U.S. enterprise. If foreign cash were repatriated as dividends, under current tax law, our existing tax attributes provide the ability to repatriate the cash without incurring incremental U.S. income tax. We anticipate that these attributes will be sufficient to allow for the repatriation of an amount of cash equivalent to at least our expected third-party debt at the time of this offering. Cash held by certain foreign subsidiaries, including our variable interest entities, may also be subject to legal restrictions, including those arising from the interests of our partners, which could limit the amounts available for repatriation.

***Cash Flows for the Three Months Ended March 31, 2017 Compared to the Three Months Ended March 31, 2016***

Net cash provided by operating activities was $22 million for the three months ended March 31, 2017 while net cash used in operating activities was $47 million for the three months ended March 31, 2016. The increase in net cash provided by operating activities for the three months ended March 31, 2017 compared with the same period of 2016 was primarily attributable to a decrease in net loss as described in "—Results of Operations" above in addition to a $32 million favorable variance in operating assets and liabilities for 2017 as compared with 2016.

Net cash used in investing activities was $59 million and $37 million for the three months ended March 31, 2017 and 2016, respectively. The increase in net cash used in investing activities for the three months ended March 31, 2017 compared with the same period of 2016 was primarily attributable to an $87 million increase in advances to affiliates partially offset by a $54 million inflow of insurance proceeds related to the fire in our plant in Pori, Finland received during the three months ended March 31, 2017 as well as a $13 million decrease in capital expenditures for the three months ended March 31, 2017 compared with the same period of 2016.

Net cash provided by financing activities was $41 million and $90 million for the three months ended March 31, 2017 and 2016, respectively. The decrease in net cash provided by financing activities for the three months ended March 31, 2017 compared with the same period of 2016 was primarily attributable to a $48 million net repayment of borrowings on affiliate accounts payable.

***Cash Flows for the Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015***

Net cash provided by operating activities for 2016 was $97 million while net cash used in operating activities for 2015 was $63 million. The increase in net cash provided by operating activities during 2016 compared with 2015 was primarily attributable to a $275 million decrease in net loss offset by a $33 million unfavorable variance in operating assets and liabilities for 2016 as compared with 2015 and a $94 million unfavorable variance in noncash adjustments from 2015 to 2016 for impairment of assets.

Net cash used in investing activities for 2016 and 2015 was $118 million and $139 million, respectively. During 2016 and 2015, we paid $113 million and $211 million, respectively, for capital expenditures. During 2016 and 2015, we made investments in Louisiana Pigment Company, L.P. ("LPC") of $29 million and $42 million, respectively, and we received dividends from LPC of

93

Table of Contents

$32 million and $48 million, respectively. Finally, we had an unfavorable variance in advances to affiliates of $83 million from 2015 to 2016.

Net cash provided by financing activities for 2016 and 2015 was $30 million and $194 million, respectively. The decrease in net cash provided by financing activities was primarily due to a $158 million decrease in cash inflows related to net borrowings on affiliates accounts payable and a $6 million increase in dividends paid to noncontrolling interest.

***Cash Flows for the Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014***

Net cash used in operating activities for both 2015 and 2014 was $63 million. Net cash used in operating activities during 2015 compared with 2014 reflects a $52 million favorable variance in operating assets and liabilities for 2015 as compared with 2014, a $135 million favorable change due to noncash adjustments in 2015 for impairment of assets and noncash interest, offset by an increase in net loss as described in "—Results of Operations" above. See note "11. Restructuring, Impairment and Plant Closing Costs" to our combined financial statements for further discussion of the impairment in 2015.

Net cash used in investing activities for 2015 was $139 million compared to net cash provided by investing activities of $29 million in 2014. During 2015 and 2014, we paid $211 million and $142 million, respectively, for capital expenditures. During 2015 and 2014, we made investments in LPC of $42 million and $37 million, respectively, and we received dividends from LPC of $48 million in both periods. During 2014, we received $77 million in cash in connection with the Rockwood acquisition. We had a decrease of $17 million in net advances to affiliates.

Net cash provided by financing activities for 2015 and 2014 was $194 million and $52 million, respectively. The increase in net cash provided by financing activities was primarily due to an increase in net borrowings from affiliate accounts payable offset by dividends paid to noncontrolling interests.

**Changes in Financial Condition**

The following information summarizes our working capital as of March 31, 2017 and December 31, 2016 (dollars in millions):

| | March 31, 2017 | | December 31, 2016 | | Increase (Decrease) | | Percent Change |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | $ | 35 | $ | 30 | $ | 5 | 17% |
| Accounts and notes receivable, net | | 275 | | 258 | | 17 | 7% |
| Accounts receivable from affiliates | | 502 | | 303 | | 199 | 66% |
| Inventories | | 440 | | 434 | | 6 | 1% |
| Prepaid expenses | | 11 | | 11 | | — | — |
| Other current assets | | 63 | | 60 | | 3 | 5% |
| Total current assets | | 1,326 | | 1,096 | | 230 | 21% |
| Accounts payable | | 295 | | 303 | | (8) | (3)% |
| Accounts payable to affiliates | | 783 | | 705 | | 78 | 11% |
| Accrued liabilities | | 188 | | 156 | | 32 | 21% |
| Current portion of debt | | 10 | | 10 | | — | — |
| Total current liabilities | | 1,276 | | 1,174 | | 102 | 9% |
| Working capital (deficit) | $ | 50 | $ | (78) | $ | 128 | NM |

Table of Contents

Our working capital increased by $128 million as a result of the net impact of the following significant changes:

- Cash and cash equivalents increased by $5 million primarily due to inflows of $22 million from operating activities and $41 million from financing activities offset by outflows of $59 million used in investing activities.

- Accrued liabilities increased by $32 million primarily due to deferred income recorded in connection with the partial progress payment received from our insurer related to the fire at our Pori, Finland manufacturing facility.

- Accounts receivable from and accounts payable to affiliates represent financing arrangements with affiliates of Huntsman. For further information, see note "14. Related Party Financing—Cash Pooling Program" to our combined financial statements.

The following information summarizes our working capital as of December 31, 2016 and December 31, 2015 (dollars in millions):

| | December 31, 2016 | December 31, 2015 | Increase (Decrease) | Percent Change |
|---|---|---|---|---|
| Cash and cash equivalents | $ 30 | $ 22 | $ 8 | 36% |
| Accounts and notes receivable, net | 258 | 260 | (2) | (1)% |
| Accounts receivable from affiliates | 303 | 464 | (161) | (35)% |
| Inventories | 434 | 571 | (137) | (24)% |
| Prepaid expenses | 11 | 50 | (39) | (78)% |
| Other current assets | 60 | 65 | (5) | (8)% |
| Total current assets | 1,096 | 1,432 | (336) | (23)% |
| Accounts payable | 303 | 317 | (14) | (4)% |
| Accounts payable to affiliates | 705 | 623 | 82 | 13% |
| Accrued liabilities | 156 | 259 | (103) | (40)% |
| Current portion of debt | 10 | 9 | 1 | 11% |
| Total current liabilities | 1,174 | 1,208 | (34) | (3)% |
| Working capital | $ (78) | $ 224 | $ (302) | NM |

Our working capital decreased by $302 million as a result of the net impact of the following significant changes:

- Cash and cash equivalents increased by $8 million primarily due to inflows of $97 million provided by operating activities and $30 million provided by financing activities offset by outflows of $118 million used in investing activities.

- Inventories decreased by $137 million mainly due to lower inventory volumes and lower raw material costs, primarily in the Titanium Dioxide segment.

- Prepaid expenses decreased by $39 million primarily due to the distribution of employee termination and other restructuring costs that were prefunded during the fourth quarter of 2015.

- Accounts payable decreased by $14 million primarily due to lower purchases consistent with the lower inventory balances noted above.

- Accrued liabilities decreased by $103 million primarily due to the distribution of prefunded restructuring costs.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Act, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of The Woodlands, State of Texas, on July 24, 2017.

<div align="center">

Venator Materials PLC

By:          /s/ RUSS STOLLE

Russ Stolle
*Senior Vice President, General Counsel and
Chief Compliance Officer*
Date: July 24, 2017

</div>

Pursuant to the requirements of the Securities Act, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| **Name** | **Title** | **Date** |
|---|---|---|
| *<br>Simon Turner | President and Chief Executive Officer, and Director (Principal Executive Officer) | July 24, 2017 |
| /s/ KURT OGDEN<br>Kurt Ogden | Senior Vice President and Chief Financial Officer (Principal Financial Officer), and Venator's Authorized Representative in the United States | July 24, 2017 |
| *<br>Stephen Ibbotson | Vice President and Corporate Controller (Principal Accounting Officer) | July 24, 2017 |
| /s/ PETER R. HUNTSMAN<br>Peter R. Huntsman | Director | July 24, 2017 |
| *<br>Sir Robert J. Margetts | Director | July 24, 2017 |

*By          /s/ RUSS STOLLE

Russ Stolle
*Attorney-in-fact*

July 24, 2017

<div align="center">

II-3

</div>

# Exhibit 2

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10-Q

**(Check one)**

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-38176**



## Venator Materials PLC

(Exact name of registrant as specified in its charter)

| **England and Wales** | **98-1373159** |
|---|---|
| (State or other jurisdiction | (I.R.S. Employer Identification No.) |
| of incorporation or organization) | |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☐ NO ☑

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
YES ☑ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Smaller reporting company

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☑  ☐                Emerging growth company ☐
(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
YES ☐ NO ☑

As of August 16, 2017, the registrant has outstanding 106,271,712 shares of Common Stock, $0.001 par value per share.

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**QUARTERLY REPORT ON FORM 10‑Q FOR THE QUARTERLY PERIOD**
**ENDED JUNE 30, 2017**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | | 2 |
| **PART I** | **FINANCIAL INFORMATION** | **3** |
| ITEM 1. | Financial Statements (Unaudited) | 3 |
| | **Venator Materials PLC:** | **3** |
| | Consolidated Balance Sheet | 3 |
| | Notes to Unaudited Consolidated Balance Sheet | 4 |
| | **Venator (Combined Divisions of Huntsman Corporation):** | **5** |
| | Condensed Combined Balance Sheets | 5 |
| | Condensed Combined Statements of Operations | 6 |
| | Condensed Combined Statements of Comprehensive Income (Loss) | 7 |
| | Condensed Combined Statements of Equity | 8 |
| | Condensed Combined Statements of Cash Flows | 9 |
| | Notes to Unaudited Condensed Combined Financial Statements | 10 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| ITEM 3. | Quantitative and Qualitative Disclosures About Market Risk | 38 |
| ITEM 4. | Controls and Procedures | 39 |
| **PART II** | **OTHER INFORMATION** | **41** |
| ITEM 1. | Legal Proceedings | 41 |
| ITEM 1A. | Risk Factors | 41 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 41 |
| ITEM 6. | Exhibits | 41 |
| | Signatures | 42 |

Venator Materials PLC and our other registered and common-law trade names, trademarks, and service marks appearing in this Quarterly Report on Form 10‑Q for the three months ended June 30, 2017 ("Quarterly Report") are the property of Venator Materials PLC or our subsidiaries.

1

Table of Contents

**NOTE REGARDING FORWARD-LOOKING STATEMENTS**

Certain information set forth in this Quarterly Report contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended (the "Securities Act") and Section 21E of the Securities and Exchange Act of 1934, as amended (the "Exchange Act"). All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, environmental, health and safety ("EHS") matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include volatile global economic conditions; cyclical and volatile titanium dioxide ("TiO$_2$") products markets; highly competitive industries and the need to innovate and develop new products; increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of TiO$_2$ as a carcinogen in the European Union and any resulting increased regulation; disruptions in production at our manufacturing facilities; fluctuations in currency exchange rates and tax rates; price volatility or interruptions in supply of raw materials and energy; changes to laws, regulations or the interpretation thereof; significant investments associated with efforts to transform our business; differences in views with our joint venture participants; high levels of indebtedness; EHS laws and regulations; our ability to obtain future capital on favorable terms; seasonal sales patterns in our product markets; legal claims against us, including antitrust claims; our ability to adequately protect our critical information technology systems; economic conditions and regulatory changes following the United Kingdom's likely exit from the European Union; failure to maintain effective internal controls over financial reporting and disclosure; our indemnification of Huntsman Corporation ("Huntsman") and other commitments and contingencies; financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners; failure to enforce our intellectual property rights; our ability to effectively manage our labor force; conflicts, military actions, terrorist attacks and general instability; and our ability to realize the expected benefits of our separation from Huntsman.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this report. Any forward-looking statements should be considered in light of the risks set forth in our Risk Factors previously disclosed in our Prospectus (the "Prospectus") filed with the Securities and Exchange Commission (the "SEC") on August 4, 2017 pursuant to Rule 424(b) of the Securities Act.

Table of Contents

**VENATOR**
**(COMBINED DIVISIONS OF HUNTSMAN CORPORATION)**
**NOTES TO UNAUDITED CONDENSED COMBINED FINANCIAL STATEMENTS**

**NOTE 1. GENERAL, DESCRIPTION OF BUSINESS, RECENT DEVELOPMENTS AND BASIS OF PRESENTATION**

**General**

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman and assume the completion of the Separation (defined below), (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, other than us, (3) all references to the "Titanium Dioxide" segment or business refer to the TiO2 business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the Separation and that are reported as discontinued operations in our condensed combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman, a shareholder and the entity through which Huntsman operates all of its businesses, and (7) we refer to the internal reorganization prior to our initial public offering, the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the Senior Credit Facilities (defined below) and Senior Notes (defined below), including the use of the net proceeds of the Senior Credit Facilities and the Senior Notes, which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "Separation" and (8) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and TiO2 businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

**Description of Business**

Venator operates in two segments: Titanium Dioxide and Performance Additives. The Titanium Dioxide segment manufactures and sells primarily $TiO_2$, and operates eight $TiO_2$ manufacturing facilities across the globe, predominantly in Europe. The Performance Additives segment manufactures and sells functional additives, color pigments, timber treatment and water treatment chemicals. This segment operates 19 color pigments, functional additives, water treatment and timber treatment manufacturing and processing facilities in Europe, North America, Asia and Australia.

**Recent Developments**

*Initial Public Offering and Separation*

On August 8, 2017, we completed our initial public offering (the "IPO") of 26,105,000 ordinary shares, par value $0.001 per share (the "Ordinary Shares"), which includes 3,405,000 Ordinary Shares issued upon the exercise in full by the underwriters of their option to purchase additional shares, at a public offering price of $20.00 per share. All of the Ordinary Shares were sold by Huntsman, and we did not receive any proceeds from the offering. The Ordinary Shares began trading August 3, 2017 on the New York Stock Exchange under the symbol "VNTR." Following the IPO, Huntsman owns approximately 75% of Venator's outstanding Ordinary Shares. The material terms of the IPO are described in the Prospectus.

In connection with the IPO and the Separation, Venator and Huntsman entered into certain agreements that allocated between Venator and Huntsman the various assets, employees, liabilities and obligations that were previously part of Huntsman and that govern various interim and ongoing relationships between the parties.

10

Table of Contents

***Senior Credit Facilities and Senior Notes***

On August 8, 2017, in connection with the IPO and the Separation, we entered into new financing arrangements and incurred new debt, including borrowings of $375 million under a new senior secured term loan facility with a maturity of seven years (the "Term Loan Facility"). In addition to the Term Loan Facility, we entered into a $300 million asset-based revolving lending facility with a maturity of five years (the "ABL facility" and, together with the term loan facility, the "Senior Credit Facilities"). On July 14, 2017, in connection with the IPO and the Separation, our subsidiaries Venator Finance S.à.r.l. and Venator Materials LLC, issued $375,000,000 in aggregate principal amount of 5.75% of Senior Notes due 2025 (the "Senior Notes"). Promptly following consummation of the Separation, the proceeds of the Senior Notes were released from escrow and Venator used the net proceeds of the Senior Notes and borrowings under the Term Loan Facility to repay intercompany debt owed to Huntsman and to pay related fees and expenses. See "Note 7. Related Party Financing" for further discussion of our debt owed to Huntsman.

***Pori Fire***

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and it is currently not fully operational. We are committed to repairing the facility as quickly as possible and a portion of our white end production became operational during the second quarter of 2017. During the first half of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating income, net in our condensed combined statements of operations. In addition, we recorded a loss of $15 million of costs for cleanup of the facility in other operating income, net through June 30, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. The fire at our Pori facility did not have a material impact on our 2017 second quarter operating results as losses incurred were offset by insurance proceeds. On February 9, 2017 and May 2, 2017, we received $54 million and $76 million, respectively, as partial progress payments from our insurer. During the first six months of 2017, we recorded $84 million of income related to property damage and business interruption insurance recoveries in other operating income, net in our condensed combined statements of operations to offset property damage and business interruption losses recorded during the period. In addition, we recorded $46 million as deferred income in accrued liabilities as of June 30, 2017 for insurance proceeds received for costs not yet incurred. On July 10, 2017, we received an additional progress payment of $11 million from our insurer.

**Basis of Presentation**

Venator's unaudited condensed combined financial statements have been prepared in accordance with generally accepted accounting principles in the United States ("GAAP" or "U.S. GAAP") and in management's opinion reflect all adjustments, consisting only of normal recurring adjustments, necessary for a fair presentation of results of operations, comprehensive income (loss), financial position and cash flows for the periods presented. Results of interim periods are not necessarily indicative of those to be expected for the full year. These unaudited condensed combined financial statements should be read in conjunction with the audited combined financial statements and notes to combined financial statements included in the Prospectus.

Venator's operations were included in Huntsman's financial results in different legal forms, including but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities which are comprised of the Titanium Dioxide and Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide and Performance Additives businesses are the primary beneficiaries. The unaudited condensed combined financial statements include all revenues, costs, assets, liabilities and cash flows directly attributable to Venator, as well as allocations of direct and indirect corporate expenses, which are based upon an allocation method that in the opinion of management is reasonable. Such corporate cost allocation transactions between Venator and Huntsman have been considered to be effectively settled for cash in the condensed combined financial statements at the time the transaction is recorded and the net effect of the settlement of these intercompany transactions is reflected in the condensed combined statements of cash flows as a financing activity. Because the historical condensed combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical condensed combined financial information includes the results of operations of other Huntsman businesses are not a part of our operations after the Separation. We report the results of those other businesses as discontinued operations. See "Note 3. Discontinued Operations" for further discussion of discontinued operations.

11

Table of Contents

In addition, the unaudited condensed combined financial statements have been prepared from Huntsman's historical accounting records and are presented on a stand-alone basis as if Venator's operations had been conducted separately from Huntsman; however, Venator did not operate as a separate, stand-alone entity for the periods presented and, as such, the condensed combined financial statements may not be indicative of the financial position, results of operations and cash flows had Venator been a stand-alone company.

For purposes of these unaudited condensed combined financial statements, all significant transactions with Huntsman International have been included in group equity. All intercompany transactions within the combined business have been eliminated.

Huntsman's executive, information technology, EHS and certain other corporate departments perform certain administrative and other services for Venator. Additionally, Huntsman performs certain site services for Venator. Expenses incurred by Huntsman and allocated to Venator are determined based on specific services provided or are allocated based on Venator's total revenues, total assets, and total employees in proportion to those of Huntsman. Management believes that such expense allocations are reasonable. Corporate allocations include allocated selling, general, and administrative expenses of $28 million and $26 million for the three months ended June 30, 2017 and 2016, respectively, and $52 million and $49 million for the six months ended June 30, 2017 and 2016, respectively.

**NOTE 2. RECENTLY ISSUED ACCOUNTING PRONOUNCEMENTS**

**Accounting Pronouncements Adopted During 2017**

In July 2015, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2015-11, *Inventory (Topic 330): Simplifying the Measurement of Inventory*. The amendments in this ASU do not apply to inventory that is measured using last-in first-out ("LIFO") or the retail inventory method, but rather does apply to all other inventory, which includes inventory that is measured using first-in first-out or average cost. An entity should measure in scope inventory at the lower of cost and net realizable value. Net realizable value is the estimated selling prices in the ordinary course of business, less reasonably predictable costs of completion, disposal, and transportation. Subsequent measurement is unchanged for inventory measured using LIFO or the retail inventory method. The amendments in this ASU are effective for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2016. The amendments in this ASU should be applied prospectively. We adopted the amendments in this ASU effective January 1, 2017, and the initial adoption of the amendment in this ASU did not have a significant impact on our condensed combined financial statements.

**Accounting Pronouncements Pending Adoption in Future Periods**

In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)*, outlining a single comprehensive model for entities to use in accounting for revenues arising from contracts with customers and supersedes most current revenue recognition guidance. In August 2015, the FASB issued ASU No. 2015-14, *Revenue from Contracts with Customers (Topic 606): Deferral of the Effective Date*, deferring the effective date of ASU No. 2014-09 for all entities by one year. Further, in March 2016, the FASB issued ASU No. 2016-08, *Revenue from Contracts with Customers (Topic 606): Principal versus Agent Considerations (Reporting Revenue Gross versus Net)*, clarifying the implementation guidance on principal versus agent considerations, in April 2016, the FASB issued ASU No. 2016-10, *Revenue from Contracts with Customers (Topic 606): Identifying Performance Obligations and Licensing*, clarifying the implementation guidance on identifying performance obligations in a contract and determining whether an entity's promise to grant a license provides a customer with either a right to use the entity's intellectual property (which is satisfied at a point in time) or a right to access the entity's intellectual property (which is satisfied over time), in May 2016, the FASB issued ASU No. 2016-12, *Revenue from Customers (Topic 606): Narrow-Scope Improvements and Practical Expedients*, providing clarifications and practical expedients for certain narrow aspects in Topic 606, and in December 2016, the FASB issued ASU 2016-20, *Technical Corrections and Improvements to Topic 606, Revenue from Contracts with Customers*. The amendments in these ASUs are effective for annual reporting periods beginning after December 15, 2017, including interim periods within that reporting period. The amendments in ASU No. 2014-09, ASU No. 2016-08, ASU No. 2016-10, ASU No. 2016-12 and ASU No. 2016-20 should be applied retrospectively, and early application is permitted. We are currently performing the analysis identifying areas that will be impacted by the adoption of the amendments in ASU No. 2014-09, ASU No. 2016-08, ASU No. 2016-10, ASU No. 2016-12 and ASU No. 2016-20 on our condensed combined financial statements. At this time, other than additional required disclosures, we do not expect the adoption of the amendments in these ASUs to have

12

Table of Contents

*Titanium Dioxide*

The decrease in revenues of $19 million, or 2%, in our Titanium Dioxide segment for the six months ended June 30, 2017 compared to the same period in 2016 was due to a $70 million, or 9% decrease in volumes primarily as a result of the fire at our Pori plant and a $37 million, or 5%, decrease due to product mix and other, partially offset by an $88 million, or 12% increase in average selling prices due to an improved business environment for $TiO_2$.

Our segment adjusted EBITDA in our Titanium Dioxide segment increased by approximately $135 million for the six months ended June 30, 2017 compared to the same period in 2016 primarily as a result of a $31 million increase due to cost reductions from our restructuring programs, a $37 million increase due to insurance recoveries related to the Pori fire, and an $88 million decrease in cost of sales primarily driven by lower volumes, offset by a $19 million decrease in revenues.

*Performance Additives*

The increase in revenues in our Performance Additives segment of $2 million, or 1%, for the six months ended June 30, 2017 compared to the same period in 2016 was primarily due to a $27 million, or 9%, decrease in sales volumes as a result of declines in demand and product availability offset by a $28 million, or 10%, increase in sales due to product mix. The increase in segment adjusted EBITDA in our Performance Additives segment of $2 million, or 5%, was primarily as a result of the increase in revenues.

**LIQUIDITY AND CAPITAL RESOURCES**

As of June 30, 2017, and prior to the Separation, Venator received financing from Huntsman through participation in a cash pooling program and through long-term financing. Following the Separation, Venator has not received any funding through the Huntsman cash pooling program. We had cash and cash equivalents of $34 million and $29 million as of June 30, 2017 and December 31, 2016, respectively.

Subsequent to June 30, 2017, in connection with the IPO and the Separation, we entered into new financing arrangements and incurred new debt, including $375 million of Senior Notes issued by our subsidiaries, Venator Finance S.à.r.l. and Venator Materials LLC, and borrowings of $375 million the Term Loan Facility. We used the net proceeds of the Senior Notes and the Term Loan Facility to repay intercompany debt owed to Huntsman and to pay related fees and expenses. All Huntsman receivables or payables were eliminated in connection with the Separation, other than a payable to Huntsman for certain post-Separation adjustments relating to, among other things, cash held by Venator and Pori insurance proceeds.

In addition to the Senior Notes and the Term Loan Facility, we entered into a $300 million asset-based revolving lending facility with a maturity of five years, referred to herein as the ABL Facility and, together with the Senior Notes and the Term Loan Facility, the Senior Credit Facilities. Availability to borrow under the ABL Facility is subject to a borrowing base calculation comprising both accounts receivable and inventory in the United States, Canada, the United Kingdom and Germany and only accounts receivable in France and Spain. Thus, the base calculation may fluctuate from time to time and may be further impacted by the lenders' discretionary ability to impose reserves and availability blocks that might otherwise incrementally increase borrowing availability. Assuming all proposed borrowers currently participate in the facility, the borrowing base calculation is in excess of $260 million. To participate in the facility, each borrower is required to deliver certain documentation and security agreements to the satisfaction of the administrative agent, some of which are not fully satisfied.

Subsequent to the IPO, to mitigate foreign currency exchange rate risk, Venator intends to enter into cross currency swaps with financial institutions with maturity profiles of three and five years.

We expect to have adequate liquidity to meet our obligations over the next 12 months. Additionally, we believe our future obligations, including needs for capital expenditures will be met by available cash generated from operations and borrowings under the ABL Facility.

31

Table of Contents

**Items Impacting Short-Term and Long-Term Liquidity**

Our liquidity can be significantly impacted by various factors. The following matters had, or are expected to have, a significant impact on our liquidity:

- Cash invested in our accounts receivable and inventory, net of accounts payable, decreased by approximately $204 million for the six months ended June 30, 2017 as reflected in our condensed combined statements of cash flows. We expect volatility in our working capital components to continue after the Separation due to seasonal changes in working capital throughout the year.

- During 2017, we expect to spend between $80 million and $90 million on capital expenditures, net of reimbursements, approximately $40 million of which has been spent as of June 30, 2017. Our future expenditures include certain EHS maintenance and upgrades; repair of our Pori manufacturing facility that was damaged by fire on January 30, 2017; periodic maintenance and repairs applicable to major units of manufacturing facilities; expansions of our existing facilities or construction of new facilities; and certain cost reduction projects. We expect to fund this spending with cash provided by operations.

- During the six months ended June 30, 2017, we made contributions to our pension and postretirement benefit plans of $10 million. During the remainder of 2017, we expect to contribute an additional amount of approximately $13 million to these plans.

- We are involved in a number of cost reduction programs for which we have established restructuring accruals. As of June 30, 2017, we had $33 million of accrued restructuring costs of which $29 million is classified as current. We expect to incur and pay additional restructuring and plant closing costs of approximately $14 million through the remainder of 2017. For further discussion of these plans and the costs involved, see "Note 6. Restructuring, Impairment and Plant Closing Costs" to our condensed combined financial statements.

  Further, although the business improvement program is expected to be completed by the end of 2018, we expect to incur additional restructuring charges well beyond the end of 2018. We expect the business improvement program to provide additional contributions to adjusted EBITDA beginning in 2017.

- On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and is currently not fully operational. The Pori facility has a nameplate capacity of 130,000 metric tons, which represents approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. The site is insured for property damage as well as business interruption losses. According to our insurance policies, the respective retention levels (deductibles) for physical damage and business interruption are $15 million and 60 days, respectively, with a limit of $500 million. During the first half of 2017, we received $130 million from our insurer as partial progress payments towards the overall pending claim. On July 10, 2017 we received another partial progress payment in the amount of $11 million from our insurer.

  We have established a process with our insurer to receive timely advance payments for the reconstruction of the facility as well as lost profits. We have agreed with our insurer to have monthly meetings to review relevant site activities and interim claims as well as regular progress payments. A portion of our white end production became operational during the second quarter of 2017, and we expect the Pori facility to restart in phases as follows: approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018.

  As of June 30, 2017, there was approximately $77 million remaining of the partial progress payments received from our insurer with respect to the Pori fire. The Separation Agreement between Huntsman and Venator provides that, following the Separation, Venator has the benefit of the property damage and business interruption insurance proceeds related to covered repair costs or covered lost profits incurred related to the Pori fire, including any unspent amounts of the insurance progress payments still remaining at the time of the Separation. Any unspent insurance proceeds were transferred to Venator upon the Separation.

Table of Contents

- In connection with the IPO and the Separation, we entered into new financing arrangements and incurred new debt, including the issuance of $375,000,000 in aggregate principal amount of 5.75% of Senior Notes due 2025 and borrowings of $375 million under the Term Loan Facility. In addition to the Term Loan Facility, we entered into a $300 million ABL Facility. We used the net proceeds of the Senior Notes and the Term Loan Facility to repay intercompany debt owed to Huntsman and to pay related fees and expenses

As of June 30, 2017 and December 31, 2016, we had $3 million and $10 million, respectively, classified as current portion of debt.

As of June 30, 2017 and December 31, 2016, we had approximately $30 million and $26 million, respectively, of cash and cash equivalents held by our non-U.S. subsidiaries, including our variable interest entities. We intend to use cash held in our non-U.S. subsidiaries to fund our local operations. Nevertheless, we could repatriate this cash or future operating cash from earnings as dividends to our parent company. If non-U.S. cash were repatriated as dividends, under current tax law, we have the ability to repatriate the cash without incurring incremental income tax. Cash held by certain foreign subsidiaries, including our variable interest entities, may also be subject to legal restrictions, including those arising from the interests of our partners, which could limit the amounts available for repatriation.

**Cash Flows for the Six Months Ended June 30, 2017 Compared to the Six Months Ended June 30, 2016**

Net cash used in operating activities from continuing operations was $30 million for the six months ended June 30, 2017 while net cash provided by operating activities from continuing operations was $25 million for the six months ended June 30, 2016. The increase in net cash used in operating activities from continuing operations for the six months ended June 30, 2017 compared with the same period of 2016 was primarily attributable to a $191 million unfavorable variance in operating assets and liabilities for 2017 as compared with 2016 offset by an increase in earnings as described in "—Results of Operations" above and $28 million of operating cash inflows in 2017 due to insurance proceeds for business interruption, net of gain on recovery.

Net cash provided by investing activities from continuing operations was $104 million and $33 million for the six months ended June 30, 2017 and 2016, respectively. The increase in net cash provided by investing activities from continuing operations for the six months ended June 30, 2017 compared with the same period of 2016 was primarily attributable to a $50 million inflow of insurance proceeds related to the fire in our plant in Pori, Finland received during the six months ended June 30, 2017 as well as a $17 million decrease in capital expenditures for the six months ended June 30, 2017 compared with the same period of 2016.

Net cash used in financing activities from continuing operations was $71 million and $55 million for the six months ended June 30, 2017 and 2016, respectively. The increase in net cash used in financing activities from continuing operations for the six months ended June 30, 2017 compared with the same period of 2016 was primarily attributable to a $13 million increase in net repayment of borrowings on affiliate accounts payable.

Table of Contents

**SIGNATURES**

     Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |
|---|---|
|  | **VENATOR MATERIALS PLC** <br> **(Registrant)** |
| Date: August 28, 2017 | By: /s/ Kurt Ogden <br> Kurt Ogden <br> Senior Vice President and Chief Financial Officer |
| Date: August 28, 2017 | By: /s/ Stephen Ibbotson <br> Stephen Ibbotson <br> Vice President and Controller |

42

# Exhibit 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

# FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **October 27, 2017**

---

# Venator Materials PLC
(Exact name of registrant as specified in its charter)

| **England and Wales** | **001-38176** | **98-1373159** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22 5FD, United Kingdom**
(Address of Principal Executive Offices)
(Zip Code)

Registrant's telephone number, including area code: **+44 (0) 1740 608 001**

**Not applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

 Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition.**

On October 27, 2017, we issued a press release announcing our results for the three months ended September 30, 2017. The press release is furnished herewith as Exhibit 99.1.

We will hold a telephone conference to discuss our 2017 third quarter financial results on Friday, October 27, 2017 at 9 a.m. Eastern Time.

| | |
|---|---|
| Call-in number for U.S. participants: | (866) 807 - 9684 |
| International participants: | (412) 317 - 5415 |

The conference call will be available via webcast and can be accessed from the investor relations page of our website at venatorcorp.com/investor-relations.

The conference call will be available for replay beginning October 27, 2017 and ending November 3, 2017. The call-in numbers for the replay are as follows:

| | |
|---|---|
| Within the U.S.: | (877) 344 - 7529 |
| International participants: | (412) 317 - 0088 |
| Replay code: | 10113037 |

Information with respect to the conference call, together with a copy of the press release furnished herewith as Exhibit 99.1, is available on the investor relations page of our website at venatorcorp.com/investor-relations.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Number | Description of Exhibits |
|---|---|
| 99.1 | Press Release dated October 27, 2017 regarding third quarter 2017 earnings |

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

VENATOR MATERIALS PLC


/s/ SEAN PETTEY

*Assistant Secretary*


Dated: October 27, 2017

3

**Exhibit 99.1**

NEWS RELEASE

FOR IMMEDIATE RELEASE
OCTOBER 27, 2017

**MEDIA CONTACT:**

**IR CONTACT:**

Karen Fenwick
Direct: +44 (0)1740 608076

Murdo Montgomery
Direct: +44 (0)1740 608671

**Venator Announces Third Quarter 2017 Results;
Reports Strong Sequential Earnings Growth**

**Third Quarter 2017 Highlights**

- Net income of $51 million compared to a net loss of $5 million in the prior year period

- Adjusted EBITDA of $134 million compared to $21 million in the prior year period

- Diluted earnings per share of $0.48 and adjusted diluted earnings per share of $0.70

- Successful completion of our initial public offering ("IPO") in August 2017, and $750 million of new financing raised in connection with the IPO

- Favorable $TiO_2$ industry environment for further earnings and cash flow improvement

- Net debt reduced to $565 million as of September 30, 2017

| | Three months ended | | | | Nine months ended | |
| | September 30, | | June 30, | | September 30, | |
| In millions, except per share amounts | 2017 | 2016 | 2017 | | 2017 | 2016 |
| --- | --- | --- | --- | --- | --- | --- |
| Revenues | $ 582 | $ 532 | $ 562 | $ | 1,681 | $ 1,648 |
| Net income (loss) attributable to Venator | $ 51 | $ (5) | $ 31 | $ | 66 | $ (81) |
| Adjusted net income (loss)(1) | $ 75 | $ (10) | $ 38 | $ | 121 | $ (67) |
| Diluted earnings (loss) per share(1) | $ 0.48 | $ (0.05) | $ 0.29 | $ | 0.62 | $ (0.76) |
| Adjusted diluted earnings (loss) per share(1) | $ 0.70 | $ (0.09) | $ 0.36 | $ | 1.14 | $ (0.63) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA(1) | $ | 134 | $ | 21 | $ | 94 | $ | 277 | $ | 38 |

*See end of press release for footnote explanations*

WYNYARD, UK - Venator Materials PLC ("Venator") (NYSE: VNTR) today reported third quarter 2017 results with net income of $51 million and adjusted EBITDA of $134 million.

**Simon Turner, President and CEO of Venator, commented**:

*"We are encouraged by our strong sequential earnings growth in the third quarter, driven by higher price capture, our leading $TiO_2$ position in Europe and the quality of our specialty $TiO_2$ business. We also delivered further progress in our $90 million business improvement program. Looking forward, we believe that $TiO_2$ industry fundamentals indicate an elongated and elevated utilization profile from which Venator is well positioned to benefit."*

**Segment Analysis for 3Q17 Compared to 3Q16**

**Titanium Dioxide**

The $39 million, or 10%, increase in revenues in our Titanium Dioxide segment for the three months ended September 30, 2017 compared to the same period of 2016 was due to a 24% increase in average selling prices, partially offset by a 12% decrease in sales volumes and a 2% decrease due to product mix. The improvements in selling price consisted primarily of a 22% increase as a result of continued improvements in business conditions for $TiO_2$, allowing for increased prices, and a 2% improvement primarily from favorable exchange rates against the Euro. Sales volumes decreased primarily as a result of the fire at our Pori, Finland manufacturing facility, otherwise they increased 4%.

Segment adjusted EBITDA of our Titanium Dioxide segment increased by $105 million for the three months ended September 30, 2017 compared to the same period in 2016 primarily as a result of an increase in revenue largely due to an increase in average selling price and an increase in volumes (excluding the impact of the Pori fire), and a $13 million reduction in costs, mainly due to our Business Improvement Program.

**Performance Additives**

The increase in revenues in our Performance Additives segment of $11 million, or 8%, for the three months ended September 30, 2017 compared to the same period of 2016 was due to a 3% increase in average selling price and a 5% increase in volume, partially offset by a 1% decrease due to changes in product mix. The improvement in prices was primarily in our Functional Additives product line.

Segment adjusted EBITDA in our Performance Additives segment was $15 million for the three month period ended September 30, 2017 compared to $16 million for the same period in 2016. The $1 million decrease is a result of higher sales volumes and higher selling prices offset by a $2 million decrease as a result of the release of an environmental reserve at our Hainhausen, Germany plant in the third quarter of 2016 and other cost increases.

**Corporate and Income Taxes**

Segment adjusted EBITDA for Corporate and other represented an $8 million loss for the third quarter 2017.

We recorded income tax expense of $14 million and income tax benefit of $7 million for the three months ended September 30, 2017 and 2016, respectively. Our tax expense is significantly affected by the mix of income and losses in tax jurisdictions in which we operate. We expect our adjusted long-term effective tax rate will be approximately 15% to 20% and our cash tax rate to be between 10 to 15%.

**Update on Pori**

Due to prevailing strong market conditions our TiO2 selling prices continue to improve and our business is benefitting from the improved profitability and cash flows. This also has the effect of increasing our insurance claim for lost earnings from the Pori site. Consequently, the combination of increased TiO2 profitability and estimated reconstruction costs indicate that we will exceed our $500 million insurance limit. We expect to contain these over-the-limit costs within $100 - 150 million and account for them as capital expenditures.

Prior to the fire, 60% of the site capacity produced specialty products which on average, contributed approximately 75% of the site EBITDA. We are already running at 20% of previous capacity and we intend to restore manufacturing of the balance of these more profitable specialty products as quickly as possible in 2018. The remaining 40% of site capacity is more commoditized and may be reintroduced at a slower pace depending on market conditions, cost and projected long term return.

**Liquidity and Capital Resources**

As of September 30, 2017, we had cash and cash equivalents of $186 million compared with $34 million as of June 30, 2017. In addition, we have in place an undrawn asset based revolving credit facility available for our working capital needs and general corporate purposes, with a borrowing base of $234 million.

During the third quarter, in connection with the IPO and the separation from Huntsman Corporation, we raised $750 million of new debt, which consists of (i) $375 million of senior unsecured notes at 5.75%, due 2025, and (ii) borrowings of $375 million under our term loan facility at LIBOR plus 3%, due 2024. The net proceeds of the senior notes offering and the term loan facility were used to repay intercompany debt owed to Huntsman and to pay fees and expenses relating to the IPO and separation.

As of September 30, 2017, net debt was $565 million.

**Earnings Conference Call Information**

We will hold a conference call to discuss our third quarter financial results on Friday, October 27, 2017 at 9:00 a.m. ET.

Call-in numbers for the conference call:

| | |
|---|---|
| U.S. participants | 1-866-807-9684 |
| International participants | 1-412-317-5415 |

In order to facilitate the registration process, you may use the following link to pre-register for the conference call. Callers who pre-register will be given a unique PIN and separate call-in number to gain immediate access to the call and bypass the live operator. To pre-register, please go to:

http://dpregister.com/10113037

**Webcast Information**

The conference call will be available via webcast and can be accessed from the company's website at venatorcorp.com/investor-relations

**Replay Information**

The conference call will be available for replay beginning October 27, 2017 and ending November 3, 2017.

3

Call-in numbers for the replay:

| | |
|---|---|
| U.S. participants | 1-877-344-7529 |
| International participants | 1-412-317-0088 |
| Replay code | 10113037 |

**Upcoming Conferences**

During the fourth quarter, a member of management is expected to present at the Citi 2017 Basic Materials Conference on November 28, 2017. A webcast of the presentation, if applicable, along with accompanying materials will be available at venatorcorp.com/investor-relations.

4

**Table 1 — Results of Operations**

| In millions, except per share amounts | | Three months ended September 30, | | | Three months ended June 30, | | Nine months ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2017 | | 2016 | | 2017 | | 2017 | | 2016 |
| Revenues | $ | 582 | $ | 532 | $ | 562 | $ | 1,681 | $ | 1,648 |
| Cost of goods sold | | 488 | | 491 | | 479 | | 1,430 | | 1,547 |
| Gross profit | | 94 | | 41 | | 83 | | 251 | | 101 |
| Operating expenses | | 3 | | 33 | | 17 | | 81 | | 135 |
| Restructuring, impairment and plant closing costs | | 16 | | 7 | | 7 | | 49 | | 31 |
| Operating income (loss) | | 75 | | 1 | | 59 | | 121 | | (65) |
| Interest expense | | (8) | | (12) | | (9) | | (29) | | (31) |
| Other income | | — | | — | | — | | — | | 1 |
| Income (loss) before income taxes | | 67 | | (11) | | 50 | | 92 | | (95) |
| Income tax (expense) benefit | | (14) | | 7 | | (16) | | (26) | | 14 |
| Income (loss) from continuing operations | | 53 | | (4) | | 34 | | 66 | | (81) |
| Income from discontinued operations, net of tax | | — | | 2 | | — | | 8 | | 8 |
| Net income (loss) | | 53 | | (2) | | 34 | | 74 | | (73) |
| Net income (loss) attributable to noncontrolling interests, net of tax | | (2) | | (3) | | (3) | | (8) | | (8) |
| Net income (loss) attributable to Venator | $ | 51 | $ | (5) | $ | 31 | $ | 66 | $ | (81) |
| Adjusted EBITDA(1) | $ | 134 | $ | 21 | $ | 94 | $ | 277 | $ | 38 |
| Adjusted net income(1) | $ | 75 | $ | (10) | $ | 38 | $ | 121 | $ | (67) |
| Basic earnings (losses) per share(1) | $ | 0.48 | $ | (0.05) | $ | 0.29 | $ | 0.63 | $ | (0.76) |
| Diluted earnings (losses) per share(1) | $ | 0.48 | $ | (0.05) | $ | 0.29 | $ | 0.62 | $ | (0.76) |
| Adjusted earnings (losses) per share(1) | $ | 0.71 | $ | (0.09) | $ | 0.36 | $ | 1.14 | $ | (0.63) |
| Adjusted diluted earnings (losses) per share(1) | $ | 0.70 | $ | (0.09) | $ | 0.36 | $ | 1.14 | $ | (0.63) |
| Common share information(1): | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Basic shares outstanding | 106.3 | 106.3 | 106.3 | 106.3 | 106.3 |
| Diluted shares | 106.6 | 106.3 | 106.3 | 106.6 | 106.3 |
| Diluted shares for adjusted diluted income per share | 106.6 | 106.3 | 106.3 | 106.6 | 106.3 |

*See end of press release for footnote explanations*

5

**Table 2 — Results of Operations by Segment**

| In millions | Three months ended September 30, 2017 | | 2016 | Better / (Worse) | Three months ended June 30, 2017 | Better / (Worse) | Nine months ended September 30, 2017 | | 2016 | Better / (Worse) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Segment Revenues:** | | | | | | | | | | |
| Titanium Dioxide | $ | 431 | $ 392 | 10% | $ 401 | 7% | $ 1,217 | $ | 1,197 | 2% |
| Performance Additives | | 151 | 140 | 8% | 161 | (6)% | 464 | | 451 | 3% |
| **Total** | $ | 582 | $ 532 | 9% | $ 562 | 4% | $ 1,681 | $ | 1,648 | 2% |
| **Segment Adjusted EBITDA(1):** | | | | | | | | | | |
| Titanium Dioxide | $ | 127 | $ 22 | 477% | $ 93 | 37% | $ 268 | $ | 28 | 857% |
| Performance Additives | | 15 | 16 | (6)% | 21 | (29)% | 57 | | 56 | 2% |
| Corporate and other | | (8) | (17) | 53% | (20) | 60% | (48) | | (46) | (4)% |
| **Total** | $ | 134 | $ 21 | 538% | $ 94 | 43% | $ 277 | $ | 38 | 629% |

*See end of press release for footnote explanations*

6

**Table 3 — Factors Impacting Sales Revenue**

<div align="center">

**Three months ended**

**September 30, 2017 vs. 2016**

</div>

| | Average Selling Price(a) | | Sales Mix | Sales | |
| --- | --- | --- | --- | --- | --- |
| | Local Currency | Exchange Rate | & Other | Volume(b) | Total |
| Titanium Dioxide | 22% | 2% | (2)% | (12)%(c) | 22% |
| Performance Additives | 2% | 1% | (1)% | 5% | 7% |
| Total Company | 15% | 2% | (1)% | (7)% | 9% |

<div align="center">

**Nine months ended**

**September 30, 2017 vs. 2016**

</div>

| | Average Selling Price(a) | | Sales Mix | Sales | |
| --- | --- | --- | --- | --- | --- |
| | Local Currency | Exchange Rate | & Other | Volume(b) | Total |
| Titanium Dioxide | 17% | (1)% | (1)% | (13)%(d) | 15% |
| Performance Additives | 1% | (1)% | 0% | 2% | 2% |
| Total Company | 12% | (1)% | (1)% | (8)% | 2% |

(a) Excludes revenues from tolling arrangements, by-products and raw materials.

(b) Excludes sales volumes of by-products and raw materials.

<div align="center">7</div>

**Table 4 — Reconciliation of U.S. GAAP to Non-GAAP Measures**

| In millions, except per share amounts | EBITDA Three months ended September 30, 2017 | EBITDA Three months ended September 30, 2016 | Income Tax (Expense) Benefit(2) Three months ended September 30, 2017 | Income Tax (Expense) Benefit(2) Three months ended September 30, 2016 | Net Income (Loss) Three months ended September 30, 2017 | Net Income (Loss) Three months ended September 30, 2016 | Diluted Earnings (Loss) Per Share(1) Three months ended September 30, 2017 | Diluted Earnings (Loss) Per Share(1) Three months ended September 30, 2016 |
|---|---|---|---|---|---|---|---|---|
| **Net income (loss)** | $ 53 | $ (2) | | | $ 53 | $ (2) | $ 0.50 | $ (0.02) |
| Net income attributable to noncontrolling interests | (2) | (3) | | | (2) | (3) | (0.02) | (0.03) |
| **Net income (loss) attributable to Venator** | 51 | (5) | | | 51 | (5) | 0.48 | (0.05) |
| Interest expense | 8 | 12 | | | | | | |
| Income tax expense (benefit) from continuing operations | 14 | (7) | (14) | 7 | | | | |
| Depreciation and amortization | 35 | 30 | | | | | | |
| Business acquisition and integration expenses | 4 | 3 | (1) | — | 3 | 3 | 0.03 | 0.03 |
| Income from discontinued operations | — | (2) | N/A | N/A | — | (2) | — | (0.02) |
| Gain on disposition of businesses/assets | — | (23) | — | 6 | — | (17) | — | (0.16) |
| Net plant incident costs | 1 | 3 | — | (1) | 1 | 2 | 0.01 | 0.02 |
| Amortization of pension and postretirement actuarial losses | 5 | 3 | — | — | 5 | 3 | 0.05 | 0.03 |
| Restructuring, impairment and plant closing costs | 16 | 7 | (1) | (1) | 15 | 6 | 0.14 | 0.06 |
| **Adjusted(1)** | $ 134 | $ 21 | $ (16) | $ 11 | $ 75 | $ (10) | $ 0.70 | $ (0.09) |
| Adjusted income tax expense (benefit)(1) | | | | | $ 16 | $ (11) | | |
| Net income attributable to noncontrolling interests, net of tax | | | | | 2 | 3 | | |
| **Adjusted pre-tax income (loss)(1)** | | | | | $ 93 | $ (18) | | |
| **Adjusted effective tax rate** | | | | | 17% | 61% | | |

| | EBITDA Three months ended | Income Tax (Expense) Benefit(2) Three months ended | Net Income Three months ended | Diluted Earnings (Loss) Per Share(1) Three months ended |
|---|---|---|---|---|

| In millions, except per share amounts | | June 30, 2017 | | June 30, 2017 | | June 30, 2017 | | June 30, 2017 |
|---|---|---|---|---|---|---|---|---|
| **Net income** | $ | 34 | | | $ | 34 | $ | 0.32 |
| Net income attributable to noncontrolling interests | | (3) | | | | (3) | | (0.03) |
| **Net income attributable to Venator** | | 31 | | | | 31 | | 0.29 |
| Interest expense | | 9 | | | | | | |
| Income tax expense from continuing operations | | 16 | | (16) | | | | |
| Depreciation and amortization | | 29 | | | | | | |
| Net plant incident costs (credits) | | (2) | | — | | (2) | | (0.02) |
| Amortization of pension and postretirement actuarial losses | | 4 | | — | | 4 | | 0.04 |
| Restructuring, impairment and plant closing costs | | 7 | | (2) | | 5 | | 0.05 |
| **Adjusted(1)** | $ | 94 | $ | (18) | $ | 38 | $ | 0.36 |
| Adjusted income tax expense(1) | | | | | $ | 18 | | |
| Net income attributable to noncontrolling interests, net of tax | | | | | | 3 | | |
| **Adjusted pre-tax income(1)** | | | | | $ | 59 | | |
| **Adjusted effective tax rate** | | | | | | 31% | | |

8

**Table 4 — Reconciliation of U.S. GAAP to Non-GAAP Measures**

| In millions, except per share amounts | EBITDA Nine months ended September 30, 2017 | EBITDA Nine months ended September 30, 2016 | Income Tax (Expense) Benefit(2) Nine months ended September 30, 2017 | Income Tax (Expense) Benefit(2) Nine months ended September 30, 2016 | Net Income (Loss) Nine months ended September 30, 2017 | Net Income (Loss) Nine months ended September 30, 2016 | Diluted Earnings (Loss) Per Share(1) Nine months ended September 30, 2017 | Diluted Earnings (Loss) Per Share(1) Nine months ended September 30, 2016 |
|---|---|---|---|---|---|---|---|---|
| **Net income (loss)** | $ 74 | $ (73) | | | $ 74 | $ (73) | $ 0.70 | $ (0.69) |
| Net income attributable to noncontrolling interests | (8) | (8) | | | (8) | (8) | (0.07) | (0.08) |
| **Net income (loss) attributable to Venator** | 66 | (81) | | | 66 | (81) | 0.62 | (0.76) |
| Interest expense | 29 | 31 | | | | | | |
| Income tax expense (benefit) from continuing operations | 26 | (14) | (26) | 14 | | | | |
| Income tax benefit from discontinued operations | 3 | 2 | | | | | | |
| Depreciation and amortization | 95 | 84 | | | | | | |
| Business acquisition and integration expenses | 2 | 11 | (1) | (5) | 1 | 6 | 0.01 | 0.06 |
| Income from discontinued operations | (11) | (10) | N/A | N/A | (8) | (8) | (0.07) | (0.08) |
| Gain on disposition of businesses/assets | — | (23) | — | 6 | — | (17) | — | (0.16) |
| Certain legal settlements and related expenses | 1 | 1 | — | — | 1 | 1 | 0.01 | 0.01 |
| Net plant incident costs (credits) | 4 | (2) | (1) | — | 3 | (2) | 0.03 | (0.02) |
| Amortization of pension and postretirement actuarial losses | 13 | 8 | — | 1 | 13 | 9 | 0.12 | 0.08 |
| Restructuring, impairment and plant closing costs | 49 | 31 | (4) | (6) | 45 | 25 | 0.42 | 0.24 |
| **Adjusted(1)** | $ 277 | $ 38 | $ (32) | $ 10 | $ 121 | $ (67) | $ 1.13 | $ (0.63) |
| Adjusted income tax expense (benefit)(1) | | | | | $ 32 | $ (10) | | |
| Net income attributable to noncontrolling interests, net of tax | | | | | 8 | 8 | | |
| **Adjusted pre-tax income (loss)(1)** | | | | | $ 161 | $ (69) | | |
| **Adjusted effective tax rate** | | | | | 20% | 14% | | |

*See end of press release for footnote explanations*

**Table 5 — Selected Balance Sheet Items**

| In millions | September 30, 2017 | | June 30, 2017 | | December 31, 2016 | |
|---|---|---|---|---|---|---|
| Cash | $ | 186 | $ | 34 | $ | 29 |
| Accounts and notes receivable, net | | 420 | | 602 | | 490 |
| Inventories | | 431 | | 431 | | 426 |
| Prepaid and other current assets | | 84 | | 77 | | 154 |
| Property, plant and equipment, net | | 1,264 | | 1,189 | | 1,178 |
| Other assets | | 339 | | 344 | | 384 |
| **Total assets** | $ | 2,724 | $ | 2,677 | $ | 2,661 |
| | | | | | | |
| Accounts payable | $ | 345 | $ | 921 | $ | 992 |
| Other current liabilities | | 213 | | 211 | | 173 |
| Current portion of debt | | 4 | | 3 | | 10 |
| Long-term debt | | 747 | | 11 | | 13 |
| Long-term debt to affiliates | | — | | 90 | | 882 |
| Non-current payable to affiliates | | 73 | | — | | — |
| Other liabilities | | 337 | | 336 | | 414 |
| | | | | | | |
| Total equity | | 1,005 | | 1,105 | | 177 |
| **Total liabilities and equity** | $ | 2,724 | $ | 2,677 | $ | 2,661 |

9

**Table 6 — Outstanding Debt**

| In millions | September 30, 2017 | | December 31, 2016 | |
|---|---:|---|---:|---|
| **Debt:** | | | | |
| Term loan facility | $ | 370 | $ | — |
| Senior notes | | 368 | | — |
| Amounts outstanding under A/R programmes | | — | | 106 |
| Variable interest entities | | 2 | | 2 |
| Other debt | | 11 | | 21 |
| **Total debt - excluding affiliates** | | 751 | | 129 |
| Total cash | | 186 | | 29 |
| **Net debt- excluding affiliates** | $ | 565 | $ | 100 |

10

**Footnotes**

(1) Our management uses adjusted EBITDA to assess financial performance. Adjusted EBITDA is defined as net income (loss) before interest, income tax from continuing operations, depreciation and amortization, and net income attributable to noncontrolling interests, as well as eliminating the following adjustments: (a) business acquisition and integration expenses; (b) gain on disposition of businesses/assets (c) net income of discontinued operations, net of income tax; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement actuarial losses; (f) net plant incident (credits) costs; and (g) restructuring, impairment and plant closing costs. We believe that net income (loss) is the performance measure calculated and presented in accordance with U.S. GAAP that is most directly comparable to adjusted EBITDA.

We believe adjusted EBITDA is useful to investors in assessing our ongoing financial performance and provides improved comparability between periods through the exclusion of certain items that management believes are not indicative of our operational profitability and that may obscure underlying business results and trends. However, this measure should not be considered in isolation or viewed as a substitute for net income or other measures of performance determined in accordance with U.S. GAAP. Moreover, adjusted EBITDA as used herein is not necessarily comparable to other similarly titled measures of other companies due to potential inconsistencies in the methods of calculation. Our management believes this measure is useful to compare general operating performance from period to period and to make certain related management decisions. Adjusted EBITDA is also used by securities analysts, lenders and others in their evaluation of different companies because it excludes certain items that can vary widely across different industries or among companies within the same industry. For example, interest expense can be highly dependent on a company's capital structure, debt levels and credit ratings. Therefore, the impact of interest expense on earnings can vary significantly among companies. In addition, the tax positions of companies can vary because of their differing abilities to take advantage of tax benefits and because of the tax policies of the various jurisdictions in which they operate. As a result, effective tax rates and tax expense can vary considerably among companies. Finally, companies employ productive assets of different ages and utilize different methods of acquiring and depreciating such assets. This can result in considerable variability in the relative costs of productive assets and the depreciation and amortization expense among companies.

Nevertheless, our management recognizes that there are limitations associated with the use of adjusted EBITDA in the evaluation of us as compared to net income. Our management compensates for the limitations of using adjusted EBITDA by using this measure to supplement U.S. GAAP results to provide a more complete understanding of the factors and trends affecting the business rather than U.S. GAAP results alone.

In addition to the limitations noted above, adjusted EBITDA excludes items that may be recurring in nature and should not be disregarded in the evaluation of performance. However, we believe it is useful to exclude such items to provide a supplemental analysis of current results and trends compared to other periods because certain excluded items can vary significantly depending on specific underlying transactions or events, and the variability of such items may not relate specifically to ongoing operating results or trends and certain excluded items, while potentially recurring in future periods, may not be indicative of future results. For example, while EBITDA from discontinued operations is a recurring item, it is not indicative of ongoing operating results and trends or future results.

Adjusted net income is computed by eliminating the after-tax amounts related to the following from net income attributable to Venator Materials PLC common stockholders: (a) business acquisition and integration expenses; (b) gain on disposition of businesses/assets; (c) net income of discontinued operations; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement actuarial losses; (f) restructuring, impairment and plant closing costs. Basic adjusted net income per share excludes dilution and is computed by dividing adjusted net income by the weighted average number of shares outstanding during the period. Adjusted diluted net income per share reflects all potential dilutive common shares outstanding during the period increased by the number of additional shares that would have been outstanding as dilutive securities. For the periods prior to our IPO, the average number of common shares outstanding used to calculate basic and diluted adjusted net income per share was based on the ordinary shares that were outstanding at the time of our IPO. Adjusted net income and adjusted net income per share amounts are presented solely as supplemental information.

(2) The income tax impacts, if any, of each adjusting item represent a ratable allocation of the total difference between the unadjusted tax expense and the total adjusted tax expense, computed without consideration of any adjusting items using a with and without approach. We do not adjust for changes in tax valuation allowances because we do not believe it provides more meaningful information than is provided under GAAP.

**About Venator**

Venator is a global manufacturer and marketer of chemical products that comprise a broad range of pigments and additives that bring color and vibrancy to buildings, protect and extend product life, and reduce energy consumption. We market our products globally to a diversified group of industrial customers through two segments: Titanium Dioxide, which consists of our $TiO_2$ business, and Performance Additives, which consists of our functional additives, color pigments, timber treatment and water treatment businesses. We operate 27 facilities, employ approximately 4,500 associates worldwide and sell our products in more than 110 countries.

**Social Media:**
 Twitter: www.twitter.com/VenatorCorp
Facebook: www.facebook.com/venatorcorp
LinkedIn: www.linkedin.com/company/venator-corp

*Cautionary Statement Concerning Forward-Looking Statements*

*Certain statements contained in this press release constitute "forward-looking statements" within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements represent Venator's expectations or beliefs concerning future events, and it is possible that the expected results described in this press release will not be achieved. These forward-looking statements are subject to risks, uncertainties and other factors, many of which are outside of Venator's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements including any delays in reconstruction of our Pori, Finland manufacturing facility or losses for business interruption or construction costs that exceed our coverage limit applicable to the fire at that facility.*

*Any forward-looking statement speaks only as of the date on which it is made, and, except as required by law, Venator does not undertake any obligation to update or revise any forward-looking statement, whether as a result of new information, future events or otherwise. New factors emerge from time to time, and it is not possible for Venator to predict all such factors. When considering these forward-looking statements, you should keep in mind the risk factors and other cautionary statements in the prospectus filed with the SEC in connection with Venator's initial public offering. The risk factors and other factors noted in Venator's prospectus could cause its actual results to differ materially from those contained in any forward-looking statement.*

12

# Exhibit 4

| | | |
|---|---|---|
| Company Name: Venator Materials PLC | Market Cap: 2,474.01 | Bloomberg Estimates - EPS |
| Company Ticker: VNTR US | Current PX: 23.28 | Current Quarter: 0.590 |
| Date: 2017-10-27 | YTD Change($): N.A. | Current Year: 2.097 |
| Event Description: Q3 2017 Earnings Call | YTD Change(%): N.A. | Bloomberg Estimates - Sales |
| | | Current Quarter: 541.111 |
| | | Current Year: 2225.444 |

# Q3 2017 Earnings Call

## Company Participants

- Murdo Montgomery
- Simon Turner
- Kurt D. Ogden

## Other Participants

- P.J. Juvekar
- David I. Begleiter
- Christopher Evans
- Hassan I. Ahmed
- Stephen Byrne
- Aleksey Yefremov
- Laurence Alexander
- Jeffrey J. Zekauskas
- John Roberts
- James Sheehan
- Matthew DeYoe
- Arun Viswanathan
- Roger N. Spitz

## MANAGEMENT DISCUSSION SECTION

[Abrupt Start]

### Operator

...and welcome to the Venator Materials Third Quarter Earnings Conference Call. All participants will be in listen-only mode. [Operator Instructions] After today's presentation, there will be an opportunity to ask questions. In the interest to equal access to all participants, please limit yourself to one question and one follow-up. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Murdo Montgomery. Please go ahead.

### Murdo Montgomery

Thank you, operator, and good morning, everyone. I am Murdo Montgomery, Director of Investor Relations for Venator Materials. Welcome to our third quarter 2017 earnings call. Joining us on the call today are Simon Turner, President and CEO; and Kurt Ogden, Senior Vice President and CFO.

This morning, before the market opened, we released our earnings for the third quarter 2017 via press release and posted it to our website, venatorcorp.com. We also posted a set of slides on our website, which we will use on the call this morning while presenting our results.



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

During this call, we may make statements about our projections or expectations for the future. All such statements are forward-looking statements, and while they reflect our current expectations, they involve risks and uncertainties and are not guarantees of future performance. You should review our filings with the Securities and Exchange Commission for more information regarding the factors that could cause actual results to differ materially from these projections or expectations. We do not plan on publicly updating or revising any forward-looking statements during the quarter.

We will also refer to non-GAAP financial measures such as EBITDA, adjusted EBITDA, adjusted net income or loss, free cash flow and net debt. You can find reconciliation to the most directly comparable GAAP financial measures in our earnings release, which has been posted to our website at venatorcorp.com. We expect to file our 10-Q next week, which among other things will provide the statements of cash flows.

I will now turn the call over to Simon Turner, our President and CEO.

## Simon Turner

Good morning, everyone. It's my pleasure to welcome you to our third quarter earnings call, our first as a publicly listed company. Slide 3 covers the financial summary for the quarter. We're pleased to be reporting a strong set of business results. In terms of the headlines, we reported adjusted EBITDA of $134 million, with the increase from $94 million in the second quarter reflecting strong price traction and our leverage to Titanium Dioxide.

Moving on to slide 4 and the Titanium Dioxide segment, the Titanium Dioxide segment has driven the strong results for Venator for this quarter with segment adjusted EBITDA up 37% over the prior quarter, primarily driven by higher TiO2 selling prices, and cost savings related to our previously announced $90 million Business Improvement Program.

Average selling prices increased by 13% over the second quarter, with price increases across all regions. We captured substantially all of the $250 million price nomination we announced in the third quarter with Europe particularly strong. Volume growth, adjusting for the impact of the Pori fire, was 4% compared to the prior year quarter. We continue to see good demand across the market for our specialty, differentiated and functional grades, and we are currently implementing price increases for the fourth quarter. Although normally a softer quarter, we are targeting price increases in the range of $80 a ton to $180 a ton.

Our expectation is, there'll be meaningful regional differences within this range, although the pattern of price conversions will continue. We remain committed to supporting our customers with measured approach to price increases. However, we note that TiO2 pricing has only now just recovered back to the level we saw three years ago in 3Q 2014.

Utilization rates remain high across the industry, and we expect this to continue. We are manufacturing at full capacity and continue to see inventory days coming down across the industry. We see inventories outside China operating at a range of 40 to 50 days of sales and our Titanium Dioxide finished goods inventory days at the end of the third quarter are at the lower end of this range.

Looking ahead, the outlook remains favorable for continued earnings growth, and margin expansion. Raw material costs may increase in the near term, although the impact on our business is expected to be modest given our sustained sulfate ore cost advantage.

Moving on to slide 5 on Performance Additives. Revenues were up 8% year-on-year with volume growth and higher selling prices driving the increase. During the quarter, we announced the closures of two color pigment plants in North America as part of the Business Improvement Program with production moving to our Augusta, Georgia and Italian facilities. Production ramp-up in Augusta is progressing.

Looking ahead, we'd expect to see some seasonality in the fourth quarter for this segment. And longer-term, we continue to target $100 million of adjusted EBITDA from the Performance Additives segment with growth driven by the Business Improvement Program, the benefit of previously-invested growth CapEx, and improved manufacturing efficiency at Augusta.



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

Moving on to slide 6 and the Business Improvement Program. To recap, the program is targeting $90 million of EBITDA benefit split across facility closures, fixed cost reduction, and volume improvement over and above normal market growth. During the third quarter, we captured $9 million of EBITDA benefit, primarily reflecting the closure of the Calais white end, which is still in process, and the completed closure of our Umbogintwini, South Africa facility.

In addition to the $6 million benefit we reported for the second quarter, the closures of Easton and St. Louis complete the site closures that are part of the plan. Overall, we remain on track to deliver the $90 million and are ahead of where we expected to be at this stage, with further capture in the fourth quarter and EBITDA benefit accelerating in 2018.

With that, I'll pass over to Kurt to give the financial overview.

## Kurt D. Ogden

Thank you, Simon. Let's go ahead and turn to slide 7. Venator legal entities previously received corporate allocations from Huntsman of approximately $20 million per quarter. The graphs on this slide reflected the EBITDA that many of you also recognize as the Pigments & Additives divisional adjusted EBITDA.

Our total company adjusted EBITDA improved $113 million in the third quarter this year to $134 million compared to the prior-year period. The majority of this improvement came through higher selling prices. As Simon mentioned earlier, we also delivered $9 million of higher earnings through our Business Improvement Program.

Compared to the prior quarter, our adjusted EBITDA improved $40 million. Higher selling prices contributed towards the majority of the improvement, whereas our Business Improvement Program contributed an incremental $3 million. Sales volumes were seasonally softer, and our costs were higher as we used a more expensive feedstock mix at certain facilities, and picked up Venator Corporate standalone costs, following our IPO.

Simon previously covered trends within our business operating segments. For modeling purposes, you should think about our Corporate and Other segment running at approximately $50 million annually. This run rate will include approximately $10 million of costs that were previously embedded in the Huntsman Pigments & Additives division, as well as an incremental $5 million beyond the previously-estimated corporate standalone costs of $35 million. These additional costs include items such as incremental IT costs, with which we now have better visibility.

Let's turn to slide 8. As a result of recently received information, we want to provide an update on the rebuild of our Pori, Finland side. Our $500 million insurance policy is more than enough to cover the cost of the rebuild on its own, but the insurance policy also covers lost earnings. Due to prevailing strong market conditions, our TiO2 selling prices continue to improve, and our business is benefiting from the improved profitability and cash flows. This also has the effect of increasing our insurance claim or lost earnings from the Pori site.

Consequently, the combination of increased TiO2 profitability and estimated reconstruction costs indicate that we will exceed our insurance limit. We expect to contain these over-the-limit costs within $100 million to $150 million, and account for it as capital expenditures spread over 2018 and 2019.

60% of the site capacity produces specialty projects, which, on average, contributes approximately 75% of the site EBITDA. We are already running at 20% site capacity, and we intend to restore manufacture of the balance of these more profitable specialty products as quickly as possible in 2018.

The remaining 40% of site capacity is more commoditized in nature, and may be introduced at a slower pace, dependent on market conditions, costs, and projected long-term return. Importantly, we have the ability to bring this 40% online in an incremental manner. It doesn't have to come up all at the same time.

Turning to slide 9, we expect to generate more than $200 million of free cash flow in 2018, excluding any capital expenditures in excess of our insurance limit to rebuild our Pori, Finland facility. In response to investor inquiries, this schedule outlines our estimated cash uses for 2018, which are approximately $250 million before cash taxes.

Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call
Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.
Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

We estimate our cash tax rate will only be approximately 10% to 15% as we utilize our NOLs. We have approximately $1.1 billion of NOLs from which we expect to benefit for several years to come. Beyond 2018, certain cash uses should decrease as we repay our debt, and restructuring cash payments wind down.

Let's turn to slide 10. At the end of the third quarter, we had liquidity of $420 million. Our cash balance was $186 million and the undrawn availability under our asset-based revolving lending facility was $234 million. We believe this is more than adequate for seasonal working capital needs that arise annually in the first half of the year when demand for our products is the greatest.

We are targeting net debt of approximately $350 million within the next few years. At the end of the third quarter, our net debt was $565 million as total debt was $751 million and our cash balance was $186 million. As indicated, we expect to generate more than $200 million of free cash flow excluding any impact from Pori in 2018. The prioritization of future cash uses will be focused on three categories. First, earnings growth; second, strengthening our balance sheet; and third, actions directly benefiting shareholders.

On the first category, we are focused on reconstructing our Pori, Finland facility to improve future earnings. In addition to the Pori rebuild, we will look for investment projects within the company that have internal rates of return in excess of 20%. We do not foresee building incremental TiO2 capacity through CapEx beyond minor debottlenecking.

The second category, we will strengthen our balance sheet by paying down our debt. Management and our board believes that a robust balance sheet and favorable credit rating to cope with any future industry cyclicality will enhance long-term shareholder value.

Finally, as we approach our net debt target, we expect to make returns to shareholders and consider share repurchases and dividends. As we implement these financial objectives, we will be opportunistic and pursue compelling strategic transactions, and investments that create long-term shareholder value.

Simon, back over to you for concluding remarks.

## Simon Turner

Thank you, Kurt. Let's turn to slide 11. During the third quarter, Venator saw an acceleration in earnings of EBITDA of $134 million, representing a $40 million increase over the second quarter. This was a result of further industry supply tightness, maximum price capture and our leading TiO2 position in both our specialty products in particular, and in Europe, generally.

Looking forward, we're only now back to the price levels of the third quarter of 2014, and we intend to continue our measured approach with our customers to capture further benefit in the fourth quarter, although lower seasonal volumes will offset these increases. We expect this to create a stronger exit trajectory from 2017, and further uplift for 2018 for an elongated cycle.

While these market dynamics have strengthened our cash resources considerably, it also means that we are consuming more business interruption proceeds on our insurance policy at Pori. Based on improving results, current rebuild information and projections, we expect to use our own CapEx resources and reshape our rebuild program.

As a priority, we will restore 75% of Pori earnings potential to total specialty business at Pori by the end of 2018, while confirming the plan to bring the remainder of the commoditized capacity depending on market conditions, costs and projected long-term return. In summary, we remain encouraged and optimistic about TiO2 market conditions, which continue to benefit our overall business.

With that, we'd be delighted to open the call for questions.

## Q&A

Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

## Operator

Thank you. [Operator Instructions] Our first question comes from P.J. Juvekar of Citi. Please go ahead?

**<Q - P.J. Juvekar>**: Yes. Hi. Good morning. Can you hear me?

**<A - Simon Turner>**: Hey, P.J.

**<A - Kurt D. Ogden>**: Good morning, P.J.

**<Q - P.J. Juvekar>**: Great. Thank you. So, TiO2 prices have gone up in 3Q and 4Q plus there are some announcements for 1Q. We haven't really seen that kind of price increases in a while. And earlier, you had said that you want to be more collaborative with your customers. PPG's CEO was already out on its conference call warning TiO2 players, reminding them of 2011. I just wonder how do you think about the cycle, given all these price increases?

**<A - Simon Turner>**: Well, P.J., it's good to hear from you, and thank you for your question there. I will endeavor to attempt to answer that fulsomely. Look, P.J., I think we can all see there's some very marked differences in the cycle that we're in here compared to where we were back in 2011 and 2012.

We certainly have been taking a more measured approach to price increases. Back then, it wasn't uncommon to see $400 or $500 price increases nominated in the quarter, and I think really more in the realm of, for our nominations and discussions in the fourth quarter, up to $200 a ton.

We've seen better underlying demand this time around with limited restocking. So that suggests that these actions have been somewhat successful in working with customers. Customers themselves are talking less about optimization and thrifting, something that happened again last time, and more about their own cost-out programs, price increases and surcharges and the like. So I think, there is some realism about that pass-through.

We are seeing consolidating producers, more independent producers, more transparent producers, and all of whom very recently came through the worst trough they had seen. So I think it's important to remain in context and our pricing is only now back almost to where it was in 3Q of 2014, that was three years ago. So we don't see ourselves as kind of pushing the envelope with these pricings all-time highs and so forth.

Clearly, China is a different situation this time. Producers and users have seen the dynamics of Chinese products. It's clear that the Chinese Government, and President Xi Jinping is going to be coming down heavily on emissions and pollutions and so forth. Those enforcement actions, if anything have escalated over the third quarter. So we do see tighter supply and demand. And in our opinion, while we respect and admire our customers of course, we think our actions are measured and business rationale.

**<Q - P.J. Juvekar>**: Thank you for that comprehensive answer. And just a quick follow-up on raw materials; at the time of the IPO, you had said that you had seen some roof tile price increases, but not so much in ilmenites, has the situation changed since then? Thank you.

**<A - Simon Turner>**: P.J., I would characterize any change in the system and from the IPO is relatively at the noise level. I would say the central message has remained the same; escalations, some high-grade rutile pricing as we closed 2017. The prospects of some, to us, modest raw material inflation next year, primarily taken in the high-grade materials and not the low-grade sulfate, ilmenite materials, which of course we buy 0.5 million tons and have an advantage.

**<Q - P.J. Juvekar>**: Thank you.

## Operator

Our next question comes from David Begleiter of Deutsche Bank. Please go ahead.

**<Q - David I. Begleiter>**: Thank you. Good morning. Simon and Kurt, Performance Additives is a little bit below my expectations in the quarter. Anything unusual happened in that segment that you can point to for the results?



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

**<A - Simon Turner>**: Yeah. Thanks for the question there. Look, I think that – a couple of remarks about the Performance Additives segment here. On a market-facing front, we actually think we did pretty good in the third quarter. We're pretty pleased with the outcome. We would alert you to the fact that there is some seasonality, more seasonality in this business, in fact, in the second half compared to the TiO2 equivalent.

That said, we took some cost hits in the third quarter which were predominantly the reason for the nature of the results. And maybe something to appreciate here is, as we go through these announcements within the quarter in St. Louis, et cetera, we have had to take some dual costs as we transition products into Augusta. And so therefore we've got this kind of gray zone, if you like, where we're not getting the full benefit of these actions, and I think it's that impact that's led to that outcome that you state there.

**<Q - David I. Begleiter>**: Understood. And lastly, are you seeing Chinese imports into Europe impacting your business in any respect?

**<A - Simon Turner>**: Well, certainly we continue to see Chinese imports into Europe. I think we've said for a number of occasions that in the greater scheme of things, they're relatively nominal. You are aware of the [indiscernible] (00:21:42) for us as a condition of the Rockwood deal. We are seeing a tick-up from that producer into Europe. Clearly, that's the situation [indiscernible] (00:21:53) everyone's well aware of. And so we are seeing an increase in inks grade into Europe. Beyond that, of course, there is general [indiscernible] (00:22:02) global markets, so we will see some product close, but frankly, with price convergence around the world, the arbitrage incentive doesn't really exist to try and ship into one region over another.

**<Q - David I. Begleiter>**: Thank you very much.

## Operator

Our next question comes from Bob Koort of Goldman Sachs. Please go ahead.

**<Q - Christopher Evans>**: Hey, good morning, guys. This is Chris Evans on for Bob. You mentioned earlier that you guys don't want to necessarily participate in expanding your TiO2 capacity, so I was wondering if you can give us a sense of your kind of expectations for supply in TiO2 going forward. We know, kind of, in China, we're hearing the environmental concerns are irrationalizing supply, so can you give us an update on how you think that plays out and maybe why you are not participating in that?

**<A - Simon Turner>**: Well, look, I think, the way we think about this is, as you know, we've got a program on our play right now to rebuild some capacity that we have, that's out of our system, out of our network, and we are doing our best to run everything else flat out, and we ourselves have some opportunities. I think as Kurt alluded to minor de-bottlenecking to increase and provide some restitution setup situation.

Turning more broadly to the – answer your question in China, I mean, I think our experience in the West over these past two decades has been that Western producers have done a good job of nipping out relative capacity creep. In an industry which grows at 2% to 3% per annum, those increases can be meaningful when taken together.

In China, it's true, of course, the environmental enforcements have taken, in our estimation, more than 250 kilotons of annualized capacity out of the system in quarter three, but we expect to see consolidation within China. And the evidence suggests both in the West and in China that, our smaller facilities agglomerate into larger, more sophisticated use of hands, those uses have ways of bringing more capacity out of those networks. And we expect that trend to continue, and that will probably keep the supply line up to in pace with the overall demand line, but that we expected to remain pretty [ph] small (00:24:21).

**<A - Kurt D. Ogden>**: I think that's right, Chris. I would just add to that, that we don't see the industry profitability right now at the level where we would expect to see any type of brownfield type expansions within the industry. We do think the industry has the ability to take advantage of some minor debottlenecking opportunities, as Simon has indicated, but to keep up with demand here as we go forward. And so, as a result, we would expect to see a measured

Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

balance between kind of supply/demand here looking forward.

**<Q - Christopher Evans>**: Great. Thanks for that. And I guess, going to ore inflation and raw material costs, Iluka last night acknowledged the sort of full acceptance of its price increases in the high-grade market. I was wondering if you could kind of comment on what you see in sort of the different grades, and maybe also a little more color on your comment earlier that you experienced some higher or used some higher cost ores at select sites.

**<A - Simon Turner>**: Yeah, so I think that the numbers and the statements made by Iluka we would concur with. We said, we expected they would kind of levels in rutile in the second half of this year. Now bear in mind that from a rutile perspective being a 70% sulfate-denominated production network, we use less pro rata than those materials than our competitors. So they will need to manage that effect into their margins.

But we are seeing a good spread of contracts and negotiations in our lower grade ilmenites across – coming into 2018 looks promising. We expect other high-grade slags to show inflationary prices in 2017, haven't yet bitten and taken effect in 2018, I beg your pardon, and those to outpace the more nominal ilmenite price increases.

**<Q - Christopher Evans>**: Thanks, guys.

## Operator

Our next question comes from Hassan Ahmed of Alembic Global. Please go ahead.

**<Q - Hassan I. Ahmed>**: Good morning, Simon.

**<A - Simon Turner>**: Hi, Hassan.

**<Q - Hassan I. Ahmed>**: Obviously, the theme for some reason seems to be the raw material side of things. So let me just jump on to that bandwagon, as well. Historically, obviously prior to the last cycle, the sort of ore industry was out there getting into longer-term contracts. Obviously, things changed a fair bit through the course of the last cycle. So my question to you is that, are there still any of those legacy sort of longer-term contracts still in the mix at Venator? And if there are, what percentage still exist and any sense of duration of those contracts?

**<A - Simon Turner>**: Yeah. I can say this to you, Hassan, that during the – it's another difference between this cycle and the last cycle where, as you're aware, some ore producers were left with rather long-term contracts which they saw as onerous. And when they escape those contracts, of course significant inflation ensued.

This time around, of course, it's true that I think, to my knowledge and certainly I can speak for Venator only, we do not have any such long-term contracts. We have multi-year contracts which have targets and requirements contracts attached to them. But we don't have anything like you would call a long-term contract that ties us to a certain outcome. And that was by mutual agreement really by the feedstock producers that – driven by them at that time. And now, we are comfortable with that arrangement ourselves. So the answer to your question is no, I would struggle to see anything that meaningfully ties in beyond six months.

**<Q - Hassan I. Ahmed>**: Got it. Understood. Now, changing gears a bit, you touched on the whole sort of China dilution side of things earlier. And a couple of weeks ago, maybe a month, a month-and-a-half ago, we heard about at least a temporary sort of shuttering of one of Lomon Billions facilities. I'd just love your read on what is going on, on the pollution-related TiO2 rationalization in China. I mean, are these things temporary? Are they actually sort of doing it for real this time? Will there be sort of en masse shuttering, and the like?

**<A - Simon Turner>**: Well, as you now, Hassan, China, of course, is a key component of this industry in this cycle, a couple of facts, and then maybe some beliefs. We continue to see many operators in China emitting five times the amount of gaseous or water-based emissions that we would be permitted to emit in the West. And of course, we have a significant sulfate base that we can talk to and compare against. And that's the first point.



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

Second, we've seen a consistent rolling approach by this government in the People's Republic. It has left no part of the industry untouched. It has moved around provinces. It has touched the smaller independents, it has touched the larger consolidating unit, and it has also touched quasi-governmental organization. So that to me speaks to determination and consistency.

And finally, I don't know about you, but listening to the most recently concluded Congress in the People's Republic, and looking at the press from that, and looking through Xi Jinping's statements and pronouncements in his rather long speech, two points for me were: number one, he mentioned the environment more times than he mentioned the economy, which I think is the first. And second, [ph] what was (00:30:19) hit me even harder was, he said directly with the translation, we should cherish our environment as much as we cherish our own lives. And that's a pretty powerful statement. It continues to be a tough issue for that government. I believe China sees itself as a climate change leader, and I think, that this government will continue to prosecute this program of inspections. And potentially, even intensify.

So that's our read, and we know what it takes to tackle this, because we've been through it ourselves. It's the tens of millions of dollars of equipment installation, and it means increases to cost structures. And that's part of the normalization I think the flat field between the East and West as it relates to Titanium Dioxide.

**<Q - Hassan I. Ahmed>**: Very helpful. Thanks so much, Simon.

## Operator

our next question comes from Steve Byrne of Bank of America. Please go ahead.

**<Q - Stephen Byrne>**: Hi, I'd like to better understand your outlook for the Pori facility. Would you say that your plans to not bring on that 40% of capacity that's commodity TiO2 grade is due to an insufficient tightness, not wanting to spend that CapEx on that part of the reconstruction or is it really that portion of the plant is not really very profitable, not nearly as such as the specialty grade? How would you assess that?

**<A - Simon Turner>**: Okay. Maybe – let me take a shot at that Steve, and then maybe Kurt can chime in here. But look, I think, let's clarify a few things. Number one, the specialty part of that business is responsible for 75% of the earnings, and we're going as quickly as possible to get that done as we can.

We've said for a long time that Pori is one of our strongest plants. So the commodity part of the plant is profitable, and we like those tons, in these kind of markets, we'd love to have access to those tons. What we're saying here, I think, is that there has been an upward shift in Q3 and essentially Q4 exit trajectory, which means we need to come back to the market, and explain that our projections and outlooks on the business interruption proceeds are going up all the time. That puts the squeeze on the total insurance policy, which means we like to use our own CapEx and cash and we want to make sure we do that in a prudent, responsible way.

Now, the other thing to say is that, it's not that we want to delay it anyway; the commodity part, we'd like to get that done as soon as we can. We just think it beholds us to get the specialty [ph] going (00:33:06) quickly, to look at what these reconstruction costs are going to finally turn out to be for the commoditized part of the plant, we got recent information for the specialty part of the plant. Frankly, it was a little bit higher than we expected to come into, and that, coupled with the need to manage our cash flows, we already have $100 million to $110 million kind of CapEx call for this business on an ongoing basis, makes us want to have a hard look at it.

So we're not saying, it's going to be delayed. We're not saying we won't do it. We certainly have some flexibility and optionality to do it in increments. It's just that we want to have a close look at this now that it's coming into our resources.

**<A - Kurt D. Ogden>**: Let me just add to that, Steve, if I can. I think that, as Simon has indicated, we'd like to rebuild, of course, the entire facility. What we're saying is that the decision to do that, now that it is – we're going to be consuming our own capital, we'll have to weigh that against market conditions, the cost to bring on, that said incremental capacity, and the rate of return of that, that investment will yield to us.

Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

And so it will have to compete against other investment opportunities that we may have as an organization. And so we are simply identifying the potential that we're going to take a hard look at that, and we would expect to update you on a quarterly basis around our decision-making as we move forward in time.

**<Q - Stephen Byrne>**: And Kurt, does that affect your insurance proceeds in the interim? Is it based on that plant operating at full capacity or only up to that 60%? And on that end, can you break out that $3 million of operating expense? How much of it was insurance proceeds offsetting SG&A?

**<A - Kurt D. Ogden>**: So it will not impact our insurance proceeds to the extent that if we were to delay the reconstruction of that facility or not reconstruct that facility, we fully expect to claim the full $500 million under our insurance policy, of course that for combination of both the costs that it would be to rebuild the facility as well as business interruptions. So we fully expect to collect the full $500 million. If you can – Steve, if you can repeat the last part of your question, I'm not sure that I followed the $3 million that you were referring to there?

**<Q - Stephen Byrne>**: Oh, it's just in your income statement, you have an operating expenses of $3 million, and I'm assuming that you got SG&A in there and you have an offset from insurance proceeds. Is that right and can you break that out?

**<A - Kurt D. Ogden>**: So as far as the income statement goes, you ought to think about it as a complete wash in terms of what our cost was, and the lost EBITDA. We're fully reimbursed for that. So the net impact on the income statement is, we have only recognized the lost EBITDA associated with that facility. So that does not apply to the operating expenses that you see there of $3 million in the third quarter.

**<Q - Stephen Byrne>**: Okay. Thank you.

**<A - Kurt D. Ogden>**: Thanks, Steve.

## Operator

Our next question from Aleksey Yefremov of Nomura. Please go ahead.

**<Q - Aleksey Yefremov>**: Good morning. Thank you. Is the $100 million to $150 million the approximate CapEx you'll need to invest after the end of 2018 to bring the last 40% of commodity capacity?

**<A - Kurt D. Ogden>**: That is a reasonable way to think about it. Of course, we are still finalizing a more definitive cost that it will take to bring up that last stage, if you will, of the reconstruction of the site. And so therefore, that's why you have the range. Of course, there are a number of variables that are going to feed in to the overall claim amount that will be conditioned on the continued strength of the TiO2 market as well. But Aleks, I think, that's a reasonable way to think about it.

**<Q - Aleksey Yefremov>**: Thanks, Kurt. And just another follow-up on Pori, will you have any of that remaining 40% of capacity available at the end of 2018 so you would choose maybe not to run it, or you'll have none of it available? And the second part of this, how long from the moment you make a decision to rebuild that remaining 40%? How long will it take to actually rebuild it?

**<A - Kurt D. Ogden>**: Aleks, I think that in terms of whether or not we rebuild the facility, I mean, again, it's our expectation that we would do so. And so that certainly means that we could have that full capacity by the end of 2018. And so, we are in the process right now of going through the evaluation as to whether or not that is the most prudent thing to do with that use of our capital.

**<A - Simon Turner>**: And certainly, Aleks, as I said earlier, we have some optionality. One of the beauties of this type of technology is, you have a number of lines that provides you with some flexibility as to how you rebuild. So don't think about going to a [indiscernible] (00:39:29) 40% all in one go, and we have ways of stepping that. And we will certainly be keen to look at least bringing part of that into play in 2018, by the end of 2018. But frankly, we need some further information to make that determination.



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

**<Q - Aleksey Yefremov>**: I guess, just a quick follow-up. At this moment, it looks like you're not going to bring that 40% online at the end of 2018?

**<A - Simon Turner>**: Well, I wouldn't characterize it like that, Aleks. So I would say, we don't know, and it's certainly possible that we will bring at least further on into 2018. We have an open mind and that we need some further information.

**<Q - Aleksey Yefremov>**: Great. Thank you very much.

## Operator

Our next question comes from Laurence Alexander of Jefferies. Please go ahead.

**<Q - Laurence Alexander>**: Good morning. Just want to revisit the question about contract lengths. But as you flip it around and look at how you're dealing with your customers, given the scenario you're painting of a tighter market for longer and fairly favorable industry dynamics, are your customers extending average contract terms that is extending the duration of those terms? I guess that's the first question. Secondly, in terms of cash balances, what cash balance do you need to run the business and are there any areas where you end up with strained cash?

**<A - Simon Turner>**: Well, hi, Laurence. Just to come in with the first part of your question around customers, as I understand the question to be. For some time now, there's been an arrangement in place, I think with particularly larger use of these customers, there can be supply agreements which may even cover multi-year supply agreements or one-year supply agreements are typically those contracts that characterize by some kind of incentive programs and volumetric incentives. And typically, they're characterized by quarterly, sometimes six-monthly price negotiations.

There can be fluidity as we've said a number of occasions with customer negotiations. It's not that prices can only move on the first of a quarter or so forth. There is significant amount of fluidity in negotiation with customers, more fluidity now than probably there's ever been with those customers; but I would characterize the contracts thus.

**<A - Kurt D. Ogden>**: Laurence, just to follow-up on the amount of cash that we think we need to keep on the balance sheet in order to operate the business, of course, trap cash is only trapped to the extent that you don't want to pay the tax to repatriate that cash. For our business, it's less than $25 million. Of course, we look at liquidity importantly in terms of how much liquidity we need to have access to, and that depends on where we are in the seasonal cycle.

We certainly don't need $186 million on the balance sheet. We can certainly run this business with less, but given some of the capital demands that we're going to have here moving forward right now, I think that we're going to keep a healthy amount of cash on the balance sheet as we work through some of these challenges.

**<Q - Laurence Alexander>**: And then just lastly, just maybe a quick one is, can you characterize the maintenance outages, if any, that you expect in 2018?

**<A - Simon Turner>**: Yeah. I can do that, Laurence. We basically, in our technology – in the sulfate part of the technology, have a situation with the central part of the plant, one line of which is typically taken off every two to three years, and typical maintenance times are about four weeks to six weeks. So there's a cycle. Of course, it's phased that you don't take all of those outages at the same time. They were phased around size. And the way to think about it is that's really one of the major reasons between our nameplate capacity and our effective operating rate.

But what I can tell you is that, that regime has been pretty static for some years and we expect it to remain the same in 2018. So there's no real surprises or differences in 2018, [ph] just off of the (00:43:58) chloride portion, when we have chlorides that realize and changes, they happen on a cycle, they happen on a frequency. There's nothing that takes you to larger or smaller outage impacts in 2018.

**<Q - Laurence Alexander>**: Right. Thanks.

Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

## Operator

Our next question comes from Jeff Zekauskas of JPMorgan. Please go ahead.

**<Q - Jeffrey J. Zekauskas>**: Thanks very much. Exclusive of Pori, what was your rough operating rate in the quarter?

**<A - Simon Turner>**: I would describe our operating rate as north of 90%; Jeff, 90%, 95%. So we really are – put the pedals on the [ph] metals that work (00:44:37).

**<Q - Jeffrey J. Zekauskas>**: Okay. And was the base case that, when Pori was brought back up, it would be expanded? That is maybe order of magnitude by 30%. And is that still the plan?

**<A - Simon Turner>**: Jeff, there was no such plan to change the capacity at Pori. It was a like-for-like rebuild, still is. And yes, of course, you have new and fresher equipment, but essentially similar equipment, and certainly, similar capacity. As I said earlier, in this plant and all others, of course, we'd be hoping to nip-out further a creep over time, a kiloton here, a kiloton there, but certainly it's not related to the rebuild project.

**<Q - Jeffrey J. Zekauskas>**: Okay. And then in your business acquisition and integration expenses of $4 million, is that all integration expense, or is there some material amount of money for business acquisition expense?

**<A - Simon Turner>**: It's not specifically related all to integration. There is some modest amount of integration. It also includes an amount for our Augusta facility that we are continuing to commission and bring up to the yield of operating rates that were designed by Rockwood when we took on that facility. And so, as we work through those manufacturing, commissioning items, there are some expenses that we're recognizing as integration expense.

**<Q - Jeffrey J. Zekauskas>**: Great. Thank you so much.

## Operator

Our next question comes from John Roberts of UBS. Please go ahead.

**<Q - John Roberts>**: Thank you. On slide 9, the $240 million to $255 million 2018 free cash flow is before all Pori reconstruction expenses. How much lower do you think that number might be after the Pori reconstruction expenses?

**<A - Kurt D. Ogden>**: Well, John, I think that we've indicated that, the maintenance capital for this business on an annual basis can be roughly around $75 million. And so this $110 million that you see there include some discretionary capital. So depending on where we are in the cycle, we can certainly bring that down.

Right now, we think we have some attractive investments within the business. Candidly, I think we have a number of operators that would like to see us flex that up within the business, but we're holding it kind of at that level for right now. Again, that $110 million excludes any Pori over-the-limit costs that we may incur.

**<Q - John Roberts>**: And I guess, that's what I was asking, how much – so forgetting about additional growth CapEx, it's there. Just how much lower could the $240 million to $255 million be with the Pori uncovered cost that you have to pick up?

**<A - Kurt D. Ogden>**: Well, in 2018, it will depend on the phasing of the over-the-limit costs, right? So I think you've seen that total amount is $100 million to $150 million. So it would likely be a smaller amount than that, but again, it depends on the timing in which we bring the Pori facility back online.

**<Q - John Roberts>**: Okay. And then secondly, the pricing chart on slide 8 has no scale. Could you put some numbers to that on the far right-hand-side maybe just in terms of percentages? If not, absolute dollars per ton?

**<A - Simon Turner>**: Sorry John, I'd just be with you now.

**<A - Kurt D. Ogden>**: Well, I think you have a little bit of a peak here if you were to reference back our price volume mix table. It's table number 3 in the press release. And so, if you think about third quarter versus the second quarter,



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

you can see that our TiO2 price improved at least on a local currency basis by 22%, and then with FX, it's 24%. And so that probably gives you at least the sense as to what that represents between 2Q and 3Q on that chart.

**<Q - John Roberts>**: Thank you.

## Operator

Our next question comes from Jim Sheehan of SunTrust. Please go ahead.

**<Q - James Sheehan>**: On your TiO2 pricing up 22%, can you give us a sense for what was your price capture in specialty grades of TiO2 as distinct from commodity grades?

**<A - Simon Turner>**: Yeah. Jim, what I could say here is that, the capture within the specialty and commodity TiO2-grade or commoditized grade was not that dissimilar actually in the third quarter. So the aggregate amount between the two was relatively close. Now, what I think here we said prior is that, typically specialty doesn't always move in lockstep with some of these functional pricing.

So actually, that is quite a strong result with the specialty business. And bear in mind that in the functional business, what we basically said is, we had a kind of full capture of the nomination. So that should give you some feel for the power of our specialty business in our portfolio.

**<Q - James Sheehan>**: Thanks. And regarding the pending Tronox merger, what impact do you think that might have on utilization rates in the industry? And if they are of course to divest assets as part of an antitrust process, would Venator be a potential buyer of those assets? Would you be interested in any of those assets?

**<A - Simon Turner>**: Well, the answer to your first part of your question, I mean, we can't really say. I mean, frankly, and you'd have to, I think, ask those representatives of those entities for their comment. I guess, my earlier comment stands, which I think was in my answer to Hassan's question, which is as larger entities come together, the example of Huntsman buying Rockwood, those larger companies have ways of optimizing their network. So I think that's a fair – yeah, and I'm getting the most [indiscernible] (00:51:40). So I think that's a fair generic point.

On the second point, of course, what we said a number of times is, we wouldn't want to get into the specifics of that. That's a hypothetical question. So I know, that process is still running, but our basic answer would be, of course, should any opportunity exist out there that we believe will be the right thing to do for our shareholders to create value, then of course, in theory, we will be interested in that, notwithstanding the fact we've laid out our priorities in the chart 10 on our script.

**<Q - James Sheehan>**: Thank you. And finally, do you expect ilmenite costs to increase for you in 2018 as such that you'll experience margin compression, all else being equal?

**<A - Simon Turner>**: We expect to see margin expansion through 2018.

**<Q - James Sheehan>**: Thank you.

## Operator

Our next question comes from Matthew DeYoe of Vertical Research Partners. Please go ahead.

**<Q - Matthew DeYoe>**: Hi. Just looking around the optionality of that remaining 40% capacity of Pori, is it possible to convert any of that to specialty grade, assuming reasonable capital spend?

**<A - Simon Turner>**: Yeah. Look, that's a great question. In reality, there are number of considerations around that. Of course, we make some specialty grade in other parts of our network, particularly in Germany that requires certain equipment and so forth. Probably, the kind of capital expenditures for that kind of investment far outpace the economical rationales of relocating that to Pori.



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

But of course, the specialty products themselves, we've represented a number of occasions, experienced higher growth rates over time than the more functional products. And therefore, we would expect over time to be producing a higher proportion of those products in our Pori site. But having said that, we are not expressly planning on using any new extra capital expenditure to equip the plant with those abilities and neither do we need to, frankly, to achieve those organic growth goals.

<Q - Matthew DeYoe>: Okay. And kind of on the same topic, so Lomon was the one who kind of swooped in and helped out with the remedies on the Huntsman and Rockwood deal. And presumably, you shut down [indiscernible] (00:54:09) on the back end to take out the ink grade capacity there. But related to your comment on the increased imports into Europe of ink grade, do you see kind of – I mean, have you seen a net increase beyond what was reduced out of [indiscernible] (00:54:22) or has that kind of just filled the gap and you keep moving forward?

<A - Simon Turner>: I would say that., I'd characterize it pretty largely as filling the gap. I wouldn't say there's an increase. As we said before, important to Europe and North America, less than 10% of demand in these regions and there has been some pickup. But as I see, it is just helping to fill the gap rather than a growth.

<Q - Matthew DeYoe>: Okay. Thank you.

## Operator

Our next question comes from Arun Viswanathan of RBC Capital Markets. Please go ahead.

<Q - Arun Viswanathan>: Great. Thanks. Good morning. Just on the price and volume for Q3. So price was a little bit better than our expectation, so you captured all the [ph] 250 (00:55:10). Was there any disruption amongst your customers from the hurricanes on the coatings or paper side that led to the lower volumes and how do you see that affecting Q4 at all?

<A - Simon Turner>: Yeah. Look, I think we see very limited disruption from the Hurricane Harvey and so forth of our customers, recognizing of course that we're not the largest of the producers in North America. But to the extent there was issue, it was mainly related to trucking, trucking availability, some small warehousing and infrastructural issues. So, I would characterize that as small, maybe even – without wanting to try to underwhelm that, I mean it's kind of negligible to us. Although, clearly, anyone impacted in those events, our sympathies go out to those people.

So, I think that I would characterize it like that. And could you please repeat the second part of the question?

<Q - Arun Viswanathan>: I'm just curious on the volume outlook, and I guess pricing as well. But Q4, you are expecting seasonally lower volumes. But are volumes kind of playing out the way you expected or is it lower? And then I have another follow-on as well. Thanks.

<A - Simon Turner>: Yeah. Look, we've been very encouraged by our volumes, I have to say. Our third quarter volumes – one of the reasons where we saw this really strong uplift in our earnings, I mean thinking on a year-on-year basis, we're talking a six-fold increase here. We're talking about $40 million step-up in this trajectory, and part of that is related to solid demand, good demand around the world.

What we see in 4Q will be the normal seasonality, nothing untoward, of course recognize that we don't have the volumes we'd like [ph] with Pori, you have (00:57:00) to allow for that. But I will characterize the volume as good, underlying demand without any restock dynamics.

<Q - Arun Viswanathan>: Great. Thanks. And then just on the cash use. Could you just update us on your possibility of buybacks, when that could happen? I know you've given some detail on your debt pay-down plans, but maybe on capital return or dividend or anything like that. Thanks.

<A - Kurt D. Ogden>: Sure. Well, I think we'll kind of defer that to kind of the board to make that decision. I do think that given the priority to reduce our net debt to $350 million and the notion that – we're not there today. I think the



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call

Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.

Bloomberg Estimates - EPS
Current Quarter: 0.590
Current Year: 2.097
Bloomberg Estimates - Sales
Current Quarter: 541.111
Current Year: 2225.444

indication we try to give you is that, that consideration really won't take place until we get closer to that $350 million.

**<Q - Arun Viswanathan>**: Thank you.

## Operator

Our next question comes from Roger Spitz of Bank of America Merrill Lynch. Please go ahead.

**<Q - Roger N. Spitz>**: Thank you and good afternoon. Within the improved...

**<A - Simon Turner>**: Hi, Roger.

**<Q - Roger N. Spitz>**: Yes. How are you? Within the improved Functional Additives business performance that you talked about, was that driven by the – if I pronounce this correctly – lithopone, which perhaps customers are buying as it's, I believe, a TiO2 pigment alternative because the pigment prices are spiking or was that driven by the barium sulfate or zinc sulfide for some reason?

**<A - Simon Turner>**: Yes. So I think that – certainly the additives uplift was mainly driven by the increases in price that we saw across all the categories of those products that you mentioned which originate from our German facility in Duisburg. We see that as the primary driver there. We do not see any [ph] substitute tree (00:59:06) or interconnected effects with our Titanium Dioxide.

**<Q - Roger N. Spitz>**: Okay. And the matter is can you comment on your iron oxide pigments business performance either year-over-year and/or quarter-over-quarter?

**<A - Simon Turner>**: Yeah. Look, I think that as we said to an early question in the call, we are in a – still in transition with our iron oxide business. We've made a number of changes in this business. I think these recent closures we've announced bring to an end the last part of our closures enunciated in our Business Improvement Plan. So we're into a situation, post these closures where we have a footprint and network that we get behind. And we're taking on dual-costs here in our Augusta facility. Of course, you are aware of the history of the Augusta facility. It's not the facility that we thought we were buying. And while we are continuing to make headway there, we don't see us getting up to the level that we would've liked to have got to [ph] on the goal of 2017 (01:00:12).

So there are some challenges around transitioning that business. And I would point to at those as the main factors. But as I've said, we're encouraged by our performance in those areas on the revenue side. We see some pretty solid demand. Our CPS, our coatings, paint, sub segment of that business continues to be pretty good.

**<Q - Roger N. Spitz>**: Thank you very much.

## Operator

This concludes our question-and-answer session. I would like to turn the conference back over to Murdo Montgomery for any closing remarks.

## Murdo Montgomery

Thank you. Thank you for joining everyone. We appreciate it's a busy day. So we'll close the call there, but please reach out to Investor Relations should you have any further questions. Thank you.

## Simon Turner

Thank you.



Company Name: Venator Materials PLC
Company Ticker: VNTR US
Date: 2017-10-27
Event Description: Q3 2017 Earnings Call
Market Cap: 2,474.01
Current PX: 23.28
YTD Change($): N.A.
YTD Change(%): N.A.
Bloomberg Estimates - EPS
  Current Quarter: 0.590
  Current Year: 2.097
Bloomberg Estimates - Sales
  Current Quarter: 541.111
  Current Year: 2225.444

## Operator

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2017, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# Exhibit 5

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# Form 10‑Q

**(Check one)**

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-38176**



**Venator Materials PLC**

(Exact name of registrant as specified in its charter)

| **England and Wales** | **98‑1373159** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
YES ☑ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b‑2 of the Exchange Act. (Check one):

Smaller reporting company

Large accelerated filer ☐     Accelerated filer ☐     Non-accelerated filer ☑ ☐          Emerging growth company ☐
(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b‑2 of the Exchange Act).
YES ☐ NO ☑

As of October 27, 2017, the registrant has outstanding 106,283,070 ordinary shares, $0.001 par value per share.

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**QUARTERLY REPORT ON FORM 10‑Q FOR THE QUARTERLY PERIOD**
**ENDED SEPTEMBER 30, 2017**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | | 2 |
| **PART I** | **FINANCIAL INFORMATION** | 3 |
| ITEM 1. | Condensed Consolidated and Combined Financial Statements (Unaudited) | 3 |
| | Condensed Consolidated and Combined Balance Sheets | 3 |
| | Condensed Consolidated and Combined Statements of Operations | 4 |
| | Condensed Consolidated and Combined Statements of Comprehensive Income (Loss) | 5 |
| | Condensed Consolidated and Combined Statements of Equity | 6 |
| | Condensed Consolidated and Combined Statements of Cash Flows | 7 |
| | Notes to Unaudited Condensed Consolidated and Combined Financial Statements | 8 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| ITEM 3. | Quantitative and Qualitative Disclosures About Market Risk | 42 |
| ITEM 4. | Controls and Procedures | 43 |
| **PART II** | **OTHER INFORMATION** | 45 |
| ITEM 1. | Legal Proceedings | 45 |
| ITEM 1A. | Risk Factors | 45 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 47 |
| ITEM 6. | Exhibits | 47 |
| | Signatures | 50 |

Venator Materials PLC and our other registered and common-law trade names, trademarks, and service marks appearing in this Quarterly Report on Form 10‑Q for the three months ended September 30, 2017 ("Quarterly Report") are the property of Venator Materials PLC or our subsidiaries.

1

Table of Contents

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain information set forth in this Quarterly Report contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended (the "Securities Act") and Section 21E of the Securities and Exchange Act of 1934, as amended (the "Exchange Act"). All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, environmental, health and safety ("EHS") matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include volatile global economic conditions; cyclical and volatile titanium dioxide ("TiO$_2$") products markets; highly competitive industries and the need to innovate and develop new products; increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of TiO$_2$ as a carcinogen in the European Union and any resulting increased regulation; disruptions in production at our manufacturing facilities and our ability to cover resulting costs and lost revenue with insurance proceeds, including at our TiO$_2$ manufacturing facility in Pori, Finland; fluctuations in currency exchange rates and tax rates; price volatility or interruptions in supply of raw materials and energy; changes to laws, regulations or the interpretation thereof; significant investments associated with efforts to transform our business; differences in views with our joint venture participants; high levels of indebtedness; EHS laws and regulations; our ability to obtain future capital on favorable terms; seasonal sales patterns in our product markets; legal claims against us, including antitrust claims; our ability to adequately protect our critical information technology systems; economic conditions and regulatory changes following the United Kingdom's likely exit from the European Union; failure to maintain effective internal controls over financial reporting and disclosure; our indemnification of Huntsman Corporation ("Huntsman") and other commitments and contingencies; financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners; failure to enforce our intellectual property rights; our ability to effectively manage our labor force; conflicts, military actions, terrorist attacks and general instability; and our ability to realize the expected benefits of our separation from Huntsman.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this report. Any forward-looking statements should be considered in light of the risks set forth in our Risk Factors previously disclosed in our Prospectus (the "Prospectus") filed with the Securities and Exchange Commission (the "SEC") on August 4, 2017 pursuant to Rule 424(b) of the Securities Act.

Table of Contents

transactions were improperly classified between cash flows from operating activities and cash flows from either investing or financing activities.

We have initiated various programs to mitigate this material weakness in future periods and are in the process of supplementing our existing internal controls related to carve-out cash flow reporting, including hiring of additional accounting personnel and providing training specific to cash flow reporting to our existing accounting personnel. In addition, after the Separation, we no longer participate in a cash pooling program with affiliates outside of the Venator legal entities and no related cash flow transactions exist in periods subsequent to the Separation.

Although we plan to complete the above remediation process and integrate incremental internal controls into our 2017 testing plan, the implementation of these initiatives may not fully address any material weakness or other deficiencies that we may have in our internal control over financial reporting. See "Risk Factors—Risks Related to Our Business—We have identified a material weakness in our internal control over financial reporting, which resulted in the restatement of our financial statements" included in the Prospectus.

There were no other changes in internal control over financial reporting that occurred during the quarter ended September 30, 2017 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

44

Table of Contents

## PART II - OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

During the three months ended September 30, 2017, there have been no material developments with respect to material legal proceedings referenced in "Business – Legal Proceedings" of the Prospectus.

### ITEM 1A. RISK FACTORS

Factors that could materially adversely affect our business, financial condition, cash flows, results of operations and share price are described in the Risk Factors previously disclosed in the Prospectus. This information should be considered carefully, together with other information in this report and other reports and materials we file with the SEC. In addition to the risk factors noted in the Prospectus, the following updated risk factor is applicable to us:

***The classification of $TiO_2$ as a Category 2 Carcinogen or higher in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.***

The European Union ("EU") adopted the Globally Harmonised System ("GHS") of the United Nations for a uniform system for the classification, labelling and packaging of chemical substances in Regulation (EC) No 1272/2008, the Classification, Labelling and Packaging Regulation ("CLP"). Pursuant to the CLP, an EU Member State can propose a classification for a substance to the European Chemicals Agency ("ECHA"), which upon review by ECHA's Committee for Risk Assessment ("RAC"), can be submitted to the European Commission for adoption by regulation. On May 31, 2016, the French Agency for Food, Environmental and Occupational Health and Safety ("ANSES") submitted a proposal to ECHA that would classify $TiO_2$ as a Category 1B Carcinogen presumed to have carcinogenic potential for humans by inhalation. We, together with other companies, relevant trade associations and the European Chemical Industry Council ("Cefic"), submitted comments opposing any classification of $TiO_2$ as carcinogenic, based on evidence from multiple epidemiological studies covering more than 24,000 production workers at 18 $TiO_2$ manufacturing sites over several decades that found no increased incidence of lung cancer as a result of workplace exposure to $TiO_2$ and other scientific studies that concluded that the response to lung overload studies with poorly soluble particles upon which the ANSES proposed classification is based is unique to the rat and is not seen in other animal species or humans. On June 8, 2017, the RAC announced its preliminary conclusion that certain evidence meets the criteria under CLP to classify $TiO_2$ as a Category 2 Carcinogen (described by the EU regulation as appropriate for "suspected human carcinogens") for humans by inhalation. The RAC published their final opinion on September 14, 2017, which proposes that $TiO_2$ be classified as a Category 2 carcinogen by inhalation. In addition, the RAC proposed a Note in their opinion to the effect that coated particles must be evaluated to assess whether a higher category (Category 1B or 1A) should be applied and additional routes of exposure (oral or dermal) should be included. The European Commission will now evaluate the RAC opinion in deciding what, if any, regulatory measures should be taken. We, Cefic and others expect to continue to advocate to the European Commission that the RAC's report should not justify anything other than minimal regulatory measures for the reasons stated above, among others. If the European Commission were to subsequently adopt the Category 2 Carcinogen classification, or a higher categorization for coated particles, it could require that many end-use products manufactured with $TiO_2$ be classified and labelled as containing a potential carcinogenic component, which could negatively impact public perception of products containing $TiO_2$. This type of regulatory response could also limit the marketability of and demand for $TiO_2$ or products containing $TiO_2$ and potentially have spill-over, restrictive effects under other EU laws, e.g., those affecting medical and pharmaceutical applications, cosmetics, food packaging and food additives. Such classifications would also affect our manufacturing operations by subjecting us to new workplace safety requirements that could significantly increase costs. In addition, any classification, use restriction, or authorization requirement for use imposed by ECHA could trigger heightened regulatory scrutiny in countries outside the EU based on health or safety grounds, which could have a wider adverse impact geographically on market demand for and prices of $TiO_2$ or other products containing $TiO_2$ and increase our compliance obligations outside the EU. It is also possible that heightened regulatory scrutiny would lead to claims by consumers of such products alleging adverse health impacts. Finally, the classification of $TiO_2$ as a Category 2 Carcinogen or higher could lead the ECHA to evaluate other products with similar particle characteristics (such as iron oxides or functional additives) for human carcinogenic potential by inhalation, which may ultimately have similar negative impacts on other members of our product portfolio. In addition, under our separation agreement with Huntsman entered into in connection with our IPO and the Separation, we are required to indemnify Huntsman for any liabilities relating to our $TiO_2$ operations.

Sales of $TiO_2$ in the EU represented approximately 32% of our revenues for the twelve months ended September 30, 2017.

45

Table of Contents

***Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.***

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may take a significant time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our $TiO_2$ manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities. However, we may experience delays in construction, equipment procurement, or in start-up or plant commissioning, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million, and we currently expect our over-the-limit costs to be within $100 million to $150 million of such limit, in light of increased business interruption claims arising from increased $TiO_2$ profitability and recently estimated reconstruction costs. We expect to account for these costs over our insurance limits as capital expenditures and fund them from cash from operations, which will decrease our liquidity and adversely impact earnings in the periods those costs in excess of our insurance limits are incurred. However, these are preliminary estimates based on a number of significant assumptions, and the amount by which insurance proceeds does not fully cover our damages may exceed current estimates, which would further adversely impact liquidity and earnings. Factors that could materially impact our current estimates include our actual future $TiO_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; the extent to which we rebuild the 40% of site capacity that produces commoditized products; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. In addition, if we experience delays in receiving the insurance proceeds, our short term liquidity and earnings may be impacted. Additionally, our premiums and deductibles may increase substantially as a result of the fire.

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

46

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**VENATOR MATERIALS PLC**
**(Registrant)**

Date: November 2, 2017

By: /s/ Kurt Ogden
Kurt Ogden
Senior Vice President and Chief Financial Officer

Date: November 2, 2017

By: /s/ Stephen Ibbotson
Stephen Ibbotson
Vice President and Controller

50

# Exhibit 6

Use these links to rapidly review the document

TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**As filed with the Securities and Exchange Commission on November 27, 2017**

**Registration No. 333-**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## Form S-1

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# Venator Materials PLC

(Exact name of registrant as specified in its charter)

| **England and Wales** | **2860** | **98-1373159** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22 5FD, United Kingdom**
**+44 (0) 1740 608 001**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Russ R. Stolle Senior Vice President, General Counsel and Chief Compliance Officer**
**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22 5FD, United Kingdom**
**+44 (0) 1740 608 001**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

**Copies to:**

| | |
|---|---|
| **Alan Beck** | **Ilir Mujalovic** |
| **Sarah K. Morgan** | **Harald Halbhuber** |
| **Vinson & Elkins L.L.P.** | **Shearman & Sterling LLP** |
| **1001 Fannin Street, Suite 2500** | **599 Lexington Avenue** |
| **Houston, Texas 77002** | **New York, NY 10022** |
| **(713) 758-2222** | **(212) 848-4000** |

**Approximate date of commencement of proposed sale of the securities to the public:**
**As soon as practicable after the effective date of this Registration Statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b 2 of the Exchange Act.

Large accelerated filer ☐             Accelerated filer ☐             Non-accelerated filer ☒             Smaller reporting company ☐
                                                                    (Do not check if a                  Emerging growth company ☐
                                                                    smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered(1) | Proposed Maximum Offering Price per Share(2) | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|---|---|
| Ordinary shares, par value $0.001 per share | 20,700,000 | $23.53 | $487,071,000 | $60,641 |

(1)    Includes shares issuable upon exercise of the underwriters' option to purchase additional ordinary shares.

(2)    Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, as amended on the basis of the average of the high and low prices of the Registrant's ordinary shares as reported on the New York Stock Exchange on November 24, 2017.

The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment that specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.

Table of Contents

**The information in this prospectus is not complete and may be changed. The securities described herein may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and it is not soliciting an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.**

SUBJECT TO COMPLETION, DATED NOVEMBER 27, 2017

**P R O S P E C T U S**

# 18,000,000 Shares



# Venator Materials PLC

### Ordinary Shares

Huntsman Corporation ("Huntsman"), through its wholly-owned subsidiary Huntsman (Holdings) Netherlands B.V. (the "selling shareholder"), is selling 18,000,000 of our ordinary shares. We are not selling any ordinary shares under this prospectus and will not receive any proceeds from the sale of ordinary shares to be offered by the selling shareholder. Our ordinary shares are listed on the New York Stock Exchange ("NYSE") under the symbol "VNTR." The last reported closing sale price of our ordinary shares on November 24, 2017 was $23.28 per share.

Huntsman controls and, following this offering, will continue to control a majority of the voting power of our ordinary shares. As a result, we are a "controlled company" within the meaning of the NYSE listing standards. See "Management—Status as a Controlled Company" and "Security Ownership of Management and Selling Shareholders."

**Investing in the ordinary shares involves risks that are described in the "Risk Factors" section beginning on page 18 of this prospectus.**

|  | Per Share | Total |
|---|---|---|
| Public offering price | $ | $ |
| Underwriting discount(1) | $ | $ |
| Proceeds, before expenses, to the selling shareholder | $ | $ |

(1)    See "Underwriting" section beginning on page 194 of this prospectus for additional information regarding total underwriter compensation.

The underwriters may also exercise their option to purchase up to an additional 2,700,000 ordinary shares from the selling shareholder at the public offering price, less the underwriting discount, for 30 days after the date of this prospectus.

Neither the Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The shares will be ready for delivery on or about , 2017.

**BofA Merrill Lynch**          **Citigroup**          **Goldman Sachs & Co. LLC**          **J.P. Morgan**

The date of this prospectus is , 2017.

Table of Contents

and prices, and we intend to continue to evaluate industry dynamics to ensure that our strategic position remains flexible and adaptable. We believe our specialty business (inclusive of our Pori facility that is under reconstruction) is three times larger than that of our next closest competitor.

In our Performance Additives segment, we have reviewed and rationalized our asset and product portfolio to position us as a competitive, high quality additives supplier into construction materials, coatings and plastics end-use applications. We continue to optimize our global manufacturing network to reduce operational costs and improve service. We have strong positions in barium and zinc products, ultramarine blue, iron oxides and timber treatment. Our customers value our ability to tailor colors and products to meet their exacting specifications.

Through the restructuring and integration of the Rockwood businesses, including work force reductions, variable and fixed cost optimization and facility closures, we delivered more than $200 million of annual cost synergies in the year ended December 31, 2016 relative to the year ended December 31, 2014 pro forma for the acquisition of Rockwood and we intend to continue to seek opportunities to further optimize our business.

- *Leverage Leadership and Innovation to Drive Growth.* We plan to leverage management's experience in prior business optimization, restructuring and integration to continue creating leaner business segments to effectively manage costs and drive profitability. We have experienced success in recent cost management programs and plan to continue careful oversight of our cost structure and revenue selections in order to further growth.

  We continue to focus on using our industry leading technology, innovation and sustainability practices to develop differentiated cutting edge products that meet the needs of our global customers.

  In addition, we benefit from our technical expertise and our ability to provide end-to-end solutions to our customers. We provide our customers with a range of support that includes guidance on the selection of the appropriate products, advice on regulatory aspects and recommendations on the testing of products in final applications. We plan to continue to leverage our technical expertise and knowledge in order to provide an optimal customer platform that is conducive to future growth.

**Our Relationship with Huntsman**

Following our IPO, we are a stand-alone public company and Huntsman, through the selling shareholder, is our controlling shareholder. Upon the completion of this offering, we expect that Huntsman will continue to be our controlling shareholder, owning 58.5% of our outstanding ordinary shares, or 56.0% if the underwriters exercise their option to purchase additional ordinary shares in full. Huntsman advises us that it intends to continue to monetize its retained ownership stake in Venator. Subject to prevailing market and other conditions (including the terms of Huntsman's lock-up agreement), this future monetization may be effected in additional follow-on capital market transactions or block transactions that permit an orderly distribution of Huntsman's retained shares.

**Recent Developments**

*Initial Public Offering and the Separation*

On August 8, 2017, we completed our IPO through the sale of 26,105,000 ordinary shares, par value $0.001 per share (the "ordinary shares"), which included 3,405,000 ordinary shares issued upon the exercise in full by the underwriters of their option to purchase additional shares, at a public offering price of $20.00 per share. All of the ordinary shares were sold by Huntsman and we did not

9

Table of Contents

receive any proceeds from the offering. In conjunction with our IPO, we assumed the Titanium Dioxide and Performance Additives businesses of Huntsman and the related assets, liabilities and obligations and operations and entered into the separation agreement to effect the separation of this business from Huntsman. Prior to our IPO, we were a wholly-owned subsidiary of Huntsman. Our ordinary shares began trading August 3, 2017 on the NYSE under the symbol "VNTR." Following our IPO, Huntsman owns approximately 75% of our outstanding ordinary shares.

In connection with our IPO and the separation, we and Huntsman entered into certain agreements that allocated between us the various assets, employees, liabilities and obligations that were previously part of Huntsman and that govern various interim and ongoing relationships between the parties.

*Senior Credit Facilities and Senior Notes*

On August 8, 2017, in connection with our IPO and the separation, we entered into new financing arrangements and incurred new debt, including borrowings of $375 million under a new senior secured term loan facility with a maturity of seven years (the "term loan facility"). In addition to the term loan facility, we entered into a $300 million asset-based revolving lending facility with a maturity of five years (the "ABL facility" and, together with the term loan facility, the "Senior Credit Facilities"). On July 14, 2017, in connection with our IPO and the separation, our subsidiaries Venator Finance S.à.r.l. and Venator Materials LLC (the "Issuers"), issued $375 million in aggregate principal amount of 5.75% Senior Notes due 2025 (the "Senior Notes"). Promptly following consummation of the separation transactions to separate us from Huntsman, the proceeds of the Senior Notes were released from escrow and we used the net proceeds of the Senior Notes and borrowings under the term loan facility to repay approximately $732 million of net intercompany debt owed to Huntsman and to pay related fees and expenses of approximately $18 million.

*Pori Fire*

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. The Pori facility had a nameplate capacity of up to 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ capacity and approximately 2% of total global $TiO_2$ demand. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities.

We have recorded a loss of $31 million for the write-off of fixed assets and lost inventory in other operating income, net in our condensed consolidated and combined statements of operations for the nine months ending September 30, 2017. In addition, we recorded a loss of $18 million of costs for cleanup of the facility in other operating income, net through September 30, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our $TiO_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased $TiO_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently expect to contain these over-the-limit costs within $100 million to $150 million, and to account for them as capital expenditures and fund them from cash from operations, which will decrease

10

Table of Contents

our liquidity in the periods those costs in excess of our insurance limits are incurred. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Factors that could materially impact our current estimates include our actual future $TiO_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; the extent to which we rebuild the 40% of site capacity that produces commoditized products; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. Please see "Risk Factors—Risks Related to our Business—Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition."

The fire at our Pori facility did not have a material impact on our 2017 third quarter operating results as losses incurred were offset by insurance proceeds. We received $141 million of non-refundable partial progress payments from our insurer through September 30, 2017 and we received an additional $112 million payment on October 9, 2017. During the first nine months of 2017, we recorded $128 million of income related to property damage and business interruption insurance recoveries in other operating income, net and cost of goods sold in our condensed consolidated and combined statements of operations to offset property damage and business interruption losses recorded during the period. We recorded $17 million as deferred income in accrued liabilities as of September 30, 2017 for insurance proceeds received for costs not yet incurred. The difference between payments received from our insurers of $141 million and the sum of income of $128 million and deferred income of $17 million is related to the foreign exchange movements of the U.S. Dollar against the Euro during the first nine months of the year.

If we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility, or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted. See "Risk Factors—Risks Related to Our Business—Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition."

### $TiO_2$ Pricing

$TiO_2$ prices steadily improved during 2016. After reaching a trough in the first quarter of 2016, prices have increased for each of the last six quarters. We realized approximately $300 per metric ton improvement in pricing over the course of 2016. Although the $TiO_2$ market has improved significantly, $TiO_2$ prices remain below historically high average prices in 2011 and 2012. Management expects that global industry capacity utilization rates will continue to improve as supply and demand conditions continue to improve. TZMI estimates that global $TiO_2$ demand grew by approximately 8% in 2016 and forecasts growth of approximately 2% in 2017. TZMI further estimates that production capacity grew by approximately 1% in 2016 and forecasts growth of approximately 2% in 2017. We expect a favorable supply/demand balance will further promote an environment favorable for $TiO_2$ price increases. We announced price increases for each of the first three quarters of 2017: $160 per metric ton in the first quarter, $250 per metric ton in the second quarter and $250 per metric ton in the third quarter. Additionally, we are seeking price increases of up to $180 per metric ton in the fourth quarter with regional variations.

These price increases were generally effective on the first day of the quarter or as contracts permit. We have successfully captured the majority of these increases. In the first quarter we achieved approximately one-half of the increase, in the second quarter we achieved more than three-quarters of the announced increase and in the third quarter we achieved nearly all of the announced increase. We currently expect to capture over half of the fourth quarter increase. Actual results are dependent upon regional and market conditions. The markets and industry in which we operate are cyclical and subject

11

Table of Contents

to competitive and economic dynamics and there can be no assurance that such price increases will be fully realized or not reversed in future periods. See "Risk Factors—Risks Related to our Business—The market for many of our TiO$_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products."

***Business Improvement Program***

We continue to implement business improvements in our Titanium Dioxide and Performance Additives businesses, which we expect to be completed by the end of 2018 and continue to provide contributions to Adjusted EBITDA. Of the $60 million we previously estimated for annualized savings, we have already realized approximately $15 million of savings through the third quarter of 2017 as a result of these programs, including approximately $9 million of savings realized in the third quarter of 2017. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in additional increases to our Adjusted EBITDA of approximately $45 million per year by the first quarter of 2019, with additional projected increases to Adjusted EBITDA from volume growth (primarily via the launch of new products). We currently estimate that these business improvements will require approximately $75 million of cash restructuring costs through 2020. See "Risk Factors—Risks Related to Our Business—If we are unable to successfully implement our business improvement program, we may not realize the benefits we anticipate from such program or may incur additional and/or unexpected costs in order to realize them."

**Risks Affecting Our Business**

Investing in our ordinary shares involves a high degree of risk. You should carefully consider the risks described in "Risk Factors" before making a decision to invest in our ordinary shares. If any of these risks actually occur, our business, financial condition and results of operations would likely be negatively affected. In such case, the trading price of our ordinary shares would likely decline, and you may lose part or all of your investment. These risks include, but are not limited to:

- Our industry is affected by global economic factors, including risks associated with volatile economic conditions.

- The market for many of our TiO$_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products.

- The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.

- The classification of TiO$_2$ as a Category 2 Carcinogen or higher in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.

- Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.

- Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.

- Our pension and postretirement benefit plan obligations are currently underfunded, and under certain circumstances we may have to significantly increase the level of cash funding to some or all of these plans, which would reduce the cash available for our business.

12

Table of Contents

The cyclicality and volatility of the $TiO_2$ industry results in significant fluctuations in profits and cash flow from period to period and over the business cycle. Primarily as a result of oversupply in the market, global prices for $TiO_2$ declined throughout 2015 before reaching a trough in the first quarter of 2016. Although we have recently successfully implemented price increases, any decline in selling prices in future periods could negatively impact our business, results of operations and/or financial condition.

***The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.***

The industries in which we operate are highly competitive. Among our competitors are companies that are vertically-integrated (those that have their own raw material resources). Changes in the competitive landscape could make it difficult for us to retain our competitive position in various products and markets throughout the world. Our competitors with their own raw material resources may have a competitive advantage during periods of higher raw material prices. In addition, some of the companies with whom we compete may be able to produce products more economically than we can. Furthermore, some of our competitors have greater financial resources, which may enable them to invest significant capital into their businesses, including expenditures for research and development.

The global $TiO_2$ market is highly competitive, with the top six producers accounting for approximately 60% of the world's production capacity according to TZMI. Competition is based on a number of factors, such as price, product quality and service. Some of our competitors may be able to drive down prices for our products if their costs are lower than our costs. In addition, our $TiO_2$ business competes with numerous regional producers, including producers in China, who have significantly expanded their sulfate production capacity during the past five years and commenced the commercial production of $TiO_2$ via chloride technology. The risk of our customers substituting our products with those made by Chinese producers could increase as the Chinese producers expand their use of chloride production technology. Further, consolidation of our competitors or customers may result in reduced demand for our products or make it more difficult for us to compete with our competitors. The occurrence of any of these events could result in reduced earnings or operating losses.

While we are engaged in a range of research and development programs to develop new products and processes, to improve and refine existing products and processes, and to develop new applications for existing products, the failure to develop new products, processes or applications could make us less competitive. Moreover, if any of our current or future competitors develops proprietary technology that enables them to produce products at a significantly lower cost, our technology could be rendered uneconomical or obsolete.

Further, it is possible that we could abandon certain products, processes, or applications due to potential infringement of third-party intellectual property rights or that we could be named in future litigation for the infringement or misappropriation of a competitor's or other third party's intellectual property rights, which could include a claim for injunctive relief and damages, and, if so, such adverse results could have a material adverse effect on our business, results of operations and financial position. In addition, certain of our competitors in various countries in which we do business, including China, may be owned by or affiliated with members of local governments and political entities. These competitors may get special treatment with respect to regulatory compliance and product registration, while certain of our products, including those based on new technologies, may be delayed or even prevented from entering into the local market.

Certain of our businesses use technology that is widely available. Accordingly, barriers to entry, apart from capital availability, may be low in certain product segments of our business. The entrance of new competitors into the industry may reduce our ability to maintain margins or capture improving margins in circumstances where capacity utilization in the industry is increasing. Increased competition

19

Table of Contents

in any of our businesses could compel us to reduce the prices of our products, which could result in reduced margins and loss of market share and have a material adverse effect on our business, results of operations, financial condition and liquidity.

***The classification of TiO$_2$ as a Category 2 Carcinogen or higher in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.***

The European Union ("EU") adopted the Globally Harmonised System ("GHS") of the United Nations for a uniform system for the classification, labelling and packaging of chemical substances in Regulation (EC) No 1272/2008, the Classification, Labelling and Packaging Regulation ("CLP"). Pursuant to the CLP, an EU Member State can propose a classification for a substance to the European Chemicals Agency ("ECHA"), which upon review by ECHA's Committee for Risk Assessment ("RAC"), can be submitted to the European Commission for adoption by regulation. On May 31, 2016, the French Agency for Food, Environmental and Occupational Health and Safety ("ANSES") submitted a proposal to ECHA that would classify TiO$_2$ as a Category 1B Carcinogen presumed to have carcinogenic potential for humans by inhalation. We, together with other companies, relevant trade associations and the European Chemical Industry Council ("Cefic"), submitted comments opposing any classification of TiO$_2$ as carcinogenic, based on evidence from multiple epidemiological studies covering more than 24,000 production workers at 18 TiO$_2$ manufacturing sites over several decades that found no increased incidence of lung cancer as a result of workplace exposure to TiO$_2$ and other scientific studies that concluded that the response to lung overload studies with poorly soluble particles upon which the ANSES proposed classification is based is unique to the rat and is not seen in other animal species or humans. On June 8, 2017, the RAC announced its preliminary conclusion that certain evidence meets the criteria under CLP to classify TiO$_2$ as a Category 2 Carcinogen (described by the EU regulation as appropriate for "suspected human carcinogens") for humans by inhalation. The RAC published their final opinion on September 14, 2017, which proposes that TiO$_2$ be classified as a Category 2 carcinogen by inhalation. In addition, the RAC proposed a Note in their opinion to the effect that coated particles must be evaluated to assess whether a higher category (Category 1B or 1A) should be applied and additional routes of exposure (oral or dermal) should be included. The European Commission will now evaluate the RAC opinion in deciding what, if any, regulatory measures should be taken. We, Cefic and others expect to continue to advocate to the European Commission that the RAC's report should not justify anything other than minimal regulatory measures for the reasons stated above, among others. If the European Commission were to subsequently adopt the Category 2 Carcinogen classification, or a higher categorization for coated particles, it could require that many end-use products manufactured with TiO$_2$ be classified and labeled as containing a potential carcinogenic component, which could negatively impact public perception of products containing TiO$_2$. This type of regulatory response could also limit the marketability of and demand for TiO$_2$ or products containing TiO$_2$ and potentially have spill-over, restrictive effects under other EU laws, e.g., those affecting medical and pharmaceutical applications, cosmetics, food packaging and food additives. Such classifications would also affect our manufacturing operations by subjecting us to new workplace safety requirements that could significantly increase costs. In addition, any classification, use restriction, or authorization requirement for use imposed by ECHA could trigger heightened regulatory scrutiny in countries outside the EU based on health or safety grounds, which could have a wider adverse impact geographically on market demand for and prices of TiO$_2$ or other products containing TiO$_2$ and increase our compliance obligations outside the EU. It is also possible that heightened regulatory scrutiny would lead to claims by consumers of such products alleging adverse health impacts. Finally, the classification of TiO$_2$ as a Category 2 Carcinogen or higher could lead the ECHA to evaluate other products with similar particle characteristics (such as iron oxides or functional additives) for human carcinogenic potential by inhalation, which may ultimately have similar negative impacts on other products within our portfolio. In addition, under our separation agreement

20

Table of Contents

with Huntsman entered into in connection with our IPO and separation, we are required to indemnify Huntsman for any liabilities relating to our TiO$_2$ operations.

Sales of TiO$_2$ in the EU represented approximately 32% of our revenues for the twelve months ended September 30, 2017.

***Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.***

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may take a significant time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our TiO2 manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities. However, we may experience delays in construction, equipment procurement, or in start-up or plant commissioning, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our TiO$_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased TiO$_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently expect to contain these over-the-limit costs within $100 million to $150 million, and to account for them as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of our insurance limits are incurred. However, these are preliminary estimates based on a number of significant assumptions, and the amount by which insurance proceeds does not fully cover our damages may exceed current estimates, which would further adversely impact liquidity and earnings. Factors that could materially impact our current estimates include our actual future TiO$_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; the extent to which we rebuild the 40% of site capacity that produces commoditized products; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. In addition, if we experience delays in receiving the insurance proceeds, our short term liquidity and earnings may be impacted. Additionally, our premiums and deductibles may increase substantially as a result of the fire.

21

Table of Contents

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

***Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.***

Our manufacturing processes consume significant amounts of raw materials and energy, the costs of which are subject to worldwide supply and demand as well as other factors beyond our control. Variations in the cost for raw materials, and of energy, which primarily reflects market prices for oil and natural gas, may significantly affect our operating results from period to period. We purchase a substantial portion of our raw materials from third-party suppliers and the cost of these raw materials represents a substantial portion of our operating expenses. The prices of the raw materials that we purchase from third parties are cyclical and volatile. For example, according to TZMI, the prices of all feedstocks used for the production of $TiO_2$ increased 200% to 300% above historical averages in 2011 and 2012. Our supply agreements with our $TiO_2$ feedstock suppliers provide us only limited protection against price volatility as they are entered into either on a short-term basis or are longer-term volume contracts, which provide for market-based pricing. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems. While we attempt to match cost increases with corresponding product price increases, we are not always able to raise product prices immediately or at all. Moreover, the outcome of these efforts is largely determined by existing competitive and economic conditions. Timing differences between raw material prices, which may change daily, and contract product prices, which in many cases are negotiated only monthly or less often, also have had and may continue to have a negative effect on our cash flow. Any raw materials or energy cost increase that we are not able to pass on to our customers could have a material adverse effect on our business, results of operations, financial condition and liquidity.

There are several raw materials for which there are only a limited number of suppliers or a single supplier. For example, titanium-containing feedstocks suitable for use in our $TiO_2$ facilities are available from a limited number of suppliers around the world. To mitigate potential supply constraints, we enter into supply agreements with particular suppliers, evaluate alternative sources of supply and evaluate alternative technologies to avoid reliance on limited or sole-source suppliers. Where supply relationships are concentrated, particular attention is paid by the parties to ensure strategic intentions

22

Table of Contents

are aligned to facilitate long term planning. If certain of our suppliers are unable to meet their obligations under present supply agreements, we may be forced to pay higher prices to obtain the necessary raw materials from other sources and we may not be able to increase prices for our finished products to recoup the higher raw materials costs. Any interruption in the supply of raw materials could increase our costs or decrease our revenues, which could reduce our cash flow. The inability of a supplier to meet our raw material needs could have a material adverse effect on our financial statements and results of operations.

The number of sources for and availability of certain raw materials is also specific to the particular geographical region in which a facility is located. Political and economic instability in the countries from which we purchase our raw material supplies could adversely affect their availability. In addition, if raw materials become unavailable within a geographic area from which they are now sourced, then we may not be able to obtain suitable or cost effective substitutes. We may also experience higher operating costs such as energy costs, which could affect our profitability. We may not always be able to increase our selling prices to offset the impact of any higher productions costs or reduced production levels, which could reduce our earnings and decrease our liquidity.

***Our pension and postretirement benefit plan obligations are currently underfunded, and under certain circumstances we may have to significantly increase the level of cash funding to some or all of these plans, which would reduce the cash available for our business.***

We have unfunded obligations under our domestic and foreign pension and postretirement benefit plans including certain unfunded pension obligations we assumed upon the consummation of our acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood. The funded status of our pension plans is dependent upon many factors, including returns on invested assets, the level of certain market interest rates and the discount rate used to determine pension obligations. Unfavorable returns on the plan assets or unfavorable changes in applicable laws or regulations could materially change the timing and amount of required plan funding, which would reduce the cash available for our business. In addition, a decrease in the discount rate used to determine pension obligations could result in an increase in the valuation of pension obligations, which could affect the reported funding status of our pension plans and future contributions, as well as the periodic pension cost in subsequent fiscal years.

With respect to our domestic pension and postretirement benefit plans, the Pension Benefit Guaranty Corporation ("PBGC") has the authority to terminate an underfunded tax-qualified pension plan under limited circumstances in accordance with the Employee Retirement Income Security Act of 1974, as amended. In the event our tax-qualified pension plans are terminated by the PBGC, we could be liable to the PBGC for the entire amount of the underfunding.

With respect to our foreign pension and postretirement benefit plans, the effects of underfunding depend on the country in which the pension and postretirement benefit plan is established. For example, in the U.K. and Germany, semi-public pension protection programs have the authority, in certain circumstances, to assume responsibility for underfunded pension schemes, including the right to recover the amount of the underfunding from us.

***Our results of operations may be adversely affected by fluctuations in currency exchange rates and tax rates.***

Our headquarters operations are conducted across two of our administrative offices: The Woodlands, Texas and Wynyard, U.K. We conduct a majority of our business operations outside the U.S. Sales to customers outside the U.S. contributed approximately 75% of our revenue in 2016. Our operations are subject to international business risks, including the need to convert currencies received for our products into currencies in which we purchase raw materials or pay for services, which could result in a gain or loss depending on fluctuations in exchange rates. We transact business in many

23

Table of Contents

amount of leverage and did not assume any environmental or legal liabilities from Huntsman in connection with our IPO and the separation which are not directly related to our Titanium Dioxide and Performance Additives businesses. If the $TiO_2$ industry cycle continues to improve and we succeed in realizing our identified business improvements, we expect to generate higher Adjusted EBITDA and cash flow and improve our leverage ratios and strengthen our balance sheet.

- ***Continue to Drive Operational Excellence and Efficiency Using Innovative and Sustainable Practices***. We intend to pursue profitable growth for our shareholders and operational excellence and efficiency for our customers while continuing our commitment to safety, sustainability and innovation. We plan to continue to improve our operational efficiency by moderating our capacity and managing our cash and working capital demands. We have effectively restructured our facilities to adapt to market dynamics and maximize asset efficiency, closed plants as necessary to adjust for changing demand and expanded into new geographies when growth opportunities arose. We continue to exceed industry standards for sustainable practices and are committed to continuing our focus on environmentally conscious efforts, which is critical to our future success and vision.

  In our Titanium Dioxide segment, we have developed an asset portfolio that positions us as one of the leading differentiated $TiO_2$ producers in the world, with the ability to flexibly meet customers' demands for both sulfate and chloride $TiO_2$. This has allowed us to reduce our exposure to more commoditized $TiO_2$ applications, while growing our position in the higher value differentiated applications where there is a greater need for technical expertise and client service. We have positioned ourselves to benefit from improving market demand and prices, and we intend to continue to evaluate industry dynamics to ensure that our strategic position remains flexible and adaptable. We believe our specialty business (inclusive of our Pori facility that is under reconstruction) is three times larger than that of our next closest competitor.

  In our Performance Additives segment, we have reviewed and rationalized our asset and product portfolio to position us as a competitive, high quality additives supplier into construction materials, coatings and plastics end-use applications. We continue to optimize our global manufacturing network to reduce operational costs and improve service. We have strong positions in barium and zinc products, ultramarine blue, iron oxides and timber treatment. Our customers value our ability to tailor colors and products to meet their exacting specifications.

  Through the restructuring and integration of the Rockwood businesses, including work force reductions, variable and fixed cost optimization and facility closures, we delivered more than $200 million of annual cost synergies in the year ended December 31, 2016 relative to the year ended December 31, 2014 pro forma for the acquisition of Rockwood and we intend to continue to seek opportunities to further optimize our business.

- ***Leverage Leadership and Innovation to Drive Growth.*** We plan to leverage management's experience in prior business optimization, restructuring and integration to continue creating leaner business segments to effectively manage costs and drive profitability. We have experienced success in recent cost management programs and plan to continue careful oversight of our cost structure and revenue selections in order to further growth.

  We continue to focus on using our industry leading technology, innovation and sustainability practices to develop differentiated cutting edge products that meet the needs of our global customers.

105

Table of Contents

In addition, we benefit from our technical expertise and our ability to provide end-to-end solutions to our customers. We provide our customers with a range of support that includes guidance on the selection of the appropriate products, advice on regulatory aspects and recommendations on the testing of products in final applications. We plan to continue to leverage our technical expertise and knowledge in order to provide an optimal customer platform that is conducive to future growth.

**Our Business**

We manufacture $TiO_2$, functional additives, color pigments, timber treatment and water treatment products. Our broad product range, coupled with our ability to develop and supply specialized products into technically exacting end-use applications, has positioned us as a leader in the markets we serve. In 2014, Huntsman acquired the performance additives and $TiO_2$ businesses of Rockwood, broadening our specialty $TiO_2$ product offerings and adding significant scale and capacity to our $TiO_2$ facilities. The Rockwood acquisition positioned us as a leader in the specialty and differentiated $TiO_2$ industry segments, which includes products that sell at a premium and have more stable margins. The Rockwood acquisition also provided us with complementary functional additives, color pigments, timber treatment and water treatment businesses. We have 27 manufacturing facilities operating in 10 countries with a total nameplate production capacity of approximately 1.3 million metric tons per year. We operate eight $TiO_2$ manufacturing facilities in Europe, North America and Asia and 19 color pigments, functional additives, water treatment and timber treatment manufacturing and processing facilities in Europe, North America, Asia and Australia. For the twelve months ended September 30, 2017, our revenues were $2,172 million. We believe further improvements in $TiO_2$ margins should result in increased profitability and cash flow generation.

*Titanium Dioxide Segment*

$TiO_2$ is derived from titanium-bearing ores and is a white inert pigment that provides whiteness, opacity and brightness to thousands of everyday items, including coatings, plastics, paper, printing inks, fibers, food and personal care products. We are one of the six major producers of $TiO_2$ that collectively account for approximately 60% of global $TiO_2$ production capacity according to TZMI. Producers of the remaining 40% are primarily single-plant producers that focus on regional sales. We are among the three largest global $TiO_2$ producers, with nameplate production capacity of approximately 782,000 metric tons per year, accounting for approximately 11% of global $TiO_2$ production capacity. We are able to manufacture a broad range of $TiO_2$ products from functional to specialty. Our specialty products generally sell at a premium into specialized applications such as fibers, catalysts, food, pharmaceuticals and cosmetics. Our production capabilities are distinguished from some of our competitors because of our ability to manufacture $TiO_2$ using both sulfate and chloride manufacturing processes, which gives us the flexibility to tailor our products to meet our customers' needs. By operating both sulfate and chloride processes, we also have the ability to use a wide range of titanium feedstocks, which enhances the competitiveness of our manufacturing operations, by providing flexibility in the selection of raw materials. This helps insulate us from price fluctuations for any particular feedstock and allows us to manage our raw material costs.

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more

106

Table of Contents

commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities. We have recorded a loss of $31 million for the write-off of fixed assets and lost inventory in other operating income, net in our condensed consolidated and combined statements of operations for the nine months ending September 30, 2017. In addition, we recorded a loss of $18 million of costs for cleanup of the facility in other operating income, net through September 30, 2017.

The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our $TiO_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased $TiO_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently expect to contain these over-the-limit costs within $100 million to $150 million, and to account for them as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of our insurance limits are incurred. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Factors that could materially impact our current estimates include our actual future $TiO_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; the extent to which we rebuild the 40% of site capacity that produces commoditized products; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. Please see "Risk Factors—Risks Related to our Business—Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition." The separation agreement provides that we have the benefit of the property and business interruption insurance proceeds related to covered repair costs or covered lost profits incurred after our IPO related to the Pori fire. We have established a process with our insurer to receive timely advance payments for the continued reconstruction of the facility as well as lost profits for business interruption losses, subject to policy limits. We expect to have pre-funded cash on our balance sheet resulting from these advance insurance payments. We have agreed with our insurer to have monthly meetings to review relevant site activities and interim claims as well as regular progress payments.

The fire at our Pori facility did not have a material impact on our 2017 third quarter operating results as losses incurred were offset by insurance proceeds. On February 9, 2017, May 2, 2017, July 10, 2017, and October 9, 2017, we received $54 million, $76 million, $11 million and $112 million, respectively, as non-refundable partial progress payments from our insurer. During the first nine months of 2017, we recorded $128 million of income related to property damage and business interruption insurance recoveries in other operating income, net and cost of goods sold in our condensed consolidated and combined statements of operations to offset property damage and business interruption losses recorded during the period. In addition, we recorded $17 million as deferred income in accrued liabilities as of September 30, 2017 for insurance proceeds received for costs not yet incurred.

If we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility, or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted. See "Risk Factors—Risks Related to Our Business—Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition."

107

Table of Contents

We own a portfolio of brands including the TIOXIDE®, HOMBITAN®, HOMBITEC®, UVTITAN® and ALTIRIS® ranges, which are produced in our eight manufacturing facilities around the globe. We service over 1,800 customers in most major industries and geographic regions. Our global manufacturing footprint allows us to service the needs of both local and global customers, including A. Schulman, AkzoNobel, Ampacet, BASF, Clariant, DSM, Flint, PPG, PolyOne, Sherwin-Williams and Sun Chemical.

There are two manufacturing processes for the production of $TiO_2$, the sulfate process and the chloride process. We believe that the chloride process accounts for approximately 45% of global production capacity. Our production capabilities are distinguished from some of our competitors because of our ability to manufacture $TiO_2$ using both sulfate and chloride manufacturing processes, which gives us the flexibility to tailor our products to meet our customers' needs. Most end-use applications can use pigments produced by either process, although there are markets that prefer pigment from a specific manufacturing route—for example, the inks market prefers sulfate products and the automotive coatings market prefers chloride products. Regional customers typically favor products that are available locally. The sulfate process produces $TiO_2$ in both the rutile and anatase forms, the latter being used in certain high-value specialty applications.

Once an intermediate $TiO_2$ pigment has been produced using either the chloride or sulfate process, it is "finished" into a product with specific performance characteristics for particular end-use applications. Co-products from both processes require treatment prior to disposal to comply with environmental regulations. In order to reduce our disposal costs and to increase our cost competitiveness, we have developed and marketed the co-products of our Titanium Dioxide segment. We sell approximately 60% of the co-products generated by our business.

We have an established broad customer base and have successfully differentiated ourselves by establishing ourselves as a market leader in a variety of niche market segments where the innovation and specialization of our products is rewarded with higher growth prospects and strong customer relationships.

| Product Type | Rutile $TiO_2$ | Anatase $TiO_2$ | Nano $TiO_2$ |
|---|---|---|---|
| Characteristics | Most common form of $TiO_2$. Harder and more durable crystal | Softer, less abrasive pigment, preferred for some specialty applications | Ultra-fine $TiO_2$ and other $TiO_2$ specialties |
| Applications | Coatings, printing inks, PVC window frames, plastic masterbatches | Cosmetics, pharmaceuticals, food, polyester fibers, polyamide fibers | Catalysts and cosmetics |

## Performance Additives Segment

**Functional Additives.** Functional additives are barium and zinc based inorganic chemicals used to make colors more brilliant, coatings shine, plastic more stable and protect products from fading. We believe we are the leading global manufacturer of zinc and barium functional additives. The demand dynamics of functional additives are closely aligned with those of functional $TiO_2$ given the overlap in applications served, including coatings and plastics.

| Product Type | Barium and Zinc Additives |
|---|---|
| Characteristics | Specialty pigments and fillers based on barium and zinc chemistry |
| Applications | Coatings, films, paper and glass fiber reinforced plastics |

**Color Pigments.** We are a leading global producer of colored inorganic pigments for the construction, coating, plastics and specialty markets. We are one of three global leaders in the manufacture and processing of liquid, powder and granulated forms of iron oxide color pigments. We

108

Table of Contents

also sell natural and synthetic inorganic pigments and metal carboxylate driers. The cost effectiveness, weather resistance, chemical and thermal stability and coloring strength of iron oxide make it an ideal colorant for construction materials, such as concrete, brick and roof tile, and for coatings and plastics. We produce a wide range of color pigments and are the world's second largest manufacturer of technical grade ultramarine blue pigments, which have a unique blue shade and are widely used to correct colors, giving them a desirable clean, blue undertone. These attributes have resulted in ultramarine blue being used world-wide for polymeric applications such as construction plastics, food packaging, automotive polymers, consumer plastics, coatings and cosmetics.

Our products are sold under a portfolio of brands that are targeted to the construction sector such as DAVIS COLORS®, GRANUFIN® and FERROXIDE® and the following brands HOLLIDAY PIGMENTS, COPPERAS RED® and MAPICO® focused predominantly on the coatings and plastics sectors.

Our products are also used by manufacturers of colorants, rubber, paper, cosmetics, pet food, digital ink, toner and other industrial uses delivering benefits in other applications such as corrosion protection and catalysis.

Our construction customers value our broad product range and benefit from our custom blending, color matching and color dosing systems. Our coatings customers benefit from a consistent and quality product.

| Product Type | Iron Oxides | Ultramarines | Specialty Inorganics Chemicals | Driers |
|---|---|---|---|---|
| Characteristics | Powdered, granulated or in liquid form are synthesized using a range of feedstocks | Range of ultramarine blue and violet and also manganese violet pigments | Complex inorganic pigments and cadmium pigments | A range of metal carboxylates and driers |
| Applications | Construction, coatings, plastics, cosmetics, inks, catalyst and laminates | Predominantly used in plastics, coatings and cosmetics | Coatings, plastics and inks | Predominantly coatings |

Iron oxide pigment's cost effectiveness, weather resistance, chemical and thermal stability and coloring strength make it an ideal colorant for construction materials, such as concrete, brick and roof tile, and for coatings such as paints and plastics. We are one of the three largest synthetic inorganic color pigments producers which together represent more than 50% of the global market for iron oxide pigments. The remaining market share consists primarily of competitors based in China.

Made from clay, our ultramarine blue pigments are non-toxic, weather resistant and thermally stable. Ultramarine blue is used world-wide for food contact applications. Our synthetic ultramarines are permitted for unrestricted use in certain cosmetics applications. Ultramarine blue is used extensively in plastics and the paint industry. We focus on supplying our customers with technical grade ultramarine blues and violets to high specification markets such as the cosmetics industry.

We are now commissioning a new production facility in Augusta, Georgia, for the synthesis of iron oxide pigments, which we purchased from Rockwood. During commissioning, the facility has experienced delays producing products at the expected specifications and quantities, causing us to question the capabilities of the Augusta technology. Based on the facility's performance during the commissioning process, we have concluded that production capacity at our Augusta facility will be substantially lower than originally anticipated.

Table of Contents

Copperas, iron and alkali are raw materials for the manufacture of iron oxide pigments. They are used to produce colored pigment particles which are further processed into a finished pigment in powder, liquid, granule or blended powder form.



*Timber Treatment and Water Treatment.* We manufacture wood protection chemicals used primarily in residential and commercial applications to prolong the service life of wood through protection from decay and fungal or insect attack. Wood that has been treated with our products is sold to consumers through major branded retail outlets.

We manufacture our timber treatment chemicals in the U.S. and market our products primarily in North America through Viance, LLC ("Viance"), our 50%-owned joint venture with Dow Chemical formed in 2007. Our residential construction products such as ACQ, ECOLIFE™ and Copper Azole are sold for use in decking, fencing and other residential outdoor wood structures. Our industrial construction products such as Chromated Copper Arsenate are sold for use in telephone poles and salt water piers and pilings.

We manufacture our water treatment chemicals in Germany, and these products are used to improve water purity in industrial, commercial and municipal applications. We are one of Europe's largest suppliers of polyaluminium chloride based flocculants with approximately 140,000 metric tons of production capacity. Our main markets are municipal and industrial waste water treatment and the paper industry.

***Industry Overview and Market Outlook***

Global $TiO_2$ demand growth rates tend to track global GDP growth rates over the medium term; however, this varies by region. Developed markets such as the U.S. and Western Europe exhibit higher consumption per person but lower demand growth rates, while emerging markets such as Asia exhibit higher demand growth rates. The $TiO_2$ industry experiences some seasonality in sales reflecting the high exposure to seasonal coatings end-use markets. Coating sales generally peak during the spring and summer months in the northern hemisphere, resulting in greater sales volumes during the second and third quarters of the year.

We are one of the six major producers of $TiO_2$ in the world that collectively account for approximately 60% of global $TiO_2$ production capacity according to TZMI. Producers of the remaining 40% are primarily single-plant producers that focus on regional sales. $TiO_2$ supply has historically kept pace with increases in demand as producers increased capacity through low cost incremental debottlenecks, efficiency improvements and, more recently, new capacity additions mainly in China. During periods of low $TiO_2$ demand, the industry experiences high stock levels and consequently reduces production to manage working capital. Pricing in the industry is driven primarily by the supply/demand balance.

Table of Contents

Global $TiO_2$ sales in 2016 were approximately 6.0 million metric tons, generating approximately \$12.6 billion in industry-wide revenues based on data provided by TZMI. TZMI forecasts that 2017 global $TiO_2$ sales will increase to 6.1 million metric tons, generating approximately \$16 billion in industry-wide revenues. The global $TiO_2$ market is highly competitive, and competition is based primarily on product price, quality and technical service. We face competition from producers using the chloride process as well as those using the sulfate process. Due to the ease of transporting $TiO_2$, there is also competition between producers with facilities in different geographies. Over the last decade, there has been substantial growth in $TiO_2$ demand in emerging economies, notably Asia. The growing demand in Asia has consumed the majority of Chinese production. We operate primarily in markets where our product quality and service are valued or preferred by our customers and differentiate us from Chinese $TiO_2$ competitors. Cost advantages are typically driven by the scale of the plant, type of feedstock, source of energy and cost of local labor. We are generally able to reduce production costs by finding innovative solutions to convert the by-products arising from our sulfate process into value-adding co-products. Today, approximately 60% of all by-products of our sulfate processes are sold as co-products, and we are one of the largest producers of sulfate co-products in the world, including gypsum, copperas and other iron salts. The profitability of a plant is not solely related to its cost structure, but also importantly to its slate of manufactured products. We believe our differentiated and specialty products, along with our ability to profitably commercialize the associated co-products, enhance our plants' overall efficiency and resulting profitability. With our competitive cost structure, and our slate of differentiated and specialty products, we believe we are well positioned to compete in a cyclical market.

The primary raw materials that are used to produce $TiO_2$ are various types of titanium feedstock, which include ilmenite, rutile, titanium slag (chloride slag and sulfate slag) and synthetic rutile. According to TZMI, the world market for titanium-bearing ores has a diverse range of suppliers with the four largest accounting for approximately 40% of global supply. The majority of the titanium-bearing ores market is transacted on short-term contracts, or longer-term volume contracts with market-based pricing re-negotiated several times per year. This form of market-based ore contract provides flexibility and responsiveness in terms of pricing and quantity obligations.

Historically, the market for large volume $TiO_2$ applications, including coatings, paper and plastics, has experienced alternating periods of tight supply, causing prices and margins to increase, followed by periods of lower capacity utilization, resulting in declining prices and margins. The volatility this market experiences occurs as a result of significant changes in the demand for products as a consequence of global economic activity and changes in customers' requirements. The supply-demand balance is also impacted by capacity additions or reductions that result in changes of utilization rates. In addition, $TiO_2$ margins are impacted by significant changes in major input costs such as energy and feedstock.

Profitability for $TiO_2$ previously reached a peak in 2011, with significantly higher prices than our current $TiO_2$ prices. Following the peak, utilization rates dropped in 2012 as demand fell due to weaker economic conditions, industry de-stocking and the addition of new $TiO_2$ capacity. There was an associated decline in prices and margins. Over the following three years, demand recovered slowly; however, this modest demand improvement did not result in any significant increase in operating rates, and $TiO_2$ prices consequently declined throughout the period. After reaching a trough in the first quarter of 2016, supply/demand fundamentals began improving in 2016 primarily due to strong global demand growth and some capacity rationalizations, including Chinese environmental reform, which has constrained Chinese $TiO_2$ production. Though the $TiO_2$ market has improved significantly, $TiO_2$ prices remain below the most recent historically high average prices in 2011 and 2012. If the prices further increase, coupled with our expected additional savings through our business improvement program, we expect our $TiO_2$ margins to further increase. With approximately 72% of our revenue during the twelve months ended September 30, 2017 being derived from $TiO_2$ sales, we believe further improvements in $TiO_2$ margins should result in increased profitability and cash flow generation.

111

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Act, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Wynyard, U.K., on November 27, 2017.

Venator Materials PLC

By:          /s/ RUSS STOLLE
Russ Stolle
*Senior Vice President, General Counsel and*
*Chief Compliance Officer*
Date: November 27, 2017

Each person whose signature appears below appoints Kurt D. Ogden and Russ R. Stolle, and each of them, any of whom may act without the joinder of the other, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his name, place and stead, in any and all capacities, to sign any and all amendments (including post-effective amendments) to this registration statement and any registration statement (including any amendment thereto) for this offering that is to be effective upon filing pursuant to Rule 462(b) under the Securities Act of 1933, as amended, and to file the same, with all exhibits thereto, and all other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully to all intents and purposes as he or she might or would do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them or their or his substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ SIMON TURNER<br>Simon Turner | President and Chief Executive Officer, and Director (Principal Executive Officer) | November 27, 2017 |
| /s/ KURT D. OGDEN<br>Kurt D. Ogden | Senior Vice President and Chief Financial Officer (Principal Financial Officer), and Venator's Authorized Representative in the United States | November 27, 2017 |
| /s/ STEPHEN IBBOTSON<br>Stephen Ibbotson | Vice President and Corporate Controller (Principal Accounting Officer) | November 27, 2017 |

II-6

Table of Contents

| Name | Title | Date |
|------|-------|------|
| /s/ PETER R. HUNTSMAN<br>Peter R. Huntsman | Director | November 27, 2017 |
| /s/ SIR ROBERT J. MARGETTS<br>Sir Robert J. Margetts | Director | November 27, 2017 |
| /s/ DOUGLAS D. ANDERSON<br>Douglas D. Anderson | Director | November 27, 2017 |
| /s/ DANIELE FERRARI<br>Daniele Ferrari | Director | November 27, 2017 |
| /s/ KATHY D. PATRICK<br>Kathy D. Patrick | Director | November 27, 2017 |

II-7

# **Exhibit 7**

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10‑K

☑  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

**O R**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001‑38176**

## VENATOR
# Venator Materials PLC
(Exact name of registrant as specified in its charter)

| **England and Wales** | **98‑1373159** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Ordinary Shares, $0.001 Par Value per Share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
YES ☐ NO ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.
YES ☐ NO ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
YES ☑ NO ☐

Indicated by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy information statements incorporated by reference in Part III of this Form 10‑K or any amendment to this Form 10‑K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b‑2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | Accelerated filer ☐ | Non-accelerated filer ☑ | Smaller reporting company ☐ | Emerging growth company ☐ |
|---|---|---|---|---|
| | | (Do not check if a smaller reporting company) | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b‑2 of the Exchange Act).
YES ☐ NO ☑

The registrant has elected to use December 31, 2017 as the calculation date, which was the last trading date of the registrant's most recently completed quarterly period, because on June 30, 2017 (the last business day of the registrant's second fiscal quarter), the registrant was a privately-held company. The aggregate market value of the ordinary shares held by non-affiliates as of the last business day of the registrant's most recently completed fourth fiscal quarter (based on the closing price of $22.12 on December 29, 2017 reported by the New York Stock Exchange) was approximately $1,058,297,468.

As of February 16, 2018, the registrant had outstanding 106,399,937 ordinary shares, $0.001 par value per share.

DOCUMENTS INCORPORATED BY REFERENCE

Portions of Registrant's Definitive Proxy Statement for the 2018 Annual General Meeting of Shareholders may be incorporated by reference into Part III of this Form 10‑K. Alternatively, we may include such information in an amendment to this annual report on Form 10‑K.

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**2017 ANNUAL REPORT ON FORM 10-K**
**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | | 2 |
| **PART I** | | |
| ITEM 1. | BUSINESS | 4 |
| ITEM 1A. | RISK FACTORS | 22 |
| ITEM 1B. | UNRESOLVED STAFF COMMENTS | 47 |
| ITEM 2. | PROPERTIES | 47 |
| ITEM 3. | LEGAL PROCEEDINGS | 48 |
| ITEM 4. | MINE SAFETY DISCLOSURES | 48 |
| **PART II** | | |
| ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED SHAREHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 49 |
| ITEM 6. | SELECTED FINANCIAL DATA | 51 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 52 |
| ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 75 |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 76 |
| ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 125 |
| ITEM 9A. | CONTROLS AND PROCEDURES | 125 |
| ITEM 9B. | OTHER INFORMATION | 125 |
| **PART III** | | |
| ITEM 10. | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 126 |
| ITEM 11. | EXECUTIVE COMPENSATION | 126 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED SHAREHOLDER MATTERS | 126 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE | 126 |
| ITEM 14. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 126 |
| **PART IV** | | |
| ITEM 15. | EXHIBITS AND FINANCIAL STATEMENT SCHEDULES | 127 |
| | SIGNATURES | 131 |

Table of Contents

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain information set forth in this report contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933 and Section 21E of the Securities and Exchange Act of 1934. All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, construction cost estimates, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, environmental, health and safety ("EHS") matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates," "estimates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- volatile global economic conditions;
- cyclical and volatile titanium dioxide ("$TiO_2$") products markets;
- highly competitive industries and the need to innovate and develop new products;
- increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of $TiO_2$ as a carcinogen in the European Union ("EU") or any increased regulatory scrutiny;
- disruptions in production at our manufacturing facilities and our ability to cover resulting costs, including construction costs, and lost revenue with insurance proceeds, including at our $TiO_2$ manufacturing facility in Pori, Finland;
- fluctuations in currency exchange rates and tax rates;
- price volatility or interruptions in supply of raw materials and energy;
- changes to laws, regulations or the interpretation thereof;
- significant investments associated with efforts to transform our business;
- differences in views with our joint venture participants;
- high levels of indebtedness;
- EHS laws and regulations;
- our ability to obtain future capital on favorable terms;
- seasonal sales patterns in our product markets;
- legal claims against us, including antitrust claims;
- our ability to adequately protect our critical information technology systems;
- economic conditions and regulatory changes following the likely exit of the United Kingdom (the "U.K.") from the EU;
- failure to maintain effective internal controls over financial reporting and disclosure;
- our indemnification of Huntsman and other commitments and contingencies;
- financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners;
- failure to enforce our intellectual property rights;
- our ability to effectively manage our labor force;

2

Table of Contents

- conflicts, military actions, terrorist attacks and general instability; and
- our ability to realize the expected benefits of our separation from Huntsman.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this report. Any forward-looking statements should be considered in light of the risks set forth in the "Part I. Item 1A. Risk Factors."

3

Table of Contents

**PART I**

**ITEM 1. BUSINESS**

**General**

This report includes information with respect to market share, industry conditions and forecasts that we obtained from internal industry research, publicly available information (including industry publications and surveys), and surveys and market research provided by consultants. We have not independently verified any of the data from third-party sources, nor have we ascertained the underlying economic assumptions relied upon therein. Similarly, our internal research and forecasts are based upon our management's understanding of industry conditions, and such information has not been verified by any independent sources. The industry in which we operate is subject to a high degree of uncertainty and risks and such data and risks are subject to change, including those discussed under "Risk Factors" and "Note Regarding Forward-Looking Statements." These and other factors could cause results to differ materially from those expressed in the sources described above.

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman, (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, (3) all references to the "Titanium Dioxide" segment or business refer to the $TiO_2$ business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the separation and that are reported as discontinued operations in our consolidated and combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman and the entity through which Huntsman operates all of its businesses, (7) all references to the "HHN" refer to Huntsman (Holdings) Netherlands B.V., a wholly-owned subsidiary of Huntsman and the Huntsman entity that owns our ordinary shares, (8) we refer to the internal reorganization prior to our initial public offering ("IPO"), the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the Senior Credit Facilities and Senior Notes, including the use of the net proceeds of the Senior Credit Facilities (as defined below) and the Senior Notes (as defined below), which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "separation" and (9) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and $TiO_2$ businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

**Overview**

We are a leading global manufacturer and marketer of chemical products that improve the quality of life for downstream consumers and promote a sustainable future. Our products comprise a broad range of innovative chemicals and formulations that bring color and vibrancy to buildings, protect and extend product life, and reduce energy consumption. We market our products globally to a diversified group of industrial customers through two segments: Titanium Dioxide, which consists of our $TiO_2$ business, and Performance Additives, which consists of our functional additives, color pigments, timber treatment and water treatment businesses. We are a leading global producer in many of our key product lines, including $TiO_2$, color pigments and functional additives, a leading North American producer of timber treatment products and a leading European producer of water treatment products. We operate 26 facilities, employ approximately 4,500 associates worldwide and sell our products in more than 110 countries.

We operate in a variety of end markets, including industrial and architectural coatings, construction materials, plastics, paper, printing inks, pharmaceuticals, food, cosmetics, fibers and films and personal care. Within these end markets, our products serve approximately 6,900 customers globally. Our production capabilities allow us to manufacture a broad range of functional $TiO_2$ products as well as specialty $TiO_2$ products that provide critical

4

Table of Contents

performance for our customers and sell at a premium for certain end-use applications. Our color pigments, functional additives and timber treatment products provide essential properties for our customers' end-use applications by enhancing the color and appearance of construction materials and delivering performance benefits in other applications such as corrosion and fade resistance, water repellence and flame suppression. We believe that our global footprint and broad product offerings differentiate us from our competitors and allow us to better meet our customers' needs.

For the year ended December 31, 2017, we had total revenues of $2,209 million. Adjusted EBITDA for the year ended December 31, 2017 was $387 million for our Titanium Dioxide segment and $72 million for our Performance Additives segment.

Our Titanium Dioxide and Performance Additives segments have been transformed in recent years and we have established ourselves as a market leader in each of the industries in which we operate. We invested approximately $1.3 billion in our Titanium Dioxide and Performance Additives segments from January 1, 2014 to December 31, 2017 on acquisitions, restructuring and integration. We continue to implement additional business improvements within our Titanium Dioxide and Performance Additives businesses. As a result of these efforts, we believe we are well-positioned to capitalize on the continued strength of the $TiO_2$ market and related growth opportunities.

The table below summarizes the key products, end markets and applications, representative customers, revenues and sales information by segment as of December 31, 2017.

5

Table of Contents

| | Titanium Dioxide | Performance Additives |
|---|---|---|
| **Product Groups** | Titanium dioxide (TiO$_2$) | Iron Oxide, Complex Inorganic Colored Pigments, Metal Carboxylate Driers, Ultra Marine Blue, Barium Sulfate, Zinc Sulfide, Timber Treatment and Water Treatment chemicals. |
| **End Markets and Applications** | Coatings, Plastics, Paper, Printing Inks, Fibers and Films, Pharmaceuticals, Food, Cosmetics, Agriculture and Water Purification | Coatings, Plastics, Concrete Block, Roof Tiles, Cosmetics, Pharmaceuticals, Personal Care, Timber Treatment (Decking, Fencing and Fire Retardant Treated Wood) and Water Purification. |
| **Representative Customers** | A. Schulman, AkzoNobel, Ampacet, BASF, Clariant, Flint, PPG, PolyOne, Sherwin-Williams and Sun Chemical | AkzoNobel, BASF, CRH, Koppers, Lonza Group, PPG, Sakai Chemical Industry Co., Sherwin Williams and Solvay |
| **Revenue (year ended 12/31/17)** | $1,604 million | $605 million |
| **Sales by Geography** | US/Canada 18%, Asia Pacific 22%, Rest of World 11%, Europe 49% | Asia Pacific 16%, US/Canada 50%, Europe 32%, Rest of World 2% |
| **Sales by End Markets** | Personal Care, Food, Pharmaceuticals & Active Materials 6%, Agriculture & Water 2%, Other 0%, Fibres & films 8%, Inks 6%, Architectural coatings 28%, Plastics 34%, Industrial coatings 15%, Construction 1% | Personal Care, Food, Pharmaceuticals & Active Materials 6%, Fibres & films 3%, Agriculture & Water 4%, Other 3%, Inks 0%, Architectural coatings 14%, Industrial coatings 11%, Plastics 15%, Construction 44% |

For additional information about our business segments, including related financial information, see "Part II. Item 8. Financial Statements and Supplementary Data—Note 24. Operating Segment Information" and "Part II. Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations."

6

Table of Contents

**Recent Developments**

*Initial Public Offering and Separation*

On August 8, 2017, we completed our IPO of 26,105,000 ordinary shares, par value $0.001 per share (the "ordinary shares") which included 3,405,000 ordinary shares issued upon the exercise in full by the underwriters of their option to purchase additional shares, at a public offering price of $20.00 per share. All of the ordinary shares were sold by Huntsman, and we did not receive any proceeds from the offering. In conjunction with our IPO, Venator assumed the Titanium Dioxide and Performance Additives businesses of Huntsman and the related assets, liabilities, obligations and operations and entered into a separation agreement to effect the separation of this business from Huntsman. Prior to our IPO, Venator was a wholly-owned subsidiary of Huntsman. The ordinary shares began trading August 3, 2017 on the New York Stock Exchange under the symbol "VNTR."

In connection with our IPO and the separation, Venator and Huntsman entered into certain agreements that allocated between Venator and Huntsman the various assets, employees, liabilities and obligations that were previously part of Huntsman and that govern various interim and ongoing relationships between the parties.

On August 15, 2017, we registered 14,025,000 ordinary shares on Form S‑8 which are reserved for issuance in connection with awards under our 2017 Stock Incentive Plan (the "LTIP").

On December 4, 2017, we completed a secondary public offering of 21,764,800 ordinary shares. On January 3, 2018, the underwriters purchased an additional 1,948,955 ordinary shares pursuant to their over-allotment option. All of the ordinary shares were sold by Huntsman through HHN, and we did not receive any proceeds from the offering. Following our secondary public offering, including the partial exercise of the underwriters' option to purchase additional shares, Huntsman owns approximately 53% of Venator's outstanding ordinary shares.

*Senior Credit Facilities and Senior Notes*

On August 8, 2017, in connection with the IPO and the separation, we entered into new financing arrangements and incurred new debt, including borrowings of $375 million under a new senior secured term loan facility with a maturity of seven years (the "Term Loan Facility"). In addition to the Term Loan Facility, we entered into a $300 million asset-based revolving lending facility with a maturity of five years (the "ABL Facility" and, together with the Term Loan Facility, the "Senior Credit Facilities"). On July 14, 2017, in connection with the IPO and the separation, our subsidiaries Venator Finance S.à.r.l. and Venator Materials LLC (the "Issuers"), issued $375 million in aggregate principal amount of 5.75% of Senior Notes due 2025 (the "Senior Notes"). Promptly following consummation of the separation, the proceeds of the Senior Notes were released from escrow and Venator used the net proceeds of the Senior Notes and borrowings under the Term Loan Facility to repay approximately $732 million of net intercompany debt owed to Huntsman and to pay related fees and expenses of approximately $18 million.

*Pori Fire*

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. We are currently operating at 20% of total prior capacity producing specialty products, and we intend to restore manufacturing of the balance of these more profitable specialty products by the end of 2018. The remaining 40% of site capacity is more commoditized and, based on current market and economic conditions, associated costs and projected returns, we currently expect to rebuild this portion of the facility, but do not expect it to be reintroduced into the market prior to 2020.

We have recorded a loss of $31 million for the write-off of fixed assets and lost inventory in cost of goods sold in our consolidated and combined statements of operations for the year ended December 31, 2017. In addition, we recorded a loss of $21 million of costs for cleanup of the facility in cost of goods sold through December 31, 2017. The

Table of Contents

site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our $TiO_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased $TiO_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently estimate that the total cost to rebuild the Pori facility (including the commodity portion) will exceed the limits of our insurance policy by as much as $325 million, or up to $375 million when providing additional contingency for the upper limits of our current design and construction cost estimates. This amount results from the increased contribution from insurance towards business interruption together with increased costs associated with the faster than normal build schedule of the specialty products portion of the facility, and greater equipment replacement costs as compared to lower equipment repair costs than previously estimated. We expect to account for our uncovered costs as capital expenditures and fund them from operations, which will decrease our liquidity in the periods those costs in excess of our insurance limits are incurred. Based on current and anticipated market conditions, we currently expect our business interruption losses to be fully reimbursed within our insurance policy limits through 2019. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Factors that could materially impact our current estimates include our actual future $TiO_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; market and other factors impacting our reconstruction of the commoditized portion of the facility; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. Please see "Item 1A. Risk Factors—Risks Relating to our Business— Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition." We have established a process with our insurer to receive timely advance payments for the continued reconstruction of the facility as well as lost profits for business interruption losses, subject to policy limits. We expect to have pre-funded cash on our balance sheet resulting from these advance insurance payments. We have agreed with our insurer to have monthly meetings to review relevant site activities and interim claims as well as regular progress payments.

The fire at our Pori facility did not have a material impact on our 2017 fourth quarter operating results as losses incurred were offset by insurance proceeds. We received $253 million of non-refundable partial progress payments from our insurer through December 31, 2017 and we received an additional $62 million payment on January 10, 2018. During 2017, we recorded $187 million of income related to property damage and business interruption insurance recoveries in cost of goods sold in our consolidated and combined statements of operations to offset property damage and business interruption losses recorded during the period. In addition, we recorded $68 million as deferred income in accrued liabilities as of December 31, 2017 for insurance proceeds received for costs not yet incurred. The difference between payments received from our insurers of $253 million and the sum of income of $187 million and deferred income of $68 million is related to the foreign exchange movements of the United States ("U.S.") Dollar against the Euro during 2017.

If we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility, or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, or if our actual costs exceed our estimates, our business may be adversely impacted. See "Item 1A. Risk Factors—Risks Related to Our Business—Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition."

**Our Business**

We manufacture $TiO_2$, functional additives, color pigments, timber treatment and water treatment products. Our broad product range, coupled with our ability to develop and supply specialized products into technically exacting end-use applications, has positioned us as a leader in the markets we serve. In 2014, Huntsman acquired the performance additives and $TiO_2$ businesses of Rockwood, broadening our specialty $TiO_2$ product offerings and adding significant scale and capacity to our $TiO_2$ facilities. The Rockwood acquisition positioned us as a leader in the specialty and differentiated $TiO_2$ industry segments, which includes products that sell at a premium and have more stable margins. The Rockwood acquisition also provided us with complementary functional additives, color pigments, timber treatment and water treatment businesses. We have 26 manufacturing facilities operating in 10 countries with a total nameplate

8

Table of Contents

production capacity of approximately 1.3 million metric tons per year. We operate eight $TiO_2$ manufacturing facilities in Europe, North America and Asia and 18 color pigments, functional additives, water treatment and timber treatment manufacturing and processing facilities in Europe, North America, Asia and Australia. For the year ended December 31, 2017, our revenues were $2,209 million. We believe further improvements in $TiO_2$ margins should result in increased profitability and cash flow generation.

### Titanium Dioxide Segment

$TiO_2$ is derived from titanium-bearing ores and is a white inert pigment that provides whiteness, opacity and brightness to thousands of everyday items, including coatings, plastics, paper, printing inks, fibers, food and personal care products. We are one of the top producers of $TiO_2$, which collectively account for a significant portion of global $TiO_2$ production capacity. The remaining producers are primarily single-plants that focus on regional sales. We are among the largest global $TiO_2$ producers, with nameplate production capacity of approximately 782,000 metric tons per year. We are able to manufacture a broad range of $TiO_2$ products from functional to specialty. Our specialty products generally sell at a premium into specialized applications such as fibers, catalysts, food, pharmaceuticals and cosmetics. Our production capabilities are distinguished from some of our competitors because of our ability to manufacture $TiO_2$ using both sulfate and chloride manufacturing processes, which gives us the flexibility to tailor our products to meet our customers' needs. By operating both sulfate and chloride processes, we also have the ability to use a wide range of titanium feedstocks, which enhances the competitiveness of our manufacturing operations, by providing flexibility in the selection of raw materials. This helps insulate us from price fluctuations for any particular feedstock and allows us to manage our raw material costs.

We own a portfolio of brands including the TIOXIDE®, HOMBITAN®, HOMBITEC®, UVTITAN® and ALTIRIS® ranges, which are produced in our eight manufacturing facilities around the globe. We service over 1,800 customers in most major industries and geographic regions. Our global manufacturing footprint allows us to service the needs of both local and global customers, including A. Schulman, AkzoNobel, Ampacet, BASF, Clariant, DSM, Flint, PPG, PolyOne, Sherwin-Williams and Sun Chemical.

There are two manufacturing processes for the production of $TiO_2$, the sulfate process and the chloride process. We believe that the chloride process accounts for approximately 45% of global production capacity. Our production capabilities are distinguished from some of our competitors because of our ability to manufacture $TiO_2$ using both sulfate and chloride manufacturing processes, which gives us the flexibility to tailor our products to meet our customers' needs. Most end-use applications can use pigments produced by either process, although there are markets that prefer pigment from a specific manufacturing route—for example, the inks market prefers sulfate products and the automotive coatings market prefers chloride products. Regional customers typically favor products that are available locally. The sulfate process produces $TiO_2$ in both the rutile and anatase forms, the latter being used in certain high-value specialty applications.

Once an intermediate $TiO_2$ pigment has been produced using either the chloride or sulfate process, it is "finished" into a product with specific performance characteristics for particular end-use applications. Co-products from both processes require treatment prior to disposal to comply with environmental regulations. In order to reduce our disposal costs and to increase our cost competitiveness, we have developed and marketed the co-products of our Titanium Dioxide segment. We sell approximately 60% of the co-products generated by our business.

We have an established broad customer base and have successfully differentiated ourselves by establishing ourselves as a market leader in a variety of niche market segments where the innovation and specialization of our products is rewarded with higher growth prospects and strong customer relationships.

| Product Type | Rutile $TiO_2$ | Anatase $TiO_2$ | Nano $TiO_2$ |
|---|---|---|---|
| Characteristics | Most common form of $TiO_2$. Harder and more durable crystal | Softer, less abrasive pigment, preferred for some specialty applications | Ultra-fine $TiO_2$ and other $TiO_2$ specialties |
| Applications | Coatings, printing inks, PVC window frames, plastic masterbatches | Cosmetics, pharmaceuticals, food, polyester fibers, polyamide fibers | Catalysts and cosmetics |

9

Table of Contents

*Performance Additives Segment*

**Functional Additives**. Functional additives are barium and zinc based inorganic chemicals used to make colors more brilliant, coatings shine, plastic more stable and protect products from fading. We believe we are the leading global manufacturer of zinc and barium functional additives. The demand dynamics of functional additives are closely aligned with those of functional $TiO_2$ given the overlap in applications served, including coatings and plastics.

| Product Type | Barium and Zinc Additives |
| --- | --- |
| Characteristics | Specialty pigments and fillers based on barium and zinc chemistry |
| Applications | Coatings, films, paper and glass fiber reinforced plastics |

**Color Pigments**. We are a leading global producer of colored inorganic pigments for the construction, coating, plastics and specialty markets. We are one of three global leaders in the manufacture and processing of liquid, powder and granulated forms of iron oxide color pigments. We also sell natural and synthetic inorganic pigments and metal carboxylate driers. The cost effectiveness, weather resistance, chemical and thermal stability and coloring strength of iron oxide make it an ideal colorant for construction materials, such as concrete, brick and roof tile, and for coatings and plastics. We produce a wide range of color pigments and are the world's second largest manufacturer of technical grade ultramarine blue pigments, which have a unique blue shade and are widely used to correct colors, giving them a desirable clean, blue undertone. These attributes have resulted in ultramarine blue being used world-wide for polymeric applications such as construction plastics, food packaging, automotive polymers, consumer plastics, coatings and cosmetics.

Our products are sold under a portfolio of brands that are targeted to the construction sector such as DAVIS COLORS®, GRANUFIN® and FERROXIDE® and the following brands HOLLIDAY PIGMENTS, COPPERAS RED® and MAPICO® focused predominantly on the coatings and plastics sectors.

Our products are also used by manufacturers of colorants, rubber, paper, cosmetics, pet food, digital ink, toner and other industrial uses delivering benefits in other applications such as corrosion protection and catalysis.

Our construction customers value our broad product range and benefit from our custom blending, color matching and color dosing systems. Our coatings customers benefit from a consistent and quality product.

| Product Type | Iron Oxides | Ultramarines | Specialty Inorganic Chemicals | Driers |
| --- | --- | --- | --- | --- |
| Characteristics | Powdered, granulated or in liquid form are synthesized using a range of feedstocks | Range of ultramarine blue and violet and also manganese violet pigments | Complex inorganic pigments and cadmium pigments | A range of metal carboxylates and driers |
| Applications | Construction, coatings, plastics, cosmetics, inks, catalyst and laminates | Predominantly used in plastics, coatings and cosmetics | Coatings, plastics and inks | Predominantly coatings |

Iron oxide pigment's cost effectiveness, weather resistance, chemical and thermal stability and coloring strength make it an ideal colorant for construction materials, such as concrete, brick and roof tile, and for coatings such as paints and plastics. We are one of the three largest synthetic inorganic color pigments producers which together represent more than 50% of the global market for iron oxide pigments. The remaining market share consists primarily of competitors based in China.

Made from clay, our ultramarine blue pigments are non-toxic, weather resistant and thermally stable. Ultramarine blue is used world-wide for food contact applications. Our synthetic ultramarines are permitted for unrestricted use in certain cosmetics applications. Ultramarine blue is used extensively in plastics and the paint industry. We focus on supplying our customers with technical grade ultramarine blues and violets to high specification markets such as the cosmetics industry.

10

Table of Contents

***The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.***

The industries in which we operate are highly competitive. Among our competitors are companies that are vertically-integrated (those that have their own raw material resources). Changes in the competitive landscape could make it difficult for us to retain our competitive position in various products and markets throughout the world. Our competitors with their own raw material resources may have a competitive advantage during periods of higher raw material prices. In addition, some of the companies with whom we compete may be able to produce products more economically than we can. Furthermore, some of our competitors have greater financial resources, which may enable them to invest significant capital into their businesses, including expenditures for research and development.

The global $TiO_2$ market is highly competitive, with the top producers accounting for a significant portion of the world's production capacity. Competition is based on a number of factors, such as price, product quality and service. Some of our competitors may be able to drive down prices for our products if their costs are lower than our costs. In addition, our $TiO_2$ business competes with numerous regional producers, including producers in China, who have significantly expanded their sulfate production capacity during the past five years and commenced the commercial production of $TiO_2$ via chloride technology. The risk of our customers substituting our products with those made by Chinese producers could increase as the Chinese producers expand their use of chloride production technology. Further, consolidation of our competitors or customers may result in reduced demand for our products or make it more difficult for us to compete with our competitors. The occurrence of any of these events could result in reduced earnings or operating losses.

While we are engaged in a range of research and development programs to develop new products and processes, to improve and refine existing products and processes, and to develop new applications for existing products, the failure to develop new products, processes or applications could make us less competitive. Moreover, if any of our current or future competitors develops proprietary technology that enables them to produce products at a significantly lower cost, our technology could be rendered uneconomical or obsolete.

In addition, certain of our competitors in various countries in which we do business, including China, may be owned by or affiliated with members of local governments and political entities. These competitors may get special treatment with respect to regulatory compliance and product registration, while certain of our products, including those based on new technologies, may be delayed or even prevented from entering into the local market.

Certain of our businesses use technology that is widely available. Accordingly, barriers to entry, apart from capital availability, may be low in certain product segments of our business. The entrance of new competitors into the industry may reduce our ability to maintain margins or capture improving margins in circumstances where capacity utilization in the industry is increasing. Increased competition in any of our businesses could compel us to reduce the prices of our products, which could result in reduced margins and loss of market share and have a material adverse effect on our business, results of operations, financial condition and liquidity.

***The classification of $TiO_2$ as a Category 2 Carcinogen or higher in the EU, or any increased regulatory scrutiny could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.***

The EU adopted the Globally Harmonised System, GHS, of the United Nations for a uniform system for the classification, labelling and packaging of chemical substances in Regulation (EC) No 1272/2008, the CLP. Pursuant to the CLP, an EU Member State can propose a classification for a substance to ECHA, which upon review by RAC, can be submitted to the European Commission for adoption by regulation. On May 31, 2016, ANSES submitted a proposal to ECHA that would classify $TiO_2$ as a Category 1B Carcinogen presumed to have carcinogenic potential for humans by inhalation. We, together with other companies, relevant trade associations and Cefic, submitted comments opposing any classification of $TiO_2$ as carcinogenic, based on evidence from multiple epidemiological studies covering more than 24,000 production workers at 18 $TiO_2$ manufacturing sites over several decades that found no increased incidence of lung cancer as a result of workplace exposure to $TiO_2$ and other scientific studies that concluded that the response to

23

Table of Contents

lung overload studies with poorly soluble particles upon which the ANSES proposed classification is based is unique to the rat and is not seen in other animal species or humans. On June 8, 2017, the RAC announced its preliminary conclusion that certain evidence meets the criteria under CLP to classify $TiO_2$ as a Category 2 Carcinogen (described by the EU regulation as appropriate for "suspected human carcinogens") for humans by inhalation. The RAC published their final opinion on September 14, 2017, which proposes that $TiO_2$ be classified as a Category 2 carcinogen by inhalation. In addition, the RAC proposed a Note in their opinion to the effect that coated particles must be evaluated to assess whether a higher category (Category 1B or 1A) should be applied and additional routes of exposure (oral or dermal) should be included. The European Commission will now evaluate the RAC opinion in deciding what, if any, regulatory measures should be taken. We, Cefic and others expect to continue to advocate to the European Commission that the RAC's report should not justify anything other than minimal regulatory measures for the reasons stated above, among others. If the European Commission were to subsequently adopt the Category 2 Carcinogen classification, or a higher categorization for coated particles, it could require that many end-use products manufactured with $TiO_2$ be classified and labeled as containing a potential carcinogenic component, which could negatively impact public perception of products containing $TiO_2$. Such classifications would also affect our manufacturing operations by subjecting us to new workplace safety requirements that could significantly increase costs. In addition, any classification, use restriction, or authorization requirement for use imposed by ECHA could trigger heightened regulatory scrutiny in countries outside the EU based on health or safety grounds, which could have a wider adverse impact geographically on market demand for and prices of $TiO_2$ or other products containing $TiO_2$ and increase our compliance obligations outside the EU. Any increased regulatory scrutiny could affect consumer sentiment or limit the marketability of and demand for $TiO_2$ or products containing $TiO_2$, which could have spill-over, restrictive effects under other EU laws, e.g., those affecting medical and pharmaceutical applications, cosmetics, food packaging and food additives. It is also possible that heightened regulatory scrutiny would lead to claims by consumers of such products alleging adverse health impacts. Finally, the classification of $TiO_2$ as a Category 2 Carcinogen or higher could lead the ECHA to evaluate other products with similar particle characteristics (such as iron oxides or functional additives) for human carcinogenic potential by inhalation, which may ultimately have similar negative impacts on other products within our portfolio. In addition, under our separation agreement with Huntsman entered into in connection with our IPO and separation, we are required to indemnify Huntsman for any liabilities relating to our $TiO_2$ operations.

Sales of $TiO_2$ in the EU represented approximately 33% of our revenues for the year ended December 31, 2017.

***Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.***

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may take a significant time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, on January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. We are currently operating at 20% of total prior capacity producing specialty products, and we intend to restore manufacturing of the balance of these more profitable specialty products by the end of 2018. The remaining 40% of site capacity is more commoditized and based on current market and economic conditions, associated costs and projected returns, we currently expect to rebuild this portion of the facility, but do not expect it to be reintroduced into the market prior to 2020.

24

Table of Contents

We are party to a number of contracts with a variety of third parties involved in the Pori rebuild, including various vendors of required equipment and necessary engineering, demolition, construction and other services. We may experience delays in construction, equipment procurement, or in start-up or plant commissioning, and there is no single third party to whom we can turn for recourse in the event of delays, increased costs or other problems associated with the rebuild. Even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our $TiO_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased $TiO_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently estimate that the total cost to rebuild the Pori facility (including the commodity portion) will exceed the limits of our insurance policy by as much as $325 million, or up to $375 million when providing additional contingency for the upper limits of our current design and construction cost estimates. This amount results from the increased contribution from insurance towards business interruption together with increased costs associated with the faster than normal build schedule of the specialty products portion of the facility, and greater equipment replacement costs as compared to lower equipment repair costs than previously estimated. We expect to account for our uncovered costs as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of our insurance limits are incurred. Based on current and anticipated market conditions, we currently expect our business interruption losses to be fully reimbursed within our insurance policy limits through 2019. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Factors that could materially impact our current estimates include our actual future $TiO_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; market and other factors impacting our reconstruction of the commoditized portion of the facility; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. In addition, if we experience delays in receiving the insurance proceeds, our short term liquidity and earnings may be impacted. Additionally, our premiums and deductibles may increase substantially as a result of the fire.

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

***Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.***

Our manufacturing processes consume significant amounts of raw materials and energy, the costs of which are subject to worldwide supply and demand as well as other factors beyond our control. Variations in the cost for raw materials, and of energy, which primarily reflects market prices for oil and natural gas, may significantly affect our operating results from period to period. We purchase a substantial portion of our raw materials from third-party suppliers

25

Table of Contents

and the cost of these raw materials represents a substantial portion of our operating expenses. The prices of the raw materials that we purchase from third parties are cyclical and volatile. Our supply agreements with our $TiO_2$ feedstock suppliers provide us only limited protection against price volatility as they are entered into either on a short-term basis or are longer-term volume contracts, which provide for market-based pricing. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems. While we attempt to match cost increases with corresponding product price increases, we are not always able to raise product prices immediately or at all. Moreover, the outcome of these efforts is largely determined by existing competitive and economic conditions. Timing differences between raw material prices, which may change daily, and contract product prices, which in many cases are negotiated only monthly or less often, also have had and may continue to have a negative effect on our cash flow. Any raw materials or energy cost increase that we are not able to pass on to our customers could have a material adverse effect on our business, results of operations, financial condition and liquidity.

There are several raw materials for which there are only a limited number of suppliers or a single supplier. For example, titanium-containing feedstocks suitable for use in our $TiO_2$ facilities are available from a limited number of suppliers around the world. To mitigate potential supply constraints, we enter into supply agreements with particular suppliers, evaluate alternative sources of supply and evaluate alternative technologies to avoid reliance on limited or sole-source suppliers. Where supply relationships are concentrated, particular attention is paid by the parties to ensure strategic intentions are aligned to facilitate long term planning. If certain of our suppliers are unable to meet their obligations under present supply agreements, we may be forced to pay higher prices to obtain the necessary raw materials from other sources and we may not be able to increase prices for our finished products to recoup the higher raw materials costs. Any interruption in the supply of raw materials could increase our costs or decrease our revenues, which could reduce our cash flow. The inability of a supplier to meet our raw material needs could have a material adverse effect on our financial statements and results of operations.

The number of sources for and availability of certain raw materials is also specific to the particular geographical region in which a facility is located. Political and economic instability in the countries from which we purchase our raw material supplies could adversely affect their availability. In addition, if raw materials become unavailable within a geographic area from which they are now sourced, then we may not be able to obtain suitable or cost effective substitutes. We may also experience higher operating costs such as energy costs, which could affect our profitability. We may not always be able to increase our selling prices to offset the impact of any higher productions costs or reduced production levels, which could reduce our earnings and decrease our liquidity.

***Our pension and postretirement benefit plan obligations are currently underfunded, and under certain circumstances we may have to significantly increase the level of cash funding to some or all of these plans, which would reduce the cash available for our business.***

We have unfunded obligations under our domestic and foreign pension and postretirement benefit plans including certain unfunded pension obligations we assumed upon the consummation of our acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood. The funded status of our pension plans is dependent upon many factors, including returns on invested assets, the level of certain market interest rates and the discount rate used to determine pension obligations. Unfavorable returns on the plan assets or unfavorable changes in applicable laws or regulations could materially change the timing and amount of required plan funding, which would reduce the cash available for our business. In addition, a decrease in the discount rate used to determine pension obligations could result in an increase in the valuation of pension obligations, which could affect the reported funding status of our pension plans and future contributions, as well as the periodic pension cost in subsequent fiscal years.

With respect to our domestic pension and postretirement benefit plans, the Pension Benefit Guaranty Corporation ("PBGC") has the authority to terminate an underfunded tax-qualified pension plan under limited circumstances in accordance with the Employee Retirement Income Security Act of 1974, as amended. In the event our tax-qualified pension plans are terminated by the PBGC, we could be liable to the PBGC for the entire amount of the underfunding.

26

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**Schedule II—Valuation and Qualifying Accounts**

| Description | Balance at beginning of period | Additions Charges to cost and expenses | Additions Charged to other accounts | Deductions | Balance at end of period |
|---|---|---|---|---|---|
| Allowance for doubtful accounts: | | | | | |
| Year ended December 31, 2017 | $ 4 | $ 1 | $ — | $ — | $ 5 |
| Year ended December 31, 2016 | 4 | — | — | — | 4 |
| Year ended December 31, 2015 | 4 | — | — | — | 4 |

\*\*\*\*\*\*

130

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Dated: February 23, 2018

VENATOR MATERIALS PLC

By:    /s/ KURT D. OGDEN
Kurt D. Ogden
*Senior Vice President and Chief Financial Officer*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of Venator Materials PLC in the capacities indicated on the dates indicated.

| | | |
|---|---|---|
| /s/ Simon Turner<br>Simon Turner | President and Chief Executive Officer, and Director (Principal Executive Officer) | February 23, 2018 |
| /s/ Kurt D. Ogden<br>Kurt D. Ogden | Senior Vice President and Chief Financial Officer (Principal Financial Officer), and Venator's Authorized Representative in the United States | February 23, 2018 |
| /s/ Stephen Ibbotson<br>Stephen Ibbotson | Vice President and Corporate Controller (Principal Accounting Officer) | February 23, 2018 |
| /s/ Peter R. Huntsman<br>Peter R. Huntsman | Director | February 23, 2018 |
| /s/ Sir Robert J. Margetts<br>Sir Robert J. Margetts | Director | February 23, 2018 |
| /s/ Douglas D. Anderson<br>Douglas D. Anderson | Director | February 23, 2018 |
| /s/ Daniele Ferrari<br>Daniele Ferrari | Director | February 23, 2018 |
| /s/ Kathy D. Patrick<br>Kathy D. Patrick | Director | February 23, 2018 |

131

# Exhibit 8

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call
Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618
Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

# Q4 2017 Earnings Call

## Company Participants

- Murdo Montgomery
- Simon Turner
- Kurt D. Ogden

## Other Participants

- David I. Begleiter
- Matthew Skowronski
- Laurence Alexander
- Robert Koort
- Eric B. Petrie
- Stephen Byrne
- James Sheehan
- Matthew DeYoe
- Duffy Fischer
- Jeffrey J. Zekauskas
- John Roberts
- Hassan I. Ahmed

## MANAGEMENT DISCUSSION SECTION

### Operator

Hello, and welcome to the Venator Materials Q4 Earnings Call. All participants will be in listen-only mode. [Operator Instructions] After today's presentation, there will be an opportunity to ask questions. [Operator Instructions] Please note this event is being recorded.

I would now like to turn the conference over to Murdo Montgomery. Please go ahead, sir.

### Murdo Montgomery

Thank you, operator, and good morning, everyone. I am Murdo Montgomery, Director of Investor Relations for Venator Materials. Welcome to our fourth quarter and full-year 2017 earnings call. Joining us on the call today are Simon Turner, President and CEO; and Kurt Ogden, Senior Vice President and CFO.

This morning, before the market opened, we released our earnings for the fourth quarter and full year via press release and posted it to our website, venatorcorp.com. We also posted a set of slides on our website, which we will use on the call this morning while presenting our results.

During this call, we may make statements about our projections or expectations for the future. All such statements are forward-looking statements, and while they reflect our current expectations, they involve risks and uncertainties and are not guarantees of future performance. You should review our filings with the Securities and Exchange Commission for more information regarding the factors that could cause actual results to differ materially from these projections or expectations. We do not plan on publicly updating or revising any forward-looking statements during the quarter.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

We will also refer to non-GAAP financial measures such as EBITDA, adjusted EBITDA, adjusted net income or loss, free cash flow, and net debt. You can find reconciliations to the most directly comparable GAAP financial measures in our earnings release, which has been posted to our website at venatorcorp.com.

I will now turn the call over to Simon Turner, our President and CEO.

## Simon Turner

Thank you, Murdo. Good morning, everyone. It's my pleasure to welcome you to our 2017 fourth quarter and full-year earnings call.

We're going to start on slide 3. We're pleased to be reporting a strong set of results, which underscore that 2017 was a very successful year for Venator. We reported adjusted EBITDA of $118 million for the fourth quarter. This represents a threefold increase over the prior-year quarter, driven by significant price capture and accelerated gains from our $90 million Business Improvement Program. We saw excellent cash generation with the business generating $212 million of free cash flow in 2017. We exited 2017 on a great trajectory and have real momentum in our business for continued growth.

Turning to slide 4 and the Titanium Dioxide segment. Our Titanium Dioxide segment delivered another great quarter with TiO2 pricing and business improvement benefits driving the results. Pricing was up 5% compared with the prior-year quarter in line with our expectations. Volume growth adjusting for the impact of the Pori fire increased by 1% compared to the prior-year quarter, reflecting tight supply conditions. We see positive underlying demand across the market continuing for our specialty, differentiated, and functional products, and expect further meaningful price improvement in the first quarter. We will continue to manage appropriate pricing actions with our customers in a way that is consistent with our measures and tailored approach.

Looking ahead, the market environment remains positive for TiO2, with seasonal demand pickup expected in the first half of the year. Inventory days remain low across the industry, and utilization rates remain high, and we expect this to continue. We are manufacturing at full capacity, and the industry fundamentals continue to drive an elongated cycle. We are well-positioned to manage all cost inflation in 2018. We have contracts in place covering effectively all of our ore costs for the year, so we're well-hedged. We continue to benefit from our sulfate/ilmenite cost advantage and expect to see TiO2 selling prices outpacing our ore costs in 2018.

Turning to slide 5 and Performance Additives. Revenues were up 5% over the prior-year period, with higher selling prices driving the increase and sales volumes flat. Improved prices reflect the pricing actions earlier in the year in our higher value functional additives and color pigment applications, successfully offsetting higher raw material costs. We expect the first quarter to show sequential growth with seasonal improvement in sales volumes.

We are well underway with efforts to restructure our Performance Additives business, and it's encouraging to see the improvement in year-on-year segment EBITDA to $15 million. This signals the improving earnings trajectory of the segment with more to come. Our color pigment facilities at Easton and St. Louis have been closed successfully. The impact of these site closures will have a meaningful positive impact on segment earnings in 2018.

Moving on to slide 6 and the Business Improvement Program. We captured $24 million of additional EBITDA benefit in 2017, including a further $9 million realized in the fourth quarter. This is well ahead of where we expect it to be at this stage of the program. Clearly, it's encouraging to be reporting this acceleration with the related benefit to our bottom line for 2017. Going forward, 2018 will see a further $30 million of EBITDA improvement from this program, and we remain on course for the full $90 million run rate to be captured by the first quarter of 2019. We continue to evaluate all opportunities to further improve our competitiveness.

Turning to slide 7. We estimate our TiO2 facility in Pori, Finland as one of the most profitable in Europe. It is designed to use low-cost ilmenite ores and produce up to 60% of its capacity as high-value specialty and differentiated products. We are keen to restore this portion of this valuable asset as quickly as possible, as it provides approximately 75% of

Company Name: Venator Materials       Market Cap: 2,080.12          Bloomberg Estimates - EPS
Company Ticker: VNTR US               Current PX: 19.55                  Current Quarter: 0.743
Date: 2018-02-23                      YTD Change($): -2.57                Current Year: 2.984
Event Description: Q4 2017 Earnings Call   YTD Change(%): -11.618     Bloomberg Estimates - Sales
                                                                         Current Quarter: 641.200
                                                                         Current Year: 2609.300

site EBITDA.

Construction on the rebuild of the specialty products portion of the facility is on pace. We expect it to be complete by the end of 2018. However, we are paying a fast-track premium. Current TiO2 business conditions are favorable and provide compelling economics for the rebuild of the commodity products portion of the facility as well. The rebuild of the commodity portion of the facility, however, does not merit paying a fast-track premium. We intend to rebuild this commodity portion over a normal construction timeline and reintroduce it into the market no sooner than 2020.

These large capital projects are inherently challenging. We have staged the Pori reconstruction in sequential phases, starting with portions of the facility damaged the least. Estimates for the different phases have progressive accuracy as a function of detailed engineering and elapsed time. The combination of fast-track premium costs for the specialty products rebuild and the need to replace more equipment than previously estimated have increased our construction costs.

In addition, our current plan to rebuild the commodity products portion of the facility on a normal timeline will consume more of our insurance proceeds in the form of business interruption. We currently estimate the total cost to rebuild the facility, including the commodity products portion, will exceed the limits of our insurance proceeds. Though we do not have final cost estimates, we anticipate the cost could exceed our insurance proceeds by as much as $325 million.

Furthermore, applying additional contingency for the upper limits of design and our current construction cost estimates, the uninsured portion of the cost, it could be as much as $375 million. These are estimates based on assumptions, so the uninsured cost could exceed these estimates. Based on current and anticipated market conditions, we currently expect our business interruption losses to be fully reimbursed within our insurance policy limits, though it will consume much of the proceeds.

If, however, the TiO2 market strengthens more than we currently forecast, it will have the effect of increasing our uncovered cost estimate by increasing our business interruption losses beyond the limit of our insurance coverage. We expect to account for any over the insurance limit cost as capital expenditures. We are aggressively pursuing options to reduce the estimated over the insurance limit costs, and we'll keep you updated as to material development.

With that, I'll pass over to Kurt to give you the financial review.

## Kurt D. Ogden

Thanks, Simon, and good morning, everyone.

Let's turn to slide 8. Our adjusted EBITDA improved $79 million in the fourth quarter this year to $118 million compared to the prior-year period. The majority of this improvement came through higher selling prices. More specifically, an improvement in TiO2 selling prices contributed approximately $90 million. As Simon mentioned earlier, we also delivered $9 million of higher earnings from our Business Improvement Program.

Costs were higher as we saw some modest raw material inflation, and we are now incurring the full weight of corporate standalone costs. Compared to the prior quarter, our adjusted EBITDA declined by $16 million. As expected, seasonally softer volumes more than offset the strong price capture from our announced TiO2 price increases in the fourth quarter.

Let's turn to slide 9. At the end of the fourth quarter, we had liquidity of $481 million. Our cash balance was $238 million, and the undrawn availability under our asset-based revolving lending facility was $243 million. At the end of the fourth quarter, our net debt decreased to $519 million from $565 million in the third quarter. Importantly, our net debt leverage decreased to 1.3 times last 12 months EBITDA.

Structurally, we continue to enjoy relatively low tax rates. In 2017, our adjusted effective tax rate was 18% with a cash tax rate of only 9%. We have approximately $1 billion of net operating losses, from which we expect to benefit for several years to come. Looking forward, we estimate our long-term adjusted effective tax rate will be approximately

Company Name: Venator Materials | Market Cap: 2,080.12 | Bloomberg Estimates - EPS
Company Ticker: VNTR US | Current PX: 19.55 | Current Quarter: 0.743
Date: 2018-02-23 | YTD Change($): -2.57 | Current Year: 2.984
Event Description: Q4 2017 Earnings Call | YTD Change(%): -11.618 | Bloomberg Estimates - Sales
| | Current Quarter: 641.200
| | Current Year: 2609.300

15% to 20%, with a cash rate of 10% to 15%. We believe the impact of the recent U.S. tax reform will not have a material impact on our business, given the low percentage of our global taxable income in the United States.

In December, we entered into a cross-currency interest rate swap that converts $200 million of our debt into euros. This has the effect of reducing our weighted average cost of debt from 5% to 4.4% and utilizes more effectively our euro-denominated profits. Annual interest savings will be approximately $5 million.

Turning to slide 10, we expect to generate more than $200 million of free cash flow in 2018, excluding any capital expenditures in excess of our insurance proceeds to rebuild our Pori, Finland facility. The schedule outlines our estimated cash uses for 2018, which are approximately $250 million to $280 million before cash taxes.

Beyond 2018, certain cash uses should decrease as we repay our debt and restructuring cash payments wind down. Our cash interest includes increased assumptions consistent with the yield curve.

As we have previously indicated, our prioritization of cash uses will be focused on the following: first, reconstructing our Pori, Finland facility to improve future long-term earnings; second, strengthening our balance sheet by paying down our debt. Management and our board believes that a robust balance sheet and favorable credit rating to cope with any future industry cyclicality will enhance long-term shareholder value. We are targeting net debt of approximately $350 million within the next few years.

Third, after our net debt approaches our target of $350 million, we expect our board will consider returns to shareholders through share repurchases and dividends. As we implement this prioritization of cash usage, we will be opportunistic and pursue compelling strategic transactions and investments that create long-term shareholder value.

Simon, back over to you.

## Simon Turner

Thank you, Kurt. Moving to slide 11. We are pleased with the strong fourth quarter results, which were driven by continued industry supply tightness, good underlying demand and price capture augmented by the accelerated delivery of our Business Improvement Program.

We've started 2018 with tremendous momentum. We've seen further price improvement in TiO2 and are encouraged by the progress we're making with our Performance Additives businesses. We're ahead of pace with our improvement program with additional EBITDA capture to come in 2018.

Feedstock inflation is manageable for us, given our ore cost advantage, and we're confident TiO2 price improvement will outpace feedstock inflation for our business in 2018. At Pori, we remain on track with our fast-paced project to restore the higher profitability 60% specialty capacity by the end of 2018 through our original plan, hitting both the mid-year and end-year milestones. The economics to rebuild the remaining 40% of capacity are compelling, and these small commodity products will be reintroduced to the market at a more normalized pace but not before 2020.

In summary, our underlying business performance is very strong, and industry fundamentals continue to drive an elongated cycle with no new supply imminent. In the first quarter, we expect our EBITDA to improve by more than $25 million compared to the $118 million reported in the fourth quarter from the combination of higher selling prices, seasonal volume uplift, and our improvement program. This strong start in the first quarter will lead to another successful year in 2018 for Venator.

And with that, we'd now like to open the call for questions.

## Q&A

## Operator

**Company Name:** Venator Materials
**Company Ticker:** VNTR US
**Date:** 2018-02-23
**Event Description:** Q4 2017 Earnings Call
**Market Cap:** 2,080.12
**Current PX:** 19.55
**YTD Change($):** -2.57
**YTD Change(%):** -11.618
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.743
**Current Year:** 2.984
**Bloomberg Estimates - Sales**
**Current Quarter:** 641.200
**Current Year:** 2609.300

Thank you. We will now begin the question-and-answer session. [Operator Instructions] And the first question comes from David Begleiter with Deutsche Bank.

**<Q - David I. Begleiter>**: Thank you. Good Morning. Simon...

**<A - Simon Turner>**: Good morning.

**<Q - David I. Begleiter>**: ...on these Pori costs, what happened between the November call and today to increase the cost estimate here?

**<A - Simon Turner>**: Well, let me take – and answer to that, please, David. I mean, I think it's important to realize from our perspective that these updated cost estimates only became available to us this past month. As you're aware, some parts of the plant were more worse impacted than others. So, in effect, we have not got a normal sequential schedule for these projects, but rather, we have to think about design procurement, build and start-up. And where possible, we want to try and rapidly restore these to meet the strong customer demand.

So, we've got some complexity there in the way these projects are run. This fast-track approach just does make it more challenging to accurately estimate the costs. And we are paying premium prices when necessary to attain equipment and services to hit that fast-paced approach. So, I think that what we're seeing here is the complexity and speed leading to extra cost. We are in covering where we needed to replace equipment, where we thought we could repair. And those are some of the factors over this last period that led to this escalation.

**<Q - David I. Begleiter>**: Very good. And just on your Q1 price increases, what's the expected realization? And what are you thinking about for Q2 from a TiO2 price increase perspective?

**<A - Simon Turner>**: Well, I would be very reticent to talk about Q2 at this time, David. I think in TiO2 here, we look at our visibility. We're in quarter one here. I think a way to think about quarter one price structure was a similar type of capture as Q4.

**<Q - David I. Begleiter>**: Thank you very much.

**<A - Kurt D. Ogden>**: Thank you, David.

## Operator

Thank you. And the next question comes from Aleksey Yefremov from Nomura Instinet.

**<Q - Matthew Skowronski>**: Morning, this is Matt Skowronski on for Aleksey. When we think about the Business Improvement Program, what should we be think about cadence and split between the segments in 2018?

**<A - Kurt D. Ogden>**: Yeah. Sure. Why don't I take that that one off? As we look into 2018, we've indicated that we will pick up an incremental EBITDA benefit of $30 million. A little less than $10 million of that will be coming from our Performance Additives business, and then the remainder will be in our TiO2 segment. A small piece of that is going to be coming out of the Corporate segment. A little less than $5 million of the $30 million is coming from the Corporate and Other segment.

**<Q - Matthew Skowronski>**: Okay. And split pretty evenly between the quarters?

**<A - Kurt D. Ogden>**: Yeah. As we look into the quarters, the cadence picks up a little bit more heavily towards the end of the year. You saw the $9 million that we captured in the fourth quarter. And so, looking forward into 2018, of course, we pick up momentum as we go through the program, but I think that parsing it out evenly is a reasonable approach on the $30 million.

**<Q - Matthew Skowronski>**: Got it. Thank you.

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

## Operator

Thank you. And the next question comes from Laurence Alexander with Jefferies.

**<Q - Laurence Alexander>**: Good morning. Could you help me on a couple of things? Can you characterize inventory levels at your customers? and also, on the specialty grades, can you characterize whether there are any noticeable differences and how tight different specialty grades in the market are?

**<A - Simon Turner>**: Yeah. I can have a go at that Laurence, and thank you for those questions. Start with the second one, I think. As it applies to specialty and differentiated products, as you know, there are, by very definition, less vendors of these materials. So, I think that clearly, if one were to look at something like inks, clearly, there are some players in that industry there that have the capability, and the way to think about those is those vendors preferentially making and supplying those kind of products. So, I would characterize the availability of those types of products potentially as the same as the more functional type of products in the industry.

As we go into the very specialized niche products around fibers, clearly, we are being able to keep pace, because most of that is out of our Duisburg facility. But when it comes to some of the Pori grades, what we're seeing there is customers, let's just say, make do and mend. They are struggling to attract different vendors, they are using mix and other types of products to get through, so I would characterize it as tighter. But that is by far and away the smaller part of the market.

Across the broader market, and to respond to your first point, I would say that normalized inventories, at or slightly below normal at this time of the year, I would say. And we're not seeing some kind of run-up in stock. And as you're well aware, we are fully sold, so it would be kind of somewhat harder for us to see in any event.

Typically, at the end of the year, when seasonality kicks in, there is some accumulation at year end, but we don't see anything out of the ordinary here. And it's at the lower end, because as we said earlier, the industry continues – and I'd like to make this point a number of times is that the elongated cycle here is unfolding before our eyes, and we expect this industry tightness to continue.

**<A - Kurt D. Ogden>**: Laurence, I'll just add to that. As we look at the TiO2 industry stocks and inventories, we think the industry has inventory days on hand somewhere around 60 days or so. Our levels are well below that, but that's consistent with the seasonal build that you would expect as we head into the paint season.

**<Q - Laurence Alexander>**: I don't know if you can forgive us a last – a follow-on. The question about – you said a few times about the elongated cycle. Often, when we see those, there's an R&D response that translates into like a delayed rifting dynamic. Are you seeing anything along those lines? Are you seeing any changes from customers in terms of the morphological or contaminant specification that might give you a hint that they're changing, how they're using your TiO2 in their products?

**<A - Simon Turner>**: Laurence, there's a big difference from the last cycle back in 2011 and 2012. We saw a range of these type of measures. I can tell you that we are seeing nothing of the nature that you described.

**<Q - Laurence Alexander>**: Okay. Thank you.

## Operator

Thank you. And the next question comes from Bob Koort with Goldman Sachs.

**<Q - Robert Koort>**: Thanks very much. I was wondering on the cost lift up to $375 million. Will the distribution of that cost mirror the construction timeline? So, are you going to see roughly 20% of that, for that first slug; 20% for the next; 40% for the commodities? Is that the right way to apportion the costs? And then also wondering, as you get your ore contracts with longer duration, are you looking to match your customer contracts in a similar manner in order to protect your margin structure? Thanks.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

**<A - Kurt D. Ogden>**: Good morning, Bob. Why don't you let me take the first one here, as we think about how the spending for the rebuild is going to be coming through our financials. I think you'll be able to see in earnings release today in the tables that we have spent, at least in 2017, approximately $94 million of CapEx associated with the Pori rebuild. Of course, we've incurred some additional cash outflows for site cleanup as well.

As we look forward, let's just remind ourselves that our current estimates are $325 million to rebuild the entire site. We've added that additional contingency, simply out of a measure of prudence and conservatism to give you an upper limit, to understand that there are still some material assumptions that are feeding into our estimates. But we do think that the most likely case, based on the information we have available today is, $325 million.

We will be spending the bulk of the remaining capital here in 2018. So, if you think about that over the limit of $325 million, more than half of that will be coming in 2018, with the remainder then to fall into 2019, and perhaps just a small slug falling into 2020 as a function of delayed accounts payable functions as we pay for the rebuild. But the rebuild will be complete right now by the end of 2019.

**<A - Simon Turner>**: Bob, it's Simon here. I'd like to respond to the second portion of your question, that being the notion of matching of, as I understand, titanium dioxide kind of prices to raw materials, ore, specifically. Maybe in the case of that, I'd like to encourage you to think about the other way around. I mean, we have got a wide range of ore vendors, probably one of the widest ranges in the industry. We are well contracted for 2018, so we are more predictable in our buying costs there.

And we believe that, from our perspective, this is still a cyclical industry. We are fully sold. We see a range of flexible, more fluid price measures undertaken by ourselves, tailored and managed with each and every customer, large customer. We see differences between regions, within regions, and between applications. So, it's definitely more fluid around how we go through our pricing discussions. But at the end, the predominance, and by far and away, the dominant structure for us is contracts that are set within a three to six-month window. And I don't know if that helps you with – gets to the nub of your question.

**<Q - Robert Koort>**: Yes. Thank you very much.

## Operator

Thank you. And the next question comes from P.J. Juvekar with Citi.

**<Q - Eric B. Petrie>**: Good morning. This is Eric Petrie on for P.J.

**<A - Kurt D. Ogden>**: Good morning, Eric.

**<Q - Eric B. Petrie>**: Good morning. Your TiO2 prices for the year were up 18% year-over-year. Do you expect any moderation into 2018? And are you seeing any interest from your customers to do longer-term contracts with fixed pricing?

**<A - Simon Turner>**: Yeah. I'll answer that. Again, it's somewhat responsive to the earlier points. I think that this is about visibility. In the near quarter one, one quarter, we're quite prepared to tell you that we see a 5% kind of similar trajectory to what we saw in the fourth quarter. So, that's because, clearly, we're in the quarter, we have more visibility.

In the second quarter, frankly, we're not yet ready to share with you how we see that coming out. We have said we continue to see pricing outpace rewards through the year. So, in the second half, I think, what we've been prepared to say so far is that's a bit further out, and we're not prepared to kind of make any disclosures or characterizations around trajectory in that sense.

But I would point you back to our statement that we believe that the evidence around this elongating cycle continues to unfold be it on the availability of product, be it on the synchronous and strong demand we see around the world, be it on the deepening arguably of the Chinese dynamic. So, that should give you some guidance to how we're seeing the remainder of the year.



| | |
|---|---|
| Company Name: Venator Materials | Market Cap: 2,080.12 | Bloomberg Estimates - EPS |
| Company Ticker: VNTR US | Current PX: 19.55 | Current Quarter: 0.743 |
| Date: 2018-02-23 | YTD Change($): -2.57 | Current Year: 2.984 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): -11.618 | Bloomberg Estimates - Sales |
| | | Current Quarter: 641.200 |
| | | Current Year: 2609.300 |

**<Q - Eric B. Petrie>**: Okay. And just going back to the cost estimates for the Pori restart, so a range of $325 million to $375 million versus $100 million to $150 million buyer. You noted that part of that was due to the fast-track premium, but I don't think you've changed your timeline for the restart in specialty grades. I'm just wondering why such a higher – over 70% above your $500 million insurance policy? Why is that? And then going forward, is your contractor working on a turnkey/fixed basis, or could this be cost plus?

**<A - Simon Turner>**: Okay. So, from the first part of your question here, I think I said earlier in response to the first question from David that, as we see it, the specialty portion of the 60% rebuild that we are going at a fast pace to restore and which we're on pace, has a very demanding timeline. And ordinarily, and to think we had a fire at roughly 12 months ago, and we'll bring on the first pounds in the second quarter this year, that's a very fast-paced recovery.

And that's because the first part of the specialty project was in the badly but less impacted zone. The second portion of the specialty is in the more heavily impacted zone, and that accounts for the difference in the cost profile for the rebuild. So, I hope that kind of like helps you out there with a reason why there's some difference even within the 60%. And frequently, here we are, having to order main [indiscernible] (00:30:53) items even before design is complete. It's a very challenging timeline.

**<Q - Eric B. Petrie>**: And then just your [ph] EPC (00:31:01) contract terms, is it fixed or cost plus?

**<A - Simon Turner>**: So our construction contracts are set up for fast-track, so you should think about those as fixed.

**<Q - Eric B. Petrie>**: Okay. Great. Thanks.

## Operator

Thank you. And the next question comes from Steven Byrne with Bank of America.

**<Q - Stephen Byrne>**: Yes. Thank you. Can you provide how much the insurance proceeds were in the fourth quarter and then also for the year? How much flowed through the income statement, and what do you expect in 2018? And do these assume Pori is operating at 100% or at 60%? Is there a potential lull between when these expire and when that plant is up and running?

**<A - Kurt D. Ogden>**: Yeah. Steve, why don't I start off with that? Let me address the operating rates to begin with. So, as you can see in the slides that we've given you, we expect to have 60% of the plant back up and running by the end of 2018, and then the full 100% of capacity by the end of 2019.

Now, what we have said is that the size of our insurance proceeds, it's a $500 million limit, that will be able to provide and offset all of our business interruption losses, such that as we extend all the way through 2019, there will not be any hole in our earnings associated with the downtime that we have from Pori itself.

Now, to the first part of your question, what were the insurance proceeds? I can tell you that in 2017, we received a little less than half of the U.S. dollar proceeds over the course of that year. We do have a certain amount of prepaid elements included in those proceeds that we will be carrying with us as we move into 2018. And just to be a little bit more clear, on the accounting here, as we look at 2018, it is our expectation that all future capital expenditures will be accounted for precisely as that. And any additional insurance proceeds will be accounted for under our business interruption to offset our earnings.

**<A - Simon Turner>**: And, Kurt, it's Simon here. I just want to jump in and take you back to Eric's question earlier from Citi. I spoke about the nature of the contract with the contractor. I spoke about fixed, [ph] I've been reminded (00:34:16) that there is some portion that is on a cost plus basis. I just wanted to clarify that.

**<Q - Stephen Byrne>**: And one question on volumes. In the fourth quarter, they were roughly flat year-over-year. Would you say the mix has shifted for you in that if you're running flat out, have you been able to shift the mix at any of the other plants to pick up some of the lost volume of the higher margin products from Pori, and thus, there's been a



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

bit of a mix shift?

**<A - Simon Turner>**: Yeah. It's Simon here. I can comment on that. At the plant level, you're quite correct that some plants that we have been able to have a shift on a portfolio basis to supply part of that, but obviously, recognizing that the aggregate overall Venator segment level for Titanium Dioxide, of course, that is – we have taken a step backwards there on that mix, because of the hole left by Pori.

**<Q - Stephen Byrne>**: Understood. Thank you.

**<A - Kurt D. Ogden>**: Thanks, Steve.

## Operator

Thank you. And the next question comes from Jim Sheehan with SunTrust.

**<Q - James Sheehan>**: Thank you. Good morning.

**<A - Kurt D. Ogden>**: Good morning, Jim.

**<Q - James Sheehan>**: Could you remind us what would be the normalized EBITDA for Pori in 2018? Were there no outage?

**<A - Kurt D. Ogden>**: Jim, it's a very good question. It is one that for commercial reasons, we have not given explicit transparency to. Suffice it to say, we believe that Pori is one of the most profitable facilities in Europe. It's certainly one of, if not the most profitable, manufacturing site that we have within our manufacturing network. Just to remind you, it brings in low cost ores, and it sells a very high-value specialty products, notwithstanding, it does have a portion of its capacity that is commodity.

In addition to that, it has the benefit of the economies of scale associated with being a large facility at 130 kilotons facility, that is a world scale facility. And that is in part why we are so keen to rebuild the entire facility, rather than just stop with the specialty portion of the facility.

**<Q - James Sheehan>**: And can you comment on what you're seeing in China in terms of environmental curtailments? Do you see another step up in those type of actions in 2018, or is it more or less staying flat with last year? And related to that, are you seeing any increase in imports to the European TiO2 market from China as facilities come back on line?

**<A - Simon Turner>**: Yeah. I can take that, Jim. Look, I think we've often said here that we want to be quite cautious around China. We certainly saw a net capacity reduction, and those are being well-tread. I think at the back end of last year, we observed that, that dynamic had tightened even further.

Now, will that continue to tighten even more during 2018? Our assumption is that even if it stays as it is, and that probably is a good exemption for us, that still is going to keep it very tight. So, I think that's a way we think about China. We would remind you that the stronger of the Chinese producers will also onboard cost as a result of these strictures, which we see obviously in TiO2, but we know our customers are seeing; we know, we've seen across a range of other industries and so forth. So, that would be how I would characterize that.

As regards to second part of your question, we do see an increase in exports from People's Republic into Europe. We expected to see such an increase. And that was because when we divested our remedy of an [ph] ink's grade (00:38:31) in Calais, France to a Chinese competitor, it was clear, particularly with the Pori situation in 2017, that some of those products would then come into Europe to fill the supply situation in Europe. So, we are seeing it go up. It still is in historical, and in an absolute terms – a relatively small number in absolute terms, but we've certainly acknowledged that it is higher than it was due to, predominantly, this [ph] ink's grade (00:39:04) phenomenon.

**<Q - James Sheehan>**: Thank you.

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

## Operator

Thank you. And the next question comes from Matthew DeYoe with Vertical Research Partners.

**<Q - Matthew DeYoe>**: Hi. I was wondering if you can kind of hash out, of the $325 million of cost, how much is due to possible better earnings profile to the company, and thus, the insurance claim drawdown on business interruption versus just higher than prior forecasted costs?

**<A - Kurt D. Ogden>**: Yeah. Matt, why don't I take that one. Just take – characterize the increase. Let's do a bridge here. Our previous estimate was best case – well, not best case, but our most probable case last time we spoke to you was $150 million, and then a best case was $100 million over the limit. Now, what we're telling you is the most probable case is $325 million.

So, let's reconcile that bridge between the two most likely estimates that we had of $150 million to $325 million. The composition of that difference is roughly half increase in business interruptions associated with a change in the timeline of the rebuild of the commodity portion to a normalized construction timeline. The other half is associated with these increases in costs that we have been seeing, associated with the fast-track premium escalation, as well as, as we have gotten into the site, we have had to replace more equipment than we had estimated earlier, where we were hoping that we would be able to just simply repair the equipment.

**<Q - Matthew DeYoe>**: Okay. And then, I might have missed this, but what do you expect to see as far as raw material cost inflation year-over-year? I mean, I believe prior conversations flagged the number between something like $50 million to $60 million.

**<A - Kurt D. Ogden>**: Yeah. We're prepared for there to be some raw material inflation here in 2018. We believe that the business is well-positioned to pass those increases on to our customers, such that we expect margin improvement in 2018 over 2017.

**<Q - Matthew DeYoe>**: Do you have an estimated just maybe even percent year-over-year raw material inflation estimate?

**<A - Kurt D. Ogden>**: Well, we do, Matt. But as you can appreciate, we're pretty reticent to add any ammunition to our suppliers by providing a discrete number. I think the key point here is that we expect margin improvement, and we do have the ability to pass on whatever raw material headwinds we'll see.

**<Q - Matthew DeYoe>**: Okay. Thank you.

## Operator

Thank you. And the next question comes from Duffy Fischer with Barclays.

**<Q - Duffy Fischer>**: Yes. Good morning. First question is just as you move to 60% on the specialty towards the end of the year, two questions there. One, will you be consuming enough ore to produce all the TiO2 on site, or will you ship in some raw ore that you'll upgrade. And then as you feather in that 60% into the specialty market, to Simon's point, it's been out of the market for over a year, competitors have taken some of that business. Will you have to sell some of that into a functional market for a while as you load that back into specialty applications?

**<A - Simon Turner>**: I think that's a great question. And clearly, it underscores why we are going at this type of – very high speed on our specialty lines to bring back these prices. They're very well valued and appreciated products in this industry. Of course, there is a competitive dynamic. I think we've said a couple of times that we are developing and improving some of these products while we are offline, so to speak. There will be some nominal, not ores, but some raw semi-finished TiO2 brought into the finished operation during 2018, a small portion. Majority, we produced under our fresh new project, and of course, it remains to be seen.

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

But to your second point as to how well the uptake will go. We are confident these are good products and better products, but there will be a competitive dynamic. And I wouldn't certainly, for one, would want to rule out the fact that we may have to sell a little bit of that in the beginning, too, as we get into re-establishment.

**\<Q - Duffy Fischer\>**: Great. And then just on the insurance plan going forward, will your rates rise meaningfully, or will the terms of what you can get for insurance change, so that maybe next time you actually don't get market margins, you could get some type of normalized margin on product that was lost for business interruption?

**\<A - Kurt D. Ogden\>**: Duffy, it's a very astute question. And yes, rates will be going up in 2018, and they're going up, in part, because of the fire that we have incurred. In addition to that, as you know, the insurance industry has suffered a number of losses associated with some of the weather impacts of hurricanes and earthquakes that they have sustained losses associated with. So, we've had a very good dialogue with our insurers. Thus far, we think we've got a pretty good read on what that increase is going to be. And I will say that we are entering into a program where we are spending CapEx that will help mitigate any future risks at our sites, and that is helping our insurance premiums as we partner with our insurance underwriter in order to keep the premiums down, as well as protect the assets that we have in the future.

**\<Q - Duffy Fischer\>**: Great. Thank you, guys.

## Operator

Thank you. And the next question comes from Jeff Zekauskas with JPMorgan.

**\<Q - Jeffrey J. Zekauskas\>**: Thanks very much. There are a number of TiO2 properties that are on the market. And putting aside the question of whether you are or aren't interested in those properties, has change in the regulatory environment kept you from exploring those possibilities or investigating those possibilities, as much as you would like?

**\<A - Simon Turner\>**: I think, Jeff, we're not really able to comment here around regulatory approvals. Clearly, we will always consider any opportunity we see that would increase value for our shareholders. But I think I can't say much more than that other than maybe there has not been some kind of dynamics of the nature you described, I think. I don't recognize them.

**\<Q - Jeffrey J. Zekauskas\>**: Then let me try it a different way. Do you think that you have a meaningful acquisition pipeline in 2018 or you don't?

**\<A - Simon Turner\>**: Well, of course, one person's meaningful is another person's unmeaningful. All I can say to you is that we will continue always to identify opportunity within the business and act on that if we see that's the right thing to do. That's really the most I can say.

**\<Q - Jeffrey J. Zekauskas\>**: Does the extra spending on your plant constrain you from possible acquisition activity?

**\<A - Kurt D. Ogden\>**: Jeff, this is Kurt. I don't think it does. With the attractive net debt profile that we have today, we think we have a balance sheet that would support an acquisition should the opportunity arise.

**\<Q - Jeffrey J. Zekauskas\>**: Okay. And then, well, lastly, you talked about constraints in Chinese TiO2 production. But TiO2 exports out of China in December were, I don't know, 40% up year-over-year. What do you make of that? Like, do you think that Chinese exports are going to stay close to 88,000 tons, or you think they're going to come off? Was that an anomaly? How do you reconcile the increase in exports with your vision of constrained production in China?

**\<A - Simon Turner\>**: Yeah. I think, to your point Jeff, we wouldn't say it's some kind of one-off. I mean, there's been a record here of export sales out of China elsewhere. From our perspective, we continue to see one dynamic stay the same, which is that the majority of those exports go into Greater Asia, and to some extent, non-European and non-North American destinations. So, that's a trend that we continue to see. We know things were a little soft within the domestic market of China at the back end of last year. We know it's the larger and more advanced producers that are



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

selling these exports, probably to compensate for some of the softness and some of the pricing dynamics within China.

We would draw your attention to the fact that part of those increases relate to the phenomenon we described earlier about – which was always going to happen, which were these extra increment coming into Europe, which is different from what went before. And, of course, finally pricing for these products, although these are coming out of China into the broader Asia, these are products which are commanding higher prices as well. So, you couple that with the overall tight situation, I think you can get a read on that.

**<Q - Jeffrey J. Zekauskas>**: Okay. Thank you so much.

## Operator

Thank you. And the next question comes from John Roberts with UBS.

**<Q - John Roberts>**: Thank you. Given your thoughts about an elongated cycle, are you evaluating debottlenecks at any of your other facilities?

**<A - Simon Turner>**: John, it's Simon here. We are not evaluating, what I would call, meaningful brownfield debottlenecks at other facilities. Of course, we continue, as we always do, to carve out and to squeeze out extra incremental pounds out of our remaining base. Well, clearly, we have a challenge to ensure that we get our capacity primarily up here as a priority at our Pori facility.

**<Q - John Roberts>**: Okay. And then the ore producers used to have longer-term multiyear contracts, and then over the past several years, I think, the duration of the contracts with the ore producers has really shortened up significantly. Do you see that changing at all? Do you see it staying short as you renew your ore positions over the next one to two years? So, do you think you'll start lengthening it out, or do you think they'll even allow you to lengthen it out if you wanted to?

**<A - Simon Turner>**: Well, I think it is a bit of a mixed approach here. What I would say to that is that you're quite right. Several years back, it was – multiple year contracts were the norm. During 2012, many of those vendors narrowed their contract term quite significantly, in fact, I will tell you shorter than the terms we [ph] occurringly (00:51:16) experience today, so they've kind of shown them, and then lengthened them back again in many cases.

I see that, by far and away, the preponderance of our base is pretty much somewhere between where they used to be many years ago and that very short-term focus. So, like us, they may be taking a slightly longer term view than three to six months, but they're certainly not down at the instantaneous or three months a year basis. They certainly want to get some plannability into their businesses.

**<Q - John Roberts>**: Would you share with us what your average duration is currently in your mix of contracts?

**<A - Simon Turner>**: Well, it's – again, it's just a little bit hard because of the range of palette, but I can maybe pull out some broad characterizations is that – certainly, in our ilmenite part where, as you know, we purchase over 0.5 million tons of sulfate/ilmenite around the world from multiple vendors. The trend tends to be relatively short term. And if I characterize that against that more higher-grade base, where there's a narrow range of vendors, in which we have less exposure to, of course, than many of our competitors, then maybe it's a little bit longer than that.

**<Q - John Roberts>**: Thank you.

**<A - Kurt D. Ogden>**: Thanks, John.

## Operator

Thank you. And the next question comes from Hassan Ahmed with Alembic Global.

**<Q - Hassan I. Ahmed>**: Good morning, Simon and Kurt.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call

Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618

Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

**<A - Simon Turner>**: Good morning.

**<A - Kurt D. Ogden>**: Good morning, Hassan.

**<Q - Hassan I. Ahmed>**: A quick question around the supply side of things. A couple of moving parts, obviously, earlier on the call, you guys touched on the China rationalization side of things. But a couple of days ago, one of the large Chinese producers announced, I believe, around 200,000 tons of incremental chloride-based TiO2 capacity. I mean the announcement was, I believe, starting up in 2019. So, the question is that between some of the rationalization we are seeing, coupled with some of these new capacity build announcements that are happening, how should we think about the supply growth picture near to medium term?

**<A - Simon Turner>**: Well, Hassan, that's an excellent question. And I think that it's important to note in a 6 million ton type of market, with these kind of average historical incremental growth rates, you're looking at 200,000 tons of capacity every year required for supply to keep pace with demand in this industry.

Recent announcements underscore to me that, near term, there is no new supply coming into the market on a net incremental basis. In fact, if you take some of the downs in the Chinese buck, you could argue that it's still a net incremental down. I think, to me, the trend is always that when projects are identified and outlined with fast-paced, as we know, the tendency is it tends to take longer to complete the project and longer to get up to the full capacity.

So, I think it's a great question, and that's why we continue to say that the evidence around the elongated cycle is unfolding, and it's strengthening. And these kind of announcements underscore to me why the supply constraint is going to be there for some time. And presuming that we continue to see even just a solid demand for these products, that talks to the length of that cycle.

**<Q - Hassan I. Ahmed>**: Very helpful. Now, as a follow-up, there were some conversations about M&A. Let's assume for a second that certain assets become available imminently. If that were the case, and you were to sort of purchase those assets, I guess, the question is a rebuild versus buy sort of question. Would you consider the rebuild of Pori in that sort of an environment, or would you just sit there and say, hey, look, we bought some capacity, why even bother sort of spending incremental capital in Pori? Keep the market tight, we've gotten incremental capacity via M&A, and let's not just spend that money on Pori.

**<A - Kurt D. Ogden>**: Yeah. Well, Hassan, as you can imagine, we have contemplated a number of scenarios around Pori, particularly considering the escalation in costs that we have seen associated with the rebuild. As we indicated earlier, it is a highly profitable facility, and so we think that is highly valuable to have in our network, and so we want to have that.

Along the same lines, I think that we'll be opportunistic, and we'll consider other options as well. And so, we do have the ability to do both, should the opportunity arise. Not only do we have a strong balance sheet, but we have what we believe is going to be a very attractive free cash flow profile here, notwithstanding the cash usage that will go for the full rebuild of Pori.

And as we think about the rebuild of Pori, I do want to just clarify that the project is fast-track. And just to clarify that it is largely cost plus in terms of the arrangement that we have with our contractors in order to rebuild that facility.

**<A - Simon Turner>**: Maybe just to underscore, Hassan, as well, and let's not lose attention here on our fourth quarter and full-year results. Now, our underlying business is performing very strongly. We put out there how we see our quarter one expectation continuing to be even stronger. And that should stand us in good stead, as we consider ways to take the business forward.

**<Q - Hassan I. Ahmed>**: Makes sense. Makes sense. Thanks so much, guys.

**<A - Simon Turner>**: Thank you.

**<A - Kurt D. Ogden>**: Thanks Hassan.

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-02-23
Event Description: Q4 2017 Earnings Call
Market Cap: 2,080.12
Current PX: 19.55
YTD Change($): -2.57
YTD Change(%): -11.618
Bloomberg Estimates - EPS
Current Quarter: 0.743
Current Year: 2.984
Bloomberg Estimates - Sales
Current Quarter: 641.200
Current Year: 2609.300

## Operator

Thank you. And as it was the last question, I would like to return the call to Murdo Montgomery for any closing comments.

## Murdo Montgomery

Thank you. And thank you, everyone, for taking the time to join the call, and we'll leave it there. But please reach out to Investor Relations with any follow-up Thank you.

## Simon Turner

Thank you.

## Operator

Thank you. The conference is now concluded. Thank you for attending today's presentation. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# Exhibit 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-38176**

————————————————————



## Venator Materials PLC

(Exact name of registrant as specified in its charter)

————————————————————

| | |
|---|---|
| **England and Wales** | **98-1373159** |
| (State or other jurisdiction | (I.R.S. Employer Identification No.) |
| of incorporation or organization) | |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

————————————————————

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
YES ☑ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company", and "emerging growth company," in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐     Accelerated filer ☐     Non-accelerated filer ☑     Smaller reporting company ☐     Emerging growth company ☐

(Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
YES ☐ NO ☑

————————————————————

As of July 20, 2018, the registrant had outstanding 106,401,124 ordinary shares, $0.001 par value per share.

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**QUARTERLY REPORT ON FORM 10-Q FOR THE QUARTERLY PERIOD**
**ENDED JUNE 30, 2018**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | | 2 |
| **PART I** | **FINANCIAL INFORMATION** | 3 |
| ITEM 1. | Condensed Consolidated and Combined Financial Statements (Unaudited) | 3 |
| | Condensed Consolidated and Combined Balance Sheets | 3 |
| | Condensed Consolidated and Combined Statements of Operations | 4 |
| | Condensed Consolidated and Combined Statements of Comprehensive Income | 5 |
| | Condensed Consolidated and Combined Statements of Equity | 6 |
| | Condensed Consolidated and Combined Statements of Cash Flows | 7 |
| | Notes to Unaudited Condensed Consolidated and Combined Financial Statements | 8 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| ITEM 3. | Quantitative and Qualitative Disclosures About Market Risk | 42 |
| ITEM 4. | Controls and Procedures | 43 |
| **PART II** | **OTHER INFORMATION** | 44 |
| ITEM 1. | Legal Proceedings | 44 |
| ITEM 1A. | Risk Factors | 44 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 46 |
| ITEM 6. | Exhibits | 46 |
| | Signatures | 47 |

Venator Materials PLC and our other registered and common-law trade names, trademarks, and service marks appearing in this Quarterly Report on Form 10-Q for the three months ended June 30, 2018 ("Quarterly Report") are the property of Venator Materials PLC or our subsidiaries.

Table of Contents

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman, (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, (3) all references to the "Titanium Dioxide" segment or business refer to the titanium dioxide ("TiO$_2$") business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the separation and that are reported as discontinued operations in our consolidated and combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman and the entity through which Huntsman operates all of its businesses, (7) we refer to the internal reorganization prior to our initial public offering ("IPO"), the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the financing arrangements and debt, comprising the senior secured term loan facility (the "Term Loan Facility"), the asset-based revolving facility (the "ABL Facility" and, together with the Term Loan Facility, the "Senior Credit Facilities") and the 5.75% senior notes due 2025 (the "Senior Notes"), including the use of the net proceeds of the Senior Credit Facilities and the Senior Notes, which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "separation" and (8) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and TiO$_2$ businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain information set forth in this report contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933 and Section 21E of the Securities and Exchange Act of 1934 (the "Exchange Act"). All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, construction cost estimates, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, environmental, health and safety ("EHS") matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates," "estimates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- volatile global economic conditions;
- cyclical and volatile TiO$_2$ products markets;
- highly competitive industries and the need to innovate and develop new products;
- increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of TiO$_2$ as a carcinogen in the European Union ("EU") or any increased regulatory scrutiny;
- disruptions in production at our manufacturing facilities, including at our TiO$_2$ manufacturing facility in Pori, Finland;
- fluctuations in currency exchange rates and tax rates;
- price volatility or interruptions in supply of raw materials and energy;
- changes to laws, regulations or the interpretation thereof;
- significant investments associated with efforts to transform our business;
- differences in views with our joint venture participants;
- high levels of indebtedness;
- EHS laws and regulations;
- our ability to obtain future capital on favorable terms;
- seasonal sales patterns in our product markets;
- legal claims against us, including antitrust claims;
- our ability to adequately protect our critical information technology systems;
- economic conditions and regulatory changes following the likely exit of the United Kingdom (the "U.K.") from the EU;
- failure to maintain effective internal controls over financial reporting and disclosure;
- our indemnification of Huntsman and other commitments and contingencies;
- financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners;
- failure to enforce our intellectual property rights;
- our ability to effectively manage our labor force;
- conflicts, military actions, terrorist attacks and general instability; and
- our ability to realize the expected benefits of our separation from Huntsman.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this report. Any forward-looking statements should be considered in light of the risks disclosed in "Part II. Item

1A. Risk Factors."

2

Table of Contents

**PART I - FINANCIAL INFORMATION**

**ITEM 1. CONDENSED CONSOLIDATED AND COMBINED FINANCIAL STATEMENTS (UNAUDITED)**

<div align="center">

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED AND COMBINED BALANCE SHEETS**
*(Unaudited)*

</div>

| (Dollars in millions, except par value) | | June 30, 2018 | | December 31, 2017 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents[a] | $ | 354 | $ | 238 |
| Accounts receivable (net of allowance for doubtful accounts of $4 and $5, respectively)[a] | | 435 | | 380 |
| Accounts receivable from affiliates | | 4 | | 12 |
| Inventories[a] | | 491 | | 454 |
| Prepaid expenses | | 10 | | 19 |
| Other current assets | | 77 | | 66 |
| **Total current assets** | | **1,371** | | **1,169** |
| Property, plant and equipment, net[a] | | 1,316 | | 1,367 |
| Intangible assets, net[a] | | 18 | | 20 |
| Investment in unconsolidated affiliates | | 82 | | 86 |
| Deferred income taxes | | 137 | | 167 |
| Other noncurrent assets | | 37 | | 38 |
| **Total assets** | **$** | **2,961** | **$** | **2,847** |
| **LIABILITIES AND EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable[a] | $ | 378 | $ | 385 |
| Accounts payable to affiliates | | 14 | | 16 |
| Accrued liabilities[a] | | 191 | | 244 |
| Current portion of debt[a] | | 7 | | 14 |
| **Total current liabilities** | | **590** | | **659** |
| Long-term debt | | 741 | | 743 |
| Deferred income taxes | | 2 | | - |
| Other noncurrent liabilities | | 260 | | 306 |
| Noncurrent payable to affiliates | | 34 | | 34 |
| **Total liabilities** | | **1,627** | | **1,742** |
| **Commitments and contingencies (Notes 11 and 12)** | | | | |
| **Equity** | | | | |
| Ordinary shares $0.001 par value, 200 shares authorized, 106 issued and outstanding, each | | - | | - |
| Additional paid-in capital | | 1,313 | | 1,311 |
| Retained earnings | | 341 | | 67 |
| Accumulated other comprehensive loss | | (329) | | (283) |
| **Total Venator Materials PLC shareholders' equity** | | **1,325** | | **1,095** |
| Noncontrolling interest in subsidiaries | | 9 | | 10 |
| **Total equity** | | **1,334** | | **1,105** |
| **Total liabilities and equity** | **$** | **2,961** | **$** | **2,847** |

[a] At June 30, 2018 and December 31, 2017, $6 and $5 of cash and cash equivalents; $7 each of accounts receivable, net; $1 and $2 of inventories; $5 each of property, plant and equipment, net; $16 and $17 of intangible assets, net; $1 each of accounts payable; $3 and $4 of accrued liabilities; and $2 each of current portion of debt, respectively, from consolidated variable interest entities are included in the respective balance sheet captions above. See "Note 5. Variable Interest Entities."

<div align="center">

See notes to unaudited condensed consolidated and combined financial statements.

3

</div>

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED AND COMBINED STATEMENTS OF OPERATIONS**
*(Unaudited)*

| (Dollars in millions, except per share amounts) | Three months ended June 30, | | | | Six months ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2018 | | 2017 | |
| Trade sales, services and fees, net | $ | 626 | $ | 562 | $ | 1,248 | $ | 1,099 |
| Cost of goods sold | | 193 | | 480 | | 647 | | 945 |
| Operating expenses: | | | | | | | | |
| Selling, general and administrative (includes corporate allocations from Huntsman Corporation of nil, $28, nil and $52, respectively) | | 56 | | 57 | | 110 | | 107 |
| Restructuring, impairment, and plant closing and transition costs | | 136 | | 7 | | 145 | | 33 |
| Other income, net | | (10) | | (40) | | (13) | | (30) |
| Total operating expenses | | 182 | | 24 | | 242 | | 110 |
| Operating income | | 251 | | 58 | | 359 | | 44 |
| Interest expense | | (14) | | (10) | | (27) | | (24) |
| Interest income | | 4 | | 1 | | 7 | | 3 |
| Other income | | 2 | | 1 | | 4 | | 2 |
| Income from continuing operations before income taxes | | 243 | | 50 | | 343 | | 25 |
| Income tax expense | | (45) | | (16) | | (65) | | (12) |
| Income from continuing operations | | 198 | | 34 | | 278 | | 13 |
| Income from discontinued operations, net of tax | | - | | - | | - | | 8 |
| Net income | | 198 | | 34 | | 278 | | 21 |
| Net income attributable to noncontrolling interests | | (2) | | (3) | | (4) | | (6) |
| Net income attributable to Venator | $ | 196 | $ | 31 | $ | 274 | $ | 15 |
| | | | | | | | | |
| Basic earnings per share: | | | | | | | | |
| Income from continuing operations attributable to Venator Materials PLC ordinary shareholders | $ | 1.84 | $ | 0.29 | $ | 2.58 | $ | 0.06 |
| Income from discontinued operations attributable to Venator Materials PLC ordinary shareholders | | - | | - | | - | | 0.08 |
| Net income attributable to Venator Materials PLC ordinary shareholders | $ | 1.84 | $ | 0.29 | $ | 2.58 | $ | 0.14 |
| | | | | | | | | |
| Diluted earnings per share: | | | | | | | | |
| Income from continuing operations attributable to Venator Materials PLC ordinary shareholders | $ | 1.84 | $ | 0.29 | $ | 2.57 | $ | 0.06 |
| Income from discontinued operations attributable to Venator Materials PLC ordinary shareholders | | - | | - | | - | | 0.08 |
| Net income attributable to Venator Materials PLC ordinary shareholders | $ | 1.84 | $ | 0.29 | $ | 2.57 | $ | 0.14 |

See notes to unaudited condensed consolidated and combined financial statements.

4

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED AND COMBINED STATEMENTS OF COMPREHENSIVE INCOME**
*(Unaudited)*

| (Dollars in millions) | Three months ended June 30, | | Six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| **Net income** | $ 198 | $ 34 | $ 278 | $ 21 |
| **Other comprehensive (loss) income, net of tax:** | | | | |
| Foreign currency translation adjustment | (115) | 74 | (58) | 79 |
| Pension and other postretirement benefits adjustments | 4 | 24 | 7 | 28 |
| Hedging instruments | 12 | - | 5 | - |
| **Total other comprehensive (loss) income, net of tax** | (99) | 98 | (46) | 107 |
| **Comprehensive income** | 99 | 132 | 232 | 128 |
| Comprehensive income attributable to noncontrolling interest | (2) | (3) | (4) | (6) |
| **Comprehensive income attributable to Venator** | $ 97 | $ 129 | $ 228 | $ 122 |

See notes to unaudited condensed consolidated and combined financial statements.

5

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED AND COMBINED STATEMENTS OF EQUITY**
*(Unaudited)*

| | Total Venator Materials PLC Equity | | | | | | |
|---|---|---|---|---|---|---|---|
| *(Dollars in millions)* | Parent's Net Investment and Advances | Ordinary Shares | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Noncontrolling Interest in Subsidiaries | Total |
| **Balance, January 1, 2018** | $ - | $ - | $ 1,311 | $ 67 | $ (283) | $ 10 | $ 1,105 |
| Net income | - | - | - | 274 | - | 4 | 278 |
| Net changes in other comprehensive loss | - | - | - | - | (46) | - | (46) |
| Dividends paid to noncontrolling interests | - | - | - | - | - | (5) | (5) |
| Activity related to stock plans | - | - | 2 | - | - | - | 2 |
| **Balance, June 30, 2018** | $ - | $ - | $ 1,313 | $ 341 | $ (329) | $ 9 | $ 1,334 |

| | Total Venator Materials PLC Equity | | | | | | |
|---|---|---|---|---|---|---|---|
| *(Dollars in millions)* | Parent's Net Investment and Advances | Ordinary Shares | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Noncontrolling Interest in Subsidiaries | Total |
| **Balance, January 1, 2017** | $ 588 | $ - | $ - | $ - | $ (423) | $ 12 | $ 177 |
| Net income | 15 | - | - | - | - | 6 | 21 |
| Net changes in other comprehensive income | - | - | - | - | 107 | - | 107 |
| Dividends paid to noncontrolling interests | - | - | - | - | - | (6) | (6) |
| Net changes in parent's net investment and advances | 807 | - | - | - | - | (1) | 806 |
| **Balance, June 30, 2017** | $ 1,410 | $ - | $ - | $ - | $ (316) | $ 11 | $ 1,105 |

See notes to unaudited condensed consolidated and combined financial statements.

6

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED AND COMBINED STATEMENTS OF CASH FLOWS**
*(Unaudited)*

| | Six months ended June 30, | |
| --- | --- | --- |
| *(Dollars in millions)* | **2018** | **2017** |
| **Operating Activities:** | | |
| Net income | $ 278 | $ 21 |
| Income from discontinued operations, net of tax | - | (8) |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 69 | 59 |
| Deferred income taxes | 28 | 1 |
| Noncash restructuring and impairment charges | 133 | 6 |
| Insurance proceeds for business interruption, net of gain on recovery | - | 28 |
| Noncash interest expense | 1 | 20 |
| Noncash (loss) gain on foreign currency transactions | (3) | 6 |
| Other, net | 4 | 4 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (56) | (156) |
| Inventories | (46) | 12 |
| Prepaid expenses | 9 | 2 |
| Other current assets | (14) | (4) |
| Other noncurrent assets | (1) | 2 |
| Accounts payable | (17) | (7) |
| Accrued liabilities | (59) | - |
| Other noncurrent liabilities | (21) | (16) |
| **Net cash provided by (used in) operating activities from continuing operations** | **305** | **(30)** |
| Net cash provided by operating activities from discontinued operations | - | 1 |
| **Net cash provided by (used in) operating activities** | **305** | **(29)** |
| **Investing Activities:** | | |
| Capital expenditures | (167) | (40) |
| Insurance proceeds for recovery of property damage | - | 50 |
| Net advances to affiliates | - | 91 |
| Repayment of government grant | - | (5) |
| Cash received from unconsolidated affiliates | 14 | 27 |
| Investment in unconsolidated affiliates | (9) | (19) |
| **Net cash (used in) provided by investing activities from continuing operations** | **(162)** | **104** |
| Net cash used in investing activities from discontinued operations | - | (1) |
| **Net cash (used in) provided by investing activities** | **(162)** | **103** |
| **Financing Activities:** | | |
| Repayment of third-party debt | (9) | (5) |
| Net repayments on affiliate accounts payable | - | (60) |
| Dividends paid to noncontrolling interests | (5) | (6) |
| **Net cash used in financing activities** | **(14)** | **(71)** |
| Effect of exchange rate changes on cash | (13) | 1 |
| Net change in cash and cash equivalents, including discontinued operations | 116 | 4 |
| Cash and cash equivalents at beginning of period, including discontinued operations | 238 | 30 |
| **Cash and cash equivalents at end of period, including discontinued operations** | $ 354 | $ 34 |
| **Supplemental cash flow information:** | | |
| Cash paid for interest | 25 | $ 2 |
| Cash paid for income taxes | 20 | 4 |
| **Supplemental disclosure of noncash activities:** | | |
| Capital expenditures included in accounts payable as of June 30, 2018 and 2017, respectively | 49 | $ 9 |
| Settlement of long-term notes payable/notes receivable with affiliates | - | 792 |

See notes to unaudited condensed consolidated and combined financial statements.

7

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**NOTES TO UNAUDITED CONDENSED CONSOLIDATED AND COMBINED FINANCIAL STATEMENTS**

**Note 1. General, Description of Business, Recent Developments and Basis of Presentation**

**General**

For convenience in this report, the terms "our," "us," "we" or "Venator" may be used to refer to Venator Materials PLC and, unless the context otherwise requires, its subsidiaries.

**Description of Business**

Venator operates in two segments: Titanium Dioxide and Performance Additives. The Titanium Dioxide segment manufactures and sells primarily $TiO_2$, and operates eight $TiO_2$ manufacturing facilities across the globe, predominantly in Europe. The Performance Additives segment manufactures and sells functional additives, color pigments, timber treatment and water treatment chemicals. This segment operates 17 color pigments, functional additives, water treatment and timber treatment manufacturing and processing facilities in Europe, North America, Asia and Australia.

In conjunction with our IPO completed on August 8, 2017, we entered into a separation agreement to effect the separation of the Titanium Dioxide and Performance Additives businesses from Huntsman. This arrangement is referred to herein as the "separation."

**Recent Developments**

***Potential Ashtabula Complex Acquisition***

On July 16, 2018, we announced that we reached an agreement with Tronox Limited ("Tronox") to purchase the European paper laminates business (the "8120 Grade") from Tronox upon the closing of their proposed merger with The National Titanium Dioxide Company Limited ("Cristal"). In connection with the acquisition, Tronox would supply the 8120 Grade to us under a Transitional Supply Agreement until the transfer of the manufacturing of the 8120 Grade to our Greatham, U.K. facility has been completed.

Additionally, we announced that we entered into an agreement with Tronox providing, among other things, that the parties will engage in exclusive negotiations until September 29, 2018 and use our respective best efforts to achieve a definitive agreement for the purchase by us of the Ashtabula, Ohio complex currently owned by Cristal if a divestiture of the Ashtabula complex is required for Tronox to obtain approval for its proposed merger with Cristal.

***Pori Fire***

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. The loss was covered by insurance for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively.

On April 13, 2018 we received a final payment from our insurers of €191 million, or $236 million, bringing our total insurance receipts to €468 million, or $551 million, which was the limit of our insurance proceeds. We elected to receive the insurance proceeds in Euro in order to match the currency of the related business interruption losses and capital expenditures resulting from the Pori fire. For the six months ended June 30, 2018, we received €243 million, or $298 million, of insurance proceeds, while €225 million, or $253 million, was received during 2017.

During the second quarter of 2018, in conjunction with the receipt of the final payment from our insurers, we recorded $325 million of income in cost of goods sold in our consolidated statement of operations, which related to the losses incurred to date and yet to be incurred. We recorded $371 million of income related to property damage and business interruption insurance recoveries for the six months ended June 30, 2018 while $84 million was recognized for the six months ended June 30, 2017. Nil and $68 million was reported in accrued liabilities as of June 30, 2018 and December 31, 2017, respectively.

8

Table of Contents

We recorded a loss of $5 million and $17 million for cleanup and other non-capital reconstruction costs in cost of goods sold for the six months ended June 30, 2018 and 2017, respectively. We recorded a loss of $31 million for the write-off of fixed assets and lost inventory in cost of goods sold in our consolidated and combined statements of operations for the six months ended June 30, 2017.

**Basis of Presentation**

Venator's unaudited condensed consolidated and combined financial statements have been prepared in accordance with generally accepted accounting principles in the United States ("GAAP" or "U.S. GAAP"). Prior to the separation, Venator's operations were included in Huntsman's financial results in different legal forms, including but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities which are comprised of other businesses and include the Titanium Dioxide and Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide and Performance Additives and other businesses are the primary beneficiaries. The unaudited condensed consolidated and combined financial statements include all revenues, costs, assets, liabilities and cash flows directly attributable to Venator, as well as allocations of direct and indirect corporate expenses, which are based upon an allocation method that in the opinion of management is reasonable. Such corporate cost allocation transactions between Venator and Huntsman have been considered to be effectively settled for cash in the unaudited condensed consolidated and combined financial statements at the time the transaction is recorded and the net effect of the settlement of these intercompany transactions is reflected in the unaudited condensed consolidated and combined statements of cash flows as a financing activity. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical unaudited condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. We report the results of those other businesses as discontinued operations. Please see "Note 15. Discontinued Operations."

For purposes of these unaudited condensed consolidated and combined financial statements, all significant transactions with Huntsman International have been included in group equity. All intercompany transactions within the consolidated and combined business have been eliminated.

Prior to the separation, Huntsman's executive, information technology, EHS and certain other corporate departments performed certain administrative and other services for Venator. Additionally, Huntsman performed certain site services for Venator. Expenses incurred by Huntsman and allocated to Venator were determined based on specific services provided or are allocated based on Venator's total revenues, total assets, and total employees in proportion to those of Huntsman. Management believes that such expense allocations are reasonable. Corporate allocations include allocated selling, general, and administrative expenses of nil and $28 million for the three months ended June 30, 2018 and 2017, respectively, and nil and $52 million for the six months ended June 30, 2018 and 2017, respectively.

In the notes to unaudited condensed consolidated and combined financial statements, all dollar and share amounts in tabulations are in millions unless otherwise indicated.

**Note 2. Recently Issued Accounting Pronouncements**

**Accounting Pronouncements Adopted During the Period**

In May 2014, the Financial Accounting Standards Board ("FASB") issued Accounting Standard Update ("ASU") No. 2014-09, *Revenue from Contracts with Customers (Topic 606)*. This ASU along with subsequently issued amendments, outline a single comprehensive model for entities to use in accounting for revenues arising from contracts with customers and supersedes most previously issued revenue recognition guidance. Under this guidance, revenue is recognized at the time a good or service is transferred to a customer for the amount of consideration received. These ASUs are effective for annual reporting periods beginning after December 15, 2017, including interim periods within that reporting period. We adopted these ASUs effective January 1, 2018 and we have elected the modified retrospective approach as the transition method. As a result of the adoption of these amendments, we revised our accounting policy for revenue recognition as detailed in "Note 3. Revenue," and, except for the changes noted in "Note 3. Revenue" no

9

Table of Contents

material changes have been made to our significant policies disclosed in "Note 1. Description of Business, Recent Developments, Basis of Presentation and Summary of Significant Accounting Policies" of our Annual Report on Form 10-K, filed on February 23, 2018, for the year ended December 31, 2017. The adoption of these ASUs did not have a significant impact on our unaudited condensed consolidated and combined financial statements.

In August 2016, the FASB issued ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments*. The amendments in this ASU clarify and include specific guidance to address diversity in how certain cash receipts and cash payments are presented and classified in the statement of cash flows. The amendments in this ASU are effective for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2017. Early adoption is permitted, including adoption in an interim period. The amendments in this ASU should be applied using a retrospective transition method to each period presented. We adopted the amendments of this ASU effective January 1, 2018, and the initial adoption of the amendment in this ASU did not impact on our unaudited condensed consolidated and combined financial statements.

In March 2017, the FASB issued ASU No. 2017-07, *Compensation-Retirement Benefits (Topic 715): Improving the Presentation of Net Periodic Pension Cost and Net Periodic Postretirement Benefit Cost*. The amendments in this ASU require that an employer report the service cost component of net periodic pension cost and net periodic postretirement benefit cost in the same line items as other compensation costs arising from services rendered by the pertinent employees during the period. The other components of net benefit cost are required to be presented in the income statement separately from the service cost component and outside of income from operations. The amendments in this ASU also allow only the service cost component to be eligible for capitalization when applicable (for example, as a cost of internally manufactured inventory or a self-constructed asset). The amendments in this ASU are effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The amendments in this ASU should be applied retrospectively for the presentation of the service cost component and the other components of net periodic pension cost and net periodic postretirement benefit cost in the income statement and prospectively, on and after the effective date, for the capitalization of the service cost component of net periodic pension cost and net periodic postretirement benefit cost in assets. We adopted the amendments of this ASU effective January 1, 2018, which impacted the presentation of our financial statements. Our historical presentation of service cost components was consistent with the amendments in this ASU. The other components of net periodic pension and postretirement benefit costs are presented within other nonoperating income, whereas we historically presented these within cost of goods sold and selling, general and administrative expenses. As a result of the retrospective adoption of this ASU, for the three and six months ending June 30, 2017, cost of goods sold increased by $1 million and $3 million, respectively, selling, general and administrative expenses decreased by nil and $1 million, respectively, and other income increased by $1 million and $2 million, respectively, within our unaudited condensed consolidated and combined statements of operations.

In August 2017, the FASB issued ASU No. 2017-12, *Derivatives and Hedging (Topic 815): Targeted Improvements to Accounting for Hedging Activities*. The amendments in this ASU better align an entity's risk management activities and financial reporting for hedging relationships through changes to both the designation and measurement guidance for qualifying hedging relationships as well as the recognition and presentation of the effects of the hedging instrument and the hedged item in the financial statements to increase the understandability of the results of an entity's intended hedging strategies. The amendments in this ASU also include certain targeted improvements to ease the application of current guidance related to the assessment of hedge effectiveness. The amendments in this ASU are effective for fiscal years beginning after December 15, 2018, including interim periods within those fiscal years. Early application is permitted in any interim period after the issuance of this ASU. Transition requirements and elections should be applied to hedging relationships existing on the date of adoption. For cash flow and net investment hedges, an entity should apply a cumulative-effect adjustment related to eliminating the separate measurement of ineffectiveness, and the amended presentation and disclosure guidance is required only prospectively. We adopted the amendments of this ASU effective January 1, 2018, and the initial adoption of the amendment in this ASU did not impact on our unaudited condensed consolidated and combined financial statements.

**Accounting Pronouncements Pending Adoption in Future Periods**

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)*. The amendments in this ASU will increase transparency and comparability among entities by recognizing lease assets and lease liabilities on the balance sheet and disclosing key information about leasing arrangements. The amendments in this ASU will require lessees to

10

Table of Contents

recognize in the statement of financial position a liability to make lease payments (the lease liability) and a right-of-use asset representing its right to use the underlying asset for the lease term. The amendments in this ASU are effective for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2018. Early application of the amendments in this ASU is permitted for all entities. Reporting entities are required to recognize and measure leases under these amendments at the beginning of the earliest period presented using a modified retrospective approach. We are currently evaluating the impact of the adoption of the amendments in this ASU on our financial statements and believe, based on our preliminary assessment, that we will record significant additional right-of-use assets and lease obligations.

In February 2018, the FASB issued ASU No. 2018-02, *Income Statement-Reporting Comprehensive Income (Topic 220)*. This standard provides an option to reclassify stranded tax effects within accumulated other comprehensive income (loss) to retained earnings due to the U.S. federal corporate income tax rate change in the Tax Cuts and Jobs Act of 2017 (the "Tax Act"). This standard is effective for interim and annual reporting periods beginning after December 15, 2018, and early adoption is permitted. We have not completed our assessment, but we do not anticipate this will have a material impact on our unaudited consolidated and combined statement of comprehensive income.

**Note 3. Revenue**

We account for revenues from contracts with customers under ASC 606, *Revenue from Contracts with Customers*, which became effective January 1, 2018. As part of the adoption of ASC 606, we applied the new standard on a modified retrospective basis analyzing open contracts as of January 1, 2018. However, no cumulative effect adjustment to retained earnings was necessary as no revenue recognition differences were identified when comparing the revenue recognition criteria under ASC 606 to previous requirements.

We generate substantially all of our revenues through sales of inventory in the open market and via long-term supply agreements. Revenue is recognized when the performance obligations under the terms of our contracts are satisfied. Generally, this occurs at the time of shipping at which point the control of the goods transfers to the customer. Further, in determining whether control has transferred, we consider if there is a present right to payment and legal title, along with risks and rewards of ownership having transferred to the customer. Revenue is measured as the amount of consideration we expect to receive in exchange for transferred goods. Sales, value-added, and other taxes we collect concurrent with revenue-producing activities are excluded from revenue. Incidental items that are immaterial in the context of the contract are recognized as expense. We have elected to account for all shipping and handling activities as fulfillment costs. We recognize these costs for shipping and handling when control over products have transferred to the customer as an expense in cost of goods sold. We have also elected to expense commissions when incurred as the amortization period of the commission asset that we would have otherwise recognized is less than one year.

The following table disaggregates our revenue by major geographical region for the three and six months ended June 30, 2018:

|  | For the Three Months Ended June 30, 2018 | | | For the Six Months Ended June 30, 2018 | | |
|  | Titanium Dioxide | Performance Additives | Total | Titanium Dioxide | Performance Additives | Total |
|---|---|---|---|---|---|---|
| North America | $ 80 | $ 78 | $ 158 | $ 151 | $ 155 | $ 306 |
| Europe | 229 | 59 | 288 | 470 | 117 | 587 |
| Asia | 96 | 30 | 126 | 192 | 57 | 249 |
| Other | 50 | 4 | 54 | 98 | 8 | 106 |
| **Total Revenues** | **$ 455** | **$ 171** | **$ 626** | **$ 911** | **$ 337** | **$ 1,248** |

The following table disaggregates our revenue by major product line for the three and six months ended June 30, 2018:

11

Table of Contents

**Note 14. Operating Segment Information**

We derive our revenues, earnings and cash flows from the manufacture and sale of a wide variety of commodity chemical products. We have reported our operations through our two segments, Titanium Dioxide and Performance Additives, and organized our business and derived our operating segments around differences in product lines. We have historically conducted other business within components of legal entities we operated in conjunction with Huntsman businesses, and such businesses are included within the corporate and other line item below.

The major product groups of each reportable operating segment are as follows:

| Segment | Product Group |
|---|---|
| Titanium Dioxide | titanium dioxide |
| Performance Additives | functional additives, color pigments, timber treatment and water treatment chemicals |

Sales between segments are generally recognized at external market prices and are eliminated in consolidation. Adjusted EBITDA is presented as a measure of the financial performance of our global business units and for reporting the results of our operating segments. The revenues and adjusted EBITDA for each of the two reportable operating segments are as follows:

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| **Revenues:** | | | | |
| Titanium Dioxide | $ 455 | $ 401 | $ 911 | $ 786 |
| Performance Additives | 171 | 161 | 337 | 313 |
| **Total** | **$ 626** | **$ 562** | **$ 1,248** | **$ 1,099** |
| **Segment adjusted EBITDA**[1] | | | | |
| Titanium Dioxide | $ 147 | $ 93 | $ 290 | $ 141 |
| Performance Additives | 23 | 21 | 47 | 42 |
| | 170 | 114 | 337 | 183 |
| Corporate and other | (13) | (20) | (23) | (40) |
| **Total** | **157** | **94** | **314** | **143** |
| **Reconciliation of adjusted EBITDA to net income:** | | | | |
| Interest expense | (14) | (10) | (27) | (24) |
| Interest income | 4 | 1 | 7 | 3 |
| Income tax expense - continuing operations | (45) | (16) | (65) | (12) |
| Depreciation and amortization | (35) | (29) | (69) | (59) |
| Net income attributable to noncontrolling interests | 2 | 3 | 4 | 6 |
| Other adjustments: | | | | |
| Business acquisition and integration expenses | (2) | - | (4) | - |
| Separation expense, net | - | - | (1) | - |
| Net income of discontinued operations, net of tax | - | - | - | 8 |
| Loss on disposition of business/assets | (2) | - | (2) | - |
| Amortization of pension and postretirement actuarial losses | (4) | (4) | (7) | (8) |
| Net plant incident credits (costs) | 273 | 2 | 273 | (3) |
| Restructuring, impairment and plant closing and transition costs | (136) | (7) | (145) | (33) |
| **Net income** | **$ 198** | **$ 34** | **$ 278** | **$ 21** |

[1] Adjusted EBITDA is defined as net income of Venator before interest, income tax from continuing operations, depreciation and amortization and net income attributable to noncontrolling interests, as well as eliminating the following adjustments from net income: (a) business acquisition and integration expenses; (b) separation expense,

23

Table of Contents

net; (c) net income of discontinued operations, net of tax; (d) loss on disposition of business/assets; (e) amortization of pension and postretirement actuarial losses; (f) net plant incident credits (costs); and (g) restructuring, impairment, and plant closing and transition costs.

**Note 15. Discontinued Operations**

The Titanium Dioxide, Performance Additives and other businesses were included in Huntsman's financial results in different legal forms, including, but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities that were comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide, Performance Additives and other businesses are the primary beneficiaries. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. The legal entity structure of Huntsman was reorganized during the second quarter of 2017 such that the other businesses would not be included in Venator's legal entity structure and as such, the discontinued operations presented below reflect financial results of the other businesses through the date of such reorganization.

The following table summarizes the operations data for discontinued operations:

|  | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| **Revenues:** | | | | |
| Trade sales, services and fees, net | $ - | $ - | $ - | $ 15 |
| Related party sales | - | - | - | 17 |
| **Total revenues** | - | - | - | 32 |
| **Cost of goods sold** | - | - | - | 26 |
| **Operating expenses:** | | | | |
| Selling, general and administrative (includes corporate allocations of nil, nil, nil and $2, respectively) | - | - | - | (7) |
| Restructuring, impairment and plant closing costs | - | - | - | 1 |
| Other income, net | - | - | - | 1 |
| **Total operating expenses** | - | - | - | (5) |
| **Income from discontinued operations before tax** | - | - | - | 11 |
| Income tax expense | - | - | - | (3) |
| **Net income from discontinued operations** | $ - | $ - | $ - | $ 8 |

24

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") should be read in conjunction with our unaudited condensed consolidated and combined financial statements and the related notes included in Item 1 hereto as well as the risk factors contained in "Part I. Item 1A. Risk Factors" of our 2017 Form 10-K.

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman, (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, (3) all references to the "Titanium Dioxide" segment or business refer to the TiO$_2$ business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the separation and that are reported as discontinued operations in our consolidated and combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman and the entity through which Huntsman operates all of its businesses, (7) we refer to the internal reorganization prior to our initial public offering ("IPO"), the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the financing arrangements and debt, comprising the senior secured term loan facility (the "Term Loan Facility"), the asset-based revolving facility (the "ABL Facility" and, together with the Term Loan Facility, the "Senior Credit Facilities") and the 5.75% senior notes due 2025 (the "Senior Notes"), including the use of the net proceeds of the Senior Credit Facilities and the Senior Notes, which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "separation" and (8) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and TiO$_2$ businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

This MD&A contains forward-looking statements concerning trends or events potentially affecting our business or future performance, including, without limitation, statements relating to our plans, strategies, objectives, expectations and intentions. The words "aim," "anticipate," "believe," "budget," "continue," "could," "effort," "estimate," "expect," "forecast," "goal," "guidance," "intend," "likely," "may," "might," "objective," "outlook," "plan," "potential," "predict," "project," "seek," "should," "target, "will" or "would" and similar expressions identify forward-looking statements. We do not undertake to update, revise or correct any of the forward-looking information unless required to do so under the federal securities laws. When considering these forward-looking statements, you should keep in mind the risk factors and other cautionary statements contained in this report. See "Note Regarding Forward-Looking Statements" and "Part II. Item 1A. Risk Factors."

**Basis of Presentation**

Prior to the separation, our operations were included in Huntsman's financial results in different legal forms, including but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities which are comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide and Performance Additives businesses are the primary beneficiaries. The unaudited condensed consolidated and combined financial statements include all revenues, costs, assets, liabilities and cash flows directly attributable to us. The unaudited condensed consolidated and combined financial statements also include allocations of direct and indirect corporate expenses through the date of the separation, which are based upon an allocation method that in the opinion of management is reasonable. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical unaudited condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. We report the results of those other businesses as discontinued operations. Please see "Part I. Item 1. Note 15. Discontinued Operations" of this report.

25

Table of Contents

In addition, the unaudited condensed consolidated and combined financial statements have been prepared from Huntsman's historical accounting records through the separation and are presented on a stand-alone basis as if our operations had been conducted separately from Huntsman; however, prior to the separation, we did not operate as a separate, stand-alone entity for the periods presented and, as such, the unaudited condensed consolidated and combined financial statements reflecting balances and activity prior to the separation, may not be indicative of the financial position, results of operations and cash flows had we been a stand-alone company.

For purposes of these unaudited condensed consolidated and combined financial statements, all significant transactions with Huntsman International have been included in group equity. All intercompany transactions within the consolidated and combined business have been eliminated.

**Executive Summary**

We are a leading global manufacturer and marketer of chemical products that improve the quality of life for downstream consumers and promote a sustainable future. Our products comprise a broad range of innovative chemicals and formulations that bring color and vibrancy to buildings, protect and extend product life, and reduce energy consumption. We market our products globally to a diversified group of industrial customers through two segments: Titanium Dioxide, which consists of our $TiO_2$ business, and Performance Additives, which consists of our functional additives, color pigments, timber treatment and water treatment businesses. We are a leading global producer in many of our key product lines, including $TiO_2$, color pigments and functional additives, a leading North American producer of timber treatment products and a leading European producer of water treatment products.

**Recent Developments**

***Potential Ashtabula Complex Acquisition***

On July 16, 2018, we announced that we reached an agreement with Tronox to purchase the European paper laminates business (the "8120 Grade") from Tronox upon the closing of their proposed merger with Cristal. In connection with the acquisition, Tronox would supply the 8120 Grade to us under a Transitional Supply Agreement until the transfer of the manufacturing of the 8120 Grade to our Greatham, U.K. facility has been completed.

Additionally, we announced that we entered into an agreement with Tronox providing, among other things, that the parties will engage in exclusive negotiations until September 29, 2018 and use our respective best efforts to achieve a definitive agreement for the purchase by us of the Ashtabula, Ohio complex currently owned by Cristal if a divestiture of the Ashtabula complex is required for Tronox to obtain approval for its proposed merger with Cristal.

***Pori Fire***

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. The loss was covered by insurance for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. We have restored 20% of the total prior capacity, which is dedicated to production of specialty products.

On April 13, 2018, we received a final payment from our insurers of €191 million, or $236 million, bringing our total insurance receipts to €468 million, or $551 million, which was the limit of our insurance proceeds. We elected to receive the insurance proceeds in Euro in order to match the currency of the related business interruption losses and capital expenditures resulting from the Pori fire. For the six months ended June 30, 2018, we received €243 million, or $298 million, of insurance proceeds, while €225 million, or $253 million, was received during 2017.

26

Table of Contents

During the second quarter of 2018, in conjunction with the receipt of the final payment from our insurers, we recorded $325 million of income in cost of goods sold in our consolidated statement of operations, which related to the losses incurred to date and yet to be incurred. We recorded $371 million of income related to property damage and business interruption insurance recoveries for the six months ended June 30, 2018 while $84 million was recognized for the six months ended June 30, 2017. Nil and $68 million was reported in accrued liabilities as of June 30, 2018 and December 31, 2017, respectively.

We recorded a loss of $5 million and $17 million for cleanup and other non-capital reconstruction costs in cost of goods sold for the six months ended June 30, 2018 and 2017, respectively. We recorded a loss of $31 million for the write-off of fixed assets and lost inventory in cost of goods sold in our consolidated and combined statements of operations for the six months ended June 30, 2017.

During the second quarter of 2018, we engaged additional outside experts and hired and re-allocated additional internal resources for the Pori rebuild, with an objective of improving both the execution and cost management of the project, and to update our view on the total cost of rebuilding the site. This process identified additional damage outside the immediate fire zone leading to increased costs.

Also during the quarter, our contractor on the site experienced a recent and significant safety incident, which paused construction for several weeks while the incident was under investigation, and has extended the reconstruction timeline. These recent changes have led us to believe now that a full rebuild and commissioning of our Pori facility may require more self-funding than our previous estimate of $325 to $375 million, and may result in a longer period of time for project completion.

As a result of these recent developments and in light of our potential acquisition of the Ashtabula complex, we are reviewing options within our manufacturing network, including the option of transferring the production of Pori's specialty and differentiated products to elsewhere in our network, and are pacing our on-going construction activities at Pori accordingly during this period of review. We expect to account for our costs as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs are incurred. Please see "Part II, Item 1A. Risk Factors-Risks Relating to our Business-Disruptions in production at our manufacturing facilities, including at our $TiO_2$ manufacturing facility in Pori, Finland, may have a material adverse impact on our business, results of operations and/or financial condition."

**Recent Trends and Outlook**

We expect the following factors to impact our operating results in the near term:

•        TiO2 pricing environment to reflect regional dynamics and historical seasonal patters in the second half of 2018.

•        Increasing raw materials and energy costs.

•        Delivery on our $90 million Business Improvement Program continues.

•        Potential acquisition of the Ashtabula, Ohio $TiO_2$ complex.

•        The Pori reconstruction and commissioning process is currently under review.

•        Industry fundamentals support an elongated $TiO_2$ profitability profile.

We expect that our corporate and other costs will be approximately $50 million per year, consisting of $40 million of recurring selling, general and administrative costs to operate our business as a standalone public company, which is lower than expenses historically allocated to us from Huntsman, and approximately $10 million of costs that were previously embedded in the Huntsman Pigments and Additives division.

27

Table of Contents

We continue to implement our Business Improvement Program which we expect to be completed by the first quarter of 2019 and continue to provide contributions to adjusted EBITDA. Of the $60 million we previously estimated for annualized savings, we have already realized approximately $37 million of savings through the second quarter of 2018 as a result of these programs, including over $6 million of savings realized in the second quarter of 2018. In addition to these savings, we achieved approximately $1 million of EBITDA from increased volumes as part of the Business Improvement Program. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in additional contributions to our adjusted EBITDA of approximately $23 million per year by the first quarter of 2019, with additional projected contributions to adjusted EBITDA from volume growth.

In 2018, we expect to spend approximately $120 million on capital expenditures, excluding reconstruction of our Pori, Finland facility.

Our tax expense is significantly affected by the mix of income and losses in tax jurisdictions in which we operate. We expect our adjusted long-term effective tax rate will be approximately 15% to 20%. We believe the impact of the Tax Act on our adjusted long-term effective tax rate will not be material, given the low percentage of our global pre-tax income earned in the United States. We expect our near-term cash tax rate will be between 10% to 15%. In addition, based on the recent years' profitability in our Titanium Dioxide segment in the U.K. and Spain, we anticipate sufficient positive evidence to support the partial release of valuation allowances on certain net deferred tax assets in late 2018. Due to application of the local tax rules in the U.K. and Spain, which limit the amount of net operating loss carryforward that may be utilized on an annual basis, we currently estimate a partial valuation allowance release of approximately $30 million to $40 million for these jurisdictions during the quarter ended December 31, 2018.

28

Table of Contents

**Results of Operations**

The following table sets forth our consolidated results of operations for the three months ended June 30, 2018 and 2017 and six months ended June 30, 2018 and 2017:

| (Dollars in millions) | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2018 | 2017 | % Change | 2018 | 2017 | % Change |
| **Revenues** | $    626 | $    562 | 11% | $    1,248 | $    1,099 | 14% |
| Cost of goods sold | 193 | 480 | (60)% | 647 | 945 | (32)% |
| Operating expenses | 46 | 17 | 171% | 97 | 77 | 26% |
| Restructuring, impairment and plant closing and transition costs | 136 | 7 | 1,843% | 145 | 33 | 339% |
| **Operating income** | **251** | **58** | **333%** | **359** | **44** | **716%** |
| Interest expense, net | (10) | (9) | (11)% | (20) | (21) | 5% |
| Other income | 2 | 1 | 100% | 4 | 2 | 100% |
| **Income from continuing operations before income taxes** | **243** | **50** | **386%** | **343** | **25** | **1,272%** |
| Income tax expense | (45) | (16) | 181% | (65) | (12) | 442% |
| **Income from continuing operations** | **198** | **34** | **482%** | **278** | **13** | **2,038%** |
| Income from discontinued operations | - | - | NM | - | 8 | (100)% |
| **Net income** | **198** | **34** | **482%** | **278** | **21** | **1,224%** |
| **Reconciliation of net income to adjusted EBITDA:** | | | | | | |
| Interest expense, net | 10 | 9 | 11% | 20 | 21 | (5)% |
| Income tax expense - continuing operations | 45 | 16 | 181% | 65 | 12 | 442% |
| Depreciation and amortization | 35 | 29 | 21% | 69 | 59 | 17% |
| Net income attributable to noncontrolling interests | (2) | (3) | 33% | (4) | (6) | 33% |
| **Other adjustments:** | | | | | | |
| Business acquisition and integration expenses | 2 | - | | 4 | - | |
| Separation expense, net | - | - | | 1 | - | |
| Net income of discontinued operations, net of tax | - | - | | - | (8) | |
| Loss on disposition of business/assets | 2 | - | | 2 | - | |
| Amortization of pension and postretirement actuarial losses | 4 | 4 | | 7 | 8 | |
| Net plant incident (credits) costs | (273) | (2) | | (273) | 3 | |
| Restructuring, impairment and plant closing and transition costs | 136 | 7 | | 145 | 33 | |
| **Adjusted EBITDA[1]** | $    157 | $    94 | | $    314 | $    143 | |
| | | | | | | |
| Net cash provided by (used in) operating activities from continuing operations | | | | $    305 | $    (30) | NM |
| Net cash (used in) provided by investing activities from continuing operations | | | | (162) | 104 | NM |
| Net cash used in financing activities | | | | (14) | (71) | (80)% |
| Capital expenditures | | | | (167) | (40) | 318% |

29

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**VENATOR MATERIALS PLC**
**(Registrant)**

Date:   July 31, 2018                                    By:      /s/ Kurt Ogden
                                                         Kurt Ogden
                                                         Senior Vice President and Chief Financial Officer

Date:   July 31, 2018                                    By:      /s/ Stephen Ibbotson
                                                         Stephen Ibbotson
                                                         Vice President and Controller

47

# Exhibit 10

| | |
|---|---|
| Company Name: Venator Materials | Market Cap: 1,404.49 | Bloomberg Estimates - EPS |
| Company Ticker: VNTR US | Current PX: 13.20 | Current Quarter: 0.541 |
| Date: 2018-07-31 | YTD Change($): -8.92 | Current Year: 2.744 |
| Event Description: Q2 2018 Earnings Call | YTD Change(%): -40.326 | Bloomberg Estimates - Sales |
| | | Current Quarter: 610.000 |
| | | Current Year: 2420.455 |

# Q2 2018 Earnings Call

## Company Participants

- Jeffrey Schnell
- Simon Turner
- Kurt D. Ogden

## Other Participants

- David I. Begleiter
- P.J. Juvekar
- Duffy Fischer
- Laurence Alexander
- Christopher Evans
- Hassan I. Ahmed
- Aleksey Yefremov
- Matthew DeYoe
- Jeffrey J. Zekauskas
- Brian Nowak
- Stephen Byrne
- John Roberts
- James Sheehan
- Arun Viswanathan
- Roger N. Spitz

## MANAGEMENT DISCUSSION SECTION

### Operator

Good morning, and welcome to the Venator Materials Second Quarter 2018 Earnings Conference Call. All participants will be in listen-only mode. [Operator Instructions] After today's presentation, there will be an opportunity to ask questions. [Operator Instructions] Please note this event is being recorded.

I would now like to turn the conference over to Jeffrey Schnell, Director of Investor Relations. Please go ahead.

### Jeffrey Schnell

Thank you, Gary. Good morning, everyone. I'm Jeffrey Schnell, Director of Investor Relations for Venator Materials. Welcome to Venator's second quarter 2018 earnings call. Joining us on the call today are Simon Turner, President and CEO; and Kurt Ogden, Senior Vice President and CFO.

This morning, we released our earnings for the second quarter 2018 via press release and posted it to our website, venatorcorp.com. We also posted a set of slides on our website, which we will use on the call while presenting our results. During this call, we may make statements about our projections or expectations for the future. All such statements are forward-looking, and while they reflect our current expectations, they involve risks and uncertainties and are not guarantees of future performance. You should review our filings with the SEC for more information regarding



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

the factors that could cause actual results to differ materially from these projections or expectations. We do not plan on publicly updating or revising any forward-looking statements during the quarter.

We will also refer to non-GAAP financial measures such as EBITDA, adjusted EBITDA, adjusted net income, free cash flow and net debt. You can find reconciliations to the most directly comparable GAAP financial measures in our earnings release which has been posted to our website at venatorcorp.com.

It is now my pleasure to turn the call over to Simon Turner, President and CEO of Venator.

## Simon Turner

Thanks, Jeff, and good morning everyone. It's my pleasure to welcome you to our second quarter 2018 earnings call. Let's begin on slide 3. We're pleased to report strong results in the quarter. Our results highlight continued pricing momentum, solid execution and strong cash generation.

We reported adjusted EBITDA of $157 million for the second quarter. The roughly 70% improvement versus the prior-year quarter was driven by continued price captured in both segments, augmented by additional gains from our $90 million Business Improvement Program. Cash generation after adjusting for Pori was solid generating $45 million of operating free cash flow in the quarter.

Turning to slide 4 and our Titanium Dioxide segment, our Titanium Dioxide segment delivered another great quarter and generated $147 million of adjusted EBITDA driven by higher TiO2 pricing and contribution from our Business Improvement Program. We also realized a $6 million benefit from the sale of our remaining carbon credits. Prices increased 18% compared with the prior year quarter or 24% including the positive impact of foreign exchange, and roughly 2% compared to the first quarter of 2018.

Pricing was in line with our expectations reflecting continued strength in industry fundamentals. Sales volume after adjusting for Pori and other plant closures declined 12% compared to the prior quarter, as the manufacturing shortfall reduced product availability for certain functional grades, customer uncertainties surrounding pricing nominations and higher inventory in the prior year quarter.

Industry utilization rates remain high, and inventory levels remain low throughout the supply chain. We expect the demand environment in second half of 2018 to reflect normal historical seasonal patterns with regional variability reflecting the pace of prior price capture.

Turning to our feedstock outlook and as previously communicated we expect raw material inflation to persist in the second half of 2018. We have visibility into our total ore costs for the year, and believe our sulfur asset base should see a modest cost advantage as high grade ores, namely rutiles and slags have and are expected to come under the most pressure. Long-term titanium dioxide industry fundamentals remain favorable and supportive on elongated cycle. We are focused on continuing to manage our pricing and cost structure to deliver strong cash flow generation throughout the cycle.

Turning to slide 5 and our Performance Additives segment, revenues rose 6% over the prior year period driven by higher prices and volumes in functional additives and color pigments. Adjusted EBITDA of $23 million improved modestly versus the prior-year due to $3 million benefit from our Business Improvement Program and offset by higher raw material and energy costs.

In the second quarter, we implemented a restructuring of our color pigments manufacturing facility in Augusta, Georgia resulting in a non-cash restructuring charge of $126 million. These actions will ultimately improve the profitability of our color business and better align Venator for the future.

Looking to the second half of 2018, we expect the performance of our Performance Additives business to reflect historically softer seasonality and higher raw material and energy costs. We will continue to optimize our manufacturing network to provide complementary benefits to our ongoing Business Improvement Program.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

Moving on to slide 6 and the Business Improvement Program, we captured an additional $7 million EBITDA benefit in the second quarter. And in total, we've now captured $41 million. We are on track to deliver on our target of capturing roughly $30 million of incremental savings in 2018 over what was achieved in the prior year. The team is highly focused on delivering on our program which further enhances our overall competitiveness in the market. We continue to expect to capture the full $90 million EBITDA run-rate benefit in the first quarter of 2019.

Turning to slide 7, on July 16 we announced that we have signed a Business Transfer Agreement with Tronox for the purchase of their European paper laminates business, contingent upon the closing of their merger with Cristal. Separately, we have signed a memorandum of understanding that provides Venator, an exclusive right to negotiate the purchase of the Ashtabula, Ohio, TiO2 complex currently owned by Cristal, should a divestiture be required to complete the pending Tronox/Cristal merger.

Our acquisition of the paper laminates business would extend our European market leadership and further expand our differentiated product range. Additionally, the acquisition of the Ashtabula TiO2 complex would dramatically grow our North American presence and global TiO2 capacity, enabling Venator to serve its valued customers better.

The initial purchase price of the Ashtabula complex would be $1.1 billion if following an adverse ruling by the U.S. District Court, Tronox does not promptly divest Ashtabula and instead continues to await the decision of the FTC's Administrative Law Judge that purchase price would be reduced to $900 million. Additionally, the parties have agreed that Tronox will pay a $75 million break fee upon closing of the Tronox/Cristal merger, if divestiture of the 8120 grade to Venator has been completed and the Ashtabula site is not sold to Venator. Due to the nature of the transaction and ongoing negotiation of a definitive agreement we will not be able to provide more commentary today regarding the MOU.

Turning now to our TiO2 facility in Pori, Finland, earlier this year, we took steps to strengthen our project resources and improve our probability of success. Within the past few months we engaged additional outside experts and hired and re-allocated additional internal resources for the project with an objective of improving both the execution and cost management of the project and to update our view on the total cost of rebuilding the sites. This process identified that additional reconstruction would be required outside the immediate fire zone leading to increase costs.

Unfortunately, our contractor on the site also experienced a recent and significant safety incident, which paused construction for several weeks while the incident was under investigation, which also has extended the reconstruction timeline. These recent changes and events have led us to believe now that the full rebuild and commissioning may require more self-funding than our previous estimate of $325 million to $375 million and take longer to complete.

As a result of these recent developments and in light of our potential acquisition of the Ashtabula facility, we are reviewing options within our manufacturing network including the option of producing Pori's specialty and differentiated products elsewhere in our network and are pacing our ongoing construction activities at Pori accordingly during this period of review. We intend to provide more clarity regarding this review of options in the coming weeks as further information becomes available.

With that, I'll pass over to Kurt to give the financial review.

## Kurt D. Ogden

Thanks, Simon. Let's stay on slide 7 a little longer. On April 13 of this year we successfully settled our insurance claim and collected $236 million of additional proceeds. We elected to receive our insurance proceeds in euro in order to match the currency of our costs and lost profits.

In total, we have collected €468 million or $551 million in U.S. dollar equivalent. As a result of our final settlement with the insurers, we have determined in consultation with our auditors, the most appropriate accounting for the final insurance proceeds is to recognize them within the P&L in the quarter the final settlement occurred. Therefore, during the second quarter we've recognized $325 million in costs of sales and are no longer carrying any deferred revenue on the balance sheet. As a result, we will no longer offset future costs and lost EBITDA related to Pori with insurance

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

proceeds.

We've recognized this as a major change for those who model expected future earnings. To help recalibrate future expectations, please consider the historical range of earnings from the Pori facility was approximately $50 million in the 2015 trough year and approximately $100 million in the 2012 peak year.

Turning to slide 8, our adjusted EBITDA improved to $157 million in the second quarter, an increase of $63 million compared to the prior-year period. The earnings improvement versus the prior year was predominantly driven by higher selling prices in both the Titanium Dioxide and Performance Additives segments both slightly offset by lower volumes and higher raw material and energy costs.

As Simon mentioned earlier, we delivered another $7 million of EBITDA benefit through our Business Improvement Program with $41 million delivered to-date. Foreign exchange was a modest benefit compared with the prior year supplemented with a $6 million benefit from the sale of our remaining carbon credits. EBITDA in the second quarter was flat compared with the prior quarter, pricing headwinds in Performance Additives namely color pigments offset the sequential improvement in TiO2 pricing. Volumes, however, improved in color pigments and timber treatment as U.S. construction activity improved compared to the slow start in the first quarter offsetting flat volumes in TiO2. An improvement in costs from higher asset utilization and contribution from the Business Improvement Program was largely offset by the sequential improvement in foreign exchange rates.

Let's turn to slide 9. Venator continues to have an attractive financial position. At the end of the second quarter we had liquidity of $625 million. Our cash balance was $354 million and the undrawn availability under our asset-based revolving lending facility was $271 million. At the end of the second quarter, our net debt was $394 million and our net debt leverage decreased to 0.7 times our last 12 months EBITDA. During the second quarter of 2018 and as communicated earlier, we received $236 million of insurance proceeds, which represents the final settlement with our insurance partner.

Structurally, we continue to enjoy relatively low tax rates. In the second quarter 2018, our adjusted effective tax rate was 18% with a cash tax rate of 4%. We have approximately $1 billion of net operating losses from which we expect to benefit for several years to come. Looking forward we reiterate our estimated long-term adjusted effective tax rate of 15% to 20% with a cash tax rate of 10% to 15%. During the first half of 2018, we saw an increase in working capital of $119 million consistent with normal seasonal patterns.

Looking into the second half of the year, we expect these trends to reverse with working capital becoming a source of cash. We continue to expect working capital in 2018 to be a net use of $20 million to $30 million.

Turning to slide 10, we continue to expect to generate solid operational free cash flow in 2018, excluding any net capital expenditures in excess of our insurance proceeds to rebuild our Pori, Finland facility. In the second quarter, we generated $45 million and $68 million in the first half of the year. The schedule also outlines our expected cash uses for 2018.

Simon, back over to you for concluding remarks.

## Simon Turner

Thank you, Kurt. Moving to slide 11, we are pleased with the performance of the solid cash flow generation in the second quarter and in the first half of 2018. Our portfolio benefited from continued pricing momentum outpacing raw material costs. Heading to the second half of 2018, we expect price increases to continue to moderate on raw material costs particularly ores to rise. Venator will remain focused on delivering results, optimizing our manufacturing network and generating continued benefits from our Business Improvement Program.

Stepping back, industry fundamentals remain favorable, supported by tight supply conditions and a positive demand outlook especially for high value products, providing the opportunity to capitalize on an elongated cycle. Additionally, through the Business Transfer Agreement and memorandum of understanding with Tronox, we have positioned



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

Venator such that we may have the opportunity to acquire the high quality Ashtabula complex as well as extend our European market leadership.

We thank you for your continued interest in Venator and would now like to open the call for questions.

# Q&A

## Operator

[Operator Instructions] Our first question comes from David Begleiter with Deutsche Bank. Please go ahead.

**<Q - David I. Begleiter>**: Hi, good morning. Hi, Simon and Kurt. Is Pori – is there an option to not to shut down Pori completely and not [ph] write any (16:32) TiO2 to other unit or is that just not on the table.

**<A - Simon Turner>**: I think the way to think about that in the light of the new information we gained in this quarter with a potential purchase of Ashtabula and the new information on costs from the site is that no option is off the table and we will look at the range of possibilities within our manufacturing network to pick the best option to optimize and preserve our specialty and differentiated business and manage our capital allocation.

**<Q - David I. Begleiter>**: And Simon with Pori, how much – what was the operating rate of Pori in the second quarter.

**<A - Simon Turner>**: I'm sorry. Could you repeat the question?

**<Q - David I. Begleiter>**: What was Pori operating at in the second quarter, I believe it was just specialty products but what percentage of the unit was operating.

**<A - Simon Turner>**: 20%.

**<Q - David I. Begleiter>**: Thank you.

## Operator

The next question comes from P.J. Juvekar with Citi. Please go ahead.

**<Q - P.J. Juvekar>**: Yes. Hi, good morning.

**<A - Simon Turner>**: Good morning, P.J.

**<Q - P.J. Juvekar>**: Simon, can you hear me?

**<A - Simon Turner>**: I can hear you P.J.

**<Q - P.J. Juvekar>**: Great. The Chinese exports of TiO2 went up considerably export to Europe after the Pori shutdown or Pori outage. How do you plan to get that share back and how long does it take for you to move that specialty production from Pori to any of your other sites?

**<A - Simon Turner>**: Well, as far as the first point goes, P.J., in Chinese exports, I think, if you look back over the last 12 months and certainly there's been some very recent data for April and May after the March spike; you could see the exports to Europe have remained essentially flat over that period. We have said previously that some of those exports clearly were predicted to come into Europe as a result of the Pori outage, but also, of course, we should bear in mind that with Europe being more likely the highest-priced dollar market in the world, this offers the most attractive netbacks for any exporters including the Chinese.

So I think the big picture continues as previously falling back the exports from China, I think, we saw this April and May, back more to historical levels, clearly the first – the second part of your question, that is why we have this study underway. We are doing a comprehensive assessment of the range of options. And within that we will be able to



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

answer the question that you posed in your the second part of your question about what options are there, what would they cost, how long would they take, what is the better option and why. And we look forward to updating you in the coming weeks with the more fulsome answer to that question.

**<Q - P.J. Juvekar>**: Okay. Thank you for that. And then secondly, you mentioned customers' shortfall in orders for this quarter. I was wondering if you can drill down on that because one of your customers mentioned that they are formulating TiO2 out. Is that something what you're seeing or is that – was that common just a seasonal comment?

**<A - Simon Turner>**: Well, we see very little, if any, of formulating out, because we think that the vast majority of our customers completed those optimization reviews a long time back. I'd like just to step back P.J. and broadly think about the backdrop to your question there and the comment we made in the script about customers.

Look, we continue to see an elongated cycle, elevated earnings over a longer time period. We believe that the key drivers remain the same drivers that we've previously spoken [ph] of them (20:17) i.e., supply and demand, limited fresh new supply coming into the market, pricing still too low to attract in the west at least major expansions should opportunities exist, consolidation continues right through the chain be it from customers, TiO2 producers or mineral producers and we are seeing more transparency cash focus there.

China continues to mature. We're seeing higher cost structures there, environmental pressures remain. There are very limited chloride exports coming out of China at this time and we're seeing the Chinese or certain Chinese producers taking price leadership outside of China as well.

So we are seeing more rationality in the chain, of course, we've said that pricing is moderating. We are seeing some softer demand conditions in China, a little bit softer in Europe in the second quarter, strong conditions in North America, customers are clearly going to test us as pricings moderates by regional dynamic, there will be some product flows between and within regions.

And our comments relate to – at the end of the quarter customers being a little bit testing of us to see where prices are going, holding their breath, I should say, we see no hoarding, we see no major substitutions, we don't see any downward lurches, we see a strong elongated cycle, but you have to look through in the second half where seasonality effects come in and see that there's going to be some puts and takes on pricing in the different regions, but we don't think that should obscure the facts here that we are into an elongated cycle with positive industry fundamentals.

**<Q - P.J. Juvekar>**: Okay. Thank you. Thank you for explaining the cyclical versus seasonal aspects. Thank you.

**<A - Simon Turner>**: Thanks, P.J.

## Operator

The next question comes from Duffy Fischer with Barclays. Please go ahead.

**<Q - Duffy Fischer>**: Yes. Good morning.

**<A - Simon Turner>**: Good morning, Duffy.

**<Q - Duffy Fischer>**: Hoping you can just help clarify. So with Pori, you have been earning money that runs through your EBITDA or adjusted EBITDA that you didn't really or you didn't sell those tons from insurance both last quarter and LTM. Can you help us, I mean, parse out what was from insurance in both the last quarter's EBITDA for that segment and the LTM EBITDA for that segment. So that we can build our model going forward off of base now that you won't have that insurance flowing through that segment?

**<A - Kurt D. Ogden>**: Good morning, Duffy. This is Kurt. As you heard in our prepared remarks we've recognized that you'll need to adjust those models. And so what we have tried to do by framing that peak to trough profitability of Pori is give you a sense for how much of that lost profit or lost EBITDA, would have been recognized associated with the Pori outage itself. And so just to reiterate the 2000 trough period for Pori was $50 million, the peak in 2012 was



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

$100 million. And so it's reasonable to estimate depending on where you think we are in the cycle to peg a lost EBITDA commensurate with something within that range. And so to be a little bit more specific, Duffy, so we're not going back and identifying the specific business interruption, we had the appropriate accounting during that period but want to give you a view on how you can think about that going forward.

**<Q - Duffy Fischer>**: I guess that gets to my point because this whole thing has seemed very opaque and very difficult on the outside to model. And I just – that's what I don't understand why can't we get a specific number what was business interruption, what has been capital so that it helps us grade you through this endeavor?

**<A - Kurt D. Ogden>**: Yeah. Well, I think we tried to provide you the information that we think will be hopeful going forward without providing more detail than what we have provided historically.

**<Q - Duffy Fischer>**: All right. Thank you, guys.

**<A - Kurt D. Ogden>**: Thanks, Duffy.

**<A - Simon Turner>**: Duffy.

## Operator

The next question comes from Laurence Alexander with Jefferies. Please go ahead.

**<Q - Laurence Alexander>**: I guess, two questions. One if you don't mind might flogging a dead horse on at this point, is the underlying message that you're trying to convey that you won't be able to discuss year-over-year or sequential comparisons at the EBITDA level until four quarters from now because you're going to be comparing against the historical period that you can't benchmark or do you think when you come out next quarter you'll actually be able to give some kind of bridge? That's the first question.

Second, just to clarify when you talk about pricing moderating, are you speaking year-over-year or sequentially that is, do you still think that your blended average price realizations sequentially would be roughly flat or do you think they will be down, but at least positive year-over-year and like, just what are you trying to say with the moderation comment?

**<A - Kurt D. Ogden>**: Lawrence, good morning. Let me just take the first part of that question. As we get into the third quarter reported results, we believe we'll be able to provide more clarity for you so that you do have a accurate comparison on a year-on-year basis or some form of bridge such that you have visibility and transparency into the underlying trends of the business. So you ought to expect that as it relates to the comparability going forward on a year-on-year basis.

**<A - Simon Turner>**: Lawrence, hi. It's Simon. I'd like to pick up the second part of your question to be clear about the pricing moderating. What we're saying here is we've had several quarters of price increases. We spoke about a 2% improvement sequentially in 2Q over 1Q. So, clearly, there has been a deceleration in the rate of price capture. What we are saying now is that if you look at each of the different regional dynamics between Europe, Asia and North America, you're seeing different things. In North America, we are seeing some strong demand, good economic conditions and we expect to see some price capture within – upward price capture within – in the third quarter.

I think, if you look at Asia and Europe, of course, in Europe, the case here is that the prices have been the highest. What we've seen historically in this industry and now we are seeing no different is that as these regional – seasonal patterns occur in 3Q, we are seeing convergence of global pricing. So that means that prices between the regions come together, in some cases the price go up, as I mentioned in North America sequentially and others – in our case in Europe, the price is likely to be down modestly. That doesn't mean it's down everywhere with all customers in all segments, but there will be some downward pricing and corrections. And that's what we were talking about with moderation and corrections within and between regions as prices converge and that's driven mainly by seasonality in the third quarter.

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

**<Q - Laurence Alexander>**: And I guess can I just clarify one other thing. With the adjustments in the Pori accounting is there any adjustment to how you report free cash flow?

**<A - Kurt D. Ogden>**: No. As it relates to specifically second quarter, as you can see, how we have presented the free cash flow. Now, going forward as we think about the adjusted EBITDA that is going to be coming into that calculation that adjusted EBITDA will no longer have a business interruption component of it. And so it will come down to what we have been presenting as a operating free cash flow before the net inflows and/or uses associated with Pori. So I think we've tried to parse that out for you specifically on slide 10 of the earnings slides as well as within the earnings release itself. And so it will continue to have that same level of transparency.

**<Q - Laurence Alexander>**: Perfect. Thanks.

**<A - Simon Turner>**: Thanks, Alex.

## Operator

The next question comes from Bob Koort with Goldman Sachs. Please go ahead.

**<Q - Christopher Evans>**: Hey, good morning, guys. This is Chris Evans on for Bob.

**<A - Simon Turner>**: Good morning, Chris.

**<A - Kurt D. Ogden>**: Good morning.

**<Q - Christopher Evans>**: I was hoping you could give some specific context on the dollar impact of the higher energy and raws. You guys are referencing – and what did you see in the second quarter and do you still think you'll be able to fully offset this headwinds with price?

**<A - Kurt D. Ogden>**: Sure. Well, let's give you a little bit of context here if we can, as it relates to ore and energy, ore costs for our business are approximately 30% to 35% of our cost of sales, energy is somewhere around 15% the cost of sales. And so as we look forward to the potential EBITDA impact specifically in the third quarter you could be looking at a headwind of anywhere between $10 million to as much as $15 million in the third quarter. Now as it relates to our ability to offset that with pricing I'll have Simon address that.

**<A - Simon Turner>**: Yeah. Thanks, Kurt. Look, I think, Chris here – what we're going to see here as we see some price moderation and raws come in particularly ores. I think in Venator, we're well positioned in the second half, good visibility. I think it's quite clear to everyone that ilmenite prices are being flat even to down very helpful to us high grade markets being with us for some time and price pressure is going up. So I think we stand by previous comments there around the scale of pace, but I think the broader point here is that we believe that we will see some contouring of pricing as we go deeper into the cycle, raws are going to come up we are clearly going to go back out to agitate for higher prices with customers. We are willing to accept margin squeeze. We believe the prospects for the market remaining a tighter particularly through seasonal periods are good. So while we may see some moderation doesn't mean that we won't see prices going back up in regions where they may have nominally fallen. And so I think the contouring of prices going into 2019 is going to be a feature that we see on the elongated cycle.

**<Q - Christopher Evans>**: Thanks. Thanks for the color there. And then just maybe back to the insurance proceeds for a minute and your optionality around Pori. Are there any provisions would you – as you evaluate the potential closure or non-restart of that or you may have to repay any of the insurance proceeds? And then just quickly on the second quarter cash balances. I just want to be clear, does that fully reflects all of the insurance proceeds that you will receive going forward?

**<A - Kurt D. Ogden>**: Sure. Chris, let me pick that up. In connection with the final settlement that we received on April 13, from the insurers that has removed all uncertainty around the insurance claim. That triggered this different approach to the recognition of those business interruption proceeds. So, we have collected that full $550 million of cash and there is not a circumstance where we would need to repay that nor are there any strings on the deployment of what



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

we do with that cash to the extent that we want to use those outside of a Pori reconstruction.

To the second part of your question, the $354 million of cash that we had on the balance sheet at the end of the second quarter fully reflect the insurance proceeds that we have received.

**<Q - Christopher Evans>**: Thanks, guys.

**<A - Simon Turner>**: Thanks, Chris.

## Operator

The next question comes from Hassan Ahmed with Alembic Global. Please go ahead.

**<Q - Hassan I. Ahmed>**: Good morning, Simon and Kurt.

**<A - Kurt D. Ogden>**: Good morning.

**<A - Simon Turner>**: Good morning, Hassan.

**<Q - Hassan I. Ahmed>**: Over the last couple of weeks, there seem to be some alarm bells being sounded about the prospects of supply-demand fundamentals, more specifically on the Chinese side of things, incremental supply coming online in the near-term. So my question is could you possibly give us further details about all the puts and takes on the supply side. I know demand does what demand does, but on the supply side of things, A, in light of what may be going on in terms of your thought process with the timeliness of the arrival of this Chinese capacity. And B, we still don't seem to have much clarity around absolute numbers associated with environmental-related shuttering in China. So any sort of further details around that would be appreciated.

**<A - Simon Turner>**: Okay, Hassan, I'll pick that up. I think the genesis of your question mainly relates to China. Just for the record, I think, in the West we had said outside of China there – while there are some pronouncements made about the ability to extract further capacity out people's circuits we would take that the 1% or lower kind of level, because as time goes on and we've been able to successfully squeeze out more that will continue. But of course, it does get harder over time. But I would say that's 1% or below 1%. So really it comes back to your point about China and believes structures around China.

We were very careful last year when there were a higher intensity of environmental inspections to point out that capacity impacts were one thing, but the cost structures and CapEx bills would be something else similarly incurred by many producers within China. We continue to see the stronger Chinese producer strengthen, and that will continue as a process and it's a journey.

We see the sulfate process being – having a lower rate of growth now than it had for many, many years. We believe there will be puts and takes around sulfate plants within China's; some going down, some going up but we would not disagree with those that believe that the net increase is of around 50 kilotons per annum on sulfate-derived products on a go-forward next couple of years basis. We believe that process remains under pressure, we believe there will be a cycle of environmental inspections that continue, and we will believe that there will be some latent capacity that gets improved and comes out and there will be some further constraints. So that will ebb and flow, I think, these next couple of years.

More importantly, I think, on the chloride process which Chinese, several leading Chinese producers and the Chinese government themselves support, this is a process that requires high levels of know-how gained over many years of operations and we continue to believe that the ability to produce on a cost-effective basis commercially high quality available products in volume, and export those outside of China to sophisticated markets will take several years for a company to make significant inroads on that.

So I think that given that, my previous statements with this industry requiring of the order of 200,000 tons of fresh new capacity per year, we believe the prospects remain over these next couple of years within the cycle for strong

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

fundamentals. And I think that would probably be a summary of where we sit on this issue, Hassan.

**<Q - Hassan I. Ahmed>**: Understood. Understood. Now as a follow-up on the transaction side of things completely cognizant of the fact that obviously this is an ongoing process and there are sensitivities around that. But two things, one is what was the thought process in terms of considering a buyback versus doing the Ashtabula acquisition or the proposed Ashtabula acquisition. So that's one side. And again, on the transactional side of things more cost overruns at Pori reconsidering maybe sort of starting – relocating that capacity elsewhere, would you consider a sale of Pori?

**<A - Simon Turner>**: So let's pick up those points in sequential order, and Kurt, I think, will add in here. Look there's no doubt about it for us we are very – we remain committed and focused on profiting from what is a very exciting industry. TiO2 has very strong prospects of further growth in the years to come. We do not see very often opportunities to get a large and outstanding industry facility into our portfolio. This is – and these are not opportunities that come around very often. We are determined as Venator to ensure that we focus on building a long-term successful business and that's really what drove us in terms of the thought process in terms of better long-term use of cash. We will not deny, of course, that there have been some statements around buybacks and shareholder friendly options and we certainly have no disposition against those measures. But we think on balance here, that our interests for building a long-term better Venator are better served by putting ourselves in a position to purchase Ashtabula and also extend our market leadership in another differentiated and more adjacent market in Europe, which as the leader is hard to gain share. So, I think that was the thought process behind it. And there are certain benefits from that for Venator and of course, at the industry level, I think that the technology then, which I spoke about the chloride technology would then be in the hands of people well used to that technology.

I would, turning to the second point. Look, there's no doubt, Hassan, we are disappointed about this new news [ph] out of the party (40:11). We have said it's a challenging program and I think people know that. We clearly have said that we don't have any option off of the table, could that involve [ph] a sale of party (40:29), well, that's something that the assessment would dig into. I will tell you that we are not in a position today to answer that question in the fulsome way.

We thought it was really important given particularly what's gone before and given particularly this new information around Ashtabula that we consult with our board and gain support that we would not rush headlong into a knee jerk decision here. It is unfortunate it spans one of our calls but we are determined as Venator to come back to you in the coming weeks with a better picture of what this means for the business. We understand that creates a period where people have some uncertainty and that is regrettable but we – it does not relieve us of the obligation to come back on a detailed basis and present the options on the selected way forward to yourselves over the coming weeks and that's probably I think

the most we could say at this time.

**<Q - Hassan I. Ahmed>**: Very helpful, Simon. Thank you so much.

## Operator

The next question comes from Aleksey Yefremov with Nomura Instinet. Please go ahead.

**<Q - Aleksey Yefremov>**: Good morning, everyone. Thank you. Sorry to come back to Pori, EBITDA question. But, Kurt, when you were adding back insurance business interruption proceeds in the last few quarters, was that add-back somewhere between that $50 million and $100 million range or was there some additional add-backs, if we say assume that that Pori was running at a loss so there would be the biggest step down going forward than this historical range might suggest.

**<A - Kurt D. Ogden>**: So Pori was not running at an EBITDA – well, when you say it was running at an EBITDA loss, certainly not under a theoretical model that we were using with our insurers in order to have these intermediate claims that we have had along the way. I do think that if you take that range of $50 million to $100 million and parse that down into quarterly chunks, you would find a quarterly EBITDA that is representative of a run rate within that range.



Case 4:19-cv-03464   Document 58-1   Filed 02/18/20 in TXSD   Page 183 of 407

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

Now, I will also add to that that as you know with our business interruption proceeds we have been covering lost EBITDA or lost profits, we have also been covering the carry cost of the fixed – unabsorbed fixed costs that continue on that site as well. And as part of this review process we will be addressing that burn rate as well.

**<Q - Aleksey Yefremov>**: So there is some additional EBITDA that might step down because of that burn rate in the third quarter.

**<A - Kurt D. Ogden>**: Yeah, we continue to incur unabsorbed fixed costs. So as we fast forward into the third quarter, you will have a fixed cost element that will be embedded in our results that we have been prepaid for here in the second quarter. That then we will need to adjust out for our adjusted EBITDA so that you can see what the representative earnings power of the business is.

**<Q - Aleksey Yefremov>**: Okay. So you will be adjusting that out?

**<A - Kurt D. Ogden>**: Yes, that's correct.

**<Q - Aleksey Yefremov>**: Understood. Thank you, Kurt. And then what is the current plan for ramping that 20% operating rate at Pori like if – I guess understanding you're re-evaluating it, but Plan A where would it be by the end of the year and in 2019 and also what does it mean for your CapEx? Can your CapEx decline substantially if you decide not to go forward with Pori rebuild in 2019 and 2020 or is it sort of prefund and you already have orders on the books, you'll have to spend the money.

**<A - Simon Turner>**: No, I think – it's Simon here. Let's take the second part of the question first, we are doing the review and that will tease out the cash we have on our balance sheet now which is substantively earmarked for Pori. We will decide through the review how that cash is to be spent and what is the best option on a go forward basis?

As part of your earlier question though, look the 20% of the plant is operating. We have had a three week break due to the safety incident, a significant incident on the site, a near-miss. We are in the process of restarting the project activity and construction. We are pacing it, because over these next weeks, we will have a more clear picture of our way forward. We want to take great care that we're managing our cash carefully in that period recognizing the review. I think, given that what we have now seen around the pacing we will not be paying a fast track kind of premium at all over this next period. And that coupled with the safety incident mean it's unlikely that we'll see fresh new production above the 20% level in the calendar year of 2018. And at the earliest juncture it will be in early 2019.

**<Q - Aleksey Yefremov>**: Understood. Thank you.

## Operator

The next question comes from Matthew DeYoe with Vertical Research Partners. Please go ahead.

**<Q - Matthew DeYoe>**: Good morning, gentlemen. Can you walk through the various options you have within the manufacturing [ph] footprint to transfer this (46:23) Pori production elsewhere and I prior believed your facilities were largely sold out and then as it relates to Pori, is that 20% production run rate profitable assuming no recovery on the unabsorbed fixed costs?

**<A - Simon Turner>**: So let me pick up on the first point, first Matt. And I – here I'm talking I think within the framework and the concept of the exercise that is underway. We are not in a position on this call to share with you detailed options by plan, by product and so forth with cost and that's the purpose of the review. However, some color remarks I think are appropriate. We clearly want to preserve as much as possible of our specialty and differentiated business.

[indiscernible] (47:10) that has been on the Pori project and that's also helped and underpinned from a cost and scale perspective by incremental commodity pounds that are made on that site. And I think to clarify once more we said 60% of specialty and differentiated, 40% of commoditized pounds, that was our plan. New information has caused us to



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

reassess that.

We will be looking across the range of our network because we believe that some of these grades and products can be transferred and these product slates on our factories moved around. Of course, the envelope of opportunities widens and becomes more broader should we be the owners of the Ashtabula complex. We have to recognize that. So one part of that is with and without Ashtabula.

Secondly, there are opportunities we believe to move some product lines from Pori elsewhere. We also are going to look at if there's any possibility around having some incremental commodity pounds within any of our factories. And those are the types of activities that are being pulled together along with timelines and costs and which we will come back to you on.

**<Q - Matthew DeYoe>**: Okay. And then question for you as relates to price. So you'd mentioned that seasonality is the primary driver for the global kind of price convergence particularly in Europe, but I mean does that mean you expect price in Europe to move back higher in the seasonally stronger spring of 2019 or stay flat? And then how do we rationalize this with the continued spread between Chinese and European price?

**<A - Simon Turner>**: Yeah, I think that what we see at this point of the cycle as we go into a – not the high seasonal quarter, i.e., 3Q, as we see the regional dynamics coming into play and then that means a global basis product flows typically to where the highest netback can be received. At this time, Europe is highly attractive export destination because of poor Chinese producers and others because you have high netbacks there. We see a self-caring kind of mechanism where U.S. prices go up, European prices fall back a little, convergence occurs and that situation self-levels through the second half of the year. However, it's my earlier point we believe the contouring of pricing particularly with raw materials coming coupled with the supply demand balance means in seasonal quarters in 2019 you can expect price levels even if they fall or even if they rose to potentially rise once more. And that's certainly how we will be setting ourselves up going into the next year although at the specific level it's too early to comment in absolute detail.

**<Q - Matthew DeYoe>**: All right. Appreciate that. Thank you.

## Operator

The next question comes from Jeff Zekauskas with JPMorgan. Please go ahead.

**<Q - Jeffrey J. Zekauskas>**: Thanks very much. You took $126 million charge in your performance business and you said that it was non-cash. Is it entirely non-cash or is there future spending? And just to continue with this type of question, what's the Pori spending to-date. And can a decision on Pori be reached without a decision on Ashtabula being reached?

**<A - Kurt D. Ogden>**: Jeff, this is Kurt. Let me pick up the first element of that. So on the $126 million non-cash charge that we took related to restructuring at our Augusta, Georgia facility that is all non-cash. So that was a write-down of the fixed assets that we have on site. As you are aware Huntsman has been engaged with a lawsuit with Albemarle who is the successor to the seller of those assets to us. It's clear that that asset will never achieve the designed rates that were represented to us. And so notwithstanding the efforts that we put into that we have written down the value of those assets.

Now there is a couple of million of cash restructuring that will take place there in association with this project, but that is fully comprehended in the restructuring cash outflow that we have outlined for you on slide 10 where in connection with our Business Improvement Program and other programs that we have going on we expect to have a cash restructuring cash outflow in 2018 of approximately $40 million to $50 million. And that Augusta element is comprehended in that.

The second part to your question is how much have we spent on Pori to-date. We have spent more than $200 million in CapEx funding. In addition to that we have spent cash on the cleanup of the site that exceeds $30 million and as you heard me indicate earlier, we have a burn rate today where we continue to pay for certain unabsorbed fixed costs. And



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

so as part of our review process, our intent is to take a look at the cash that we have received and make sure that we maximize the economic return, long-term economic return associated with the deployment of this $350 million of cash that we have on balance sheet today going forward.

**<Q - Jeffrey J. Zekauskas>**: Okay. And...

**<A - Simon Turner>**: I think – Jeff, it's Simon, just to add in here on the second part of your question. I think we said that we are not in a position to go into detail around the memorandum of understanding on the call specifically, but I think the previous release clearly shows the mechanism around time with Ashtabula and so forth, and of course, there is a lack of pure certainty in that process, of course, Tronox in a better position to comment on that regulatory dynamic than ourselves, but of course our exercise will envisage the possibility of both attaining the Ashtabula complex and not.

**<Q - Jeffrey J. Zekauskas>**: Okay. And then for my follow up, in the quarter, your volumes were down 12% and you had some production issues. If you didn't have the production issues, what would your volumes have been like? And then – and are those production issues resolved?

And then secondly, you talked about the convergence between European TiO2 prices and U.S. TiO2 prices as one being a higher priced market and one being a lower priced market. I'm not so aware of the difference in price between the two markets, is it between $100 and $200 a ton or how would you frame that price differential?

**<A - Simon Turner>**: Okay. Let's pick those two very different questions out. I'll [ph] factor (55:19) them one by one, Jeff. Let's talk about the volumetric delta that you raised. You spoke about 12% as per our script there. The way to think about the production related element is low single-digit percentage. Those are production issues we had and we believe those production problems are done and over. So that should take care of your first question.

On the second question relates to specifically priced convergence between North America and Europe. Over time, as we've seen over the years, there will always be a situation where one region of those two is higher than the other. They don't track exactly the same price. This time it's the European price that has gotten ahead of the American price in recent quarters that can be exchange effects as well. So what I'm saying is that we expect that convergence to continue to narrow that gap to sub-$200 because typically if you take the arbitrage of duty and freight of around $300 we would expect it to be within those timelines?

**<Q - Jeffrey J. Zekauskas>**: Great. Thank you so much.

**<A - Simon Turner>**: Thanks, Jeff.

## Operator

[Operator Instructions] The next question comes from Vincent Andrews with Morgan Stanley. Please go ahead.

**<Q - Brian Nowak>**: Good morning guys. This is Brian on for Vincent. I was just wondering...

**<A - Simon Turner>**: Hi, Brian.

**<Q - Brian Nowak>**: ...do you see any chance of regulatory objection if you were to buy Ashtabula and then not restart Pori? Do you see them potentially seeing that as an anti-competitive move? And then, would you be willing to divest the plant if that was required?

**<A - Simon Turner>**: Well, I think that we're not in a position yet to speak about this anti-trust regulatory process. And I'm not sure in your question who you're referring to as they, but of course we will always be prepared to work with regulators and we'll take steps that are required if any to obtain approval for our purchase of Ashtabula.

**<Q - Brian Nowak>**: Great. Thanks.

## Operator

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call

Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326

Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

The next question comes from Stephen Byrne with Bank of America. Please go ahead.

**<Q - Stephen Byrne>**: Hi. What level of due diligence were you allowed to perform ahead of that bid for Ashtabula and are you able to renegotiate that after more detailed due diligence? And then just on that capital that you've spent at Pori is any of that modular construction that you could move somewhere else or is that all unit operations fabricated on site?

**<A - Simon Turner>**: Well, look the second part of your question, it's too early to tell with the Pori modules and so forth. We are in the process of constructing options there and as we get that as we've said over the coming weeks we'll come back to you with more detail on that. We would characterize the diligence, obviously we did have a level of diligence opposite the Tronox process that would be in line with what you'd expect to be the level of the diligence. But beyond that we're not going to be able to speak about in any greater detail about any ongoing negotiations with Tronox other than to, say, we are moving expeditiously forward with our [ph] SPA (58:53).

## Operator

Next question comes from John Roberts with UBS. Please go ahead.

**<Q - John Roberts>**: Good. Thank you for the accounting help that you at least have tried to provide here. But in the year ago quarter look like you had sales from inventory which contributed to the negative volume comp, were those as if inventory sales as if you had had Pori and had normal inventories or the actual inventory sales and did you have any as if sales from inventory in the current quarter, I've never really thought about how you handle inventory in this as if accounting?

**<A - Kurt D. Ogden>**: Yeah. So, in the prior period Steve (sic) [John] (59:35), we had actual inventories that we were still selling out of in the second quarter of 2017, of course, that was on the heels of the actual fire itself. And so as you look at the results today there is no as if inventory adjustment in the results.

**<Q - John Roberts>**: Thank you.

## Operator

The next question comes from Jim Sheehan with SunTrust. Please go ahead.

**<Q - James Sheehan>**: Thank you. Could you talk about your progress on negotiating longer term supply contracts for TiO2? How are your customers receiving those proposals? And do you expect any big changes going forward?

**<A - Simon Turner>**: Jim, it's Simon here. On previous calls and as is currently the case, we continue to point out, but for us in a more fully sold position, we don't have that incentive to contract over longer periods. We pointed out we have a limited number of customers who were looking to extend contracting ranges from a more typical three months to six months, they are very much in the minority. And as we go forward we are seeing no increase in pressure from customers or from ourselves to change the way we approach our contracting with customers, which we think at the individual tailored level is the best way to advance commercial discussions with our customers and we are happy with that cadence and pattern we're in.

**<Q - James Sheehan>**: Thank you.

## Operator

The next question comes from Arun Viswanathan with RBC Capital Markets. Please go ahead.

**<Q - Arun Viswanathan>**: Great, thanks, good morning. Just wondering you mentioned that raw materials will be going up. What are you expecting to see on the side of inflation for the rest of the year? And then as a related question



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call
Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326
Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

what mechanisms do you guys have to offset some of that – those increases. And do you see your peers also having those mechanisms. How do you see that playing out? Thanks.

**<A - Simon Turner>**: Well, I'll leave Arun, Kurt to talk about the numerics there, but I think if we go back to our statements around raws we've said primarily it's about ores and feedstock. There is some energy component, which we are well positioned to manage in our various jurisdictions we feel good about that. But if I focus my comments mainly on ores in the sulfate part of our business which is 70% of the business. And we have very good visibility about how the second half looks. And frankly, we don't see inflationary pressures at the same degree as we do in our higher grade chloride rutiles and slags, which will flow through in the second half and early next year and that constitutes 30% of our production footprint.

So there is no doubt that rutiles have come out of the blocks earlier and higher with slags lagging. What we can't say, of course, is that with high grade material tightness continues to be the case with a number of interruption events we've seen this year in 2018 putting supply tightness into the market there. So that's how I characterize the dynamics of our major feedstock movements. It's not really for us to comment versus others by producer, of course, you'd have to speak to them, but what we would say is that the sulfate purchase of 0.5 million tons of ilmenite clearly with flat to down pricing offers us some advantage in this period.

**<A - Kurt D. Ogden>**: Arun, this is Kurt, I'll just add to that, that we do have the Business Improvement Program. We will see additional benefits here in the second half of 2018 from that and it ought to be in the neighborhood of $10 million in the second half itself in order to offset some of those pressures that we're seeing.

**<Q - Arun Viswanathan>**: Thanks.

## Operator

We have time for one last question and that question will come from Roger Spitz with Bank of America Merrill Lynch. Please go ahead.

**<Q - Roger N. Spitz>**: Thank you very much. Can you comment on what the cash cost to shut Pori down if you elected to go that route and clean it up and the class of shifts the Pori specially differentiated products to other facilities.

**<A - Simon Turner>**: We cannot comment on this at this time, Roger, but we will certainly get ourselves into a position as we come back over the coming weeks to comment on that.

**<Q - Roger N. Spitz>**: All right, thank you very much.

**<A - Simon Turner>**: Thanks, Roger.

## Jeffrey Schnell

Great. Thank you for joining our call today, feel free to reach out to investor relations with any follow-ups.

## Operator

Thanks. The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the*

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-07-31
Event Description: Q2 2018 Earnings Call
Market Cap: 1,404.49
Current PX: 13.20
YTD Change($): -8.92
YTD Change(%): -40.326
Bloomberg Estimates - EPS
Current Quarter: 0.541
Current Year: 2.744
Bloomberg Estimates - Sales
Current Quarter: 610.000
Current Year: 2420.455

information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.

© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

# Exhibit 11

| | |
|---|---|
| Company Name: Venator Materials | Market Cap: 1,148.07 |
| Company Ticker: VNTR US | Current PX: 10.79 |
| Date: 2018-09-12 | YTD Change($): -11.33 |
| Event Description: Business Update Call | YTD Change(%): -51.221 |

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

*final*

# Business Update Call

## Company Participants

- Jeffrey Schnell
- Simon Turner
- Kurt D. Ogden

## Other Participants

- David I. Begleiter
- Duffy Fischer
- John Roberts
- Aleksey Yefremov
- Matthew DeYoe
- Jeffrey J. Zekauskas
- Robert Koort
- Arun Viswanathan
- Brian Nowak
- Roger N. Spitz
- Laurence Alexander

# MANAGEMENT DISCUSSION SECTION

## Operator

Good morning and welcome to the Venator Materials Pori Update Conference Call. All participants will be in listen-only mode. [Operator Instructions] After today's presentation, there will be an opportunity to ask questions. [Operator Instructions] Please note this event is being recorded.

I would now like to turn the conference over to Jeff Schnell, Director of Investor Relations. Please go ahead.

## Jeffrey Schnell

Thank you. Good morning, everyone. I am Jeffrey Schnell, Director of Investor Relations for Venator Materials. Welcome to Venator's Pori update call. Joining us on the call today are Simon Turner, President and CEO; and Kurt Ogden, Senior Vice President and CFO. This morning, we issued a press release announcing the results of our comprehensive review of the reconstruction of our Pori, Finland manufacturing facility and posted it to our website, venatorcorp.com. We also posted a set of slides on our website which we will refer to on the call.

During this call, we may make statements about our projections or expectations for the future. All such statements are forward-looking and while they reflect our current expectations, they involve risks and uncertainties and are not guarantees of future performance. You should review our filings with the SEC for more information regarding the factors that could cause actual results to differ materially from these projections or expectations. We do not plan on publicly updating or revising any forward-looking statements during the quarter.

We also refer to non-GAAP financial measures such as EBITDA, adjusted EBITDA, free cash flow and net debt. You can find reconciliations to the most directly comparable GAAP financial measures in our release which has been posted



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

to our website at venatorcorp.com.

It is now my pleasure to turn the call over to Simon Turner, President and CEO of Venator.

## Simon Turner

Thanks, Jeff, and good morning, everyone. Let's begin on slide 3. This morning, we announced the conclusion of our Pori review. Cost escalation and delays in the timeline to completion have prompted Venator to forego the reconstruction efforts of the Pori, Finland TiO2 manufacturing facility. We have decided that Venator will transfer technology and production from Pori to other sites within our network.

Additionally, we will strengthen production capabilities at our sulfate manufacturing sites to support the transfer process before closing Pori entirely. These actions will occur in phases and will maintain Venator's leadership position in the high quality specialty and differentiated TiO2 market.

Before outlining the specifics of the plan, I would like to take a moment to sincerely thank the Venator associates at Pori for their dedication and hard work throughout this difficult rebuild and transition period. We regret the impact this has on our associates in Pori and we'll treat them with respect and fairness consistent with our values, that we believe closing the site is the best decision for the long-term success of our business.

I'd like to provide a little more detail on the actions currently underway. We intend to close the Pori, Finland TiO2 facility. The facility is able to produce up to 25 kilotons or 20% of the site's operating capacity and will continue to supply the finished products to customers through the transition period which is expected to last through 2021. Closure costs are expected to be as much as $150 million. However, approximately two-thirds will be incurred beyond 2020.

Other costs associated with winding down the reconstruction efforts at the plant including unabsorbed fixed costs are expected to be $130 million. We will invest to transfer production from Pori to other sites and simultaneously strengthen our specialty and differentiated production elsewhere in the network. We will allocate approximately $150 million of CapEx to both, upgrade the mix at certain facilities by transferring inks products and adding incremental high value production for cosmetics, pharmaceutical and food applications.

The investment will drive product flexibility and incremental production through debottlenecking existing facilities with a net increase equivalent to approximately 50% of the 45 kilotons transferred volumes. The majority of CapEx will be spent beyond 2019 and the project is expected to generate an IRR greater than 30% with an expected annual EBITDA contribution of $30 million in 2020 increasing to approximately $60 million in 2023.

With that, I will turn the call over to Kurt.

## Kurt D. Ogden

Thank you, Simon. Turning to slide 4, we have provided a summary chart of the expected cash commitments to implement the plan. Through June 30, 2018, we have spent $247 million on CapEx and cleanup costs at Pori. Through the end of the year, we expect to spend approximately $130 million to wind-down prior construction activity and cover unabsorbed fixed costs, most of which has already occurred in the third quarter.

Additionally, we intend to allocate approximately $150 million of CapEx to transfer production from Pori and strengthen the existing sulfate network with the majority of the spend occurring after 2019. Finally, closure costs are expected to be $150 million. However, two-thirds will be incurred after 2020.

In the second quarter of 2018, we recognized the remainder of insurance proceeds as income, and therefore, will not record a future EBITDA contribution from Pori associated with business interruption in our financials. As a result, we have provided some granularity on Pori's EBITDA contribution since the fire in January 2017. This should offer a better perspective on the approximate $50 million to $100 million range of earnings previously provided.

Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

As we move into the second half of the year, we expect to incur unabsorbed cash fixed costs associated with Pori of approximately $30 million, which is included in our project wind-down estimate of $130 million, approximately $15 million of which will impact the third quarter. We expect to exclude these unabsorbed fixed costs from our adjusted EBITDA in the third and fourth quarters as we rightsize our costs during the transfer process.

Turning to the third quarter, raw material and energy costs continue to rise and the expected sequential headwind is trending to the high end of our prior communicated outlook of $10 million to $15 million. European TiO2 prices have seen additional pressure in the third quarter with the gap to global pricing narrowing more than our prior estimates. We expect pricing and volume headwinds each to be roughly equal to the raw material and energy impact in the quarter.

With that, I'll turn the call back over to Simon.

## Simon Turner

Thanks, Kurt. Turning on slide 5. In summary, restoring the specialty and differentiated capabilities previously at Pori is core to our overall strategy. We intend to close our manufacturing facility at Pori, transfer production previously at Pori to other sites, and strengthen the existing network. We are confident in our ability to execute on time and within budget, restoring Venator's position as a leading producer of specialty and differentiated TiO2, and enhancing our free cash flow generation throughout the cycle.

Before opening the call for questions, I'd like to address our ongoing negotiations with Tronox. We continue to work with Tronox under the exclusivity letter to conclude a definitive agreement for the purchase of the Ashtabula complex. But we do not think it is appropriate to say more during this stage of the negotiations. We appreciate your understanding regarding this matter.

With that, operator, please could you open the line for questions?

# Q&A

## Operator

We will now begin the question-and-answer session. [Operator Instructions] The first question will come from David Begleiter of Deutsche Bank. Please go ahead.

**<Q - David I. Begleiter>**: Thank you. Simon, Kurt, just on the two costs, the $130 million of CapEx site and wind-down costs, will that all be incurred in 2018?

**<A - Kurt D. Ogden>**: Yes. Good morning, David. It will all be incurred in 2018 and let's just remind you what that represents. That represents capital expenditures that have been incurred prior to our announcement today as well as those estimated bills that will be coming through here subsequent to the announcement today.

**<Q - David I. Begleiter>**: And Kurt, just thinking about CapEx for 2018 and 2019 and maybe even 2020, any further guidance you can provide?

**<A - Kurt D. Ogden>**: CapEx, as it relates to the transfer and strengthen project that we have on the $150 million...

**<Q - David I. Begleiter>**: I was thinking total CapEx for the company given these moving parts.

**<A - Kurt D. Ogden>**: Yeah. Sure. Well, we've indicated that we estimate we'll spend $120 million of CapEx in 2018. I will indicate that we have been spending about $10 million annually on maintenance CapEx at Pori. So, we will be saving of that spend as we go forward. If we take that $120 million, pull out $10 million for Pori maintenance, the CapEx associated with the transfer and strengthen network, we'd expect to spend a little more than – about $65 million or so of CapEx. So, that would suggest the $175 million of CapEx. And then, we've got some cash costs associated with the closure that won't be CapEx, but will be a cash spend.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

**<Q - David I. Begleiter>**: Thank you very much.

## Operator

The next question will come from Duffy Fischer of Barclays. Please go ahead.

**<Q - Duffy Fischer>**: Yes. Good morning, fellas. Question just around kind of towards the end of Kurt's part of the presentation, where he was talking about the walk from Q2 into Q3, and you talked about the headwinds, the $10 million to $15 million being closer to the higher end of the $15 million, and then a couple other issues that were each [ph] $15 million (11:34). Is the cumulative of that that we're looking at about a $45 million headwind Q2 to Q3, and then another $15 million that you'll exclude, which is the stranded overhead, is that the right way to think about that?

**<A - Kurt D. Ogden>**: Yeah. So, if you're bridging from the 2Q reported adjusted EBITDA of $157 million, Duffy, you'd pull out the $23 million associated with Pori.

**<Q - Duffy Fischer>**: Yeah.

**<A - Kurt D. Ogden>**: And then, you've got these other headwinds that total up to $45 million, you would not add or add back the additional $15 million. We are just identifying that as an item that we will adjust out of EBITDA, but recognize that that is a cash burn that we will have in the third quarter.

**<Q - Duffy Fischer>**: Okay. And then, if we could go back, the 45kt of specialty that you're going to move from Pori to other places, and then the $60 million of adjusted EBITDA kind of at maturity from that, it's roughly $1,300 a ton. Is that just the upgrade from base TiO2 to the 45kt of specialty or does that $60 million of maturity EBITDA also include the profitability on the base TiO2 as well?

**<A - Simon Turner>**: So, Duffy, it's Simon here, just maybe to jump in there. So, the way to think about this plan, it's a transfer and strengthening plan of $150 million as we said. It comprises three main elements. It is a transfer of products that were previously made at Pori to other sites within our network, specialty and differentiated products. It is an intensification of some expansion in one part of a very high value specialty part of the market in the CPF applications, cosmetics, pharmaceuticals and food. And it's also roughly half of that is associated with some capacity creep on a number of the sites to make them more efficient.

So, that should – clearly, that latter part is that that margin, you got to think of about there's a mix-up benefit clearly.

**<Q - Duffy Fischer>**: Okay.

**<A - Simon Turner>**: And even within that, now there's an expansion of some specialty. There's quite a range of moving parts, the net effect of which is to take – post-Pori, which was one of our strongest plants, to in effect strengthen the remaining network. As well as, I might add, each of these plants will then be able to make or will then make more products than they previously made and we will have more product flexibility. There's quite a few moving parts I know, but I think that's the way to think about the program.

**<Q - Duffy Fischer>**: Okay. And then just the last one, on the 25kt of capacity of Pori through 2021, is that just finishing and upgrading capacity that will be running or you'll actually be processing ore there and producing base TiO2?

**<A - Simon Turner>**: So, it's the former, Duffy, and not the latter. We'll be taking interim product from elsewhere and finishing it. I will add that it's not anticipated that this site would run at that level of output for each and every one of the three years. Clearly, there will be a transition and a ramp-down during that period, but concluding through 2021.

**<Q - Duffy Fischer>**: Great. Thank you, guys.

**<A - Simon Turner>**: Thanks, Duffy.

**<A - Kurt D. Ogden>**: Thank you, Duffy.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

## Operator

The next question will come from John Roberts of UBS. Please go ahead.

**<Q - John Roberts>**: Thank you. Was the increase in Pori costs primarily a misestimate of the initial amount of damage from the fire or was it inflation in engineering and parts and the damage initially was estimated well, but it was just the actual work that needed to be done was misdid. I'm just trying to figure out a postmortem on what killed Pori.

**<A - Simon Turner>**: Well, John, obviously, clearly, we are dismayed with the way this has played out. I will say to your point that it was a combination of factors, both of which you've mentioned already. I think we highlighted on our previous call that due to new information in damages that were incurred outside of the fire impact zone which related directly to the fire and partly to the extended period that those assets have been sitting through a freeze-and-thaw cycle with some of the key issues that led to this escalation and with that direction of travel made it economically unviable such that we focused our efforts on this intense period these past six weeks to look at an alternative plan.

**<Q - John Roberts>**: And then, when you add up all the expenses of the new plan, how much less was that than what the latest estimate that you had had on the Pori rebuild?

**<A - Kurt D. Ogden>**: Well, it's significantly less, John. What we have not provided here as you know is what the latest estimate would be for the full rebuild. We will tell you that it was significantly more, and we saw data points indicating that it was going to be significantly more here back in July and that's what led us to this extensive review process. And we had enough data, although there wasn't a full bottoms-up assessment on what it would cost to rebuild the facility, we had enough data to suggest that it was going to be significantly more. That's why we called the timeout to go through the review process.

And so, I think the answer to your question is it would have been significantly more to continue on with the rebuild. And the timeline – we saw an extended timeline as well to rebuild that beyond our previous estimates. And so, that's why we've really focused our attention on developing this alternative plan, which we think really makes the most of what is a difficult situation there at Pori.

**<Q - John Roberts>**: Thank you.

## Operator

The next question will come from Aleksey Yefremov of Nomura Instinet. Please go ahead.

**<Q - Aleksey Yefremov>**: Thank you. Good morning, everyone. Simon, could you help quantify this debottleneck that you're going to be doing as a result of this project in terms of kilotons?

**<A - Simon Turner>**: Yeah. Let's be clear. We said half – roughly half of the 45 kilotons and I'm sure you can take appropriate margin in your estimates there to quantify that. But let's be clear here, this is about taking the opportunity while we are doing these transfer projects to these sites. This offers the opportunity at the same time to squeeze out a little bit more creep on a range of sites. You don't think about this as expansion in terms of brownfield or fundamental nameplate expansion, this is about making those sites more able to get that slightly higher utilization rates on those sites' effective capacity.

**<Q - Aleksey Yefremov>**: Understood. And the current 20% of Pori that is running, excluding the unabsorbed fixed costs, could you give us some idea of how much EBITDA that earns right now, maybe [indiscernible] (00:19:21).

**<A - Simon Turner>**: We think during the intervening period of transition, we will be able to run that site at breakeven to allow us to do the transition.

**<Q - Aleksey Yefremov>**: Okay. Thank you.

**<A - Simon Turner>**: Thanks, Aleksey.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

## Operator

The next question will come from Matthew DeYoe of Vertical Research Partners. Please go ahead.

**<Q - Matthew DeYoe>**: Thanks. So, by my estimate, you're going from about 80,000 metric tons of specialty capacity at Pori prior to about like 45,000 metric tons as the new increment. Are you exiting any product lines there, maybe inks?

**<A - Simon Turner>**: No. We're not planning to exit product lines, but clearly, in the situation we're moving to, we will have a lower absolute of specialty products. We will still be in each of the segments, but we will have an expansion and an intensification in one of the very high value segments within the CPF set of applications.

**<Q - Matthew DeYoe>**: Okay. And so, from the numbers you put out there, it looks like $30 million in total EBITDA contribution in 2020 and I think $60 million a couple years thereafter. But can you help us or can you frame your idea of what mid-cycle economics are, particularly as it relates to 2018, would you have viewed that as peak or – just trying to frame the downside or upside to that $30 million number.

**<A - Kurt D. Ogden>**: Yeah. Matt, this is Kurt. Perhaps I can take a stab at that. 2018 is – the question is, is 2018 a peak year. Certainly, we saw stronger profitability in the first half of 2018 than what we will see in the second half of the year. Certainly, that's not comparable to the prior peak that we saw back in the 2011/2012 timeframe. And so, although we see some moderation here in the second half of the year, we wouldn't represent that 2018 is necessarily a mid-cycle. I think that the assumptions that we have embedded in our model are more reflective of margins that are closer towards the 2017 time period, recognizing that the industry has the ability to improve its overall margins over time.

**<A - Simon Turner>**: And maybe I can add into that, Matt. It's Simon here. Look, this plan contemplates the 45 kilotons as fundamentally being the target of specialty. And as we said for many times, we will have a higher fraction of this project with specialty earnings. Those earnings are more stable and those prices are both higher and more stable. So, it's hard to kind of think about that on a mid-cycle basis as it looks at the specialty prices. And within that there's a mix of margins and prices, because there's a mix of specialty applications. So, I think we think about it as – good data point now is as we come into the second half, we're seeing flat to increasing specialty prices on average. And so, it's a different – we're seeing [ph] it's somewhat (22:40) different there from some other parts of our business.

**<Q - Matthew DeYoe>**: Sure. I just have to, I guess, balance that with the fact that you're going to have to enter the market and reestablish share when the market is more or less balanced or potentially oversupplied on the specialty side of the equation. And so, I imagine [ph] you have (00:22:56) mechanisms to do that, but price would probably be one of them.

**<A - Simon Turner>**: Yeah. That is a great point, Matt, and it's something that we have heard from people a number of times. It's a very valid point. What I would say to you is we are targeting a lower position than previously, so that challenge while significant is not at the same scale. What I would also tell you is that in this over a year-and-a-half period, it's become very clear to us how customers value certain of these products in those specialty markets and it's become very clear to us. And in fact, we can also tell you that in some areas, some producers or competitors vacated these markets, which offers us this opportunity in parts of our higher value CPF markets. So, those are some factors [ph] set (23:45) against your point I think.

**<Q - Matthew DeYoe>**: Sure. All right. Thank you.

## Operator

The next question will come from Jeff Zekauskas of JPMorgan. Please go ahead.

**<Q - Jeffrey J. Zekauskas>**: Thanks very much. So, if you're going to spend $430 million on Pori and $100 million comes after 2020, I guess $330 million comes for – there's $330 million in spending for 2019 and 2020. Your base



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

CapEx is $120 million. So, $330 million divided by two is $165 million. So, does it turn out that your CapEx for 2019 and 2020, exclusive of whatever else you might buy, is about $285 million a year?

**<A - Kurt D. Ogden>**: Yeah. Let me try and clarify some of those numbers a little bit more [ph] clearly for you (24:36), Jeff.

**<Q - Jeffrey J. Zekauskas>**: Thank you.

**<A - Kurt D. Ogden>**: So, we said that of the $430 million, the $130 million would be spent in 2018. As we look into 2019, I indicated that we'll spend approximately $65 million of the CapEx in 2019. We would expect to spend approximately $50 million on the closure program. So, call it, somewhere between – that's $115 million, so that suggests between $100 million to $125 million in 2019. And then, your spend is going to ramp down as you go in the out-years, such that 2020 is going to be almost half of what it was in 2019 and then just continuing to ramp down. But what that ought to tell you is that, as it relates to the $430 million spend, is that much of it will either be spent here in 2018 or it's deferred beyond 2019.

**<Q - Jeffrey J. Zekauskas>**: So, if I understand what you just said to me, the CapEx in 2019 is closer to $250 million and the CapEx in 2020 is closer to $180 million.

**<A - Kurt D. Ogden>**: Well, so I think about a normalized CapEx that we're going to spend in 2018 at $120 million, I take out $10 million for Pori to get to $110 million. And then, we gave you somewhere between $100 million to $125 million if you take the upper end of that, that suggests the $235 million max in 2019 and you could – and a range that is [indiscernible] (00:26:25) in 2019.

**<Q - Jeffrey J. Zekauskas>**: In 2019? Okay. Super. Yeah.

**<A - Kurt D. Ogden>**: This is in 2019. Yeah. This is 2019. So, a range of $210 million to $235 million recognizing that that assumes that you spend at the same rate in 2019 that we have been in 2018 on the rest of the sites. And let's just remind you that we view maintenance CapEx at $75 million or so. And so, you have the ability to pull back on some of that discretionary spend in 2019, should you choose to do so while still executing on this transition, strengthen and close process that we provided to you today.

**<Q - Jeffrey J. Zekauskas>**: So, the 2020 number is in the neighborhood of $160 million or $180 million?

**<A - Kurt D. Ogden>**: No. Let's be real clear again here.

**<Q - Jeffrey J. Zekauskas>**: Okay.

**<A - Kurt D. Ogden>**: So, I started with a base spend of $120 million that we're going to spend in 2018. And I'm saying, if you use that same assumption in 2019, that's your starting point of $120 million, pull $10 million out for Pori, add in the spend on this plant, and you end up with a range of $210 million to $235 million recognizing that we could moderate that down.

**<Q - Jeffrey J. Zekauskas>**: Right. But it's 2020 that I'm wondering about.

**<A - Kurt D. Ogden>**: Oh, sorry. 2020, if – yeah, and what was the estimate that you had?

**<Q - Jeffrey J. Zekauskas>**: Maybe around $150 million or $160 million.

**<A - Kurt D. Ogden>**: Yeah. I mean, it's anywhere from $150 million to $190 million.

**<Q - Jeffrey J. Zekauskas>**: Okay. And then lastly, you've talked about price pressure in titanium dioxide in Europe. When you look at the North American market or you look at Asian markets, are you seeing, exclusive of currency changes, lower titanium dioxide prices or that is – is it really confined to Europe or is it more a global phenomenon?

**<A - Simon Turner>**: I think Jeff, the way I would characterize it is in three parts. I think in Europe, we've kind of like thrown out there and put out there and discussed. Of course, there's some currency aspect there, but [ph] there's some (00:28:55) demand related to that and we tried to quantify that. The way I think about the other markets are in North



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

America, where we are seeing prices holding up. It was still low than European prices, but price is holding up and not turning down.

And then in Asia, we're seeing – due to some Chinese softness, we are still seeing some high levels of exports and some price pressures both in the Asian market, where there are some currency moves as well with the Chinese currency and the ringgit and so forth. And to some extent, the export territories of those Chinese markets, in Turkey for instance, which has got its own set of economic issues of course of late and to South America.

So, I think about it in three buckets there. Currency is an issue outside the U.S. in those markets, but the reasons behind Asia and Europe are different. I mean, in Europe, while of course we saw a spike in Chinese exports in March, the last data points are more in line with what we saw all through 2017. So, we clearly see some exports into Asia from China affecting prices.

**<Q - Jeffrey J. Zekauskas>**: Okay, great. Thank you so much.

**<A - Kurt D. Ogden>**: Thanks, Jeff.

## Operator

The next question will come from Bob Koort of Goldman Sachs. Please go ahead.

**<Q - Robert Koort>**: Thanks very much. You guys noted that I guess over a cycle, Pori had historically produced between $50 million and $100 million of EBITDA. I'm wondering if you could parse that out between the specialty components that you'll continue to operate and relocate as you mentioned versus the commodity part of that. Was there substantial volatility only in the commodity side? Was there some level of volatility in the specialty side? Can you just give us some sort of historical precedence there?

**<A - Kurt D. Ogden>**: Yeah. I think we were quite clear. Going back at the start with the Pori situation, Bob, that we said 60% of the capacity there derives 75% of the EBITDA. So, I think that's a good market for higher levels of earnings. If you look at the $50 million, $100 million, that's a pretty good way to think about the upper half of that range, the lower half of that range of course should trend down towards $50 million and that changes. And you would see that going up more to above 85%, 90% of the times of the EBITDA derived from those specialty tons. So, that should kind of help you give a feel for the kind of leverage ratio, if you like, of the specialty pounds.

**<Q - Robert Koort>**: Got you. And then, Kurt, I'm on a cellphone and was feverishly writing down, so I may have missed it, but I thought you intimated some update or change in your view on ore. Can you talk a little bit about what's going on with ore? And then, as you look into next year, the potential for those contracts to reset again, what we might expect?

**<A - Kurt D. Ogden>**: Yeah. Bob, we spoke about ores and energy, so please don't take this as just an ore situation. We've seen a range of smaller increases in a range of smaller ores including energy, but of course the biggest number is ores. So, I don't think we're calling out anything really untoward right now, just that it's at the higher end of the range mainly because of those other raw materials.

What I would say in answer to your second part of the question for next year is, I think we continue to see higher grade ores being relatively tighter in supply and we see that – we continue to see next year, the rate of increase of higher grade materials outpace the rate of increase of ilmenite and lower grade materials, which those prices have been nominally flat in some of our contracts even down. So, I think the direction level for 2019, we don't see any difference beyond that.

**<A - Simon Turner>**: And Bob, just to reiterate that range. It was a $10 million to $15 million headwind for the combination of ore and energy 3Q versus 2Q.

**<Q - Robert Koort>**: Got you. Thank you very much.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

**<A - Simon Turner>**: Thank you.

## Operator

The next question will come from Arun Viswanathan of RBC Capital Markets. Please go ahead.

**<Q - Arun Viswanathan>**: Thanks. Good morning.

**<A - Simon Turner>**: Good morning, Arun.

**<Q - Arun Viswanathan>**: Good morning. You addressed some issues around European pricing come down. I think on your last call, you had noted that there's some seasonality involved there. Now, you're also talking about Chinese imports had remained relatively high. So, what's exactly going on here? Is this just a correction or how would you characterize TiO2 market? Is demand really holding up or have you seen any weakness there? Just give us a little bit more detail on what you're actually seeing in the market from a supply-demand perspective. Thanks.

**<A - Simon Turner>**: Okay, great. So, from a demand perspective in Europe in the third quarter, I think that's probably the question, it narrows down to that. As I said, we are seeing some lower level of demand than we'd like to see in this third quarter. Having said that, the guidance we gave with our numbers primarily is accounted for by seasonality on volumes. What we're saying however is the pressure transfers into pricing, because you're fighting to keep those same pounds and the seasonal pounds, but you are taking a penalty or some price reductions to hold on to those volumes.

So, we're not saying that we're losing share here. What we're saying is the imports from China are structurally adjusted 18 months ago and we don't fundamentally see any change underlying from how we've been these last 18 months and not growing. The difference we're saying is in this third quarter demand in Europe is a bit softer than we'd like. And we can call out some spots like, as I said earlier, in the Eastern – remember that Turkey, parts of Eastern Europe, some uncertainty around the UK and so forth. And it's a bit – there is demand there, but it's a little bit weaker than we'd like to see.

**<Q - Arun Viswanathan>**: Great. Thanks. And when you look at – again, are there differences versus regions? I mean, have you seen increasing weakness develop in Europe? I mean, why is North America holding up and would you expect North America to follow soon? Thanks.

**<A - Simon Turner>**: Look, I mean, North America is a large market. Clearly, the price over these past quarters for some time now has been lower against prices in dollars that have been seen in both Europe and Asia. We are seeing prices holding up right now in North America and we've seen demand holding up in North America, which goes to underscore that, clearly, there is a strong regional component of what's going on in these markets. And that's what we're seeing in North America right now.

Will it turn down? Well, we expect this price situation, we'd point you to the fundamentals of this industry, we don't feel any different today than we did all through these past quarters. And that's that we still see consolidation, we still see the Chinese dynamic, and we still see some reasonable supply-demand tightness with little prospect of increased fresh new supply coming into the market. So, we haven't changed that.

**<Q - Arun Viswanathan>**: And just to clarify, do you think that's potentially because of increased long-term contracts in North America? Is that a commercial strategy that you can also pursue elsewhere? Thanks.

**<A - Simon Turner>**: Yeah. Look, I think long-term contracts are something, of course, we'd always be interested in and things that stabilize the market. And I think we have said that while we have few, what you might call, 12-month type contracts, we certainly have been contracting on a bespoke basis with individual normally large customers at the six-monthly level. So, I fundamentally see the price in North America driven mainly by the supply-demand dynamic rather than stabilization, although clearly, we're still big fans of that.

**<Q - Arun Viswanathan>**: Thanks.



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call

Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221

Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

## Operator

The next question will come from Vincent Andrews of Morgan Stanley. Please go ahead.

**<Q - Brian Nowak>**: Hi. This is Brian on for Vincent.

**<A - Simon Turner>**: Hi, Brian.

**<Q - Brian Nowak>**: Just a question with respect to demand, I think you and some of your peers may have called out some destocking happening into the third quarter. Are you seeing that? Is that part of the demand headwinds that you're seeing and is that – how worked through are we of those inventories in your customers?

**<A - Simon Turner>**: Look, I think we feel quite encouraged, broadly speaking, in western markets by stock levels. This is a totally different stock profile to as we came off what was the last peak in 2012. We don't see that at all. What we do see in Asia, of course, is with third-party dealers holding some of their stock with a bit of a softer Chinese market, some of that product has been released into the market. And that's the dynamic that we've seen over the years in Asia and we continue to see.

As it relates to Europe, there could be a little bit of destocking, but it's mainly because of slightly softer demand. That's how I would characterize it. North America, demand holding up, stock levels at good levels, not overly high at all. So, normalized, I would say.

**<Q - Brian Nowak>**: Got it. Thank you. And then I guess, earlier this week, we saw some headlines that maybe the environmental restrictions in China might be a bit less stringent than people may have expected. Do you think that that could lead to more exports in this coming winter than maybe we saw last year?

**<A - Simon Turner>**: Well, I expect [ph] the pallid (39:06) inspections environmental pressures to continue in China, no question. I would also expect that the top 10 producers in China or so who have got some capabilities here, who are able to deal with and tackle those restrictions and requirements would still be able to and keen to export, particularly into the broader Asian market, should they see softness in their own market. And so, that's what we anticipate to see over this coming period I think.

**<Q - Brian Nowak>**: Got it. Thank you very much.

## Operator

The next question is a follow-up from Duffy Fischer of Barclays. Please go ahead.

**<Q - Duffy Fischer>**: Yeah. Sorry, just one follow-up. On the feedstock for Pori, how fungible is that ore? My guess is you would have contracted for some of that until just recently as you thought you were restarting. So, how much of that would have been like an ilmenite versus an upgraded ore blend? And then, how much of that can you use in other plants of yours?

**<A - Simon Turner>**: You're quite right, Duffy, by far and away the majority of material in Pori was ilmenite, lower-grade sulfate ilmenite. That has been – the source point of that has not supplied us clearly at Pori for some time now, because we have not been running the black section. That is a kind of rock type of ilmenite. So, I will tell you that we were not able to use substantive quantities of this product in the remaining part of our network from that source point.

**<Q - Duffy Fischer>**: Okay. Thank you.

**<A - Kurt D. Ogden>**: Thanks, Duffy.

Company Name: Venator Materials    Market Cap: 1,148.07    Bloomberg Estimates - EPS
Company Ticker: VNTR US    Current PX: 10.79    Current Quarter: 0.442
Date: 2018-09-12    YTD Change($): -11.33    Current Year: 2.545
Event Description: Business Update Call    YTD Change(%): -51.221    Bloomberg Estimates - Sales
    Current Quarter: 595.222
    Current Year: 2387.364

## Operator

The next question will come from Roger Spitz of Bank of America. Please go ahead.

**<Q - Roger N. Spitz>**: Thank you and good afternoon. For CapEx, I'm wondering if it's possible to just provide one number for CapEx guidance for each of 2018, 2019, 2020, as it would show up on your cash flow statement in your 10-Ks.

**<A - Kurt D. Ogden>**: Yeah. So, for 2018, Roger, we will see a CapEx that is going to be approximately $220 million – well, I've got to include the prior spend that we have with Pori. And so, that's the number that we'll have to follow-up with you at a later time. But what we are saying that beyond what we have currently, there's $100 million of incremental CapEx associated with the Pori wind-down that will take place in 2018. For 2019, we've indicated that there is a range of $210 million to $235 million. And for 2020, we've indicated a range of $150 million to $190 million.

**<Q - Roger N. Spitz>**: Thank you for that. And you said Pori will run its 25,000 met ton specially and differentiated at breakeven until shutdown more or less. On the other hand, I see from the slides that it generated $94 million in the LTM period when it was presumably absorbing fixed costs of the larger site, which I may or may not have heard was a $15 million headwind, which might suggest that was $109 million if I'm supposed to add that together. So, how is that running the $25 million breakeven going forward compared with the $94 million of LTM EBITDA of the Pori site?

**<A - Kurt D. Ogden>**: So, Roger, as you will recall, prior to – well, the second quarter of 2018 and in prior quarters, we were recognizing business interruption income associated with the collection in quarterly installments from our insurance underwriter. So, now that we have received all those funds, we took a big recognition in the second quarter. And so, we'll now no longer be recognizing that business interruption lost EBITDA components in 3Q going forward, but rather we'll only recognize whatever that site in its reduced state is able to generate and we estimate that at breakeven.

**<Q - Roger N. Spitz>**: Okay. So, it sounds like excluding the insurance proceeds, since you restarted that 25kt in I guess Q2 2017 the plant has been running around breakeven and you expect that to keep going until the – around breakeven until it shutdown. Is that a fair statement?

**<A - Kurt D. Ogden>**: Yes.

**<Q - Roger N. Spitz>**: Thank you very much.

**<A - Kurt D. Ogden>**: Thanks, Roger.

## Operator

The next question will come from Laurence Alexander of Jefferies. Please go ahead.

**<Q - Laurence Alexander>**: Good morning. I just wanted to clarify a couple things. I think you said it earlier in one of the back and forth that there was also some cash costs related to cleanup in 2019. Can you quantify that?

**<A - Kurt D. Ogden>**: No cash cleanup in 2019, but what we've indicated is that in 2017 primarily, we spent approximately $30 million for – in cleanup costs. And that is included in the $247 million of cash spent for CapEx and cleanup costs through June 30, 2018. But the bulk of that cleanup was spent in 2017. There was a little bit that has been leaking into 2018, but there will be nothing that will extend into 2019.

**<Q - Laurence Alexander>**: Okay. And there was – in the discussion about trying to parse supply-demand versus seasonality, maybe if you could frame it in a slightly different way. If current supply-demand trends were continuing into the seasonally strong part of next year, would you expect to be at a fully pass through the rise in ore prices?

**<A - Simon Turner>**: Look, yeah, I think that's a great question, Laurence. From our points of view, as we said earlier, we see the fundamentals of this industry remain strong and attractive. We certainly see these near-term effects of some



Company Name: Venator Materials
Company Ticker: VNTR US
Date: 2018-09-12
Event Description: Business Update Call
Market Cap: 1,148.07
Current PX: 10.79
YTD Change($): -11.33
YTD Change(%): -51.221
Bloomberg Estimates - EPS
Current Quarter: 0.442
Current Year: 2.545
Bloomberg Estimates - Sales
Current Quarter: 595.222
Current Year: 2387.364

narrowing of the price gaps. We remain encouraged by the fundamentals and the fact that the North American demand and pricing are holding up there. And we see every incentive as high grade costs come into the chain that we will go for and implement high prices. As to the success in the seasonal quarters directionally, yes, but too early to say how that will play out.

**<Q - Laurence Alexander>**: And then finally, just when all the dust settles by 2022 or so, what is your net planned volume increase from current levels?

**<A - Kurt D. Ogden>**: Well, okay, so there's a couple of ways of thinking about that. We would be looking at the 45 kilotons here because we got the creep capacity and that's only in part of our network. I guess, if you look at the rest of our network, there will be – we'll also be looking for opportunities to squeeze out more tons. So, it's going to be in that order of magnitude as we go down the track. We're not talking about big blocks of 25, 50 kilotons here. We're talking about the ability to squeeze out 3 or 4 kilotons from each of our sites, most of which is contemplated within this plan.

**<Q - Laurence Alexander>**: Fantastic. Okay. Thank you.

**<A - Kurt D. Ogden>**: Thanks, Laurence.

**<A - Simon Turner>**: Thanks, Laurence.

## Operator

And this concludes our question-and-answer session. I would now like to turn the conference back over to Jeff Schnell for any closing remarks.

## Jeffrey Schnell

Great. Thanks for your interest in Venator and participation on the call. Feel free to reach out to Investor Relations with any follow-up.

## Operator

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect your lines. Have a great day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# Exhibit 12

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration File No. 333-217753**

**PROSPECTUS**

# 22,700,000 Shares



# Venator Materials PLC

## Ordinary Shares

This is Venator Materials PLC's initial public offering. Huntsman Corporation ("Huntsman"), through its wholly-owned subsidiaries Huntsman International LLC ("Huntsman International") and Huntsman (Holdings) Netherlands B.V. ("HHN") (together, the "selling shareholders"), is selling 22,700,000 of our ordinary shares. We are not selling any ordinary shares under this prospectus and will not receive any proceeds from the sale of ordinary shares to be offered by the selling shareholders.

Prior to this offering, no public market existed for our ordinary shares. Our ordinary shares have been approved for listing on the New York Stock Exchange under the symbol "VNTR."

After the completion of this offering, Huntsman will continue to control a majority of the voting power of our ordinary shares. As a result, we will be a "controlled company" within the meaning of the New York Stock Exchange listing standards. See "Management—Status as a Controlled Company" and "Security Ownership of Management and Selling Shareholders."

 **Investing in the ordinary shares involves risks that are described in the "Risk Factors" section beginning on page 21 of this prospectus.**

|  | Per Share | | Total | |
|---|---|---|---|---|
| Public offering price | $ | 20.00 | $ | 454,000,000 |
| Underwriting discount(1) | $ | 1.15 | $ | 26,105,000 |
| Proceeds, before expenses, to the selling shareholders | $ | 18.85 | $ | 427,895,000 |

(1)    Excludes an aggregate structuring fee of $5.0 million payable to Merrill Lynch, Pierce, Fenner & Smith Incorporated. See "Underwriting" section beginning on page 208 of this prospectus for additional information regarding total underwriter compensation.

The underwriters may also exercise their option to purchase up to an additional 3,405,000 ordinary shares from Huntsman, through HHN, at the public offering price, less the underwriting discount, for 30 days after the date of this prospectus.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The shares will be ready for delivery on or about August 8, 2017.

**J.P. Morgan**

**Citigroup    Goldman Sachs & Co. LLC    BofA Merrill Lynch**

**RBC Capital Markets**

**Barclays    Deutsche Bank Securities    UBS Investment Bank**

**SunTrust Robinson Humphrey**

**Moelis & Company            HSBC            Nomura**

**Academy Securities                    COMMERZBANK**

The date of this prospectus is August 2, 2017.

Table of Contents

economic downturns and may limit our ability to respond to market conditions, to obtain additional financing or to refinance our debt. We may also incur more debt in the future.

- We are subject to many environmental, health and safety laws and regulations that may result in unanticipated costs or liabilities, which could reduce our profitability.

- Our operations involve risks that may increase our operating costs, which could reduce our profitability.

- Our business is dependent on our intellectual property. If we are unable to enforce our intellectual property rights and prevent use of our intellectual property by third parties, our ability to compete may be adversely affected.

- Our flexibility in managing our labor force may be adversely affected by existing or new labor and employment laws and policies in the jurisdictions in which we operate, many of which are more onerous than those of the United States; and some of our labor force has substantial workers' council or trade union participation, which creates a risk of disruption from labor disputes.

**Recent Developments**

*Financing Arrangements*

In connection with this offering, we intend to enter into new financing arrangements and expect to incur up to $750 million of new debt, which will include (i) $375 million of senior unsecured notes and (ii) borrowings of $375 million under a new senior secured term loan facility with a maturity of seven years (the "term loan facility").

On June 29, 2017, Venator Materials LLC (f/k/a Venator Materials Corporation), a Delaware limited liability company, and Venator Finance S.à r.l. (together the "subsidiary issuers"), each of which will be our wholly-owned subsidiary as of the completion of this offering, announced the pricing of $375 million aggregate principal amount of 5.75% senior notes due 2025 (the "senior notes") in a private placement to qualified institutional buyers in reliance on Rule 144A under the Securities Act and outside the United States to certain non-U.S. persons in compliance with Regulation S under the Securities Act. The sale of the senior notes closed on July 14, 2017, and the proceeds were funded into escrow to be released upon the closing of this offering. In addition to the term loan facility and the senior notes, we also expect to enter into a $300 million asset-based revolving lending facility with a maturity of five years (the "ABL facility" and, together with the term loan facility, the "senior credit facilities"). The senior credit facilities are expected to close concurrently with the closing of this offering. For additional information regarding the senior notes and the senior credit facilities, see "Management's Discussion and Analysis of Financial Condition and Results of Operations—Financing Arrangements."

We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. As of March 31, 2017 and December 31, 2016, Venator had intercompany debt outstanding to Huntsman of $894 million and $882 million, respectively. Prior to, or concurrently with, the closing of this offering, all of our outstanding debt with Huntsman will be repaid, capitalized or otherwise eliminated. The agreement to issue, and the issuance of, the senior notes and the agreements governing the senior credit facilities and the borrowings thereunder from the term loan facility are collectively referred to herein as the "Financings."

Table of Contents

*Preliminary Estimate of Selected Second Quarter 2017 Financial Results and Other Information*

Although our results of operations as of and for the three months ended June 30, 2017 are not yet final, based on currently available information, the following table includes preliminary expected financial information for the quarter ended June 30, 2017:

| | Three Months Ended June 30, 2017 (estimated) | | Three Months Ended June 30, 2016 (unaudited) |
|---|---|---|---|
| | (in millions) | | |
| **Revenues**: | | | |
| Titanium Dioxide | $ | 396 - 406 | $ | 413 |
| Performance Additives | | 158 - 164 | | 163 |
| **Segment Adjusted EBITDA(1)**: | | | |
| Titanium Dioxide | $ | 90 - 96 | $ | 9 |
| Performance Additives | | 19 - 23 | | 22 |

(1)      Adjusted EBITDA, as presented on a segment basis, is the measure of profit or loss reported to the chief operating decision maker for purposes of making decisions about allocating resources to each segment and assessing its performance. As noted elsewhere in this prospectus, following this offering, we expect these segments to be burdened annually by an approximate incremental $33 to $38 million (before depreciation and amortization) of selling, general and administrative expense (relating to stand-alone public company expense) in the aggregate. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Results of Operations," as well as note "24. Operating Segment Information" to our combined financial statements and note "12. Operating Segment Information" to our unaudited condensed combined financial statements. for the definition of Adjusted EBITDA and additional information regarding Segment Adjusted EBITDA.

We estimate that our Titanium Dioxide segment revenues for the three months ended June 30, 2017 were between $396 million and $406 million, compared to $413 million for the three months ended June 30, 2016. We estimate that Segment Adjusted EBITDA for our Titanium Dioxide segment was between $90 million and $96 million for the three months ended June 30, 2017, compared to $9 million for the same period in 2016.

We estimate that our Performance Additives segment revenues for the three months ended June 30, 2017 were between $158 million and $164 million, compared to $163 million for the three months ended June 30, 2016. We estimate that Segment Adjusted EBITDA for our Performance Additives segment was between $19 million and $23 million for the three months ended June 30, 2017, compared to $22 million for the same period in 2016.

*Titanium Dioxide Segment*

Revenues for the Titanium Dioxide segment for the three months ended June 30, 2017 are expected to decrease year over year due to lower sales volumes as a result of the fire at our Pori, Finland titanium dioxide facility, with sales volumes increasing slightly after adjusting to exclude the impact of the Pori fire. The decrease in volumes is expected to be partially offset by higher average selling prices. Average selling prices are expected to be higher primarily due to continued improvement in business conditions for titanium dioxide. See "—TiO$_2$ Pricing" below.

We do not expect the fire at our Pori facility to have a material impact on our second quarter Segment Adjusted EBITDA as related losses have been offset by the proceeds of business interruption insurance which was prepaid during the quarter. The expected increase in Segment Adjusted EBITDA

13

Table of Contents

for the three months ended June 30, 2017 is as a result of higher average selling prices for titanium dioxide and lower costs resulting from our business improvement program.

*Performance Additives Segment*

Revenues and Segment Adjusted EBITDA for the Performance Additives segment for the second quarter of 2017 are expected to be consistent with revenues and Segment Adjusted EBITDA in the second quarter of 2016 as the increases in pricing and decreases in volumes within our business units offset one another.

*Cautionary Note*

We have prepared these estimates on a materially consistent basis with the financial information presented elsewhere in this prospectus and in good faith based upon our internal reporting as of and for the three months ended June 30, 2017. These estimated ranges are preliminary and unaudited and are thus inherently uncertain and subject to change as we complete our financial results for the three months ended June 30, 2017. We are in the process of completing our customary quarterly close and review procedures as of and for the three months ended June 30, 2017, and there can be no assurance that our final results for this period will not differ from these estimates. During the course of the preparation of our consolidated financial statements and related notes as of and for the three months ended June 30, 2017, we or our independent registered public accountants may identify items that could cause our final reported results to be materially different from the preliminary financial estimates presented herein are set forth under the headings "Risk Factors," "Forward-Looking Statements," "Selected Historical Combined Financial Data," "Unaudited Pro Forma Condensed Combined Financial Information," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our audited combined financial statements, unaudited condensed combined financial statements and the related notes thereto included elsewhere in this prospectus.

These estimates should not be viewed as a substitute for full interim financial statements prepared in accordance with U.S. generally accepted accounting principles. In addition, these preliminary estimates for the three months ended June 30, 2017 are not necessarily indicative of the results to be achieved for the remainder of 2017 or any future period. Our consolidated financial statements and related notes as of and for the three months ended June 30, 2017 are not expected to be filed with the SEC until after this offering is completed. Accordingly, undue reliance should not be placed on these preliminary estimates. This financial information has been prepared by and is the responsibility of our management. Our independent registered public accounting firm has not audited, reviewed or performed any procedures with respect to this preliminary financial data or the accounting treatment thereof and does not express an opinion or any other form of assurance with respect thereto and disclaims any association with, this information.

**Pori Fire**

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage, and it is currently not fully operational. We are committed to repairing the facility as quickly as possible. We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018. During the first quarter of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating (income) expense, net in our condensed combined statements of operations (without taking into account the insurance recoveries discussed below). In addition, we recorded a loss of $4 million of costs for cleanup of the facility through March 31, 2017. The Pori facility has a nameplate capacity of up to 130,000 metric tons per year, which represents approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand.

14

Table of Contents

The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. The separation agreement provides that Venator will have the benefit of the property and business interruption insurance proceeds related to covered repair costs or covered lost profits incurred following this offering related to the Pori Fire. We have established a process with our insurer to receive timely advance payments for the reconstruction of the facility as well as lost profits. We expect to have pre-funded cash on our balance sheet resulting from these advance insurance payments. We have agreed with our insurer to have monthly meetings to review relevant site activities and interim claims as well as regular progress payments.

On February 9, 2017, we received $54 million as an initial partial progress payment from our insurer. During the first quarter of 2017, we recorded $32 million of income related to insurance recoveries in other operating (income) expense, net in our condensed combined statements of operations and we recorded $22 million as deferred income in accrued liabilities for costs not yet incurred. On May 2, 2017 and July 10, 2017, we received progress payments from our insurer of approximately $76 million and $11 million, respectively.

If we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility, or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted. See "Risk Factors—Risks Related to Our Business—Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition."

### TiO$_2$ Pricing

TiO$_2$ prices steadily improved during 2016. After reaching a trough in the first quarter of 2016, prices have increased for each of the last four quarters. We realized approximately $300 per metric ton improvement in pricing over the course of 2016. Although the TiO$_2$ market has shown signs of recovery, prices and margins remain below long term historical averages. Management expects that global capacity utilization rates will continue to improve as supply and demand conditions continue to improve. TZMI estimates that global TiO$_2$ demand grew by 8% in 2016 while production capacity grew by about 1%. We expect this growth in demand to create an environment favorable for TiO$_2$ price increases. We have announced price increases for each of the first three quarters of 2017: $160 per metric ton in the first quarter, $250 per metric ton in the second quarter and an additional $250 per metric ton in the third quarter.

These price increases were effective on the first day of the quarter or as contracts permit. We have successfully captured the majority of these increases. In the first quarter we achieved approximately one-half of the announced increase and in the second quarter we achieved more than three-quarters of the announced increase. We currently expect to capture between one-half to three-quarters of the third quarter announced increase. Actual results are dependent upon regional and market conditions.

The markets and industry in which we operate are cyclical and subject to competitive and economic dynamics and there can be no assurance that such price increases will be fully realized or not reversed in future periods. See "Risk Factors—Risks Related to our Business—The market for many of our TiO$_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products."

### Business Improvement Program

We are currently implementing business improvements in our Titanium Dioxide and Performance Additives businesses, which we expect to provide additional contributions to Adjusted

15

Table of Contents

EBITDA beginning in 2017 and to be completed by the end of 2018. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in increases to our Adjusted EBITDA of approximately $60 million per year by the first quarter of 2019, with additional projected increases to Adjusted EBITDA from volume growth (primarily via the launch of new products). We have realized approximately $6 million of savings in the second quarter of 2017 as a result of these programs. We currently estimate that these business improvements will require approximately $90 million of cash restructuring costs through 2020. See "Risk Factors—Risks Related to Our Business—If we are unable to successfully implement our business improvement program, we may not realize the benefits we anticipate from such program or may incur additional and/or unexpected costs in order to realize them."

**Other Information**

On April 28, 2017, we were incorporated under the laws of England and Wales as a public limited company. Our principal executive offices are located Titanium House, Hanzard Drive, Wynyard Park, Stockton-On-Tees, TS22 5FD, United Kingdom. Our telephone number is +44(0) 1740 608 001. Our website address is *www.venatorcorp.com*, and it will be completed and become fully functional in connection with the completion of this offering. Information contained on our website is not incorporated by reference into this prospectus or the registration statement on Form S-1 of which this prospectus is a part, and you should not consider information on our website as part of this prospectus or such registration statement on Form S-1.

16

Table of Contents

The cyclicality and volatility of the $TiO_2$ industry results in significant fluctuations in profits and cash flow from period to period and over the business cycle. Primarily as a result of oversupply in the market, global prices for $TiO_2$ declined throughout 2015 before reaching a trough in the first quarter of 2016. Although we have recently successfully implemented price increases, any decline in selling prices in 2017 and beyond could negatively impact our business, results of operations and/or financial condition.

***The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.***

The industries in which we operate are highly competitive. Among our competitors are companies that are vertically-integrated (those that have their own raw material resources). Changes in the competitive landscape could make it difficult for us to retain our competitive position in various products and markets throughout the world. Our competitors with their own raw material resources may have a competitive advantage during periods of higher raw material prices. In addition, some of the companies with whom we compete may be able to produce products more economically than we can. Furthermore, some of our competitors have greater financial resources, which may enable them to invest significant capital into their businesses, including expenditures for research and development.

The global $TiO_2$ market is highly competitive, with the top six producers accounting for approximately 60% of the world's production capacity according to TZMI. Competition is based on a number of factors, such as price, product quality and service. Some of our competitors may be able to drive down prices for our products if their costs are lower than our costs. In addition, our $TiO_2$ business competes with numerous regional producers, including producers in China, who have significantly expanded their sulfate production capacity during the past five years and commenced the commercial production of $TiO_2$ via chloride technology. The risk of our customers substituting our products with those made by Chinese producers could increase as the Chinese producers expand their use of chloride production technology. Further, consolidation of our competitors or customers may result in reduced demand for our products or make it more difficult for us to compete with our competitors. The occurrence of any of these events could result in reduced earnings or operating losses.

While we are engaged in a range of research and development programs to develop new products and processes, to improve and refine existing products and processes, and to develop new applications for existing products, the failure to develop new products, processes or applications could make us less competitive. Moreover, if any of our current or future competitors develops proprietary technology that enables them to produce products at a significantly lower cost, our technology could be rendered uneconomical or obsolete.

Further, it is possible that we could abandon certain products, processes, or applications due to potential infringement of third-party intellectual property rights or that we could be named in future litigation for the infringement or misappropriation of a competitor's or other third party's intellectual property rights, which could include a claim for injunctive relief and damages, and, if so, such adverse results could have a material adverse effect on our business, results of operations and financial position. In addition, certain of our competitors in various countries in which we do business, including China, may be owned by or affiliated with members of local governments and political entities. These competitors may get special treatment with respect to regulatory compliance and product registration, while certain of our products, including those based on new technologies, may be delayed or even prevented from entering into the local market.

Certain of our businesses use technology that is widely available. Accordingly, barriers to entry, apart from capital availability, may be low in certain product segments of our business. The entrance of new competitors into the industry may reduce our ability to maintain margins or capture improving

22

Table of Contents

margins in circumstances where capacity utilization in the industry is increasing. Increased competition in any of our businesses could compel us to reduce the prices of our products, which could result in reduced margins and loss of market share and have a material adverse effect on our business, results of operations, financial condition and liquidity.

***The classification of $TiO_2$ as a Category 2 Carcinogen in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.***

The European Union ("EU") adopted the Globally Harmonised System ("GHS") of the United Nations for a uniform system for the classification, labelling and packaging of chemical substances in Regulation (EC) No 1272/2008, the Classification, Labelling and Packaging Regulation ("CLP"). Pursuant to the CLP, an EU Member State can propose a classification for a substance to the European Chemicals Agency ("ECHA"), which upon review by ECHA's Committee for Risk Assessment ("RAC"), can be submitted to the European Commission for adoption by regulation. On May 31, 2016, the French Agency for Food, Environmental and Occupational Health and Safety ("ANSES") submitted a proposal to ECHA that would classify $TiO_2$ as a Category 1B Carcinogen presumed to have carcinogenic potential for humans by inhalation. Huntsman, together with other companies, relevant trade associations and the European Chemical Industry Council ("Cefic"), submitted comments opposing any classification of $TiO_2$ as carcinogenic, based on evidence from multiple epidemiological studies covering more than 24,000 production workers at 18 $TiO_2$ manufacturing sites over several decades that found no increased incidence of lung cancer as a result of workplace exposure to $TiO_2$ and other scientific studies that concluded that the response to lung overload studies with poorly soluble particles upon which the ANSES proposed classification is based is unique to the rat and is not seen in other animal species or humans. On June 8, 2017, the RAC announced its conclusion that certain evidence meets the criteria under CLP to classify $TiO_2$ as a Category 2 Carcinogen (described by the EU regulation as appropriate for "suspected human carcinogens") for humans by inhalation, but found such evidence not sufficiently convincing to classify $TiO_2$ in Category 1B ("presumed" to have carcinogenic potential for humans), as was originally proposed by ANSES. The European Commission will now evaluate the RAC report in deciding what, if any, regulatory measures should be taken. Huntsman, Cefic and others expect to continue to advocate with the European Commission that the RAC's report should not justify other than minimal regulatory measures for the reasons stated above, among others. If the European Commission were to subsequently adopt the Category 2 Carcinogen classification, it could require that many end-use products manufactured with $TiO_2$ be classified as containing a potential carcinogenic component, which could negatively impact public perception of products containing $TiO_2$, limit the marketability of and demand for $TiO_2$ or products containing $TiO_2$ and potentially have spill-over, restrictive effects under other EU laws, e.g., those affecting medical and pharmaceutical applications, cosmetics, food packaging and food additives. Such classifications would also affect manufacturing operations by subjecting us to new workplace requirements that could significantly increase costs. In addition, any classification, use restriction, or authorization requirement for use imposed by ECHA could trigger heightened regulatory scrutiny in countries outside the EU based on health or safety grounds, which could have a wider adverse impact geographically on market demand for and price of $TiO_2$ or other products containing $TiO_2$ and increase our compliance obligations outside the EU. It is also possible that heightened regulatory scrutiny would lead to claims by consumers of such products alleging adverse health impacts. Finally, the classification of $TiO_2$ as a Category 2 Carcinogen could lead the ECHA to evaluate other products with similar particle size characteristics such as iron oxides or functional additives for carcinogenic potential by inhalation for humans as well, which may ultimately have similar negative impacts to other of our products if classified as potentially carcinogenic. In addition, under the separation agreement, we are required to indemnify Huntsman for any liabilities relating to our $TiO_2$ operations.

Table of Contents

Sales of TiO$_2$ in the European Union represented approximately 45% of our revenues for the twelve months ended March 31, 2017.

***Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition.***

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may take a significant time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our TiO$_2$ manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate a portion of our white end production will be operational during the second quarter of 2017 and full capacity to be available around the end of 2018. However, we may experience delays in construction or equipment procurement, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. Huntsman maintains property damage and business interruption insurance coverage subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. If we experience delays in receiving the insurance proceeds our short term liquidity and earnings may be impacted. In addition, if the proceeds do not fully cover our property damage, business interruption, lost profits or other losses, this will adversely affect our earnings. Additionally, our premiums and deductibles may increase substantially as a result of the fire. The separation agreement will provide that we will have the benefit of the insurance proceeds related to covered costs incurred in connection with repairs or covered lost profits incurred following this offering.

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some

Table of Contents

potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

***Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.***

Our manufacturing processes consume significant amounts of raw materials and energy, the costs of which are subject to worldwide supply and demand as well as other factors beyond our control. Variations in the cost for raw materials, and of energy, which primarily reflects market prices for oil and natural gas, may significantly affect our operating results from period to period. We purchase a substantial portion of our raw materials from third-party suppliers and the cost of these raw materials represents a substantial portion of our operating expenses. The prices of the raw materials that we purchase from third parties are cyclical and volatile. For example, according to TZMI, the prices of all feedstocks used for the production of $TiO_2$ increased 200% to 300% above historical averages in 2011 and 2012. Our supply agreements with our $TiO_2$ feedstock suppliers provide us only limited protection against price volatility as they are entered into either on a short-term basis or are longer-term volume contracts, which provide for market-based pricing. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems. While we attempt to match cost increases with corresponding product price increases, we are not always able to raise product prices immediately or at all. Moreover, the outcome of these efforts is largely determined by existing competitive and economic conditions. Timing differences between raw material prices, which may change daily, and contract product prices, which in many cases are negotiated only monthly or less often, also have had and may continue to have a negative effect on our cash flow. Any raw materials or energy cost increase that we are not able to pass on to our customers could have a material adverse effect on our business, results of operations, financial condition and liquidity.

There are several raw materials for which there are only a limited number of suppliers or a single supplier. For example, titanium-containing feedstocks suitable for use in our $TiO_2$ facilities are available from a limited number of suppliers around the world. To mitigate potential supply constraints, we enter into supply agreements with particular suppliers, evaluate alternative sources of supply and evaluate alternative technologies to avoid reliance on limited or sole-source suppliers. Where supply relationships are concentrated, particular attention is paid by the parties to ensure strategic intentions are aligned to facilitate long term planning. If certain of our suppliers are unable to meet their obligations under present supply agreements, we may be forced to pay higher prices to obtain the necessary raw materials from other sources and we may not be able to increase prices for our finished products to recoup the higher raw materials costs. Any interruption in the supply of raw materials could increase our costs or decrease our revenues, which could reduce our cash flow. The inability of a supplier to meet our raw material needs could have a material adverse effect on our financial statements and results of operations.

The number of sources for and availability of certain raw materials is also specific to the particular geographical region in which a facility is located. Political and economic instability in the countries from which we purchase our raw material supplies could adversely affect their availability. In addition, if raw materials become unavailable within a geographic area from which they are now sourced, then we may not be able to obtain suitable or cost effective substitutes. We may also experience higher operating costs such as energy costs, which could affect our profitability. We may not always be able to increase our selling prices to offset the impact of any higher productions costs or reduced production levels, which could reduce our earnings and decrease our liquidity.

25

Table of Contents

***Our pension and postretirement benefit plan obligations are currently underfunded, and under certain circumstances we may have to significantly increase the level of cash funding to some or all of these plans, which would reduce the cash available for our business.***

We have unfunded obligations under our domestic and foreign pension and postretirement benefit plans including certain unfunded pension obligations we assumed upon the consummation of our acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. The funded status of our pension plans is dependent upon many factors, including returns on invested assets, the level of certain market interest rates and the discount rate used to determine pension obligations. Unfavorable returns on the plan assets or unfavorable changes in applicable laws or regulations could materially change the timing and amount of required plan funding, which would reduce the cash available for our business. In addition, a decrease in the discount rate used to determine pension obligations could result in an increase in the valuation of pension obligations, which could affect the reported funding status of our pension plans and future contributions, as well as the periodic pension cost in subsequent fiscal years.

With respect to our domestic pension and postretirement benefit plans, the Pension Benefit Guaranty Corporation ("PBGC") has the authority to terminate an underfunded tax-qualified pension plan under limited circumstances in accordance with the Employee Retirement Income Security Act of 1974, as amended. In the event our tax-qualified pension plans are terminated by the PBGC, we could be liable to the PBGC for the entire amount of the underfunding.

With respect to our foreign pension and postretirement benefit plans, the effects of underfunding depend on the country in which the pension and postretirement benefit plan is established. For example, in the U.K. and Germany, semi-public pension protection programs have the authority, in certain circumstances, to assume responsibility for underfunded pension schemes, including the right to recover the amount of the underfunding from us.

***Our results of operations may be adversely affected by fluctuations in currency exchange rates and tax rates.***

Our headquarters operations are conducted across two of our administrative offices: The Woodlands, Texas and Wynyard, U.K. We conduct a majority of our business operations outside the U.S. Sales to customers outside the U.S. contributed approximately 75% of our revenue in 2016. Our operations are subject to international business risks, including the need to convert currencies received for our products into currencies in which we purchase raw materials or pay for services, which could result in a gain or loss depending on fluctuations in exchange rates. We transact business in many foreign currencies, including the euro, the British pound sterling and the Chinese renminbi. We translate our local currency financial results into U.S. dollars based on average exchange rates prevailing during the reporting period or the exchange rate at the end of that period. During times of a strengthening U.S. dollar, our reported international sales and earnings may be reduced because the local currency may translate into fewer U.S. dollars. Because we currently have significant operations located outside the U.S., we are exposed to fluctuations in global currency rates which may result in gains or losses on our financial statements.

We operate in a significant number of jurisdictions, which contributes to the volatility of our effective tax rate. Changes in tax laws or the interpretation of tax laws in the jurisdictions in which we operate may affect our effective tax rate. In addition, GAAP has required us to place valuation allowances against our net operating losses and other deferred tax assets in a significant number of tax jurisdictions. These valuation allowances result from analysis of positive and negative evidence supporting the realization of tax benefits. Negative evidence includes a cumulative history of pre-tax operating losses in specific tax jurisdictions. Changes in valuation allowances have resulted in material fluctuations in our effective tax rate. Economic conditions may dictate the continued imposition of current valuation allowances and, potentially, the establishment of new valuation allowances. While

26

Table of Contents

***We do not intend to pay dividends on our ordinary shares, and we expect that our debt agreements will place certain restrictions on our ability to do so. Consequently, your only opportunity to achieve a return on your investment is if the price of our ordinary shares appreciates.***

We do not plan to declare dividends on our ordinary shares in the foreseeable future. Additionally, we expect that our debt agreements will place certain restrictions on our ability to pay cash dividends. Consequently, unless we revise our dividend policy, your only opportunity to achieve a return on your investment in us will be if you sell your ordinary shares at a price greater than you paid for it. There is no guarantee that the price of our ordinary shares that will prevail in the market will ever exceed the price that you pay in this offering.

***Transfers of our shares may be subject to stamp duty or stamp duty reserve tax in the U.K., which would increase the cost of dealing in our shares.***

Stamp duty or stamp duty reserve tax ("SDRT"), are imposed in the U.K. on certain transfers of chargeable securities (which include shares in companies incorporated in the U.K.) at a rate of 0.5% of the consideration paid for the transfer. Certain issues or transfers of shares to depositories or into clearance systems may be charged at a higher rate of 1.5%.

You are strongly encouraged to hold your shares in book entry form through the facilities of The Depository Trust Company ("DTC"). Transfers of shares held in book entry form through DTC currently do not attract a charge to stamp duty or SDRT in the U.K. A transfer of title in the shares from within the DTC system out of DTC and any subsequent transfers that occur entirely outside the DTC system, will attract a charge to stamp duty at a rate of 0.5% of any consideration, which is payable by the transferee of the shares. Any such duty must be paid (and the relevant transfer document, if any, stamped by HM Revenue & Customs ("HMRC")) before the transfer can be registered in the books of Venator. However, if those shares are redeposited into DTC, the redeposit will attract stamp duty or SDRT at the rate of 1.5% to be paid by the transferor.

In connection with the completion of this offering, we expect to put in place arrangements to require that shares held in certificated form cannot be transferred into the DTC system until the transferor of the shares has first delivered the shares to a depositary specified by us so that SDRT may be collected in connection with the initial delivery to the depositary. Any such shares will be evidenced by a receipt issued by the depositary. Before the transfer can be registered in our books, the transferor will also be required to put the depositary in funds to settle the resultant liability to SDRT, which will be charged at a rate of 1.5% of the value of the shares.

***If our shares are not eligible for deposit and clearing within the facilities of DTC, then transactions in our securities may be disrupted.***

The facilities of DTC are a widely-used mechanism that allow for rapid electronic transfers of securities between the participants in the DTC system, which include many large banks and brokerage firms. We expect that our ordinary shares will be eligible for deposit and clearing within the DTC system. We expect to enter into arrangements with DTC whereby we will agree to indemnify DTC for any SDRT that may be assessed upon it as a result of its service as a depository and clearing agency for our shares. We expect these actions, among others, will result in DTC agreeing to accept the shares for deposit and clearing within its facilities.

DTC is not obligated to accept the shares for deposit and clearing within its facilities in connection with this offering and, even if DTC does initially accept the shares, it will generally have discretion to cease to act as a depository and clearing agency for the shares. While we would pursue alternative arrangements to preserve our listing and maintain trading, any such disruption could have a material adverse effect on the market price of our ordinary shares.

Table of Contents

***If securities or industry analysts do not publish research or reports about our business, if they adversely change their recommendations regarding our shares or if our operating results do not meet their expectations, our share price could decline.***

The trading market for our ordinary shares will be influenced by the research and reports that industry or securities analysts publish about us or our business. If one or more of these analysts cease coverage of our company or fail to publish reports on us regularly, we could lose visibility in the financial markets, which in turn could cause our stock price or trading volume to decline. Moreover, if one or more of the analysts who cover our company downgrades our stock or if our operating results do not meet their expectations, our stock price could decline.

<div align="center">53</div>

Table of Contents

Table of Contents

**FORWARD-LOOKING STATEMENTS**

Certain information set forth in this prospectus contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act and Section 21E of the Securities and Exchange Act of 1934, as amended (the "Exchange Act"). All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; outstanding claims, legal proceedings, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- volatile global economic conditions;
- cyclical and volatile $TiO_2$ products markets;
- highly competitive industries and the need to innovate and develop new products;
- increased manufacturing regulations for some of our products;
- disruptions in production at our manufacturing facilities;
- fluctuations in currency exchange rates and tax rates;
- price volatility or interruptions in supply of raw materials and energy;
- changes to laws, regulations or the interpretation thereof;
- significant investments associated with efforts to transform our business;
- differences in views with our joint venture participants;
- high levels of indebtedness;
- EHS laws and regulations;
- our ability to obtain future capital on favorable terms;
- seasonal sales patterns in our product markets;
- legal claims against us, including antitrust claims;
- our ability to adequately protect our critical information technology systems;

54

Table of Contents

- economic conditions and regulatory changes following the U.K.'s likely exit from the EU;

- failure to maintain effective internal controls over financial reporting and disclosure;

- our indemnification of Huntsman and other commitments and contingencies;

- financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners;

- failure to enforce our intellectual property rights;

- our ability to effectively manage our labor force;

- conflicts, military actions, terrorist attacks and general instability; and

- our ability to realize the expected benefits of our separation from Huntsman and this offering.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this prospectus. Any forward-looking statements should be considered in light of the risks set forth in the section "Risk Factors" and elsewhere in this prospectus.

Table of Contents

**THE SEPARATION**

**Background**

As part of a strategic review to streamline and focus operations, Huntsman's board of directors reviewed the possibility and advisability of separating its Titanium Dioxide and Performance Additives business from Huntsman's other businesses. On September 7, 2016, Huntsman's board of directors authorized management to pursue the separation of its Titanium Dioxide and Performance Additives into a separate, publicly traded company. On April 28, 2017, we were formed as an indirect wholly-owned subsidiary of Huntsman.

**The Separation**

In connection with this offering, we and Huntsman intend to take certain actions to transfer substantially all of the assets and liabilities of Huntsman's Titanium Dioxide and Performance Additives business to us through the internal reorganization, and enter into the separation agreement and ancillary agreements to separate our business from Huntsman and govern certain interactions with Huntsman. In addition, in anticipation of this offering, we intend to enter into new financing arrangements. We refer to the internal reorganization, the separation transactions, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the Financings, including the use of the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt owed to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses, as the "separation." Giving effect to the separation, Huntsman will indirectly own all of our outstanding ordinary shares. The following are the principal steps of the separation:

- Huntsman will transfer to us the entities, assets, liabilities and obligations that we will hold following the separation of our business from Huntsman's other businesses. Such internal reorganization may take the form of asset transfers, dividends, contributions and similar transactions, and may involve the formation of new subsidiaries in U.S. and non-U.S. jurisdictions to own and operate the Titanium Dioxide and Performance Additives business in such jurisdictions. Among other things and subject to limited exceptions, the internal reorganization is expected to result in us owning, directly or indirectly, the operations comprising, and the entities that conduct, the Titanium Dioxide and Performance Additives business.

- In anticipation of this offering, we intend to enter into the Financings. We expect to incur up to $750 million of new debt, which will include (i) $375 million of senior notes and (ii) borrowings of $375 million under out term loan facility. In addition, we intend to enter into a $300 million ABL facility at closing of this offering. We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. For more information, see "Management's Discussion and Analysis of Financial Condition and Results of Operations —Financing Arrangements."

- Immediately prior to the completion of this offering, we intend to enter into the ancillary agreements with Huntsman that will govern certain interactions, including with respect to employee matters, tax matters, transition services and registration rights, described in "Certain Relationships and Related Party Transactions—Arrangements Between Huntsman and Our Company."

56

Table of Contents

In the separation, we are generally assuming all of the liabilities related to the Pigments & Additives segment of Huntsman and we expect to have adequate liquidity to address those liabilities as they materialize. Please see our condensed combined and our combined financial statements and the notes thereto for more information.

Following this offering, Huntsman intends to transfer to us certain assets and liabilities of the Titanium Dioxide and Performance Additives business that, due to business, regulatory or other legal constraints, could not be transferred prior to this offering.

For more information regarding the agreements we and Huntsman intend to enter into, see "Certain Relationships and Related Party Transactions—Arrangements Between Huntsman and Our Company."

**Reasons for Separation from Huntsman**

Our separation from Huntsman is expected to provide each company with a number of material opportunities and benefits, including the following:

- creating two separate businesses that will be industry leaders in their respective areas of operations;

- allowing investors to evaluate the separate investment identities of each company, including the distinct merits, performance and future prospects of their respective businesses;

- creating two separate capital structures that will afford each company direct access to the debt and equity capital markets to fund their respective growth strategies and to establish an appropriate capital structure for their business needs;

- enhancing the ability of each company to focus on their respective businesses and unique opportunities for long-term growth and profitability and to allocate capital and corporate resources in a manner that focuses on achieving each company's own strategic priorities;

- providing each company with increased flexibility to pursue strategic alternatives, including acquisitions and mergers, without having to consider the potential impact on the businesses of the other company, including funding such acquisitions using their respective common equity; and

- improving each company's ability to attract and retain individuals with the appropriate skill sets as well as to better align compensation and incentives, including equity compensation, with the performance of these different businesses.

57

Table of Contents

general and administrative expense (relating to stand-alone public company expense) in the aggregate. Actual expenses could vary from this estimate and such variations could be material. Subject to the terms of the separation agreement, nonrecurring third-party costs and expenses that are related to the separation, other than the debt-related costs, and incurred prior to the separation date will generally be paid by Huntsman. We expect such nonrecurring amounts to include costs to separate and/or duplicate information technology systems, outside legal and accounting fees, and similar costs. See "Unaudited Pro Forma Condensed Combined Financial Information."

- We have historically participated in Huntsman's corporate treasury management program and have not incurred or carried any third-party debt (other than capital leases). Excess cash generated by our business has been distributed to Huntsman, and likewise our cash needs have been provided by Huntsman. Accordingly, we have not included third-party debt (other than capital leases) or related interest expense in our combined financial statements because there was no specifically identifiable third-party debt associated with our operations. In connection with this offering, we intend to enter into the Financings and expect to incur up to $750 million of new debt, which will include (i) $375 million of senior notes and (ii) borrowings of $375 million under our term loan facility. In addition, we intend to enter into a $300 million ABL facility at closing of this offering. We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. As a result, the capitalization of our business will be different and we will incur cash interest expenses as well as amortization of financing costs. See "Unaudited Pro Forma Condensed Combined Financial Information."

- We expect to institute competitive compensation policies and programs as a standalone public company, the expense for which may differ from the compensation expense allocated by Huntsman in our combined financial statements.

- We are comprised of operations in various tax jurisdictions. Our operations were included in Huntsman's financial results in different legal forms, including but not limited to wholly-owned subsidiaries for which we were the sole business, components of legal entities in which we operated in conjunction with other Huntsman businesses and variable interest entities in which we are the primary beneficiary.

  Similarly, our tax obligations and filings were included in different legal forms, including, but not limited to, legal entities in certain countries where fiscal unity or consolidation is allowed or required with other Huntsman businesses, components of legal entities in which we operated in conjunction with other Huntsman businesses, and legal entities which file separate tax returns in their respective tax jurisdictions.

  The combined financial statements have been prepared from Huntsman's historical accounting records and are presented on a stand-alone basis as if our operations had been conducted separately from Huntsman; however, we did not operate as a separate, stand-alone entity for the periods presented and, as such, the tax results and attributes presented in our combined financial statements would not be indicative of the income tax expense or benefit, income tax related assets and liabilities and cash taxes had we been a stand-alone company.

  The combined financial statements have been prepared under our currently anticipated legal structure such that the historical results of legal entities are presented as follows: The historical tax results of legal entities which file separate tax returns in their respective tax jurisdictions and which need no restructuring before being contributed to us are included

78

Table of Contents

without adjustment, including the inclusion of any currently held subsidiaries. The historical tax results of legal entities in which we operated in conjunction with other Huntsman businesses that will be retained by Huntsman following the separation for which new legal entities will be formed for our operations are presented on a stand-alone basis as if their operations had been conducted separately from Huntsman and any adjustments to current taxes payable have been treated as adjustments to parent's net investment and advances. The historical tax results of legal entities in which we operated in conjunction with other Huntsman businesses for which the Huntsman business will be transferred out to different legal entities have been presented without adjustment, including the historical results of the other Huntsman businesses which are unrelated to our continuing operating businesses.

Pursuant to tax-sharing agreements, subsidiaries of Huntsman are charged or credited, in general, with an amount of income taxes as if they filed separate income tax returns. Adjustments to current income taxes payable by us have been treated as adjustments to parent's net investment and advances.

We include the U.S. Titanium Dioxide and Performance Additives subsidiaries of Huntsman International which are treated for U.S. tax purposes as divisions of Huntsman International. Huntsman International is included in the U.S. consolidated tax return of its parent, Huntsman. A 2% U.S. state income tax rate (net of federal benefit) was estimated for us based upon the estimated apportionment factors and actual income tax rates in state tax jurisdictions where we have nexus. U.S. foreign tax credits relating to taxes paid by non-U.S. business entities have been generated and utilized by Huntsman. On a separate entity basis, these foreign tax credits would not have been generated or utilized. Therefore, no additional allocation of Huntsman foreign tax credits was necessary. Additionally, Huntsman had no U.S. net operating loss carryforward amounts ("NOLs") or similar attributes to allocate to us. We believe this methodology is reasonable and complies with Staff Accounting Bulletin Topic 1B, *Allocation of Expenses and Related Disclosure in Financial Statements of Subsidiaries, Divisions or Lesser Business Components of Another Entity*.

In addition, there were acquisitions, dispositions and restructuring initiatives completed in the periods presented that will impact the comparability of the historical results of operations for the periods presented and to future periods, primarily comprising the following:

- On October 1, 2014, Huntsman completed the acquisition of the $TiO_2$ and performance additives businesses of Rockwood. Huntsman paid $1.02 billion in cash and assumed certain unfunded pension liabilities in connection with the Rockwood acquisition and subsequently contributed these businesses to our Titanium Dioxide and Performance Additives segments. In connection with securing certain regulatory approvals required to complete the Rockwood acquisition, Huntsman sold our $TiO_2$ TR52 product line used in printing inks to Henan Billions Chemicals Co., Ltd. ("Henan") in December 2014.

- In 2014, our Titanium Dioxide and Performance Additives businesses began taking significant actions to improve their global competitiveness and implemented a comprehensive restructuring program. In connection with this restructuring program, the Titanium Dioxide and Performance Additives segments recorded significant charges relating to workforce reductions, pension related charges and other restructuring costs that impact comparability of our historical financial statements as well as future financial statements. We expect following this offering, to incur charges related to this restructuring program. As of March 31, 2017, we had approximately $34 million of reserves accrued for our remaining Titanium Dioxide and Performance Additives segments restructuring liabilities, approximately $30 million of which was classified as current.

Table of Contents

- In February 2015, Huntsman announced a plan to close the black end manufacturing operations and ancillary activities at our Calais, France site, which will reduce our $TiO_2$ nameplate capacity by approximately 100,000 metric tons or 11% of our total $TiO_2$ capacity. In 2015, the Titanium Dioxide segment began to accelerate depreciation on the affected assets and recorded accelerated depreciation in 2015 of $68 million as restructuring, impairment and plant closing costs. In addition, during 2015, the Titanium Dioxide segment recorded charges of $30 million primarily for workforce reductions and non-cash charges of $17 million and, in the first quarter of 2016, recorded further restructuring charges of $1 million.

- In March 2017, we announced a plan to close the white end finishing and packaging operations of our $TiO_2$ manufacturing facility at our Calais, France site, the timing of the completion of which remains subject to any necessary governmental approvals. The announced plan follows the 2015 announcement of the closure of the black end manufacturing operations and would result in the closure of the entire facility. In connection with this closure, we recorded restructuring expense of $22 million in the three months ended March 31, 2017. We recorded $4 million of accelerated depreciation on the remaining long-lived assets associated with this manufacturing facility during the three months ended March 31, 2016. We expect to incur additional charges of approximately $41 million for this facility closure through the end of 2021.

- During the fourth quarter of 2015, we determined that our South African asset group was impaired and recorded an impairment charge of $19 million. On July 6, 2016, we announced plans to close our South African $TiO_2$ manufacturing facility. We recorded restructuring expenses of approximately $1 million in the three months ended March 31, 2017 and approximately $6 million in the year ended December 31, 2016. Additionally, we recorded an impairment charge of $1 million during the second quarter of 2016. The majority of the long-lived assets associated with this manufacturing facility were impaired in the fourth quarter of 2015. We expect to incur additional charges of approximately $4 million through the end of the third quarter of 2018.

- On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage, and it is currently not fully operational. During the first quarter of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating (income) expense, net in our condensed combined statements of operations (without taking into account the insurance recoveries discussed below). In addition, we recorded a loss of $4 million of costs for cleanup of the facility through March 31, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. On February 9, 2017, we received $54 million as an initial partial progress payment from our insurer. During the first quarter of 2017, we recorded $32 million of income related to insurance recoveries in other operating (income) expense, net in our condensed combined statements of operations and we recorded $22 million as a deferred income in accrued liabilities for costs not yet incurred. We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018. While we and Huntsman are committed to (i) repairing the facility as quickly as possible, and (ii) working with our insurer to recoup losses incurred as a result of the fire, until full repairs are made, we have lost access to $TiO_2$ nameplate capacity of up to 130,000 metric tons, which represents approximately 17% of our total $TiO_2$ nameplate capacity.

- We have recently identified plans for business improvements in our Titanium Dioxide and Performance Additives businesses, which we expect to provide additional contributions to

80

Table of Contents

Adjusted EBITDA beginning in 2017 and to be completed by the end of 2018. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in increases to our Adjusted EBITDA of approximately $60 million per year by the first quarter of 2019, with additional projected increases to Adjusted EBITDA from volume growth (primarily via the launch of new products). We currently estimate that these business improvements will require approximately $90 million of cash restructuring costs through 2020. See "Risk Factors—Risks Related to Our Business—If we are unable to successfully implement our cost reduction program and related strategic initiatives, we may not realize the benefits we anticipate from such programs or may incur additional and/or unexpected costs in order to realize them."

- In February 2017, Huntsman filed suit against the legacy owner and certain former executives of Rockwood, primarily related to the failure of new technology that Huntsman acquired in the Rockwood acquisition that was to be implemented at the new Augusta, Georgia, facility and subsequently at other facilities. Huntsman is seeking various forms of legal remedy, including compensatory damages, punitive damages, expectation damages, consequential damages and restitution. Venator is not party to the suit. The separation agreement includes provisions addressing such matters, including Huntsman retaining all rights to the claims against the defendants in such suit. The following table summarizes revenues, income from operations and operating cash flows for the three months ended March 31, 2017 and 2016 and for the years ended December 31, 2016, 2015 and 2014 as well as total assets as of March 31, 2017 and 2016 and December 31, 2016 and 2015 that are attributable to the businesses acquired in the Rockwood acquisition and that will ultimately be part of Venator after the separation.

| | Three Months Ended March 31, | | Year Ended December 31, | | |
| | 2017 | 2016 | 2016 | 2015 | 2014 |
| | | | (in millions) | | |
| **Statement of Operations and Cash Flows Data:** | | | | | |
| Revenues | $ 380 | $ 401 | $ 1,561 | $ 1,509 | $ 330 |
| Net income (loss) from continuing operations | 6 | (4) | 18 | (58) | 2 |
| Operating cash flows | (94) | 23 | 70 | 126 | (3) |
| **Balance Sheet Data (at period end):** | | | | | |
| Total assets | $ 1,847 | $ 1,720 | $ 1,699 | $ 1,679 | |
| Total long-term liabilities | 539 | 542 | 526 | 531 | |

**Raw Material Costs**

The primary variable manufacturing costs in our TiO$_2$ business are titanium-bearing feedstocks and energy.

Feedstocks are available in different forms, including ilmenite, sulfate slag, synthetic rutile and chloride slag. Our manufacturing facilities use the different forms in varying proportions depending on their technology and configuration. We incurred manufacturing costs of $388 million and $440 million for the years ended December 31, 2016 and 2015, respectively, in relation to feedstocks.

The energy used in TiO$_2$ manufacturing includes electricity, gas and steam. The costs in each location primarily depend on the plant design and prevailing market prices. The manufacturing costs of energy for the years ended December 31, 2016 and 2015 were $183 million and $218 million, respectively.

81

Table of Contents

**Business Environment and Industry Outlook**

Global $TiO_2$ demand growth rates tend to track global GDP growth rates over the medium term; however, this varies by region. Developed markets such as the U.S. and Western Europe exhibit higher consumption per person but lower demand growth rates, while emerging markets such as Asia exhibit higher demand growth rates. The $TiO_2$ industry experiences some seasonality in sales reflecting the high exposure to seasonal coatings end-use markets. Coating sales generally peak during the spring and summer months in the northern hemisphere, resulting in greater sales volumes during the second and third quarters of the year.

We are one of the six major producers of $TiO_2$ in the world that collectively account for approximately 60% of global $TiO_2$ production capacity according to TZMI. Producers of the remaining 40% are primarily single-plant producers that focus on regional sales. $TiO_2$ supply has historically kept pace with increases in demand as producers increased capacity through low cost incremental debottlenecks, efficiency improvements and, more recently, new capacity additions mainly in China. During periods of low $TiO_2$ demand, the industry experiences high stock levels and consequently reduces production to manage working capital. Pricing in the industry is driven primarily by the supply/demand balance.

Global $TiO_2$ sales in 2016 exceeded 6.0 million metric tons, generating approximately $12.6 billion in industry-wide revenues based on data provided by TZMI. The global $TiO_2$ market is highly competitive, and competition is based primarily on product price, quality and technical service. We face competition from producers using the chloride process as well as those using the sulfate process. Due to the ease of transporting $TiO_2$, there is also competition between producers with facilities in different geographies. Over the last decade, there has been substantial growth in $TiO_2$ demand in emerging economies, notably Asia. The growing demand in Asia has consumed the majority of Chinese production. We operate primarily in markets where our product quality and service are valued or preferred by our customers and differentiate us from Chinese $TiO_2$ competitors. Cost advantages are typically driven by the scale of the plant, type of feedstock, source of energy and cost of local labor. The profitability of a plant is not solely related to its cost structure, but also importantly to its slate of manufactured products. We are generally able to reduce production costs by finding innovative solutions to convert the by-products arising from our sulfate process into value-adding co-products. Today, approximately 60% of all by-products of our sulfate processes are sold as co-products, and we are one of the largest producers of sulfate co-products in the world, including gypsum, copperas and other iron salts. We believe our differentiated and specialty products, along with our ability to profitably commercialize the associated co-products, enhance our plants' overall efficiency and resulting profitability. With our competitive cost structure, and our slate of differentiated and specialty products, we believe we are well positioned to compete in a cyclical market.

Historically, the market for large volume $TiO_2$ applications, including coatings, paper and plastics, has experienced alternating periods of tight supply, causing prices and margins to increase, followed by periods of lower capacity utilization, resulting in declining prices and margins. The volatility this market experiences occurs as a result of significant changes in the demand for products as a consequence of global economic activity and changes in customers' requirements. The supply-demand balance is also impacted by capacity additions or reductions that result in changes of utilization rates. In addition, $TiO_2$ margins are impacted by significant changes in major input costs such as energy and feedstock. We expect that there may be modest increases in raw material costs in our titanium dioxide segment in the near term.

Profitability for $TiO_2$ reached a peak in 2011, with significantly higher demand, prices and margins. Based on publicly available information, we believe that during this period of peak profitability many $TiO_2$ peer companies, including Huntsman's $TiO_2$ business, generated EBITDA margins in excess of 25%. Following the peak, utilization rates dropped in 2012 as demand fell due to weaker economic

82

Table of Contents

conditions, industry de-stocking and the addition of new $TiO_2$ capacity. There was an associated decline in prices and margins. Over the following three years, demand recovered slowly; however, this modest demand improvement did not result in any significant increase in operating rates, and $TiO_2$ prices consequently declined throughout the period. After reaching a trough in the first quarter of 2016, supply/demand fundamentals began improving in 2016 primarily due to strong global demand growth and some capacity rationalizations. Though the $TiO_2$ market has shown signs of recovery, prices and margins remain below long-term historical averages. With the expectation of global capacity utilization rate improvements and further price increases, $TiO_2$ margins are expected to increase. With approximately 70% of our revenue during the twelve months ended March 31, 2017 being derived from $TiO_2$ sales, we believe recovery in $TiO_2$ margins to historical averages should result in increased profitability and cash flow generation.

We estimate that the global demand for iron oxide pigments was approximately 1.3 million metric tons per year for 2016. Approximately 45% of this demand was generated from Asia, with Europe representing approximately 23% of demand and North America representing approximately 21% of demand. The construction industry consumes approximately 45% of colored iron oxide pigments, where the products are used for the coloring of manufactured concrete products such as paving tiles and precast roof tiles as well as for coloring cast in place concrete such as ready-mix, stucco and mortar. Industrial and architectural coatings represent the second largest segment for iron oxides (approximately 30% of total demand), where these pigments bring color, opacity and fade resistance to a variety of solvent and water-borne coating systems. Growth in the demand for iron oxide pigments is therefore closely linked to demand in the construction and coatings industries.

We sell more than 90% of our functional additives products into coatings and plastics end markets. The demand dynamics for functional additives are therefore similar to those of $TiO_2$. Over the last five years, there has been strong growth in demand for functional additives in specific applications such as white BOPET films. Final applications of these films include flat panel displays for televisions, labels and medical diagnostic devices. The demand for ultramarine blue pigments is primarily driven by the plastics industry, with approximately two-thirds of all ultramarine pigments used as colorants in polymeric materials such as packaging, automotive components and consumer plastics.

**Exchange Rate Movements**

Our earnings are subject to fluctuations due to exchange rate movements. Our revenues and expenses are denominated in various currencies, including the primary European currencies, which have recently been volatile, while our reporting currency is the U.S. dollar. Generally, a decline in the value of the euro relative to the U.S. dollar will reduce our reported profitability. A decline in the value of the British pound sterling or Malaysian ringgit relative to the U.S. dollar will increase our reported profitability.

Table of Contents

**Results of Operations**

The following table sets forth our combined results of operations for the years ended December 31, 2016, 2015 and 2014 and the three months ended March 31, 2017 and 2016 (dollars in millions). **These results include other Huntsman businesses that are not part of our Titanium Dioxide or Performance Additives segments and that will ultimately not be part of our continuing operations.** See "Unaudited Pro Forma Condensed Combined Financial Information."

| | Year Ended December 31, | | | Percent Change Year Ended December 31, | | Three Months Ended March 31, | | Percent Change Three Months Ended March 31, |
|---|---|---|---|---|---|---|---|---|
| | 2016 | 2015 | 2014 | 2016 vs. 2015 | 2015 vs. 2014 | 2017 | 2016 | 2017 vs. 2016 |
| **Revenues** | $ 2,309 | $ 2,330 | $ 1,729 | (1)% | 35% | $ 569 | $ 585 | (3)% |
| Cost of goods sold | 2,134 | 2,192 | 1,637 | (3)% | 34% | 489 | 550 | (11)% |
| Operating expenses | 194 | 268 | 206 | (28)% | 30% | 55 | 63 | (13)% |
| Restructuring, impairment and plant closing costs | 35 | 223 | 62 | (84)% | 260% | 27 | 11 | 145% |
| **Operating loss** | **(54)** | **(353)** | **(176)** | **(85)%** | **101%** | **(2)** | **(39)** | **95%** |
| Interest expense, net | (44) | (30) | (2) | 47% | NM% | (12) | (11) | 9% |
| Other expense | (1) | — | (1) | NM | 100% | — | — | — |
| **Loss before income taxes** | **(99)** | **(383)** | **(179)** | **(74)%** | **114%** | **(14)** | **(50)** | **72%** |
| Income tax benefit | 22 | 31 | 17 | (29)% | 82% | 1 | 2 | (50)% |
| **Net loss** | **(77)** | **(352)** | **(162)** | **(78)%** | **117%** | **(13)** | **(48)** | **73%** |
| **Reconciliation of net loss to Adjusted EBITDA:** | | | | | | | | |
| Net income attributable to noncontrolling interests | (10) | (7) | (2) | 43% | 250% | (3) | (2) | 50% |
| Interest expense, net | 44 | 30 | 2 | 47% | NM% | 12 | 11 | 9% |
| Income tax benefit | (22) | (31) | (17) | (29)% | 82% | (1) | (2) | 50% |
| Depreciation and amortization | 120 | 107 | 93 | 12% | 15% | 30 | 24 | 25% |
| Other adjustments: | | | | | | | | |
| Acquisition and integration expenses | 11 | 44 | 45 | | | — | 6 | |
| Purchase accounting adjustments | — | — | 13 | | | — | — | |
| (Gain) loss on disposition of business/assets | (22) | 2 | (1) | | | — | — | |
| Certain legal settlements and related expenses | 2 | 3 | 3 | | | — | 1 | |
| Amortization of pension and postretirement actuarial losses | 11 | 11 | 11 | | | 4 | 3 | |
| Net plant incident costs | 1 | 4 | — | | | 5 | 1 | |
| Restructuring, impairment and plant closing costs | 35 | 223 | 62 | | | 27 | 11 | |
| **Adjusted EBITDA(2)** | $ 93 | $ 34 | $ 47 | | | $ 61 | $ 5 | |
| Net cash provided by (used in) operating activities(1) | $ 97 | $ (63) | $ (63) | NM | (2)% | $ 22 | $ (47) | NM |
| Net cash provided by (used in) investing activities(1) | (118) | (139) | 29 | (15)% | NM | (59) | (37) | (59)% |
| Net cash used in financing activities(1) | 30 | 194 | 52 | (85)% | 273% | 41 | 90 | (54)% |
| Capital expenditures | (113) | (211) | (142) | (46)% | 49% | (20) | (33) | (39)% |

NM—Not meaningful

84

Table of Contents

(1)    As restated.

(2)    Our management uses Adjusted EBITDA to assess financial performance. Adjusted EBITDA is defined as net income (loss) before interest, income tax, depreciation and amortization, net income attributable to noncontrolling interests and certain corporate and other items, as well as eliminating the following adjustments: (a) acquisition and integration expenses; (b) purchase accounting adjustments; (c) (gain) loss on disposition of businesses/assets; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement actuarial losses; (f) net plant incident costs and (g) restructuring, impairment and plant closing costs. We believe that net income (loss) is the performance measure calculated and presented in accordance with U.S. GAAP that is most directly comparable to Adjusted EBITDA.

We believe Adjusted EBITDA is useful to investors in assessing our ongoing financial performance and provides improved comparability between periods through the exclusion of certain items that management believes are not indicative of our operational profitability and that may obscure underlying business results and trends. However, this measure should not be considered in isolation or viewed as a substitute for net income or other measures of performance determined in accordance with U.S. GAAP. Moreover, Adjusted EBITDA as used herein is not necessarily comparable to other similarly titled measures of other companies due to potential inconsistencies in the methods of calculation. Our management believes this measure is useful to compare general operating performance from period to period and to make certain related management decisions. Adjusted EBITDA is also used by securities analysts, lenders and others in their evaluation of different companies because it excludes certain items that can vary widely across different industries or among companies within the same industry. For example, interest expense can be highly dependent on a company's capital structure, debt levels and credit ratings. Therefore, the impact of interest expense on earnings can vary significantly among companies. In addition, the tax positions of companies can vary because of their differing abilities to take advantage of tax benefits and because of the tax policies of the various jurisdictions in which they operate. As a result, effective tax rates and tax expense can vary considerably among companies. Finally, companies employ productive assets of different ages and utilize different methods of acquiring and depreciating such assets. This can result in considerable variability in the relative costs of productive assets and the depreciation and amortization expense among companies.

Nevertheless, our management recognizes that there are limitations associated with the use of Adjusted EBITDA in the evaluation of us as compared to net income. Our management compensates for the limitations of using Adjusted EBITDA by using this measure to supplement U.S. GAAP results to provide a more complete understanding of the factors and trends affecting the business rather than U.S. GAAP results alone.

In addition to the limitations noted above, Adjusted EBITDA excludes items that may be recurring in nature and should not be disregarded in the evaluation of performance. However, we believe it is useful to exclude such items to provide a supplemental analysis of current results and trends compared to other periods because certain excluded items can vary significantly depending on specific underlying transactions or events, and the variability of such items may not relate specifically to ongoing operating results or trends and certain excluded items, while potentially recurring in future periods, may not be indicative of future results. For example, while EBITDA from discontinued operations is a recurring item, it is not indicative of ongoing operating results and trends or future results.

**Three Months Ended March 31, 2017 Compared to the Three Months Ended March 31, 2016**

For the three months ended March 31, 2017, net loss was $13 million on revenues of $569 million, compared with net loss of $48 million on revenues of $585 million for the same period of 2016. The decrease of $35 million in net loss was the result of the following items:

- Revenues for the three months ended March 31, 2017 decreased by $16 million, or 3%, as compared with 2016. The decrease was due to lower average volumes across all of our segments primarily as a result of the fire at our plant in Pori, Finland, offset by higher average selling prices in our Titanium Dioxide segment, related to improvements in business conditions. See "—Segment Analysis" below.

85

Table of Contents

- Our operating expenses for the three months ended March 31, 2017 decreased by $8 million, or 13%, as compared with 2016, primarily related to a $10 million decrease in other selling, general and administrative expenses as a result of cost savings from restructuring programs.

- Restructuring, impairment and plant closing costs for the three months ended March 31, 2017 increased to $27 million from $11 million for the same period of 2016. For more information concerning restructuring activities, see note "5. Restructuring, Impairment and Plant Closing Costs" to our condensed combined financial statements.

- Our income tax benefit for the three months ended March 31, 2017 decreased to $1 million from $2 million for the same period of 2016. Our tax benefit is significantly affected by the mix of income and losses in the tax jurisdictions in which we operate, as impacted by the presence of valuation allowances in certain tax jurisdictions. For further information concerning taxes, see note "8. Income Taxes" to our condensed combined financial statements.

**Segment Analysis**

*Three Months Ended March 31, 2017 Compared to the Three Months Ended March 31, 2016*

| | Three Months Ended March 31, | | Percent Change Favorable (Unfavorable) |
|---|---|---|---|
| | 2017 | 2016 | |
| | (in millions) | | |
| **Revenues** | | | |
| Titanium Dioxide | $ 385 | $ 392 | (2)% |
| Performance Additives | 152 | 148 | 3% |
| Other businesses | 32 | 45 | (29)% |
| Total | $ 569 | $ 585 | (3)% |
| **Segment Adjusted EBITDA** | | | |
| Titanium Dioxide | $ 48 | $ (3) | NM |
| Performance Additives | 21 | 18 | 17% |
| Other businesses | (8) | (10) | 20% |
| Total | $ 61 | $ 5 | NM% |

| | Three Months Ended March 31, 2017 vs. 2016 | | | |
|---|---|---|---|---|
| | Average Selling Price(1) | | | |
| | Local Currency | Foreign Currency Translation Impact | Mix & Other(2) | Sales Volumes(3) |
| **Period-Over-Period (Decrease) Increase** | | | | |
| Titanium Dioxide | 12% | (2)% | (4)% | (6)% |
| Performance Additives | — | (1)% | 9% | (6)% |

NM—Not meaningful

(1)     Excludes revenues from tolling arrangements, by-products and raw materials.

(2)     Includes the impact from the Rockwood acquisition.

(3)     Excludes sales volumes of by-products and raw materials.

86

Table of Contents

*Titanium Dioxide*

The decrease in revenues of $7 million, or 2%, in our Titanium Dioxide segment for the three months ended March 31, 2017 compared to the same period of 2016 was due to a 6% decrease in sales volumes and 4% decrease due to product mix, collectively totalling $45 million, partially offset by a $38 million, or a 10%, increase in average selling prices. Sales volumes decreased as a result of the fire at our Pori, Finland manufacturing facility. Average selling prices increased primarily due to improved competitive conditions which enabled announced price increases to be effected.

Segment Adjusted EBITDA increased by $51 million as a result of a $38 million increase in revenues due to higher average selling prices, $20 million of savings due to improvements in operational efficiencies in 2017, a $4 million decrease in cost of goods sold due to savings from restructuring initiatives, a $2 million decrease in selling, general and administrative expense due to savings from restructuring and a $2 million decrease in other operating expenses due to realized foreign exchange movements, partially offset by a $15 million reduction in Adjusted EBITDA due to the fire at our Pori, Finland plant.

*Performance Additives*

The increase in revenues in our Performance Additives segment of $4 million, or 3%, for the three months ended March 31, 2017 compared to the same period of 2016 was due to a net increase of $5 million, or 3%, due to changes in product mix and sales volume, and a $1 million, or 1%, decrease in average selling prices. The increase in Segment Adjusted EBITDA of $3 million was primarily due to improvement in product mix and restructuring savings.

**Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015**

For the year ended December 31, 2016, net loss was $77 million on revenues of $2,309 million, compared with net loss of $352 million on revenues of $2,330 million in 2015. The decrease of $275 million in net loss was the result of the following items:

- Revenues for the year ended December 31, 2016 decreased by $21 million, or 1%, as compared with 2015. The decrease was due to lower average selling prices in all of our segments, partially offset by higher sales volumes in all of our segments. See "—Segment Analysis" below.

- Our operating expenses for the year ended December 31, 2016 decreased by $74 million, or 28%, as compared to 2015, primarily related to a $33 million decrease in acquisition expenses, $30 million decrease in other selling, general and administrative expenses as a result of cost savings from restructuring programs and a favorable $5 million foreign currency exchange impact of the strengthening U.S. dollar against other major international currencies.

- Restructuring, impairment and plant closing costs for the year ended December 31, 2016 decreased to $35 million from $223 million in 2015. For more information concerning restructuring activities, see note "11. Restructuring, Impairment and Plant Closing Costs" to our combined financial statements.

- Our interest expense, net for the year ended December 31, 2016 increased to $44 million from $30 million in 2015, partially due to an increase in interest expense of approximately $7 million from 2015 to 2016 as a result of higher average levels of notes payable to related parties during 2016 partially offset by a $7 million decrease in interest income for the year ended December 31, 2016 as compared with 2015 resulting from a significant decrease in notes receivable from affiliates during 2016 as compared to 2015.

87

Table of Contents

- Our income tax benefit for the year ended December 31, 2016 decreased to $22 million from $31 million in 2015. Our tax benefit is significantly affected by the mix of income and losses in the tax jurisdictions in which we operate, as impacted by the presence of valuation allowances in certain tax jurisdictions. For further information concerning taxes, see note "18. Income Taxes" to our combined financial statements.

**Segment Analysis**

*Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015*

| | Year Ended December 31, | | Percent Change Favorable (Unfavorable) |
|---|---|---|---|
| | 2016 | 2015 | |
| | (in millions) | | |
| **Revenues** | | | |
| Titanium Dioxide | $ 1,554 | $ 1,583 | (2)% |
| Performance Additives | 585 | 577 | 1% |
| Other businesses | 170 | 170 | — |
| Total | $ 2,309 | $ 2,330 | (1)% |
| **Segment Adjusted EBITDA** | | | |
| Titanium Dioxide | $ 61 | $ (8) | NM |
| Performance Additives | 69 | 69 | — |
| Other businesses | (37) | (27) | (37)% |
| Total | $ 93 | $ 34 | 165% |

| | Year Ended December 31, 2016 vs. 2015 | | | |
|---|---|---|---|---|
| | Average Selling Price(1) | | | |
| | Local Currency | Foreign Currency Translation Impact | Mix & Other(2) | Sales Volumes(3) |
| **Period-Over-Period (Decrease) Increase** | | | | |
| Titanium Dioxide | (6)% | (1)% | 1% | 4% |
| Performance Additives | — | (1)% | (2)% | 4% |

NM—Not meaningful

(1)    Excludes revenues from tolling arrangements, by-products and raw materials.

(2)    Includes the impact from the Rockwood acquisition.

(3)    Excludes sales volumes of by-products and raw materials.

*Titanium Dioxide*

The decrease in revenues of $29 million, or 2%, in our Titanium Dioxide segment for the year ended December 31, 2016 compared to the same period of 2015 was due to a $105 million, or 7%, decrease in average selling prices, partially offset by a $76 million, or 4%, increase in sales volumes. Average selling prices decreased primarily as a result of competitive pressure and the foreign currency exchange impact of a stronger U.S. dollar primarily against the euro. Sales volumes increased primarily due to increased end-use demand.

Table of Contents

Segment Adjusted EBITDA increased by approximately $69 million primarily due to the decrease in cost of sales of $68 million, a decrease in selling, general and administrative costs of $19 million, primarily as a result of restructuring savings and a decrease in other operating expenses of $11 million due to insurance proceeds received relating to the 2015 nitrogen tank explosion at our Uerdingen, Germany manufacturing facility, partially offset by a $29 million decrease in revenue. The change in cost of sales was primarily related to a $115 million decrease due to restructuring savings offset by a $47 million increase in cost of sales due to increased volumes.

*Performance Additives*

The increase in revenues in our Performance Additives segment of $8 million, or 1%, for the year ended December 31, 2016 compared to the same period of 2015 was due to an increase of $12 million, or 2%, due to changes in sales volumes and product mix offset by a $4 million, or 1%, decrease in average selling prices. Segment Adjusted EBITDA remained unchanged as the benefit of higher sales volumes and restructuring savings were offset by lower average selling prices.

**Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014**

For the year ended December 31, 2015, net loss was $352 million on revenues of $2,330 million, compared with net loss of $162 million on revenues of $1,729 million for the same period in 2014. The increase of $190 million in net loss was the result of the following items:

- Revenues for the year ended December 31, 2015 increased by $601 million, or 35%, as compared with 2014. The increase was due principally to higher sales volumes due to the impact of the Rockwood acquisition, partially offset by lower average selling prices in both of our segments. See "—Segment Analysis" below.

- Our operating expenses for the year ended December 31, 2015 increased by $62 million, or 30%, as compared to 2014, primarily related to the inclusion of $65 million of operating expenses due to the Rockwood acquisition, offset by an unfavorable $3 million foreign currency exchange impact of the strengthening U.S. dollar against other major international currencies.

- Restructuring, impairment and plant closing costs for the year ended December 31, 2015 increased to $223 million from $62 million in 2014. For more information concerning restructuring activities, see note "11. Restructuring, Impairment and Plant Closing Costs" to our combined financial statements.

- Interest expense, net for the year ended December 31, 2015 increased to $30 million from $2 million. The increase was primarily due to the increase in notes payable to related parties.

- Our income tax benefit for the year ended December 31, 2015 increased to $31 million from $17 million in 2014. Our tax benefit is significantly affected by the mix of income and losses in the tax jurisdictions in which we operate, as impacted by the presence of valuation allowances in certain tax jurisdictions. For further information concerning taxes, see note "18. Income Taxes" to our combined financial statements.

Table of Contents

**Segment Analysis**

*Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014*

| | Year Ended December 31, | | Percent Change Favorable (Unfavorable) |
|---|---|---|---|
| | 2015 | 2014 | |
| | (in millions) | | |
| **Revenues** | | | |
| Titanium Dioxide | $ 1,583 | $ 1,411 | 12% |
| Performance Additives | 577 | 138 | 318% |
| Other businesses | 170 | 180 | (6)% |
| Total | $ 2,330 | $ 1,729 | 35% |
| **Segment Adjusted EBITDA** | | | |
| Titanium Dioxide | $ (8) | $ 62 | NM |
| Performance Additives | 69 | 14 | 393% |
| Other businesses | (27) | (29) | 7% |
| Total | $ 34 | $ 47 | (28)% |

| | Year Ended December 31, 2015 vs. 2014 | | | |
|---|---|---|---|---|
| | Average Selling Price(1) | | | |
| | Local Currency | Foreign Currency Translation Impact | Mix & Other(2) | Sales Volumes(2),(3) |
| **Period-Over-Period (Decrease) Increase** | | | | |
| Titanium Dioxide | (7)% | (12)% | 36% | (5)% |
| Performance Additives | (10)% | (4)% | 337% | (5)% |

NM—Not meaningful

(1)    Excludes revenues from tolling arrangements, by-products and raw materials.

(2)    Includes the impact from the Rockwood acquisition.

(3)    Excludes sales volumes of by-products and raw materials.

    *Titanium Dioxide*

The increase in revenues in our Titanium Dioxide segment for 2015 compared to 2014 was primarily due to the impact of the Rockwood acquisition which added $411 million to revenue and $373 million to cost of sales. Fixed costs increased by $27 million due to recognizing a full year of Rockwood costs. Other than the impact of the Rockwood acquisition, average selling prices decreased 19% primarily as a result of high $TiO_2$ industry inventory levels and the foreign currency exchange impact of a stronger U.S. dollar against major European currencies; these factors reduced revenues by $235 million. Sales volumes decreased 5% in 2015 primarily as a result of lower end-use demand. Other than the impact of the Rockwood acquisition, fixed costs decreased by $18 million primarily due to the foreign currency exchange impact of a stronger U.S. dollar against major European currencies and $4 million in cost synergies from restructuring initiatives. The impact of a nitrogen tank explosion owned and operated by a third party at our Uerdingen, Germany facility disrupted our manufacturing during the third quarter of 2015 and reduced Segment Adjusted EBITDA by approximately $6 million, the impact of which is included in the above figures. The decrease in Segment Adjusted EBITDA was

Table of Contents

primarily due to lower average selling prices, partially offset by the decrease in operating expenses resulting from restructuring savings, as discussed above, lower raw material and energy prices, and the Rockwood acquisition.

### *Performance Additives*

The increase in revenues in our Performance Additives segment for 2015 compared to 2014 was primarily due to the impact of the Rockwood acquisition in October 2014, which added $413 million to revenue and $308 million to cost of sales. Fixed costs increased by $73 million due to recognizing a full year of Rockwood costs, partially offset by $6 million of cost synergies. The increase of $55 million in Segment Adjusted EBITDA was primarily attributable to the inclusion of a full year of business results due to the Rockwood acquisition.

### Liquidity and Capital Resources

Our primary sources of liquidity and capital resources have historically been cash flows from operations, our participation in a cash pooling program with Huntsman and debt incurred by Huntsman. Following the completion of this offering, we will not receive any capital contributions from Huntsman or funding through the Huntsman cash pooling program and any related intercompany receivable or payable will be eliminated. Additionally, our separation from Huntsman will be structured to provide Huntsman with the benefit of excess cash generated by our business up to the closing date. We had cash and cash equivalents of $34 million, $35 million and $30 million as of June 30, 2017, March 31, 2017 and December 31, 2016, respectively. In addition, as of June 30, 2017, there was approximately $77 million remaining of the partial progress payments received by our insurer with respect to the Pori Fire and we received an additional progress payment of approximately $11 million from our insurer on July 10, 2017. The separation agreement provides that Venator will have the benefit of the property and business interruption insurance proceeds related to covered repair costs or covered lost profits incurred following this offering related to the Pori Fire, including any unspent amounts of the insurance progress payments still remaining at the time of the separation.

In connection with this offering, we intend to enter into the Financings and expect to incur up to $750 million of new debt, which will include (i) $375 million of senior notes and (ii) borrowings of $375 million under our term loan facility. We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. In addition, in connection with the closing of this offering, we intend to enter into an ABL facility available for our working capital needs and general corporate purposes with commitments of $300 million. However, availability to borrow under the $300 million of commitments is subject to a borrowing base calculation comprised of accounts receivable and inventory in the United States, Canada, the United Kingdom, and Germany and accounts receivable in France and Spain, that fluctuate from time to time and may be further impacted by the lenders' discretionary ability to impose reserves and availability blocks that might otherwise incrementally increase borrowing availability. Based on a preliminary independent analysis performed earlier this year, the estimated borrowing base calculation for this facility at that time was in excess of $250 million, assuming participation by all proposed borrowers. To participate in the facility, each borrower is required to deliver certain documentation and security agreements to the satisfaction of the administrative agent, some of which may not be fully satisfied prior the closing of this offering. We expect our borrowing base to be positively impacted by recent and expected future increases in $TiO_2$ selling prices and the resulting impact on the value of our accounts receivable. For more information about the senior notes offering and the senior credit facilities, see "—Financing Arrangements."

Table of Contents

We expect to have adequate liquidity to meet our obligations over the next 12 months. Additionally, we believe our future obligations, including needs for capital expenditures and acquisitions will be met by available cash generated from operations and borrowings under the ABL facility.

***Items Impacting Short-Term and Long-Term Liquidity***

Our liquidity can be significantly impacted by various factors. The following matters had, or are expected to have, a significant impact on our liquidity:

- Cash from our accounts receivable and inventory, net of accounts payable, was approximately $158 million for the three months ended March 31, 2017, while cash from accounts receivable and inventory net of accounts payable was approximately $152 million for the year ended December 31, 2016, as reflected in our combined statements of cash flows. In addition, our titanium dioxide finished goods inventory days on hand at the end of the second quarter of 2017 is expected to be at its lowest level in several years, a trend we believe is being experienced across the titanium dioxide industry. We expect volatility in our working capital components to continue after our separation from Huntsman due to seasonal changes in working capital throughout the year.

- During 2017, we expect to spend approximately $90 million on capital expenditures, net of reimbursements, approximately $20 million of which has been spent as of March 31, 2017. Our future expenditures include certain EHS maintenance and upgrades; periodic maintenance and repairs applicable to major units of manufacturing facilities; expansions of our existing facilities or construction of new facilities; certain cost reduction projects; and certain information technology expenditures. We expect to fund this spending with cash provided by operations.

- During the three months ended March 31, 2017 and year ended December 31, 2016, we made contributions to our pension and postretirement benefit plans of $5 million and $26 million, respectively. During the remainder of 2017, we expect to contribute an additional amount of approximately $19 million to these plans. For further discussion, see note "19. Employee Benefit Plans," to our combined annual financial statements.

- We are also involved in a number of cost reduction programs for which we have established restructuring accruals. As of March 31, 2017 and December 31, 2016, we had $35 million and $22 million, respectively, of accrued restructuring costs of which $31 million and $15 million, respectively, are classified as current. We expect to incur and pay additional restructuring and plant closing costs of approximately $17 million through the remainder of 2017. For further discussion of these plans and the costs involved, see note "5. Restructuring, Impairment and Plant Closing Costs" to our condensed combined financial statements.

  Further, although the business improvement program is expected to be completed by the end of 2018, we expect to incur additional restructuring charges well beyond the end of 2018. We expect the business improvement program to provide additional contributions to Adjusted EBITDA beginning in 2017.

- On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and is currently not fully operational. We anticipate that some level of production will have resumed prior to completion of the separation and we estimate that the Pori facility will be fully operational around the end of 2018. The Pori facility has a nameplate capacity of up to 130,000 metric tons, which represents approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. The site is insured for property damage as well as business interruption losses. However, if we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility,

92

Table of Contents

or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted.

As of both March 31, 2017 and December 31, 2016, we had $10 million classified as current portion of debt.

As of March 31, 2017 and December 31, 2016, we had approximately $31 million and $26 million, respectively, of cash and cash equivalents held by our foreign subsidiaries, including our variable interest entities. We intend to use cash held in our foreign subsidiaries to fund our local operations. Nevertheless, we could repatriate this cash or future operating cash from earnings as dividends to our U.S. enterprise. If foreign cash were repatriated as dividends, under current tax law, our existing tax attributes provide the ability to repatriate the cash without incurring incremental U.S. income tax. We anticipate that these attributes will be sufficient to allow for the repatriation of an amount of cash equivalent to at least our expected third-party debt at the time of this offering. Cash held by certain foreign subsidiaries, including our variable interest entities, may also be subject to legal restrictions, including those arising from the interests of our partners, which could limit the amounts available for repatriation.

***Cash Flows for the Three Months Ended March 31, 2017 Compared to the Three Months Ended March 31, 2016***

Net cash provided by operating activities was $22 million for the three months ended March 31, 2017 while net cash used in operating activities was $47 million for the three months ended March 31, 2016. The increase in net cash provided by operating activities for the three months ended March 31, 2017 compared with the same period of 2016 was primarily attributable to a decrease in net loss as described in "—Results of Operations" above in addition to a $32 million favorable variance in operating assets and liabilities for 2017 as compared with 2016.

Net cash used in investing activities was $59 million and $37 million for the three months ended March 31, 2017 and 2016, respectively. The increase in net cash used in investing activities for the three months ended March 31, 2017 compared with the same period of 2016 was primarily attributable to an $87 million increase in advances to affiliates partially offset by a $54 million inflow of insurance proceeds related to the fire in our plant in Pori, Finland received during the three months ended March 31, 2017 as well as a $13 million decrease in capital expenditures for the three months ended March 31, 2017 compared with the same period of 2016.

Net cash provided by financing activities was $41 million and $90 million for the three months ended March 31, 2017 and 2016, respectively. The decrease in net cash provided by financing activities for the three months ended March 31, 2017 compared with the same period of 2016 was primarily attributable to a $48 million net repayment of borrowings on affiliate accounts payable.

***Cash Flows for the Year Ended December 31, 2016 Compared to the Year Ended December 31, 2015***

Net cash provided by operating activities for 2016 was $97 million while net cash used in operating activities for 2015 was $63 million. The increase in net cash provided by operating activities during 2016 compared with 2015 was primarily attributable to a $275 million decrease in net loss offset by a $33 million unfavorable variance in operating assets and liabilities for 2016 as compared with 2015 and a $94 million unfavorable variance in noncash adjustments from 2015 to 2016 for impairment of assets.

Net cash used in investing activities for 2016 and 2015 was $118 million and $139 million, respectively. During 2016 and 2015, we paid $113 million and $211 million, respectively, for capital expenditures. During 2016 and 2015, we made investments in Louisiana Pigment Company, L.P. ("LPC") of $29 million and $42 million, respectively, and we received dividends from LPC of

93

Table of Contents

$32 million and $48 million, respectively. Finally, we had an unfavorable variance in advances to affiliates of $83 million from 2015 to 2016.

Net cash provided by financing activities for 2016 and 2015 was $30 million and $194 million, respectively. The decrease in net cash provided by financing activities was primarily due to a $158 million decrease in cash inflows related to net borrowings on affiliates accounts payable and a $6 million increase in dividends paid to noncontrolling interest.

***Cash Flows for the Year Ended December 31, 2015 Compared to the Year Ended December 31, 2014***

Net cash used in operating activities for both 2015 and 2014 was $63 million. Net cash used in operating activities during 2015 compared with 2014 reflects a $52 million favorable variance in operating assets and liabilities for 2015 as compared with 2014, a $135 million favorable change due to noncash adjustments in 2015 for impairment of assets and noncash interest, offset by an increase in net loss as described in "—Results of Operations" above. See note "11. Restructuring, Impairment and Plant Closing Costs" to our combined financial statements for further discussion of the impairment in 2015.

Net cash used in investing activities for 2015 was $139 million compared to net cash provided by investing activities of $29 million in 2014. During 2015 and 2014, we paid $211 million and $142 million, respectively, for capital expenditures. During 2015 and 2014, we made investments in LPC of $42 million and $37 million, respectively, and we received dividends from LPC of $48 million in both periods. During 2014, we received $77 million in cash in connection with the Rockwood acquisition. We had a decrease of $17 million in net advances to affiliates.

Net cash provided by financing activities for 2015 and 2014 was $194 million and $52 million, respectively. The increase in net cash provided by financing activities was primarily due to an increase in net borrowings from affiliate accounts payable offset by dividends paid to noncontrolling interests.

**Changes in Financial Condition**

The following information summarizes our working capital as of March 31, 2017 and December 31, 2016 (dollars in millions):

| | March 31, 2017 | December 31, 2016 | Increase (Decrease) | Percent Change |
|---|---|---|---|---|
| Cash and cash equivalents | $ 35 | $ 30 | $ 5 | 17% |
| Accounts and notes receivable, net | 275 | 258 | 17 | 7% |
| Accounts receivable from affiliates | 502 | 303 | 199 | 66% |
| Inventories | 440 | 434 | 6 | 1% |
| Prepaid expenses | 11 | 11 | — | — |
| Other current assets | 63 | 60 | 3 | 5% |
| Total current assets | 1,326 | 1,096 | 230 | 21% |
| Accounts payable | 295 | 303 | (8) | (3)% |
| Accounts payable to affiliates | 783 | 705 | 78 | 11% |
| Accrued liabilities | 188 | 156 | 32 | 21% |
| Current portion of debt | 10 | 10 | — | — |
| Total current liabilities | 1,276 | 1,174 | 102 | 9% |
| Working capital (deficit) | $ 50 | $ (78) | $ 128 | NM |

94

Table of Contents

Our working capital increased by $128 million as a result of the net impact of the following significant changes:

- Cash and cash equivalents increased by $5 million primarily due to inflows of $22 million from operating activities and $41 million from financing activities offset by outflows of $59 million used in investing activities.

- Accrued liabilities increased by $32 million primarily due to deferred income recorded in connection with the partial progress payment received from our insurer related to the fire at our Pori, Finland manufacturing facility.

- Accounts receivable from and accounts payable to affiliates represent financing arrangements with affiliates of Huntsman. For further information, see note "14. Related Party Financing—Cash Pooling Program" to our combined financial statements.

The following information summarizes our working capital as of December 31, 2016 and December 31, 2015 (dollars in millions):

| | December 31, 2016 | December 31, 2015 | Increase (Decrease) | Percent Change |
|---|---|---|---|---|
| Cash and cash equivalents | $ 30 | $ 22 | $ 8 | 36% |
| Accounts and notes receivable, net | 258 | 260 | (2) | (1)% |
| Accounts receivable from affiliates | 303 | 464 | (161) | (35)% |
| Inventories | 434 | 571 | (137) | (24)% |
| Prepaid expenses | 11 | 50 | (39) | (78)% |
| Other current assets | 60 | 65 | (5) | (8)% |
| Total current assets | 1,096 | 1,432 | (336) | (23)% |
| Accounts payable | 303 | 317 | (14) | (4)% |
| Accounts payable to affiliates | 705 | 623 | 82 | 13% |
| Accrued liabilities | 156 | 259 | (103) | (40)% |
| Current portion of debt | 10 | 9 | 1 | 11% |
| Total current liabilities | 1,174 | 1,208 | (34) | (3)% |
| Working capital | $ (78) | $ 224 | $ (302) | NM |

Our working capital decreased by $302 million as a result of the net impact of the following significant changes:

- Cash and cash equivalents increased by $8 million primarily due to inflows of $97 million provided by operating activities and $30 million provided by financing activities offset by outflows of $118 million used in investing activities.

- Inventories decreased by $137 million mainly due to lower inventory volumes and lower raw material costs, primarily in the Titanium Dioxide segment.

- Prepaid expenses decreased by $39 million primarily due to the distribution of employee termination and other restructuring costs that were prefunded during the fourth quarter of 2015.

- Accounts payable decreased by $14 million primarily due to lower purchases consistent with the lower inventory balances noted above.

- Accrued liabilities decreased by $103 million primarily due to the distribution of prefunded restructuring costs.

95

Table of Contents

- Accounts receivable from and accounts payable to affiliates represent financing arrangements with affiliates of Huntsman. For further information, see note "14. Related Party Financing—Cash Pooling Program" to our combined financial statements.

**Third-Party Debt Agreements**

We also have lease obligations accounted for as capital leases primarily related to manufacturing facilities which are included in other long-term debt. The scheduled maturities of our commitments under capital leases are as follows (dollars in millions):

| Year ending December 31: | | |
|---|---|---|
| 2017 | $ | 7 |
| 2018 | | 2 |
| 2019 | | 2 |
| 2020 | | 2 |
| Thereafter | | 11 |
| Total minimum payments | | 24 |
| Less: Amounts representing interest | | (4) |
| Present value of minimum lease payments | | 20 |
| Less: Current portion of capital leases | | (7) |
| Long-term portion of capital leases | $ | 13 |

In addition to these capital leases, we intend to enter into the Financings described below under "—Financing Arrangements." We intend to use the net proceeds of the senior notes offering and the term loan facility to repay intercompany debt we owe to Huntsman, to pay a dividend to Huntsman (to the extent net proceeds of the senior notes offering and the term loan facility exceed the net intercompany amounts we owe to Huntsman) and to pay related fees and expenses. Prior to, or concurrently with, the closing of this offering, all of our outstanding debt with Huntsman will be repaid, capitalized or otherwise eliminated.

**Financing Arrangements**

Following the closing of this offering, we expect to have the following indebtedness and other facilities:

- a senior secured term loan facility in an aggregate principal amount of $375 million;

- an asset-based revolving lending facility with a borrowing capacity of up to $300 million; and

- senior unsecured notes in an aggregate principal amount of $375 million.

***Senior Facilities***

*General*

Our new senior credit facilities will provide for first lien senior secured financing of up to $675 million, consisting of:

- a term loan facility, in an aggregate principal amount of $375 million, with a maturity of seven years; and

- an asset-based revolving lending facility, in an aggregate principal amount of up to $300 million, with a maturity of five years.

In addition, we may request one or more incremental term loan facilities in an aggregate amount (the "Incremental Term Loan Amount") equal to (a) sum of (1) $225 million and (2) the amount of voluntary prepayments of the term loan facility (including all debt buybacks with credit given to the

96

Table of Contents

Through and including August 27, 2017 (the 25th day after the date of this prospectus), all dealers effecting transactions in the ordinary shares, whether or not participating in this offering, may be required to deliver a prospectus. This delivery requirement is in addition to a dealer's obligation to deliver a prospectus when acting as an underwriter and with respect to an unsold allotment or subscription.

**22,700,000 Shares**



# Venator Materials PLC

### Ordinary Shares

---

**PROSPECTUS**

---

**Citigroup**
**Goldman Sachs & Co. LLC**
**BofA Merrill Lynch**
**J.P. Morgan**
**Barclays**
**Deutsche Bank Securities**
**UBS Investment Bank**
**RBC Capital Markets**
**Moelis & Company**
**HSBC**
**Nomura**
**SunTrust Robinson Humphrey**
**Academy Securities**
**COMMERZBANK**

**August 2, 2017**

# Exhibit 13

## J.P.Morgan

North America Equity Research
01 August 2018

# Venator Materials

## We Reduce Estimates

Venator's 2Q:18 earnings report presents a basketful of puzzles: what is the effect of the settlement of the Pori insurance claims on future quarterly adjusted EBITDA; and what exactly are Venator's intentions with respect to the rebuilding of the Pori, Finland plant are just the beginning. There are operational issues as well concerning price, volume and cost for titanium dioxide production. We sharply reduced our EBITDA assumptions for Venator. The company will forego about $75m in annual EBITDA from the loss of Pori ongoing insurance payments. Average titanium dioxide prices in Europe are moving lower due to currency translation effects, and from titanium dioxide producers shipping more product to the high-priced European market. There is also inflation in delivered costs for TiO2. We reduced our 2018 EBITDA expectations for Venator from $577m to $503m. Our 2019 EBITDA forecast is now $422m versus $634m previously, reflecting price assumptions that are about $100/t lower than our previous forecast. We reduced our price target from $25/sh for December 2018 to $18/sh for December 2019 to reflect these changes. Venator offers a free cash flow yield of 16% for 2019 and about 10% for 2020. We think Venator good value and maintain our Overweight rating on the shares.

- **We estimate that the settlement of the Pori insurance claims should result in lower quarterly production of titanium dioxide by about 23kt.** The capacity of the Pori facility is 130kt: assuming a 90% utilization rate, production is 117kt. If the facility is non-operable, quarterly production is reduced by 29kt. If Pori's available capacity is 20% or 27kt, and it runs at 90%, it produces 24kt annually or 6kt per quarter. Subtracting 6kt from 29kt leads to a 23kt quarterly reduction in production. We think Venator generated about $850 per insured ton in 1H:18 on average from the TiO2 it sold. The EBITDA effect of the loss of 23kt is then 23kt x $850 or $80m annually, or about $20m/quarter. Venator has also been absorbing more than $10m/quarter to staff the Pori plant in expectation of a full start-up of capacity. It is likely that staffing arrangements move lower in the light of operational issues that have arisen in the rebuilding of the Pori facility, as well as given the spending dilemmas that are presented by the possible acquisition of the Ashtabula assets of Tronox and Cristal. The ultimate costs of the Pori rebuild are roughly $350m and rising. If annual Pori EBITDA is $80m at mid-cycle, that translates to a 23% pre-tax return: if the ultimate costs of Pori are $500m, and the project is more than one year away from completion, the project most likely becomes a non-starter. These are the considerations that we believe Venator is weighing. We would be surprised if Venator would bear the costs of the purchase of Ashtabula and the full rebuild of the Pori facility. Our expectation is that Pori is rebuilt to a small extent as Venator de-levers following a possible Ashtabula purchase.

## Overweight

**VNTR, VNTR US**
Price: $13.53

▼ **Price Target: $18.00**
Previous: $25.00

---

**Chemicals: Specialty, Commodity and Agricultural**

**Jeffrey J. Zekauskas** [AC]
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com
**Bloomberg** JPMA ZEKAUSKAS <GO>

**Silke Kueck**
(1-212) 622-6503
silke.x.kueck@jpmorgan.com

**Youyou Yan**
(1-212) 622-4951
youyou.yan@jpmorgan.com

**Katie Zhang**
(1-212) 622-3262
katie.zhang@jpmorgan.com
J.P. Morgan Securities LLC

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -33.9% | -8.6% | -18.8% | -26.9% |
| Rel | -41.7% | -9.5% | -27.2% | -44.1% |

**Venator Materials Plc. (VNTR;VNTR US)**

| FYE Dec | 2017A | 2018E (Prev) | 2018E (Curr) | 2019E (Prev) | 2019E (Curr) | 2020E (Prev) | 2020E (Curr) |
|---|---|---|---|---|---|---|---|
| EPS - Recurring ($) | | | | | | | |
| Q1 (Mar) | 0.33 | 0.92A | 0.92A | - | - | - | - |
| Q2 (Jun) | 0.73 | 0.85 | 0.84A | - | - | - | - |
| Q3 (Sep) | 0.70 | 0.81 | 0.39 | - | - | - | - |
| Q4 (Dec) | 0.60 | 0.63 | 0.36 | - | - | - | - |
| FY | 2.37 | 3.20 | 2.50 | 3.70 | 1.90 | 3.80 | 2.00 |
| Bloomberg EPS FY ($) | 2.09 | - | 3.21 | - | 3.37 | - | 3.36 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 13.53 |
| Date Of Price | 01-Aug-18 |
| 52-week Range ($) | 26.90-12.75 |
| Market Cap ($ mn) | 1,443.99 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 107 |
| Price Target ($) | 18.00 |
| Price Target End Date | 31-Dec-19 |

**See page 13 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

**North America Equity Research**
01 August 2018

J.P.Morgan

# Details

**We forecast Venator to generate ~$503 million in EBITDA for 2018 and $422 million for 2019 versus $416m in 2017.** We estimate Venator's TiO2 EBITDA to increase from $387m to $468m in 2018 due to higher average prices. We expect TiO2 prices to increase ~$180/t in 2018 versus the 4Q:17 level. On average, our 2018 TiO2 price assumption is $350/t higher versus the average level of 2017, or up 13% y/y including a 4% FX benefit. We expect Venator's TiO2 volume for 2018 to decline (4-5%), adjusted for Pori, due to supply disruptions in 2Q and lower end market demand.

**We estimate that TiO2 EBITDA could sharply decrease from $147m in 2Q:18 to $94m in 3Q:18 as insured volumes absent from Pori, higher raw material costs and sequentially lower prices are likely to pull down sequential results.** We think TiO2 prices are likely to move lower in 3Q:18 as a result of lower activity levels and competition from China. Venator's TiO2 volumes were lower by (12%) y/y in 2Q:18, half of which was due to manufacturing disruptions and half due to lower demand. Venator commented that higher ore costs might be a ($10-15m) headwind to EBITDA in 3Q:18, which suggests $70-100 in higher raw material costs per ton. We think Pori insured tons were contributing about $70m-$80m in EBITDA in 2018 (or $20m per quarter).

**Venator is in negotiations to purchase the Ashtabula, Ohio TiO2 facility owned by Tronox for $1.1b** (or $900m if Tronox continues to await the decision of the FTC's Administrative Law Judge following an adverse ruling by the U.S. District Court). We estimate that Ashtabula has about 245kt of chloride-based TiO2 capacity; we estimate Ashtabula's EBITDA at about $185m for 2018, which represents a 4.9-5.9x EBITDA multiple. Venator is to receive a $75m fee should the Tronox/Cristal merger be consummated but the Ashtabula site is not sold to Venator.

**We model TiO2 EBITDA of $370m in 2019 and $374m in 2020.** We do not forecast Pori running at full rates in 2020, nor do we factor in a possible Ashtabula acquisition. We also lowered capital outlays designated for the Pori facility over the next two years.

**Table 1: Venator TiO2 Margins per Ton**

|  | 4Q:16 | 1Q:17 | 2Q:17 | 3Q:17 | 4Q:17 | 2017 | 1Q | 2Q | 3QE | 4QE | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blended Price ($/t) | 2484 | 2464 | 2600 | 2756 | 2838 | 2665 | 2980 | 3096 | 3011 | 2981 | 3017 | 2981 | 2981 |
| Volume (PF Pori until 3Q18, '000s tons) | 144 | 180 | 167 | 170.5 | 145 | 663 | 184 | 147 | 135 | 125 | 591 | 555 | 561 |
| Blended Cost ($/t) | 2254 | 2199 | 2043 | 2011 | 2020 | 2068 | 2240 | 2234 | 2314 | 2314 | 2276 | 2314 | 2314 |
| **Blended EBITDA ($/t)** | **230** | **265** | **557** | **745** | **818** | **596** | **741** | **862** | **697** | **667** | **742** | **667** | **667** |

Source: Company reports and J.P. Morgan estimates.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

**North America Equity Research**
01 August 2018

J.P.Morgan

# Financial Tables

### Table 2: Venator Income Statement

| | 1Q | 2Q | 3Q | 4Q | 2017 | 1Q | 2Q | 3QE | 4QE | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | **536** | **562** | **582** | **528** | **2208** | **622** | **626** | **514** | **473** | **2235** | **2117** |
| *% change* | *-0.7%* | *-2.4%* | *9.3%* | *7.4%* | *3.2%* | *16.0%* | *11.4%* | *-11.7%* | *-10.4%* | *1.2%* | *-5.3%* |
| *Titanium Dioxide* | *385* | *401* | *431* | *387* | *1604* | *456* | *455* | *360* | *329* | *1601* | *1476* |
| *Performance Additives* | *151* | *161* | *151* | *141* | *604* | *166* | *171* | *154* | *144* | *635* | *642* |
| | | | | | | | | | | | |
| COGS | 465 | 481 | 488 | 435 | 1869 | 454 | 466 | 399 | 365 | 1684 | 1651 |
| *% sales* | *86.7%* | *85.6%* | *83.9%* | *82.4%* | *84.6%* | *73.0%* | *74.4%* | *77.6%* | *77.1%* | *75.3%* | *78.0%* |
| | | | | | | | | | | | |
| Gross Profit | 71 | 81 | 94 | 93 | 339 | 168 | 160 | 115 | 108 | 551 | 466 |
| *% gross margin* | *13.3%* | *14.4%* | *16.1%* | *17.6%* | *15.4%* | *27.0%* | *25.6%* | *22.4%* | *22.9%* | *24.7%* | *22.0%* |
| *incr. margin* | *-1242.6%* | *-373.4%* | *111.3%* | *122.5%* | *287.6%* | *112.7%* | *123.5%* | *-31.8%* | *-27.8%* | *785.5%* | *72.5%* |
| | | | | | | | | | | | |
| Total Expense | 39 | 4 | 3 | 6 | 52 | 51 | 46 | 51 | 51 | 199 | 181 |
| Other exp./(income) | -6 | -40 | -42 | -33 | -121 | -7 | -2 | 0 | 0 | -9 | 0 |
| | | | | | | | | | | | |
| **Operating income** | **33** | **77** | **91** | **87** | **288** | **124** | **122** | **64** | **57** | **368** | **285** |
| *Titanium Dioxide* | *28* | *73* | *102* | *76* | *279* | *117* | *120* | *67* | *57* | *361* | *262* |
| *Performance Additives* | *14* | *13* | *5* | *9* | *41* | *17* | *15* | *10* | *10* | *52* | *58* |
| *Other/Corp. Expenses* | *-9* | *-9* | *-8* | *-16* | *-42* | *-10* | *-13* | *-13* | *-9* | *-45* | *-35* |
| | | | | | | | | | | | |
| Interest exp. Net | 0 | 0 | 8 | 11 | 20 | 10 | 10 | 10 | 7 | 37 | 26 |
| *% rate* | | | | | | *5.3%* | *5.3%* | *5.3%* | *5.3%* | | |
| Other income/(costs) | | | | | | 8 | | | | 8 | |
| | | | | | | | | | | | |
| Pre-tax income | 32 | 76 | 83 | 76 | 268 | 122 | 112 | 54 | 50 | 339 | 259 |
| | | | | | | | | | | | |
| Tax costs/(benefit) | | | 11 | 10 | 21 | 22 | 21 | 11 | 10 | 64 | 49 |
| *tax rate* | | | *13.3%* | *13.1%* | *13.2%* | *18.0%* | *18.7%* | *19.5%* | *20.0%* | *18.8%* | *18.7%* |
| | | | | | | | | | | | |
| Minority interest | 3 | 2 | 3 | -2 | 7 | -2 | -2 | -2 | -2 | -8 | -8 |
| Net Income | 36 | 79 | 75 | 64 | 254 | 98 | 89 | 42 | 38 | 267 | 203 |
| | | | | | | | | | | | |
| Non-recurring items | -37 | -10 | -24 | -14 | -85 | -13 | 105 | -9 | -9 | 74 | -33 |
| GAAP net income | -1 | 69 | 51 | 50 | 169 | 85 | 194 | 32 | 29 | 341 | 170 |
| | | | | | | | | | | | |
| Shares out. | 107 | 107 | 107 | 107 | 107 | 107 | 107 | 107 | 107 | 107 | 107 |
| | | | | | | | | | | | |
| **Adj. EPS** | **$0.33** | **$0.73** | **$0.70** | **$0.60** | **$2.37** | **$0.92** | **$0.84** | **$0.39** | **$0.36** | **$2.50** | **$1.90** |
| GAAP EPS | *($0.01)* | *$0.64* | *$0.48* | *$0.47* | *$1.57* | *$0.80* | *$1.82* | *$0.30* | *$0.27* | *$3.19* | *$1.60* |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **EBITDA** | **60** | **104** | **134** | **118** | **416** | **157** | **157** | **99** | **90** | **503** | **422** |
| *% change* | *972.5%* | *364.8%* | *348.1%* | *216.5%* | *337.3%* | *160.5%* | *50.8%* | *-26.0%* | *-23.4%* | *20.9%* | *-16.1%* |
| *% margin* | *11.2%* | *18.5%* | *23.0%* | *22.3%* | *18.9%* | *25.2%* | *25.1%* | *19.3%* | *19.1%* | *22.5%* | *19.9%* |
| *Titanium Dioxide* | *48* | *93* | *127* | *119* | *387* | *143* | *147* | *94* | *84* | *468* | *370* |
| *Performance Additives* | *22* | *20* | *15* | *15* | *72* | *24* | *23* | *18* | *16* | *81* | *87* |
| *Other/Corp. Expenses* | *-9* | *-9* | *-8* | *-16* | *-42* | *-10* | *-13* | *-13* | *-9* | *-45* | *-35* |

Source: Company reports and J.P. Morgan estimates.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

### Table 3: Venator Balance Sheet

|  | 1Q | 2Q | 3Q | 4Q | 2017 | 1Q | 2Q | 3QE | 4QE | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | 36 | 34 | 186 | 238 | 238 | 223 | 354 | 506 | 317 | 317 | 308 |
| Accounts receivable, net | 373 | 602 | 420 | 392 | 392 | 452 | 439 | 371 | 347 | 347 | 355 |
| Inventories | 429 | 431 | 431 | 454 | 454 | 482 | 491 | 359 | 377 | 377 | 390 |
| Prepaid expenses | 10 | 9 | 11 | 19 | 19 | 15 | 10 | 10 | 10 | 10 | 10 |
| Other current assets | 62 | 68 | 73 | 66 | 66 | 78 | 77 | 77 | 77 | 77 | 77 |
| **Total current assets** | **910** | **1144** | **1121** | **1169** | **1169** | **1250** | **1371** | **1323** | **1128** | **1128** | **1140** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| PPE, net | 1156 | 1189 | 1264 | 1367 | 1367 | 1444 | 1316 | 1343 | 1373 | 1373 | 1376 |
| Intangible assets, net | 22 | 22 | 21 | 20 | 20 | 19 | 18 | 18 | 18 | 18 | 18 |
| Invest. in uncons. affiliates | 102 | 72 | 77 | 86 | 86 | 81 | 82 | 82 | 82 | 82 | 82 |
| Deferred income taxes | 157 | 157 | 200 | 167 | 167 | 166 | 137 | 137 | 137 | 137 | 137 |
| Other noncurrent assets | 34 | 93 | 41 | 38 | 38 | 38 | 37 | 37 | 37 | 37 | 37 |
| **Total assets** | **2381** | **2677** | **2724** | **2847** | **2847** | **2998** | **2961** | **2941** | **2774** | **2774** | **2789** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Accounts payable | 284 | 292 | 319 | 401 | 401 | 402 | 378 | 333 | 345 | 345 | 356 |
| Accounts payable to affil. | 0 | 629 | 15 | 0 | 0 | 0 | 14 | 14 | 14 | 14 | 14 |
| Accrued liabilities | 138 | 211 | 213 | 244 | 244 | 269 | 191 | 191 | 191 | 191 | 191 |
| Short-term debt | 0 | 3 | 4 | 14 | 14 | 9 | 7 | 7 | 7 | 7 | 7 |
| **Total current liabilities** | **422** | **1135** | **551** | **659** | **659** | **680** | **590** | **545** | **557** | **557** | **568** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Long-term debt | 23 | 11 | 747 | 743 | 743 | 743 | 741 | 741 | 541 | 541 | 307 |
| Deferred income taxes | 11 | 10 | 9 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 2 |
| Other noncurrent liabilities | 323 | 326 | 401 | 340 | 340 | 336 | 294 | 294 | 294 | 294 | 294 |
| **Total liabilities** | **779** | **1572** | **1708** | **1742** | **1742** | **1761** | **1627** | **1582** | **1394** | **1394** | **1171** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Non-controlling int. in sub. | 17 | 11 | 11 | 10 | 10 | 10 | 9 | 9 | 9 | 9 | 9 |
| Total equity | 1585 | 1094 | 1005 | 1095 | 1095 | 1227 | 1325 | 1350 | 1372 | 1372 | 1609 |
| **Total liabilities &equity** | **2381** | **2677** | **2724** | **2847** | **2847** | **2998** | **2961** | **2941** | **2774** | **2774** | **2789** |

Source: Company reports and J.P. Morgan estimates.

### Table 4: Venator Cash Flow Statement

|  | 1Q | 2Q | 3Q | 4Q | 2017 | 1Q | 2Q | 3QE | 4QE | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income, incl. Minority Interest | -1 | 22 | 53 | 62 | 136 | 80 | 198 | 32 | 29 | 339 | 170 |
| D&A | 27 | 32 | 36 | 32 | 127 | 34 | 35 | 35 | 33 | 137 | 137 |
| Deferred taxes | 0 | 1 | -3 | 21 | 19 | 9 | 19 | 6 | 6 | 40 | 0 |
| Deferred stock based comp | 1 | -1 | -2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other. | -4 | 65 | -38 | 39 | 62 | 20 | 115 | -11 | -11 | 112.5 | 75 |
| Changes in Working Capital | -11 | -160 | 164 | 1 | -6 | -92 | -113 | 154 | 18 | -32 | -9 |
| **Cash from operations** | **12** | **-41** | **210** | **157** | **338** | **51** | **254** | **217** | **75** | **596** | **374** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Capital expenditures | -19 | -21 | -7 | -74 | -121 | -73 | -94 | -62 | -62 | -292 | -140 |
| Investment in uncons. affil. | -5 | 148 | -24 | -10 | 109 | 6 | -1 | 0 | 0 | 5 | 0 |
| **Cash from (used) in investing** | **-24** | **127** | **-31** | **-84** | **-12** | **-67** | **-95** | **-62** | **-62** | **-287** | **-140** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Proceeds from long term debt | 2 | 0 | 750 | -1 | 751 | -6 | -3 | 0 | 0 | -9 | 0 |
| Repayment from long term debt | 0 | -7 | -730 | -107 | -844 | 0 | 0 | 0 | -200 | -200 | -234 |
| Dividends | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 19 | -79 | -43 | 85 | -18 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends non-controlling int. | -2 | -4 | -5 | -1 | -12 | -2 | -3 | -2 | -2 | -9 | -8 |
| **Cash from (used in) financing** | **19** | **-90** | **-28** | **-24** | **-123** | **-8** | **-6** | **-2** | **-202** | **-218** | **-242** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| FX effect on cash | -1 | 2 | 1 | 3 | 5 | 9 | -22 | 0 | 0 | -13 | 0 |
|  |  |  |  |  |  |  |  |  |  |  |  |
| Cash BOP | 30 | 36 | 34 | 186 | 30 | 238 | 223 | 354 | 506 | 238 | 317 |
| Net change in cash | 6 | -2 | 152 | 52 | 208 | -15 | 131 | 152 | -190 | 79 | -8 |
| **Cash EOP** | **36** | **34** | **186** | **238** | **238** | **223** | **354** | **506** | **317** | **317** | **308** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| FCF | -7 | -62 | 203 | 83 | 217 | -22 | 160 | 154 | 12 | 305 | 234 |
| **FCF/Share** |  |  |  |  | **2.02** |  |  |  |  | **2.85** | **2.19** |

Source: Company reports and J.P. Morgan estimates.

4

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Venator Materials *(Overweight; Price Target: $18.00)*

**Investment Thesis**

**We rate Venator Overweight for year-ahead performance.** Venator is likely to generate 16% of its share price in free cash flow for 2019E. This free cash flow generation level is higher than the levels offered by other intermediate chemical companies in our coverage universe. Venator trades at about 4x EBITDA for 2019E, which we think is an attractive multiple for a commodity company still in the vicinity of the mid-point of its pricing cycle.

**Valuation**

**We establish a December 2019 price target for Venator at $18, representing a 5.2x EV/EBITDA multiple and a free cash flow yield of 12.2% for 2019.** Our price target multiple of 5.2x is similar to that of Chemours (5.2x for 2019) and Tronox (5.9x for 2019). Huntsman has publically indicated that it plans to sell an additional 56-57m shares of Venator at a point in time, which we think acts as a brake on the appreciation of the Venator share price. We think that Venator should trade at a discount to its other peers (CBT, OEC, and WLK) based on the sharp cyclical character of its industry and the relatively high TiO2 price level. However, Venator's valuation is attractive given its 16% free cash flow yield for 2019.

**Risks to Rating and Price Target**

**Titanium dioxide tons are priced in local currencies.** A strengthening U.S. dollar relative to offshore currencies has the effect of lowering dollar-denominated sales and dollar-denominated EBITDA for Venator. Conversely, a U.S. dollar that falls in value relative to offshore currencies increases EBITDA.

**China's TiO2 capacity is underutilized, and increases in titanium dioxide production can loosen the supply/demand balance of the global market and lead to lower product prices and margins.** Lower cost factors in China for feedstocks, environmental controls, and taxes can also lead to lower titanium dioxide prices or higher production and a loose TiO2 supply/demand balance. Moreover, Venator's 130,000 mt TiO2 plant in Finland is restarting; the company had originally estimated that the plant should be 60% operational by the end of 2019, further loosening supply/demand balances.

**Demand for titanium dioxide can fall sharply during periods of economic weakness, leading to a loose supply/demand balance and sharply lower product prices.** It may be the case that the US dollar strengthens under such circumstances, exacerbating pressures on dollar-denominated EBITDA. The general market sometimes can anticipate periods of economic weakness, and the value of titanium dioxide companies can fall sharply in advance of an economic contraction that is to come.

**The production of titanium dioxide can lead to environmental consequences.** Titanium dioxide wastes need to be disposed of safely. Titanium dioxide production is difficult, and employee safety is a priority.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Huntsman owns about 56 million shares, or 53%, of Venator.** The current float of Venator shares is 51 million shares, and Huntsman has an additional ~56 million shares to sell. Risks include negative price volatility as Huntsman liquidates its holdings in VNTR in an orderly fashion.

**China could begin to master chloride-based TiO2 production.** China intends to produce more chloride-based titanium dioxide (which is less polluting than sulfate-based titanium production), but it has yet to develop adequate technology. Were China to master the production of chloride-based titanium dioxide, we believe that its overall production of titanium dioxide would rise and lead to a looser supply/demand balance and lower prices for all industry participants.

# Company Description

**Venator is a Woodland, Texas-based intermediates company. It is a successor company to the Pigments and Additives business of Huntsman.** Venator came public through a secondary 26,105,000 share offering on August 3, 2017. Huntsman remains the controlling shareholder. Venator operates two business segments – Titanium Dioxide and Performance Additives – representing $2.2 billion in consolidated 2017 sales. The Titanium Dioxide segment provides functional TiO2 products to the paint and plastics end markets, as well as specialty TiO2 products to the textile, food, and personal care end markets. Venator holds a number three position in the global TiO2 market behind Chemours and Tronox/Cristal. It has a leading position in Europe and in the specialty TiO2 market. The Performance Additives segment supplies functional additives, color pigments, timber treatment and water treatment products primarily to the construction markets. The company has 4,500 employees.

**Half of Venator's sales are tied to the cyclical sensitive coatings and construction end markets.** The primary markets served include architectural paint (24%); industrial coatings (14%); construction (13%); plastics (29%); inks (4%); personal care, food and pharma (7%); textile fibers & films (7%); and agriculture & water (2%).

**Figure 1: Total Venator Sales by End Market**



Source: Company reports.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Venator's sales are directed largely to the European markets, which represent 46% of consolidated sales.** North America sales account for 27% of Venator's company sales, Asia Pacific 18%, and Latin America and the rest of the world 9%.

Figure 2: Total Venator Sales by Geographic Region



Source: Company reports.

**Venator's customers include large paint and coatings customers AkzoNobel, PPG, and Sherwin-Williams.** No single customer accounts for more than 10% of Venator's Titanium Dioxide segment revenues or more than 10% of its Performance Additives segment revenues. Venator's ten largest customers in the Titanium Dioxide business account for approximately 22% of segment sales, or 16% of total company sales. In the Performance Additives business, the company's ten largest customers account for approximately 17% of segment sales, or 5% of total company sales.

## Titanium Dioxide (73% of Company Sales)

**The Titanium Dioxide segment represents $1.6 billion in 2017 sales and $387 million in segment EBITDA.** Approximately 43% of segment sales are tied to the cyclical sensitive coatings and construction end markets. The primary end markets served include architectural paint (28%); industrial coatings (15%); construction (1%); plastics (34%); inks (6%); personal care, food and pharma (8%); textile fibers and films (8%); and agriculture and water (2%).

Figure 3: Titanium Dioxide Sales by End Market



Source: Company reports.

**Venator's TiO2 business has a leading position in the European markets, which represent 51% of consolidated sales.** US/Canada sales account for 19% of segment sales, Asia Pacific 19%, and Latin America and the rest of the world 11%.

7

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Figure 4: Titanium Dioxide Sales by Geographic Region**



Source: Company reports.

**Venator's ten largest Titanium Dioxide customers account for approximately 26% of segment sales.** No single TiO2 customer represents more than 10% of sales. The majority of TiO2 sales are direct sales through Venator's sales force (85%) and a smaller portion (~15%) through distributors. Customers in the paints and coatings end markets include AkzoNobel, PPG, and Sherwin-Williams. Other customers include A. Schulman (plastics), Flint (inks), Clariant, Ampacet, and Sun Chemical.

**Venator's TiO2 nameplate capacity is 782,000 tons, representing ~11% of global TiO2 capacity.** Venator operates eight TiO2 manufacturing facilities in Europe, North America and Asia. Functional TiO2 accounts for approximately 77% of capacity and 49% of Venator's TiO2 sales, the balance is comprised of differentiated and specialty TiO2. We note that in January 2017, Venator's TiO2 manufacturing facility in Pori, Finland, experienced fire damage, and it is currently not fully operational. The Pori facility is unlikely to be fully operational until the end of 2019.

**Table 5: Venator Annual TiO2 Nameplate Capacity**

| Site | Process | Region | Metric Tons |
|---|---|---|---|
| Greatham, U.K. | Chloride $TiO_2$ | EAME | 150,000 |
| Pori, Finland | Sulfate $TiO_2$ | EAME | 130,000 |
| Uerdingen, Germany | Sulfate $TiO_2$ | EAME | 107,000 |
| Duisburg, Germany | Sulfate $TiO_2$ | EAME | 100,000 |
| Huelva, Spain | Sulfate $TiO_2$ | EAME | 80,000 |
| Scarlino, Italy | Sulfate $TiO_2$ | EAME | 80,000 |
| Lake Charles, Louisiana (50/50 JV with Kronos) | Chloride $TiO_2$ | NA | 75,000 |
| Teluk Kalung, Malaysia | Sulfate $TiO_2$ | AP | 60,000 |
| **Total** | | | **782,000** |

Source: Company reports.

**The six largest global TiO2 producers account for approximately 50% of global TiO2 nameplate production capacity and approximately 60% of global TiO2 effective production capacity.** Venator holds the number 3 position behind Chemours and Tronox/Cristal.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Table 6: Largest TiO2 Producers by Capacity**



|  | Capacity | % of Global Nameplate | % of Global Effective |
|---|---|---|---|
| Chemours | 1,202 | 13% | 17% |
| Cristal | 858 | 9% | 12% |
| Venator Materials | 782 | 8% | 11% |
| Lomon Billions | 660 | 7% | 9% |
| KRONOS | 557 | 6% | 8% |
| Tronox | 465 | 5% | 6% |
| **Top 6 Sub-total** | **4,524** | **47%** | **63%** |
| **Global Nameplate Capacity** | **9,534** | **7,200 est.** | |

Source: IHS Markit, Company reports, J.P. Morgan estimates.

## Performance Additives (27% of Company Sales)

**The Performance Additives segment represents $0.6 billion in 2017 sales, and $72 million in segment EBITDA. Nearly 70% of segment sales are tied to the cyclical sensitive coatings and construction end markets.** The segment encompasses Venator's Functional Additives, Color Pigments, and Timber and Water Treatment businesses. The primary end markets served include construction (44%); architectural paint (14%); industrial coatings (11%); plastics (15%); personal care, food and pharma (6%); textiles fibers and films (3%); agriculture and water (4%); and other (3%).

**Figure 5: Performance Additives Sales by End Market**



Source: Company reports.

**Performance Additives is largely a domestic business, with U.S. revenues representing 49% of consolidated sales.** Sales to Europe account for 32% of segment sales, Asia Pacific 16%, and Latin America and the rest of the world 3%.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Figure 6: Performance Additives Sales by Geographic Region**



Source: Company reports.

**Venator's ten largest Performance Additives customers account for approximately 13% of segment sales in 2017.** No single Performance Additives customer represents more than 10% of sales. The majority of Performance Additives sales are direct sales through Venator's sales force. For example, iron oxides are primarily direct sales to customers, but ultramarine sales are predominantly through specialty distributors. The majority of timber treatment product sales are also directly to end customers via the Viance joint venture. (Viance is a 50/50 joint venture with Dow Chemical.) Customers in the paints and coatings end markets include AkzoNobel, PPG, and Sherwin-Williams. Other customers include CRH, Koppers, Lonza Group, Sakai Chemical Industry Co., and Solvay.

**The Performance Additives segment has total nameplate production capacity of approximately 540,000 metric tons per year.** The division has 19 manufacturing facilities operating in seven countries.

**Table 7: Venator Annual Performance Additives Nameplate Capacity**

| Products | Region | Metric Tons |
|---|---|---|
| Functional additives | EMEA | 100,000 |
| Color pigments | EMEA | 85,000 |
| Color pigments | NA | 55,000 |
| Color pigments | AP | 20,000 |
| Timber treatment | NA | 140,000 |
| Water treatment | EMEA | 140,000 |
| **Total** | | **540,000** |

Source: Company reports.

**Functional Additives:** The business' primary products include barium and zinc additives, which are used to enhance the gloss and flow of paint and the mechanical properties of plastics. The business shares a similar customer base to functional TiO2 given the similarities in applications (e.g., coatings and plastics). Venator's primary competitors in functional additives are Solvay, Sakai Chemical and 20 Microns.

**Color Pigments:** The business' primary products include iron oxides, ultramarines, and specialty inorganic chemicals. These products are used as colorants for paints, coatings, plastics, and concrete. Venator is also involved in the manufacture and sale

10

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

**North America Equity Research**
01 August 2018

J.P.Morgan

of driers that control the drying rate of paints or inks. The company's primary competitors in color pigments are Lanxess, Cathay Pigments Group, and Ferro.

**Timber and Water Treatment:** The business' primary products include residential construction products (ACQ, ECOLIFE and Copper Azole), industrial construction products (chromated copper arsenate) and polyaluminium chloride based flocculants. Residential and industrial construction products are used to prolong the service life and protect wood from decay, fungal attacks or insects. Venator manufactures its timber treatment chemicals in the U.S. and markets its products primarily in North America through its 50/50 JV with Dow Chemical (Viance). Flocculants are used to improve water purity by promoting the sedimentation of particles, and have industrial, commercial and municipal applications in waste-water treatment and the paper industry. Venator manufactures its water treatment chemicals in Germany and is one of Europe's largest suppliers of chloride-based flocculants. The company's primary competitors in timber and water treatment are Lonza, Koppers, Kemira and Feralco.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

**North America Equity Research**
01 August 2018

J.P.Morgan

# Venator Materials: Summary of Financials

| Income Statement - Annual | FY17A | FY18E | FY19E | FY20E | Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18E | 4Q18E |
|---|---|---|---|---|---|---|---|---|---|
| Revenues | 2,208 | 2,235 | 2,117 | 2,326 | Revenues | 622A | 626A | 514 | 473 |
| Cost of products sold (ex. D&A) | (1,869) | (1,684) | (1,651) | (1,853) | Cost of products sold (ex. D&A) | (454)A | (466)A | (399) | (365) |
| Gross profit | 339 | 551 | 466 | 473 | Gross profit | 168A | 160A | 115 | 108 |
| SG&A | (131) | (153) | (145) | (150) | SG&A | (39)A | (38)A | (39) | (38) |
| D&A | (127) | (137) | (137) | (137) | D&A | (34)A | (35)A | (35) | (33) |
| Operating income | 289 | 366 | 285 | 288 | Operating income | 123A | 122A | 64 | 57 |
| EBITDA | 416 | 503 | 422 | 425 | EBITDA | 157A | 157A | 99 | 90 |
| Net interest (income) / expense | (20) | (37) | (26) | (17) | Net interest (income) / expense | (10)A | (10)A | (10) | (7) |
| Other income / (expense) | - | - | - | - | Other income / (expense) | - | - | - | - |
| Pretax income | 270 | 329 | 259 | 271 | Pretax income | 113A | 112A | 54 | 49 |
| Income taxes | (21) | (64) | (49) | (49) | Income taxes | (22)A | (21)A | (11) | (10) |
| Net income - GAAP | 169 | 341 | 170 | 194 | Net income - GAAP | 85A | 194A | 32 | 29 |
| Net income - recurring | 169 | 341 | 170 | 194 | Net income - recurring | 85A | 194A | 32 | 30 |
| Diluted shares outstanding | 107 | 107 | 107 | 107 | Diluted shares outstanding | 107A | 107A | 107 | 107 |
| EPS - recurring | 2.37 | 2.50 | 1.90 | 2.00 | EPS - recurring | 0.92A | 0.84A | 0.39 | 0.36 |
| **Balance Sheet and Cash Flow Data** | **FY17A** | **FY18E** | **FY19E** | **FY20E** | **Ratio Analysis** | **FY17A** | **FY18E** | **FY19E** | **FY20E** |
| Cash and cash equivalents | 238 | 317 | 308 | 449 | Sales growth | - | 1.2% | (5.3%) | 9.8% |
| Accounts receivable | 392 | 347 | 355 | 392 | EBIT growth | - | 26.6% | (22.1%) | 0.8% |
| Inventories | 454 | 377 | 390 | 441 | EPS growth | - | 5.7% | (24.1%) | 5.3% |
| Other current assets | 85 | 87 | 87 | 87 | | | | | |
| Current assets | 1,169 | 1,128 | 1,140 | 1,369 | Gross margin | 15.4% | 24.7% | 22.0% | 20.3% |
| PP&E | 1,367 | 1,373 | 1,376 | 1,379 | EBIT margin | 13.1% | 16.4% | 13.5% | 12.4% |
| Total assets | 2,847 | 2,774 | 2,789 | 3,022 | EBITDA margin | 18.9% | 22.5% | 19.9% | 18.3% |
| | | | | | Tax rate | 7.8% | 19.3% | 18.7% | 18.2% |
| Total debt | 1,023 | 814 | 580 | 580 | Net margin | 11.5% | 12.0% | 9.6% | 9.2% |
| Total liabilities | 1,742 | 1,394 | 1,171 | 1,218 | | | | | |
| Shareholders' equity | 1,095 | 1,372 | 1,609 | 1,795 | Net Debt / EBITDA | 1.9 | 1.0 | 0.6 | 0.3 |
| | | | | | Net Debt / Capital (book) | 41.5% | 26.5% | 14.4% | 6.8% |
| Net income (including charges) | 136 | 339 | 170 | 194 | | | | | |
| D&A | 127 | 137 | 137 | 137 | Return on assets (ROA) | 17.8% | 9.5% | 7.3% | 7.4% |
| Change in working capital | (6) | (32) | (9) | (42) | Return on equity (ROE) | 46.4% | 21.7% | 13.6% | 12.6% |
| Other | 19 | 40 | 0 | 0 | Return on capital employed (ROCE) | 25.2% | 13.7% | 10.6% | 10.3% |
| Cash flow from operations | 338 | 596 | 374 | 288 | | | | | |
| | | | | | Enterprise value / sales | 1.0 | 0.8 | 0.8 | 0.7 |
| Capex | (121) | (292) | (140) | (140) | Enterprise value / EBITDA | 5.3 | 3.8 | 3.9 | 3.6 |
| Free cash flow | 235 | 335 | 255 | 162 | Free cash flow yield | 15.0% | 21.1% | 16.2% | 10.3% |
| | | | | | P/E | 5.7 | 5.4 | 7.1 | 6.8 |
| Cash flow from investing activities | (12) | (287) | (140) | (140) | | | | | |
| Cash flow from financing activities | (123) | (218) | (242) | (8) | | | | | |
| Dividends | - | - | - | - | | | | | |
| Dividend yield | - | - | - | - | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Venator Materials.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Venator Materials within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Venator Materials.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Venator Materials.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Venator Materials.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Venator Materials.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Venator Materials.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Venator Materials.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Venator Materials.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Venator Materials.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

**North America Equity Research**
01 August 2018

J.P.Morgan

**Venator Materials (VNTR, VNTR US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 28-Aug-17 | OW | 20.07 | 23.00 |
| 30-Oct-17 | OW | 24.81 | 29.00 |
| 26-Feb-18 | OW | 19.55 | 25.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Aug 28, 2017.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Zekauskas, Jeffrey J**: Air Products and Chemicals (APD), Albemarle Corporation (ALB), Ashland Global Holdings (ASH), Avery Dennison (AVY), Axalta Coating Systems Ltd. (AXTA), CF Industries Holdings, Inc. (CF), Cabot Corporation (CBT), Celanese (CE), Chemours (CC), Compass Minerals International, Inc. (CMP), DowDuPont (DWDP), Eastman Chemical Company (EMN), Ecolab Inc. (ECL), Ferro Corp (FOE), H.B. Fuller (FUL), Huntsman Corporation (HUN), International Flavors & Fragrances (IFF), LyondellBasell Industries (LYB), Minerals Technologies (MTX), Novozymes (NZYMb.CO), Olin (OLN), Orion Engineered Carbons (OEC), PPG Industries (PPG), PQ Group (PQG), Praxair (PX), RPM International Inc. (RPM), Scotts Miracle-Gro Co. (SMG), Sherwin-Williams (SHW), The Mosaic Company (MOS), Tronox (TROX), Valvoline (VVV), Venator Materials (VNTR), Westlake Chemical Corp. (WLK)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

14

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079

15

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

North America Equity Research
01 August 2018

J.P.Morgan

and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

16

Jeffrey J. Zekauskas
(1-212) 622-6644
jeffrey.zekauskas@jpmorgan.com

**North America Equity Research**
01 August 2018

J.P.Morgan

"Other Disclosures" last revised June 30, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

J.P.Morgan

17

# Exhibit 14

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration File No. 333-221756**

**P R O S P E C T U S**

# 21,764,800 Shares



# Venator Materials PLC

### Ordinary Shares

---

Huntsman Corporation ("Huntsman"), through its wholly-owned subsidiary Huntsman (Holdings) Netherlands B.V. (the "selling shareholder"), is selling 21,764,800 of our ordinary shares. We are not selling any ordinary shares under this prospectus and will not receive any proceeds from the sale of ordinary shares to be offered by the selling shareholder. Our ordinary shares are listed on the New York Stock Exchange ("NYSE") under the symbol "VNTR." The last reported closing sale price of our ordinary shares on November 29, 2017 was $22.93 per share.

Huntsman controls and, following this offering, will continue to control a majority of the voting power of our ordinary shares. As a result, we are a "controlled company" within the meaning of the NYSE listing standards. See "Management—Status as a Controlled Company" and "Security Ownership of Management and Selling Shareholders."

**Investing in the ordinary shares involves risks that are described in the "Risk Factors" section beginning on page 18 of this prospectus.**

---

| | Per Share | Total |
|---|---|---|
| Public offering price | $22.50 | $489,708,000 |
| Underwriting discount(1) | $0.84375 | $18,364,050 |
| Proceeds, before expenses, to the selling shareholder | $21.65625 | $471,343,950 |

(1)  See "Underwriting" section beginning on page 194 of this prospectus for additional information regarding total underwriter compensation.

The underwriters may also exercise their option to purchase up to an additional 3,264,720 ordinary shares from the selling shareholder at the public offering price, less the underwriting discount, for 30 days after the date of this prospectus.

Neither the Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The shares will be ready for delivery on or about December 4, 2017.

---

**J.P. Morgan**

**BofA Merrill Lynch**      **Citigroup**      **Goldman Sachs & Co. LLC**

**Barclays**    **Deutsche Bank Securities**    **UBS Investment Bank**    **RBC Capital Markets**    **SunTrust Robinson Humphrey**

Table of Contents

and prices, and we intend to continue to evaluate industry dynamics to ensure that our strategic position remains flexible and adaptable. We believe our specialty business (inclusive of our Pori facility that is under reconstruction) is three times larger than that of our next closest competitor.

In our Performance Additives segment, we have reviewed and rationalized our asset and product portfolio to position us as a competitive, high quality additives supplier into construction materials, coatings and plastics end-use applications. We continue to optimize our global manufacturing network to reduce operational costs and improve service. We have strong positions in barium and zinc products, ultramarine blue, iron oxides and timber treatment. Our customers value our ability to tailor colors and products to meet their exacting specifications.

Through the restructuring and integration of the Rockwood businesses, including work force reductions, variable and fixed cost optimization and facility closures, we delivered more than $200 million of annual cost synergies in the year ended December 31, 2016 relative to the year ended December 31, 2014 pro forma for the acquisition of Rockwood and we intend to continue to seek opportunities to further optimize our business.

- *Leverage Leadership and Innovation to Drive Growth.* We plan to leverage management's experience in prior business optimization, restructuring and integration to continue creating leaner business segments to effectively manage costs and drive profitability. We have experienced success in recent cost management programs and plan to continue careful oversight of our cost structure and revenue selections in order to further growth.

  We continue to focus on using our industry leading technology, innovation and sustainability practices to develop differentiated cutting edge products that meet the needs of our global customers.

  In addition, we benefit from our technical expertise and our ability to provide end-to-end solutions to our customers. We provide our customers with a range of support that includes guidance on the selection of the appropriate products, advice on regulatory aspects and recommendations on the testing of products in final applications. We plan to continue to leverage our technical expertise and knowledge in order to provide an optimal customer platform that is conducive to future growth.

**Our Relationship with Huntsman**

Following our IPO, we are a stand-alone public company and Huntsman, through the selling shareholder, is our controlling shareholder. Upon the completion of this offering, we expect that Huntsman will continue to be our controlling shareholder, owning approximately 55.0% of our outstanding ordinary shares, or approximately 51.9% if the underwriters exercise their option to purchase additional ordinary shares in full. Huntsman advises us that it intends to continue to monetize its retained ownership stake in Venator. Subject to prevailing market and other conditions (including the terms of Huntsman's lock-up agreement), this future monetization may be effected in additional follow-on capital market transactions or block transactions that permit an orderly distribution of Huntsman's retained shares.

**Recent Developments**

*Initial Public Offering and the Separation*

On August 8, 2017, we completed our IPO through the sale of 26,105,000 ordinary shares, par value $0.001 per share (the "ordinary shares"), which included 3,405,000 ordinary shares issued upon the exercise in full by the underwriters of their option to purchase additional shares, at a public

9

Table of Contents

offering price of $20.00 per share. All of the ordinary shares were sold by Huntsman and we did not receive any proceeds from the offering. In conjunction with our IPO, we assumed the Titanium Dioxide and Performance Additives businesses of Huntsman and the related assets, liabilities and obligations and operations and entered into the separation agreement to effect the separation of this business from Huntsman. Prior to our IPO, we were a wholly-owned subsidiary of Huntsman. Our ordinary shares began trading August 3, 2017 on the NYSE under the symbol "VNTR." Following our IPO, Huntsman owns approximately 75% of our outstanding ordinary shares.

In connection with our IPO and the separation, we and Huntsman entered into certain agreements that allocated between us the various assets, employees, liabilities and obligations that were previously part of Huntsman and that govern various interim and ongoing relationships between the parties.

### Senior Credit Facilities and Senior Notes

On August 8, 2017, in connection with our IPO and the separation, we entered into new financing arrangements and incurred new debt, including borrowings of $375 million under a new senior secured term loan facility with a maturity of seven years (the "term loan facility"). In addition to the term loan facility, we entered into a $300 million asset-based revolving lending facility with a maturity of five years (the "ABL facility" and, together with the term loan facility, the "Senior Credit Facilities"). On July 14, 2017, in connection with our IPO and the separation, our subsidiaries Venator Finance S.à.r.l. and Venator Materials LLC (the "Issuers"), issued $375 million in aggregate principal amount of 5.75% Senior Notes due 2025 (the "Senior Notes"). Promptly following consummation of the separation transactions to separate us from Huntsman, the proceeds of the Senior Notes were released from escrow and we used the net proceeds of the Senior Notes and borrowings under the term loan facility to repay approximately $732 million of net intercompany debt owed to Huntsman and to pay related fees and expenses of approximately $18 million.

### Pori Fire

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. The Pori facility had a nameplate capacity of up to 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ capacity and approximately 2% of total global $TiO_2$ demand. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities.

We have recorded a loss of $31 million for the write-off of fixed assets and lost inventory in other operating income, net in our condensed consolidated and combined statements of operations for the nine months ending September 30, 2017. In addition, we recorded a loss of $18 million of costs for cleanup of the facility in other operating income, net through September 30, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our $TiO_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased $TiO_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently expect to contain these over-the-limit costs within $100 million to $150 million, and to

Table of Contents

account for them as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of our insurance limits are incurred. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Factors that could materially impact our current estimates include our actual future $TiO_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; the extent to which we rebuild the 40% of site capacity that produces commoditized products; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. Please see "Risk Factors—Risks Related to our Business—Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition."

The fire at our Pori facility did not have a material impact on our 2017 third quarter operating results as losses incurred were offset by insurance proceeds. We received $141 million of non-refundable partial progress payments from our insurer through September 30, 2017 and we received an additional $112 million payment on October 9, 2017. During the first nine months of 2017, we recorded $128 million of income related to property damage and business interruption insurance recoveries in other operating income, net and cost of goods sold in our condensed consolidated and combined statements of operations to offset property damage and business interruption losses recorded during the period. We recorded $17 million as deferred income in accrued liabilities as of September 30, 2017 for insurance proceeds received for costs not yet incurred. The difference between payments received from our insurers of $141 million and the sum of income of $128 million and deferred income of $17 million is related to the foreign exchange movements of the U.S. Dollar against the Euro during the first nine months of the year.

If we experience delays in construction or equipment procurement relative to the expected restart of the Pori facility, or we lose customers to alternative suppliers or our insurance proceeds do not timely cover our property damage and other losses, our business may be adversely impacted. See "Risk Factors—Risks Related to Our Business—Disruptions in production at our manufacturing facilities may have a material adverse impact on our business, results of operations and/or financial condition."

### *$TiO_2$ Pricing*

$TiO_2$ prices steadily improved during 2016. After reaching a trough in the first quarter of 2016, prices have increased for each of the last six quarters. We realized approximately $300 per metric ton improvement in pricing over the course of 2016. Although the $TiO_2$ market has improved significantly, $TiO_2$ prices remain below historically high average prices in 2011 and 2012. Management expects that global industry capacity utilization rates will continue to improve as supply and demand conditions continue to improve. TZMI estimates that global $TiO_2$ demand grew by approximately 8% in 2016 and forecasts growth of approximately 2% in 2017. TZMI further estimates that production capacity grew by approximately 1% in 2016 and forecasts growth of approximately 2% in 2017. We expect a favorable supply/demand balance will further promote an environment favorable for $TiO_2$ price increases. We announced price increases for each of the first three quarters of 2017: $160 per metric ton in the first quarter, $250 per metric ton in the second quarter and $250 per metric ton in the third quarter. Additionally, we are seeking price increases of up to $180 per metric ton in the fourth quarter with regional variations.

These price increases were generally effective on the first day of the quarter or as contracts permit. We have successfully captured the majority of these increases. In the first quarter we achieved approximately one-half of the increase, in the second quarter we achieved more than three-quarters of the announced increase and in the third quarter we achieved nearly all of the announced increase. We currently expect to capture over half of the fourth quarter increase. Actual results are dependent upon

11

Table of Contents

regional and market conditions. The markets and industry in which we operate are cyclical and subject to competitive and economic dynamics and there can be no assurance that such price increases will be fully realized or not reversed in future periods. See "Risk Factors—Risks Related to our Business—The market for many of our $TiO_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products."

*Business Improvement Program*

We continue to implement business improvements in our Titanium Dioxide and Performance Additives businesses, which we expect to be completed by the end of 2018 and continue to provide contributions to Adjusted EBITDA. Of the $60 million we previously estimated for annualized savings, we have already realized approximately $15 million of savings through the third quarter of 2017 as a result of these programs, including approximately $9 million of savings realized in the third quarter of 2017. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in additional increases to our Adjusted EBITDA of approximately $45 million per year by the first quarter of 2019, with additional projected increases to Adjusted EBITDA from volume growth (primarily via the launch of new products). We currently estimate that these business improvements will require approximately $75 million of cash restructuring costs through 2020. See "Risk Factors—Risks Related to Our Business—If we are unable to successfully implement our business improvement program, we may not realize the benefits we anticipate from such program or may incur additional and/or unexpected costs in order to realize them."

**Risks Affecting Our Business**

Investing in our ordinary shares involves a high degree of risk. You should carefully consider the risks described in "Risk Factors" before making a decision to invest in our ordinary shares. If any of these risks actually occur, our business, financial condition and results of operations would likely be negatively affected. In such case, the trading price of our ordinary shares would likely decline, and you may lose part or all of your investment. These risks include, but are not limited to:

- Our industry is affected by global economic factors, including risks associated with volatile economic conditions.

- The market for many of our $TiO_2$ products is cyclical and volatile, and we may experience depressed market conditions for such products.

- The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.

- The classification of $TiO_2$ as a Category 2 Carcinogen or higher in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.

- Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.

- Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.

12

Table of Contents

- Our pension and postretirement benefit plan obligations are currently underfunded, and under certain circumstances we may have to significantly increase the level of cash funding to some or all of these plans, which would reduce the cash available for our business.

- Our results of operations may be adversely affected by fluctuations in currency exchange rates and tax rates.

- Our efforts to transform our business may require significant investments; if our strategies are unsuccessful, our business, results of operations and/or financial condition may be materially adversely affected.

- If we are unable to successfully implement our cost reduction program and related strategic initiatives, we may not realize the benefits we anticipate from such programs or may incur additional and/or unexpected costs in order to realize them.

- Our indebtedness is substantial and a significant portion of our indebtedness is subject to variable interest rates. Our indebtedness may make us more vulnerable to economic downturns and may limit our ability to respond to market conditions, to obtain additional financing or to refinance our debt. We may also incur more debt in the future.

- We are subject to many environmental, health and safety laws and regulations that may result in unanticipated costs or liabilities, which could reduce our profitability.

- Our operations involve risks that may increase our operating costs, which could reduce our profitability.

- Our business is dependent on our intellectual property. If we are unable to enforce our intellectual property rights and prevent use of our intellectual property by third parties, our ability to compete may be adversely affected.

- Our flexibility in managing our labor force may be adversely affected by existing or new labor and employment laws and policies in the jurisdictions in which we operate, many of which are more onerous than those of the United States; and some of our labor force has substantial workers' council or trade union participation, which creates a risk of disruption from labor disputes.

**Corporate Information**

On April 28, 2017, we were incorporated under the laws of England and Wales as a public limited company. Our principal executive offices are located at Titanium House, Hanzard Drive, Wynyard Park, Stockton-On-Tees, TS22 5FD, United Kingdom. Our telephone number is +44(0) 1740 608 001. Our website address is www.venatorcorp.com. Information contained on our website is not incorporated by reference into this prospectus or the registration statement on Form S-1 of which this prospectus is a part, and you should not consider information on our website as part of this prospectus or such registration statement on Form S-1.

Table of Contents

The cyclicality and volatility of the $TiO_2$ industry results in significant fluctuations in profits and cash flow from period to period and over the business cycle. Primarily as a result of oversupply in the market, global prices for $TiO_2$ declined throughout 2015 before reaching a trough in the first quarter of 2016. Although we have recently successfully implemented price increases, any decline in selling prices in future periods could negatively impact our business, results of operations and/or financial condition.

***The industries in which we compete are highly competitive, and we may not be able to compete effectively with our competitors that have greater financial resources or those that are vertically integrated, which could have a material adverse effect on our business, results of operations and financial condition.***

The industries in which we operate are highly competitive. Among our competitors are companies that are vertically-integrated (those that have their own raw material resources). Changes in the competitive landscape could make it difficult for us to retain our competitive position in various products and markets throughout the world. Our competitors with their own raw material resources may have a competitive advantage during periods of higher raw material prices. In addition, some of the companies with whom we compete may be able to produce products more economically than we can. Furthermore, some of our competitors have greater financial resources, which may enable them to invest significant capital into their businesses, including expenditures for research and development.

The global $TiO_2$ market is highly competitive, with the top six producers accounting for approximately 60% of the world's production capacity according to TZMI. Competition is based on a number of factors, such as price, product quality and service. Some of our competitors may be able to drive down prices for our products if their costs are lower than our costs. In addition, our $TiO_2$ business competes with numerous regional producers, including producers in China, who have significantly expanded their sulfate production capacity during the past five years and commenced the commercial production of $TiO_2$ via chloride technology. The risk of our customers substituting our products with those made by Chinese producers could increase as the Chinese producers expand their use of chloride production technology. Further, consolidation of our competitors or customers may result in reduced demand for our products or make it more difficult for us to compete with our competitors. The occurrence of any of these events could result in reduced earnings or operating losses.

While we are engaged in a range of research and development programs to develop new products and processes, to improve and refine existing products and processes, and to develop new applications for existing products, the failure to develop new products, processes or applications could make us less competitive. Moreover, if any of our current or future competitors develops proprietary technology that enables them to produce products at a significantly lower cost, our technology could be rendered uneconomical or obsolete.

Further, it is possible that we could abandon certain products, processes, or applications due to potential infringement of third-party intellectual property rights or that we could be named in future litigation for the infringement or misappropriation of a competitor's or other third party's intellectual property rights, which could include a claim for injunctive relief and damages, and, if so, such adverse results could have a material adverse effect on our business, results of operations and financial position. In addition, certain of our competitors in various countries in which we do business, including China, may be owned by or affiliated with members of local governments and political entities. These competitors may get special treatment with respect to regulatory compliance and product registration, while certain of our products, including those based on new technologies, may be delayed or even prevented from entering into the local market.

Certain of our businesses use technology that is widely available. Accordingly, barriers to entry, apart from capital availability, may be low in certain product segments of our business. The entrance of new competitors into the industry may reduce our ability to maintain margins or capture improving margins in circumstances where capacity utilization in the industry is increasing. Increased competition

19

Table of Contents

in any of our businesses could compel us to reduce the prices of our products, which could result in reduced margins and loss of market share and have a material adverse effect on our business, results of operations, financial condition and liquidity.

***The classification of TiO$_2$ as a Category 2 Carcinogen or higher in the European Union could decrease demand for our products and subject us to manufacturing regulations that could significantly increase our costs.***

The European Union ("EU") adopted the Globally Harmonised System ("GHS") of the United Nations for a uniform system for the classification, labelling and packaging of chemical substances in Regulation (EC) No 1272/2008, the Classification, Labelling and Packaging Regulation ("CLP"). Pursuant to the CLP, an EU Member State can propose a classification for a substance to the European Chemicals Agency ("ECHA"), which upon review by ECHA's Committee for Risk Assessment ("RAC"), can be submitted to the European Commission for adoption by regulation. On May 31, 2016, the French Agency for Food, Environmental and Occupational Health and Safety ("ANSES") submitted a proposal to ECHA that would classify TiO$_2$ as a Category 1B Carcinogen presumed to have carcinogenic potential for humans by inhalation. We, together with other companies, relevant trade associations and the European Chemical Industry Council ("Cefic"), submitted comments opposing any classification of TiO$_2$ as carcinogenic, based on evidence from multiple epidemiological studies covering more than 24,000 production workers at 18 TiO$_2$ manufacturing sites over several decades that found no increased incidence of lung cancer as a result of workplace exposure to TiO$_2$ and other scientific studies that concluded that the response to lung overload studies with poorly soluble particles upon which the ANSES proposed classification is based is unique to the rat and is not seen in other animal species or humans. On June 8, 2017, the RAC announced its preliminary conclusion that certain evidence meets the criteria under CLP to classify TiO$_2$ as a Category 2 Carcinogen (described by the EU regulation as appropriate for "suspected human carcinogens") for humans by inhalation. The RAC published their final opinion on September 14, 2017, which proposes that TiO$_2$ be classified as a Category 2 carcinogen by inhalation. In addition, the RAC proposed a Note in their opinion to the effect that coated particles must be evaluated to assess whether a higher category (Category 1B or 1A) should be applied and additional routes of exposure (oral or dermal) should be included. The European Commission will now evaluate the RAC opinion in deciding what, if any, regulatory measures should be taken. We, Cefic and others expect to continue to advocate to the European Commission that the RAC's report should not justify anything other than minimal regulatory measures for the reasons stated above, among others. If the European Commission were to subsequently adopt the Category 2 Carcinogen classification, or a higher categorization for coated particles, it could require that many end-use products manufactured with TiO$_2$ be classified and labeled as containing a potential carcinogenic component, which could negatively impact public perception of products containing TiO$_2$. This type of regulatory response could also limit the marketability of and demand for TiO$_2$ or products containing TiO$_2$ and potentially have spill-over, restrictive effects under other EU laws, e.g., those affecting medical and pharmaceutical applications, cosmetics, food packaging and food additives. Such classifications would also affect our manufacturing operations by subjecting us to new workplace safety requirements that could significantly increase costs. In addition, any classification, use restriction, or authorization requirement for use imposed by ECHA could trigger heightened regulatory scrutiny in countries outside the EU based on health or safety grounds, which could have a wider adverse impact geographically on market demand for and prices of TiO$_2$ or other products containing TiO$_2$ and increase our compliance obligations outside the EU. It is also possible that heightened regulatory scrutiny would lead to claims by consumers of such products alleging adverse health impacts. Finally, the classification of TiO$_2$ as a Category 2 Carcinogen or higher could lead the ECHA to evaluate other products with similar particle characteristics (such as iron oxides or functional additives) for human carcinogenic potential by inhalation, which may ultimately have similar negative impacts on other products within our portfolio. In addition, under our separation agreement

20

Table of Contents

with Huntsman entered into in connection with our IPO and separation, we are required to indemnify Huntsman for any liabilities relating to our TiO$_2$ operations.

Sales of TiO$_2$ in the EU represented approximately 32% of our revenues for the twelve months ended September 30, 2017.

***Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.***

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may take a significant time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our TiO2 manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities. However, we may experience delays in construction, equipment procurement, or in start-up or plant commissioning, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with an aggregate limit of $500 million. Due to prevailing strong market conditions, our TiO$_2$ selling prices continue to improve and our business is benefitting from the resulting improved profitability and cash flows. This also has the effect of increasing our total anticipated business interruption losses from the Pori site. We currently believe the combination of increased TiO$_2$ profitability and recently estimated reconstruction costs will result in combined business interruption losses and reconstruction costs in excess of our $500 million aggregate insurance limit. We currently expect to contain these over-the-limit costs within $100 million to $150 million, and to account for them as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of our insurance limits are incurred. However, these are preliminary estimates based on a number of significant assumptions, and the amount by which insurance proceeds does not fully cover our damages may exceed current estimates, which would further adversely impact liquidity and earnings. Factors that could materially impact our current estimates include our actual future TiO$_2$ profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; the extent to which we rebuild the 40% of site capacity that produces commoditized products; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. In addition, if we experience delays in receiving the insurance proceeds, our short term liquidity and earnings may be impacted. Additionally, our premiums and deductibles may increase substantially as a result of the fire.

21

Table of Contents

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

***Significant price volatility or interruptions in supply of raw materials and energy may result in increased costs that we may be unable to pass on to our customers, which could reduce our profitability.***

Our manufacturing processes consume significant amounts of raw materials and energy, the costs of which are subject to worldwide supply and demand as well as other factors beyond our control. Variations in the cost for raw materials, and of energy, which primarily reflects market prices for oil and natural gas, may significantly affect our operating results from period to period. We purchase a substantial portion of our raw materials from third-party suppliers and the cost of these raw materials represents a substantial portion of our operating expenses. The prices of the raw materials that we purchase from third parties are cyclical and volatile. For example, according to TZMI, the prices of all feedstocks used for the production of $TiO_2$ increased 200% to 300% above historical averages in 2011 and 2012. Our supply agreements with our $TiO_2$ feedstock suppliers provide us only limited protection against price volatility as they are entered into either on a short-term basis or are longer-term volume contracts, which provide for market-based pricing. To the extent we do not have fixed price contracts with respect to specific raw materials, we have no control over the costs of raw materials and such costs may fluctuate widely for a variety of reasons, including changes in availability, major capacity additions or reductions, or significant facility operating problems. While we attempt to match cost increases with corresponding product price increases, we are not always able to raise product prices immediately or at all. Moreover, the outcome of these efforts is largely determined by existing competitive and economic conditions. Timing differences between raw material prices, which may change daily, and contract product prices, which in many cases are negotiated only monthly or less often, also have had and may continue to have a negative effect on our cash flow. Any raw materials or energy cost increase that we are not able to pass on to our customers could have a material adverse effect on our business, results of operations, financial condition and liquidity.

There are several raw materials for which there are only a limited number of suppliers or a single supplier. For example, titanium-containing feedstocks suitable for use in our $TiO_2$ facilities are available from a limited number of suppliers around the world. To mitigate potential supply constraints, we enter into supply agreements with particular suppliers, evaluate alternative sources of supply and evaluate alternative technologies to avoid reliance on limited or sole-source suppliers. Where supply relationships are concentrated, particular attention is paid by the parties to ensure strategic intentions

22

Table of Contents

are aligned to facilitate long term planning. If certain of our suppliers are unable to meet their obligations under present supply agreements, we may be forced to pay higher prices to obtain the necessary raw materials from other sources and we may not be able to increase prices for our finished products to recoup the higher raw materials costs. Any interruption in the supply of raw materials could increase our costs or decrease our revenues, which could reduce our cash flow. The inability of a supplier to meet our raw material needs could have a material adverse effect on our financial statements and results of operations.

The number of sources for and availability of certain raw materials is also specific to the particular geographical region in which a facility is located. Political and economic instability in the countries from which we purchase our raw material supplies could adversely affect their availability. In addition, if raw materials become unavailable within a geographic area from which they are now sourced, then we may not be able to obtain suitable or cost effective substitutes. We may also experience higher operating costs such as energy costs, which could affect our profitability. We may not always be able to increase our selling prices to offset the impact of any higher productions costs or reduced production levels, which could reduce our earnings and decrease our liquidity.

***Our pension and postretirement benefit plan obligations are currently underfunded, and under certain circumstances we may have to significantly increase the level of cash funding to some or all of these plans, which would reduce the cash available for our business.***

We have unfunded obligations under our domestic and foreign pension and postretirement benefit plans including certain unfunded pension obligations we assumed upon the consummation of our acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood. The funded status of our pension plans is dependent upon many factors, including returns on invested assets, the level of certain market interest rates and the discount rate used to determine pension obligations. Unfavorable returns on the plan assets or unfavorable changes in applicable laws or regulations could materially change the timing and amount of required plan funding, which would reduce the cash available for our business. In addition, a decrease in the discount rate used to determine pension obligations could result in an increase in the valuation of pension obligations, which could affect the reported funding status of our pension plans and future contributions, as well as the periodic pension cost in subsequent fiscal years.

With respect to our domestic pension and postretirement benefit plans, the Pension Benefit Guaranty Corporation ("PBGC") has the authority to terminate an underfunded tax-qualified pension plan under limited circumstances in accordance with the Employee Retirement Income Security Act of 1974, as amended. In the event our tax-qualified pension plans are terminated by the PBGC, we could be liable to the PBGC for the entire amount of the underfunding.

With respect to our foreign pension and postretirement benefit plans, the effects of underfunding depend on the country in which the pension and postretirement benefit plan is established. For example, in the U.K. and Germany, semi-public pension protection programs have the authority, in certain circumstances, to assume responsibility for underfunded pension schemes, including the right to recover the amount of the underfunding from us.

***Our results of operations may be adversely affected by fluctuations in currency exchange rates and tax rates.***

Our headquarters operations are conducted across two of our administrative offices: The Woodlands, Texas and Wynyard, U.K. We conduct a majority of our business operations outside the U.S. Sales to customers outside the U.S. contributed approximately 75% of our revenue in 2016. Our operations are subject to international business risks, including the need to convert currencies received for our products into currencies in which we purchase raw materials or pay for services, which could result in a gain or loss depending on fluctuations in exchange rates. We transact business in many

23

Table of Contents

such rights by a special resolution at a shareholders' meeting. These pre-emption rights have been dis-applied for a period of five years by our shareholders in connection with our IPO and we intend to propose equivalent resolutions in the future once the initial period of dis-application has expired. We cannot assure prospective U.S. investors that any exemption from the registration requirements of the Securities Act or applicable non-U.S. securities laws would be available to enable U.S. or other non-U.K. holders to exercise such pre-emption rights or, if available, that we will utilize any such exemption.

***We do not intend to pay dividends on our ordinary shares, and our debt agreements place certain restrictions on our ability to do so. Consequently, your only opportunity to achieve a return on your investment is if the price of our ordinary shares appreciates.***

We do not plan to declare dividends on our ordinary shares in the foreseeable future. Additionally, our debt agreements place certain restrictions on our ability to pay cash dividends. Consequently, unless we revise our dividend policy, your only opportunity to achieve a return on your investment in us will be if you sell your ordinary shares at a price greater than you paid for it. There is no guarantee that the price of our ordinary shares that will prevail in the market will ever exceed the price that you pay in this offering.

***Transfers of our shares may be subject to stamp duty or stamp duty reserve tax in the U.K., which would increase the cost of dealing in our shares.***

Stamp duty or stamp duty reserve tax ("SDRT"), are imposed in the U.K. on certain transfers of chargeable securities (which include shares in companies incorporated in the U.K.) at a rate of 0.5% of the consideration paid for the transfer. Certain issues or transfers of shares to depositories or into clearance systems may be charged at a higher rate of 1.5%.

You are strongly encouraged to hold your shares in book entry form through the facilities of The Depository Trust Company ("DTC"). Transfers of shares held in book entry form through DTC currently do not attract a charge to stamp duty or SDRT in the U.K. A transfer of title in the shares from within the DTC system out of DTC and any subsequent transfers that occur entirely outside the DTC system, will attract a charge to stamp duty at a rate of 0.5% of any consideration, which is payable by the transferee of the shares. Any such duty must be paid (and the relevant transfer document, if any, stamped by HM Revenue & Customs ("HMRC")) before the transfer can be registered in the books of Venator. However, if those shares are redeposited into DTC, the redeposit will attract stamp duty or SDRT at the rate of 1.5% to be paid by the transferor.

In connection with our IPO, we put in place arrangements to require that shares held in certificated form cannot be transferred into the DTC system until the transferor of the shares has first delivered the shares to a depositary specified by us so that SDRT may be collected in connection with the initial delivery to the depositary. Any such shares will be evidenced by a receipt issued by the depositary. Before the transfer can be registered in our books, the transferor will also be required to put the depositary in funds to settle the resultant liability to SDRT, which will be charged at a rate of 1.5% of the value of the shares.

If our shares are not eligible for deposit and clearing within the facilities of DTC, then transactions in our securities may be disrupted.

The facilities of DTC are a widely-used mechanism that allow for rapid electronic transfers of securities between the participants in the DTC system, which include many large banks and brokerage firms. Our ordinary shares are currently eligible for deposit and clearing within the DTC system. We have entered into arrangements with DTC whereby we agreed to indemnify DTC for any SDRT that may be assessed upon it as a result of its service as a depository and clearing agency for our shares. However, DTC generally has discretion to cease to act as a depository and clearing agency for the

49

Table of Contents

shares. While we would pursue alternative arrangements to preserve our listing and maintain trading, any such disruption could have a material adverse effect on the market price of our ordinary shares.

***If securities or industry analysts do not publish research or reports about our business, if they adversely change their recommendations regarding our shares or if our operating results do not meet their expectations, our share price could decline.***

The trading market for our ordinary shares will be influenced by the research and reports that industry or securities analysts publish about us or our business. If one or more of these analysts cease coverage of our company or fail to publish reports on us regularly, we could lose visibility in the financial markets, which in turn could cause our share price or trading volume to decline. Moreover, if one or more of the analysts who cover our company downgrades our ordinary shares or if our operating results do not meet their expectations, our share price could decline.

50

Table of Contents

**FORWARD-LOOKING STATEMENTS**

Certain information set forth in this prospectus contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act and Section 21E of the Securities and Exchange Act of 1934, as amended (the "Exchange Act"). All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, EHS matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- volatile global economic conditions;

- cyclical and volatile $TiO_2$ products markets;

- highly competitive industries and the need to innovate and develop new products;

- increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of $TiO_2$ as a carcinogen in the EU and any resulting increased regulation;

- disruptions in production at our manufacturing facilities and our ability to cover resulting costs and lost revenue with insurance proceeds, including at our $TiO_2$ manufacturing facility in Pori, Finland;

- fluctuations in currency exchange rates and tax rates;

- price volatility or interruptions in supply of raw materials and energy;

- changes to laws, regulations or the interpretation thereof;

- significant investments associated with efforts to transform our business;

- differences in views with our joint venture participants;

- high levels of indebtedness;

- EHS laws and regulations;

- our ability to obtain future capital on favorable terms;

51

Table of Contents

- seasonal sales patterns in our product markets;

- legal claims against us, including antitrust claims;

- our ability to adequately protect our critical information technology systems;

- economic conditions and regulatory changes following the United Kingdom's likely exit from the EU;

- failure to maintain effective internal controls over financial reporting and disclosure;

- our indemnification of Huntsman and other commitments and contingencies;

- financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners;

- failure to enforce our intellectual property rights; our ability to effectively manage our labor force;

- conflicts, military actions, terrorist attacks and general instability; and

- our ability to realize the expected benefits of our separation from Huntsman.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this prospectus. Any forward-looking statements should be considered in light of the risks set forth in the section "Risk Factors" and elsewhere in this prospectus.

52

Table of Contents

**USE OF PROCEEDS**

We will not receive any proceeds from the sale by the selling shareholder of our ordinary shares in this offering, including any ordinary shares offered if the underwriters exercise their option to purchase additional ordinary shares. For information about the selling shareholder, see "Security Ownership of Management and Selling Shareholder."

Huntsman has informed us that it currently expects to use substantially all of the net proceeds of this offering to repay borrowings under certain Huntsman credit facilities. Certain of the underwriters or their affiliates are lenders, or agents or managers for the lenders, under certain Huntsman credit facilities and may receive proceeds as a result of repayment by Huntsman of these credit facilities. See "Underwriting."

53

Table of Contents

Table of Contents

the securitization program as well as other program and interest expenses associated with the A/R Programs.

**Policies and Procedures with Respect to Approval of Related Party Transactions**

Prior to the consummation of our IPO, we adopted a policy for approval of Related Party Transactions. Pursuant to this policy, our audit committee reviews all material Related Party Transactions. A "Related Party Transaction" is a transaction, arrangement or relationship in which we or any of our subsidiaries was, is or will be a participant, the amount of which involved exceeds $120,000, and in which any Related Person had, has or will have a direct or indirect material interest. A "Related Person" means:

- any person who is, or at any time during the applicable period was, one of our executive officers or directors;

- any person who is known by us to be the beneficial owner of more than 5% of our ordinary shares;

- any immediate family member of any of the foregoing persons, which means any child, stepchild, parent, stepparent, spouse, sibling, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law or sister-in-law of a director, executive officer or a beneficial owner of more than 5% of our ordinary shares, and any person (other than a tenant or employee) sharing the household of such director, executive officer or beneficial owner of more than 5% of our ordinary shares; and

- any firm, corporation or other entity in which any of the foregoing persons is a partner or principal or in a similar position or in which such person has a 10% or greater beneficial ownership interest.

Any member of the audit committee who is a Related Person with respect to a transaction under review may not participate in the deliberations or vote on the approval or ratification of the transaction.

Each of the agreements between us and Huntsman and any of Huntsman's subsidiaries that were entered into prior to the consummation of our IPO, including the separation agreement, and the transactions contemplated by such agreements were deemed approved and not subject to such policy.

155

Table of Contents

**SECURITY OWNERSHIP OF MANAGEMENT AND SELLING SHAREHOLDER**

The following table sets forth information with respect to the beneficial ownership of our ordinary shares as of November 15, 2017 by:

- each shareholder that will beneficially own more than 5% of our outstanding ordinary shares following this offering;

- each of our directors; and

- each of our NEOs.

To our knowledge, except as indicated in the footnotes to this table or as provided by applicable community property laws, the persons named in the table have sole voting and investment power with respect to the ordinary shares indicated. The selling shareholder may be deemed to be an underwriter with respect to the ordinary shares that it will sell in this offering. This table assumes that the underwriters' option to purchase additional ordinary shares is not exercised.

| | Beneficial Ownership | | | |
| | Prior to this Offering | | Following this Offering | |
| Name and Address of Beneficial Owners(1) | Ordinary shares | % | Ordinary shares | % |
|---|---|---|---|---|
| *5% or greater shareholders* | | | | |
| Huntsman Corporation(2) | 80,166,712 | 75.4% | 58,401,912 | 55.0% |
| *Directors and Named Executive Officers* | | | | |
| Peter R. Huntsman(3) | 5,256 | * | 5,256 | * |
| Sir Robert J. Margetts(3) | 5,256 | * | 5,256 | * |
| Douglas D. Anderson(3) | 5,256 | * | 5,256 | * |
| Daniele Ferrari(3) | 5,256 | * | 5,256 | * |
| Kathy D. Patrick(4) | 5,310 | * | 5,310 | * |
| Simon Turner | — | — | — | — |
| Kurt Ogden | — | — | — | — |
| Russ Stolle | — | — | — | — |
| Jan Buberl(5) | 11,358 | * | 11,358 | * |
| Mahomed Maiter | | — | | — |
| All directors and executive officers as a group (12 persons) | 37,692 | * | 37,692 | * |

\*      Less than 1%

(1)      Unless otherwise indicated, the address of each owner is c/o Titanium House, Hanzard Drive, Wynyard Park, Stockton-On-Tees, TS22 5FD, United Kingdom.

(2)      Prior to this offering, Huntsman Corporation is the beneficial owner of 75.4% of ordinary shares through its wholly-owned subsidiary, the selling shareholder. Following this offering, we expect Huntsman to continue to hold our ordinary shares through the selling shareholder.

(3)      Comprises 5,256 vested share units, the shares underlying which will be deliverable upon termination of service.

(4)      Comprises 5,310 vested share units, the shares underlying which will be deliverable upon termination of service.

(5)      Comprises 11,358 shares issued upon vesting of restricted stock units.

156

Table of Contents

## DESCRIPTION OF SHARE CAPITAL

### General

The following is a description of the material terms of our share capital as provided in our amended and restated articles of association. The summaries and descriptions below do not purport to be complete statements of the relevant provisions. For a complete description, we refer you to, and the following summaries and descriptions are qualified in their entirety by reference to our amended and restated articles of association, a copy of which has been filed as an exhibit to the registration statement of which this prospectus forms a part. The summaries and descriptions below do not purport to be complete statements of the Companies Act 2006. Upon completion of the offering, we will have only one class of shares outstanding, which will be ordinary shares, par value $0.001 per share. Prior to the completion of our IPO, an ordinary resolution was adopted by our shareholders authorizing our board of directors (generally and unconditionally) to allot equity securities, or to grant rights to subscribe for or to convert or exchange any security, including convertible preference shares, convertible debt securities and exchangeable debt securities of a subsidiary, into shares of Venator, up to an aggregate nominal amount of $200,000, which would equal 200,000,000 shares based on the $0.001 par value per share, and to exclude preemptive rights in respect of such issuances. Such authority was granted for five years, but we may seek renewal for additional five year terms more frequently.

Prior to this offering, Huntsman, through the selling shareholder, owns 75.4% of our outstanding ordinary shares. Upon the completion of this offering, Huntsman, through the selling shareholder, will own approximately 55.0% of our outstanding ordinary shares, or approximately 51.9% if the underwriters exercise their option to purchase additional ordinary shares in full.

### Ordinary Shares

#### *Dividend Rights*

Subject to the provisions of English law and any preferences that may apply to preferred ordinary shares outstanding at the time, holders of outstanding ordinary shares are entitled to receive dividends out of assets legally available at the times and in the amounts as our board of directors may determine from time to time. All dividends are declared and paid in proportions based on the amounts paid up on the shares in respect of which the dividend is paid. Any dividend unclaimed after a period of 12 years from the date such dividend was declared shall, if the board of directors so resolves, be forfeited and shall revert to us. In addition, the payment by our board of directors of any unclaimed dividend, interest or other sum payable on or in respect of an ordinary share into a separate account shall not constitute us as a trustee in respect thereof. For further information regarding the payment of dividends under English law, see "—Differences in Corporate Law—Distributions and Dividends."

#### *Voting Rights*

Each outstanding ordinary share is entitled to one vote on all matters submitted to a vote of shareholders. Holders of ordinary shares shall have no cumulative voting rights. Subject to any rights or restrictions attached to any shares on a poll every member present in person or by proxy shall have one vote for every share of which he is the holder. None of our shareholders will be entitled to vote at any general meeting or at any separate class meeting in respect of any share unless all calls or other sums payable in respect of that share have been paid.

#### *Preemptive Rights*

There are no rights of preemption under our articles of association in respect of transfers of issued ordinary shares. In certain circumstances, our shareholders may have statutory preemption rights

Table of Contents

**21,764,800 Shares**



## Venator Materials PLC

**Ordinary Shares**

PROSPECTUS

**BofA Merrill Lynch**
**Citigroup**
**Goldman Sachs & Co. LLC**
**J.P. Morgan**
**Barclays**
**Deutsche Bank Securities**
**UBS Investment Bank**
**RBC Capital Markets**
**SunTrust Robinson Humphrey**
**Moelis & Company**
**HSBC**
**Nomura**
**Academy Securities**

**November 29, 2017**

# Exhibit 15

<div align="center">

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## Form 10-Q

</div>

**(Check one)**

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

<div align="center">

**For the quarterly period ended March 31, 2018**

**OR**

</div>

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

<div align="center">

**Commission File Number 001-38176**
_____



## Venator Materials PLC

(Exact name of registrant as specified in its charter)
_____

</div>

| **England and Wales** | **98-1373159** |
| --- | --- |
| (State or other jurisdiction | (I.R.S. Employer Identification No.) |
| of incorporation or organization) | |

<div align="center">

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

</div>

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
YES ☑ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an "emerging growth company." See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company", and "emerging growth company," in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐     Accelerated filer ☐     Non-accelerated filer ☑     Smaller reporting company ☐     Emerging growth company ☐

<div align="center">

(Do not check if a smaller reporting company)

</div>

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
YES ☐ NO ☑

_____

As of April 20, 2018, the registrant has outstanding 106,401,124 ordinary shares, $0.001 par value per share.

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**QUARTERLY REPORT ON FORM 10-Q FOR THE QUARTERLY PERIOD**
**ENDED MARCH 31, 2018**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | | 2 |
| **PART I** | **FINANCIAL INFORMATION** | 4 |
| ITEM 1. | Condensed Consolidated and Combined Financial Statements (Unaudited) | 4 |
| | Condensed Consolidated and Combined Balance Sheets | 5 |
| | Condensed Consolidated and Combined Statements of Operations | 6 |
| | Condensed Consolidated and Combined Statements of Comprehensive Income (Loss) | 7 |
| | Condensed Consolidated and Combined Statements of Equity | 8 |
| | Condensed Consolidated and Combined Statements of Cash Flows | 9 |
| | Notes to Unaudited Condensed Consolidated and Combined Financial Statements | 10 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| ITEM 3. | Quantitative and Qualitative Disclosures About Market Risk | 40 |
| ITEM 4. | Controls and Procedures | 41 |
| **PART II** | **OTHER INFORMATION** | 42 |
| ITEM 1. | Legal Proceedings | 42 |
| ITEM 1A. | Risk Factors | 42 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 43 |
| ITEM 6. | Exhibits | 43 |
| | Signatures | 45 |

Venator Materials PLC and our other registered and common-law trade names, trademarks, and service marks appearing in this Quarterly Report on Form 10‑Q for the three months ended March 31, 2018 ("Quarterly Report") are the property of Venator Materials PLC or our subsidiaries.

Table of Contents

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman, (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, (3) all references to the "Titanium Dioxide" segment or business refer to the $TiO_2$ business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the separation and that are reported as discontinued operations in our consolidated and combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman and the entity through which Huntsman operates all of its businesses, (7) we refer to the internal reorganization prior to our initial public offering ("IPO"), the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the financing arrangements and debt, comprising the senior secured term loan facility (the "Term Loan Facility"), the asset-based revolving facility (the "ABL Facility" and, together with the Term Loan Facility, the "Senior Credit Facilities") and the 5.75% senior notes due 2025 (the "Senior Notes"), including the use of the net proceeds of the Senior Credit Facilities and the Senior Notes, which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "separation" and (8) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and $TiO_2$ businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain information set forth in this report contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933 and Section 21E of the Securities and Exchange Act of 1934. All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, construction cost estimates, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, environmental, health and safety ("EHS") matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates," "estimates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- volatile global economic conditions;
- cyclical and volatile titanium dioxide ("$TiO_2$") products markets;
- highly competitive industries and the need to innovate and develop new products;
- increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of $TiO_2$ as a carcinogen in the European Union ("EU") or any increased regulatory scrutiny;

2

Table of Contents

**Note 15. Discontinued Operations**

The Titanium Dioxide, Performance Additives and other businesses were included in Huntsman's financial results in different legal forms, including, but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities that were comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide, Performance Additives and other businesses are the primary beneficiaries. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. The legal entity structure of Huntsman was reorganized during the second quarter of 2017 such that the other businesses would not be included in Venator's legal entity structure and as such, the discontinued operations presented below reflect financial results of the other businesses through the date of such reorganization.

The following table summarizes the operations data for discontinued operations:

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| **Revenues:** | | |
| Trade sales, services and fees, net | $           - | $           15 |
| Related party sales | - | 17 |
| **Total revenues** | **-** | **32** |
| **Cost of goods sold** | **-** | **26** |
| **Operating expenses:** | | |
| Selling, general and administrative (includes corporate allocations of nil and $2, respectively) | - | (7) |
| Restructuring, impairment and plant closing costs | - | 1 |
| Other income, net | - | 1 |
| **Total operating expenses** | **-** | **(5)** |
| **Income from discontinued operations before tax** | **-** | **11** |
| Income tax expense | - | (3) |
| **Net income from discontinued operations** | **$           -** | **$           8** |

26

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") should be read in conjunction with our unaudited condensed consolidated and combined financial statements and the related notes included in Item 1 hereto as well as the risk factors contained in "Part I. Item 1A. Risk Factors" of our 2017 Form 10-K.

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman, (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, (3) all references to the "Titanium Dioxide" segment or business refer to the $TiO_2$ business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the separation and that are reported as discontinued operations in our consolidated and combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman and the entity through which Huntsman operates all of its businesses, (7) we refer to the internal reorganization prior to our initial public offering ("IPO"), the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the financing arrangements and debt, comprising the senior secured term loan facility (the "Term Loan Facility"), the asset-based revolving facility (the "ABL Facility" and, together with the Term Loan Facility, the "Senior Credit Facilities") and the 5.75% senior notes due 2025 (the "Senior Notes"), including the use of the net proceeds of the Senior Credit Facilities and the Senior Notes, which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "separation" and (8) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and $TiO_2$ businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

This MD&A contains forward-looking statements concerning trends or events potentially affecting our business or future performance, including, without limitation, statements relating to our plans, strategies, objectives, expectations and intentions. The words "aim," "anticipate," "believe," "budget," "continue," "could," "effort," "estimate," "expect," "forecast," "goal," "guidance," "intend," "likely," "may," "might," "objective," "outlook," "plan," "potential," "predict," "project," "seek," "should," "target, "will" or "would" and similar expressions identify forward-looking statements. We do not undertake to update, revise or correct any of the forward-looking information unless required to do so under the federal securities laws. When considering these forward-looking statements, you should keep in mind the risk factors and other cautionary statements contained in this report. See "Note Regarding Forward-Looking Statements" and "Part II. Item 1A. Risk Factors."

**BASIS OF PRESENTATION**

Prior to the separation, our operations were included in Huntsman's financial results in different legal forms, including but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities which are comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide and Performance Additives businesses are the primary beneficiaries. The unaudited condensed consolidated and combined financial statements include all revenues, costs, assets, liabilities and cash flows directly attributable to us. The unaudited condensed consolidated and combined financial statements also include allocations of direct and indirect corporate expenses through the date of the separation, which are based upon an allocation method that in the opinion of management is reasonable. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical unaudited condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. We report the results of those other businesses as discontinued operations. Please see "Part I. Item 1. Note 15. Discontinued Operations" of this report.

27

Table of Contents

In addition, the unaudited condensed consolidated and combined financial statements have been prepared from Huntsman's historical accounting records through the separation and are presented on a stand-alone basis as if our operations had been conducted separately from Huntsman; however, prior to the separation, we did not operate as a separate, stand-alone entity for the periods presented and, as such, the unaudited condensed consolidated and combined financial statements reflecting balances and activity prior to the separation, may not be indicative of the financial position, results of operations and cash flows had we been a stand-alone company.

For purposes of these unaudited condensed consolidated and combined financial statements, all significant transactions with Huntsman International have been included in group equity. All intercompany transactions within the consolidated and combined business have been eliminated.

## EXECUTIVE SUMMARY

We are a leading global manufacturer and marketer of chemical products that improve the quality of life for downstream consumers and promote a sustainable future. Our products comprise a broad range of innovative chemicals and formulations that bring color and vibrancy to buildings, protect and extend product life, and reduce energy consumption. We market our products globally to a diversified group of industrial customers through two segments: Titanium Dioxide, which consists of our $TiO_2$ business, and Performance Additives, which consists of our functional additives, color pigments, timber treatment and water treatment businesses. We are a leading global producer in many of our key product lines, including $TiO_2$, color pigments and functional additives, a leading North American producer of timber treatment products and a leading European producer of water treatment products.

## RECENT DEVELOPMENTS

### Pori Fire

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. The loss was covered by insurance for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand.

Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. We have restored 20% of the total prior capacity, which is dedicated to production of specialty products, and we intend to restore manufacturing of the balance of these more profitable specialty products as quickly as possible. The reconstruction process entails a series of mechanical construction phases with concurrent rolling commissioning. Subject to the pace of our progress during commissioning, we expect some of this specialty capacity to be producing finished product during the second half of this year and the remaining specialty capacity to be restored and producing finished product during 2019. Based on current market and economic conditions, associated costs and projected returns, we currently expect to rebuild the commodity portion of the facility, but do not expect it to be reintroduced into the market prior to 2020.

On April 13, we received a final payment from our insurers of €191 million, or $236 million, bringing our total insurance receipts to €468 million, or $551 million, which was the limit of our insurance proceeds. We elected to receive the insurance proceeds in Euro in order to match the currency of the related business interruption losses and capital expenditures resulting from the Pori fire. During the first quarter of 2018, we received €52 million, or $62 million, of insurance proceeds, while €225 million, or $253 million, was received during 2017.

The fire at our Pori facility did not have a material impact on our 2018 first quarter or our 2017 year to date operating results, as losses incurred were offset by insurance proceeds. Prior to adjustment for insurance proceeds, we recorded a loss of $31 million for the write-off of fixed assets and lost inventory in cost of goods sold in our consolidated and combined statements of operations for the year ended December 31, 2017. In addition, we recorded a loss of $27 million for cleanup and other non-capital reconstruction costs in cost of goods sold through March 31, 2018, of which $24 million was recorded during 2017.

28

Table of Contents

During the first quarter of 2018, we recorded $46 million of income related to property damage and business interruption insurance recoveries in cost of goods sold in our consolidated and combined statements of operations to offset property damage and business interruption losses recorded during the period, while $189 million was recognized during the year ended December 31, 2017. We recorded $88 million and $68 million as deferred income in accrued liabilities as of March 31, 2018 and December 31, 2017, respectively, for insurance proceeds received for costs not yet incurred.

We continue to estimate that the total cost to rebuild and commission the Pori facility will exceed the total insurance proceeds received by $325 to $375 million. We expect to account for our uncovered costs as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of insurance proceeds are incurred. Based on current and anticipated market conditions, we currently expect our business interruption losses through 2019 to be fully offset by insurance proceeds. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Please see "Part II, Item 1A. Risk Factors-Risks Relating to our Business- Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition".

## RECENT TRENDS AND OUTLOOK

We expect the following factors to impact our operating results in the near term:

- Favorable environment for $TiO_2$ price increases in the second quarter of 2018.
- Seasonal improvement in sales volumes in the second quarter of 2018 compared to the first quarter of 2018, albeit the impact of the Pori fire on our capacity will constrain our volumetric growth.
- Manageable increases in raw material and energy costs in the near term.
- We have received cash in advance to the full extent of our policy limits for insurance payments related to the Pori fire, including prepayments for business interruption losses and construction costs not yet incurred.

We expect that our corporate and other costs will be approximately $50 million per year, consisting of $40 million of recurring selling, general and administrative costs to operate our business as a standalone public company, which is lower than expenses historically allocated to us from Huntsman, and approximately $10 million of costs that were previously embedded in the Huntsman Pigments and Additives division.

We continue to implement business improvements which we expect to be completed by the end of 2018 and continue to provide contributions to adjusted EBITDA. Of the $60 million we previously estimated for annualized savings, we have already realized approximately $31 million of savings through the first quarter of 2018 as a result of these programs, including approximately $8 million of savings realized in the first quarter of 2018. In addition to these savings, we achieved an incremental $2 million of EBITDA from increased volumes as part of the business improvement program. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in additional contributions to our adjusted EBITDA of approximately $29 million per year by the first quarter of 2019, with additional projected contributions to adjusted EBITDA from volume growth.

In 2018, we expect to spend approximately $120 million on capital expenditures, excluding reconstruction of our Pori, Finland facility.

Our tax expense is significantly affected by the mix of income and losses in tax jurisdictions in which we operate. We expect our adjusted long-term effective tax rate will be approximately 15% to 20%. We believe the impact of the Tax Act on our adjusted long-term effective tax rate will not be material, given the low percentage of our global pre-tax income earned in the United States. We expect our cash tax rate will be between 10% to 15% .

29

Table of Contents

**RESULTS OF OPERATIONS**

The following table sets forth our consolidated results of operations for the three months ended March 31, 2018 and 2017:

| (Dollars in millions) | Three Months Ended March 31, | | % Change |
|---|---|---|---|
| | 2018 | 2017 | |
| **Revenues** | $ 622 | $ 537 | 16% |
| Cost of goods sold | 454 | 465 | (2)% |
| Operating expenses | 51 | 60 | (15)% |
| Restructuring, impairment and plant closing and transition costs | 9 | 26 | (65)% |
| **Operating income (loss)** | 108 | (14) | NM |
| Interest expense, net | (10) | (12) | 17% |
| Other income | 2 | 1 | 100% |
| **Income (loss) from continuing operations before income taxes** | 100 | (25) | NM |
| Income tax (expense) benefit | (20) | 4 | NM |
| **Income (loss) from continuing operations** | 80 | (21) | NM |
| Income from discontinued operations | - | 8 | (100)% |
| **Net income (loss)** | 80 | (13) | NM |
| **Reconciliation of net income (loss) to adjusted EBITDA:** | | | |
| Interest expense, net | 10 | 12 | (17)% |
| Income tax expense (benefit) - continuing operations | 20 | (4) | NM |
| Depreciation and amortization | 34 | 30 | 13% |
| Net income attributable to noncontrolling interests | (2) | (3) | 33% |
| **Other adjustments:** | | | |
| Business acquisition and integration expenses | 2 | - | |
| Separation expense, net | 1 | - | |
| Net income of discontinued operations, net of tax | - | (8) | |
| Certain legal settlements and related expenses | - | - | |
| Amortization of pension and postretirement actuarial losses | 3 | 4 | |
| Net plant incident (credits) costs | - | 5 | |
| Restructuring, impairment and plant closing and transition costs | 9 | 26 | |
| **Adjusted EBITDA[1]** | $ 157 | $ 49 | |
| | | | |
| Net cash provided by operating activities from continuing operations | 51 | 21 | 143% |
| Net cash used in investing activities from continuing operations | (67) | (58) | 16% |
| Net cash (used in) provided by financing activities | (8) | 41 | NM |
| Capital expenditures | (73) | (19) | 284% |

Table of Contents

**Guarantees**

All obligations under the Senior Credit Facilities are guaranteed by Venator and substantially all of our subsidiaries (the "Guarantors"), and are secured by substantially all of the assets of Venator and the Guarantors, in each case subject to certain exceptions. Lien priority as between the Term Loan Facility and the ABL Facility with respect to the collateral will be governed by an intercreditor agreement.

**AUGUSTA MATTER**

In February 2017, Huntsman filed suit against the legacy owner and certain former executives of Rockwood, primarily related to the failure of new technology that Huntsman acquired in the Rockwood acquisition that was to be implemented at the new Augusta, Georgia, facility and subsequently at other facilities. Huntsman is seeking various forms of legal remedy, including compensatory damages, punitive damages, expectation damages, consequential damages and restitution. Venator is not party to the suit.

**RESTRUCTURING, IMPAIRMENT AND PLANT CLOSING AND TRANSITION COSTS**

For a discussion of our restructuring plans and the costs involved, see "Note 6. Restructuring, Impairment, and Plant Closing and Transition Costs" of the notes to unaudited condensed consolidated and combined financial statements.

**LEGAL PROCEEDINGS**

For a discussion of legal proceedings, see "Note 11. Commitments and Contingencies-Legal Matters" of the notes to unaudited condensed consolidated and combined financial statements.

**ENVIRONMENTAL, HEALTH AND SAFETY MATTERS**

As noted in the 2017 Form 10-K, specifically within "Part I. Item 1. Business-Environmental, Health and Safety Matters" and "Part I. Item 1A. Risk Factors," we are subject to extensive environmental regulations, which may impose significant additional costs on our operations in the future. While we do not expect any of these enactments or proposals to have a material adverse effect on us in the near term, we cannot predict the longer-term effect of any of these regulations or proposals on our future financial condition. For a discussion of EHS matters, see "Note 12. Environmental, Health and Safety Matters" of the notes to unaudited condensed consolidated and combined financial statements.

**RECENTLY ISSUED ACCOUNTING PRONOUNCEMENTS**

For a discussion of recently issued accounting pronouncements, see "Note 2. Recently Issued Accounting Pronouncements" of the notes to unaudited condensed consolidated and combined financial statements.

**CRITICAL ACCOUNTING POLICIES**

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires management to make judgments, estimates and assumptions that affect the reported amounts in our unaudited condensed consolidated and combined financial statements. There have been no changes to our accounting policies or estimates other than changes to our revenue recognition policy as a result of the adoption of ASC 606, *Revenue from Contracts with Customers* as detailed below.

See the Company's critical accounting policies in "Part 2. Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations-Critical Accounting Policies" in the 2017 Form 10-K.

**Revenue Recognition**

Table of Contents

Venator generates substantially all of its revenues through sales of inventory in the open market and via long-term supply agreements. Revenue is recognized when the performance obligations under the terms of our contracts are satisfied. Generally, this occurs at the time of shipping at which point the control of the goods transfers to the customer, there is a present right to payment and legal title, and the risks and rewards of ownership have transferred to the customer. Revenue is measured as the amount of consideration we expect to receive in exchange for transferred goods.

### ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

We are exposed to market risks, such as changes in interest rates and foreign exchange rates. We manage these risks through normal operating and financing activities and, when appropriate, through the use of derivative instruments. We do not invest in derivative instruments for speculative purposes.

**Interest Rate Risk**

We are exposed to interest rate risk through the structure of our debt portfolio which includes a mix of fixed and floating rates. Actions taken to reduce interest rate risk include managing the mix and rate characteristics of various interest bearing liabilities.

The carrying value of our floating rate debt is approximately $366 million at March 31, 2018. A hypothetical 1% increase in interest rates on our floating rate debt as of March 31, 2018 would increase our interest expense by approximately $4 million on an annualized basis.

**Foreign Exchange Rate Risk**

We are exposed to market risks associated with foreign exchange risk. Our cash flows and earnings are subject to fluctuations due to exchange rate variation. Our revenues and expenses are denominated in various foreign currencies. We enter into foreign currency derivative instruments to minimize the short-term impact of movements in foreign currency rates. Where practicable, we generally net multicurrency cash balances among our subsidiaries to help reduce exposure to foreign currency exchange rates. Certain other exposures may be managed from time to time through financial market transactions, principally through the purchase of spot or forward foreign exchange contracts (generally with maturities of three months or less). We do not hedge our foreign currency exposures in a manner that would eliminate the effect of changes in exchange rates on our cash flows and earnings. At March 31, 2018 and December 31, 2017 we had approximately $101 million and $109 million, respectively, notional amount (in U.S. dollar equivalents) outstanding in foreign currency contracts with a term of approximately one month.

In December 2017, we entered into three cross-currency swap agreements to convert a portion of our intercompany fixed-rate, U.S. dollar denominated notes, including the semi-annual interest payments and the payment of remaining principle at maturity, to a fixed-rate, Euro denominated debt. The economic effect of the swap agreement was to eliminate the uncertainty of the cash flows in U.S. Dollars associated with the notes by fixing the principle amount at €169 million with a fixed annual rate of 3.43%. These hedges have been designated as cash flow hedges and the critical terms of the cross-currency swap agreements correspond to the underlying hedged item. These swaps mature in July 2022, which is our best estimate of the repayment date of these intercompany loans. The amount and timing of the semi-annual principle payments under the cross-currency swap also correspond with the terms of the intercompany loans. Gains and losses from these hedges offset the changes in the value of interest and principal payments as a result of changes in foreign exchange rates.

During 2018, the changes in accumulated other comprehensive loss associated with these cash flow hedging activities was a loss of approximately $7 million.

**Commodity Price Risk**

A portion of our products and raw materials are commodities whose prices fluctuate as market supply and demand fundamentals change. Accordingly, product margins and the level of our profitability tend to fluctuate with the changes in the business cycle. We try protect against such instability through various business strategies. These include provisions in sales contracts allowing us to pass on higher raw material costs through timely price increases and formula

Table of Contents

price contracts to transfer or share commodity price risk. We did not have any commodity derivative instruments in place as of March 31, 2018 and December 31, 2017.

**ITEM 4. CONTROLS AND PROCEDURES**

**Disclosure Controls and Procedures**

As required by rule 13-a 15(b) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), we have evaluated, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this quarterly report. Based on this evaluation, our principal executive officer and principal financial officer have concluded that, as of March 31, 2018, our disclosure controls and procedures were effective, in that they ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is (1) recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and (2) accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure.

**Internal Control over Financial Reporting**

There were no changes to our internal control over financial reporting during the three months ended March 31, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act). However, we can only give reasonable assurance that our internal controls over financial reporting will prevent or detect material misstatements on a timely basis. Ineffective internal controls over financial reporting could cause investors to lose confidence in our reported financial information and could result in a lower trading price for our securities.

Table of Contents

## PART II - OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

During the three months ended March 31, 2018, there have been no material developments with respect to material legal proceedings referenced in "Part I. Item 3. Legal Proceedings" of our 2017 Form 10-K.

### ITEM 1A. RISK FACTORS

As of the date of this filing, the Company and its operations continue to be subject to the risk factors previously disclosed in "Part I. Item 1A. Risk Factors" of our 2017 Form 10-K. In addition, the following risk factor included substantive changes from those disclosed in our 2017 Form 10-K:

**Risks Related to Our Business**

*Disruptions in production at our manufacturing facilities, including our Pori facility, may have a material adverse impact on our business, results of operations and/or financial condition.*

Manufacturing facilities in our industry are subject to planned and unplanned production shutdowns, turnarounds, outages and other disruptions. Any serious disruption at any of our facilities could impair our ability to use our facilities and have a material adverse impact on our revenues and increase our costs and expenses. Alternative facilities with sufficient capacity may not be available, may cost substantially more or may require a significant amount of time to increase production or qualify with our customers, any of which could negatively impact our business, results of operations and/or financial condition. Long-term production disruptions may cause our customers to seek alternative supply which could further adversely affect our profitability.

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, on January 30, 2017, our TiO2 manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total TiO2 nameplate capacity and approximately 2% of total global TiO2 demand. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. We have restored 20% of the total prior capacity, which is dedicated to production of specialty products, and we intend to restore manufacturing of the balance of these more profitable specialty products as quickly as possible. The reconstruction process entails a series of mechanical construction phases with commissioning on a rolling basis thereafter. Subject to the pace of our progress during commissioning, we expect some of this capacity related to our specialty products to be producing finished product during the second half of this year and the remaining capacity related to our specialty products to be restored and producing finished product during 2019. Based on current market and economic conditions, associated costs and projected returns, we intend to rebuild the commodity production capacity of the facility, but do not currently expect it produce product prior to 2020.

We are party to a number of contracts with a variety of third parties involved in the Pori rebuild, including various vendors of required equipment and necessary engineering, demolition, construction and other services. We may experience delays in construction, equipment procurement, or in start-up or plant commissioning, and there is no single third party to whom we can turn for recourse in the event of delays, increased costs or other problems associated with the rebuild. Even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere.

The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively. On April 13, we received a final payment from our insurers of €191 million, or $236 million, bringing our total insurance receipts to €468 million, or $551 million, which was the limit of our insurance proceeds. We elected to receive the insurance proceeds in Euros in order to match the currency of the related business interruption losses and capital expenditures resulting from the Pori fire. During the first quarter of 2018, we received €52 million, or $62 million, of insurance proceeds, while €225 million, or $253 million, was received during 2017. We

42

Table of Contents

continue to estimate that the total cost to rebuild and commission the Pori facility (including the commodity portion) will exceed the total insurance proceeds received by $325 to $375 million. We expect to account for our uncovered costs as capital expenditures and fund them from cash from operations, which will decrease our liquidity in the periods those costs in excess of insurance proceeds received are incurred. Based on current and anticipated market conditions, we currently expect our business interruption losses through 2019 will be fully offset by the insurance proceeds we have received to date. However, these are preliminary estimates based on a number of significant assumptions, and as a result uninsured costs could exceed current estimates. Factors that could materially impact our current estimates include our actual future TiO2 profitability and related impact on our business interruption losses; the accuracy of our current property damage estimates; the actual costs and timing of our reconstruction efforts; market and other factors impacting our reconstruction of the commoditized portion of the facility; our ability to secure government subsidies related to our reconstruction efforts; and a number of other significant market and facility-related assumptions. Additionally, our premiums and deductibles may increase substantially as a result of the fire.

In addition, we rely on a number of vendors, suppliers and, in some cases, sole-source suppliers, service providers, toll manufacturers and collaborations with other industry participants to provide us with chemicals, feedstocks and other raw materials, along with energy sources and, in certain cases, facilities that we need to operate our business. If the business of these third parties is disrupted, some of these companies could be forced to reduce their output, shut down their operations or file for bankruptcy protection. If this were to occur, it could adversely affect their ability to provide us with the raw materials, energy sources or facilities that we need, which could materially disrupt our operations, including the production of certain of our products. Moreover, it could be difficult to find replacements for certain of our business partners without incurring significant delays or cost increases. All of these risks could have a material adverse effect on our business, results of operations, financial condition and liquidity.

While we maintain business recovery plans that are intended to allow us to recover from natural disasters or other events that could disrupt our business, we cannot provide assurances that our plans would fully protect us from the effects of all such disasters or from events that might increase in frequency or intensity due to climate change. In addition, insurance may not adequately compensate us for any losses incurred as a result of natural or other disasters. In areas prone to frequent natural or other disasters, insurance may become increasingly expensive or not available at all. Furthermore, some potential climate-driven losses, particularly flooding due to sea-level rises, may pose long-term risks to our physical facilities such that operations cannot be restored in their current locations.

## ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

The following table provides information with respect to shares of equity-based awards granted under our share incentive plans that we withheld upon vesting to satisfy our tax withholding obligations during the three months ended March 31, 2018.

|  | Total number of shares purchased[1] | Average price paid per share[1] | Total number of shares purchased as part of publicly announced plans or programs | Maximum number (or approximate dollar value) of shares that may yet be purchased under the plans or programs |
|---|---|---|---|---|
| January | - | $ - | - | $ - |
| February | 73,426 | 21.37 | - | - |
| March | - | - | - | - |
| **Total** | **73,426** | **$ 21.37** | **-** | **$ -** |

[1] Represents shares purchased from employees to satisfy the tax withholding obligations in connection with the vesting of restricted stock units.

## ITEM 6. EXHIBITS

43

Table of Contents

Each exhibit identified below is filed as a part of this report. Exhibits designated with an "*" are filed as an exhibit to this Quarterly Report on Form 10-Q and Exhibits designated with an "+" indicates a management contract or compensatory plan.

| Exhibit Number | Description | Incorporated by Reference | | |
|---|---|---|---|---|
| | | Schedule Form | Exhibit | Filing Date |
| 10.1 | Form of Restricted Stock Unit Agreement (Employee Form) related to the Venator Materials 2017 Stock Incentive Plan | 10-Q | 10.21 | February 23, 2017 |
| 10.2 | Form of non-qualified Stock Option Agreement (Employee Form) related to the Venator Materials 2017 Stock Incentive Plan | 10-Q | 10.22 | February 23, 2017 |
| 10.3* | Venator Outside Directors Elective Deferral Plan | | | |
| 10.4* | Venator Executive Elective Deferral Plan | | | |
| 31.1* | Certification of the Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | | | |
| 31.2* | Certification of the Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | | | |
| 32.1* | Certification of the Chief Executive Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | | | |
| 32.2* | Certification of the Chief Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | | | |
| 101.INS* | XBRL Instance Document | | | |
| 101.SCH* | XBRL Taxonomy Extension Schema Document | | | |
| 101.CAL* | XBRL Taxonomy Extension Calculation Linkbase Document | | | |
| 101.DEF* | XBRL Taxonomy Definition Linkbase Document | | | |
| 101.LAB* | XBRL Taxonomy Extension Labels Linkbase Document | | | |
| 101.PRE* | XBRL Taxonomy Extension Presentation Linkbase Document | | | |

44

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**VENATOR MATERIALS PLC**
**(Registrant)**

Date: May 1, 2018                     By:      /s/ Kurt Ogden

Kurt Ogden

Senior Vice President and Chief Financial Officer

Date: May 1, 2018                     By:      /s/ Stephen Ibbotson

Stephen Ibbotson

Vice President and Controller

45

# Exhibit 16

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-38176**

_____



# Venator Materials PLC

(Exact name of registrant as specified in its charter)

_____

| | |
|---|---|
| **England and Wales** | **98-1373159** |
| (State or other jurisdiction | (I.R.S. Employer Identification No.) |
| of incorporation or organization) | |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
YES ☑ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company," in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐     Accelerated filer ☐     Non-accelerated filer ☑     Smaller reporting company ☐     Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
YES ☐ NO ☑

_____

As of October 19, 2018, the registrant had outstanding 106,406,761 ordinary shares, $0.001 par value per share.

Table of Contents

**VENATOR MATERIALS PLC AND SUBSIDIARIES**
**QUARTERLY REPORT ON FORM 10-Q FOR THE QUARTERLY PERIOD**
**ENDED SEPTEMBER 30, 2018**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | | 2 |
| **PART I** | **FINANCIAL INFORMATION** | 3 |
| ITEM 1. | Condensed Consolidated and Combined Financial Statements (Unaudited) | 3 |
| | Condensed Consolidated and Combined Balance Sheets | 3 |
| | Condensed Consolidated and Combined Statements of Operations | 4 |
| | Condensed Consolidated and Combined Statements of Comprehensive (Loss) Income | 5 |
| | Condensed Consolidated and Combined Statements of Equity | 6 |
| | Condensed Consolidated and Combined Statements of Cash Flows | 7 |
| | Notes to Unaudited Condensed Consolidated and Combined Financial Statements | 8 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| ITEM 3. | Quantitative and Qualitative Disclosures About Market Risk | 43 |
| ITEM 4. | Controls and Procedures | 44 |
| **PART II** | **OTHER INFORMATION** | 45 |
| ITEM 1. | Legal Proceedings | 45 |
| ITEM 1A. | Risk Factors | 45 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 46 |
| ITEM 6. | Exhibits | 46 |
| | Signatures | 47 |

Venator Materials PLC and our other registered and common-law trade names, trademarks, and service marks appearing in this Quarterly Report on Form 10-Q for the three months ended September 30, 2018 ("Quarterly Report") are the property of Venator Materials PLC or our subsidiaries.

1

Table of Contents

Except when the context otherwise requires or where otherwise indicated, (1) all references to "Venator," the "Company," "we," "us" and "our" refer to Venator Materials PLC and its subsidiaries, or, as the context requires, the historical Pigments and Additives business of Huntsman, (2) all references to "Huntsman" refer to Huntsman Corporation, our controlling shareholder, and its subsidiaries, (3) all references to the "Titanium Dioxide" segment or business refer to the titanium dioxide ("TiO$_2$") business of Venator, or, as the context requires, the historical Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (4) all references to the "Performance Additives" segment or business refer to the functional additives, color pigments, timber treatment and water treatment businesses of Venator, or, as the context requires, the Pigments and Additives segment of Huntsman and the related operations and assets, liabilities and obligations, (5) all references to "other businesses" refer to certain businesses that Huntsman retained in connection with the separation and that are reported as discontinued operations in our consolidated and combined financial statements, (6) all references to "Huntsman International" refer to Huntsman International LLC, a wholly-owned subsidiary of Huntsman and the entity through which Huntsman operates all of its businesses, (7) we refer to the internal reorganization prior to our initial public offering ("IPO"), the separation transactions initiated to separate the Venator business from Huntsman's other businesses, including the entry into and effectiveness of the separation agreement and ancillary agreements, and the financing arrangements and debt, comprising the senior secured term loan facility (the "Term Loan Facility"), the asset-based revolving facility (the "ABL Facility" and, together with the Term Loan Facility, the "Senior Credit Facilities") and the 5.75% senior notes due 2025 (the "Senior Notes"), including the use of the net proceeds of the Senior Credit Facilities and the Senior Notes, which were used to repay intercompany debt we owed to Huntsman and to pay related fees and expenses, as the "separation" and (8) the "Rockwood acquisition" refers to Huntsman's acquisition of the performance and additives and TiO$_2$ businesses of Rockwood Holdings, Inc. ("Rockwood") completed on October 1, 2014.

## NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain information set forth in this report contains "forward-looking statements" within the meaning the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933 and Section 21E of the Securities and Exchange Act of 1934 (the "Exchange Act"). All statements other than historical factual information are forward-looking statements, including without limitation statements regarding: projections of revenue, expenses, profit, margins, tax rates, tax provisions, cash flows, pension and benefit obligations and funding requirements, our liquidity position or other projected financial measures; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, construction cost estimates, restructuring activities, new product and service developments, competitive strengths or market position, acquisitions, divestitures, spin-offs, or other distributions, strategic opportunities, securities offerings, share repurchases, dividends and executive compensation; growth, declines and other trends in markets we sell into; new or modified laws, regulations and accounting pronouncements; legal proceedings, environmental, health and safety ("EHS") matters, tax audits and assessments and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic and capital markets conditions; the timing of any of the foregoing; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. In some cases, forward-looking statements can be identified by terminology such as "believes," "expects," "may," "will," "should," "anticipates," "estimates" or "intends" or the negative of such terms or other comparable terminology, or by discussions of strategy. We may also make additional forward-looking statements from time to time. All such subsequent forward-looking statements, whether written or oral, by us or on our behalf, are also expressly qualified by these cautionary statements.

Forward-looking statements are based on certain assumptions and expectations of future events which may not be accurate or realized. Forward-looking statements also involve risks and uncertainties, many of which are beyond our control. Important factors that may materially affect such forward-looking statements and projections include:

- volatile global economic conditions;
- cyclical and volatile TiO$_2$ products markets;
- highly competitive industries and the need to innovate and develop new products;
- increased manufacturing regulations for some of our products, including the outcome of the pending potential classification of TiO$_2$ as a carcinogen in the European Union ("EU") or any increased regulatory scrutiny;
- disruptions in production at our manufacturing facilities;
- our ability to transfer technology and manufacturing capacity from our Pori, Finland manufacturing facility to other sites in our manufacturing network;
- the costs associated with the Pori transfer and the closure of our Pori facility;
- impacts on TiO$_2$ markets and the broader global economy from the imposition of tariffs by the U.S. and other countries;
- fluctuations in currency exchange rates and tax rates;
- price volatility or interruptions in supply of raw materials and energy;
- changes to laws, regulations or the interpretation thereof;
- significant investments associated with efforts to transform our business;
- differences in views with our joint venture participants;
- high levels of indebtedness;
- EHS laws and regulations;
- our ability to obtain future capital on favorable terms;
- seasonal sales patterns in our product markets;
- legal claims against us, including antitrust claims;
- our ability to adequately protect our critical information technology systems;
- economic conditions and regulatory changes following the likely exit of the United Kingdom (the "U.K.") from the EU;
- failure to maintain effective internal controls over financial reporting and disclosure;
- our indemnification of Huntsman and other commitments and contingencies;
- financial difficulties and related problems experienced by our customers, vendors, suppliers and other business partners;
- failure to enforce our intellectual property rights;
- our ability to effectively manage our labor force;
- conflicts, military actions, terrorist attacks and general instability; and
- our ability to realize the expected benefits of our separation from Huntsman.

All forward-looking statements, including, without limitation, management's examination of historical operating trends, are based upon our current expectations and various assumptions. Our expectations, beliefs and projections are expressed in good faith and we believe there is a reasonable basis for them, but there can be no assurance that management's expectations, beliefs and projections will result or be achieved. All forward-looking statements apply only as of the date made. We undertake no obligation to publicly update or revise forward-looking statements

whether because of new information, future events or otherwise, except as required by securities and other applicable law.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in or contemplated by this report. Any forward-looking statements should be considered in light of the risks disclosed in "Part II. Item 1A. Risk Factors."

2

Table of Contents

following adjustments from net income: (a) business acquisition and integration expenses; (b) separation expense, net; (c) net income of discontinued operations, net of tax; (d) loss on disposition of business/assets; (e) certain legal settlements and related expenses; (f) amortization of pension and postretirement actuarial losses; (g) net plant incident (costs) credits; and (g) restructuring, impairment, and plant closing and transition costs.

**Note 15. Discontinued Operations**

The Titanium Dioxide, Performance Additives and other businesses were included in Huntsman's financial results in different legal forms, including, but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities that were comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide, Performance Additives and other businesses are the primary beneficiaries. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. The legal entity structure of Huntsman was reorganized during the second quarter of 2017 such that the other businesses would not be included in Venator's legal entity structure and as such, the discontinued operations presented below reflect financial results of the other businesses through the date of such reorganization.

The following table summarizes the operations data for discontinued operations:

| | Three months ended September 30, | | Nine months ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| **Revenues:** | | | | |
| Trade sales, services and fees, net | $ - | $ - | $ - | $ 15 |
| Related party sales | - | - | - | 17 |
| **Total revenues** | - | - | - | 32 |
| **Cost of goods sold** | - | - | - | 26 |
| **Operating expenses:** | | | | |
| Selling, general and administrative (includes corporate allocations of nil, nil, nil and $1, respectively) | - | - | - | (7) |
| Restructuring, impairment and plant closing costs | - | - | - | 1 |
| Other income, net | - | - | - | 1 |
| **Total operating expenses** | - | - | - | (5) |
| **Income from discontinued operations before tax** | - | - | - | 11 |
| Income tax expense | - | - | - | (3) |
| **Net income from discontinued operations** | $ - | $ - | $ - | $ 8 |

26

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following Management's Discussion and Analysis of Financial Condition and Results of Operations should be read in conjunction with our unaudited condensed consolidated and combined financial statements and the related notes included in Item 1 hereto.

This section contains forward-looking statements that involve risks and uncertainties. Our actual results may differ materially from those discussed in any forward-looking statement because of various factors, including those described in the section titled "Note Regarding Forward-Looking Statements" in this Part I and "Part II. Item 1A. Risk Factors."

**Basis of Presentation**

Prior to the separation, our operations were included in Huntsman's financial results in different legal forms, including but not limited to: (1) wholly-owned subsidiaries for which the Titanium Dioxide and Performance Additives businesses were the sole businesses; (2) legal entities which are comprised of other businesses and include the Titanium Dioxide and/or Performance Additives businesses; and (3) variable interest entities in which the Titanium Dioxide and Performance Additives businesses are the primary beneficiaries. The unaudited condensed consolidated and combined financial statements include all revenues, costs, assets, liabilities and cash flows directly attributable to us. The unaudited condensed consolidated and combined financial statements also include allocations of direct and indirect corporate expenses through the date of the separation, which are based upon an allocation method that in the opinion of management is reasonable. Because the historical unaudited condensed consolidated and combined financial information for the periods indicated reflect the combination of these legal entities under common control, the historical unaudited condensed consolidated and combined financial information includes the results of operations of other Huntsman businesses that are not a part of our operations after the separation. We report the results of those other businesses as discontinued operations. Please see "Part I. Item 1. Note 15. Discontinued Operations" of this report.

In addition, the unaudited condensed consolidated and combined financial statements have been prepared from Huntsman's historical accounting records through the separation and are presented on a stand-alone basis as if our operations had been conducted separately from Huntsman; however, prior to the separation, we did not operate as a separate, stand-alone entity for the periods presented and, as such, the unaudited condensed consolidated and combined financial statements reflecting balances and activity prior to the separation, may not be indicative of the financial position, results of operations and cash flows had we been a stand-alone company.

For purposes of these unaudited condensed consolidated and combined financial statements, all significant transactions with Huntsman International have been included in group equity. All intercompany transactions within the consolidated and combined business have been eliminated.

**Executive Summary**

We are a leading global manufacturer and marketer of chemical products that improve the quality of life for downstream consumers and promote a sustainable future. Our products comprise a broad range of innovative chemicals and formulations that bring color and vibrancy to buildings, protect and extend product life, and reduce energy consumption. We market our products globally to a diversified group of industrial customers through two segments: Titanium Dioxide, which consists of our $TiO_2$ business, and Performance Additives, which consists of our functional additives, color pigments, timber treatment and water treatment businesses. We are a leading global producer in many of our key product lines, including $TiO_2$, color pigments and functional additives, a leading North American producer of timber treatment products and a leading European producer of water treatment products.

27

Table of Contents

**Recent Developments**

***Potential Acquisition of Tronox European Paper Laminates Business***

On July 16, 2018, we announced that we reached an agreement with Tronox Limited ("Tronox") to purchase the European paper laminates business (the "8120 Grade") from Tronox upon the closing of their proposed merger with The National Titanium Dioxide Company Limited ("Cristal"). In connection with the acquisition, Tronox would supply the 8120 Grade to us under a Transitional Supply Agreement until the transfer of the manufacturing of the 8120 Grade to our Greatham, U.K., facility has been completed.

Additionally, we announced that we entered into an agreement with Tronox providing, among other things, that the parties would engage in exclusive negotiations until September 29, 2018, regarding the purchase by us of the Ashtabula, Ohio, $TiO_2$ manufacturing complex currently owned by Cristal. Following the expiration of the exclusivity period, we announced our intention to continue to negotiate with Tronox on a nonexclusive basis, but have not reached agreement regarding the potential divestiture.

***Pori Fire***

On January 30, 2017, our $TiO_2$ manufacturing facility in Pori, Finland, experienced fire damage. The loss was covered by insurance for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively. The Pori facility had a nameplate capacity of 130,000 metric tons per year, which represented approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. We have restored 20% of the total prior capacity, which is dedicated to production of specialty products.

On April 13, 2018, we received a final payment from our insurers of €191 million, or $236 million, bringing our total insurance receipts to €468 million, or $551 million, which was the limit of our insurance proceeds. We elected to receive the insurance proceeds in Euro in order to match the currency of the related business interruption losses and capital expenditures resulting from the Pori fire. For the nine months ended September 30, 2018, we received €243 million, or $298 million, of insurance proceeds, while €225 million, or $253 million, was received during 2017.

During the nine months ended September 30, 2018, we recorded $371 million of income related to insurance recoveries in cost of goods sold while $187 million was recognized in 2017. The difference between payments received from our insurers of $551 million and the insurance recovery income of $558 million is related to the foreign exchange movements of the U.S. Dollar against the Euro during the periods.

$68 million of deferred income for insurance recoveries was reported in accrued liabilities as of December 31, 2017.

We recorded a loss of $7 million and $18 million for cleanup and other non-capital reconstruction costs in cost of goods sold for the nine months ended September 30, 2018 and 2017, respectively. We recorded a loss of $31 million for the write-off of fixed assets and lost inventory in cost of goods sold in our unaudited condensed consolidated and combined statements of operations for the nine months ended September 30, 2017.

On September 12, 2018, following our review of the Pori facility and options within our manufacturing network, and as a result of unanticipated cost escalation and extended timeline associated with reconstruction, we announced that we intend to close our Pori, Finland, $TiO_2$ manufacturing facility and transfer the specialty and differentiated product grades to other sites. We intend to continue to operate the Pori facility at reduced production rates through the transition period, which is expected to last through 2021. As part of the plan, we recorded restructuring expense of approximately $415 million for the three and nine months ended September 30, 2018, of which $367 million related to acceleration depreciation, $39 million related to employee benefits, and $9 million related to the write-off of other assets. This restructuring expense consists of $30 million of cash and $385 million of noncash charges.

28

Table of Contents

Please see "Part II, Item 1A. Risk Factors-Risks Relating to our Business-Disruptions in production at our manufacturing facilities, including at our TiO$_2$ manufacturing facility in Pori, Finland, may have a material adverse impact on our business, results of operations and/or financial condition."

**Recent Trends and Outlook**

We expect the following factors to impact our operating results in the near term:

- TiO$_2$ pricing to reflect historical seasonal patterns, consistent with quarterly demand trends, with regional price differentials converging

- Increasing raw material (ore) and energy costs

- Continued benefit from the ongoing $90 million Business Improvement Program

- Transfer of our specialty and differentiated product grades from Pori to other sites within our network and the subsequent closure of our Pori, Finland TiO$_2$ manufacturing facility

- Industry fundamentals to support ongoing profitability in TiO$_2$

- We expect that our corporate and other costs will be approximately $50 million per year.

We continue to implement our Business Improvement Program which we expect to be completed by the first quarter of 2019 and continue to provide contributions to adjusted EBITDA. Of the $60 million we previously estimated for annualized savings, we have realized approximately $37 million of savings through the third quarter of 2018 as a result of these programs. In addition to these savings, we achieved approximately $6 million of EBITDA in the third quarter of 2018 from volume improvements as part of the Business Improvement Program. If successfully implemented, we expect the general cost reductions and optimization of our manufacturing network to result in additional contributions to our adjusted EBITDA of approximately $23 million per year by the first quarter of 2019, with additional projected contributions to adjusted EBITDA from volume growth.

In 2018, we expect to spend approximately $120 million of capital expenditures, excluding expenditures related to our Pori, Finland facility.

Our tax expense is significantly affected by the mix of income and losses in tax jurisdictions in which we operate. We expect our adjusted long-term effective tax rate will be approximately 15% to 20%. We believe the impact of the Tax Act on our adjusted long-term effective tax rate will not be material, given the low percentage of our global pre-tax income earned in the United States. We expect our near-term cash tax rate will be between 10% to 15%. In addition, based on the recent years' profitability in our Titanium Dioxide segment in the U.K. and Spain, we anticipate sufficient positive evidence to support the partial release of valuation allowances on certain net deferred tax assets in late 2018. Due to application of the local tax rules in the U.K. and Spain, which limit the amount of net operating loss carryforward that may be utilized on an annual basis, we currently estimate a partial valuation allowance release of approximately $25 million to $35 million for these jurisdictions during the quarter ended December 31, 2018.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**VENATOR MATERIALS PLC**
**(Registrant)**

Date:    October 30, 2018    By:    /s/ Kurt Ogden

Kurt Ogden

Senior Vice President and Chief Financial Officer

Date:    October 30, 2018    By:    /s/ Stephen Ibbotson

Stephen Ibbotson

Vice President and Controller

47

# Exhibit 17

Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

# Q4 2016 Earnings Call

## Company Participants

- Kurt D. Ogden
- Peter R. Huntsman
- Sean Douglas
- Simon Turner

## Other Participants

- Aleksey Yefremov
- John Roberts
- Hassan I. Ahmed
- Matthew DeYoe
- Matthew Stevenson
- Daniel Rizzo
- Robert Andrew Koort
- Frank J. Mitsch
- Eric B. Petrie
- Roger Neil Spitz
- David Wang
- Chris Silvio Perrella

## MANAGEMENT DISCUSSION SECTION

### Operator

Good day, ladies and gentlemen and welcome to the Fourth Quarter 2016 Huntsman Corporation Earnings Conference Call. My name is Dave. I'll be your operator for today. At this time, all participants are in a listen-only mode. We will conduct a question-and-answer session towards the end of this conference. [Operator Instructions] As a reminder, the call is being recorded for replay purposes.

I'd now like to turn the call over to Mr. Kurt Ogden, Vice President, Investor Relations and Finance. Please proceed, sir.

### Kurt D. Ogden

Thank you, Dave, and good morning, everyone. Welcome to our fourth quarter 2016 earnings call. Joining us on the call today are Jon Huntsman, our Founder and Executive Chairman; Peter Huntsman, President and CEO; Sean Douglas, Executive Vice President and CFO; as well as Simon Turner, Division President of our Pigments & Additives Division.

This morning, before the market open, we released our earnings for the fourth quarter and full year of 2016 via press release and posted it to our website, huntsman.com. We also posted a set of slides on our website which we will use on the call this morning while presenting our results.

Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

During this call, we may make statements about our projections or expectations for the future. All such statements are forward-looking statements and while they reflect our current expectations, they involve risks and uncertainties and are not guarantees of future performance. You should review our filings with the Securities and Exchange Commission for more information regarding the factors that could cause actual results to differ materially from these projections or expectations. We do not plan on publicly updating or revising any forward-looking statements during the quarter.

In addition, we will also refer to non-GAAP financial measures such as adjusted EBITDA, adjusted net income, or loss, and free cash flow. You can find reconciliations to the most directly comparable GAAP financial measures in our earnings release, which has been posted to our website at huntsman.com. In our earnings release this morning, we reported fourth quarter 2016 revenue of $2.395 billion, adjusted EBITDA of $256 million, adjusted earnings of $0.30 per diluted share, and free cash flow generation of $117 million. Importantly, we generated $686 million of free cash flow in the full year of 2016.

I will now turn the call over to Peter Huntsman, our President and CEO.

## Peter R. Huntsman

Thank you, Kurt. Good morning, everyone. Thank you for joining us. Let's turn to slide number 3. Adjusted EBITDA for our Polyurethanes division in the fourth quarter was $131 million. MDI urethanes, which includes propylene oxide recorded earnings of $131 million during the quarter. MDI volume growth was 4% globally for the full year, continuing the trend of strong demand in mature economies of North America and Europe with weaker demand in emerging markets. Importantly, our differentiated MDI sales volumes grew 6% in 2016.

In North America, we saw impressive growth in commercial insulation and composite wood product sales, driven by improved end-market conditions and continued product substitution. Underlying growth continued to be strong, driven by demand in automotive and commercial construction.

In Asia, although volume growth remained relatively flat, we grew our differentiated sales by 7% during the quarter. Overall, Asian profitability increased markedly during the quarter, driven by sharply increasing component margins as a result of a competitor's outage. We expect these margins to return to more normalized levels during the first quarter as production capacity re-enters the market.

Our MTBE business recorded an adjusted EBITDA loss of $1 million in the fourth quarter. The average C-Factor, which is an industry proxy for MTBE contribution margins, decreased to $0.57 per gallon from an already low $0.76 per gallon during the prior year's period. The low C-Factor is attributable to high gasoline inventories and low refining margins as well as a spike in butane prices relative to oil during December. The C-Factor is currently lower today than during the fourth quarter and we expect this to have an adverse impact on first quarter MTBE earnings.

We have planned maintenance at our MDI facility in Rotterdam in the first half of 2017. This occurs once every four years and is scheduled to begin mid-March and be completed towards the end of April. We estimate the EBITDA impact will be approximately $5 million to $10 million.

We continue to strategically position this business by aggressively driving for higher differentiated growth in downstream markets. Our differentiated sales comprise approximately 70% of our MDI revenues, but more importantly approximately 85% of our MDI EBITDA. We will continue to direct a large majority of our capital expenditures towards downstream growth, utilizing our global footprint to focus on collaboration with key customers to develop initiatives, innovative solutions that enhance product performance and business competitiveness.

Despite our planned maintenance activities and increase in raw materials, notably benzene, we expect our MDI urethane business and adjusted EBITDA to increase modestly in 2017. We also expect MTBE margins to improve slightly during 2017 compared to 2016. However, challenging market conditions, with low oil prices and a glut of refining products could temper any MTBE improvement. While our Polyurethanes division was relatively flat from 2015 to 2016, I think it should be noted that our MDI urethanes business improved year-over-year by nearly $40 million. This is the core of our Polyurethanes division, and ends the year poised for continued improvement in 2017.

Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

Let's turn to slide number 4. In the fourth quarter, our Performance Products division recorded adjusted EBITDA of $68 million. During the quarter, we experienced soft demand in the wind market, agricultural chemicals and oil field products, we expect the volumes to pick up in 2017, particularly in the Americas region, as demand in the agricultural chemicals and oilfield markets recover from the low 2016 levels.

Sequential margin improvement in intermediate chemicals and certain self-help business improvements led to a very modest seasonal decrease in EBITDA from $70 million in the third quarter to $68 million in the fourth quarter. As a reminder, we've planned a maintenance turnaround on our ethylene oxide and ethylene glycol units in Port Neches, Texas during the second half of 2017. This maintenance occurs once every four years and will last approximately two months with a cash cost of approximately $50 million. The EBITDA impact will depend on economics at the time, but we currently estimate this to be approximately $15 million. At the end of the quarter, we completed the sale of our European surfactants business to Innospec at an enterprise value of $225 million. This business represents approximately $28 million of our annual EBITDA in 2016.

2016 was perhaps the most challenging year in nearly a decade for our Performance Products division. We saw growth slow in China, and shrink in some applications for wind, drilling, and agricultural segments. Looking into 2017, I expect these segments to slowly recover and the division to improve. I'm encouraged that the division has bottomed out, as our fourth quarter results were potentially flat with the third quarter, something that we've never seen in this division.

Let's turn to slide number 5. In the fourth quarter, our Advanced Materials division recorded adjusted EBITDA of $50 million. Sales volumes decreased primarily due to soft demand for lower value base liquid resins in our coatings and construction market. This is partially offset by continued strong growth in the electrical and electronic markets, while aerospace remains stable. EBITDA margins improved primarily as a result of lower raw material costs, and lower fixed cost. This business generates strong, stable free cash flow, and generated a one-to-one cash to EBITDA ratio in 2016. We expect adjusted EBITDA to improve modestly in this business in 2017. However, we expect a slow start to the year as the business is impacted by the higher cost inventory running through the P&L in the first quarter as we moderate our base liquid resin production. This one-time event will cause first quarter earnings to be similar to fourth quarter of 2016.

Turn to slide number 6. Our Textile Effects division adjusted EBITDA of $14 million in the fourth quarter. This now makes five quarters in a row of year-over-year quarterly earnings growth for the business. Sales volume grew at 8%, compared to the prior year's period. In key markets that we target to grow our business such as China, India, and Bangladesh, sales grew by 9% compared to the fourth quarter of the prior year with particularly strong growth of 16% in China. The return on net assets for the last 12 months for this business is 13%, a meaningful improvement compared to the prior year. In 2016, Textile Effects generated a one-to-one ratio of cash to EBITDA in large part due to a reduction of working capital. We expect to see an improvement of adjusted EBITDA for this business in 2017.

Let's turn to slide number 7. Our Pigments and Additives division earned $46 million of adjusted EBITDA in the fourth quarter, a significant improvement compared to breakeven earnings in the prior year period. Our TiO2 business earned $33 million of adjusted EBITDA during the quarter, while the performance additives portion of our business earned $13 million. Average selling prices for functional TiO2 increased 3% compared to the prior quarter. We were encouraged to see the successful implementation of a price increase during the fourth quarter, something we've not seen since 2011. With this price increase, we've implemented three consecutive quarterly price increases and captured approximately $300 per ton since the first quarter of 2016. We expect this pricing momentum to continue into 2017. As for volume, the seasonal drop-off in sales volumes in TiO2 in the fourth quarter was less than we typically experience. We believe this is primarily the result of strong demand. As previously indicated, adjusted EBITDA doubled from 2015 to 2016, and we expect to improve meaningfully in 2017 due largely to price increases in TiO2.

As previously announced on January 30, we experienced a fire at our Pori, Finland TiO2 manufacturing facility. We are committed to repairing the facility as quickly as possible. The site is insured for property damage and earnings losses. We have a $15 million property damage deductible, and a 60-day business interruption deductible. We've already received €50 million from our insurer as an initial installment payment.

Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

We estimate the business interruption loss for these initial 60 days, representing a combination of unabsorbed fixed cost and the economic impact from lost sales volume will negatively impact adjusted EBITDA during the first quarter by approximately $20 million to $25 million. This amount represents our business interruption deductible from April onward, we will be reimbursed for our earnings losses. To be clear, this does not represent the EBITDA of the facility. While we are still assessing the extent of the damage and time to repair, we will be restarting the white end of this facility gradually over the next two months, using raw materials from other Huntsman facilities. The more damaged black end of the Pori site will most likely take several more months beyond that. As soon as we're in a position to more definitively tell the market a firmer date, we will do so.

I'd like to address another matter which recently became public. On February 6, 2017, we filed a lawsuit against Rockwood and Albemarle Corporation as Rockwood's successor, as well as certain Rockwood executives for fraud and breach of contract involving the Augusta, Georgia color pigments facility. While the court will ultimately determine the appropriate amount of damages, Rockwood and its executives promised Huntsman that the Bluebird technology being installed in Augusta was a proven game-changer, and would deliver cost savings to Huntsman in excess of $30 million annually, or approximately $300 million over the life of the plant. We intend to vigorously pursue this claim. However, I want to be clear on the economic impact to the business. We don't expect deterioration in our color pigments business from current earnings levels, rather this lawsuit seeks compensation for the full economic benefit we were promised, but did not receive because of the fraud. The decision to pursue litigation is not an easy one, because we are not a litigious company. However, we feel the evidence is overwhelming, and that our Huntsman Corporation shareholders deserve compensation.

Before sharing some concluding thoughts, I'd like to turn a few minutes over to Sean Douglas, our Chief Financial Officer.

## Sean Douglas

Thank you, Peter. Let's turn to slide 8. Our adjusted EBITDA increased to $256 million in the fourth quarter of 2016 from $240 million in the prior year period. During the quarter, adjusted EBITDA in our Performance Products and Polyurethanes businesses was impacted by approximately $20 million from temporary weather-related and other production outages. Sales volumes increased across most of our businesses. Overall margins increased moderately, primarily due to stronger MDI and TiO2 prices. Compared to the prior quarter, our adjusted EBITDA decreased to $256 million from $272 million in the third quarter. The impact of seasonally lower sales volumes was partially offset by higher margins.

Turning to slide 9, at the end of 2016, we had liquidity of $1.208 billion. This is an increase of $185 million from the end of 2015. As Kurt mentioned, in 2016, we generated a record $686 million of free cash flow through reduced spending and intense focus on working capital. We reduced primary working capital by $304 million, primarily from targeted sustainable reductions in inventory where we reduced overall days inventory by more than 10 days. This free cash flow generation enabled us to strengthen our balance sheet by repaying $560 million of debt during the year.

On December 30, we received a $199 million cash payment in connection with the sale of our European differentiated surfactants business to Innospec, and quickly prepaid $260 million of our bank debt. During 2016, we spent $421 million on capital expenditures, and received approximately $31 million of capital reimbursements from our customers and joint venture partners.

During 2016, we recorded income tax expense of $87 million, and paid $40 million in cash for income taxes. The combination of significantly lower U.S. earnings and higher earnings in countries with valuation allowances resulted in a low adjusted effective tax rate of 22% in 2016. We expect our long-term adjusted effective tax rate to be close to 30% and our 2017 rate to be slightly less than that. We remain focused on generating free cash flow in 2017, and continuing to strengthen our balance sheet through additional debt reduction. On slide 9, we have provided you with certain estimated key free cash flow components for 2017. Please note that this table does not give pro forma effect for the pending spend of our Pigments and Additives business. We expect to spend approximately $400 million in capital



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call
Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164
Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

expenditures.

As we look ahead into 2017, our working capital position, we expect to retain the 2016 step-change and capture savings from improved inventory days. Assuming market pricing economics remain consistent with the present, we would expect a moderate use of cash from working capital in 2017, resulting from business growth. We estimate net overall cash taxes to be close to zero, given a refund we expect to receive of approximately $90 million in the first half of 2017. We estimate that pension contribution in excess of pension expense will be higher in 2017 as we increase funding. Restructuring expenditures will continue to drop and should be around $75 million, of which approximately $35 million is related to the new business improvement plan in the Pigments and Additives business which we have indicated will generate an additional annualized EBITDA run rate of $75 million by the end of 2018.

Lastly, in contrast to 2016, in 2017, we have various large turnaround projects that occur every four years to five years and we estimate that related cash funding for capitalized maintenance will be significantly higher than in 2016. As we sit here today without taking into account the effect of the spin of the Pigments and Additives business, and assuming our present view of energy and raw materials, we believe our free cash flow generation in 2017 will be greater than $350 million. Associated with the pending spin, we estimate approximately $100 million of one-time costs in 2017.

I will now turn the call back over to Peter for some concluding remarks.

## Peter R. Huntsman

Thanks, Sean. Our company has had the objective of improving the quality of our earnings and we continue to make progress in this area. MDI urethanes continues to show steady and an impressive growth with differentiated MDI volumes growing 6% compared to last year and representing 85% of the MDI EBITDA.

Advanced Materials and Textile Effects have become solid performers with steady and modestly improving earnings. Our Performance Products business is poised for recovery in 2017. As TiO2 prices have rebounded, our Pigments and Additives divisions doubled its earnings in 2016 from the previous year, and earnings are expected to improve meaningfully in 2017. We've also delivered on our commitment to separate the TiO2 businesses through the announced spin-off of our Pigments and Additives division.

Turn to slide number 10 and look at some of the highlights of the spin-off considerations. We filed an initial Form 10 with the SEC on October 27, and on January 17, we filed an amendment which included, among other things, the name for the new company, Venator Materials Corporation. Additional information, such as capitalization, additional pro forma information, and other matters will be provided in subsequent amendments to the Form 10. Venator is incorporated in the U.S. and we plan to have Venator's shares listed on the New York Stock Exchange, using the ticker VNTR. We continue to make progress with the IRS towards retaining a 40% economic interest in Venator with 19.9% of the voting power, allowing us to capture the anticipated appreciation in value associated with an improving titanium dioxide cycle. This would be an additional significant reduction of our debt and strengthening of our balance sheet. TiO2 prices have steadily improved in 2016 and are expected to improve further in 2017. In addition, we've identified $75 million in annual EBITDA business improvements incremental to 2016 earnings. Improving TiO2 prices and the business improvement program will further strengthen the financial wherewithal of Venator.

We continue to proceed with all preparations to spin in the second quarter of 2017. The impact, if any, of the fire on the timing of the spin is not yet fully understood. We intend to keep the market informed as we progress.

As we look back in 2016, we also saw a major improvement in our cash generation. We will continue this focus throughout 2017 as the reduction of our debt remains a high priority. Looking into the remaining Huntsman Corporation divisions, the Polyurethanes, Performance Products, Advanced Materials, and Textile Effects, we see improving earnings that meet or exceed global GDP. Throughout 2017, I believe we will continue to generate free cash flow, execute our Venator spin-off, and see improving results from all of our four divisions. We look forward to a great year.

Kurt?



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

## Kurt D. Ogden

Thanks, Peter. Dave, will you explain the procedure for questions and then open the line?

# Q&A

## Operator

Certainly. Thank you. [Operator Instructions] Please stand by for your first question. This comes from the line of Aleksey Yefremov at Nomura Instinet. Please go ahead.

**<Q - Aleksey Yefremov>**: Good morning. Thank you. You mentioned in your slides that in the fourth quarter, Asian MDI Polyurethanes benefited from competitor outage. That outage has ended, and strength seems to have continued in the first quarter. So do you think that this continued strength is due to something more sustainable, such as underlying supply and demand, or is this due to maybe some planned maintenance and seasonality?

**<A - Peter R. Huntsman>**: I think it's a little too early to say exactly what it is, but we are seeing decent demand continue in China. One of our largest competitors there has publicly announced that they've put off some maintenance and turnaround work in an attempt to build inventory, which would tell me that demand across the board is stronger than usual. We did see prices increase because of industry outages in China, specifically in the fourth quarter, and would have expected as this new capacity – or excuse me, the repaired capacity came back and margin for these margins to diminish. They've come up a little bit, but again, the markets feel pretty good and I hope that we can continue to take advantage of that.

**<Q - Aleksey Yefremov>**: Great. Thank you, Peter. And to follow up on your comments on the Pori outage, so is it fair to summarize that overall downtime, we're looking at four to six months, and then total cash cost for Huntsman including the insurance reimbursement could be around $20 million to $25 million?

**<A - Peter R. Huntsman>**: Well, I would say the $20 million to $25 million is going to be what we'll be seeing on the P&L in the first quarter. And as we look at the timing, look, we'll be starting the facility up as soon as possible. There's still parts of the facility that we're unable to even access at this point. So when we talked about the timing and so forth, it is just too early to tell.

**<A - Sean Douglas>**: And I can just clarify one comment there. The cash impact will not only be the 25 business interruption that Peter mentioned, but there'll be a $15 million deductible for physical damage, which makes the total out of pocket cost, call it, somewhere $35 million to $40 million.

**<Q - Aleksey Yefremov>**: Okay. Thank you very much.

## Operator

Thank you. The next question is from the line of John Roberts at UBS. Go ahead, please.

**<Q - John Roberts>**: Thank you. In your previous guidance for Pigments normalized EBITDA $400 million, how much lower should we adjust that for the Bluebird disappointment?

**<A - Peter R. Huntsman>**: I think that that $400 million is purely around TiO2. That did not include color pigment.

**<Q - John Roberts>**: Okay. And so you want to at least let us know in terms of what the delta is on Bluebird.

**<A - Peter R. Huntsman>**: Let's make sure that we understand that. What we are seeking from the represented economics of Bluebird does not take away from what we would have expected to be the $400 million. I think that had the Bluebird technology worked as it was represented to us, that $400 million would have been a higher number. So



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

let's – I want to make sure I said that the $400 million was TiO2. That $400 million included the color pigment, that's the TiO2 division I meant to say. So it includes TiO2 and the color pigments, and so we would stand by the $400 million as a normalized number for the division of TiO2 and color pigments. And what we would have liked to be here saying is that we would have expected that $400 million to be a higher number had the Bluebird technology worked the way that it was represented to us to have worked.

**<Q - John Roberts>**: Thank you. And then as we go through the new ethylene startups here in the Gulf Coast, you buy about half of your ethylene, I think. Can you update us on your thoughts about trying to get a longer term contract on ethylene maybe as we go through what might be a little weaker period for ethylene?

**<A - Peter R. Huntsman>**: I think that as we look at ethylene, and a lot of that ethylene is done on a tolling basis, so our customers are actually buying the ethylene, bringing it to us, and we're tolling it. We also are large merchant buyers ourselves. Look, I look at a lot of the capacity consumption versus utilization and so forth. I kind of just feel that there's a wave of ethylene that's going to be hitting the North American markets quite substantially over the next couple of years. I'd rather be probably a spot buyer than a contract buyer, and we'll probably continue to have the same purchasing strategy we've had the last couple of years, and that would be leaning towards a spot-price position, and we'll have some of that covered as well by contract. But I can't imagine with all of the ethylene that's going to be coming into the market that it's not going to be a buying opportunity.

**<Q - John Roberts>**: Thank you.

## Operator

Thank you. The next question is from the line of Hassan Ahmed at Alembic Global Advisors. Please proceed.

**<Q - Hassan I. Ahmed>**: Good morning, Peter. Peter, just wanted to quickly chat about the titanium dioxide side of things. Obviously, demand is looking good. It seems utilization rates are tightening and profitability seems to be improving quite markedly. So my question is twofold. One is what are you seeing on the inventory side of things? And second, what are you seeing on the trade side of things, meaning are you beginning to see sort of utilization rates in China, in particular, and China sort of take more and more part in the export markets?

**<A - Peter R. Huntsman>**: Yeah, I think – and Hassan, this may be the first time that you actually hear me say this in my entire career. I wish we had more inventory in TiO2 than we actually have. We're in the low 50 days, which is where I'd like to be if it weren't for Pori, but because of Pori, I wish we have a little bit more inventory. I can't tell exactly where the industry is, but if you kind of take what little public information is out there, it would tell me that they're probably a bit higher, maybe in the low to mid 60s, the number of days on inventory. So going into what will be starting next month into the buying season, I think those are pretty low inventory compared to where we've been the last couple of years. At this point, I have not anecdotally heard of Chinese exports coming into the European/U.S. markets that would have any material impact. I've got Simon Turner here who will be the soon-to-be-CEO of Venator. Simon, would you care to comment on anything that we've seen out of China?

**<A - Simon Turner>**: Yeah, thank you, Peter. Hassan, we've seen a continuing trend of Chinese exports, namely mainly into greater Asia, and the kind of levels we've seen in Europe and North America, pretty much at the same low kind of like 5%, sub 10% type of levels that we've been seeing over these past three or four years. So we don't anticipate that to change tremendously. But to your point, we do see gradual tightening of this market as we see our demand rising and improving.

**<Q - Hassan I. Ahmed>**: Very helpful. Now, as a follow-up, if I may. Around the free cash flow guidance for 2017, a large component obviously of that is a continuation of the working capital improvements that you guys have seen. And in the prepared remarks, you talked about the sustainability of these working capital improvements, and you cited a 10-day step-change or reduction in the days of inventories across the company. So could you just sort of explain that a bit further? Why do you feel those lower inventory levels are sustainable? I mean is it sort of a new ERP system? What makes you comfortable with those lower levels of inventory? So that's the first part.



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

And the second part is around CapEx. You're guiding to $400 million in CapEx for 2017. If you could also remind me where maintenance CapEx levels are and how that number compares to maintenance levels. Just trying to understand A) the sustainability of the working capital improvement; and B) these lower sort of CapEx guidance figures.

**<A - Peter R. Huntsman>**: Well, as you know, Hassan, some of our divisions have been going under some restructuring. I think that when we look at a lot of the restructuring that's taking place with Textile Effects, Advanced Materials and even some of our other divisions where we didn't necessarily publicize a lot of that, I think quite frankly to be honest with you, a lot of our attention was drawn to our costs and were drawn to expanding the business. I think certainly something that we – I mean, I take fault of this as CEO, we could've perhaps started a little bit earlier was a more intense focus on getting our inventories, and getting our free cash flow right.

I think this last year that was certainly a top priority. I want to make sure that as we generate free cash flow that we're just not sucking in our gut, and we're seeing inventory drop for a quarter or two and then next year it'll all come back out. I think that the inventory improvements that we've made, the 10-day reduction that we've made is a material step, and I think it's a permanent step. And we've looked throughout the entire system from warehousing to shipments, to plants, to our needs at each facility and so forth, and I think that these are permanent improvements.

I think that as we look in 2017, we're going to continue to see – I'm hopeful that we'll see another two to three days of improvement. Every day in a company this size obviously tens of millions of dollars. So I would hope that we would continue to see that sort of days of improvement this next year in 2017. However, that's going to be offset a little bit by the value if we continue to grow the business and the margin and the pricing of the business, that's going to be offset naturally by the value of the inventories. Even if the inventories don't expand in volume, they will expand in value, which will take cash. And so we're focused on both of those things, and I think that that's something that we want to continue to focus on.

When we look at our CapEx, I think that where we have been with our CapEx, $400 million, $450 million, I think that those are pretty normalized sort of levels of CapEx. And before that level, I'd remind you that we had some pretty large projects that we had related to the Rockwood acquisition, related to some of the restructuring that we were doing and so forth. And as we look at our maintenance CapEx, I would think that when we look at maintenance, EH&S, that should be around $250 million. Obviously, at times of real distress, if we were to repeat 2007/2008, we certainly can get that down sub-$200 million. But I think that on a comfortable, normalized run rate that we're probably looking between $200 million to $250 million for that entire maintenance, and EH&S. And so that would include not just the environmental necessary spend, but what we feel needs to on a sustainable ongoing basis.

**<Q - Hassan I. Ahmed>**: Very helpful, Peter. Thank you so much.

## Operator

Thank you. The next question is from the line of Kevin McCarthy at Vertical Research Partners. Go ahead, please.

**<Q - Matthew DeYoe>**: Hi, this is Matt on for Kevin. Just wanted to touch a little bit on the one-time separation costs for Venator, around $100 million. What should we estimate for those kind of recurring, stranded costs for that business as it becomes an independent entity?

**<A - Sean Douglas>**: Yeah, the $100 million, none of that what I would call stranded or recurring costs. That is all related to one-time setup of IT and reorganization of legal entities and things like that, so it's a one-time charge.

**<Q - Matthew DeYoe>**: Okay. And to maybe piggyback a little bit on Hassan's question on maintenance CapEx levels, do we know what these levels will be for the independent entities, both Venator and RemainCo?

**<A - Sean Douglas>**: Matt, we generally think about capital for Venator at being roughly kind of $100 million or so. Maintenance, within that $100 million is going to be approximately $50 million to $60 million.

**<Q - Matthew DeYoe>**: Okay. I appreciate it. Thank you.



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

## Operator

Thank you. The next question comes from the line of James Sheehan at SunTrust Robinson Humphrey. Please go ahead.

**<Q - Matthew Stevenson>**: Hi, this is Matthew Stevenson on for Jim. I want to ask you on your opinion on your ability to pass through the recent movements in benzene prices?

**<A - Peter R. Huntsman>**: Yeah, we feel that the markets are sufficient that we will be able to move those through on a timely basis. Again, they won't always match up day-to-day, but I would hope that within the quarter itself, that you should be able to within a two or three-month period, by the time the benzene's flushed through our system, that we should have been able to effect price increases. So I feel confident that the markets are such today that we'll be able to adjust our prices accordingly.

**<Q - Matthew Stevenson>**: Got it. And then on slide 10, you provide a series of annual EBITDA improvements in – for – I think it's meant to be for the Pigments and Additives business. And I noticed that just the 2018 increase is quite a bit larger than the increases in 2017 and 2019. Could you clarify why that would be the case? And maybe quantify that? It says here $75 million annually, but I don't know what the...

**<A - Peter R. Huntsman>**: A lot of that's timing. And so as you implement and you put this stuff through, and you look at it on an annualized basis, many of these projects will be started in 2017, and in order to see the full impact of it, you have to have a full 12 month. So it's not to say that you look at the slide, it looks like we're only doing 15%, 10% of the projects in 2017. What we'll be doing the majority of the projects will be started obviously as quickly as possible in the first six to 12 months. But a lot of that's just the timing on the implementation and when they're completed.

**<Q - Matthew Stevenson>**: Is it meant to be – you say $75 million a year, is that meant to be an average? So if you take the three years of improvement and divide by three; that would equal $75 million or greater, or is that even in the worst year a $75 million improvement?

**<A - Peter R. Huntsman>**: I think that would be $75 million on a per-year basis on average.

**<Q - Matthew Stevenson>**: Got it. Okay. Thank you very much.

## Operator

Thank you. Next question is from the line of Laurence Alexander at Jefferies. Please go ahead.

**<Q - Daniel Rizzo>**: Good morning. This is Dan Rizzo on for Laurence. Could you just give us an update on what you think – how you're thinking about leverage targets for the levels for Venator and Huntsman post-spin?

**<A - Sean Douglas>**: Yes. Dan, we've said before that we believe that the leverage will be similar to what the leverage ratio is on an LTM basis at Huntsman Corporation. So think about it in a similar-type basis as we lead out. That will quickly de-lever in Venator as it continues to have pricing improvement and business improvements going forward. So that will be the maximum leverage for that company as it comes out of the box on an LTM basis.

**<Q - Daniel Rizzo>**: Okay. But just given the percentages that would suggest that in the beginning at least Venator would have a greater percentage than the spinout was – that the EBITDA breakup just given general transfer payments and things like that.

**<A - Peter R. Huntsman>**: I'm not sure I follow your question on that one, Dan. I think you're saying...

**<Q - Daniel Rizzo>**: Well, you're saying that you'll have similar less 12 months leverage ratios, but with the assumption that Venator makes a payment to Huntsman post-spin, I would think that their leverage levels would initially – they would have initially higher percentage of the leverage than Huntsman, correct?



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

**\<A - Sean Douglas\>**: No, I don't follow that. I don't think so. I think what they will have is they will have a similar leverage amount. When you think about a turn of debt to EBITDA that Huntsman Corporation has at the time it spins, and so it will have that amount of debt. And you're right, Huntsman intends to pull that amount back into Huntsman Corporation. But it will have that level of debt, and it will quickly be able to reduce that debt and over time with its increased earnings, it will de-lever.

**\<Q - Daniel Rizzo\>**: Okay. Thanks. And then across the entire portfolio, what's the net impact of butane prices at current levels compared to where they were in 2016?

**\<A - Peter R. Huntsman\>**: I'm sorry, you're saying what's impacted or how much is it?

**\<Q - Daniel Rizzo\>**: How much is it?

**\<A - Peter R. Huntsman\>**: Oh, it's – let's see. If we look at the fourth quarter of where we are today, it's around $0.85 a gallon. A year ago this time it was around $0.60, and currently, as we look in the first quarter right now, it's around $1.20, $1.25. So from the fourth quarter of 2015 to today, it's doubled.

**\<Q - Daniel Rizzo\>**: All right. Thank you very much.

## Operator

Thank you. The next question is from the line of Robert Koort at Goldman Sachs. Please go ahead.

**\<Q - Robert Andrew Koort\>**: Thanks. Good morning.

**\<A - Peter R. Huntsman\>**: Good morning, Bob. How are you?

**\<Q - Robert Andrew Koort\>**: I'm well, thank you. I was wondering if you guys could talk about maybe what you see in the industry in terms of the philosophy on pricing for this up-cycle. Obviously, you're just in the early days, but the prior up-cycle was extreme and quick and had a pretty negative hangover effect. A couple of cycles before that were a little more gradual on pricing. So can you talk maybe about what your intent would be? Is it get as much as you can while you can? Is it be a little bit more diplomatic with the customer as to have more of an extended up-cycle? Has anything changed in light of maybe the past cycle, and again the painful effect of the past down-cycle?

**\<A - Peter R. Huntsman\>**: Well, let's remember that we are a participant in the market and anything that we say, Robert – Bob, I don't want to represent our competition and I don't want to represent the market. I think that any time, whether it's Huntsman that receives rapid and sudden price increases on our raw materials or our customers, I'm not sure that this is beneficial to either side, because they're typically short-lived. And I think that as you look at where we are in TiO2, there is some elasticity in that the margins got so bad and prices got so low as we were saying a few quarters ago, that these were wholly unsustainable sort of rates.

And so I would think that as we look at the prices that are – the momentum that's building now, the supply demand that's building now, the capacity that's in the overall market, I would hope that this would be a longer, more sustainable, perhaps a more gradual sort of an increase, and not just a spike to where people are panic buying and subsequently people are then panic selling which is somewhat what we saw last time. But look, as you know in this industry, the best-laid plans often go outdated very, very quickly. But you just asked for philosophy here. Simon, do you want to – anything in there you would want to change?

**\<A - Simon Turner\>**: Yeah. No, I think that's right, Peter. A more measured, steady approach, you've seen the $300 captures off of 450 announced these past three quarters. You've seen fresh announcements of that scale. There can be some difference in Europe because of the weakened euro against the dollar these past number of months. But broadly speaking, it's a more measured, sustained and we're encouraged by our pricing progress going through 2017, continuing through into 2018, and we fully anticipate and we've seen that our feedstock and all suppliers are taking similar type of measured approaches with us. And I think that's the pattern we continue to see.



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call
Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164
Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

**<Q - Robert Andrew Koort>**: And could you give us an update on what's happening in China? Obviously, as a consequence of some of the other commodity markets and governmental interventions, you saw a pretty massive increase in ore costs there. Has that reversed at all as we've seen some of those commodity prices soften a bit, and what's your sense on incremental capacity available out of Asia?

**<A - Simon Turner>**: Bob, that's – I'll take that part in two parts. To your first point, we have seen some higher import ilmenite prices into China these past months. We've also seen, as a result of some of the governmental initiatives around the environment, there's some curtailments and reductions in operating rates of key facilities that are down to constraints around the 70% kind of level. It's less unclear whether some of those are complete and they're through those. We suspect some of those continue. But I don't think that if you look at the latent capacity in China, I think we can continue to see some kind of like nipping up of exports into the Asian region from China.

**<Q - Robert Andrew Koort>**: Terrific. Thanks.

**<A - Peter R. Huntsman>**: Thank you.

## Operator

Thanks. The next question is from the line of Frank Mitsch at Wells Fargo. Please proceed.

**<Q - Frank J. Mitsch>**: Good morning, gentlemen, and congrats to Sean and Kimo on their new roles.

**<A - Sean Douglas>**: Thanks.

**<Q - Frank J. Mitsch>**: To follow up, Simon, you mentioned the 3% or Peter mentioned the 3% sequential increase in TiO2 price in Q4. Can you talk about where you saw that geographically? Parse that out geographically, and what have you been seeing so far here or realizing so far here in Q1?

**<A - Simon Turner>**: Yes. So let's pick up with Q4. You may recall that there was no announced North American price increase in the fourth quarter. So that's why you saw a lower kind of overall price capture, but we expected and achieved price captures that we represented on prior calls, et cetera, the 50% to two-thirds types of range. So that's the fourth quarter. In the first quarter, we've got these announcements running. Similar types of levels by all markets than – I think that as we said before, you should think about this as a consistent and steady approach to pricing. And that's possibly where this lands.

**<Q - Frank J. Mitsch>**: No offering of what sort of percent you're seeing so far in Q1? Just consistent? Is that fair?

**<A - Peter R. Huntsman>**: Yeah, I think that when we're still in discussion with customers and so forth, it's just premature for us to talk at this point.

**<Q - Frank J. Mitsch>**: Understood. And Peter, can you envision a scenario where you would go forward with the Venator spin-off prior to the restart and demonstration of Pori coming back online?

**<A - Peter R. Huntsman>**: Yes, I could envision that. I'd have to be very, very certain that we were very close to a startup and that there wasn't a lot of startup risk. I think that the last thing we want to do is have a spin that takes place under any sort of a cloud of uncertainty. And I think in order to be able to maximize value on both sides, we need to have absolute clarity and certainty about where we're going and how we're operating, and plan operations and so forth. So as we get closer to that date, we'll certainly be taking those things into consideration on that decision.

**<Q - Frank J. Mitsch>**: Very helpful. Thank you.

## Operator

Thanks. The next question is from the line of P.J. Juvekar at Citi PB. Please go ahead.

Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

**<Q - Eric B. Petrie>**: Good morning. This is Eric Petrie on for P.J.

**<A - Peter R. Huntsman>**: Hey, Eric.

**<Q - Eric B. Petrie>**: Hi. Paint volumes are growing at 1% to 2%. But TiO2 volumes are growing faster than that. So does that indicate some restocking by customers given a rise in prices, and could you give any qualitative comments on your customer inventory levels?

**<A - Peter R. Huntsman>**: Yeah, I think that when we see that, look, there's going to be some seasonal lumpiness. I wish that there wasn't. I wish it there was more consistent buying with consumption patterns, but our industry has a tendency to be the shock absorber of being able to supply when and how much our customers want, so I think that when you see quarters like this, when people are building stock to go into a heavy paint season, that you typically would see buying ahead of the consumption of TiO2. I wouldn't be overly concerned with that. And there are other elements as well in the plastics compounding area and other applications in TiO2 that go beyond just the paint capacity.

**<Q - Eric B. Petrie>**: Okay. And secondly, just could you give some guidance on your contract renewals for mineral spins and how are input costs trending for you?

**<A - Simon Turner>**: Yeah, I'll pick that one up, Eric. We purchase a broad slate of advantaged sulfate ores, as you know. So we have a high number of choices. We have phased range of contracts, which allows us some protections and some – a better way to manage our business. So I think it's fair to say that we feel good about that, and manage any profile of pass-through cost from feedstock producers. In terms of trends, I mean, I mentioned earlier some uptick in some ilmenite price particularly into China. So that's what the market's seen. Obviously, we're less in a position to answer on behalf of the market. For ourselves, of course, we can say that we see some nominal headwind. We expect some inflationary pressures in ores as we go through this year, but we still expect to continue to increase our margins through 2017.

**<Q - Eric B. Petrie>**: Thank you.

## Operator

Thanks. Next question is from the line of Roger Spitz at Bank of America. Please go ahead.

**<Q - Roger Neil Spitz>**: Thank you and good morning. Thank you and good morning.

**<A - Peter R. Huntsman>**: Hey, Roger.

**<Q - Roger Neil Spitz>**: How are you?

**<A - Peter R. Huntsman>**: Okay.

**<Q - Roger Neil Spitz>**: Hey, on the Rockwood lawsuit, how does that lawsuit impact the timing and perhaps even the feasibility of spinning off Venator? Presumably Venator will be a lot smaller if the judge allows you to make a recision or unwinding of the Rockwood acquisition as you're asking for in the suit?

**<A - Peter R. Huntsman>**: Yeah, I don't think that we'd want to really get into that, Roger. It's a good question, but at this point I wouldn't even want to begin to speculate what a judge may or may not say or rule.

**<Q - Roger Neil Spitz>**: Understood. On LER, if I understood it correctly, it sounds like you're destocking LER in Q1 2017. Were you running with too high an LER inventory? Or are you seeing LER underlying demand down? Or perhaps you're walking away from some low margin LER business and just simply want to right size your LER inventory due to that?

**<A - Peter R. Huntsman>**: I think it's a combination of all of those. I think that we're seeing LER margins dropping, and we are in the process of ourselves making sure that our inventories are at the proper level, and so when you under-run a facility because demand is down and margins are dropping, you under-run those facilities, you have your



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

fixed costs spread over fewer pounds, and that's a bump that – or in this case, a pothole that you'll see in our earnings in the first quarter. We believe that to be a one-time event. But LER, because of the actions that we've taken over the last two years, is a much less impactful part of the business.

**<Q - Roger Neil Spitz>**: Thanks. And lastly, did I just hear correctly in the remarks that the Q4 2016 MTBE EBITDA was a negative one again?

**<A - Peter R. Huntsman>**: Yes, unfortunately you did hear that right.

**<Q - Roger Neil Spitz>**: Okay. Thank you very much.

**<A - Peter R. Huntsman>**: But I would also remind you that our propylene oxide business is a strong business. It's a healthy business. It's a good contributor, strong contributor to our MDI business. So what we've done in the past is we've had our propylene oxide and MTBE earnings up until this past year combined into one and I think a more accurate reflection is to see that PO MDI margin together because they both feed on each other, their products that we blend together and so forth. And I think it's a more accurate reflection to the overall health of the MDI urethane story.

**<Q - Roger Neil Spitz>**: Understood. Thank you very much.

## Operator

Thank you. The next question is from the line of David Wang at Morningstar. Please go ahead.

**<Q - David Wang>**: Hi. Good morning, everybody.

**<A - Peter R. Huntsman>**: Good morning, David.

**<A - Simon Turner>**: Hello.

**<Q - David Wang>**: I just wanted to follow up on Polyurethanes. So if we take out the MTBE impact on the adjusted EBITDA, how would the margins for the MDI side do, I guess, year-on-year and for full year?

**<A - Peter R. Huntsman>**: Margins on that business for the full year, taking out MTBE is right in the mid-teens and we – if you look at the last couple of years, that trend has continued to improve and increase as we move further downstream. Obviously our ultimate objective in that business is to take out volatility and to continue to see a strengthening in the margins in that business. And I think that that business is not peaking and I think that as we look at the overall strength of that MDI business, that's going to continue to be a strong core of our business as we push towards the 20% sort of margin level in that business.

**<Q - David Wang>**: Great. And can you talk a little bit about the supply and demand dynamics for MDI going forward? What sort of projects you're seeing coming online and how demand is trending?

**<A - Peter R. Huntsman>**: Well, I mean, demand continues to be strong. Surprisingly, as you look at where the real strength is coming globally, it's coming from North America and from Europe, and as we continue to look at that, those are the large bases for us of our downstream plan, and of our largest facilities, our most competitive manufacturing sites and so forth.

The next major project to come on stream globally, I'm talking about a grassroots, standalone sort of a project is our project, that will be – well, let's see, I guess it'd be the Sadara project, and Dow Chemical in the Middle East, exactly when that will be coming up, probably the latter part of the year. And then our project which will be coming up this next year, and so I think that as we look at that, it's for the next couple of years not a lot of new capacity coming into the market. And the market I think continues to grow at solid single-digit sort of growth rates.

**<Q - David Wang>**: All right. Thank you.

Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

## Operator

Thank you. The next question is from the line of Christopher Perrella at Bloomberg Intelligence. Go ahead, please.

**<Q - Chris Silvio Perrella>**: Good morning. I wanted to delve into the restructuring. I realize the cash outlay is trending down. What projects are you still working on? And how should I think about that trending continuing into 2018?

**<A - Peter R. Huntsman>**: Well, I'd say that there isn't one majority that's taking up the lion's share of that. But we continue to look at our cost footprint and business improvement plans and so forth in our Textile Effects business. And we also have that in our TiO2 as well as in our Performance Products. Of the $70 million, $75 million, probably right around half that is going to be from TiO2 and the Venator restructuring, that $75 million project that's starting off.

**<Q - Chris Silvio Perrella>**: Okay. Okay. Will the Performance Products and Textile actions and cash outlay be done by the end of 2017?

**<A - Sean Douglas>**: Pretty close. Generally, Textile Effects still has some cash flow as we restructure the Swiss area of that business, and there's still some elongated cash flow that will go out. But it's not significant. We also have some inflows that will offset that as we go forward into the years...

**<A - Peter R. Huntsman>**: You're talking net-net singular millions of dollars beyond 2017.

**<Q - Chris Silvio Perrella>**: Okay. I appreciate the clarity on that. And looking at the net debt as we go through the year here, you ended at 3.3. Do you expect that to change materially by midyear? And should we be thinking I guess that Venator is coming in at three times debt to EBITDA?

**<A - Sean Douglas>**: I would just say this. I would expect that the ratio that we ended the year at to be pretty similar as we go into a pre-spin in the second quarter. First quarter as we draw down working capital, it'll be a modest increase in terms of our leverage ratio just because of seasonality as we do on inventory. But I'm not going to comment yet in terms of the size of debt that we expect to put on Venator other than we think that it will be roughly in line on the leverage ratio at Huntsman Corp. depending on the LTM EBITDA of Venator at the time.

**<Q - Chris Silvio Perrella>**: Okay. Thank you very much.

## Operator

Thank you. We now have another question from the line of James Sheehan at SunTrust Robinson Humphrey. Please proceed.

**<Q - Matthew Stevenson>**: Hi, this is Matthew Stevenson on again. Quick question about your interest expense in 2017. You obviously paid down quite a bit of debt there at the end of December, and I noticed that in the cash flow slide, it seems as though at least your cash interest is not declining very much year-over-year. I was wondering if you could explain that and give me maybe some guidance on the P&L interest expense?

**<A - Sean Douglas>**: Again, I think maybe there's a little bit of conservatism in that number. I do think, again, we'll see debt go up a little bit end of the first quarter as we draw down inventory, and there's really no assumption made there as it relates to Venator. That is pre Venator. So there may be a little conservatism in that number.

**<Q - Matthew Stevenson>**: Thank you.

**<A - Peter R. Huntsman>**: Operator, we're just about at the top of the hour here. Why don't we take one more question?

## Operator



Company Name: Huntsman Corp
Company Ticker: HUN US
Date: 2017-02-15
Event Description: Q4 2016 Earnings Call

Market Cap: 5,051.49
Current PX: 21.21
YTD Change($): +2.13
YTD Change(%): +11.164

Bloomberg Estimates - EPS
Current Quarter: 0.405
Current Year: 1.932
Bloomberg Estimates - Sales
Current Quarter: 2400.000
Current Year: 9972.100

Certainly. This is from the line of Alex Yefremov at Nomura Instinet. Go ahead, please.

**<Q - Aleksey Yefremov>**: Thanks for the follow-up. Just wanted to check in on the status of your JV with Sinopec at Nanjing? I think you were looking at first half of 2017 commercial startup. How is that trending? Do you see any EBITDA or cash flow contribution this year from that project?

**<A - Peter R. Huntsman>**: That project is on schedule to start up the middle of this year, and all updates I've now received would tell me that we're right on schedule.

**<Q - Aleksey Yefremov>**: Any thoughts on financial impact?

**<A - Sean Douglas>**: I would just say that as cash flow is generated there, they certainly have leverage on that business. Cash flow will be used in that business to reduce its indebtedness on its balance sheet. So as far as dividends back, I would expect none this year.

**<Q - Aleksey Yefremov>**: Okay. Thanks a lot.

## Operator

Thank you. I'd like to return the – sorry.

## Kurt D. Ogden

Yeah, Dave, this is Kurt and we want to thank everybody for joining us on the call today. We look forward to engaging further with folks as we go through the first quarter here at various conferences and marketing events and certainly to the extent that you have additional questions, feel free to reach out to us here at Huntsman. So thank you for your time.

## Operator

Thank you for your participation in today's conference. This concludes the presentation. You may now disconnect. Good day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2017, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# Exhibit 18

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 10‑K

☑   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended  December 31, 2018**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission File Number 001‑38176



# Venator Materials PLC

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **England and Wales** | **98‑1373159** |
| (State or other jurisdiction | (I.R.S. Employer Identification No.) |
| of incorporation or organization) | |

**Titanium House, Hanzard Drive, Wynyard Park,**
**Stockton-On-Tees, TS22, 5FD, United Kingdom**
**+44 (0) 1740 608 001**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Ordinary Shares, $0.001 Par Value per Share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

YES ☐   NO ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.

YES ☐   NO ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

YES ☑   NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

YES ☑   NO ☐

Indicated by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☑ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☐ | Emerging growth company ☐ |
|---|---|---|---|---|

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

YES ☐   NO ☑

The aggregate market value of the ordinary shares held by non-affiliates as of the last business day of the registrant's most recently completed second fiscal quarter (based on the closing price of $16.36 on June 29, 2018 reported by the New York Stock Exchange) was approximately $811,784,378.

As of February 12, 2019, the registrant had outstanding 106,521,304 ordinary shares, $0.001 par value per share.

DOCUMENTS INCORPORATED BY REFERENCE

Portions of Registrant's Definitive Proxy Statement for the 2019 Annual General Meeting of Shareholders may be incorporated by reference into Part III of this Form 10-K. Alternatively, we may include such information in an amendment to this annual report on Form 10-K.

Table of Contents

We serve over 1,600 customers through our Titanium Dioxide segment. These customers produce paints and coatings, plastics, paper, printing inks, fibers and films, pharmaceuticals, food and cosmetics.

Our ten largest customers accounted for 21% of the segment's sales in 2018 and no single $TiO_2$ customer represented more than 10% of our sales in 2018 . Approximately 85% of our $TiO_2$ sales are made directly to customers through our own global sales and technical services network. This network enables us to work directly with our customers and develop a deep understanding of our customers' needs and to develop valuable relationships. The remaining 15% of sales are made through our distribution network. We maximize the reach of our distribution network by utilizing specialty distributors in selected markets.

Larger customers are typically served via our own sales network and these customers often have annual volume targets with associated pricing mechanisms. Smaller customers are served through a combination of our global sales teams and a distribution network, and the route to market decision is often dependent upon customer size and end application.

Our focus is on marketing products and services to higher growth and higher value applications. For example, we believe that our Titanium Dioxide segment is well-positioned to benefit from growth sectors, such as fibers and films, catalysts, cosmetics, pharmaceuticals and food, where customers' needs are complex resulting in fewer companies that have the capability to support them. We maximize reach through specialty distributors in selected markets. Our focused sales effort, technical expertise, strong customer service and local manufacturing presence have allowed us to achieve leading market positions in a number of the countries where we manufacture our products.

### Performance Additives Segment

We serve over 3,500 customers through our Performance Additives segment. These customers produce materials for the construction industry, as well as coatings, plastics, pharmaceutical, personal care and catalyst applications.

Our ten largest customers accounted for 20% of the segment's sales in 2018 and no single Performance Additives customer represented more than 10% of our sales in 2018 . Performance Additives segment sales are made directly to customers through our own global sales and technical services network, in addition to utilizing specialty distributors. Our focused sales effort, technical expertise, strong customer service and local manufacturing presence have allowed us to achieve leading market positions in a number of the countries where we manufacture our products. We sell iron oxides primarily through our global sales force whereas our ultramarine sales are predominantly through specialty distributors. We sell the majority of our timber treatment products directly to end customers via our joint venture Viance.

## Manufacturing and Operations

### Titanium Dioxide Segment

As of December 31, 2018 , our Titanium Dioxide segment had eight manufacturing facilities operating in seven countries with a total nameplate production capacity of approximately 652,000 metric tons per year.

| | Annual Capacity (metric tons) | | | |
| --- | --- | --- | --- | --- |
| Product Area | EAME [1] | North America | APAC [2] | Total |
| $TiO_2$ | 517,000 | 75,000 | 60,000 | 652,000 |

(1)  "EAME" refers to Europe, Africa and the Middle East.
(2)  "APAC" refers to the Asia-Pacific region including India.

Production capacities of seven of our $TiO_2$ manufacturing facilities are listed below. Approximately 80% of our $TiO_2$ capacity is in Western Europe.

9

| Site | Annual Capacity (metric tons) | | | | |
| --- | --- | --- | --- | --- | --- |
| | EAME [1] | North America | APAC | Total | Process |
| Greatham, U.K. | 150,000 | | | 150,000 | Chloride $TiO_2$ |
| Uerdingen, Germany | 107,000 | | | 107,000 | Sulfate $TiO_2$ |
| Duisburg, Germany | 100,000 | | | 100,000 | Sulfate $TiO_2$ |
| Huelva, Spain | 80,000 | | | 80,000 | Sulfate $TiO_2$ |
| Scarlino, Italy | 80,000 | | | 80,000 | Sulfate $TiO_2$ |
| Lake Charles, Louisiana [2] | | 75,000 | | 75,000 | Chloride $TiO_2$ |
| Teluk Kalung, Malaysia | | | 60,000 | 60,000 | Sulfate $TiO_2$ |
| **Total** | **517,000** | **75,000** | **60,000** | **652,000** | |

(1) Excludes a sulfate plant in Umbogintwini, South Africa, which closed in the fourth quarter of 2016, our $TiO_2$ finishing plant in Calais, France which was closed in the fourth quarter of 2017, and our $TiO_2$ plant in Pori, Finland, closure of which was announced in the third quarter of 2018 and which currently has an annual finishing capacity of up to 25,000 metric tons.
(2) This facility is owned and operated by Louisiana Pigment Company L.P. ("LPC"), a manufacturing joint venture that is owned 50% by us and 50% by Kronos Worldwide, Inc. ("Kronos"). The capacity shown reflects our 50% interest in LPC.

*Performance Additives Segment*

As of December 31, 2018 , our Performance Additives segment had 16 manufacturing facilities operating in seven countries with a total nameplate production capacity of approximately 525,000 metric tons per year.

| Product Area | Annual Capacity (metric tons) | | | |
| --- | --- | --- | --- | --- |
| | EAME | North America [1] | APAC | Total |
| Functional additives | 100,000 | | | 100,000 |
| Color pigments | 85,000 | 40,000 | 20,000 | 145,000 |
| Timber treatment | | 140,000 | | 140,000 |
| Water treatment | 140,000 | | | 140,000 |
| **Total** | **325,000** | **180,000** | **20,000** | **525,000** |

(1) Excludes color pigments plants in St. Louis, Missouri, Easton, Pennsylvania, and Beltsville, Maryland which were closed in the fourth quarter of 2017, second quarter of 2018, and fourth quarter of 2018, respectively.

**Joint Ventures**

LPC is our 50%-owned joint venture with Kronos. We share production offtake and operating costs of the plant with Kronos, though we market our share of the production independently. The operations of the joint venture are under the direction of a supervisory committee on which each partner has equal representation. Our investment in LPC is accounted for using the equity method.

Viance is our 50%-owned joint venture with DowDuPont. Viance markets our timber treatment products. Our joint venture interest in Viance was acquired as part of the Rockwood acquisition. The joint venture sources all of its products through a contract manufacturing arrangement at our Harrisburg, North Carolina facility, and we bear a disproportionate amount of working capital risk of loss due to the supply arrangement whereby we control manufacturing on Viance's behalf. As a result, we concluded that we are the primary beneficiary and as a result, we consolidate the assets, liabilities and operating results of Viance into our consolidated financial statements.

Pacific Iron Products Sdn Bhd ("PIP") is our 50%-owned joint venture with Coogee Chemicals Pty. Ltd. that manufactures products for Venator. It was determined that the activities that most significantly impact its economic performance are raw material supply, manufacturing and sales. In this joint venture we supply all the raw materials through a fixed cost supply contract, operate the manufacturing facility and market the products of the joint venture to customers.

10

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES‑OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10‑K of Venator Materials PLC (the "Company") for the period ended December 31, 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Simon Turner, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes‑Oxley Act of 2002, that, to my knowledge:

(1)     The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Simon Turner

Simon Turner
*Chief Executive Officer*
February 20, 2019

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES‑OXLEY ACT OF 2002**

In connection with the Annual Report on Form 10‑K of Venator Materials PLC (the "Company") for the period ended December 31 2018 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Kurt D. Ogden, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes‑Oxley Act of 2002, that, to my knowledge:

(1)     The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)     The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.


/s/ Kurt D. Ogden

Kurt D. Ogden
*Chief Financial Officer*
February 20, 2019

# Exhibit 19

# VENATOR

Global Chemicals &
and Packaging Conference
ber 6, 2017

closure



ard-looking statements" within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S.

as amended. These forward-looking statements include statements concerning our plans, objectives, goals, strategies, future events, future

expenditures, financing needs, plans or intentions relating to acquisitions, business trends and other information that is not historical

esentation, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs,

or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking

nitation, management's examination of historical operating trends and data, are based upon our current expectations of future events and

not be realized or accurate. Our expectations, beliefs and projections are expressed in good faith, and we believe there is a reasonable basis

no assurance that management's expectations, beliefs and projections will be achieved. We undertake no obligation to update or revise

may be made to reflect events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events.

uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in this presentation. Such

portant factors include, among others: future global economic conditions, changes in raw material and energy prices, access to capital

acity and operating rates, the supply demand balance for our products and that of competing products, pricing pressures, technological

nment regulations, geopolitical events and other risk factors as discussed in our prospectus filed pursuant to Rule 424(b)(4) on August 4,

cial measures that are not in accordance with generally accepted accounting principles in the U.S. ("GAAP"), including EBITDA, adjusted

in, pro forma adjusted EBITDA, pro forma adjusted EBITDA and certain ratios and other metrics derived therefrom. We have provided

cial measures to the most directly comparable GAAP financial measures in the Appendix to this presentation.

# pshot



| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm)[1] | $2,122 |
| Pro forma adj. EBITDA (mm)[2] | $331 |
| *% margin* | *16%* |

## Titanium Dioxide

| | 2Q17 LTM |
|---|---|
| venue (mm) | $1,535 |
| dj. EBITDA (mm) | $196 |
| | *13%* |



Other 3%
bers & Films 7%
Plastics 30%
Inks 9%
Architectural Coatings 28%



## Performance Additives

| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm) | $587 |
| Pro forma adj. EBITDA (mm) | $71 |
| *% margin* | *12%* |



Agriculture & Water 4%
Other 6%
Plastics 15%
Personal Care, Food, Pharmaceuticals & Active Materials 6%
Architectural Coatings 15%
Construction 44%
Industrial Coatings 10%



ma Adj. EBITDA.

entities not included in the separation of Venator from Huntsman; (2) Titanium Dioxide segment Adjusted EBITDA and Performance Additives segment Adjusted EBITDA adjusted to include estimated
ny of $35 million, pro forma for unrealized $84 million benefit from business improvement program, and excludes 1Q17 impact from Pori fire of $15 million.

# EBITDA Improvement Program



## Run-rate Improvement



| ~$30 | $90 |

Costs | Volume | EBITDA Improvement

## Expected Annual EBITDA Capture

$ in millions



2017E | 2018P | 2019P

## Improvement Program

BITDA

cost savings in 2Q17. Full run-rate
ed by 1Q19

lly from three primary activities

t in modest growth environment

ufacturing footprint

sts

estructuring costs of ~$90 million

## Highlighted Activities

▶ **Facility rationalization underway**

  – Calais, France (TiO$_2$ white end) – In process

  – Umbogintwini, South Africa (TiO$_2$) – Already closed

  – St. Louis, MO (color pigments / additives) – In process

▶ **Leverage position in higher value markets**

▶ **Launch of new TiO$_2$ products**

# on of Leading TiO$_2$ Players and pendence



~62%[1]

**New Attributes of Leaders**

▶ Larger players

▶ Greater transparency

▶ Accountable to public company shareholders

▶ Independently managed and focused on TiO$_2$

▶ Chinese consolidation

ngs.
eplate production capacity

# oxide
## view

**VENATOR**

## Markets

Source: Management Estimates



- ure & er
- Other 1%
- Architectural Coatings 28%
- Industrial Coatings 15%
- Fibers & Films 7%

## Revenues

2Q17 LTM Revenues



- Rest of World 14%
- US & Canada 17%
- Europe 47%
- Asia Pacific 22%

## 2Q17 LTM

### Pro Forma Revenues
### $1.5
billion

### Pro Forma Adjusted EBITDA
### $196
million


COATINGS


INKS

## Capacity

uth African facility



- Chemours 17%
- Cristal 12%
- **VENATOR** 11%
- onos %
- Lomon Billions 8%

## Segment Adjusted EBITDA History

$ in millions                     ━━ Adj. EBITDA Margin



| Year | Value | Margin |
|------|-------|--------|
| 2010[1] | $306 | 17% |
| 2011[1] | $699 | 30% |
| 2012[1] | $449 | 22% |
| 2013[1] | $117 | 6% |
| 2014[1] | $134 | 7% |
| 2015 | ($8) | N/A |
| 2016 | $61 | 4% |
| 2Q17 LTM | $196 | 13% |

sition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period,
on; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes
by Rockwood

# ...ery in Early Innings

## ...entum expected to continue



## Quarterly Pricing ($/tonne)



TZMI estimates ~$600 per tonne improvement in 2017

— Venator
— TZMI

3Q16 4Q16 1Q17 2Q17 3Q17F 4Q17F

## ...ealized TiO$_2$ Price Increases per MT[1]

...ope Achieved ■ N.A. Achieved



3Q16 1Q17 2Q17

## Commentary

▶ **TiO$_2$ prices steadily improved during 2016**

▶ **Third party independent consultants such as TZMI forecast TiO$_2$ prices will continue to improve in 2017**

▶ **3Q17 announced price increases**

– Expected capture of one-half to three-quarters

– Europe and Rest of World $250 per tonne

– North America $.08 per pound

▶ **TiO2 prices are still well-below long-term cyclical peaks**

# ...er in High-Value Specialty TiO$_2$



## Venator has more than half of its sales in high value TiO$_2$ categories

...entage of total global TiO$_2$ demand

Venator Focus

| | Low Quality | Functional | Differentiated | Specialties |
|---|---|---|---|---|
| | 17% | 42% | 32% | 9% |
| | 0% | 49% | 30% | 21% |

Estimated World Demand (kmt)
1,000    2,000    3,000    4,000    5,000    6,000

*1x*        *2x*        *3x+*

- ► Functional coatings (architectural)
- ► Functional plastics
- ► Paper

- ► Industrial coatings
- ► Performance plastics
- ► Differentiated Inks

- ► Catalysts
- ► Food
- ► Pharma & Cosmetics
- ► Fibers & Films
- ► Solar
- ► Speciality Inks

# Operating Rate Outlook

**VENATOR**

zation rates through gradual demand improvement



**Global TiO$_2$ Effective Operating Rate Outlook**

Global Demand ——Global Effective Operating Rate ex. China (%) ——Global Effective Operating Rate (%)

lucers operating at ~95%+ utilization rates, while Chinese operating rates continue to improve

city expected:

enfield nor brownfield economics are supported by current TiO$_2$ prices

time for plants to come online (3-4 years)

etween Western and Chinese product quality now transparent to all customers and producers

ave moved beyond thrifting / substitution

# luction to Benefit from
# ulfate Ore Advantage

**VENATOR**

## al Feedstock Types

| Sulfate | Chloride |
|---------|----------|
| Ilmenite | Chloride Slag |
| Low | High |
| Low | High |
| >20 | <5 |
| <15% | ~70% |

et structure for sulfate ores

## Sulfate Ore Prices Advantaged and Less Volatile

**(TiO$_2$ Ore Prices, $/MT)**



Primary Sulfate Feedstock

Legend:
- Rutile (95% content)
- Chloride Slag (85% content)
- Sulfate Slag (79% content)
- Ilmenite (52% content)

# e Additives
## view



## arkets

Source: Management Estimates

**Other %**

Architectural Coatings
15%

Industrial Coatings
10%

Construction
44%

## Segment Revenues

2Q17 LTM Revenues

Rest of World
3%

Europe
32%

US & Canada
49%

Asia Pacific
16%

## 2Q17 LTM

Segment Revenues
**$0.6**
billion

Segment Adjusted EBITDA
**$71**
million



CONSTRUCTION



COATINGS

## Segment Adjusted EBITDA History

■ Segment Adj. EBITDA    ── Segment Adj. EBITDA Margin

| | 2012 [1] | 2013 [1] | 2014 [1] | 2015 | 2016 | 2Q17 LTM |
|---|---|---|---|---|---|---|
| Segment Adj. EBITDA | $89 | $98 | $91 | $69 | $69 | $71 |
| Margin | 13% | 15% | 14% | 12% | 12% | 12% |

sition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period,
n; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes
by Rockwood

# e Additives

## ew

**VENATOR**

| | Characteristics & Uses | Competition | Benefit |
|---|---|---|---|
| inc Additives | ▶ Fillers that enhance the gloss and flow of paints and the mechanical properties of plastics<br>▶ Specialty soft white pigments | SOLVAY<br>SAKAI CHEMICAL<br>20 MICRONS | ▶ Strong EBITDA margins<br>▶ Complementary and common process technology<br>▶ Similar customer base to $TiO_2$ |
| | ▶ Highly durable red, yellow, black and tan pigments<br>▶ Colorants for paint, plastics and concrete | LANXESS | |
| | ▶ Unique blue-shade pigments<br>▶ Violet and pink variants | CATHAY PIGMENTS GROUP | ▶ High cash conversion margins<br>▶ Good geographic balance<br>▶ Similar customer base to $TiO_2$ |
| ganics | ▶ Weather-resistant, chemically stable pigments<br>▶ Distinct color shades | FERRO | ▶ Common process technology |
| | ▶ Controls the drying rate of a paint or ink | BASF<br>The Chemical Company | |
| onstruction (ACQ, nd Copper Azole) | ▶ Protects wood from decay and fungal or insect attack | LONZA | ▶ Limited number of major competitors<br>▶ Stable demand profile<br>▶ High cash conversion |
| struction Copper Arsenate) | ▶ Prolongs service life of wood | KOPPERS<br>Kemira | |
| n chloride ants | ▶ Clarifies water by promoting the sedimentation of particles | FERALCO<br>Averys group | |

# on and Liquidity
## 2017



| | Historical | As Adjusted | Pro Forma | Commentary |
|---|---|---|---|---|
| | $35 | $70 | $105 | ▶ On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim |
| | | | | |
| | $ - | $375 | $375 | ▶ Term Loan B due 2024<br>▶ Pricing of L + 300bps<br>▶ 101 soft call for 6 months |
| | - | 375 | 375 | ▶ Due 2025<br>▶ Non-callable for 3 years<br>▶ 5.75% coupon |
| | 894 | (894) | - | |
| | 23 | - | 23 | |
| | **$917** | **($144)** | **$773** | |
| | **882** | **(214)** | **668** | |
| DA[5] | **$331** | **$ -** | **$331** | |
| A | 2.7x | (0.7x) | 2.0x | |
| | $35 | $300 | $335 | |

forma Adj. EBITDA
r senior credit facilities consist of (a) a $375 million term loan facility, which is fully drawn, and (b) a $300 million ABL facility, which is currently undrawn
Huntsman, all of which was repaid, capitalized or otherwise eliminated prior to, or concurrently with, the closing of the Initial Public Offering in August 2017
arily related to manufacturing facilities, including $10 million current portion of such capital leases
t issuance costs
BITDA and Performance Additives segment Adjusted EBITDA, adjusted to include estimated corporate overhead for standalone public company of $35 million, unrealized $84 million benefit
and excludes 1Q17 impact from Pori fire of $15 million
L borrowing base as of August 31, 2017

# nancial Performance



## Historical Adjusted EBITDA

— Adj. EBITDA Margin

33

$503

26%

18%

$180

7%

$190

7%

$26

1%

$95

4%

$232

11%

1PF [(1),(2)]    2012PF [(1),(2)]    2013PF [(1),(2)]    2014PF [(1),(2)]    2015PF [(2)]    2016PF [(2)]    2Q17 PF LTM [(2)]

## Improved Annual Adj. EBITDA Trough Economics

$26

>$100

$90

>$215

5 "Trough"    Rockwood Synergies & Restructuring (2016)    Business Improvement Program (2017/2018)    Improved Annual "Trough" Economics

forma Adj. EBITDA.

quisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period; excludes the related sale of our TR52
Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood
e separation of Venator from Huntsman had occurred on January 1, 2010, including estimated corporate overhead for standalone public company of $35 million.

## ...ncial Profile

**VENATOR**

...4 – TiO$_2$ pricing down $360/t, EBITDA up $36mm



**Operating Segments Adjusted EBITDA and Average Selling Price**

**r?**



**p TiO$_2$**

► Focused TiO$_2$ producer: ~80% of Adjusted EBITDA derived from TiO$_2$ in 2Q17

► Sustained TiO$_2$ price recovery and cycle upside driven by improved fundamentals

**y TiO$_2$ e**

► Market leader in high-value specialty TiO$_2$

► Sulfate production to benefit from sustained sulfate ore advantage

**y tives**

► Global provider of performance additives, with market leading positions in attractive products

► Stable EBITDA and consistent cash flows, benefiting from improvement program

**of nation**

► Successfully achieved $200 million of synergies from Rockwood acquisition

► Business improvement program underway with projected Adjusted EBITDA improvement of $90 million

**sh n**

► Strong free cash flow generation to rapidly reduce debt and drive equity value; clean balance sheet



**dix**

# Adj. EBITDA Reconciliation



| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2Q 16 | 2Q 17 | 2Q 17 LTM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ (162) | $ (352) | $ (77) | | | |
| ng interests | | | | | (2) | (7) | (10) | | | |
| | | | | | 2 | 30 | 44 | | | |
| | | | | | (17) | (31) | (22) | | | |
| | | | | | 93 | 107 | 120 | | | |
| | | | | | $ (86) | $ (253) | $ 55 | | | |
| | | | | | 45 | 44 | 11 | | | |
| | | | | | 13 | – | – | | | |
| | | | | | (1) | 2 | (22) | | | |
| expense | | | | | 3 | 3 | 2 | | | |
| ment actuarial losses | | | | | 11 | 11 | 11 | | | |
| | | | | | – | 4 | 1 | | | |
| losing costs | | | | | 62 | 223 | 35 | | | |
| | | | | | $ 47 | $ 34 | $ 93 | | | |
| | | | | | 29 | 27 | 37 | | | |
| | | | | | $ 76 | $ 61 | $ 130 | | | |
| Rockwood acquisition | | | | | 149 | | | | | |
| tives EBITDA as reported | 409 | 818 | 538 | 215 | | | | 31 | 114 | 267 |
| | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (9) | (9) | (35) |
| ized | | | | | | | | | | 84 |
| | | | | | | | | | | 15 |
| | $ 374 | $ 783 | $ 503 | $ 180 | $ 190 | $ 26 | $ 95 | $ 22 | $ 105 | $ 331 |

# ntensifying for Chinese

**VENATOR**

**g out in China**

ironmental constraints and poor

moderations of ~400kMT in 2015-2017

MT of net closures in the near-term

**nds facing Chinese TiO$_2$ participants**

st and availability

nergy prices

sues

ailability

**mental impact of Chinese production**
**nd North America**

nergy consumption, acidic waste and

ions

nsumption



| Company | Estimated Nameplate Capacity (kMTpa) |
|---|---|
| Lomon Billions | 600 |
| GPRO | 160 |
| Doguide | 160 |
| CNNC | 150 |
| Bluestar | 136 |
| Shandong Dawn | 100 |
| Ningbo Xinfu | 100 |

## al Differentiated / Specialty
## ovides Stable Base Business



| Functional | Differentiated | Specialty |
|---|---|---|
| 49% | 30% | 21% |
| Architectural Coatings, Polyolefins and Paper | Marine, Protective, Automotive Coatings, PVC and Engineering Plastics, and Differentiated Inks | Cosmetics, Pharmaceuticals, Food, Catalysts, Fibers and Films, and Specialty Inks |
| > 50 (includes most Chinese $TiO_2$ producers) | < 15 | < 5 |
| Broadest range of customers | Large multi-national and medium sized companies | Specialized companies |
| Standard specifications, fungible product | Qualified product, long lead-time for product approvals | Specialized products, technical service required, $TIO_2$ small portion of customer raw material spend |
| Price sensitive customers | Product differentiation matters | Few competitive alternatives |
| GDP growth, more cyclical | GDP growth, less cyclical | Stable growth, non-cyclical |

# m Rockwood Acquisition
## track record of delivering savings and



## Cost Savings



>\$200

2016 Achieved

## entory Reduction



Dec '15          Dec '16

## Commentary

▶ **Cost savings comprised of**

   – Headcount reductions

   – Purchasing synergies

   – Reduced indirect and SG&A costs

▶ **Work force reduction ~20%**

▶ **Variable & Fixed Cost Optimization**

   – Purchasing leverage

   – Best practice efficiency

▶ **Calais, France 'black end' $TiO_2$ closure**

   – 100kt capacity reduction

▶ **Color pigments network transformation**

   – 7 smaller site closures

# Pori, Finland Facility



## Event

2017

senting ~2% of global TiO$_2$ demand
TiO$_2$ capacity

## ed Restart Plan

fully operational by 4Q 2018
art

2Q 2017 achieved

2Q 2018

around year end 2018

## Insurance Coverage

▶ 1Q17 EBITDA impact was $15 million

▶ $500 million coverage with the following deductibles:

   – $15 million property damage

   – 60 days business interruption (essentially February and March)

▶ Agreed upon process with insurance company that provides interim claims and regular progress payments

   – 1Q17 payment received $54 million

   – 2Q17 payment received $76 million

   – 3Q17 payment received $11 million

▶ On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim

# NOLs Driving Low Cash Tax Rate



Germany
~$270mm

UK
~$?00mm

France
~$350mm

Spain
~$230mm

Italy
~$25mm

**...or has >$1,200 million of NOLs, driving a low cash tax rate**

# Exhibit 20

# VENATOR

anc Basic Materials &
nging Conference
ber 13, 2017

**closure**



ard-looking statements" within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S.

as amended. These forward-looking statements include statements concerning our plans, objectives, goals, strategies, future events, future

expenditures, financing needs, plans or intentions relating to acquisitions, business trends and other information that is not historical

esentation, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs,

or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking

nitation, management's examination of historical operating trends and data, are based upon our current expectations of future events and

not be realized or accurate. Our expectations, beliefs and projections are expressed in good faith, and we believe there is a reasonable basis

no assurance that management's expectations, beliefs and projections will be achieved. We undertake no obligation to update or revise

may be made to reflect events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events.

uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in this presentation. Such

portant factors include, among others: future global economic conditions, changes in raw material and energy prices, access to capital

pacity and operating rates, the supply demand balance for our products and that of competing products, pricing pressures, technological

nment regulations, geopolitical events and other risk factors as discussed in our prospectus filed pursuant to Rule 424(b)(4) on August 4,

cial measures that are not in accordance with generally accepted accounting principles in the U.S. ("GAAP"), including EBITDA, adjusted

in, pro forma adjusted EBITDA, pro forma adjusted EBITDA and certain ratios and other metrics derived therefrom. We have provided

cial measures to the most directly comparable GAAP financial measures in the Appendix to this presentation.

pshot



| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm)[1] | $2,122 |
| Pro forma adj. EBITDA (mm)[2] | $331 |
| *% margin* | *16%* |

## Titanium Dioxide

| | 2Q17 LTM |
|---|---|
| ...venue (mm) | $1,535 |
| ...dj. EBITDA (mm) | $196 |
| | *13%* |

## Performance Additives

| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm) | $587 |
| Pro forma adj. EBITDA (mm) | $71 |
| *% margin* | *12%* |



Titanium Dioxide pie chart:
- ...bers & Films 7%
- Other 3%
- Plastics 30%
- Architectural Coatings 28%
- ...Inks 9%



Performance Additives pie chart:
- Agriculture & Water 4%
- Other 6%
- Plastics 15%
- Personal Care, Food, Pharmaceuticals & Active Materials 6%
- Architectural Coatings 15%
- Construction 44%
- Industrial Coatings 10%





...ma Adj. EBITDA.

...entities not included in the separation of Venator from Huntsman; (2) Titanium Dioxide segment Adjusted EBITDA and Performance Additives segment Adjusted EBITDA adjusted to include estimated ...ny of $35 million, pro forma for unrealized $84 million benefit from business improvement program, and excludes 1Q17 impact from Pori fire of $15 million.

# EBITDA Improvement Program



## Run-rate Improvement



~$30

$90

| costs | Volume | EBITDA Improvement |

## Expected Annual EBITDA Capture

$ in millions



| 2017E | 2018P | 2019P |

## Improvement Program

BITDA

cost savings in 2Q17. Full run-rate
ed by 1Q19

ly from three primary activities

t in modest growth environment

ufacturing footprint

sts

estructuring costs of ~$90 million

## Highlighted Activities

▶ **Facility rationalization underway**

    – Calais, France ($TiO_2$ white end) – In process

    – Umbogintwini, South Africa ($TiO_2$) – Already closed

    – St. Louis, MO (color pigments / additives) – In process

▶ **Leverage position in higher value markets**

▶ **Launch of new $TiO_2$ products**

# on of Leading TiO₂ Players and pendence



**New Attributes of Leaders**

▶ Larger players

▶ Greater transparency

▶ Accountable to public company shareholders

▶ Independently managed and focused on TiO₂

▶ Chinese consolidation

~62%[1]

ngs.
eplate production capacity

# oxide
## view

**VENATOR**

## Markets

Source: Management Estimates



- ure & er
- Other 1%
- Architectural Coatings 28%
- Industrial Coatings 15%
- Fibers & Films 7%

## Revenues

2Q17 LTM Revenues



- Rest of World 14%
- US & Canada 17%
- Europe 47%
- Asia Pacific 22%

## 2Q17 LTM

Pro Forma Revenues
**$1.5**
billion

Pro Forma Adjusted EBITDA
**$196**
million


COATINGS


INKS

## Capacity

uth African facility



- Chemours 17%
- Cristal 12%
- **VENATOR** 11%
- onos %
- Lomon Billions 8%

## Segment Adjusted EBITDA History

$ in millions                    Adj. EBITDA Margin



| Year | Value | Margin |
|---|---|---|
| 2010[1] | $306 | 17% |
| 2011[1] | $699 | 30% |
| 2012[1] | $449 | 22% |
| 2013[1] | $117 | 6% |
| 2014[1] | $134 | 7% |
| 2015 | ($8) | N/A |
| 2016 | $61 | 4% |
| 2Q17 LTM | $196 | 13% |

sition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period,
on; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes
by Rockwood

# ...ery in Early Innings
## ...entum expected to continue



## Quarterly Pricing ($/tonne)



TZMI estimates ~$600 per tonne improvement in 2017

— Venator
— TZMI

3Q16    4Q16    1Q17    2Q17    3Q17F    4Q17F

## ...ealized $TiO_2$ Price Increases per MT[1]

...ope Achieved    ■ N.A. Achieved

3Q16    1Q17    2Q17

## Commentary

▶ **$TiO_2$ prices steadily improved during 2016**

▶ **Third party independent consultants such as TZMI forecast $TiO_2$ prices will continue to improve in 2017**

▶ **3Q17 announced price increases**

- Expected capture of one-half to three-quarters

- Europe and Rest of World $250 per tonne

- North America $.08 per pound

▶ **TiO2 prices are still well-below long-term cyclical peaks**

# ...er in High-Value Specialty $TiO_2$



## Venator has more than half of its sales in high value $TiO_2$ categories

...entage of total global $TiO_2$ demand

Venator Focus

| Low Quality | Functional | Differentiated | Specialties |
|---|---|---|---|
| 17% | 42% | 32% | 9% |
| 0% | 49% | 30% | 21% |

1,000    2,000    3,000    4,000    5,000    6,000

Estimated World Demand (kmt)

1x          2x          3x+

- ▶ Functional coatings (architectural)
- ▶ Functional plastics
- ▶ Paper

- ▶ Industrial coatings
- ▶ Performance plastics
- ▶ Differentiated Inks

- ▶ Catalysts
- ▶ Food
- ▶ Pharma & Cosmetics
- ▶ Fibers & Films
- ▶ Solar
- ▶ Speciality Inks

# Operating Rate Outlook

VENATOR

zation rates through gradual demand improvement



**Global TiO$_2$ Effective Operating Rate Outlook**

Global Demand — Global Effective Operating Rate ex. China (%) — Global Effective Operating Rate (%)

lucers operating at ~95%+ utilization rates, while Chinese operating rates continue to improve

city expected:

enfield nor brownfield economics are supported by current TiO$_2$ prices

time for plants to come online (3-4 years)

etween Western and Chinese product quality now transparent to all customers and producers

ave moved beyond thrifting / substitution

# luction to Benefit from ulfate Ore Advantage

**VENATOR**

## al Feedstock Types

| Sulfate | Chloride |
|---------|----------|
| Ilmenite | Chloride Slag |
| Low | High |
| Low | High |
| >20 | <5 |
| <15% | ~70% |

et structure for sulfate ores

## Sulfate Ore Prices Advantaged and Less Volatile

**($TiO_2$ Ore Prices, \$/MT)**



Primary Sulfate Feedstock

— Rutile (95% content)    — Chloride Slag (85% content)
— Sulfate Slag (79% content)    — Ilmenite (52% content)

# e Additives
## view



## Markets

Source: Management Estimates

Architectural Coatings
15%

Industrial Coatings
10%

Construction
44%

## Segment Revenues

2Q17 LTM Revenues

Rest of World
3%

Europe
32%

US & Canada
49%

Asia Pacific
16%

## 2Q17 LTM

Segment Revenues
**$0.6**
billion

Segment Adjusted EBITDA
**$71**
million





## Segment Adjusted EBITDA History

■ Segment Adj. EBITDA    ▬ Segment Adj. EBITDA Margin

| | $89 | $98 | $91 | $69 | $69 | $71 |
|---|---|---|---|---|---|---|
| | 13% | 15% | 14% | 12% | 12% | 12% |
| | 2012 [1] | 2013 [1] | 2014 [1] | 2015 | 2016 | 2Q17 LTM |

sition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period, n; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes by Rockwood

# e Additives
ew



| | Characteristics & Uses | Competition | Benefit |
|---|---|---|---|
| inc Additives | ▶ Fillers that enhance the gloss and flow of paints and the mechanical properties of plastics<br>▶ Specialty soft white pigments | SOLVAY<br>SAKAI CHEMICAL<br>20 MICRONS | ▶ Strong EBITDA margins<br>▶ Complementary and common process technology<br>▶ Similar customer base to $TiO_2$ |
| | ▶ Highly durable red, yellow, black and tan pigments<br>▶ Colorants for paint, plastics and concrete | LANXESS | |
| | ▶ Unique blue-shade pigments<br>▶ Violet and pink variants | CATHAY PIGMENTS GROUP | ▶ High cash conversion margins<br>▶ Good geographic balance<br>▶ Similar customer base to $TiO_2$ |
| ganics | ▶ Weather-resistant, chemically stable pigments<br>▶ Distinct color shades | FERRO | ▶ Common process technology |
| | ▶ Controls the drying rate of a paint or ink | BASF<br>The Chemical Company | |
| onstruction (ACQ, nd Copper Azole) | ▶ Protects wood from decay and fungal or insect attack | LONZA | |
| struction Copper Arsenate) | ▶ Prolongs service life of wood | KOPPERS<br>KEMIRA | ▶ Limited number of major competitors<br>▶ Stable demand profile<br>▶ High cash conversion |
| n chloride ants | ▶ Clarifies water by promoting the sedimentation of particles | FERALCO<br>Averys group | |

# n and Liquidity
## 2017



| | Historical | As Adjusted | Pro Forma | Commentary |
|---|---|---|---|---|
| | $35 | $70 | $105 | ▶ On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim |
| | | | | |
| | $ - | $375 | $375 | ▶ Term Loan B due 2024<br>▶ Pricing of L + 300bps<br>▶ 101 soft call for 6 months |
| | - | 375 | 375 | ▶ Due 2025<br>▶ Non-callable for 3 years<br>▶ 5.75% coupon |
| | 894 | (894) | - | |
| | 23 | - | 23 | |
| | $917 | ($144) | $773 | |
| | 882 | (214) | 668 | |
| DA[5] | $331 | $ - | $331 | |
| A | 2.7x | (0.7x) | 2.0x | |
| | $35 | $300 | $335 | |

forma Adj. EBITDA

r senior credit facilities consist of (a) a $375 million term loan facility, which is fully drawn, and (b) a $300 million ABL facility, which is currently undrawn

o Huntsman, all of which was repaid, capitalized or otherwise eliminated prior to, or concurrently with, the closing of the Initial Public Offering in August 2017

arily related to manufacturing facilities, including $10 million current portion of such capital leases

ot issuance costs

BITDA and Performance Additives segment Adjusted EBITDA, adjusted to include estimated corporate overhead for standalone public company of $35 million, unrealized $84 million benefit and excludes 1Q17 impact from Pori fire of $15 million

L borrowing base as of August 31, 2017

# nancial Performance



## Historical Adjusted EBITDA

— Adj. EBITDA Margin

83

$503

$180    $190

$26

$95    $232

26%

18%

7%    7%

1%

4%    11%

1PF [(1),(2)]    2012PF [(1),(2)]    2013PF [(1),(2)]    2014PF [(1),(2)]    2015PF [(2)]    2016PF [(2)]    2Q17 PF LTM [(2)]

## Improved Annual Adj. EBITDA Trough Economics

$90    >$215

>$100

$26

5 "Trough"    Rockwood Synergies & Restructuring (2016)    Business Improvement Program (2017/2018)    Improved Annual "Trough" Economics

forma Adj. EBITDA.

quisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period; excludes the related sale of our TR52

he Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

he separation of Venator from Huntsman had occurred on January 1, 2010, including estimated corporate overhead for standalone public company of $35 million.

## ncial Profile

**VENATOR**

## 4 – TiO$_2$ pricing down $360/t, EBITDA up $36mm



**Operating Segments Adjusted EBITDA and Average Selling Price**

■ Adj. EBITDA    — Commodity TiO$_2$ Pricing ($/MT)

**r?**



**TiO$_2$**

▶ Focused TiO$_2$ producer: ~80% of Adjusted EBITDA derived from TiO$_2$ in 2Q17

▶ Sustained TiO$_2$ price recovery and cycle upside driven by improved fundamentals

**TiO$_2$**
**e**

▶ Market leader in high-value specialty TiO$_2$

▶ Sulfate production to benefit from sustained sulfate ore advantage

**y**
**tives**

▶ Global provider of performance additives, with market leading positions in attractive products

▶ Stable EBITDA and consistent cash flows, benefiting from improvement program

**of**
**nation**

▶ Successfully achieved $200 million of synergies from Rockwood acquisition

▶ Business improvement program underway with projected Adjusted EBITDA improvement of $90 million

**sh**
**n**

▶ Strong free cash flow generation to rapidly reduce debt and drive equity value; clean balance sheet



**dix**

# Adj. EBITDA Reconciliation



| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2Q 16 | 2Q 17 | 2Q 17 LTM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ (162) | $ (352) | $ (77) | | | |
| ng interests | | | | | (2) | (7) | (10) | | | |
| | | | | | 2 | 30 | 44 | | | |
| | | | | | (17) | (31) | (22) | | | |
| | | | | | 93 | 107 | 120 | | | |
| | | | | | $ (86) | $ (253) | $ 55 | | | |
| | | | | | 45 | 44 | 11 | | | |
| | | | | | 13 | – | – | | | |
| expense | | | | | (1) | 2 | (22) | | | |
| ment actuarial losses | | | | | 3 | 3 | 2 | | | |
| | | | | | 11 | 11 | 11 | | | |
| | | | | | – | 4 | 1 | | | |
| losing costs | | | | | 62 | 223 | 35 | | | |
| | | | | | $ 47 | $ 34 | $ 93 | | | |
| | | | | | 29 | 27 | 37 | | | |
| | | | | | $ 76 | $ 61 | $ 130 | | | |
| Rockwood acquisition | | | | | 149 | | | | | |
| tives EBITDA as reported | 409 | 818 | 538 | 215 | | | | 31 | 114 | 267 |
| | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (9) | (9) | (35) |
| ized | | | | | | | | | | 84 |
| | | | | | | | | | | 15 |
| | $ 374 | $ 783 | $ 503 | $ 180 | $ 190 | $ 26 | $ 95 | $ 22 | $ 105 | $ 331 |

# ntensifying for Chinese

**VENATOR**

**g out in China**

vironmental constraints and poor

moderations of ~400kMT in 2015-2017

MT of net closures in the near-term

**ds facing Chinese TiO$_2$ participants**

st and availability

nergy prices

sues

ailability

**mental impact of Chinese production
nd North America**

nergy consumption, acidic waste and
ions

nsumption



| Company | Estimated Nameplate Capacity (kMTpa) |
|---|---|
| Lomon Billions | 600 |
| GPRO | 160 |
| Doguide | 160 |
| CNNC | 150 |
| Bluestar | 136 |
| Shandong Dawn | 100 |
| Ningbo Xinfu | 100 |

# al Differentiated / Specialty
# ovides Stable Base Business



| Functional | Differentiated | Specialty |
|---|---|---|
| 49% | 30% | 21% |
| Architectural Coatings, Polyolefins and Paper | Marine, Protective, Automotive Coatings, PVC and Engineering Plastics, and Differentiated Inks | Cosmetics, Pharmaceuticals, Food, Catalysts, Fibers and Films, and Specialty Inks |
| > 50 (includes most Chinese $TiO_2$ producers) | < 15 | < 5 |
| Broadest range of customers | Large multi-national and medium sized companies | Specialized companies |
| Standard specifications, fungible product | Qualified product, long lead-time for product approvals | Specialized products, technical service required, $TIO_2$ small portion of customer raw material spend |
| Price sensitive customers | Product differentiation matters | Few competitive alternatives |
| GDP growth, more cyclical | GDP growth, less cyclical | Stable growth, non-cyclical |

# m Rockwood Acquisition
## track record of delivering savings and



## Cost Savings



>$200

2016 Achieved

## entory Reduction



Dec '15          Dec '16

### Commentary

▶ **Cost savings comprised of**

- Headcount reductions

- Purchasing synergies

- Reduced indirect and SG&A costs

▶ **Work force reduction ~20%**

▶ **Variable & Fixed Cost Optimization**

- Purchasing leverage

- Best practice efficiency

▶ **Calais, France 'black end' TiO$_2$ closure**

- 100kt capacity reduction

▶ **Color pigments network transformation**

- 7 smaller site closures

# Pori, Finland Facility



| **Event** | **Insurance Coverage** |
| --- | --- |

**Event**

2017

senting ~2% of global TiO$_2$ demand
TiO$_2$ capacity

**ed Restart Plan**

fully operational by 4Q 2018
art

2Q 2017 achieved

2Q 2018

around year end 2018

**Insurance Coverage**

▶ 1Q17 EBITDA impact was $15 million

▶ $500 million coverage with the following deductibles:

 – $15 million property damage

 – 60 days business interruption (essentially February and March)

▶ Agreed upon process with insurance company that provides interim claims and regular progress payments

 – 1Q17 payment received $54 million

 – 2Q17 payment received $76 million

 – 3Q17 payment received $11 million

▶ On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim

# NOLs Driving Low Cash Tax Rate



UK
~$00mm

Germany
~$270mm

France
~$350mm

Spain
~$230mm

Italy
~$25mm

**...or has >$1,200 million of NOLs, driving a low cash tax rate**

# Exhibit 21

# VENATOR

Quarter 2017
ngs Presentation
27, 2017

**closure**



ard-looking statements" within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S.

as amended. These forward-looking statements include statements concerning our plans, objectives, goals, strategies, future events, future

expenditures, financing needs, plans or intentions relating to acquisitions, business trends and other information that is not historical

esentation, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs,

or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking

nitation, management's examination of historical operating trends and data, are based upon our current expectations of future events and

not be realized or accurate. Our expectations, beliefs and projections are expressed in good faith, and we believe there is a reasonable basis

no assurance that management's expectations, beliefs and projections will be achieved. We undertake no obligation to update or revise

may be made to reflect events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events.

uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in this presentation. Such

ortant factors include, among others: future global economic conditions, delays in reconstruction of our Pori, Finland manufacturing facility or

r construction costs that exceed our coverage limit applicable to the fire at that facility, changes in raw material and energy prices, access to

on capacity and operating rates, the supply demand balance for our products and that of competing products, pricing pressures, technological

nment regulations, geopolitical events and other risk factors as discussed in our prospectus filed pursuant to Rule 424(b)(4) on August 4,

cial measures that are not in accordance with generally accepted accounting principles in the U.S. ("GAAP"), including EBITDA, adjusted

n, free cash flow and net debt and certain ratios and other metrics derived therefrom. We have provided reconciliations of non-GAAP financial

nparable GAAP financial measures in the Appendix to this presentation.

er Highlights

mary



| er share amounts | 3Q17 | 3Q16 | 2Q17 |
|---|---|---|---|
|  | $582 | $532 | $562 |
| butable to Venator | 51 | (5) | 31 |
|  | 134 | 21 | 94 |
| per share | 0.48 | (0.05) | 0.29 |
| ngs (loss) per share | 0.70 | (0.09) | 0.36 |

econciliations and important explanatory notes

# oxide
## d quarter 2017

**VENATOR**

## Revenues

Y/Y +10%          Q/Q +7%

392              401



3Q16            2Q17

## Adjusted EBITDA

$ in millions

Y/Y +477%          Q/Q +37%

127

93

22



3Q17            3Q16            2Q17

▲ Titanium Dioxide Adjusted EBITDA margin

## Quarter Headlines

usted EBITDA Q/Q

substantially all of 3Q17
crease of $250 per ton on local

% Y/Y, pro forma for Pori

## Outlook

### Fourth Quarter

▶ Seasonally lower volume

▶ 4Q price improvement over 3Q

### Longer Term

▶ Favorable industry environment for $TiO_2$ selling prices

▶ Modest increase in raw material costs

econciliations and important explanatory notes

# e Additives
## d quarter 2017

**VENATOR**

## Revenues



Y/Y +8%              Q/Q (6)%

              161

140

3Q16            2Q17

## Adjusted EBITDA

$ in millions



              Y/Y (6)%        Q/Q (29)%

                              21

15            16

10%          11%          13%

3Q17          3Q16          2Q17

▲ Performance Additives Adjusted EBITDA margin

## Third Quarter

ent Y/Y driven by higher volume
 prices

of Easton, PA. and St. Louis, MO.
ss Improvement Program

## Outlook

**Fourth Quarter**

▶ Seasonally softer quarter

**Longer Term**

▶ Growth through our Business Improvement Program

econciliations and important explanatory notes

# EBITDA Improvement Program



## Run-rate Improvement



~$30

$90

costs | Volume | EBITDA Improvement

## Expected Annual EBITDA Capture

$ in millions



2017F | 2018F | 2019F

## Improvement Program

A benefit to 2016

of incremental benefits in 3Q17.
ed to be captured by 1Q19

restructuring costs of ~$90 million

## Highlighted Activities

▶ Facility rationalization underway

  – Umbogintwini, South Africa ($TiO_2$) – closed

  – Calais, France ($TiO_2$ white end) – closing in process

  – Easton, PA. and St. Louis, MO. (color pigment) – closing in process

▶ Leverage position in higher value markets

▶ Launch of new $TiO_2$ products

ent estimates

# BITDA Bridges
2017



## Year / Year

$17    $38    $80    $7    $(3)    $9    $2    $134

| justed DA | Huntsman Corporate Allocation | 3Q16 Pigments & Additives Divisional EBITDA | Price/Mix | Volume [1] | Costs [1] | Business Improvement Program | FX, Other | 3Q17 Adjusted EBITDA |

## Quarter / Quarter

$20    $114    $35    $(11)    $(11)    $3    $4    $134

| justed DA | Huntsman Corporate Allocation | 2Q17 Pigments & Additives Divisional EBITDA | Price/Mix | Volume [1] | Costs [1] | Business Improvement Program | FX, Other | 3Q17 Adjusted EBITDA |

econciliations and important explanatory notes
ma adjustments related to Pori outage

# d Update



ement in TiO$_2$ profitability is benefitting our business but consuming more of our insurance limit

f increased TiO$_2$ profitability and estimated reconstruction costs indicate we will incur capital
e our insurance limit

ain over-the-limit costs within $100-$150 million

re manufacture of our specialty products as quickly as possible, which on average contributes ~75%

mmoditized, functional products may be reintroduced at a slower pace



**Improving View of TiO$_2$ Prices**

| evious View | Current View |
|---|---|
| y 2Q17 | +20%  capacity 2Q17 (specialty products) achieved |
| y 2Q18 | +20%  capacity 2Q18 (specialty products) |
|  | +20%  capacity 4Q18 (specialty products) |
| y 4Q18 | +40%  capacity TBD (functional products) |



# generate > $200 million FCF in 2018[1]

| s | 2018 |
|---|---|
| s[1] | ~$110 |
| | ~35-40 |
| pital change | ~20-30 |
| | ~35 |
| | ~40 |
| **Before Taxes** | **~$240-255** |
| | 10-15% |

econstruction costs

# d Cash Use Prioritization
## bt reduction targeted



| Priority of Cash Uses | Net Debt |
|---|---|

1. **Earnings Growth**
   – Pori reconstruction
   – Capex projects targeting >20% IRR

2. **Strengthen Balance Sheet**
   – Debt reduction

3. **Shareholder Actions**
   – Share repurchases
   – Dividend consideration



e as of September 30, 2017

age 1.6x pro forma adjusted for corporate stand alone costs.



## Third Quarter Headlines

arnings growth of $40 million in the quarter

earnings driven by industry supply tightness, high price capture and our leading
y products and in Europe

90 million Business Improvement Program

## Outlook

ng prices - offset by lower volumes in 4Q - creates stronger exit trajectory from 2017

als support elongated and elevated utilization profile

ng of specialty products at Pori as quickly as possible



**dix**

# on of U.S. GAAP to Non-GAAP

**VENATOR**

| | EBITDA | | Income Tax (Expense) Benefit | | Net Income (Loss) | | Diluted Earnings (Loss) Per Share | |
|---|---|---|---|---|---|---|---|---|
| | Three months ended September 30, | | Three months ended September 30, | | Three months ended September 30, | | Three months ended September 30, | |
| | 2017 | 2016 | 2017 | 2016 | 2017 | 2016 | 2017 | 2016 |
| | $ 53 | $ (2) | | | $ 53 | $ (2) | $ 0.50 | $ (0.02) |
| ing interests | (2) | (3) | | | (2) | (3) | (0.02) | (0.03) |
| nator | 51 | (5) | | | 51 | (5) | 0.48 | (0.05) |
| | 8 | 12 | | | | | | |
| ontinuing operations | 14 | (7) | (14) | 7 | | | | |
| | 35 | 30 | | | | | | |
| expenses | 4 | 3 | (1) | - | 3 | 3 | 0.03 | 0.03 |
| s | - | (2) | N/A | N/A | - | (2) | - | (0.02) |
| sets | - | (23) | - | 6 | - | (17) | - | (0.16) |
| | 1 | 3 | - | (1) | 1 | 2 | 0.01 | 0.02 |
| ement actuarial losses | 5 | 3 | - | - | 5 | 3 | 0.05 | 0.03 |
| closing costs | 16 | 7 | (1) | (1) | 15 | 6 | 0.14 | 0.06 |
| | $ 134 | $ 21 | $ (16) | $ 11 | $ 75 | $ (10) | $ 0.70 | $ (0.09) |
| | | | | | $ 16 | $ (11) | | |
| g interests, net of tax | | | | | 2 | 3 | | |
| | | | | | $ 93 | $ (18) | | |
| | | | | | 17% | 61% | | |

# on of U.S. GAAP to Non-GAAP



| | EBITDA Three months ended June 30, 2017 | | Income Tax (Expense) Benefit Three months ended June 30, 2017 | | Net Income Three months ended June 30, 2017 | | Diluted Earnings (Loss) Per Share Three months ended June 30, 2017 |
|---|---|---|---|---|---|---|---|
| | $ | 34 | | | $ | 34 | $ 0.32 |
| ing interests | | (3) | | | | (3) | (0.03) |
| | | 31 | | | | 31 | 0.29 |
| | | 9 | | | | | |
| operations | | 16 | | (16) | | | |
| | | 29 | | | | | |
| | | (2) | | - | | (2) | (0.02) |
| ement actuarial losses | | 4 | | - | | 4 | 0.04 |
| closing costs | | 7 | | (2) | | 5 | 0.05 |
| | $ | 94 | $ | (18) | $ | 38 | $ 0.36 |
| | | | | | $ | 18 | |
| g interests, net of tax | | | | | | 3 | |
| | | | | | $ | 59 | |
| | | | | | | 31% | |

# Notes



djusted EBITDA to assess financial performance. Adjusted EBITDA is defined as net income (loss) before ontinuing operations, depreciation and amortization, and net income attributable to noncontrolling interests, as following adjustments: (a) business acquisition and integration expenses; (b) gain on disposition of income of discontinued operations, net of income tax; (d) certain legal settlements and related expenses; and postretirement actuarial losses; (f) net plant incident (credits) costs; and (g) restructuring, impairment and believe that net income (loss) is the performance measure calculated and presented in accordance with ectly comparable to adjusted EBITDA.

mputed by eliminating the after-tax amounts related to the following from net income attributable to Venator ockholders: (a) business acquisition and integration expenses; (b) gain on disposition of businesses/assets; (c) operations; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement cturing, impairment and plant closing costs. Basic adjusted net income per share excludes dilution and is sted net income by the weighted average number of shares outstanding during the period. Adjusted diluted net all potential dilutive common shares outstanding during the period increased by the number of additional en outstanding as dilutive securities. For the periods prior to our IPO, the average number of common shares ate basic and diluted adjusted net income per share was based on the ordinary shares that were outstanding Adjusted net income and adjusted net income per share amounts are presented solely as supplemental

free cash flow measure: (a) to evaluate the Company's liquidity, (b) to evaluate strategic investments, (c) to and dividends; and (d) to evaluate the Company's ability to incur and service debt. Free cash flow is not a GAAP, and it should not be inferred that the entire free cash flow amount is available for discretionary free cash flow as cash flows provided by operating activities and used in investing activities, excluding vities and including non-recurring separation costs. Free cash flow is typically derived directly from our nd combined statement of cash flows; however, it may be adjusted for items that affect comparability between

# Exhibit 22

Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call
Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061
Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

# Q3 2016 Earnings Call

## Company Participants

- Kurt D. Ogden
- Peter R. Huntsman
- J. Kimo Esplin

## Other Participants

- Laurence Alexander
- Robert Andrew Koort
- John Roberts
- Frank J. Mitsch
- James M. Sheehan
- Eric B. Petrie
- Hassan I. Ahmed
- Kevin W. McCarthy
- Ivan M. Marcuse
- Roger Neil Spitz

## MANAGEMENT DISCUSSION SECTION

### Operator

Good day, ladies and gentlemen, and welcome to the Huntsman Corporation's Third Quarter 2016 Earnings Conference Call. My name is Jennada and I'll be your operator for today. At this time, all participants are in listen-only mode. Later, we will be conducting a question-and-answer session. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the conference over to Kurt Ogden, Vice President, Investor Relations and Finance. Please proceed.

### Kurt D. Ogden

Thank you, Jennada, and good morning, everyone. Welcome to our third quarter 2016 earnings call. Joining us on the call today are Jon Huntsman, our Founder and Executive Chairman; Peter Huntsman, President and CEO; and Kimo Esplin, Executive Vice President and CFO.

This morning before the market opened, we released our earnings for the third quarter 2016 via press release and posted it on our website, huntsman.com. We also posted a set of slides on our website, which we will use on the call this morning in the discussion of our results.

During this call, we may make statements about our projections or expectations for the future. All such statements are forward-looking statements and while they reflect our current expectations, they involve risks and uncertainties and are not guarantees of future performance. You should review our filings with the Securities and Exchange Commission for more information regarding the factors that could cause actual results to differ materially from these projections or expectations.



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

We do not plan on publicly updating or revising any forward-looking statements during the quarter. In addition, we will also refer to non-GAAP financial measures such as adjusted EBITDA, adjusted net income or loss, and free cash flow. You can find reconciliations to the most directly comparable GAAP financial measures in our earnings release, which has been posted on our website.

In our earnings release this morning, we reported second quarter 2016 revenue of $2.363 billion, adjusted EBITDA of $272 million, and adjusted earnings per share of $0.38 per diluted share.

I will now turn the call over to Peter Huntsman, our President and CEO.

## Peter R. Huntsman

Thank you, Kurt. Good morning, everyone. Thanks for taking the time to join us. Let's turn to slide number three.

Adjusted EBITDA for our Polyurethanes division in the third quarter was $137 million. MDI urethanes delivered impressive earnings growth, with a third quarter EBITDA of $138 million. This represents an improvement of $17 million compared to the prior-year period.

MDI volume growth was strong for the quarter at 5% globally, driven by strong growth in Europe and North America. Growth in Europe was across the board. In particular, we saw a strong double-digit growth within our downstream specialty MDI product range into our adhesives, composites, elastomers, as well as automotive and furniture business units.

North American growth was driven by commercial insulation as we continue to see a recovery in this large market combined with the ongoing trend of MDI system substitution of alternative insulating materials.

Asian growth was relatively flat. However, we grew our differentiated portfolio by 10%, while de-selecting our lower margin component business. Overall, Asian profitability increased substantially compared to the prior-year period, as tightness in the Chinese market led to significantly improved margins.

Our MTBE business recorded an EBITDA loss of $1 million in the third quarter. The average C-Factor, which is an industry proxy for MTBE contribution margins declined by 50% compared to the prior-year period, from $1.45 per gallon to $0.73 per gallon. The decrease in C-Factors was primarily attributable to higher gasoline inventories and lower refined margins. The C-Factors remain low today and we expect this to have an adverse impact on MTBE earnings in the fourth quarter.

During the third quarter, we experienced a negative EBITDA impact of approximately $15 million to Polyurethanes' earnings from weather related and other production outages that we expect – and we expect a $10 million negative EBITDA impact during the fourth quarter. All the affected facilities are now back operating.

We continue to strengthen our innovation capabilities as we drive for higher differentiated growth in downstream markets. These efforts were recognized earlier this month when our Polyurethanes division won a prestigious Supplier Innovation Award from BMW for developing a technology which dramatically reduces emissions from high-performance polyurethane seating foam used in its vehicles. The innovated chemistry developed by Huntsman enabled BMW to reduce total emissions from its seating foams by a factor of 10, without compromising comfort or quality.

Huntsman is the only supplier able to meet BMW's ambitious requirements, and the award reinforces the importance of collaborative partnerships with key customers to develop innovative solutions that enhance product performance, and ultimately business competitiveness.

Let's turn to slide number four. In the third quarter, our Performance Products division recorded adjusted EBITDA of $70 million. During the quarter, we saw soft demand in China, particularly in the wind market, and soft demand globally for oil-filled products. In addition, volume in this business were impacted by weather-related and other

Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

production outages during the quarter, which had a $10 million negative impact. We expect to see another $10 million negative impact from these production outages during the fourth quarter. Similar to our polyurethane operations located along the U.S. Gulf Coast, the impacted facilities are also now back and operational.

During the quarter, we announced that Innospec had committed to purchase our European surfactants business at an enterprise value of $225 million. This business represents approximately $24 million of annual EBITDA, and we expect closing to occur by the end of this year.

As a reminder, we have postponed our planned maintenance of our ethylene oxide and ethylene glycol units in Port Neches, Texas until the second half of 2017. This maintenance occurs once every four years and will last approximately two months, with a cash cost of less than $50 million. The EBITDA impact will depend on economics at that time, but we currently estimate it to be approximately $15 million.

We continue to make progress with the self-help measures we are undertaking in this business to improve earnings. We expect minimal restructuring costs as we are focused on business optimization, not capacity rationalization. While these measures won't be fully implemented until the end of 2017, we are already seeing a benefit. While this business will be affected in the fourth quarter by typical seasonality and the production outages which extended into the quarter, we expect that their impacts will be offset by the benefit of the self-help measures that have been put into place. As a result, we expect to see similar sequential earnings in this division in the fourth quarter.

Let's turn to slide number five. In the third quarter, our Advanced Materials division recorded adjusted EBITDA of $55 million, with an EBITDA margin of 22%. Sales volumes decreased primarily due to soft demand for lower-value resins in our coatings and construction markets. In addition, slowing demand for wind in China and competitive pressures in North America resulted in lower sales in our wind market. This was partially offset by continued strong growth in our high-value aerospace and electrical markets.

EBITDA was lower in our coatings and construction and wind markets, but improved in our aerospace and electrical markets. Continued focus on our higher-value markets, such as aerospace, resulted in overall improvement of 200 basis points in EBITDA margin. In the fourth quarter, we expect to see a normal seasonal slowdown in demand, however, improved earnings compared to the prior year.

Turning to slide number six. Our Textile Effects division recorded adjusted EBITDA of $17 million in the third quarter, an increase of $7 million over the prior year period. Sales volumes grew 5% compared to the prior-year period. We target key markets such as China, India, and Bangladesh to grow our business. These efforts continued to be successful for us as sales volumes in key markets grew 11% compared to the third quarter of the prior year, primarily due to strong demand in Bangladesh and India, while demand was nearly unchanged in China. The combination of our continued focus on higher value product ranges, lower raw material costs, and lower selling, general, and administrative costs led to increased EBITDA margins of 9% compared to 5% in the prior-year's period.

The return on net assets for the last 12 months for this business is 13%; a significant improvement from where this business was not long ago. We expect the fourth quarter adjusted EBITDA in Textile Effects to be similar to what it has been in the third quarter.

Let's turn to slide number seven. In our Pigments and Additives division, we earned $38 million of adjusted EBITDA in the third quarter, an improvement of $33 million versus the prior year period, predominantly in our TiO2 business. Our TiO2 business earned $22 million of adjusted EBITDA during the quarter, while the additives portion of our business earned $16 million.

Average selling prices for the division were up 3% sequentially on a local currency basis. We were particularly encouraged to see the average selling price for functional TiO2 improve 5% compared to the second quarter.

We've implemented two price increases through the end of the third quarter of this year and are implementing a third increase during the fourth quarter. In addition, earlier this week, we announced another price increase for implementation in the first quarter of 2017. These necessary price increases, along with the benefits from our restructuring efforts, position this division for success in delivering a long-term sustainable and profitable business.



| | |
|---|---|
| Company Name: Huntsman | Market Cap: 5,723.65 | Bloomberg Estimates - EPS |
| Company Ticker: HUN US | Current PX: 24.51 | Current Quarter: 0.412 |
| Date: 2016-10-28 | YTD Change($): +5.22 | Current Year: 2.756 |
| Event Description: Q3 2016 Earnings Call | YTD Change(%): +27.061 | Bloomberg Estimates - Sales |
| | | Current Quarter: 2123.333 |
| | | Current Year: 9173.154 |

Compared to the third quarter of last year, sales volumes were essentially flat for the division. However, TiO2 sales volumes increased 5% compared to the prior year period, with notable growth in Europe. In the fourth quarter, we expect to see the typical seasonal slowdown in demand and we therefore expect earnings to decrease on a sequential basis.

Before sharing some concluding thoughts, I'd like to turn a few minutes over to Kimo Esplin, our Chief Financial Officer.

## J. Kimo Esplin

Thanks, Peter. Let's go to slide eight. Our adjusted EBITDA decreased to $272 million in the third quarter of 2016 from $311 million in the prior year period. During the quarter, adjusted EBITDA was impacted by approximately $25 million from weather-related and other production outages in our Performance Products and Polyurethane businesses. Sales volumes were essentially flat, excluding the effect of the outages. Overall margins decreased by $36 million, primarily in MTBE, where the C-Factor was approximately half of what it was in the prior year and due to competitive market conditions in our Performance Products division.

However, we continue to see strong EBITDA growth in our MDI business and margin expansion in TiO2 as a result of the previously announced price increases. Compared to the prior quarter, our adjusted EBITDA decreased to $272 million from $325 million in the second quarter. Overall sales prices increased by 2% sequentially, primarily due to higher MDI and TiO2 prices. However, sales volume and contribution margins combined decreased $52 million.

Slide nine. This year we set a goal to generate more than $350 million of free cash flow. As of the end of the third quarter, we have exceeded that goal by producing $569 million of free cash flow year to date. It's worth noting that in the fourth quarter we expect inventory build in some of our businesses, such as in European MDI, in preparation for our first quarter scheduled maintenance of our Rotterdam facility, and, as we replenish inventories from our unplanned outages in Performance Products and Polyurethanes.

As we look forward to 2017, we expect to continue our strong free cash flow generation, most notably through growth in EBITDA, stable working capital, as well as lower capital expenditure and restructuring payments. We expect pension payments to increase in 2017 due to changes in the discount rates, primarily in Europe.

At the end of the quarter, we had liquidity of $1,247 million. This is an increase of $224 million from the end of 2015. On July 22, and again on September 30, we made early debt payments of $100 million, reducing our term loan B by $200 million during the third quarter.

Through the third quarter year-to-date, we have spent $290 million on capital expenditures and we have received approximately $28 million of capital reimbursements from our customers and joint venture partners. In 2016, we expect to spend approximately $450 million on capital expenditures before capital reimbursements from business partners, which are expected to be about $30 million.

We recently completed a capital planning review with senior managers of our business, and have reduced our planned capital expenditures to approximately $400 million in 2017 and expect capital reimbursements of approximately $20 million.

Our maintenance capital will be similar to that of 2016, or approximately $250 million. However, given the global economic backdrop, we have elected to trim certain discretionary growth projects. We expect our annual depreciation and amortization rate to be approximately $435 million in 2016, and approximately $450 million in 2017.

During the third quarter this year, we recorded an income tax benefit of $1 million and paid $8 million in cash for income taxes. Our MTBE earnings are taxed at the U.S. statutory rate of 35%. Variability in our MTBE earnings has a meaningful impact on our adjusted effective tax rate. The combination of significantly lower MTBE earnings, weather-related and other production outages in the U.S. and higher earnings in countries with valuation allowances, resulted in an usually low effective tax rate of 14% in the third quarter of 2016.

Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

We expect our 2016 and 2017 adjusted effective tax rate to be in the range of 25% to 30%. We expect our long-term adjusted effective tax rate to be approximately 30%. Peter?

## Peter R. Huntsman

Thank you, Kimo. Earlier this year, I outlined three objectives for our company. The first was to build on our core differentiated businesses. I'd summarize our third quarter operational performance as follows. We're seeing attractive earnings growth in MDI, margins for key business lines in Performance Products have stabilized, Advanced Materials and Textile Effects continue to operate at a steady and modestly improving pace, and TiO2 prices are improving. We've had some headwinds such as lower MTBE margins, as well as weather-related and other one-time production outages.

Our second objective was the delivery of more than $350 million of pre-dividend free cash flow for the entire year of 2016. To this end, we're generating substantial amounts of free cash flow, and are putting it to use by prepaying our debt. To-date, we've generated over $550 million of free cash flow, made debt payments of more than $250 million, including $200 million which were early pre-payments, and strengthened our balance sheet.

Our third objective is the separation of our Pigments and Additives division.

Let's turn to slide number 10. Earlier today, we filed an initial Form 10 registration statement with the U.S. Securities and Exchange Commission. The filing represents an important step in the progression towards the separation. The filing contains useful information and answers many questions that you've been asking. Additional information such as the company name, capitalization, additional pro forma information and other matters will be provided in subsequent amendments to the Form 10.

Within the filing this morning, we indicated that we intend to spin the combination of our Pigments and Additives and Textile Effects businesses, which we referred to as SpinCo. An overview of these businesses is provided in the filing along with industry and market information, strengths of the business and an outline of strategy.

Historical carve-out financials are provided, and although these are compliant with accounting requirements, to be candid, they don't provide the full insight, full view of the business. In certain cases, our Pigments and Additives and Textile Effects businesses operated within legal entities, which include businesses that will not be part of SpinCo.

While we have made an attempt to pro forma these legal entities' adjustments within the filing, there are additional pro forma adjustments that will be made in future amendments such as corporate overhead cost and interest expense.

SpinCo is incorporated in the U.S. and its principal executive offices are expected to be in the UK. We plan to have SpinCo shares listed on the New York Stock Exchange. We have previously indicated our intent to retain as much as 40% of the economic interest in SpinCo, in large part to capture the appreciation in value associated with an improving titanium dioxide cycle.

We intend to use amortization of our economic interest to repay debt. In order for the spin-off to be tax free, we will not retain more than 19.9% of the voting power. We will determine our retained ownership following receipt of a private letter ruling sanctioning the tax-free nature of the spin-off. Certain board members and executive managers are also identified in the Form 10. Subject to market conditions, we plan to separate in the first half of 2017.

Let's turn to slide number 11. We provided an update profile of what SpinCo and pro forma Huntsman will look like. Both companies will be industry leaders in their respective areas of operation, with a diversified geographic business footprint. I think we'll have two great companies that shareholders can invest in.

Slide number 12. It's our belief that the cyclicality of titanium dioxide caused an undervaluation of Huntsman Corporation shares. We think the separation will allow equity markets to value our businesses more fairly and lead the higher independent valuation multiples of the different businesses. The separation creates two separate industry-leading businesses that will enable enhanced focus, resource allocation, and flexibility to pursue separate strategies and talent alignment.



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

Our goal with the spin-off is to create a Huntsman-type company. We won't overburden it with debt or abnormal environmental liabilities or other items that may jeopardize shareholder value. Ultimately, we think both companies will represent attractive investments, and the separation will unlock shareholder value.

With that, I'll turn the call back over to Kurt.

## Kurt D. Ogden

Thanks, Peter. Jennada, will you explain the procedure for Q&A and then open the line for questions, please?

# Q&A

## Operator

Thank you. [Operator Instructions] And your first question comes from the line of Laurence Alexander with Jefferies. Please proceed.

**<Q - Laurence Alexander>**: Good morning.

**<A - Peter R. Huntsman>**: Good morning.

**<Q - Laurence Alexander>**: Two questions. One, can you flesh out a little bit on how you see the pension costs possibly shifting in 2017, 2018? And it sounds as if the pension will be retained at the Huntsman level. Is that correct?

**<A - J. Kimo Esplin>**: Well, you mean, Laurence, in terms of the spin?

**<Q - Laurence Alexander>**: Right. Yes.

**<A - J. Kimo Esplin>**: The spin companies carry with them the pensions associated with the businesses that are being spun. So, and to your first question around where we think pension contributions will go, of course, we haven't got through the actuary process yet. So we don't have specific numbers, but obviously interest rates have fallen in the last year in Europe, where most of our liabilities sit. And so we would expect that the required contribution would go up. This year, I think our pension contribution is about $90 million. My guess is that it'll be up significantly. I mean it could be 30%, 40% increase.

**<Q - Laurence Alexander>**: Okay. And then for the volume swing in Polyurethanes, can you disaggregate that somewhat between the MDI component and the balance of the business?

**<A - Peter R. Huntsman>**: When you say MDI components and the balance of the business, the...

**<Q - Laurence Alexander>**: The polyurethanes component within the poly – the pure polyurethanes business within Polyurethanes as opposed to MTBE volumes or any other swings?

**<A - Peter R. Huntsman>**: Yeah. Well, okay. We'll have to look at that. But if I just look at the MTBE in general, we did see a 5% growth over the prior year. And again, 8% of that growth was in the Americas, 6% of that was in Europe, and Asia was essentially flat. And so, as we look within that number, we did see a slowdown in the appliances, but that was mostly because that's typically a lower margin for us. Our automotive, composite wood, and our construction and insulation were all very strong year-over-year.

**<A - J. Kimo Esplin>**: That was MDI, Peter was quoting.

**<Q - Laurence Alexander>**: Yes. Okay. Perfect. Okay. Thank you.

## Operator

Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

Your next question comes from the line of Robert Koort with Goldman Sachs. Please proceed.

**<Q - Robert Andrew Koort>**: Thanks. Good morning.

**<A - J. Kimo Esplin>**: Good morning, Bob.

**<Q - Robert Andrew Koort>**: I wanted to talk maybe sort of the strategy on the spin-outs. I guess I recognize the massive volatility in TiO2 maybe distracts from shareholders looking at the value of the core business, but you're still going to have the ethylene and MTBE components in there. Is there something you can do to moderate the cyclicality of those businesses so that it doesn't impair the valuation you might get on your higher-performing businesses?

**<A - Peter R. Huntsman>**: I think on the ethylene part, we're consuming over 1 billion pounds of ethylene as a company, in ethylene oxide and in other ethylene derivatives, and of course we consume a great deal of propylene as well, Bob. So, we are going to be subject to the cyclicality of those raw material costs one way or the other. The ethylene production that we have internally is about 400 million pounds of that billion-plus pounds of consumption that we have. It's low-cost production, ethane-fed production, and I think should that ever not be profitable to us, we certainly can shut that smaller unit down, as we have in years past. But while it continues to generate margin uplift and improvement for us, we'll continue to operate that facility. I don't see that really as a massive flywheel on the overall cyclicality and profitability of the company.

On the MTBE side, if there was some way that you could look at MTBE, it's just a stand-alone facility that was out from the rest of our portfolio. I think that we probably would have some more options there. But, Bob, as you know, that's a facility that produces MTBE as a by-product of propylene oxide. And I think we've tried to be, particularly starting about a year ago, as transparent as we could, educating investors as to what are the components of volatility there and what drives the MTBE markets.

As tough as MTBE looks, as we look at this on a combined propylene oxide MTBE sort of a basis, I expect this year that our EBITDA margins in that PO/MTBE combined business is going to be around somewhere in the mid-teens of an EBITDA to sales. So, as we look at that I would just remind you that when we look at MTBE, if you take that and you put it in with the propylene oxide, the downstream advantage that propylene oxide adds to the Polyurethanes business, I think it probably doesn't provide quite the volatility that it would appear when you break it out. But, nevertheless, as you compare it to where we were a year ago, it is a volatile component of our earnings.

**<Q - Robert Andrew Koort>**: And then, Peter, if I might follow up. I don't believe I heard on MDI you talk about the opportunistic margins you might be making in the short run from some competitor problems. Is that just being diplomatic, or is that something you guys won't realize from a short-term basis?

**<A - Peter R. Huntsman>**: I think that we've realized some short-term basis on – particularly on the Asian side of the business. But, as we've said, most of our growth and earnings in Asia have come about through our downstream specialty side of the business. We're trying to take as much as the component – the more commoditized end of our Asian MDI business and shifting that over to the more specialty side of the business. So, I'm not sure that we've seen a huge uplift because of various outages that have occurred in the industry and I would expect some of those benefits to moderate, perhaps, in the fourth quarter and first quarter over the course of the next couple of months here.

**<A - J. Kimo Esplin>**: Bob, as it relates to an outage in Asia by one of our competitors, you remember that our Asian facility is running full out, and so when we look at year-over-year volumes in Asia, we were actually down a little bit. So we weren't grabbing market share because of that outage. Certainly, polymeric MDI margins did rise year-over-year because of that outage and other reasons. But, it wasn't a volume drill in Asia for us. We didn't grab market share.

**<Q - Robert Andrew Koort>**: Got it. Thanks very much.

**<A - Peter R. Huntsman>**: Thank you, Bob.

## Operator

Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

Your next question comes from the line of John Roberts with UBS. Please proceed.

**<Q - John Roberts>**: Thanks and congrats, Kurt, on the new CFO role.

**<A - Kurt D. Ogden>**: Thanks, John. I look forward to working with the talented people at Pigments and Additives and Textile Effects more closely.

**<A - Peter R. Huntsman>**: He's already harder to live with.

**<Q - John Roberts>**: And Peter, you're named on the board, are you Chairman of the SpinCo?

**<A - Peter R. Huntsman>**: Subject to some final decisions and so forth, at this point that will be – that is our plan going forward.

**<Q - John Roberts>**: Okay. And then there's some language about being able to exchange the retained SpinCo stock for debt. Could you maybe elaborate a little bit on that?

**<A - J. Kimo Esplin>**: That is just the – I think you've seen it, where there is a equity for debt exchange structure that can be used on a tax-free basis, within a certain time period of the spin, and we will have the option to avail ourselves of that opportunity.

**<Q - John Roberts>**: Okay. Thank you.

## Operator

Your next question comes from the line of Frank Mitsch with Wells Fargo Securities. Please proceed.

**<Q - Frank J. Mitsch>**: Good morning, gentlemen, and let me also echo my congrats to Mr. Ogden. But also in his new role, let me go ahead and ask a question. In the slides, you're looking at a normalized EBITDA level I think of $500 million, of which 80% is going to be Pigments and Additives. So $400 million. What would be your estimation as to when you could reach normalized levels in that business? Obviously, TiO2 is churning upwards. So I was just curious as to what sort of timeframe folks might want to think about there.

**<A - Kurt D. Ogden>**: First of all, thanks, Frank, for the kind words. I think that as you have heard from us in the past, we won't put a time line on when we expect to reach that normalization. Of course, there are a number of variables that will feed into our ability to hit that historical normalized profitability. That said, with the rise in TiO2 prices that is going to be the primary driver, which lifts this business to that. And so it'll be conditioned on the market environment that we find for particularly titanium dioxide. And so to the extent that that continues to be strong, as we have seen here over the last few quarters, then we would expect to get there sooner rather than later, but no specific time horizon.

**<A - J. Kimo Esplin>**: If I can just add as the old CFO to those comments, what's interesting, Frank, and we've pointed it out over the quarters that that normalized EBITDA that we're showing is really based on an industry utilization rate of the mid-80%s, which we're at right now. So, it isn't predicated on getting back to some sort of utilization rate threshold. We are already at that normalized utilization rate level today. It is really a question of how quickly will prices rebound over the next few years.

**<A - Peter R. Huntsman>**: And as the old CEO and as perhaps the incoming Chairman, again, I think that when we talk about that bridge as to where we are today and where we're going, if you just look at it on a functional TiO2 basis, kind of if you assume that we're kind of running today on this annualized run rate of around $160 million, if you look at that uplift, you need about $500 a ton.

And I would just remind you that if we went back to first quarter of last year, which were pretty bad prices for TiO2, on average, globally. If we go back to where we were the first quarter of last year, you are half way there from where we are today, halfway there from where we are today. So, I don't think, we are trying to be very realistic here. We're not saying that we need to go back to where we were a few years ago, anything close to what record peaks were. I do think that it's quite realistic and when you look at the pricing momentum that we've seen on average across the company over



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

the last couple of quarters, we've seen a better than $200 per ton increase that we've realized just in the last two quarters.

**<Q - Frank J. Mitsch>**: All right. Terrific. That's very helpful, and I know that Kurt is going to say a lot more when he is just reporting to Simon, so I look forward to that. And if I could just follow up on the MDI outage question. Peter, you mentioned that you are not seeing a ton of benefit in Q4, but is there a chance that as contracts reset in Q1 that that could be a source of upside for you based on expectations of how long the outages will last on MDI?

**<A - Peter R. Huntsman>**: You're talking about particularly in Asia?

**<Q - Frank J. Mitsch>**: Yeah, Asia and Europe. Yes.

**<A - Peter R. Huntsman>**: Yeah. I would think that it might, but I'm not really counting on it. I'm counting more on the continued growth of our downstream differentiated to 70% of our business that drives on improvement of economics in margins because of its – the value that delivers to the customers. That's not to say that we're not going to push as aggressively as we can for margin expansion in the component side of the business, but it is a smaller, volumetrically it is a much smaller end of our business on the MDI side. But, yes, we'll try to take as much as we possibly can.

**<Q - Frank J. Mitsch>**: All right. Terrific. Thank you.

**<A - Peter R. Huntsman>**: Thank you.

## Operator

Your next question comes from the line of James Sheehan with SunTrust Robinson Humphrey. Please proceed.

**<Q - James M. Sheehan>**: Morning. Want to talk about your very positive working capital investment. That's very impressive here. I was just wondering if you could break that out between TiO2 versus Polyurethanes or Performance Products. How much of that is repeatable with that sort of execution, especially after TiO2 is separated?

**<A - Peter R. Huntsman>**: Well, we continue to have initiatives in all areas of our business to reduce the supply chain. So, we will see incremental benefits, I think, over the next few years. I think we've made a pretty big step change here, and I wouldn't expect that in 2017 you'd see this sort of working capital improvement unless you see raw materials continue to fall. I would expect that we will have a fairly flat working capital view for 2017, again, assuming that energy prices stay at the levels they are today.

**<Q - James M. Sheehan>**: Okay. Great. And, Peter, given your comments on Polyurethane benefits you're seeing from outages maybe falling off over the next couple of months, what chance do you see of full-year 2016 EBITDA getting back to 2015 levels, if any?

**<A - Peter R. Huntsman>**: For MDI?

**<Q - James M. Sheehan>**: No. The entire business.

**<A - Peter R. Huntsman>**: For the entire Polyurethanes business?

**<Q - James M. Sheehan>**: Your total Huntsman EBITDA looks like it may be falling short of 2015 levels at this rate. What is your view as to how much lower 2016 EBITDA will be versus 2015 right now?

**<A - Peter R. Huntsman>**: I'd be giving a very specific number in the fourth quarter on guidance, and given the volatility, particularly around MTBE, I'd be reluctant to do that. But I think as we look at our fourth quarter, MTBE is the variable there. I think that we're expecting, as I tried to give division-by-division guidance of flat to perhaps seasonally down in some of the divisions and so forth, I think that on a relative basis on the typical seasonality of our MDI business, I think it's going to be stronger than we seasonally would see. But nevertheless we will see a seasonal impact on most of our businesses.



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

**<Q - James M. Sheehan>**: Terrific. And on TiO2 pricing, it looks like you're continuing to push for more here. Given some of the comments of your downstream coatings producers, it looks like demand is fairly muted there. What are the prospects for getting higher price in that type of environment?

**<A - Peter R. Huntsman>**: Again, I think we went over some of these same sort of concerns the last conference call when people were questioning if we'd be able to get any price increase when some of the largest TiO2 consumers were saying that they weren't seeing price increases, nor were they accepting any price increases, and I think we said last conference that every one of our customers were going to be going up.

I think that as we see the needed economics in the TiO2 industry, the needed improvement of margins and cash flow generation, we also see the pressures of raw materials and ores that have gone up in the third and fourth quarter time period. I think that the environment is such that we are going to continue to push very hard to have margin recovery take place. I'm quite pleased with what we've seen in the last two quarters of price increases, but as I look at our average selling price globally in the third quarter, it's exactly where we were in the third quarter of last year, which were pretty tough – well, very tough market conditions for us.

Now, our business has improved on an annualized basis by nearly $130 million, $140 million third quarter last year versus third quarter this year. A little bit of that's growth, a little bit of that's mix, but mostly all of that is due to the cost cutting that we've implemented. So when we look at the cost – or, excuse me, the price – the selling price of TiO2 and the margin of TiO2, it still has quite a ways to go until we see any sort of margin that I think we would call anything close to normalized, or even justifiable for reinvestment back in that industry. So, again, happy with where we've been, but, we've still got quite a ways to go.

**<A - J. Kimo Esplin>**: Jim, maybe I can give you some near term guidance relative to TiO2 pricing. I think the coverage of coatings tends to be a little bit U.S. centric and the TiO2 price increases have been pushed off to the first quarter in the U.S., but non-U.S. prices will rise in the fourth quarter, and they will be substantial. And of course, with our mix of business, with a big European business, expect prices to rise sequentially third quarter to fourth quarter without a U.S. price increase.

**<Q - James M. Sheehan>**: Appreciate the help guys. Thanks.

**<A - Peter R. Huntsman>**: Thanks.

## Operator

Your next question comes from the line of P.J. Juvekar with Citi. Please proceed.

**<Q - Eric B. Petrie>**: Hi. Good morning. This is Eric Petrie on for P.J.

**<A - Peter R. Huntsman>**: Hello.

**<Q - Eric B. Petrie>**: First question is on TiO2. Could you give us an update on Huntsmans' inventory days? And then second, you commented that raw material or pricing pressure is occurring in third quarter and fourth quarter. Is that across the spectrum? Or are you seeing more price inflation in chloride versus sulphate ore?

**<A - Peter R. Huntsman>**: Our inventories right now for Huntsman are – I would say that they're in the mid-40s, the number of days. The industry is probably in the mid-50s. When I say probably, there's no exact published data on that and frankly we don't track competitor inventories. So I'm just assuming that that's pretty typical with demand and so forth.

We are seeing across the board pressure taking place on the ore side, the largest – volumetrically, the largest ore we buy, ilmenite, we've seen that go from a $100 a ton and upwards of a $120 to a $140 a ton. On a contained basis, that ilmenite ore still is substantially more cost competitive to us than rutile or chloride slag or even sulphate slag. And I would also remind you that when we agree on a price, there's typically about a quarter if not two quarters of time until we've accepted that price to the time that cost actually hits our bottom line.



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

So, I think that we've got a pretty good supply chain of raw materials. I think we've got a very competitive supply chain of raw materials. And we have time to be able to, I believe, implement price increases to offset those rising raw material pressures.

**<A - J. Kimo Esplin>**: Just to put a dollar amount on that ilmenite increase, so that $100 to – whatever you said, Peter, $130 a ton to $140 a ton ilmenite price, that's roughly a $10 million annualized increase in our ore costs.

**<Q - Eric B. Petrie>**: Helpful. For my follow up, do you expect overall MDI demand growth to slow following weakness noted by auto OEMs and appliance manufacturers, or are you tilting your portfolio to more specialty and consumer end markets to offset that?

**<A - Peter R. Huntsman>**: As I look at our year-on-year improvement, a lot of what we're doing is – the biggest area of growth that we're actually seeing globally in the automotive area for MDI is – the biggest area of growth on a percentage basis is Asia. And so as you think of the Asian consumer buying a more quality oriented car, a higher valued car, typically you're going to see a higher valued automobile, a better automobile, if you will, using MDI rather than TDI applications. And so, we've seen double-digit demand growth in our Asian auto sector over the prior year; seeing strong single digit growth in Europe and we've seen a decrease in the Americas. So, you're right. In the U.S., we're seeing a decline in demand from a year earlier in the automotive area, but I think when you take the global picture of year-over-year automotive demand for MDI, we're up about 8% or so.

**<Q - Eric B. Petrie>**: Thank you.

## Operator

Your next question comes from the line of Hassan Ahmed with Alembic Global. Please proceed.

**<Q - Hassan I. Ahmed>**: Good morning, Peter.

**<A - Peter R. Huntsman>**: Good morning, Hassan.

**<Q - Hassan I. Ahmed>**: Peter, I wanted to revisit the ilmenite ore pricing dynamics. You obviously talked about pricing moving up to $130 a ton, $140 a ton from $100 a ton. Now, as I sit there and look at some of the announcements coming out of China, in particular the Chinese have come out and said that they're looking for aggressive steel production cuts. In line with that, obviously, iron ore production is going to go down, which means magnetite production is going to go down. So it theory, that should imply that one could see significant ilmenite production cuts as well. Now, is there a fare on your part that despite a $30, $40 a ton price hike, if these production cuts do take hold, ilmenite could move significantly up, above and beyond the $30 to $40 we've already seen?

**<A - Peter R. Huntsman>**: I would think that there could be more upward pressure on ilmenite. Again, as you think about ilmenite, it has about half the contained TiO2 raw material in it as some of the other slags and raw materials. So when I talk about – when you talk about $130 per ton, you're talking like a $260 a ton competitive ore comparison to a $400, $450 sort of an ore. But, you're absolutely right. As you see demand for iron ore and the steel industry go down, you are going to see the amount of ilmenite ore, which is the byproduct of the iron ore, you'll see that tighten as well. But I would remind you that we source our ilmenite from Africa, from multiple continents and so forth, and I think in comparison to the other ores, ilmenite is going to continue to have a very much of a cost advantage to the other ores. And as I look at the inventory that is on hand, I look at the number of suppliers around the world of ilmenite ores versus chloride and various slags and so forth. I think that ilmenite is going to be the cost leader and the preferred raw material for some time to come.

**<Q - Hassan I. Ahmed>**: Very good.

**<A - J. Kimo Esplin>**: And I think, Hassan, just if I could add, I think ilmenite producers have been producing at below their marginal cost. It's been pretty tough market for them. And so they're getting really back to kind of a breakeven level. There is some – I don't think that this price pressure on ore is going to be unique to sulphate ilmenite



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call

Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061

Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

ores. I think there is an expectation out there in the marketplace that higher-grade ores for chloride will likely move up with TiO2 pricing.

**<Q - Hassan I. Ahmed>**: Understood. Now, sort of moving on to the TiO2 pricing side of things, you guys mentioned sequentially Q3 to Q4 you will see decent price gains in the non-U.S. markets. But what should we expect as far as the U.S. market goes? Should we expect sort of sequentially flattish pricing in the U.S.?

**<A - J. Kimo Esplin>**: Yes.

**<Q - Hassan I. Ahmed>**: Perfect. Perfect. Thank you so much, guys.

**<A - Peter R. Huntsman>**: Thank you.

## Operator

Your next question comes from the line of Kevin McCarthy with Vertical Research Partners. Please proceed.

**<Q - Kevin W. McCarthy>**: Yes. Good morning, gentlemen. Kimo, would you comment on any expected tax-related synergies or dis-synergies as you proceed with the spin domiciled in the UK, please?

**<A - J. Kimo Esplin>**: Sure. And welcome to the name, Kevin. It's good to have you back.

**<Q - Kevin W. McCarthy>**: Good to be back. Thank you.

**<A - J. Kimo Esplin>**: I think, from a spin standpoint notwithstanding, a domicile that will be UK based, we wouldn't expect any sort of inversion-type benefits with that transaction from a tax standpoint. The taxes in aggregate for the two businesses will look an awful lot like they do on a consolidated basis. Now, of course, there are NOLs associated with the countries that TiO2 manufactures in. And they will enjoy those benefits going forward just like they do today.

**<Q - Kevin W. McCarthy>**: Very good. And then second question if I may on cash flow. It looks like your CapEx is coming down. Maybe pension comes up a bit. I recognize it's early to comment on 2017. But as you look into the crystal ball, do you have reason to believe free cash flow would be materially better or worse were it not for the spin off, if I look at Huntsman stand-alone?

**<A - J. Kimo Esplin>**: Well, if you look at sort of Huntsman together as a consolidated entity relative to 2016, I think we're not going to have the same working capital benefits in 2017 that we had in 2016. But I think generally, you pick your EBITDA at $400 million of CapEx, I think we're going to have a lot less restructuring and little bit more pension. I think we're still going to have substantial free cash flow, but it won't be at the mid $500 million level that we're at today because of working capital.

**<Q - Kevin W. McCarthy>**: Understood. Thank you very much.

## Operator

Your next question comes from the line of Ivan Marcuse with KeyBanc Capital Markets. Please proceed.

**<Q - Ivan M. Marcuse>**: Hi. Most of my questions have been answered. Just have a couple of quick ones. And if I've missed this, I apologize. But where MTBE stands today, where does – in the fourth quarter, would be that a year-over-year headwind?

**<A - Peter R. Huntsman>**: I think that the – we'd see MTBE on a year-over-year basis would be south of where it was in the fourth quarter. I think on a sequential basis, again, if C-Factors remain where they are today, it would be a few million, singular million dollars worse in the fourth quarter than in the third quarter.

**<A - J. Kimo Esplin>**: Ivan, the comparison period, so fourth quarter 2015 MTBE made $5 million and, of course, Peter's referencing that negative $1 million into the third quarter.



Company Name: Huntsman
Company Ticker: HUN US
Date: 2016-10-28
Event Description: Q3 2016 Earnings Call
Market Cap: 5,723.65
Current PX: 24.51
YTD Change($): +5.22
YTD Change(%): +27.061
Bloomberg Estimates - EPS
Current Quarter: 0.412
Current Year: 2.756
Bloomberg Estimates - Sales
Current Quarter: 2123.333
Current Year: 9173.154

**<Q - Ivan M. Marcuse>**: Okay. Great. And then if you look at the, on the performance of the business that you sold at $24 million in EBITDA, is there any sort of seasonality to that or would that be pretty much flow through at a pretty equal level through the quarters? Will that be in discontinued operations in the fourth quarter?

**<A - J. Kimo Esplin>**: No. It won't be discontinued and it's a fairly stable business, not lots of seasonality other than the typical European December you usually see.

**<A - Peter R. Huntsman>**: August and December.

**<Q - Ivan M. Marcuse>**: And then with the $225 million, is there any tax leakage?

**<A - J. Kimo Esplin>**: A little bit. We should net $200 million after taxes and transaction costs.

**<Q - Ivan M. Marcuse>**: Okay. Great. Thanks for taking my questions.

**<A - Peter R. Huntsman>**: Operator, why don't we take one more question? I think we're coming up to the top of the hour.

## Operator

Your next question comes from the line of Roger Spitz with Bank of America. Please proceed.

**<Q - Roger Neil Spitz>**: Thank you very much and good morning. I know it's early days, but would SpinCo likely raise debt and give a dividend back to Huntsman Corp upon the spin and what might you think SpinCo leverage and ratings might be?

**<A - J. Kimo Esplin>**: We're just going through that process now, Roger, and so in the Form 10 we really didn't discuss the capital structure. That will come in the coming weeks from an amendment to that Form 10. But what we have said is it will be modestly capitalized and maybe the right way to think about it is roughly what Huntsman Corporation is today, so forth three-and-a-half times leverage. Maybe that's the way you ought to think about SpinCo.

So there will be some modest amount of debt: bonds and bank, and Huntsman Corporation will receive that dividend back. In addition, as we've mentioned, Roger, we will have a retained interest and we are asking the IRS for the opportunity to have a greater than a 20% retained interest in SpinCo upwards, as Peter said, of 40% and the use of proceeds as we divest of that retained interest will be used to continue to pay down debt at Huntsman Corporation. So there's really two means by which we will receive proceeds from SpinCo, both debt incurrence at SpinCo at the time of the spin and then subsequent sell down of our retained interest.

**<Q - Roger Neil Spitz>**: Thank you for that. And lastly, just the missing MTBE for Q2 2016 EBITDA.

**<A - J. Kimo Esplin>**: Q2 2016 MTBE EBITDA is $19 million.

**<Q - Roger Neil Spitz>**: Perfect. Thank you very much.

**<A - Peter R. Huntsman>**: Good talking to you, Roger.

## Kurt D. Ogden

Jennada, this is Kurt. We want to thank everybody for joining us on the call this morning, and to the extent that you have additional questions, please feel free to reach out to the Investor Relations team. Thanks, again.

## Operator

**Company Name:** Huntsman
**Company Ticker:** HUN US
**Date:** 2016-10-28
**Event Description:** Q3 2016 Earnings Call
**Market Cap:** 5,723.65
**Current PX:** 24.51
**YTD Change($):** +5.22
**YTD Change(%):** +27.061
**Bloomberg Estimates - EPS**
  **Current Quarter:** 0.412
  **Current Year:** 2.756
**Bloomberg Estimates - Sales**
  **Current Quarter:** 2123.333
  **Current Year:** 9173.154

Ladies and gentlemen, that concludes today's conference. Thank you for your participation. You may now disconnect. Have a great day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2019, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*