**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464<br><br>Judge Charles R. Eskridge III |

**CORRECTED EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

On February 18, 2020, Defendants filed their Motion to Dismiss the Consolidated Class Action Complaint. (Dkt. No. 58.) Twenty-two exhibits accompanied the motion. (Dkt. No. 58-1.) Defendants recently noticed that because of a formatting error, three of those exhibits—Exhibits 19, 20, and 21—inadvertently cut off some of the text on the exhibits' pages. (*See id.* at 329-92.)   Defendants hereby submit corrected versions of Exhibits 19-21 that include all of the text. Defendants will deliver to chambers a replacement courtesy copy of their motion to dismiss that includes the corrected exhibits.

Dated:  March 11, 2020                    Respectfully Submitted,

                                          */s/ Craig Smyser*
                                          Craig Smyser
                                          Attorney-in-Charge
                                          Texas Bar No. 18777575
                                          Southern District Bar No. 848
                                          Razvan Ungureanu
                                          Texas Bar No. 24085630
                                          Southern District Bar No. 2006928
                                          Eugene Zilberman

953910.1

Texas Bar No. 24110577
Southern District Bar No. 3337101
SMYSER KAPLAN VESELKA, LLP
717 Texas Avenue, Suie 2800
Houston, Texas  77002
Tel: (713) 221-2330
Fax: (713) 221-2320
csmyser@skv.com
rungureanu@skv.com
ezilberman@skv.com

Richard C. Pepperman II (admitted *pro hac vice*)
Andrew J. Finn (admitted *pro hac vice*)
Elizabeth A. Rose (admitted *pro hac vice*)
Elizabeth V. Young (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com
finna@sullcrom.com
rosee@sullcrom.com
younge@sullcrom.com

*Attorneys for Defendants Venator Materials PLC,
Simon Turner, Kurt D. Ogden, Stephen Ibbotson,
Russ R. Stolle, Peter R. Huntsman, Douglas D.
Anderson, Mahomed Maiter, and Kathy D.
Patrick*


*/s/ R. Thaddeus Behrens*
R. Thaddeus Behrens
Attorney-in-Charge
Texas Bar No. 24029440
Southern District Bar No. 916015
Daniel H. Gold*
Texas Bar No. 24053230
Southern District Bar No. 2707300
Matthew A. McGee*
Texas Bar No. 24062527
Southern District Bar No. 3471193
William D. Marsh*
Texas Bar No. 24092762

953910.1

Southern District Bar No. 3352950
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Tel: (214) 651-5668
Fax: (214) 200-0886
thad.behrens@haynesboone.com
daniel.gold@haynesboone.com
matt.mcgee@haynesboone.com
william.marsh@haynesboone.com
*Of Counsel

*Attorneys for Defendants Huntsman Corporation, Huntsman International LLC, and Huntsman (Holdings) Netherlands B.V.*

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Attorney-in-Charge
Texas Bar No. 20039200 #27831
TILLOTSON LAW
1807 Ross Avenue, Suite 325
Dallas, Texas  75201
Tel: (214) 382-3041
Fax: (214) 292-6564
jtillotson@tillotsonlaw.com

Audra J. Soloway (admitted *pro hac vice*)
Geoffrey R. Chepiga (admitted *pro hac vice*)
Caitlin Grusauskas (admitted *pro hac vice*)
David P. Friedman (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Tel: (212) 373-3573
Fax: (212) 492-0573
asoloway@paulweiss.com
gchepiga@paulweiss.com
cgrusauskas@paulweiss.com
dfriedman@paulweiss.com

*Attorneys for Defendants Citigroup Global Markets Inc., Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and J.P. Morgan Securities LLC*

953910.1

## CERTIFICATE OF SERVICE

I certify that on March 11, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

*/s/ Craig Smyser*
Craig Smyser

953910.1