# Corrected - Exhibit 19

# VENATOR

# UBS Global Chemicals & Paper and Packaging Conference

September 6, 2017

# General Disclosure



This presentation includes "forward-looking statements" within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S. Securities Exchange Act of 1934, as amended. These forward-looking statements include statements concerning our plans, objectives, goals, strategies, future events, future revenue or performance, capital expenditures, financing needs, plans or intentions relating to acquisitions, business trends and other information that is not historical information. When used in this presentation, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could" or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data, are based upon our current expectations of future events and various assumptions which may not be realized or accurate. Our expectations, beliefs and projections are expressed in good faith, and we believe there is a reasonable basis for them. However, there can be no assurance that management's expectations, beliefs and projections will be achieved. We undertake no obligation to update or revise forward-looking statements which may be made to reflect events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in this presentation. Such risks, uncertainties and other important factors include, among others: future global economic conditions, changes in raw material and energy prices, access to capital markets, industry production capacity and operating rates, the supply demand balance for our products and that of competing products, pricing pressures, technological developments, changes in government regulations, geopolitical events and other risk factors as discussed in our prospectus filed pursuant to Rule 424(b)(4) on August 4, 2017.

This presentation contains financial measures that are not in accordance with generally accepted accounting principles in the U.S. ("GAAP"), including EBITDA, adjusted EBITDA, adjusted EBITDA margin, pro forma adjusted EBITDA, pro forma adjusted EBITDA and certain ratios and other metrics derived therefrom. We have provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures in the Appendix to this presentation.

# Venator Snapshot



| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm)[1] | $2,122 |
| Pro forma adj. EBITDA (mm)[2] | $331 |
| *% margin* | *16%* |

## Segment

### Titanium Dioxide

| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm) | $1,535 |
| Pro forma adj. EBITDA (mm) | $196 |
| *% margin* | *13%* |

### Performance Additives

| | 2Q17 LTM |
|---|---|
| Pro forma revenue (mm) | $587 |
| Pro forma adj. EBITDA (mm) | $71 |
| *% margin* | *12%* |

## End Markets

**Titanium Dioxide:**
- Plastics 30%
- Architectural Coatings 28%
- Industrial Coatings 15%
- Inks 9%
- Personal Care, Food, Pharmaceuticals & Active Materials 8%
- Fibers & Films 7%
- Other 3%

**Performance Additives:**
- Construction 44%
- Plastics 15%
- Architectural Coatings 15%
- Industrial Coatings 10%
- Other 6%
- Personal Care, Food, Pharmaceuticals & Active Materials 6%
- Agriculture & Water 4%

## Key Customers

**Titanium Dioxide:** Ampacet, A. Schulman, BASF, CLARIANT, JOTUN, AkzoNobel, PolyOne, Flint Group, SunChemical

**Performance Additives:** AkzoNobel, SAKAI CHEMICAL INDUSTRY CO., LTD., LONZA, BASF, PPG, SOLVAY, KOPPERS, CRH

Note: See Appendix for a reconciliation of pro forma Adj. EBITDA.
(1) Excludes revenue from other businesses and entities not included in the separation of Venator from Huntsman; (2) Titanium Dioxide segment Adjusted EBITDA and Performance Additives segment Adjusted EBITDA adjusted to include estimated corporate overhead for standalone public company of $35 million, pro forma for unrealized $84 million benefit from business improvement program, and excludes 1Q17 impact from Pori fire of $15 million.

# $90 Million EBITDA Improvement Program



## Expected Run-rate Improvement

$ in millions



## Expected Annual EBITDA Capture

$ in millions



## Business Improvement Program

▶ **Incremental to 2016 EBITDA**

▶ **Realized $6 million of cost savings in 2Q17. Full run-rate expected to be captured by 1Q19**

▶ **Benefits derived equally from three primary activities**

  – Volume improvement in modest growth environment

  – Optimization of manufacturing footprint

  – Reduction in fixed costs

▶ **Total estimated cash restructuring costs of ~$90 million**

Source: Management estimates.

## Highlighted Activities

▶ **Facility rationalization underway**

  – Calais, France (TiO$_2$ white end) – In process

  – Umbogintwini, South Africa (TiO$_2$) – Already closed

  – St. Louis, MO (color pigments / additives) – In process

▶ **Leverage position in higher value markets**

▶ **Launch of new TiO$_2$ products**

# Consolidation of Leading TiO$_2$ Players and Recent Independence





**New Attributes of Leaders**

▶ Larger players

▶ Greater transparency

▶ Accountable to public company shareholders

▶ Independently managed and focused on TiO$_2$

▶ Chinese consolidation

~62%[1]

Source: TZMI, company presentations and filings.
(1)　Represents percent of global TiO$_2$ nameplate production capacity

# Titanium Dioxide
## Segment overview



## End Markets

2Q17 LTM Revenues  Source: Management Estimates



- Personal Care, Food, Pharmaceuticals & Active Materials 8%
- Inks 9%
- Agriculture & Water 2%
- Other 1%
- Architectural Coatings 28%
- Industrial Coatings 15%
- Fibers & Films 7%
- Plastics 30%
- Consumer 49%

## Revenues

2Q17 LTM Revenues




- Rest of World 14%
- US & Canada 17%
- Europe 47%
- Asia Pacific 22%

## 2Q17 LTM

Pro Forma Revenues
**$1.5**
billion

Pro Forma Adjusted EBITDA
**$196**
million

## TiO$_2$ Capacity

2016 Nameplate Capacity; Excludes VNTR South African facility

- Chemours 17%
- Others 38%
- Cristal 12%
- **VENATOR 11%**
- Tronox 6%
- Kronos 8%
- Lomon Billions 8%

## Segment Adjusted EBITDA History

$ in millions  — Adj. EBITDA Margin



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $306 | $699 | $449 | $117 | $134 | ($8) | $61 | $196 |
| 17% | 30% | 22% | 6% | 7% | N/A | 4% | 13% |
| 2010(1) | 2011(1) | 2012(1) | 2013(1) | 2014(1) | 2015 | 2016 | 2Q17 LTM |



COATINGS



INKS



(1) Adjusted to include the Oct. 1, 2014 acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period, based upon their management's representation; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

# Price Recovery in Early Innings
## Positive momentum expected to continue



### Quarterly Pricing ($/tonne)



### Venator Realized TiO₂ Price Increases per MT[1]

### Commentary

▶ TiO$_2$ prices steadily improved during 2016

▶ Third party independent consultants such as TZMI forecast TiO$_2$ prices will continue to improve in 2017

▶ 3Q17 announced price increases

   – Expected capture of one-half to three-quarters

   – Europe and Rest of World $250 per tonne

   – North America $.08 per pound

▶ TiO2 prices are still well-below long-term cyclical peaks

(1)    Local currencies per MT
Source: TZMI, management estimates.

7

# Market Leader in High-Value Specialty TiO$_2$



**Venator has more than half of its sales in high value TiO$_2$ categories**

*Segment size shown as percentage of total global TiO$_2$ demand*

Venator Focus

Price

| Legend: | Low Quality | Functional | Differentiated | Specialities |
|---|---|---|---|---|
| **% Total global TiO$_2$ industry demand** | 17% | 42% | 32% | 9% |
| **% Venator TiO$_2$ sales** | 0% | 49% | 30% | 21% |

1,000    2,000    3,000    4,000    5,000    6,000
Estimated World Demand (kmt)

**Indicative EBITDA margins**    *1x*    *2x*    *3x+*

**Applications**
- ▶ Functional coatings (architectural)
- ▶ Functional plastics
- ▶ Paper

- ▶ Industrial coatings
- ▶ Performance plastics
- ▶ Differentiated Inks

- ▶ Catalysts
- ▶ Food
- ▶ Pharma & Cosmetics
- ▶ Fibers & Films
- ▶ Solar
- ▶ Speciality Inks

Source: Management estimates.

