# Exhibit H

## Table of Contents

Subject Summary ........................................................................................................... 2
Others Using SSN - 0 records found ............................................................................ 2
Address Summary - 16 records found .......................................................................... 2
Voter Registrations - 3 records found .......................................................................... 8
Driver Licenses - 5 records found ................................................................................ 8
Professional Licenses - 2 records found .................................................................... 10
Health Care Providers - 0 records found .................................................................... 10
Health Care Sanctions - 0 records found .................................................................... 10
Pilot Licenses - 0 records found ................................................................................. 10
Sport Licenses - 1 records found ............................................................................... 10
Weapon Permits - 0 records found ............................................................................. 11
Real Property - 19 records found ............................................................................... 11
Motor Vehicle Registrations - 16 records found ......................................................... 18
Boats - 0 records found .............................................................................................. 25
Aircraft - 0 records found ............................................................................................ 25
Bankruptcy Information - 0 records found ................................................................... 25
Judgments/Liens - 0 records found ............................................................................ 25
UCC Liens - 0 records found ...................................................................................... 26
Fictitious Businesses - 0 records found ...................................................................... 26
Notice Of Defaults - 0 records found .......................................................................... 26
Potential Relatives - 10 records found ....................................................................... 26
Business Associates - 52 records found ..................................................................... 28
Person Associates - 0 records found .......................................................................... 38
Neighbors - 7 records found ....................................................................................... 38
Employment Locator - 50 records found ..................................................................... 38
Criminal Filings - 0 records found .............................................................................. 45
Sexual Offenders - 0 records found ........................................................................... 45
Cellular & Alternate Phones - 5 records found ........................................................... 45
Utility Information - 0 records found ............................................................................ 45
Possible Education - 0 records found ......................................................................... 46
Sources - 326 records found ...................................................................................... 46



## 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2020 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:3/19/2020
Report processed by:
Bernstein Litowitz Berger & Grossmann LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| STOLLE, RUSSELL ROBERT | 2 HAMPTON PL<br>SPRING, TX 77381-4215<br>MONTGOMERY COUNTY | MONTGOMERY | None Listed |

### ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| 451-43-XXXX | 4/1962<br>(Age:57) | | 002444504602 | JNATHAN.STOLLE@GMAIL.COM<br>RSTOLLE@COMCAST.NET<br>MICHAELSTOLLE@GMAIL.COM<br>JULIELOEWEN@WORLDNET.ATT.NET<br>RUSSELL.STOLLE@FREESCALE.COM |

### Subject Summary

**Name Variations**
1:    STOLE, RUSSELL R
2:    STOLLE, R
3:    STOLLE, ROSS
4:    STOLLE, RUSS
5:    STOLLE, RUSS R
6:    STOLLE, RUSSELL
7:    STOLLE, RUSSELL R
8:    STOLLE, RUSSELL ROBERT

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | **Most frequent SSN attributed to subject:** | |
| 1: | 451-43-XXXX | Texas | 1978 | |

**DOBs**
**Reported DOBs:**
4/1962

**Possible E-Mail Addresses**
JNATHAN.STOLLE@GMAIL.COM
MICHAELSTOLLE@GMAIL.COM
RSTOLLE@COMCAST.NET
JULIELOEWEN@WORLDNET.ATT.NET
RUSSELL.STOLLE@FREESCALE.COM
**Others Using SSN - 0 records found**
**Address Summary - 16 records found**

| No. | Address |
|---|---|
| 1: | 2 HAMPTON PL |

| No. | Address |
|-----|---------|
|     | SPRING, TX 77381-4215<br>MONTGOMERY COUNTY |
| 2:  | 4804 EAGLE FEATHER DR<br>AUSTIN, TX 78735-6471<br>TRAVIS COUNTY |
| 3:  | 5724 REPUBLIC OF TEXAS BLVD APT B<br>AUSTIN, TX 78735-6512<br>TRAVIS COUNTY |
| 4:  | 10003 WOODLOCH FOREST DR APT<br>SPRING, TX 77380-1913<br>MONTGOMERY COUNTY |
| 5:  | 127 N BERRYLINE CIR<br>SPRING, TX 77381-4818<br>MONTGOMERY COUNTY |
| 6:  | 19105 MOORHEAD RD<br>CONROE, TX 77302-6635<br>MONTGOMERY COUNTY |
| 7:  | 127 N BERRYLINE CIR<br>THE WOODLANDS, TX 77381-4818<br>MONTGOMERY COUNTY |
| 8:  | PO BOX 15730<br>AUSTIN, TX 78761-5730<br>TRAVIS COUNTY |
| 9:  | 5412 PAINTED SHIELD DR<br>AUSTIN, TX 78735-6007<br>TRAVIS COUNTY |
| 10: | 8504 LONG CANYON DR<br>AUSTIN, TX 78730-2845<br>TRAVIS COUNTY |
| 11: | 5602 PALISADE CT<br>AUSTIN, TX 78731-4508<br>TRAVIS COUNTY |
| 12: | 5906 SHOAL CREEK BLVD<br>AUSTIN, TX 78757-3126<br>TRAVIS COUNTY |
| 13: | 4501 EBY LN<br>AUSTIN, TX 78731-4504<br>TRAVIS COUNTY |
| 14: | 4404 OLEANDER ST<br>BELLAIRE, TX 77401-5229<br>HARRIS COUNTY |
| 15: | 916 E 32ND ST APT 101<br>AUSTIN, TX 78705-2722<br>TRAVIS COUNTY |

**No.   Address**

16:     7600 WOOD HOLLOW DR APT
        AUSTIN, TX 78731-2285
        TRAVIS COUNTY

**Address Details**
**1: 2 HAMPTON PL SPRING, TX 77381-4215**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 2 HAMPTON PL | 12/2007 - 3/2020 | |
| SPRING, TX 77381-4215 | | |
| MONTGOMERY COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 47
Median Income: $95,336
Median Home Value: $326,667
Median Education: 14 years
**Household Members**
STOLLE, EMMA JENNIFER
STOLLE, JOHN NATHAN
STOLLE, MICHAEL CHAPMAN
STOLLE, SHARON FETTERS

**Other Associates**
None Listed

**2: 4804 EAGLE FEATHER DR AUSTIN, TX 78735-6471**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 4804 EAGLE FEATHER DR | 2/2016 - 2019 | |
| AUSTIN, TX 78735-6471 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $87,010
Median Home Value: $293,966
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**3: 5724 REPUBLIC OF TEXAS BLVD APT B AUSTIN, TX 78735-6512**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 5724 REPUBLIC OF TEXAS BLVD APT B | 5/2004 - 2019 | (512) 899-8839 |
| AUSTIN, TX 78735-6512 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $87,010
Median Home Value: $293,966
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**4: 10003 WOODLOCH FOREST DR APT SPRING, TX 77380-1913**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 10003 WOODLOCH FOREST DR APT | 7/2005 - 7/2018 | (281) 719-6624 |
| SPRING, TX 77380-1913 | | |
| MONTGOMERY COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 45
Median Income: $103,212
Median Home Value: $246,610
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**5: 127 N BERRYLINE CIR SPRING, TX 77381-4818**

| Address | Dates | Phone |
|---|---|---|
| 127 N BERRYLINE CIR<br>SPRING, TX 77381-4818<br>MONTGOMERY COUNTY | 6/2005 - 6/2012 | (281) 681-1493<br>(281) 292-1118 |

**Census Data for Geographical Region**
Median Head of Household Age: 44
Median Income: $156,180
Median Home Value: $330,612
Median Education: 16 years
**Household Members**
STOLLE, EMMA JENNIFER
STOLLE, SHARON FETTERS

**Other Associates**
None Listed

**6: 19105 MOORHEAD RD CONROE, TX 77302-6635**

| Address | Dates | Phone |
|---|---|---|
| 19105 MOORHEAD RD<br>CONROE, TX 77302-6635<br>MONTGOMERY COUNTY | 3/2001 - 2011 | (281) 572-1603 |

**Census Data for Geographical Region**
Median Head of Household Age: 40
Median Income: $66,604
Median Home Value: $124,760
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**7: 127 N BERRYLINE CIR THE WOODLANDS, TX 77381-4818**

| Address | Dates | Phone |
|---|---|---|
| 127 N BERRYLINE CIR<br>THE WOODLANDS, TX 77381-4818<br>MONTGOMERY COUNTY | 3/2007 - 6/2008 | (281) 681-1493<br>(281) 292-1118 |

