# Exhibit O

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801368435 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 11, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 19800155681 | **FEIN:** | 980015568 |

| | |
|---|---|
| **Name:** | Venator Investments LLC |
| **Address:** | 500 Huntsman Way |
| | Salt Lake City, UT 84108 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | , CYM |
| **Foreign Formation Date:** | June 25, 1999 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| April 19, 2018 | KURT D OGDEN | DIRECTOR | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | RUSSELL R STOLLE | DIRECTOR | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | SIMON TURNER | PRESIDENT | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | SIMON TURNER | CHIEF EXECUTIVE OFFICER | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | KURT D OGDEN | SENIOR VICE PRESIDENT | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | KURT D OGDEN | CHIEF FINANCIAL OFFICER | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | RUSSELL R STOLLE | SENIOR VICE PRESIDENT | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | RUSSELL R STOLLE | GENERAL COUNSEL | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | RUSSELL R STOLLE | CHIEF COMPLIANCE OFFICER | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | JOHN J PEHRSON | VP-TAX | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | STEPHEN IBBOTSON | VICE PRESIDENT | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | STEPHEN IBBOTSON | CONTROLLER | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | JOHN J PEHRSON | TREASURER | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | RUSSELL R STOLLE | SECRETARY | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | SEAN H PETTEY | ASSISTANT SECRETARY | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |
| April 19, 2018 | GAVIN JONES | ASSISTANT TREASURER | 10003 WOODLOCH FOREST DRIVE THE WOODLANDS, TX 77380 USA |

[ Order ]    [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.