# Exhibit P

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801913407 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 13, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32052893776 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** MEJN Group Holdings, LLC

**Address:** 2247 SOUTH BLVD
HOUSTON, TX 77098-0000 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| August 16, 2015 | RUSSELL R STOLLE | | MANAGING MEMBER | 2 HAMPTON PL THE WOODLANDS, TX 77381 USA | |

[Order]    [Return to Search]

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.