# Exhibit R

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

As filed with the Securities and Exchange Commission on July 14, 2017

Registration No. 333-217753

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

AMENDMENT NO. 3

TO

# Form S-1

REGISTRATION STATEMENT

UNDER

THE SECURITIES ACT OF 1933

# Venator Materials PLC

(Exact name of registrant as specified in its charter)

| England and Wales | 2860 | 98-1373159 |
|---|---|---|
| (State or other jurisdiction of | (Primary Standard Industrial | (I.R.S. Employer |
| incorporation or | Classification Code Number) | Identification No.) |
| organization) | | |

**Titanium House, Hanzard Drive, Wynyard Park,**

**Stockton-On-Tees, TS22 5FD, United Kingdom**

**+44 (0) 1740 608 001**

(Address, including zip code, and telephone number, including

area code, of registrant's principal executive offices)

**Russ Stolle**

**Senior Vice President, General Counsel and Chief Compliance Officer**

**Titanium House, Hanzard Drive, Wynyard Park,**

**Stockton-On-Tees, TS22 5FD, United Kingdom**

**+44 (0) 1740 608 001**

(Name, address, including zip code, and telephone number, including

area code, of agent for service)

**Copies to:**

| | |
|---|---|
| **Alan Beck** | **Ilir Mujalovic** |
| **Sarah K. Morgan** | **Harald Halbhuber** |
| **Vinson & Elkins L.L.P.** | **Shearman & Sterling LLP** |
| **1001 Fannin Street, Suite 2500** | **599 Lexington Avenue** |
| **Houston, Texas 77002** | **New York, NY 10022** |
| **(713) 758-2222** | **(212) 848-4000** |

**Approximate date of commencement of proposed sale of the securities to the public:**

**As soon as practicable after the effective date of this Registration Statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box:    o

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.    o

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.   o

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.   o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer o | Accelerated filer o | Non-accelerated filer ý | Smaller reporting company o |
| | | (Do not check if a | Emerging growth company o |
| | | smaller reporting company) | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.   o

———————————————

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee(3) |
| --- | --- | --- |
| Ordinary shares, par value $0.001 per share | $100,000,000 | $11,590 |

(1) Includes shares issuable upon exercise of the underwriters' option to purchase additional ordinary shares.

(2) Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

(3) The registrant previously paid $11,590 of the total registration fee in connection with its initial registration statement on May 5, 2017.

———————————————

**The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment that specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until this Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**SIGNATURES**

<mark>Pursuant to the requirements of the Securities Act, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of The Woodlands, State of Texas, on July 14, 2017.</mark>

Venator Materials PLC

By:     <mark>/s/ RUSS STOLLE</mark>
_____

Russ Stolle
*Senior Vice President, General Counsel and*
*Chief Compliance Officer*
Date: July 14, 2017

Pursuant to the requirements of the Securities Act, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| *<br>_____<br>Simon Turner | President and Chief Executive Officer, and Director (Principal Executive Officer) | July 14, 2017 |
| /s/ KURT OGDEN<br>_____<br>Kurt Ogden | Senior Vice President and Chief Financial Officer (Principal Financial Officer), and Venator's Authorized Representative in the United States | July 14, 2017 |
| *<br>_____<br>Stephen Ibbotson | Vice President and Corporate Controller (Principal Accounting Officer) | July 14, 2017 |
| /s/ PETER R. HUNTSMAN<br>_____<br>Peter R. Huntsman | Director | July 14, 2017 |
| *<br>_____<br>Sir Robert J. Margetts | Director | July 14, 2017 |

*By     /s/ RUSS STOLLE
_____

Russ Stolle
*Attorney-in-fact*

July 14, 2017

II-3