# Exhibit CC

CAUSE NO. DC-19-02030

|  | IN THE DISTRICT COURT OF |
|---|---|
| IN RE VENATOR MATERIALS PLC SECURITIES LITIGATION | DALLAS COUNTY, TEXAS |
|  | 134th JUDICIAL DISTRICT |

## DECLARATION OF DAVID LUNIN

I, David Lunin, make this declaration pursuant to section 132.001 of the Texas Civil Practice and Remedies Code in support of the Special Appearance of the Underwriter Defendants, and hereby declare the following under penalty of perjury:

1.     My name is David Lunin. I am over the age of 18, and am of sound mind and capable of making this statement. I have personal knowledge of the facts stated herein, and, if called to testify thereto, I could and would competently do so.

2.     I began working for Goldman, Sachs & Co. LLC ("GS&Co") on July 19, 2010. Since January 1, 2014, I have served as a Vice President at GS&Co.

3.     GS&Co served as an underwriter of the August 2, 2017 initial public offering ("IPO") of Venator Materials PLC ("Venator") shares on the New York Stock Exchange. GS&Co also served as an underwriter of a secondary public offering ("SPO") (together with the IPO, the "Offerings") of Venator shares on the New York Stock Exchange on November 29, 2017.

4.     I was a senior member of the GS&Co teams that worked on the Offerings.

5.     To the best of my knowledge, GS&Co personnel worked on the registration statements for the Offerings from New York or while traveling for unrelated matters. The one

exception may be Aasem Khalil, who travels regularly, but resides in Texas, and who may have done some work related to the registration statements from Texas as well as from other locations.

6.    To the best of my knowledge, GS&Co personnel participated in due diligence calls or meetings in connection with the Offerings from New York or while traveling for unrelated matters.  The one exception may be team member Aasem Khalil who travels regularly, but resides in Texas, and who may have joined telephonically from Texas or from other locations.

7.    To the best of my knowledge, GS&Co personnel participated in discussions concerning pricing the Offerings from New York or while traveling for unrelated matters.  For the IPO, a pricing session was held at the New York office of GS&Co, and members of the Venator management team traveled to New York to attend that session.  For the SPO, a telephonic pricing session was held; to the best of my knowledge, GS&Co personnel participated in the SPO pricing session from New York, with the exception of Aasem Khalil, who may have participated from another location.

8.    The roadshow presentations for the Offerings took place in New York, Boston, Los Angeles, Chicago, Baltimore, and Pennsylvania, with no stops in Texas.

2

My name is David Lunin, my date of birth is ████████████, and my address is 200 West Street, New York, New York 10282.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York County, State of New York, on the 8th day of May, 2019.

David Lunin
Vice President
Goldman, Sachs & Co. LLC

3