# Exhibit DD

## Contact

www.linkedin.com/in/mahomed-maiter-13865282 (LinkedIn)

## Top Skills

Marketing
New Business Development
International Business

# Mahomed Maiter

Senior Vice President White Pigments at Venator Materials Plc
Cleveland, United Kingdom

## Summary

A globally experienced senior business executive with extensive international experience gained across a wide range of functions in the chemical industry over 32 years. Held senior business leadership roles with overall business responsibility for all areas of business performance including revenues, manufacturing and profitability. Senior leadership responsibilities   included commercial, sales and marketing, innovation, manufacturing, supply chain, project management,business strategy and new business development.

---

## Experience

Venator Materials Plc
Senior Vice President White Pigments
July 2017 - Present (2 years 9 months)
Wynyard, Stockton-on-Tees, United Kingdom

Responsible for the White Pigments business unit  in Venator with sales revenues of  USD$1.5bn. Also responsible for innovation and corporate purchasing  functions for Venator Materials Corporation.

Huntsman Corporation
18 years 3 months

Vice President Global Sales and Marketing
June 2008 - June 2017 (9 years 1 month)
United Kingdom

Responsible for sales, marketing, technical service and business development for the global titanium dioxide pigment and functional additives business.

Vice President Business Development
January 2007 - May 2008 (1 year 5 months)

Responsible for new business development including acquisitions and strategy.

Vice President European Polymers
August 2005 - December 2006 (1 year 5 months)

Head of the European Polymers business

Vice President Global Commercial
August 2004 - July 2005 (1 year)

Responsible for all the global commercial and technical functions for the Tioxide titanium dioxide pigment business.

Group Marketing Director
April 1999 - July 2004 (5 years 4 months)

Responsible for global marketing for the titanium dioxide pigment business.

Tioxide Limited (ICI)
General Manager - Global Materials Business
July 1995 - March 1999 (3 years 9 months)

Responsible for the global co-product business.

Tioxide Southern Africa (Pty) Ltd.
Works Manager / Operations Manager
February 1985 - June 1995 (10 years 5 months)

Responsible for the titanium dioxide pigment operation in South Africa.

———

# Education

University College Dublin
Bachelor of Eng. (Mech) B.E. Honours, Mechanical Engineering · (1980 - 1984)

INSEAD
Executive Development, Advanced Industrial Marketing Strategy

University of Cape Town
Executive Management Development