# Exhibit EE

## Contact

www.linkedin.com/in/russ-stolle-7b9165100 (LinkedIn)

## Top Skills

Corporate Law

Corporate Governance

Mergers & Acquisitions

# Russ Stolle

Executive Vice President, General Counsel and Chief Compliance Officer at Venator Materials PLC (NYSE: VNTR)
United Kingdom

## Experience

**Venator Materials Plc**

3 years

Executive Vice President, General Counsel and Chief Compliance Officer
February 2019 - Present (1 year 2 months)
Wynyard, UK

Senior Vice President, General Counsel and Chief Compliance Officer
April 2017 - February 2019 (1 year 11 months)
The Woodlands, Texas (until Aug 2017) and Wynyard, UK

**Huntsman Corporation**
Senior Vice President and Deputy General Counsel
April 1994 - August 2017 (23 years 5 months)
The Woodlands, Texas

**Texaco Inc.**
Attorney
January 1990 - April 1994 (4 years 4 months)
Austin, Texas

**Baker & Botts**
Associate Attorney
August 1987 - December 1989 (2 years 5 months)
Houston, Texas

------

## Education

The University of Texas School of Law
JD with Honors · (1984 - 1987)

Valparaiso University
Bachelor's degree, Chemistry · (1980 - 1984)