# Exhibit 25

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration File No. 333-221756**

**P R O S P E C T U S**

# 21,764,800 Shares



# Venator Materials PLC

## Ordinary Shares

Huntsman Corporation ("Huntsman"), through its wholly-owned subsidiary Huntsman (Holdings) Netherlands B.V. (the "selling shareholder"), is selling 21,764,800 of our ordinary shares. We are not selling any ordinary shares under this prospectus and will not receive any proceeds from the sale of ordinary shares to be offered by the selling shareholder. Our ordinary shares are listed on the New York Stock Exchange ("NYSE") under the symbol "VNTR." The last reported closing sale price of our ordinary shares on November 29, 2017 was $22.93 per share.

Huntsman controls and, following this offering, will continue to control a majority of the voting power of our ordinary shares. As a result, we are a "controlled company" within the meaning of the NYSE listing standards. See "Management—Status as a Controlled Company" and "Security Ownership of Management and Selling Shareholders."

**Investing in the ordinary shares involves risks that are described in the "Risk Factors" section beginning on page 18 of this prospectus.**

|  | Per Share | Total |
| --- | --- | --- |
| Public offering price | $22.50 | $489,708,000 |
| Underwriting discount(1) | $0.84375 | $18,364,050 |
| Proceeds, before expenses, to the selling shareholder | $21.65625 | $471,343,950 |

(1)    See "Underwriting" section beginning on page 194 of this prospectus for additional information regarding total underwriter compensation.

The underwriters may also exercise their option to purchase up to an additional 3,264,720 ordinary shares from the selling shareholder at the public offering price, less the underwriting discount, for 30 days after the date of this prospectus.

Neither the Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

The shares will be ready for delivery on or about December 4, 2017.

**J.P. Morgan**

**BofA Merrill Lynch**          **Citigroup**          **Goldman Sachs & Co. LLC**

| **Barclays** | **Deutsche Bank Securities** | **UBS Investment Bank** | **RBC Capital Markets** | **SunTrust Robinson Humphrey** |

| Moelis & Company LLC | HSBC | Nomura | Academy Securities |
|---|---|---|---|

The date of this prospectus is November 29, 2017.

Table of Contents

**EXPERTS**

The combined financial statements and the related financial statement schedule of Venator Materials PLC and subsidiaries as of December 31, 2016 and 2015, and for each of the years ended December 31, 2016, 2015 and 2014, included in this prospectus, have been audited by Deloitte & Touche LLP, an independent registered public accounting firm, as stated in their report appearing herein (which report expresses an unqualified opinion on the financial statements and the financial statement schedule and includes explanatory paragraphs relating to the allocations of direct and indirect corporate expenses from Huntsman as described in Note 1, the correction of an error as described in Note 25 and the effects of the discontinued operations as described in Note 26 to the combined financial statements and to the effects of losses per share as described in Note 27). Such financial statements and financial statement schedule have been so included in reliance upon the report of such firm given upon their authority as experts in accounting and auditing.

The combined financial statements of Titanium Dioxide Pigments and Other Businesses of Rockwood Holdings, Inc. as of December 31, 2013 and 2012, and for the years ended December 31, 2013 and 2012, included in this prospectus, have been audited by Deloitte & Touche LLP, independent auditors, as stated in their report appearing herein. Such financial statements have been so included in reliance upon the report of such firm given upon their authority as experts in accounting and auditing.

Table of Contents

## WHERE YOU CAN FIND MORE INFORMATION

We have filed with the SEC a registration statement on Form S-1 under the Securities Act with respect to ordinary shares the selling shareholder is offering to sell. This prospectus, which constitutes part of the registration statement, does not contain all of the information contained in the registration statement and the exhibits thereto. For additional information relating to us and our ordinary shares, we refer you to the registration statement and its exhibits, which are on file at the offices of the SEC. Statements contained in this prospectus about the contents of any contract or other document referred to may not be complete, and in each instance, if we have filed the contract or document as an exhibit to the registration statement, we refer you to the copy of the contract or other documents so filed. We qualify each statement in all respects by the relevant reference.

You may inspect and copy the registration statement and exhibits that we have filed with the SEC at the SEC's Public Reference Room at 100 F Street, N.E., Washington, D.C. 20549. Please call the SEC at (800) SEC-0330 for further information on the Public Reference Room. In addition, the SEC maintains an Internet site at www.sec.gov, from which you can electronically access the registration statement, including its exhibits.

We maintain an Internet site at www.venatorcorp.com. We do not incorporate our Internet site, or the information contained on that site or connected to that site, into this prospectus or this registration statement.

We are required to file annual and quarterly reports and other information with the SEC. You may read and copy any materials we file with the SEC at the SEC's Public Reference Room at 100 F Street, N.E., Room 1580, Washington, D.C., 20549. Please call 1-800-SEC-0330 for further information on the operation of the Public Reference Room. Our filings will also be available to the public from commercial document retrieval services and at the web site maintained by the SEC at http://www.sec.gov.

We also make available free of charge on our website, all materials that we have filed electronically with the SEC, including our quarterly reports on Form 10-Q, current reports on Form 8-K, Section 16 reports and amendments to these reports as soon as reasonably practicable after such materials are electronically filed with, or furnished to, the SEC. You also can obtain information about us at the offices of the NYSE, 20 Broad Street, New York, New York 10005.

You should rely only on the information contained in this prospectus or to which we have referred you. We have not authorized any person to provide you with different information or to make any representation not contained in this prospectus.

204

Table of Contents

**21,764,800 Shares**

# VENATOR

## Venator Materials PLC

### Ordinary Shares

PROSPECTUS

**BofA Merrill Lynch**
**Citigroup**
**Goldman Sachs & Co. LLC**
**J.P. Morgan**
**Barclays**
**Deutsche Bank Securities**
**UBS Investment Bank**
**RBC Capital Markets**
**SunTrust Robinson Humphrey**
**Moelis & Company**
**HSBC**
**Nomura**
**Academy Securities**

November 29, 2017