8

# Global TiO$_2$ Operating Rate Outlook

Improving utilization rates through gradual demand improvement





**Global TiO$_2$ Effective Operating Rate Outlook**

- ▶ Western producers operating at ~95%+ utilization rates, while Chinese operating rates continue to improve
- ▶ No new capacity expected:
  - – Neither greenfield nor brownfield economics are supported by current TiO$_2$ prices
  - – Significant time for plants to come online (3-4 years)
- ▶ Differential between Western and Chinese product quality now transparent to all customers and producers
- ▶ Customers have moved beyond thrifting / substitution

Source: TZMI, management estimates.

9

# Sulfate Production to Benefit from Sustained Sulfate Ore Advantage



## Principal Feedstock Types

| | Sulfate | Chloride |
|---|---|---|
| Feedstock | Ilmenite | Chloride Slag |
| Capital Intensity | Low | High |
| Energy Usage | Low | High |
| Number of Producers | >20 | <5 |
| Largest Producer Share | <15% | ~70% |

Favorable market structure for sulfate ores

### Sulfate Ore Prices Advantaged and Less Volatile



(TiO$_2$ Ore Prices, $/MT)

Primary Sulfate Feedstock

— Rutile (95% content)    — Chloride Slag (85% content)
— Sulfate Slag (79% content)    — Ilmenite (52% content)

Source: TZMI, management estimates.

# Performance Additives
## Segment overview



---

### End Markets

2Q17 LTM Revenues                                    Source: Management Estimates

- Architectural Coatings 15%
- Industrial Coatings 10%
- Construction 44%
- Plastics 15%
- Personal Care, Food, Pharmaceuticals & Active Materials 6%
- Agriculture & Water 4%
- Other 6%

Consumer 25%

### Segment Revenues

2Q17 LTM Revenues

- Rest of World 3%
- Europe 32%
- Asia Pacific 16%
- US & Canada 49%

### 2Q17 LTM

**Segment Revenues**
**$0.6** billion

**Segment Adjusted EBITDA**
**$71** million

CONSTRUCTION

COATINGS

---

### Segment Adjusted EBITDA History

$ in millions

■ Segment Adj. EBITDA      ── Segment Adj. EBITDA Margin

| 2010[1] | 2011[1] | 2012[1] | 2013[1] | 2014[1] | 2015 | 2016 | 2Q17 LTM |
|---|---|---|---|---|---|---|---|
| $103 | $119 | $89 | $98 | $91 | $69 | $69 | $71 |
| 15% | 16% | 13% | 15% | 14% | 12% | 12% | 12% |

(1) Adjusted to include the Oct. 1, 2014 acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period, based upon their management's representation; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

11

# Performance Additives
## Product overview



| '16 EBITDA % split | Product | Characteristics & Uses | Competition | Benefit |
|---|---|---|---|---|
| **Functional Additives** *27%* | Barium and Zinc Additives | ▶ Fillers that enhance the gloss and flow of paints and the mechanical properties of plastics<br>▶ Specialty soft white pigments | SOLVAY<br>SAKAI CHEMICAL<br>20 MICRONS | ▶ Strong EBITDA margins<br>▶ Complementary and common process technology<br>▶ Similar customer base to $TiO_2$ |
| **Color Pigments** *35%* | Iron Oxides | ▶ Highly durable red, yellow, black and tan pigments<br>▶ Colorants for paint, plastics and concrete | LANXESS<br>CATHAY PIGMENTS GROUP<br>FERRO<br>BASF The Chemical Company | ▶ High cash conversion margins<br>▶ Good geographic balance<br>▶ Similar customer base to $TiO_2$<br>▶ Common process technology |
| | Ultramarines | ▶ Unique blue-shade pigments<br>▶ Violet and pink variants | | |
| | Specialty Inorganics Chemicals | ▶ Weather-resistant, chemically stable pigments<br>▶ Distinct color shades | | |
| | Driers | ▶ Controls the drying rate of a paint or ink | | |
| **Timber and Water Treatment** *38%* | Residential construction (ACQ, ECOLIFE™ and Copper Azole) | ▶ Protects wood from decay and fungal or insect attack | Lonza<br>KOPPERS<br>Kemira<br>FERALCO Averya group | ▶ Limited number of major competitors<br>▶ Stable demand profile<br>▶ High cash conversion |
| | Industrial construction (Chromated Copper Arsenate) | ▶ Prolongs service life of wood | | |
| | Polyaluminium chloride based flocculants | ▶ Clarifies water by promoting the sedimentation of particles | | |

Source: Company filings

12

# Capitalization and Liquidity
As of June 30, 2017



| ($ in millions) | Historical | As Adjusted | Pro Forma | Commentary |
|---|---|---|---|---|
| Cash and Cash Equivalents | $35 | $70 | $105 | ▶ On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim |
| **Debt Outstanding** | | | | |
| Senior credit facilities[1] | $ - | $375 | $375 | ▶ Term Loan B due 2024 ▶ Pricing of L + 300bps ▶ 101 soft call for 6 months |
| Senior unsecured notes | - | 375 | 375 | ▶ Due 2025 ▶ Non-callable for 3 years ▶ 5.75% coupon |
| Debt to affiliates[2] | 894 | (894) | - | |
| Other debt[3] | 23 | - | 23 | |
| **Total debt[4]** | **$917** | **($144)** | **$773** | |
| **Net debt** | **882** | **(214)** | **668** | |
| **LTM Pro Forma Adj. EBITDA[5]** | **$331** | **$ -** | **$331** | |
| Net Debt / LTM Adj. EBITDA | 2.7x | (0.7x) | 2.0x | |
| Total Liquidity[6] | $35 | $300 | $335 | |

Note: See Appendix for a reconciliation of pro forma Adj. EBITDA
(1)    After giving effect to the Financings, our senior credit facilities consist of (a) a $375 million term loan facility, which is fully drawn, and (b) a $300 million ABL facility, which is currently undrawn
(2)    Represents intercompany debt owed to Huntsman, all of which was repaid, capitalized or otherwise eliminated prior to, or concurrently with, the closing of the Initial Public Offering in August 2017
(3)    Other debt includes capital leases primarily related to manufacturing facilities, including $10 million current portion of such capital leases
(4)    Excludes $9 million of unamortized debt issuance costs
(5)    Titanium Dioxide segment Adjusted EBITDA and Performance Additives segment Adjusted EBITDA, adjusted to include estimated corporate overhead for standalone public company of $35 million, unrealized $84 million benefit from business improvement program, and excludes 1Q17 impact from Pori fire of $15 million
(6)    Includes ~ $230 million of available ABL borrowing base as of August 31, 2017

13

# Historical Financial Performance





**Historical Adjusted EBITDA**

$ in millions

Adj. EBITDA Margin

| 2010PF[1],[2] | 2011PF[1],[2] | 2012PF[1],[2] | 2013PF[1],[2] | 2014PF[1],[2] | 2015PF[2] | 2016PF[2] | 2Q17 PF LTM[2] |
|---|---|---|---|---|---|---|---|
| $374 | $783 | $503 | $180 | $190 | $26 | $95 | $232 |
| 15% | 26% | 18% | 7% | 7% | 1% | 4% | 11% |

**Improved Annual Adj. EBITDA Trough Economics**

$ in millions

| 2015 "Trough" | Rockwood Synergies & Restructuring (2016) | Business Improvement Program (2017/2018) | Improved Annual "Trough" Economics |
|---|---|---|---|
| $26 | >$100 | $90 | >$215 |

Note: See Appendix for a reconciliation of pro forma Adj. EBITDA.