**Household Members**
None Listed
**Other Associates**
None Listed

**8: PO BOX 15730 AUSTIN, TX 78761-5730**

| Address | Dates | Phone |
|---|---|---|
| PO BOX 15730<br>AUSTIN, TX 78761-5730<br>TRAVIS COUNTY | 10/2003 - 7/2005 | |

**Census Data for Geographical Region**
Median Head of Household Age: 49
Median Income: $0

Median Home Value: $0
Median Education: 8 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 9: 5412 PAINTED SHIELD DR AUSTIN, TX 78735-6007

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 5412 PAINTED SHIELD DR | 8/2003 - 6/2004 | (512) 899-8839 |
| AUSTIN, TX 78735-6007 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 36
Median Income: $115,278
Median Home Value: $286,667
Median Education: 16 years
**Household Members**
STOLLE, SHARON FETTERS

**Other Associates**
None Listed

## 10: 8504 LONG CANYON DR AUSTIN, TX 78730-2845

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 8504 LONG CANYON DR | 3/1983 - 6/2004 | (512) 343-0408 |
| AUSTIN, TX 78730-2845 | | (512) 459-7131 |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 40
Median Income: $144,391
Median Home Value: $619,026
Median Education: 17 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 11: 5602 PALISADE CT AUSTIN, TX 78731-4508

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 5602 PALISADE CT | 10/1986 - 1/2003 | (512) 458-5602 |
| AUSTIN, TX 78731-4508 | | (512) 459-7131 |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 46
Median Income: $170,175
Median Home Value: $400,885
Median Education: 18 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 12: 5906 SHOAL CREEK BLVD AUSTIN, TX 78757-3126

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 5906 SHOAL CREEK BLVD | 10/1986 - 4/1998 | |
| AUSTIN, TX 78757-3126 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 36

Case 4:19-cv-03464   Document 65-9   Filed 03/24/20 in TXSD   Page 8 of 47

Page 7 of 46

Median Income: $97,996
Median Home Value: $259,021
Median Education: 16 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 13: 4501 EBY LN AUSTIN, TX 78731-4504

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 4501 EBY LN | 6/1995 - 7/1996 | (512) 459-7131 |
| AUSTIN, TX 78731-4504 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 46
Median Income: $170,175
Median Home Value: $400,885
Median Education: 18 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 14: 4404 OLEANDER ST BELLAIRE, TX 77401-5229

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 4404 OLEANDER ST | 7/1987 - 11/1987 | (713) 821-9420 |
| BELLAIRE, TX 77401-5229 | | |
| HARRIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 39
Median Income: $188,462
Median Home Value: $528,226
Median Education: 17 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 15: 916 E 32ND ST APT 101 AUSTIN, TX 78705-2722

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 916 E 32ND ST APT 101 | 9/1987 - 9/1987 | |
| AUSTIN, TX 78705-2722 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 24
Median Income: $29,639
Median Home Value: $304,286
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

## 16: 7600 WOOD HOLLOW DR APT AUSTIN, TX 78731-2285

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 7600 WOOD HOLLOW DR APT | 10/1986 - 10/1986 | |
| AUSTIN, TX 78731-2285 | | |
| TRAVIS COUNTY | | |

**Census Data for Geographical Region**
Median Head of Household Age: 26
Median Income: $31,887

Median Home Value: $162,500
Median Education: 16 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Voter Registrations - 3 records found**
**1: Texas Voter Registration**

**Registrant Information**
**Name:** STOLLE, RUSSELL ROBERT

**Residential Address:** 127 N BERRYLINE CIR
THE WOODLANDS, TX 77381-4818
MONTGOMERY COUNTY
**SSN:** 451-43-XXXX
**Date of Birth:** 4/1962
**Gender:** Male
**Voter Information**
**Registration Date:** 11/7/2006
**Last Vote Date:** 11/2/2010

**2: Texas Voter Registration**

**Registrant Information**
**Name:** STOLLE, RUSSELL ROBERT

**Residential Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY
**SSN:** 451-43-XXXX
**Date of Birth:** 4/1962
**Gender:** Male
**Voter Information**
**Registration Date:** 11/7/2006
**Last Vote Date:** 11/8/2016
**Party Affiliation:** REPUBLICAN
**Active Status:** ACTIVE

**3: Texas Voter Registration**

**Registrant Information**
**Name:** STOLLE, RUSSELL

**Residential Address:** 8504 LONG CANYON DR
AUSTIN, TX 78730-2845
TRAVIS COUNTY
**SSN:** 451-43-XXXX
**Date of Birth:** 4/1962
**Gender:** Male
**Voter Information**
**Registration Date:** 3/2/1990
**Party Affiliation:** REPUBLICAN
**Active Status:** ACTIVE

**Driver Licenses - 5 records found**

**1: Texas Driver License**

**Driver Information**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 2 HAMPTON PL

SPRING, TX 77381-4215
MONTGOMERY COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 451-43-XXXX
**DOB:** 04/1962
**License Information**

**Issue Date:** 08/04/2011
**Additional Driver Information**
**DOB:** 04/1962
**History:** Current

**2: Texas Driver License**

**Driver Information**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 451-43-XXXX
**DOB:** 04/1962
**License Information**

**Issue Date:** 01/17/1978
**Additional Driver Information**
**DOB:** 04/1962
**History:** Historical

**3: Texas Driver License**

**Driver Information**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 451-43-XXXX
**DOB:** 04/1962

**Additional Driver Information**
**DOB:** 04/1962
**History:** Historical

**4: Texas Driver License**

**Driver Information**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 8504 LONG CANYON DR
AUSTIN, TX 78730-2845
TRAVIS COUNTY
**Data source:** Governmental: TX
**Personal Information**
**SSN:** 451-43-XXXX
**DOB:** 04/1962
**License Information**
**License Type:** RENEWAL

**Additional Driver Information**

**DOB:** 04/1962
**History:** Historical

**5: Texas Driver License**

**Driver Information**

**Name:** STOLLE, RUSSELL R

**Address:** 8504 LONG CANYON DR
AUSTIN, TX 78730-2845
TRAVIS COUNTY
**Data source:** Non-Governmental: TX

**Personal Information**

**SSN:** 451-43-XXXX
**DOB:** 04/1962

**Additional Driver Information**

**DOB:** 04/1962

**Professional Licenses - 2 records found**
**1: Professional License**

**Licensee Information**

**Name:** STOLLE, RUSSELL R

**SSN:** 451-43-XXXX
**Company Name:** HUNTSMAN CORPORATION
**Address:** 10003 WOODLOCH FOREST DR THE WOODLANDS, TX 77380-1913
**County:** MONTGOMERY
**Phone:** (281) 719-6624

**License Information**

**Profession or Board:** ATTORNEYS
**License Type:** ATTORNEY
**License Number:** 19280950
**Issue Date:** 11/06/1987
**State:** Texas

**2: Professional License**

**Licensee Information**

**Name:** STOLLE, RUSSELL R

**SSN:** 451-43-XXXX
**Company Name:** HUNTSMAN CORP
**Address:** 10003 WOODLOCH FOREST DR THE WOODLANDS, TX 77380-1913
**County:** MONTGOMERY

**License Information**

**License Type:** ATTORNEY
**License Number:** 33038
**Status:** CURRENT

**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 1 records found**
**1: Sport License**

**Name:**                          STOLLE, RUSSELL R

**Address:**                       127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY

| | |
|---|---|
| **Number:** | 6235270 |
| **License Date:** | 2006 |
| **License State:** | Alaska |
| **Type:** | Hunting and Fishing |
| **Home State:** | Texas |

**Weapon Permits - 0 records found**
**Real Property - 19 records found**

## 1: Assessment Record for TRAVIS County, TX

### Owner Information
**Name:** STOLLE RUSSELL & SHARON
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY

### Property Information
**Address:** 5724 REPUBLIC OF TEXAS BLVD AUSTIN, TX 78735-6512
**County/FIPS:** TRAVIS
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 04022509090000
**Recording Date:** 05/27/2014

### Assessment Information
**Assessed Value:** $692800
**Market Land Value:** $332063
**Market Improvement Value:** $360737
**Total Market Value:** $692800

## 2: Assessment Record for TRAVIS County, TX

### Owner Information
**Name:** STOLLE RUSSELL & SHARON
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY

### Property Information
**Address:** 4804 EAGLE FEATHER DR AUSTIN, TX 78735-6471
**County/FIPS:** TRAVIS
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 04042306330000
**Recording Date:** 02/22/2016
**Book/Page:** 13012/200

### Assessment Information
**Assessed Value:** $646478
**Market Land Value:** $275000
**Market Improvement Value:** $371478
**Total Market Value:** $646478