(1)    Adjusted to include the Oct. 1, 2014 acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

(2)    Adjusted to give pro forma effect as if the separation of Venator from Huntsman had occurred on January 1, 2010, including estimated corporate overhead for standalone public company of $35 million.

# 3 Year Financial Profile



## 2Q17 vs. 2Q14 – TiO$_2$ pricing down $360/t, EBITDA up $36mm



Operating Segments Adjusted EBITDA and Average Selling Price

15

# Why Venator?



| | |
|---|---|
| **Highly Correlated to TiO$_2$ Recovery** | ▶ Focused TiO$_2$ producer: ~80% of Adjusted EBITDA derived from TiO$_2$ in 2Q17<br>▶ Sustained TiO$_2$ price recovery and cycle upside driven by improved fundamentals |
| **Leader in Specialty TiO$_2$ with Sulfate Ore Advantage** | ▶ Market leader in high-value specialty TiO$_2$<br>▶ Sulfate production to benefit from sustained sulfate ore advantage |
| **Complementary Performance Additives Business** | ▶ Global provider of performance additives, with market leading positions in attractive products<br>▶ Stable EBITDA and consistent cash flows, benefiting from improvement program |
| **Successful Implementation of Business Transformation** | ▶ Successfully achieved $200 million of synergies from Rockwood acquisition<br>▶ Business improvement program underway with projected Adjusted EBITDA improvement of $90 million |
| **Strong Free Cash Flow Generation** | ▶ Strong free cash flow generation to rapidly reduce debt and drive equity value; clean balance sheet |

16

# Appendix

# Pro Forma Adj. EBITDA Reconciliation



| $ in millions | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2Q 16 | 2Q 17 | 2Q 17 LTM |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Loss** | | | | | $ (162) | $ (352) | $ (77) | | | |
| Net income attributable to noncontrolling interests | | | | | (2) | (7) | (10) | | | |
| Interest | | | | | 2 | 30 | 44 | | | |
| Taxes | | | | | (17) | (31) | (22) | | | |
| Depreciation and Amortization | | | | | 93 | 107 | 120 | | | |
| **EBITDA** | | | | | $ (86) | $ (253) | $ 55 | | | |
| Acquisition and integration expense | | | | | 45 | 44 | 11 | | | |
| Purchase accounting adjustments | | | | | 13 | – | – | | | |
| (Gain) loss on disposition of business | | | | | (1) | 2 | (22) | | | |
| Certain legal settlements and related expense | | | | | 3 | 3 | 2 | | | |
| Amortization of pension and postretirement actuarial losses | | | | | 11 | 11 | 11 | | | |
| Net plant incident costs | | | | | – | 4 | 1 | | | |
| Restructuring, impairment, and plant closing costs | | | | | 62 | 223 | 35 | | | |
| **Adjusted EBITDA** | | | | | $ 47 | $ 34 | $ 93 | | | |
| Corporate and other | | | | | 29 | 27 | 37 | | | |
| **Venator Adjusted EBITDA** | | | | | $ 76 | $ 61 | $ 130 | | | |
| Pro forma adjusted EBITDA relating to Rockwood acquisition | | | | | 149 | | | | | |
| Pro forma Huntsman Pigments & Additives EBITDA as reported | 409 | 818 | 538 | 215 | | | | 31 | 114 | 267 |
| Pro forma corporate standalone costs | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (9) | (9) | (35) |
| Business improvement program unrealized | | | | | | | | | | 84 |
| 1Q 17 impact from Pori Fire | | | | | | | | | | 15 |
| **Pro forma Adjusted EBITDA** | $ 374 | $ 783 | $ 503 | $ 180 | $ 190 | $ 26 | $ 95 | $ 22 | $ 105 | $ 331 |

# Pressures Intensifying for Chinese Producers



▶ **Capacity flattening out in China**

– Driven by environmental constraints and poor economics

– Closures and moderations of ~400kMT in 2015-2017

– Expect ~200kMT of net closures in the near-term

▶ **Industry headwinds facing Chinese TiO$_2$ participants**

– Feedstock cost and availability

– Wage growth

– Increase in energy prices

– Technology issues

– Financing availability

▶ **Greater environmental impact of Chinese production versus Europe and North America**

– ~5x greater energy consumption, acidic waste and carbon emissions

– ~3x water consumption



| Company | Estimated Nameplate Capacity (kMTpa) |
|---|---|
| Lomon Billions | 600 |
| GPRO | 160 |
| Doguide | 160 |
| CNNC | 150 |
| Bluestar | 136 |
| Shandong Dawn | 100 |
| Ningbo Xinfu | 100 |

Source: TZMI, management estimates.

19

# Less Cyclical Differentiated / Specialty Portfolio Provides Stable Base Business



| | Functional | Differentiated | Specialty |
|---|---|---|---|
| **% of Venator Sales** | 49% | 30% | 21% |
| **Applications** | Architectural Coatings, Polyolefins and Paper | Marine, Protective, Automotive Coatings, PVC and Engineering Plastics, and Differentiated Inks | Cosmetics, Pharmaceuticals, Food, Catalysts, Fibers and Films, and Specialty Inks |
| **Number of Competitors** | > 50 (includes most Chinese $TiO_2$ producers) | < 15 | < 5 |
| **Type of Customers** | Broadest range of customers | Large multi-national and medium sized companies | Specialized companies |
| **Level of Product Differentiation** | Standard specifications, fungible product | Qualified product, long lead-time for product approvals | Specialized products, technical service required, $TIO_2$ small portion of customer raw material spend |
| **Customer Loyalty** | Price sensitive customers | Product differentiation matters | Few competitive alternatives |
| **Demand Growth** | GDP growth, more cyclical | GDP growth, less cyclical | Stable growth, non-cyclical |

# Savings from Rockwood Acquisition
Venator has a track record of delivering savings and efficiencies



## Cost Savings

$ in millions



## Inventory Reduction



## Commentary

▶ **Cost savings comprised of**

   – Headcount reductions

   – Purchasing synergies

   – Reduced indirect and SG&A costs

▶ **Work force reduction ~20%**

▶ **Variable & Fixed Cost Optimization**

   – Purchasing leverage

   – Best practice efficiency

▶ **Calais, France 'black end' $TiO_2$ closure**

   – 100kt capacity reduction

▶ **Color pigments network transformation**

   – 7 smaller site closures

Source: Management estimates.