## 3: Assessment Record for MONTGOMERY County, TX

### Owner Information
**Name:** STOLLE RUSSELL R
**Name:** STOLLE SHARON

### Property Information
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 9726-45-02200
**Recording Date:** 05/27/2011

### Assessment Information

**Assessed Value:** $1439600
**Market Land Value:** $262380
**Market Improvement Value:** $1177220
**Total Market Value:** $1439600

## 4: Assessment Record for TRAVIS County, TX

### Owner Information

**Name:** STOLLE RUSSELL
**Name:** STOLLE SHARON

### Property Information

**Address:** 5724 REPUBLIC OF TEXAS BLVD AUSTIN, TX 78735-6512
**County/FIPS:** TRAVIS
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 446426
**Recording Date:** 05/30/2014

### Assessment Information

**Assessed Value:** $692800
**Market Land Value:** $332063
**Market Improvement Value:** $360737
**Total Market Value:** $692800

## 5: Assessment Record for TRAVIS County, TX

### Owner Information

**Name:** STOLLE RUSSELL
**Name:** STOLLE SHARON

### Property Information

**Address:** 4804 EAGLE FEATHER DR AUSTIN, TX 78735-6471
**County/FIPS:** TRAVIS
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 371937
**Recording Date:** 02/23/2016

### Assessment Information

**Assessed Value:** $646478
**Market Land Value:** $275000
**Market Improvement Value:** $371478
**Total Market Value:** $646478

## 6: Deed Record for TRAVIS County

### Buyer Information

**Name:** STOLLE, RUSSELL & SHARON
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY

### Seller Information

**Name:** DAVIS RUSSELL L & SHERYL A

### Property Information

**Address:** 4804 EAGLE FEATHER DR AUSTIN, TX 78735-6471

**County/FIPS:** TRAVIS
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 371937
**Contract Date:** 02/22/2016
**Recording Date:** 02/23/2016
**Document Number:** 25274
**Document Type:** DEED

### Mortgage Information

**Title Company:** FIRST AMERICAN TITLE
**Transaction Type:** RESALE

## 7: Deed Record for TRAVIS County

### Buyer Information

**Name:** STOLLE, RUSSELL & SHARON
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY

### Seller Information

**Name:** PARSONS LARRY & ANGELA

### Property Information

**Address:** 5724 REPUBLIC OF TEXAS BLVD AUSTIN, TX 78735-6512
**County/FIPS:** TRAVIS
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 446426
**Contract Date:** 05/27/2014
**Recording Date:** 05/30/2014
**Document Number:** 78083
**Document Type:** DEED

### Mortgage Information

**Title Company:** INDEPENDENCE TITLE
**Transaction Type:** RESALE

## 8: Deed Record for MONTGOMERY County

### Buyer Information

**Name:** STOLLE, RUSSELL R & SHARON
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY

### Seller Information

**Name:** TRIMBLE DALE L & LUCY M

### Property Information

**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 9726-45-02200
**Contract Date:** 05/25/2011
**Recording Date:** 05/27/2011
**Document Number:** 45850
**Document Type:** DEED

### Mortgage Information

**Title Company:** FIDELITY NATIONAL TITLE

**Transaction Type:** RESALE

## 9: Assessment Record for MONTGOMERY County, TX
### Owner Information
**Name:** STOLLE RUSSELL R
**Name:** STOLLE SHARON
**Address:** 2 HAMPTON PL SPRING, TX 77381-4215
**County/FIPS:** MONTGOMERY
### Property Information
**Address:** 19105 MOORHEAD RD CONROE, TX 77302-6635
**County/FIPS:** MONTGOMERY
**Data Source:** A
### Legal Information
**Assessor's Parcel Number:** 2580-00-05165
**Recording Date:** 03/29/2001
**Book/Page:** 85300/1
### Assessment Information
**Assessed Value:** $59700
**Market Land Value:** $3950
**Market Improvement Value:** $55750
**Total Market Value:** $59700

## 10: Assessment Record for MONTGOMERY County, TX
### Owner Information
**Name:** STOLLE, RUSSELL R & SHARON
**Address:** 127 N BERRYLINE CIR THE WOODLANDS, TX 77381-4818
**County/FIPS:** MONTGOMERY
### Property Information
**Address:** 127 N BERRYLINE CIR THE WOODLANDS, TX 77381-4818
**County/FIPS:** MONTGOMERY
**Data Source:** B
### Legal Information
**Assessor's Parcel Number:** 9726-35-03500
### Assessment Information
**Assessed Value:** $467290
**Market Land Value:** $35230
**Market Improvement Value:** $432060
**Total Market Value:** $467290

## 11: Deed Record for MONTGOMERY County
### Buyer Information
**Name:** STOLLE, RUSSELL R & SHARON
**Address:** 127 N BERRYLINE CIR THE WOODLANDS, TX 77381-4818
**County/FIPS:** MONTGOMERY
### Seller Information
**Name:** PRUDENTIAL RESIDENTIAL SVCS
### Property Information
**Address:** 127 N BERRYLINE CIR THE WOODLANDS, TX 77381-4818
**County/FIPS:** MONTGOMERY
**Data Source:** A
### Legal Information
**Assessor's Parcel Number:** 9726-35-03500
**Contract Date:** 05/31/2005

**Recording Date:** 06/13/2005
**Document Number:** 62594
**Document Type:** DEED
**Book/Page:** 84410/1794

### Mortgage Information

**Title Company:** TEXAS AMERICAN TITLE
**Transaction Type:** RESALE

## 12: Deed Record for TRAVIS County

### Buyer Information

**Name:** STOLLE, RUSSELL R & SHARON F
**Address:** 5724 REPUBLIC OF TEXAS BLVD AUSTIN, TX 78735-6512
**County/FIPS:** TRAVIS

### Seller Information

**Name:** BROADHURST TIM A & SHERRIE D

### Property Information

**Address:** 5724 REPUBLIC OF TEXAS BLVD AUSTIN, TX 78735-6512
**County/FIPS:** TRAVIS
**Data Source:** A

### Lender Information

**Name:** CORNERSTONE MTG CO

### Legal Information

**Assessor's Parcel Number:** 04-0225-09-09-0000
**Contract Date:** 05/04/2004
**Recording Date:** 05/05/2004
**Document Number:** 85543
**Document Type:** DEED

### Sale Information

**Sale Price:** $239400

### Mortgage Information

**Loan Amount:** $180000
**Loan Type:** CONVENTIONAL
**Title Company:** AUSTIN TITLE
**Transaction Type:** RESALE
**Description:** DEED OF TRUST

## 13: Assessment Record for WILLIAMSON County, TX

### Owner Information

**Name:** STOLLE RUSSELL R & SHARON F
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS

### Property Information

**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS
**Data Source:** B

### Legal Information

**Assessor's Parcel Number:** R-17-T371-501A-F006-0069
**Recording Date:** 07/25/1997
**Book/Page:** 12985/1647

### Sale Information

**Sale Price:** $75000

### Assessment Information

**Assessed Value:** $401562

**Market Land Value:** $148200
**Market Improvement Value:** $253362
**Total Market Value:** $401562

## 14: Assessment Record for TRAVIS County, TX

### Owner Information
**Name:** STOLLE RUSSELL R & SHARON F
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS

### Property Information
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 01-4227-0606
**Recording Date:** 07/25/1997
**Book/Page:** 12985/1647

### Assessment Information
**Assessed Value:** $401562
**Market Land Value:** $148200
**Market Improvement Value:** $253362
**Total Market Value:** $401562

## 15: Deed Record for TRAVIS County

### Buyer Information
**Name:** STOLLE, RUSSELL
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS

### Property Information
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS
**Data Source:** A

### Lender Information
**Name:** BANK OF AMERICA

### Legal Information
**Assessor's Parcel Number:** 01-4227-06-06-0000
**Contract Date:** 12/02/2002
**Recording Date:** 12/31/2002
**Document Number:** 252414
**Document Type:** DEED OF TRUST

### Mortgage Information
**Loan Amount:** $139407
**Loan Type:** CONVENTIONAL
**Transaction Type:** REFINANCE
**Description:** DEED OF TRUST

## 16: Deed Record for TRAVIS County

### Buyer Information
**Name:** STOLLE, RUSSELL
**Address:** 5602 PALISADE CT AUSTIN, TX 78731-4508
**County/FIPS:** TRAVIS