21

# Update on Pori, Finland Facility



| Event |
|---|

- Fire on January 30, 2017

- No injuries

- 130 kt facility representing ~2% of global $TiO_2$ demand and 17% of Venator $TiO_2$ capacity

| Phased Restart Plan |
|---|

- Site expected to be fully operational by 4Q 2018 through phased restart

    - ~20% capacity 2Q 2017 achieved

    - ~40% capacity 2Q 2018

    - ~100% capacity around year end 2018

| Insurance Coverage |
|---|

- 1Q17 EBITDA impact was $15 million

- $500 million coverage with the following deductibles:

    - $15 million property damage

    - 60 days business interruption (essentially February and March)

- Agreed upon process with insurance company that provides interim claims and regular progress payments

    - 1Q17 payment received $54 million

    - 2Q17 payment received $76 million

    - 3Q17 payment received $11 million

- On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim

# Significant NOLs Driving Low Cash Tax Rate

**VENATOR**



UK
~$400mm

Germany
~$270mm

France
~$350mm

Spain
~$230mm

Italy
~$25mm

**Venator has >$1,200 million of NOLs, driving a low cash tax rate**

# Corrected - Exhibit 20

**VENATOR**

# KeyBanc Basic Materials & Packaging Conference
September 13, 2017

# General Disclosure



This presentation includes "forward-looking statements" within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S. Securities Exchange Act of 1934, as amended. These forward-looking statements include statements concerning our plans, objectives, goals, strategies, future events, future revenue or performance, capital expenditures, financing needs, plans or intentions relating to acquisitions, business trends and other information that is not historical information. When used in this presentation, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could" or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data, are based upon our current expectations of future events and various assumptions which may not be realized or accurate. Our expectations, beliefs and projections are expressed in good faith, and we believe there is a reasonable basis for them. However, there can be no assurance that management's expectations, beliefs and projections will be achieved. We undertake no obligation to update or revise forward-looking statements which may be made to reflect events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in this presentation. Such risks, uncertainties and other important factors include, among others: future global economic conditions, changes in raw material and energy prices, access to capital markets, industry production capacity and operating rates, the supply demand balance for our products and that of competing products, pricing pressures, technological developments, changes in government regulations, geopolitical events and other risk factors as discussed in our prospectus filed pursuant to Rule 424(b)(4) on August 4, 2017.

This presentation contains financial measures that are not in accordance with generally accepted accounting principles in the U.S. ("GAAP"), including EBITDA, adjusted EBITDA, adjusted EBITDA margin, pro forma adjusted EBITDA, pro forma adjusted EBITDA and certain ratios and other metrics derived therefrom. We have provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures in the Appendix to this presentation.

# Venator Snapshot



| | 2Q17 LTM |
| --- | --- |
| Pro forma revenue (mm)[1] | $2,122 |
| Pro forma adj. EBITDA (mm)[2] | $331 |
| *% margin* | *16%* |

## Segment

### Titanium Dioxide

| | 2Q17 LTM |
| --- | --- |
| Pro forma revenue (mm) | $1,535 |
| Pro forma adj. EBITDA (mm) | $196 |
| *% margin* | *13%* |

### Performance Additives

| | 2Q17 LTM |
| --- | --- |
| Pro forma revenue (mm) | $587 |
| Pro forma adj. EBITDA (mm) | $71 |
| *% margin* | *12%* |

## End Markets

**Titanium Dioxide:**
- Plastics 30%
- Architectural Coatings 28%
- Industrial Coatings 15%
- Inks 9%
- Personal Care, Food, Pharmaceuticals & Active Materials 8%
- Fibers & Films 7%
- Other 3%

**Performance Additives:**
- Construction 44%
- Plastics 15%
- Architectural Coatings 15%
- Industrial Coatings 10%
- Other 6%
- Personal Care, Food, Pharmaceuticals & Active Materials 6%
- Agriculture & Water 4%

## Key Customers

**Titanium Dioxide:** Ampacet Managing the Elements of Success™, A. Schulman, BASF We create chemistry, CLARIANT, JOTUN, AkzoNobel, PolyOne, Flint Group, SunChemical

**Performance Additives:** AkzoNobel, SAKAI CHEMICAL INDUSTRY CO.,LTD., PPG, LONZA, BASF We create chemistry, SOLVAY, KOPPERS, CRH

Note: See Appendix for a reconciliation of pro forma Adj. EBITDA.
(1) Excludes revenue from other businesses and entities not included in the separation of Venator from Huntsman; (2) Titanium Dioxide segment Adjusted EBITDA and Performance Additives segment Adjusted EBITDA adjusted to include estimated corporate overhead for standalone public company of $35 million, pro forma for unrealized $84 million benefit from business improvement program, and excludes 1Q17 impact from Pori fire of $15 million.

3

# $90 Million EBITDA Improvement Program



## Expected Run-rate Improvement

$ in millions



## Expected Annual EBITDA Capture

$ in millions



## Business Improvement Program

► **Incremental to 2016 EBITDA**

► **Realized $6 million of cost savings in 2Q17. Full run-rate expected to be captured by 1Q19**

► **Benefits derived equally from three primary activities**

– Volume improvement in modest growth environment

– Optimization of manufacturing footprint

– Reduction in fixed costs

► **Total estimated cash restructuring costs of ~$90 million**

Source: Management estimates.

## Highlighted Activities

► **Facility rationalization underway**

– Calais, France (TiO$_2$ white end) – In process

– Umbogintwini, South Africa (TiO$_2$) – Already closed

– St. Louis, MO (color pigments / additives) – In process

► **Leverage position in higher value markets**

► **Launch of new TiO$_2$ products**

# Consolidation of Leading TiO$_2$ Players and Recent Independence





**New Attributes of Leaders**

▶ Larger players

▶ Greater transparency

▶ Accountable to public company shareholders

▶ Independently managed and focused on TiO$_2$

▶ Chinese consolidation

~62%[1]

Source: TZMI, company presentations and filings.
(1)    Represents percent of global TiO$_2$ nameplate production capacity

# Titanium Dioxide
## Segment overview



## End Markets

2Q17 LTM Revenues                    Source: Management Estimates



- Personal Care, Food, Pharmaceuticals & Active Materials 8%
- Agriculture & Water 2%
- Other 1%
- Architectural Coatings 28%
- Inks 9%
- Plastics 30%
- Industrial Coatings 15%
- Fibers & Films 7%
- Consumer 49%

## Revenues

2Q17 LTM Revenues



- Rest of World 14%
- US & Canada 17%
- Asia Pacific 22%
- Europe 47%

## 2Q17 LTM

Pro Forma Revenues
### $1.5
billion

Pro Forma Adjusted EBITDA
### $196
million



## TiO$_2$ Capacity

2016 Nameplate Capacity; Excludes VNTR South African facility



- Chemours 17%
- Others 38%
- Cristal 12%
- Tronox 6%
- Kronos 8%
- Lomon Billions 8%
- **VENATOR** 11%

## Segment Adjusted EBITDA History

$ in millions                                    —— Adj. EBITDA Margin



| Year | Value | Margin |
|---|---|---|
| 2010[1] | $306 | 17% |
| 2011[1] | $699 | 30% |
| 2012[1] | $449 | 22% |
| 2013[1] | $117 | 6% |
| 2014[1] | $134 | 7% |
| 2015 | ($8) | N/A |
| 2016 | $61 | 4% |
| 2Q17 LTM | $196 | 13% |



COATINGS



INKS

(1) Adjusted to include the Oct. 1, 2014 acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period, based upon their management's representation; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

6

# Price Recovery in Early Innings
## Positive momentum expected to continue



### Quarterly Pricing ($/tonne)



Historical cyclical peaks

TZMI estimates ~$600 per tonne improvement in 2017

~$300 per tonne improvement in 2016

— Venator
— TZMI

4Q15   1Q16   2Q16   3Q16   4Q16   1Q17   2Q17   3Q17F   4Q17F

### Venator Realized TiO$_2$ Price Increases per MT[1]

■ Europe Achieved      ■ N.A. Achieved

2Q16      3Q16      1Q17      2Q17

### Commentary

▶ **TiO$_2$ prices steadily improved during 2016**

▶ **Third party independent consultants such as TZMI forecast TiO$_2$ prices will continue to improve in 2017**

▶ **3Q17 announced price increases**

  – Expected capture of one-half to three-quarters

  – Europe and Rest of World $250 per tonne

  – North America $.08 per pound

▶ **TiO2 prices are still well-below long-term cyclical peaks**

(1)    Local currencies per MT
Source: TZMI, management estimates.