### Seller Information
**Name:** MORRIS BRUCE A

**Property Information**

**Address:** 4802 PUTTERS CV AUSTIN, TX 78744-3772
**County/FIPS:** TRAVIS
**Data Source:** A

**Legal Information**

**Assessor's Parcel Number:** 3200210080000
**Recording Date:** 07/03/1996
**Book/Page:** 12721/897

**Mortgage Information**

**Transaction Type:** RESALE

## 17: Deed Record for TRAVIS County

**Buyer Information**

**Name:** STOLLE, RUSSELL R
**Name:** STOLLE, SHARON F
**Address:** 5602 PALISADE CT AUSTIN, TX 78731-4508
**County/FIPS:** TRAVIS

**Seller Information**

**Name:** MORRIS, BRUCE A
**Name:** MORRIS, BRUCE ALLEN
**Name:** BURKE, MARY H
**Address:** 124 MEDALIST ST LAKEWAY, TX 78734-4228
**County/FIPS:** TRAVIS

**Property Information**

**Address:** 5602 PALISADE CT AUSTIN, TX 78731-4508
**County/FIPS:** TRAVIS
**Data Source:** B

**Legal Information**

**Contract Date:** 07/01/1996
**Recording Date:** 07/03/1996
**Document Type:** WARRANTY DEED
**Book/Page:** 12721/897

## 18: Assessment Record for WILLIAMSON County, TX

**Owner Information**

**Name:** STOLLE RUSSELL R
**Name:** STOLLE SHARON F
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS

**Property Information**

**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS
**Data Source:** A

**Legal Information**

**Assessor's Parcel Number:** 17-T371-501A-F006-006

**Assessment Information**

**Assessed Value:** $368266
**Market Land Value:** $85000
**Market Improvement Value:** $283266
**Total Market Value:** $368266

## 19: Assessment Record for WILLIAMSON County, TX

**Owner Information**

**Name:** STOLLE RUSSELL R
**Name:** STOLLE SHARON F
**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS

## Property Information

**Address:** 8504 LONG CANYON DR AUSTIN, TX 78730-2845
**County/FIPS:** TRAVIS
**Data Source:** A

## Legal Information

**Assessor's Parcel Number:** R029182

## Assessment Information

**Assessed Value:** $401562
**Market Land Value:** $148200
**Market Improvement Value:** $253362
**Total Market Value:** $401562

**Motor Vehicle Registrations - 16 records found**


**1: TX MVR**

### Registrant Information
### Registrant 1
**Registrant:** FETTERS STOLLE, SHARON


**DOB:** 11/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

### Registrant 2
**Registrant:** STOLLE, RUSSELL ROBERT


**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

### Registration Information
**Original Registration Date:** 6/19/2015
**Registration Date:** 6/1/2019
**Registration Expiration Date:** 5/31/2020

### Vehicle Information
**VIN:** WA1CGAFP4FA140407
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2015
**Make:** Audi
**Model:** SQ5
**Series:** PREMIUM PLUS
**Body Style:** 4 Dr Wagon Sport Utility
**Color:** White

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** FYL5283
**Previous Plate State:** TX
**License Plate Number:** FYL5283
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL


**2: TX MVR**

### Vehicle Information
**VIN:** WA1CGAFP4FA140407

**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2015
**Make:** Audi
**Model:** SQ5
**Series:** PREMIUM PLUS
**Body Style:** 4 Dr Wagon Sport Utility
**Color:** White

### Owner Information
#### Owner 1
**Name:** FETTERS STOLLE, SHARON

**DOB:** 11/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

#### Owner 2
**Name:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

#### Owner 3
**Name:** STOLLE, RUSSELL ROBERT

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

### Title Information
**Title Number:** 10120142176250131
**Title Transfer Date:** 6/30/2015
**Title Issue Date:** 6/30/2015

### Source Information
**Data Source:** GOVERNMENTAL

**3: TX MVR**

### Registrant Information
**Registrant:** STOLLE, RUSS

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

### Registration Information
**Original Registration Date:** 6/1/2013
**Registration Date:** 6/1/2017
**Registration Expiration Date:** 5/31/2018

### Vehicle Information
**VIN:** 5TDZT34A96S280025
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2006
**Make:** Toyota
**Model:** Sequoia
**Series:** SR5
**Body Style:** 4 Dr Wagon Sport Utility

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** BWB1338
**Previous Plate State:** TX
**License Plate Number:** BWB1338

**Plate State:** TX
### Source Information
**Data Source:** GOVERNMENTAL

**4: TX MVR**

### Vehicle Information
**VIN:** 5TDZT34A96S280025
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2006
**Make:** Toyota
**Model:** Sequoia
**Series:** SR5
**Body Style:** 4 Dr Wagon Sport Utility
### Owner Information
**Name:** STOLLE, RUSS

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY
### Title Information
**Title Number:** 17031339411162703
**Title Transfer Date:** 12/5/2007
**Title Issue Date:** 12/5/2007
### Source Information
**Data Source:** GOVERNMENTAL

**5: TX MVR**

### Registrant Information
**Registrant:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY
### Registration Information
**Original Registration Date:** 5/18/2017
**Registration Date:** 5/18/2017
**Registration Expiration Date:** 3/31/2018
### Vehicle Information
**VIN:** JNKCV61EX9M010051
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2009
**Make:** Infiniti
**Model:** G37
**Series:** BASE/JOURNEY/SPORT
**Body Style:** Sedan 4 Door
**Color:** Gray
### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** GYN7517
**Previous Plate State:** TX
**License Plate Number:** JKH7996
**Plate State:** TX
### Source Information
**Data Source:** GOVERNMENTAL

**6: TX MVR**

### Vehicle Information
**VIN:** JNKCV61EX9M010051
**Class:** PASSENGER CAR/LIGHT TRUCK

**Model Year:** 2009
**Make:** Infiniti
**Model:** G37
**Series:** BASE/JOURNEY/SPORT
**Body Style:** Sedan 4 Door
**Color:** Gray

### Owner Information
**Name:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

### Title Information
**Title Number:** 17025341717160322
**Title Transfer Date:** 3/31/2014
**Title Issue Date:** 3/31/2014

### Source Information
**Data Source:** GOVERNMENTAL

**7: TX MVR**

### Registrant Information
**Registrant:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY

### Registration Information
**Original Registration Date:** 1/30/2012
**Registration Date:** 1/1/2016
**Registration Expiration Date:** 12/31/2016

### Vehicle Information
**VIN:** 5TFJU4GN1CX016169
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2012
**Make:** Toyota
**Model:** Tacoma
**Series:** PRERUNNERDOUBLECAB
**Body Style:** Crew Pickup
**Color:** Silver

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** BL73586
**Previous Plate State:** TX
**License Plate Number:** BL73586
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

**8: TX MVR**

### Vehicle Information
**VIN:** 5TFJU4GN1CX016169
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2012
**Make:** Toyota
**Model:** Tacoma
**Series:** PRERUNNERDOUBLECAB
**Body Style:** Crew Pickup
**Color:** Silver

### Owner Information

**Name:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY
### Title Information
**Title Number:** 17031540945115429
**Title Transfer Date:** 2/16/2012
**Title Issue Date:** 2/16/2012
### Source Information
**Data Source:** GOVERNMENTAL

**9: TX MVR**

### Registrant Information
**Registrant:** STOLLE, RUSS

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY
### Registration Information
**Original Registration Date:** 7/1/2012
**Registration Date:** 7/1/2014
**Registration Expiration Date:** 6/30/2015
### Vehicle Information
**VIN:** JNKCV51E65M202863
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2005
**Make:** Infiniti
**Model:** G35
**Series:** BASE
**Body Style:** Sedan 4 Door
### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** DS5F168
**Previous Plate State:** TX
**License Plate Number:** DS5F168
**Plate State:** TX
### Source Information
**Data Source:** GOVERNMENTAL

**10: TX MVR**

### Vehicle Information
**VIN:** JNKCV51E65M202863
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2005
**Make:** Infiniti
**Model:** G35
**Series:** BASE
**Body Style:** Sedan 4 Door
### Owner Information
**Name:** STOLLE, RUSS

**DOB:** 4/1962
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
MONTGOMERY COUNTY
### Title Information
**Title Number:** 17025339910130204
**Title Transfer Date:** 4/17/2009

**Title Issue Date:** 4/17/2009

### Source Information
**Data Source:** GOVERNMENTAL

## 11: TX MVR

### Registrant Information
**Registrant:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY

### Registration Information
**Original Registration Date:** 6/1/2008
**Registration Date:** 6/1/2009
**Registration Expiration Date:** 5/31/2010

### Vehicle Information
**VIN:** JT2BF22K5X0211862
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1999
**Make:** Toyota
**Model:** Camry
**Series:** LE/XLE
**Body Style:** Sedan 4 Door

### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** 946XMN
**Previous Plate State:** TX
**License Plate Number:** 946XMN
**Plate State:** TX

### Source Information
**Data Source:** GOVERNMENTAL

## 12: TX MVR

### Vehicle Information
**VIN:** JT2BF22K5X0211862
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1999
**Make:** Toyota
**Model:** Camry
**Series:** LE/XLE
**Body Style:** Sedan 4 Door

### Owner Information
**Name:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY

### Title Information
**Title Number:** 17010339713133858
**Title Transfer Date:** 10/2/2008
**Title Issue Date:** 10/2/2008

### Source Information
**Data Source:** GOVERNMENTAL

## 13: TX MVR

### Registrant Information
#### Registrant 1
**Registrant:** AMICA MUTUAL INS CO.
**Address:** 1655 RANKIN RD

HOUSTON, TX 77073-4903
HARRIS COUNTY

**Registrant 2**

**Registrant:** STOLLE, RUSSELL

**DOB:** 4/1962
**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY

**Registration Information**

**Original Registration Date:** 9/1/2007
**Registration Date:** 9/1/2007
**Registration Expiration Date:** 8/31/2008

**Vehicle Information**

**VIN:** 5TDZT34A23S198956
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 2003
**Make:** Toyota
**Model:** Sequoia
**Series:** SR5
**Body Style:** 4 Dr Wagon Sport Utility

**Plate Information**

**License Plate Type:** Private
**Previous Plate Number:** W44KDZ
**Previous Plate State:** TX
**License Plate Number:** W44KDZ
**Plate State:** TX

**Source Information**

**Data Source:** GOVERNMENTAL

**14: TX MVR**

**Vehicle Information**

**VIN:** 5TDZT34A23S198956
**Class:** UNKNOWN
**Model Year:** 2003
**Make:** Toyota
**Model:** Sequoia
**Series:** SR5
**Body Style:** 4 Dr Wagon Sport Utility
**Weight:** 005200

**Owner Information**

**Name:** STOLLE, RUSSELL

**DOB:** 4/1962
**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
MONTGOMERY COUNTY

**Title Information**

**Title Number:** 17020338878132714
**Title Transfer Date:** 6/21/2006
**Title Issue Date:** 6/21/2006

**Source Information**

**Data Source:** GOVERNMENTAL

**15: TX MVR**

**Registrant Information**
**Registrant 1**

**Registrant:** STOLLE, PHILIP

**DOB:** 9/1968
**Address:** 107 MCCARTHUR DR

LEANDER, TX 78641-2062
TRAVIS COUNTY
#### Registrant 2
**Registrant:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 5724 REPUBLIC OF TEXAS BLVD
AUSTIN, TX 78735-6512
TRAVIS COUNTY
#### Registration Information
**Original Registration Date:** 6/1/2006
**Registration Date:** 6/1/2006
**Registration Expiration Date:** 5/31/2007
#### Vehicle Information
**VIN:** 2HKRL1851XH528874
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1999
**Make:** Honda
**Model:** Odyssey
**Series:** LX
**Body Style:** Sport Van
#### Plate Information
**License Plate Type:** Private
**Previous Plate Number:** F19PJC
**Previous Plate State:** TX
**License Plate Number:** F19PJC
**Plate State:** TX
#### Source Information
**Data Source:** GOVERNMENTAL

**16: TX MVR**

#### Vehicle Information
**VIN:** 2HKRL1851XH528874
**Class:** PASSENGER CAR/LIGHT TRUCK
**Model Year:** 1999
**Make:** Honda
**Model:** Odyssey
**Series:** LX
**Body Style:** Sport Van
#### Owner Information
**Name:** STOLLE, RUSSELL R

**DOB:** 4/1962
**Address:** 8504 LONG CANYON DR
AUSTIN, TX 78730-2845
TRAVIS COUNTY
#### Lienholder Information
**Name:** UNIV. FEDERAL CREDIT UNIO
**Address:** PO BOX 9350
AUSTIN, TX 78766-9350
TRAVIS COUNTY
#### Title Information
**Title Number:** 22733236318105602
**Title Transfer Date:** 6/17/1999
**Title Issue Date:** 6/17/1999
#### Source Information
**Data Source:** GOVERNMENTAL

**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**

**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 10 records found**
1st Degree: 10

| No. | Full Name | Address/Phone |
|---|---|---|
| 1. | STOLLE, SHARON FETTERS | 2 HAMPTON PL SPRING, TX 77381-4215 |
| | • AKA STOLLE, SHARON E | 127 N BERRYLINE CIR |
| | • AKA FETTERS, SHARON R | SPRING, TX 77381-4818 |
| | • AKA STOLLE, S | (281) 681-1493 |
| | • AKA STOLLEY, SHARON | (281) 292-1118 |
| | • AKA FETTERS, STOLLE SHARON | |
| | • AKA STOLLE, SHARON RAE | 5724 REPUBLIC OF TEXAS BLVD |
| | • AKA STOLLE, SF | AUSTIN, TX 78735-6512 |
| | • AKA STOLE, SHARON F | |
| | | 5724 REPUBLIC BLVD |
| | SSN:341-50-XXXX | AUSTIN, TX 78735 |
| | DOB:11/1962 | |
| | (Age: 57) | 5412 PAINTED SHIELD DR AUSTIN, TX 78735-6007 |
| 2. | STOLLE, EMMA JENNIFER | 2247 SOUTH BLVD APT 2 HOUSTON, TX 77098-5251 |
| | • AKA ABERNATHY, EMMA JENNIFER | 2 HAMPTON PL |
| | • AKA ABERNATHY, EMMA STOLLE | SPRING, TX 77381-4215 |
| | DOB:8/1994 | 3784 DARCUS ST |
| | (Age: 25) | HOUSTON, TX 77005-3704 |
| | | 127 N BERRYLINE CIR SPRING, TX 77381-4818 (281) 681-1493 |
| 3. | STOLLE, MICHAEL CHAPMAN | 2 HAMPTON PL SPRING, TX 77381-4215 |
| | SSN:629-26-XXXX | 134 VANDERHECK ST APT 4 |
| | DOB:6/1991 | SAN ANTONIO, TX 78209-4043 |
| | (Age: 28) | |
| | | 501 BLACKTAIL RD LAKESIDE, MT 59922-9616 (406) 844-2221 |
| | | 6906 THORNCLIFFE DR APT A AUSTIN, TX 78731-2954 |
| | | 5811 MESA DR APT 1116 AUSTIN, TX 78731-3761 |
| 4. | STOLLE, JOHN NATHAN | 2 HAMPTON PL SPRING, TX 77381-4215 |
| | SSN:630-60-XXXX | |
| | DOB:11/1997 | |
| | (Age: 22) | |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| 5. | STOLLE, SHARON F | 5724 REPUBLIC OF TEXAS BLVD<br>AUSTIN, TX 78735-6512 |
| 6. | STOLLE, PHILIP EDWARD<br><br>• AKA STOLLE, PHILLIP EDWARD<br>• AKA STOLLE, PHLIP E<br>• AKA STOLLE, PHIL<br><br>SSN:463-47-XXXX<br>DOB:9/1968<br>(Age: 51) | 220 NORMAL SCHOOL WAY<br>LIBERTY HILL, TX 78642-4892<br><br>107 MCCARTHUR DR<br>LEANDER, TX 78641-2062<br>(512) 528-0566<br><br>220 NORMAL SCHOO WAY<br>LIBERTY HILL, TX 78642<br><br>3239 AQUIA DR<br>STAFFORD, VA 22554-2606<br><br>2401 S LAKESHORE BLVD APT 206<br>AUSTIN, TX 78741-1743 |
| 7. | STOLLE, MICHAELA CHRISTINE<br><br>SSN:640-58-XXXX<br>DOB:8/1997<br>(Age: 22) | 606 MONTCLAIR AVE<br>COLLEGE STATION, TX 77840-2869<br><br>220 NORMAL SCHOOL WAY<br>LIBERTY HILL, TX 78642-4892<br><br>107 MCCARTHUR DR<br>LEANDER, TX 78641-2062<br><br>3239 AQUIA DR<br>STAFFORD, VA 22554-2606 |
| 8. | STOLLE, GLORIANA MICHELLE<br><br>SSN:630-48-XXXX<br>DOB:5/1995<br>(Age: 24) | 7860 183A TOLL RD APT 24201<br>LEANDER, TX 78641-1577<br><br>220 NORMAL SCHOOL WAY<br>LIBERTY HILL, TX 78642-4892<br><br>3239 AQUIA DR<br>STAFFORD, VA 22554-2606<br><br>4190 BEN FICKLIN RD APT 41<br>SAN ANGELO, TX 76903-9404<br><br>78601 83 A TOLL ROAD 28207<br>LEANDER, TX 78641 |
| 9. | STOLLE, SABRINA MONICA<br><br>• AKA RUBIO, SABRINA M<br>• AKA STOLLE, MONICA S<br>• AKA STOLLE, SABNNA<br>• AKA STOLLE, SABRINNA<br>• AKA STOLLE, SABRMA<br>• AKA STOLLE, SABRNA<br>• AKA STOLLE, SABRENA M | 220 NORMAL SCHOOL WAY<br>LIBERTY HILL, TX 78642-4892<br><br>107 MCCARTHUR DR<br>LEANDER, TX 78641-2062<br>(512) 528-0566<br><br>220 NORMAL SCHOO WAY<br>LIBERTY HILL, TX 78642 |