7

# Market Leader in High-Value Specialty TiO$_2$



**Venator has more than half of its sales in high value TiO$_2$ categories**

*Segment size shown as percentage of total global TiO$_2$ demand*

Venator Focus

Price

Specialties

Differentiated

Functional

**Low Quality**

**Legend:**

| | Low Quality | Functional | Differentiated | Specialties |
|---|---|---|---|---|
| **% Total global TiO$_2$ industry demand** | 17% | 42% | 32% | 9% |
| **% Venator TiO$_2$ sales** | 0% | 49% | 30% | 21% |

1,000        2,000        3,000        4,000        5,000        6,000
                                                                Estimated World Demand (kmt)

*Indicative EBITDA margins*        *1x*        *2x*        *3x+*

**Applications**

▶ Functional coatings (architectural)
▶ Functional plastics
▶ Paper

▶ Industrial coatings
▶ Performance plastics
▶ Differentiated Inks

▶ Catalysts
▶ Food
▶ Pharma & Cosmetics
▶ Fibers & Films
▶ Solar
▶ Speciality Inks

Source: Management estimates.

8

# Global TiO$_2$ Operating Rate Outlook



## Improving utilization rates through gradual demand improvement



**Global TiO$_2$ Effective Operating Rate Outlook**

Legend: Global Demand | Global Effective Operating Rate ex. China (%) | Global Effective Operating Rate (%)

Volume (kMT) values:
- 2011: 5,603
- 2012: 4,749
- 2013: 5,331
- 2014: 5,636
- 2015: 5,527
- 2016: 5,988
- 2017E: 6,155
- 2018P: 6,278
- 2019P: 6,404

- ▶ Western producers operating at ~95%+ utilization rates, while Chinese operating rates continue to improve
- ▶ No new capacity expected:
  - Neither greenfield nor brownfield economics are supported by current TiO$_2$ prices
  - Significant time for plants to come online (3-4 years)
- ▶ Differential between Western and Chinese product quality now transparent to all customers and producers
- ▶ Customers have moved beyond thrifting / substitution

Source: TZMI, management estimates.

9

# Sulfate Production to Benefit from Sustained Sulfate Ore Advantage



| Principal Feedstock Types | | |
|---|---|---|
| | **Sulfate** | **Chloride** |
| Feedstock | Ilmenite | Chloride Slag |
| Capital Intensity | Low | High |
| Energy Usage | Low | High |
| Number of Producers | >20 | <5 |
| Largest Producer Share | <15% | ~70% |

Favorable market structure for sulfate ores

**Sulfate Ore Prices Advantaged and Less Volatile**

**(TiO$_2$ Ore Prices, \$/MT)**



Primary Sulfate Feedstock

— Rutile (95% content)   — Chloride Slag (85% content)
— Sulfate Slag (79% content)   — Ilmenite (52% content)

Source: TZMI, management estimates.

10

# Performance Additives
## Segment overview



### End Markets

2Q17 LTM Revenues          Source: Management Estimates

- Architectural Coatings 15%
- Industrial Coatings 10%
- Other 6%
- Agriculture & Water 4%
- Personal Care, Food, Pharmaceuticals & Active Materials 6%
- Plastics 15%
- Construction 44%
- Consumer 25%

### Segment Revenues

2Q17 LTM Revenues

- Rest of World 3%
- Europe 32%
- Asia Pacific 16%
- US & Canada 49%

### 2Q17 LTM

**Segment Revenues**
$0.6
billion

**Segment Adjusted EBITDA**
$71
million

CONSTRUCTION

COATINGS

### Segment Adjusted EBITDA History

$ in millions

■ Segment Adj. EBITDA    — Segment Adj. EBITDA Margin

| Year | EBITDA | Margin |
|------|--------|--------|
| 2010 (1) | $103 | 15% |
| 2011 (1) | $119 | 16% |
| 2012 (1) | $89 | 13% |
| 2013 (1) | $98 | 15% |
| 2014 (1) | $91 | 14% |
| 2015 | $69 | 12% |
| 2016 | $69 | 12% |
| 2Q17 LTM | $71 | 12% |

(1) Adjusted to include the Oct. 1, 2014 acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period, based upon their management's representation; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

11

# Performance Additives
## Product overview



| '16 EBITDA % split | Product | Characteristics & Uses | Competition | Benefit |
|---|---|---|---|---|
| **Functional Additives** 27% | Barium and Zinc Additives | ▶ Fillers that enhance the gloss and flow of paints and the mechanical properties of plastics<br>▶ Specialty soft white pigments | SOLVAY<br>SAKAI CHEMICAL<br>20 MICRONS | ▶ Strong EBITDA margins<br>▶ Complementary and common process technology<br>▶ Similar customer base to $TiO_2$ |
| **Color Pigments** 35% | Iron Oxides | ▶ Highly durable red, yellow, black and tan pigments<br>▶ Colorants for paint, plastics and concrete | LANXESS<br>CATHAY PIGMENTS GROUP<br>FERRO<br>BASF The Chemical Company | ▶ High cash conversion margins<br>▶ Good geographic balance<br>▶ Similar customer base to $TiO_2$<br>▶ Common process technology |
| | Ultramarines | ▶ Unique blue-shade pigments<br>▶ Violet and pink variants | | |
| | Specialty Inorganics Chemicals | ▶ Weather-resistant, chemically stable pigments<br>▶ Distinct color shades | | |
| | Driers | ▶ Controls the drying rate of a paint or ink | | |
| **Timber and Water Treatment** 38% | Residential construction (ACQ, ECOLIFE™ and Copper Azole) | ▶ Protects wood from decay and fungal or insect attack | Lonza<br>KOPPERS<br>Kemira<br>FERALCO Averya group | ▶ Limited number of major competitors<br>▶ Stable demand profile<br>▶ High cash conversion |
| | Industrial construction (Chromated Copper Arsenate) | ▶ Prolongs service life of wood | | |
| | Polyaluminium chloride based flocculants | ▶ Clarifies water by promoting the sedimentation of particles | | |

Source: Company filings

12

# Capitalization and Liquidity
As of June 30, 2017



| ($ in millions) | Historical | As Adjusted | Pro Forma | Commentary |
|---|---|---|---|---|
| Cash and Cash Equivalents | $35 | $70 | $105 | ▶ On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim |
| **Debt Outstanding** | | | | |
| Senior credit facilities[1] | $ - | $375 | $375 | ▶ Term Loan B due 2024<br>▶ Pricing of L + 300bps<br>▶ 101 soft call for 6 months |
| Senior unsecured notes | - | 375 | 375 | ▶ Due 2025<br>▶ Non-callable for 3 years<br>▶ 5.75% coupon |
| Debt to affiliates[2] | 894 | (894) | - | |
| Other debt[3] | 23 | - | 23 | |
| **Total debt[4]** | **$917** | **($144)** | **$773** | |
| **Net debt** | **882** | **(214)** | **668** | |
| **LTM Pro Forma Adj. EBITDA[5]** | **$331** | **$ -** | **$331** | |
| Net Debt / LTM Adj. EBITDA | 2.7x | (0.7x) | 2.0x | |
| Total Liquidity[6] | $35 | $300 | $335 | |

Note: See Appendix for a reconciliation of pro forma Adj. EBITDA
(1)    After giving effect to the Financings, our senior credit facilities consist of (a) a $375 million term loan facility, which is fully drawn, and (b) a $300 million ABL facility, which is currently undrawn
(2)    Represents intercompany debt owed to Huntsman, all of which was repaid, capitalized or otherwise eliminated prior to, or concurrently with, the closing of the Initial Public Offering in August 2017
(3)    Other debt includes capital leases primarily related to manufacturing facilities, including $10 million current portion of such capital leases
(4)    Excludes $9 million of unamortized debt issuance costs
(5)    Titanium Dioxide segment Adjusted EBITDA and Performance Additives segment Adjusted EBITDA, adjusted to include estimated corporate overhead for standalone public company of $35 million, unrealized $84 million benefit from business improvement program, and excludes 1Q17 impact from Pori fire of $15 million
(6)    Includes ~ $230 million of available ABL borrowing base as of August 31, 2017

13

# Historical Financial Performance





Note: See Appendix for a reconciliation of pro forma Adj. EBITDA.