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| | SSN:466-33-XXXX<br>DOB:3/1969<br>(Age: 51) | 3239 AQUIA DR<br>STAFFORD, VA 22554-2606<br><br>1511 FARO DR APT 199<br>AUSTIN, TX 78741-3247 |
| 10. | STOLLE, RUSSELL R<br><br>• AKA STOLLE, RUSSELL RICHARD<br>• AKA STOLLE, RUSSEL<br>• AKA STOLLLE, RUSSELL R<br>• AKA STOLLE, RUSSELL R<br><br>SSN:453-35-XXXX<br>DOB:1965<br>(Age: 55) | 759 JEDDO RD<br>ROSANKY, TX 78953-5062<br><br>3610 LOVAGE DR<br>AUSTIN, TX 78727-3008<br>(512) 671-8060<br><br>3616 LOVAGE DR<br>AUSTIN, TX 78727-3008 |

**Business Associates - 52 records found**

**1: CHEMICAL SPECIALTIES LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 10003 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1913
**Status:** ACTIVE
**State:** FL
**Corporation Number:** M13000005958
**Descriptive Status:** ACTIVE
**Title:** SECRETARY
**Record Type:** CURRENT
**Record Date:** 10/18/2017
**Filing Date:** 11/10/2014

**2: CHEMICAL SPECIALTIES LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 5910 PHARR MILL RD
HARRISBURG, NC 28075-8625
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** IN EXISTENCE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 4/20/2018

**3: CHEMICAL SPECIALTIES LLC**

**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** IN USE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 4/20/2018
**Filing Date:** 9/24/2013

**4: CHEMICAL SPECIALTIES LLC**

**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX

**Corporation Number:** 0003406606
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 9/24/2013

**5: CHEMICAL SPECIALTIES, INC.**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 3/30/1973

**6: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 3700 E OLYMPIC BLVD
LOS ANGELES, CA 90023-3123
**Status:** ACTIVE
**State:** CA
**Corporation Number:** 201436510059
**Descriptive Status:** ACTIVE
**Record Type:** CURRENT
**Record Date:** 6/5/2018

**7: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 10003 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1913
**Status:** ACTIVE
**State:** FL
**Corporation Number:** M14000009234
**Descriptive Status:** ACTIVE
**Title:** SECRETARY
**Record Type:** CURRENT
**Record Date:** 10/18/2017
**Filing Date:** 11/16/2015

**8: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 10001 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1923
**State:** IL
**Corporation Number:** 04968158
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 12/23/2019

**9: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 10001 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1923
**Status:** GOOD STANDING
**State:** IL
**Corporation Number:** 04968158
**Descriptive Status:** GOOD STANDING
**Title:** MANAGER

**Record Type:** CURRENT
**Record Date:** 11/6/2017
**Filing Date:** 11/3/2017
**10: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** CURRENT-ACTIVE
**State:** NC
**Corporation Number:** 1473290
**Descriptive Status:** CURRENT-ACTIVE
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 3/10/2020
**11: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 500 S HUNTSMAN WAY
SALT LAKE CITY, UT 84108-1235
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** IN EXISTENCE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 4/20/2018
**12: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** IN USE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 4/20/2018
**Filing Date:** 11/16/2015
**13: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 11/16/2015
**14: HUNTSMAN P&A AMERICAS LLC**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 10003 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1913
**State:** WV
**Corporation Number:** 354920
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 1/24/2018
**Filing Date:** 5/13/2016
**15: HUNTSMAN P&A INVESTMENTS LLC**

**Name:** STOLLE, RUSS R

**Address:** 10001 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1923
**Status:** GOOD STANDING
**State:** IL
**Corporation Number:** 03348725
**Descriptive Status:** GOOD STANDING
**Title:** MANAGER
**Record Type:** HISTORICAL
**Record Date:** 10/7/2019
**Filing Date:** 10/2/2019

**16: HUNTSMAN P&A INVESTMENTS LLC**
**Name:** STOLLE, RUSS R

**Address:** 500 S HUNTSMAN WAY
SALT LAKE CITY, UT 84108-1235
**Status:** NOT IN GOOD STANDING
**State:** IL
**Corporation Number:** 03348725
**Descriptive Status:** NOT IN GOOD STANDING
**Title:** MANAGER
**Record Type:** HISTORICAL
**Record Date:** 11/7/2016
**Filing Date:** 11/1/2016

**17: HUNTSMAN P&A INVESTMENTS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 500 S HUNTSMAN WAY
SALT LAKE CITY, UT 84108-1235
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0801368435
**Descriptive Status:** IN EXISTENCE
**Title:** CHIEF COMPLIANCE OFFICER
**Record Type:** CURRENT
**Record Date:** 4/20/2018

**18: HUNTSMAN P&A INVESTMENTS LLC**
**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0801368435
**Descriptive Status:** IN USE
**Title:** CHIEF COMPLIANCE OFFICER
**Record Type:** CURRENT
**Record Date:** 4/20/2018
**Filing Date:** 11/16/2015

**19: HUNTSMAN P&A INVESTMENTS LLC**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0801368435
**Descriptive Status:** PRIOR
**Title:** CHIEF COMPLIANCE OFFICER
**Record Type:** CURRENT
**Record Date:** 6/14/2018
**Filing Date:** 11/16/2015

**20: HUNTSMAN PIGMENTS AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 10001 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1923
**State:** IL
**Corporation Number:** 04968158
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 12/23/2019
**21: HUNTSMAN PIGMENTS AMERICAS LLC**
**Name:** STOLLE, RUSSELL ROBERT


**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** CURRENT-ACTIVE
**State:** NC
**Corporation Number:** 1473290
**Descriptive Status:** CURRENT-ACTIVE
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 3/10/2020
**22: HUNTSMAN PIGMENTS AMERICAS LLC**
**Name:** STOLLE, RUSSELL R


**Status:** PRIOR
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 12/29/2014
**23: LAPORTE PIGMENTS, INC.**
**Name:** STOLLE, RUSSELL R


**Status:** PRIOR
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 3/8/1995
**24: MEJN GROUP HOLDINGS, LLC**
**Name:** STOLLE, RUSSELL R


**Address:** 2247 SOUTH BLVD
HOUSTON, TX 77098-5251
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0801913407
**Descriptive Status:** IN EXISTENCE
**Title:** MANAGING MEMBER
**Record Type:** CURRENT
**Record Date:** 3/11/2020
**Filing Date:** 1/13/2014
**25: MEJN GROUP HOLDINGS, LLC**
**Name:** STOLLE, RUSSELL R


**Status:** IN USE
**State:** TX
**Corporation Number:** 0801913407

**Descriptive Status:** IN USE
**Title:** MANAGING MEMBER
**Record Type:** CURRENT
**Record Date:** 3/11/2020
**Filing Date:** 1/13/2014

**26: MICHAEL W. THURMAN, INC.**
**Name:** STOLLE, RUSSELL R

**Status:** INACTIVE
**State:** TX
**Corporation Number:** 0103971800
**Descriptive Status:** INACTIVE
**Title:** SENIOR VICE PRESIDENT
**Record Type:** CURRENT
**Record Date:** 6/20/2017
**Filing Date:** 5/27/1987

**27: MICHAEL W. THURMAN, INC.**
**Name:** STOLLE, RUSSELL R

**Address:** 11104 W AIRPORT BLVD STE 107
STAFFORD, TX 77477-3035
**Status:** VOLUNTARILY DISSOLVED
**State:** TX
**Corporation Number:** 0103971800
**Descriptive Status:** VOLUNTARILY DISSOLVED
**Title:** SENIOR VICE PRESIDENT
**Record Type:** CURRENT
**Record Date:** 6/20/2017
**Filing Date:** 7/1/1987