(1)    Adjusted to include the Oct. 1, 2014 acquisition of the Performance Additives and Titanium Dioxide businesses of Rockwood Holdings, Inc. as if consummated at the beginning of the period; excludes the related sale of our TR52 product line – used in printing inks – to Henan Billions Chemicals Co., Ltd. in December 2014; and excludes the allocation of general corporate overhead by Rockwood

(2)    Adjusted to give pro forma effect as if the separation of Venator from Huntsman had occurred on January 1, 2010, including estimated corporate overhead for standalone public company of $35 million.

# 3 Year Financial Profile



## 2Q17 vs. 2Q14 – $TiO_2$ pricing down \$360/t, EBITDA up \$36mm



Operating Segments Adjusted EBITDA and Average Selling Price

15

# Why Venator?



| | |
|---|---|
| **Highly Correlated to TiO$_2$ Recovery** | ▶ Focused TiO$_2$ producer: ~80% of Adjusted EBITDA derived from TiO$_2$ in 2Q17<br>▶ Sustained TiO$_2$ price recovery and cycle upside driven by improved fundamentals |
| **Leader in Specialty TiO$_2$ with Sulfate Ore Advantage** | ▶ Market leader in high-value specialty TiO$_2$<br>▶ Sulfate production to benefit from sustained sulfate ore advantage |
| **Complementary Performance Additives Business** | ▶ Global provider of performance additives, with market leading positions in attractive products<br>▶ Stable EBITDA and consistent cash flows, benefiting from improvement program |
| **Successful Implementation of Business Transformation** | ▶ Successfully achieved $200 million of synergies from Rockwood acquisition<br>▶ Business improvement program underway with projected Adjusted EBITDA improvement of $90 million |
| **Strong Free Cash Flow Generation** | ▶ Strong free cash flow generation to rapidly reduce debt and drive equity value; clean balance sheet |

VENATOR

# Appendix

# Pro Forma Adj. EBITDA Reconciliation



| $ in millions | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2Q 16 | 2Q 17 | 2Q 17 LTM |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Loss** | | | | | $ (162) | $ (352) | $ (77) | | | |
| Net income attributable to noncontrolling interests | | | | | (2) | (7) | (10) | | | |
| Interest | | | | | 2 | 30 | 44 | | | |
| Taxes | | | | | (17) | (31) | (22) | | | |
| Depreciation and Amortization | | | | | 93 | 107 | 120 | | | |
| **EBITDA** | | | | | $ (86) | $ (253) | $ 55 | | | |
| Acquisition and integration expense | | | | | 45 | 44 | 11 | | | |
| Purchase accounting adjustments | | | | | 13 | – | – | | | |
| (Gain) loss on disposition of business | | | | | (1) | 2 | (22) | | | |
| Certain legal settlements and related expense | | | | | 3 | 3 | 2 | | | |
| Amortization of pension and postretirement actuarial losses | | | | | 11 | 11 | 11 | | | |
| Net plant incident costs | | | | | – | 4 | 1 | | | |
| Restructuring, impairment, and plant closing costs | | | | | 62 | 223 | 35 | | | |
| **Adjusted EBITDA** | | | | | $ 47 | $ 34 | $ 93 | | | |
| Corporate and other | | | | | 29 | 27 | 37 | | | |
| **Venator Adjusted EBITDA** | | | | | $ 76 | $ 61 | $ 130 | | | |
| Pro forma adjusted EBITDA relating to Rockwood acquisition | | | | | 149 | | | | | |
| Pro forma Huntsman Pigments & Additives EBITDA as reported | 409 | 818 | 538 | 215 | | | | 31 | 114 | 267 |
| Pro forma corporate standalone costs | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (9) | (9) | (35) |
| Business improvement program unrealized | | | | | | | | | | 84 |
| 1Q 17 impact from Pori Fire | | | | | | | | | | 15 |
| **Pro forma Adjusted EBITDA** | $ 374 | $ 783 | $ 503 | $ 180 | $ 190 | $ 26 | $ 95 | $ 22 | $ 105 | $ 331 |

# Pressures Intensifying for Chinese Producers



▶ **Capacity flattening out in China**

– Driven by environmental constraints and poor economics

– Closures and moderations of ~400kMT in 2015-2017

– Expect ~200kMT of net closures in the near-term

▶ **Industry headwinds facing Chinese TiO$_2$ participants**

– Feedstock cost and availability

– Wage growth

– Increase in energy prices

– Technology issues

– Financing availability

▶ **Greater environmental impact of Chinese production versus Europe and North America**

– ~5x greater energy consumption, acidic waste and carbon emissions

– ~3x water consumption



| Company | Estimated Nameplate Capacity (kMTpa) |
|---|---|
| Lomon Billions | 600 |
| GPRO | 160 |
| Doguide | 160 |
| CNNC | 150 |
| Bluestar | 136 |
| Shandong Dawn | 100 |
| Ningbo Xinfu | 100 |

Source: TZMI, management estimates.

19

# Less Cyclical Differentiated / Specialty Portfolio Provides Stable Base Business



| | Functional | Differentiated | Specialty |
|---|---|---|---|
| **% of Venator Sales** | 49% | 30% | 21% |
| **Applications** | Architectural Coatings, Polyolefins and Paper | Marine, Protective, Automotive Coatings, PVC and Engineering Plastics, and Differentiated Inks | Cosmetics, Pharmaceuticals, Food, Catalysts, Fibers and Films, and Specialty Inks |
| **Number of Competitors** | > 50 (includes most Chinese $TiO_2$ producers) | < 15 | < 5 |
| **Type of Customers** | Broadest range of customers | Large multi-national and medium sized companies | Specialized companies |
| **Level of Product Differentiation** | Standard specifications, fungible product | Qualified product, long lead-time for product approvals | Specialized products, technical service required, $TIO_2$ small portion of customer raw material spend |
| **Customer Loyalty** | Price sensitive customers | Product differentiation matters | Few competitive alternatives |
| **Demand Growth** | GDP growth, more cyclical | GDP growth, less cyclical | Stable growth, non-cyclical |

# Savings from Rockwood Acquisition
## Venator has a track record of delivering savings and efficiencies



### Cost Savings

$ in millions

- $130 — Announced at Rockwood transaction
- >$200 — 2016 Achieved

### Inventory Reduction

Inventory ($mm)

- Dec '14
- Dec '15
- Dec '16

### Commentary

▶ **Cost savings comprised of**
- – Headcount reductions
- – Purchasing synergies
- – Reduced indirect and SG&A costs

▶ **Work force reduction ~20%**

▶ **Variable & Fixed Cost Optimization**
- – Purchasing leverage
- – Best practice efficiency

▶ **Calais, France 'black end' TiO$_2$ closure**
- – 100kt capacity reduction

▶ **Color pigments network transformation**
- – 7 smaller site closures

Source: Management estimates.