**28: MINERAL & RESEARCH DEVELOPMENT, A DIVISION OF CHEMICAL SPECIALTIES, LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 5910 PHARR MILL RD
HARRISBURG, NC 28075-8625
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** IN EXISTENCE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 4/20/2018

**29: MINERAL & RESEARCH DEVELOPMENT, A DIVISION OF CHEMICAL SPECIALTIES, LLC**
**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** IN USE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 4/20/2018
**Filing Date:** 9/24/2013

**30: MINERAL & RESEARCH DEVELOPMENT, A DIVISION OF CHEMICAL SPECIALTIES, LLC**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT

**Record Date:** 5/12/2019
**Filing Date:** 9/24/2013

**31: MINERAL RESEARCH & DEVELOPMENT CORP.**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019

**32: MINERAL RESEARCH & DEVELOPMENT, A DIVISION OF CHEMICAL SPECIALTIES, INC.**
**Name:** STOLLE, RUSSELL R

**Status:** EXPIRED
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** EXPIRED
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 6/13/1994

**33: MINERAL RESEARCH & DEVELOPMENT, A DIVISION OF CHEMICAL SPECIALTIES, INC.**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 3/30/1973

**34: MP52, LLC**
**Name:** STOLLE, RUSSELL R

**Status:** INACTIVE
**State:** TX
**Corporation Number:** 0801568646
**Descriptive Status:** INACTIVE
**Title:** MEMBER
**Record Type:** CURRENT
**Record Date:** 3/17/2017
**Filing Date:** 3/19/2012

**35: MP52, LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 3555 LOST CREEK BLVD
AUSTIN, TX 78735-1445
**Status:** VOLUNTARILY DISSOLVED
**State:** TX
**Corporation Number:** 0801568646
**Descriptive Status:** VOLUNTARILY DISSOLVED
**Title:** MEMBER
**Record Type:** CURRENT
**Record Date:** 3/17/2017
**Filing Date:** 3/10/2015

**36: ROCKWOOD INDUSTRIES, INC.**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019

**37: ROCKWOOD PIGMENTS NA, INC.**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** PRIOR
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 5/8/2003

**38: TIOXIDE AMERICAS LLC**
**Name:** STOLLE, RUSS R

**Address:** 10001 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1923
**State:** IL
**Corporation Number:** 03348725
**Title:** MANAGER
**Record Type:** HISTORICAL
**Record Date:** 10/7/2019

**39: TIOXIDE AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Status:** PRIOR
**State:** TX
**Corporation Number:** 0801368435
**Descriptive Status:** PRIOR
**Title:** CHIEF COMPLIANCE OFFICER
**Record Type:** CURRENT
**Record Date:** 6/14/2018
**Filing Date:** 1/11/2011

**40: VENATOR AMERICAS LLC**
**Name:** STOLLE, RUSSELL ROBERT

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** ACTIVE
**State:** CA
**Corporation Number:** 201436510059
**Descriptive Status:** ACTIVE
**Record Type:** CURRENT
**Record Date:** 1/7/2020

**41: VENATOR AMERICAS LLC**
**Name:** STOLLE, RUSSELL R

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** ACTIVE
**State:** FL
**Corporation Number:** M14000009234
**Descriptive Status:** ACTIVE
**Title:** SECRETARY
**Record Type:** CURRENT

**Record Date:** 1/17/2020
**Filing Date:** 6/12/2018

**42: VENATOR AMERICAS LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 10001 WOODLOCH FOREST DR
THE WOODLANDS, TX 77380-1923
**Status:** GOOD STANDING
**State:** IL
**Corporation Number:** 04968158
**Descriptive Status:** GOOD STANDING
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 12/23/2019
**Filing Date:** 12/16/2019

**43: VENATOR AMERICAS LLC**

**Name:** STOLLE, RUSSELL ROBERT

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** CURRENT-ACTIVE
**State:** NC
**Corporation Number:** 1473290
**Descriptive Status:** CURRENT-ACTIVE
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 3/10/2020

**44: VENATOR AMERICAS LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 500 S HUNTSMAN WAY
SALT LAKE CITY, UT 84108-1235
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** IN EXISTENCE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019

**45: VENATOR AMERICAS LLC**

**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0010397106
**Descriptive Status:** IN USE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 6/12/2018

**46: VENATOR AMERICAS LLC**

**Name:** STOLLE, RUSSELL ROBERT

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**State:** WV
**Corporation Number:** 354920
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 7/13/2018
**Filing Date:** 5/13/2016

**47: VENATOR AMERICAS LLC**

**Name:** STOLLE, RUSSELL ROBERT

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** ACTIVE
**State:** WV
**Corporation Number:** 354920
**Descriptive Status:** ACTIVE
**Title:** MANAGER
**Record Type:** CURRENT
**Record Date:** 6/12/2019
**Filing Date:** 5/13/2016

**48: VENATOR CHEMICALS LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 10001 WOODLOCH FOREST DR STE 600
SPRING, TX 77380-1924
**Status:** ACTIVE
**State:** FL
**Corporation Number:** M13000005958
**Descriptive Status:** ACTIVE
**Title:** SECRETARY
**Record Type:** CURRENT
**Record Date:** 1/17/2020
**Filing Date:** 6/12/2018

**49: VENATOR CHEMICALS LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 5910 PHARR MILL RD
HARRISBURG, NC 28075-8625
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** IN EXISTENCE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019

**50: VENATOR CHEMICALS LLC**

**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0003406606
**Descriptive Status:** IN USE
**Title:** DIRECTOR
**Record Type:** CURRENT
**Record Date:** 5/12/2019
**Filing Date:** 6/12/2018

**51: VENATOR INVESTMENTS LLC**

**Name:** STOLLE, RUSSELL R

**Address:** 500 S HUNTSMAN WAY
SALT LAKE CITY, UT 84108-1235
**Status:** IN EXISTENCE
**State:** TX
**Corporation Number:** 0801368435
**Descriptive Status:** IN EXISTENCE
**Title:** CHIEF COMPLIANCE OFFICER
**Record Type:** CURRENT
**Record Date:** 6/14/2018

**52: VENATOR INVESTMENTS LLC**

**Name:** STOLLE, RUSSELL R

**Status:** IN USE
**State:** TX
**Corporation Number:** 0801368435
**Descriptive Status:** IN USE
**Title:** CHIEF COMPLIANCE OFFICER
**Record Type:** CURRENT
**Record Date:** 6/14/2018
**Filing Date:** 6/12/2018

**Person Associates - 0 records found**
**Neighbors - 7 records found**
**2 HAMPTON PL SPRING, TX 77381-4215**

| Name | Address | Phone |
|---|---|---|
| WEBB, SANDRA | 4 HAMPTON PL<br>SPRING, TX 77381-4215 | |
| DALY, BRIAN A<br>SIEMENS, SHEILA LEILANI | 6 HAMPTON PL<br>SPRING, TX 77381-4215 | |
| BOSTER, PATRICK LEE<br>WEBB, CHARLES PATRICK<br>WEBB, JESSLYNN N | 7 HAMPTON PL<br>SPRING, TX 77381-4215 | (281) 296-8610<br>(281) 681-1225 |
| MCCRACKEN, BRYAN CHARLES<br>MCCRACKEN, BRYAN C<br>MCCRACKEN, ROBBIE L | 10 HAMPTON PL<br>SPRING, TX 77381-4215 | |
| CAUBLE, MONTE E<br>GUDIEL, DIGNA<br>HORNER, ANN MARY<br>HORNER, JAMES E JR<br>HORNER, MAGGIE<br>HORNER, MARY K | 11 HAMPTON PL<br>SPRING, TX 77381-4215 | (281) 681-1408 |
| FINNEY, LUKE PATRICK<br>POWERS, LAURA P<br>POWERS, MATTHEW SCOTT<br>TURNER, EE<br>TURNER, ELIZABETH E<br>TURNER, NATHANIEL SNEAD IV | 14 HAMPTON PL<br>SPRING, TX 77381-4215 | |
| DWYER, DARBY ANN<br>DWYER, JUDY KAY<br>DWYER, STEPHEN CLAY<br>HOLLINGER, MARK REINHOLD | 15 HAMPTON PL<br>SPRING, TX 77381-4215 | |