21

# Update on Pori, Finland Facility



| Event |
|---|

- Fire on January 30, 2017

- No injuries

- 130 kt facility representing ~2% of global $TiO_2$ demand and 17% of Venator $TiO_2$ capacity

| Phased Restart Plan |
|---|

- Site expected to be fully operational by 4Q 2018 through phased restart

  - ~20% capacity 2Q 2017 achieved

  - ~40% capacity 2Q 2018

  - ~100% capacity around year end 2018

| Insurance Coverage |
|---|

- 1Q17 EBITDA impact was $15 million

- $500 million coverage with the following deductibles:

  - $15 million property damage

  - 60 days business interruption (essentially February and March)

- Agreed upon process with insurance company that provides interim claims and regular progress payments

  - 1Q17 payment received $54 million

  - 2Q17 payment received $76 million

  - 3Q17 payment received $11 million

- On August 8, 2017 Huntsman transferred $70 million representing prefunded cash related to the Pori insurance claim

22

# Significant NOLs Driving Low Cash Tax Rate



UK
~$400mm

Germany
~$270mm

France
~$350mm

Spain
~$230mm

Italy
~$25mm

**Venator has >$1,200 million of NOLs, driving a low cash tax rate**

23

# Corrected - Exhibit 21

**VENATOR**

# Third Quarter 2017 Earnings Presentation
October 27, 2017

# General Disclosure



This presentation includes "forward-looking statements" within the meaning of Section 27A of the U.S. Securities Act of 1933, as amended, and Section 21E of the U.S. Securities Exchange Act of 1934, as amended. These forward-looking statements include statements concerning our plans, objectives, goals, strategies, future events, future revenue or performance, capital expenditures, financing needs, plans or intentions relating to acquisitions, business trends and other information that is not historical information. When used in this presentation, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could" or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data, are based upon our current expectations of future events and various assumptions which may not be realized or accurate. Our expectations, beliefs and projections are expressed in good faith, and we believe there is a reasonable basis for them. However, there can be no assurance that management's expectations, beliefs and projections will be achieved. We undertake no obligation to update or revise forward-looking statements which may be made to reflect events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events.

There are a number of risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements contained in this presentation. Such risks, uncertainties and other important factors include, among others: future global economic conditions, delays in reconstruction of our Pori, Finland manufacturing facility or losses for business interruption or construction costs that exceed our coverage limit applicable to the fire at that facility, changes in raw material and energy prices, access to capital markets, industry production capacity and operating rates, the supply demand balance for our products and that of competing products, pricing pressures, technological developments, changes in government regulations, geopolitical events and other risk factors as discussed in our prospectus filed pursuant to Rule 424(b)(4) on August 4, 2017.

This presentation contains financial measures that are not in accordance with generally accepted accounting principles in the U.S. ("GAAP"), including EBITDA, adjusted EBITDA, adjusted EBITDA margin, free cash flow and net debt and certain ratios and other metrics derived therefrom. We have provided reconciliations of non-GAAP financial measures to the most directly comparable GAAP financial measures in the Appendix to this presentation.

# Third Quarter Highlights
## Financial summary



| $ in millions, except per share amounts | 3Q17 | 3Q16 | 2Q17 |
|---|---|---|---|
| Revenues | $582 | $532 | $562 |
| Net income (loss) attributable to Venator | 51 | (5) | 31 |
| Adjusted EBITDA | 134 | 21 | 94 |
| Diluted earnings (loss) per share | 0.48 | (0.05) | 0.29 |
| Adjusted diluted earnings (loss) per share | 0.70 | (0.09) | 0.36 |

3    See Appendix for reconciliations and important explanatory notes

# Titanium Dioxide
## Review of third quarter 2017







## Third Quarter Headlines

▶ 37% increase in adjusted EBITDA Q/Q

▶ Effective capture on substantially all of 3Q17 announced price increase of $250 per ton on local currency basis

▶ Volume growth of 4% Y/Y, pro forma for Pori

## Outlook

**Fourth Quarter**

▶ Seasonally lower volume

▶ 4Q price improvement over 3Q

**Longer Term**

▶ Favorable industry environment for $TiO_2$ selling prices

▶ Modest increase in raw material costs

4      See Appendix for reconciliations and important explanatory notes

# Performance Additives
Review of third quarter 2017



## Revenues



$ in millions

Y/Y +8%        Q/Q (6)%

151        140        161

3Q17        3Q16        2Q17

## Adjusted EBITDA



$ in millions

Y/Y (6)%        Q/Q (29)%

15        16        21

10%        11%        13%

3Q17        3Q16        2Q17

▲ Performance Additives Adjusted EBITDA margin

## Third Quarter

▶ Revenue improvement Y/Y driven by higher volume and average selling prices

▶ Announced closure of Easton, PA. and St. Louis, MO. as part of our Business Improvement Program

## Outlook

**Fourth Quarter**

▶ Seasonally softer quarter

**Longer Term**

▶ Growth through our Business Improvement Program

5      See Appendix for reconciliations and important explanatory notes

# $90 Million EBITDA Improvement Program







## Business Improvement Program

▶ Incremental EBITDA benefit to 2016

▶ Realized $9 million of incremental benefits in 3Q17. Full run-rate expected to be captured by 1Q19

▶ Total estimated cash restructuring costs of ~$90 million

## Highlighted Activities

▶ Facility rationalization underway

   – Umbogintwini, South Africa ($TiO_2$) – closed

   – Calais, France ($TiO_2$ white end) – closing in process

   – Easton, PA. and St. Louis, MO. (color pigment) – closing in process

▶ Leverage position in higher value markets

▶ Launch of new $TiO_2$ products

6    Source: Management estimates

# Adjusted EBITDA Bridges
Third quarter 2017





**Year / Year**

$ in millions

$150 — $100 — $50 — $0

| 3Q16 Adjusted EBITDA | Huntsman Corporate Allocation | 3Q16 Pigments & Additives Divisional EBITDA | Price/Mix | Volume [1] | Costs [1] | Business Improvement Program | FX, Other | 3Q17 Adjusted EBITDA |
|---|---|---|---|---|---|---|---|---|
| $21 | $17 | $38 | $80 | $7 | $(3) | $9 | $2 | $134 |

**Quarter / Quarter**

$ in millions

$150 — $100 — $50 — $0

| 2Q17 Adjusted EBITDA | Huntsman Corporate Allocation | 2Q17 Pigments & Additives Divisional EBITDA | Price/Mix | Volume [1] | Costs [1] | Business Improvement Program | FX, Other | 3Q17 Adjusted EBITDA |
|---|---|---|---|---|---|---|---|---|
| $94 | $20 | $114 | $35 | $(11) | $(11) | $3 | $4 | $134 |

See Appendix for reconciliations and important explanatory notes
(1) Includes pro forma adjustments related to Pori outage

# Pori, Finland Update



- ► Significant improvement in $TiO_2$ profitability is benefitting our business but consuming more of our insurance limit

- ► The combination of increased $TiO_2$ profitability and estimated reconstruction costs indicate we will incur capital expenditures above our insurance limit

- ► We expect to contain over-the-limit costs within $100-$150 million

- ► We intend to restore manufacture of our specialty products as quickly as possible, which on average contributes ~75% of site EBITDA

- ► The remaining commoditized, functional products may be reintroduced at a slower pace



**Improving View of $TiO_2$ Prices**

1Q17 — 2Q17 — 3Q17

Jan 2017 View — IPO View — Actual

| Previous View | Current View |
|---|---|
| +20% capacity 2Q17 | +20% capacity 2Q17 (specialty products) achieved |
| +20% capacity 2Q18 | +20% capacity 2Q18 (specialty products) |
|  | +20% capacity 4Q18 (specialty products) |
| +60% capacity 4Q18 | +40% capacity TBD (functional products) |

# Cash Uses
We expect to generate > $200 million FCF in 2018[1]



$ in millions

| Estimated Cash Uses | 2018 |
|---|---|
| Capital expenditures[1] | ~$110 |
| Cash interest | ~35-40 |
| Primary working capital change | ~20-30 |
| Restructuring | ~35 |
| Other (pension) | ~40 |
| **Subtotal Cash Uses Before Taxes** | **~$240-255** |
| Cash income taxes | 10-15% |

(1) Excluding Pori reconstruction costs

# Liquidity and Cash Use Prioritization
## Aggressive debt reduction targeted





Blue = Cash
Red = Debt

ABL borrowing base as of September 30, 2017
LTM net debt leverage 1.6x pro forma adjusted for corporate stand alone costs.