**Employment Locator - 50 records found**
**1:**

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL ROBERT

**Title:** MANAGER
**SSN:** 451-43-XXXX
**Phone:** (281) 719-6000
**Confidence:** High

**2:**

**Company Name:** HUNTSMAN P&A AMERICAS LLC
**Name:** STOLLE, RUSSELL ROBERT

**Title:** MANAGER
**SSN:** 451-43-XXXX
**Phone:** (281) 362-5576
**Confidence:** High

**3:**

**Company Name:** HUNTSMAN PIGMENTS AMERICAS LLC
**Name:** STOLLE, RUSSELL ROBERT

**Title:** MANAGER
**SSN:** 451-43-XXXX
**Phone:** (281) 362-5576
**Confidence:** High

**4:**

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Phone:** (801) 584-5974
**Confidence:** Medium

**5:**

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Phone:** (281) 719-6000
**Confidence:** High

**6:**

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL ROBERT

**SSN:** 451-43-XXXX
**Phone:** (281) 719-6000
**Confidence:** High

**7:**

**Company Name:** VENATOR MATERIALS PLC
**Name:** STOLLE, RUSSELL R

**Title:** OFFICER
**Address:** 10003 WOODLOCH FOREST DR
SPRING, TX 77380-1913
**SSN:** 451-43-XXXX
**Confidence:** Medium

**8:**

**Company Name:** VENATOR MATERIALS PLC
**Name:** STOLLE, RUSS R

**Title:** CHIEF COMPLIANCE OFFICER, GEN COUNS
**Address:** 10001 WOODLOCH FOREST DR
SPRING, TX 77380-1923

**SSN:** 451-43-XXXX
**Phone:** (281) 292-6469
**Confidence:** High

9:

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL ROBERT

**Title:** MANAGER
**SSN:** 451-43-XXXX
**Confidence:** Medium

10:

**Company Name:** MEJN GROUP HOLDINGS, LLC
**Name:** STOLLE, RUSSELL R

**Title:** MANAGING MEMBER
**SSN:** 451-43-XXXX
**Confidence:** Medium

11:

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** DIRECTOR
**SSN:** 451-43-XXXX
**Confidence:** Medium

12:

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

13:

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

14:

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

15:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** DIRECTOR
**SSN:** 451-43-XXXX
**Confidence:** Medium

16:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

17:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** MANA
**SSN:** 451-43-XXXX
**Phone:** (281) 719-6000
**Confidence:** High

**Company Name:** HUNTSMAN CORP
**Name:** STOLLE, RUSSELL R

**Address:** 10003 WOODLOCH FOREST DR
SPRING, TX 77380-1913
**SSN:** 451-43-XXXX
**Phone:** (281) 362-5576
**Confidence:** High

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** CHIEF COMPLIANCE OFFICER
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** MANAGER
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Company Name:** VENATOR AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Company Name:** VENATOR AMERICAS LLC

**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

26:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** CHIEF COMPLIANCE OFFICER
**SSN:** 451-43-XXXX
**Confidence:** Medium

27:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** DIRECTOR
**SSN:** 451-43-XXXX
**Confidence:** Medium

28:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

29:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

30:

**Company Name:** VENATOR CHEMICALS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

31:

**Company Name:** VENATOR INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** CHIEF COMPLIANCE OFFICER
**SSN:** 451-43-XXXX
**Confidence:** Medium

32:

**Company Name:** VENATOR INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** DIRECTOR
**SSN:** 451-43-XXXX
**Confidence:** Medium

33:

**Company Name:** VENATOR INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX

**Confidence:** Medium

**34:**

**Company Name:** VENATOR INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

**35:**

**Company Name:** VENATOR INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

**36:**

**Company Name:** CHEMICAL SPECIALTIES LLC
**Name:** STOLLE, RUSSELL R

**Title:** CHIEF COMPLIANCE OFFICER
**SSN:** 451-43-XXXX
**Confidence:** Medium

**37:**

**Company Name:** CHEMICAL SPECIALTIES LLC
**Name:** STOLLE, RUSSELL R

**Title:** DIRECTOR
**SSN:** 451-43-XXXX
**Confidence:** Medium

**38:**

**Company Name:** CHEMICAL SPECIALTIES LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

**39:**

**Company Name:** CHEMICAL SPECIALTIES LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

**40:**

**Company Name:** CHEMICAL SPECIALTIES LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

**41:**

**Company Name:** HUNTSMAN P&A AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** CHIEF COMPLIANCE OFFICER
**SSN:** 451-43-XXXX
**Confidence:** Medium

**42:**

**Company Name:** HUNTSMAN P&A AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

43:

**Company Name:** HUNTSMAN P&A AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** MANAGER
**SSN:** 451-43-XXXX
**Confidence:** Medium

44:

**Company Name:** HUNTSMAN P&A AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

45:

**Company Name:** HUNTSMAN P&A AMERICAS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

46:

**Company Name:** HUNTSMAN P&A INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** CHIEF COMPLIANCE OFFICER
**SSN:** 451-43-XXXX
**Confidence:** Medium

47:

**Company Name:** HUNTSMAN P&A INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** DIRECTOR
**SSN:** 451-43-XXXX
**Confidence:** Medium

48:

**Company Name:** HUNTSMAN P&A INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** GENERAL COUNSEL
**SSN:** 451-43-XXXX
**Confidence:** Medium

49:

**Company Name:** HUNTSMAN P&A INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SECRETARY
**SSN:** 451-43-XXXX
**Confidence:** Medium

50:

**Company Name:** HUNTSMAN P&A INVESTMENTS LLC
**Name:** STOLLE, RUSSELL R

**Title:** SENIOR VICE PRESIDENT
**SSN:** 451-43-XXXX
**Confidence:** Medium

**Criminal Filings - 0 records found**
**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 5 records found**
1:

### Personal Information
**Name:** STOLLE, RUSSELL
**Address:** 127 N BERRYLINE CIR
SPRING, TX 77381-4818
**Phone Number:** (281) 292-1118
**Phone Type:**

### Carrier Information
**Carrier:** SOUTHWESTERN BELL
**Carrier City:** SPRING
**Carrier State:** TX

2:

### Personal Information
**Name:** STOLLE, RUSSELL
**Address:** 19105 MOORHEAD RD
CONROE, TX 77302-6635
**Phone Number:** (281) 292-1118
**Phone Type:**

### Carrier Information
**Carrier:** SOUTHWESTERN BELL
**Carrier City:** SPRING
**Carrier State:** TX

3:

### Personal Information
**Name:** STOLLE, RUSSELL
**Address:** 2 HAMPTON PL
SPRING, TX 77381-4215
**Phone Number:** (281) 292-1118
**Phone Type:**

### Carrier Information
**Carrier:** SOUTHWESTERN BELL
**Carrier City:** SPRING
**Carrier State:** TX

4:

### Personal Information
**Name:** STOLLE, RUSSELL
**Address:** PO BOX 15730
AUSTIN, TX 78761-5730
**Phone Number:** (512) 483-0170
**Phone Type:**

### Carrier Information
**Carrier:** SOUTHWESTERN BELL
**Carrier City:** AUSTIN
**Carrier State:** TX

5:

### Personal Information
**Name:** STOLLE, RUSSELL

**Address:** 8504 LONG CANYON DR
AUSTIN, TX 78730-2845
**Phone Number:** (512) 671-8060
**Phone Type:**

### Carrier Information
**Carrier:** SOUTHWESTERN BELL
**Carrier City:** ROUND ROCK
**Carrier State:** TX

**Utility Information - 0 records found**

**Possible Education - 0 records found**
**Sources - 326 records found**

| | |
|---|---|
| **All Sources** | 326 Source Document(s) |
| **Corporate Affiliations** | 52 Source Document(s) |
| **Deed Transfers** | 31 Source Document(s) |
| **Driver Licenses** | 5 Source Document(s) |
| **Email addresses** | 10 Source Document(s) |
| **Historical Person Locator** | 33 Source Document(s) |
| **Hunting and Fishing Licenses** | 1 Source Document(s) |
| **Motor Vehicle Registrations** | 35 Source Document(s) |
| **Person Locator 1** | 4 Source Document(s) |
| **Person Locator 2** | 9 Source Document(s) |
| **Person Locator 4** | 1 Source Document(s) |
| **Person Locator 5** | 20 Source Document(s) |
| **Person Locator 6** | 12 Source Document(s) |
| **PhonesPlus Records** | 5 Source Document(s) |
| **Professional Licenses** | 5 Source Document(s) |
| **Tax Assessor Records** | 100 Source Document(s) |
| **Voter Registrations** | 3 Source Document(s) |

Key

High Risk Indicator. These symbols may prompt you to investigate further.

Moderate Risk Indicator. These symbols may prompt you to investigate further.

General Information Indicator. These symbols inform you that additional information is provided.

The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Fraud Prevention or Detection

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**