# Summary



| Third Quarter Headlines |
| --- |

▶ Strong sequential earnings growth of $40 million in the quarter

▶ Acceleration in $TiO_2$ earnings driven by industry supply tightness, high price capture and our leading positions in specialty products and in Europe

▶ On-track with our $90 million Business Improvement Program

| Outlook |
| --- |

▶ Improving $TiO_2$ selling prices - offset by lower volumes in 4Q - creates stronger exit trajectory from 2017

▶ Industry fundamentals support elongated and elevated utilization profile

▶ Restore manufacturing of specialty products at Pori as quickly as possible

**VENATOR**

# Appendix

12

# Reconciliation of U.S. GAAP to Non-GAAP Measures



| $ in millions, except per share amounts | EBITDA Three months ended September 30, 2017 | EBITDA Three months ended September 30, 2016 | Income Tax (Expense) Benefit Three months ended September 30, 2017 | Income Tax (Expense) Benefit Three months ended September 30, 2016 | Net Income (Loss) Three months ended September 30, 2017 | Net Income (Loss) Three months ended September 30, 2016 | Diluted Earnings (Loss) Per Share Three months ended September 30, 2017 | Diluted Earnings (Loss) Per Share Three months ended September 30, 2016 |
|---|---|---|---|---|---|---|---|---|
| **Net income (loss)** | $ 53 | $ (2) | | | $ 53 | $ (2) | $ 0.50 | $ (0.02) |
| Net income attributable to noncontrolling interests | (2) | (3) | | | (2) | (3) | (0.02) | (0.03) |
| **Net income (loss) attributable to Venator** | 51 | (5) | | | 51 | (5) | 0.48 | (0.05) |
| Interest expense | 8 | 12 | | | | | | |
| Income tax expense (benefit) from continuing operations | 14 | (7) | (14) | 7 | | | | |
| Depreciation and amortization | 35 | 30 | | | | | | |
| Business acquisition and integration expenses | 4 | 3 | (1) | - | 3 | 3 | 0.03 | 0.03 |
| Income from discontinued operations | - | (2) | N/A | N/A | - | (2) | - | (0.02) |
| Gain on disposition of businesses/assets | - | (23) | - | 6 | - | (17) | - | (0.16) |
| Net plant incident costs | 1 | 3 | - | (1) | 1 | 2 | 0.01 | 0.02 |
| Amortization of pension and postretirement actuarial losses | 5 | 3 | - | - | 5 | 3 | 0.05 | 0.03 |
| Restructuring, impairment and plant closing costs | 16 | 7 | (1) | (1) | 15 | 6 | 0.14 | 0.06 |
| **Adjusted** | $ 134 | $ 21 | $ (16) | $ 11 | $ 75 | $ (10) | $ 0.70 | $ (0.09) |
| Adjusted income tax expense (benefit) | | | | | $ 16 | $ (11) | | |
| Net income attributable to noncontrolling interests, net of tax | | | | | 2 | 3 | | |
| **Adjusted pre-tax income (loss)** | | | | | $ 93 | $ (18) | | |
| **Adjusted effective tax rate** | | | | | 17% | 61% | | |

# Reconciliation of U.S. GAAP to Non-GAAP Measures



| $ in millions, except per share amounts | EBITDA Three months ended June 30, 2017 | Income Tax (Expense) Benefit Three months ended June 30, 2017 | Net Income Three months ended June 30, 2017 | Diluted Earnings (Loss) Per Share Three months ended June 30, 2017 |
|---|---|---|---|---|
| **Net income** | $ 34 | | $ 34 | $ 0.32 |
| Net income attributable to noncontrolling interests | (3) | | (3) | (0.03) |
| **Net income attributable to Venator** | 31 | | 31 | 0.29 |
| Interest expense | 9 | | | |
| Income tax expense from continuing operations | 16 | (16) | | |
| Depreciation and amortization | 29 | | | |
| Net plant incident costs (credits) | (2) | - | (2) | (0.02) |
| Amortization of pension and postretirement actuarial losses | 4 | - | 4 | 0.04 |
| Restructuring, impairment and plant closing costs | 7 | (2) | 5 | 0.05 |
| **Adjusted** | $ 94 | $ (18) | $ 38 | $ 0.36 |
| | | | | |
| Adjusted income tax expense | | | $ 18 | |
| Net income attributable to noncontrolling interests, net of tax | | | 3 | |
| **Adjusted pre-tax income** | | | $ 59 | |
| **Adjusted effective tax rate** | | | 31% | |

14

# Explanatory Notes



Our management uses adjusted EBITDA to assess financial performance. Adjusted EBITDA is defined as net income (loss) before interest, income tax from continuing operations, depreciation and amortization, and net income attributable to noncontrolling interests, as well as eliminating the following adjustments: (a) business acquisition and integration expenses; (b) gain on disposition of businesses/assets (c) net income of discontinued operations, net of income tax; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement actuarial losses; (f) net plant incident (credits) costs; and (g) restructuring, impairment and plant closing costs. We believe that net income (loss) is the performance measure calculated and presented in accordance with U.S. GAAP that is most directly comparable to adjusted EBITDA.

Adjusted net income is computed by eliminating the after-tax amounts related to the following from net income attributable to Venator Materials PLC common stockholders: (a) business acquisition and integration expenses; (b) gain on disposition of businesses/assets; (c) net income of discontinued operations; (d) certain legal settlements and related expenses; (e) amortization of pension and postretirement actuarial losses; (f) restructuring, impairment and plant closing costs. Basic adjusted net income per share excludes dilution and is computed by dividing adjusted net income by the weighted average number of shares outstanding during the period. Adjusted diluted net income per share reflects all potential dilutive common shares outstanding during the period increased by the number of additional shares that would have been outstanding as dilutive securities. For the periods prior to our IPO, the average number of common shares outstanding used to calculate basic and diluted adjusted net income per share was based on the ordinary shares that were outstanding at the time of our IPO. Adjusted net income and adjusted net income per share amounts are presented solely as supplemental information.

Our management uses a free cash flow measure: (a) to evaluate the Company's liquidity, (b) to evaluate strategic investments, (c) to evaluate stock buybacks and dividends; and (d) to evaluate the Company's ability to incur and service debt. Free cash flow is not a defined term under U.S. GAAP, and it should not be inferred that the entire free cash flow amount is available for discretionary expenditures. We define free cash flow as cash flows provided by operating activities and used in investing activities, excluding acquisition/disposition activities and including non-recurring separation costs. Free cash flow is typically derived directly from our condensed consolidated and combined statement of cash flows; however, it may be adjusted for items that affect comparability between periods.