*In re Venator Materials PLC Securities Litigation*,
No. 4:19-cv-03464
United States District Court for the Southern District of Texas
Judge Charles R. Eskridge III

Lead Plaintiffs' Presentation
Oral Argument on Defendants' Motions to Dismiss
May 14, 2020

# Defendants Restructure Separation to Offload Damaged Pigments Business



**Defendants' Statements**

**October 28:** Huntsman announces spin-off of pigments business to existing shareholders ¶71

**January 31:** Huntsman discloses brigade "responded quickly and *extinguished* the fire" at Pori ¶74

**February 26:** P. Huntsman: We will not conduct spin without "*absolute clarity and certainty about where we're going and how we're operating*" ¶91

**February 16:** IRS approves spin ¶85

**March 28:** Rumors of Clariant merger ¶87

**April 26:** Huntsman changes transaction structure to IPO ¶88

**August 8:** Venator's IPO closes ¶109

**The truth at Pori**

**January 30:** Fire destroys Pori ¶74

**One week later:** Pori smoldering ¶76

**February 8:** Turner and other senior executives visit Pori ¶84

**February 16:** Finnish Radiation and Nuclear Safety Authority discovers 41 sources of radiation ¶82

**One month after fire:** Pori still too unsafe to enter ¶82

**September 22:** *Venator has not concluded investigation into fire* ¶83

2016

2017    2

# Defendants Falsely Claim Pori Is Operating at 20% Capacity



**Defendants' Statements**

**August 4:**
Venator IPO: "*We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017*; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018." ¶209

**September 6 and 13:**
Venator's first presentations to analysts, Defendants claim "~*20% capacity* 2Q 2017 *achieved*." ¶¶210-11

**October 27:**
Pori is "*already running at 20% capacity*" ¶212

**December 4:**
Venator SPO: "We are *currently operating at 20% of total prior capacity*." ¶332

**June 30:**
Second quarter ends

**The truth at Pori**

2017

**FEs:** All four production lines are destroyed – only the "finishing" part of one line survives, and even that is not "intact" and could operate "only in part." *E.g.,* ¶133

**September:**
Venator still has not concluded investigation into the Pori fire ¶83

**FEs:** Venator "just pretended to do something in order to collect money from the insurance company" (¶132) which was "used to prop up the Company's financial condition as Huntsman was trying to separate the business through the Venator spin-off." ¶141

2017

3

# Defendants Falsely Claim The Rebuild Is "On Track"

**Defendants' Statements**

**September 6:** "**~20% capacity** 2Q 2017 **achieved.**" ¶210

**November 3:** "We are **currently operating at 20% of total prior capacity but producing** only specialty products." ¶214

**December 4:** "We are currently operating at 20% of total prior capacity **by producing only specialty products**." ¶332

**February 23:** "**At Pori, we remain on track with our fast-paced project** [and rebuild is] **on schedule**" ¶¶153, 156

**May 1:** "reconstruction is **still generally in line**" (¶163) and "we have **restored 20% of total prior capacity**, which is dedicated to the **production** of specialty products, and we intend to restore **manufacturing** of the balance" ¶242

**Fourth Quarter:** Venator begins shuffling intermediate TiO2 from Scarlino to Pori for finishing ¶¶136-38

**2017:** Pori employees laugh at notion that Pori is at 20% ¶221

**July 2018:** Demolition ongoing and most of Pori still fenced off ¶134

2017

**The truth at Pori**



March 5, 2018

April 13, 2018

2018    4

# <u>"Production," "Manufacturing," and "Capacity" ≠ "Finishing"</u>

**Venator referred to the <u>entire production process</u> when discussing capacity:**

- "We are among the three largest global $TiO_2$ *producers*, with nameplate *production capacity of approximately 782,000 metric tons per year, accounting for approximately 11% of global $TiO_2$ production capacity*…. Our *production capabilities* are distinguished from some of our competitors…." ¶102

**Venator said "finishing" <u>followed</u> "production" of TiO2:**

- "Once an intermediate TiO2 pigment has been produced using either the chloride or sulfate process, *it is 'finished'* into a product with specific performance characteristics for particular end-use applications." ¶66

**Venator said "finishing" TiO2 <u>did not generate</u> any "capacity":**

- Huntsman called Calais a "*TiO2 finishing plant*" that contributed *"0"* to *total annual capacity* ¶66

- Venator's IPO *excluded* the Calais "*TiO2 finishing plant*" from its *total annual capacity* ¶67

5

# "Production," "Manufacturing," and "Capacity" ≠ "Finishing"

Huntsman's 2015 Form 10-K described Calais as a "TiO2 finishing plant" that contributed "0" metric tons to the company's total annual capacity ¶66

| Site | Annual Capacity (metric tons) | | | Process |
|---|---|---|---|---|
| | EAME | North America | APAC | |
| Greatham, U.K. | 150,000 | | | Chloride TiO2 |
| Pori, Finland | 130,000 | | | Sulfate TiO2 |
| Uerdingen, Germany | 107,000 | | | Sulfate TiO2 |
| Duisburg, Germany | 100,000 | | | Sulfate TiO2 |
| | 100,000 | | | Functional additives |
| Calais, France | 0 | | | TiO2 finishing plant |
| Huelva, Spain | 80,000 | | | Sulfate |
| Scarlino, Italy | 80,000 | | | Sulfate |
| Umbogintwini, South Africa | 25,000 | | | Sulfate |
| Lake Charles, Louisiana(1) | | 75,000 | | Chloride |
| Teluk Kalung, Malaysia | | | 60,000 | Sulfate |
| Total | 772,000 | 75,000 | 60,000 | |

Venator's IPO and SPO Prospectuses excluded the Calais "TiO2 finishing plant" from the Company's total annual capacity ¶¶67, 332

| Site | Annual Capacity (metric tons) | | | Process |
|---|---|---|---|---|
| | EAME(1) | North America | APAC | |
| Greatham, U.K. | 150,000 | | | Chloride TiO2 |
| Pori, Finland(3) | 130,000 | | | Sulfate TiO2 |
| Uerdingen, Germany | 107,000 | | | Sulfate TiO2 |
| Duisburg, Germany | 100,000 | | | Sulfate TiO2 |
| Huelva, Spain | 80,000 | | | Sulfate TiO2 |
| Scarlino, Italy | 80,000 | | | Sulfate TiO2 |
| Lake Charles, Louisiana(2) | | 75,000 | | Chloride TiO2 |
| Teluk Kalung, Malaysia | | | 60,000 | Sulfate TiO2 |
| Total | 647,000 | 75,000 | 60,000 | |

(1) Excludes a sulfate plant in Umbogintwini, South Africa, which closed in the fourth quarter of 2016, and our TiO2 finishing plant in Calais, France.

(2) This facility is owned and operated by LPC, a manufacturing joint venture that is owned 50% by us and 50% by Kronos. The capacity shown reflects our 50% interest in LPC.

(3) In January 2017, our TiO2 manufacturing facility in Pori, Finland experienced fire damage and we continue to repair the facility. Prior to the fire, 60% of the site capacity produced specialty products which, on average, contributed greater than 75% of the site EBITDA from January 1, 2015 through January 30, 2017. The Pori facility had a nameplate capacity of up to 130,000 metric tons per year, which represented approximately 17% of our total TiO2 capacity and approximately 2% of total global TiO2 demand. We are currently operating at 20% of total prior capacity but producing only specialty products, and we currently intend to restore manufacturing of the balance of these more profitable specialty products by the fourth quarter of 2018. The remaining 40% of site capacity is more commoditized and we will determine if and when to rebuild this commoditized capacity depending on market conditions, costs and projected long term returns relative to our other investment opportunities.

6

# <u>Venator Misrepresented that Pori Regained "Production" "Capacity"</u>

- Venator's IPO: "We are committed to repairing the facility as quickly as possible and ==*we anticipate that <u>some level of production</u> will have resumed prior to completion of the separation and we estimate that the Pori facility will be fully operational around the end of 2018*==." ¶67

    **The IPO *is* the separation – you cannot *anticipate* an event that is in the *past*.**

- The IPO Materials also stated: "We expect the Pori facility to restart in phases as follows: ==*approximately 20% capacity in the second quarter of 2017*==; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018." ¶209

    **The second quarter ended a month earlier – you cannot "expect" something that happened already.**

- Venator's SPO Materials stated: "We are ==*currently operating at 20% of total prior capacity by <u>producing only specialty products</u>*==, and we currently ==*intend to restore manufacturing*== of the balance of these more profitable specialty products by the fourth quarter of 2018." ¶332

    **Defendants concede Pori never "produced" TiO2 – but only "finished" it.**

---

**Defendants are not entitled to the benefit of the doubt on a motion to dismiss.**

*Spitzberg v. Houston American Energy Corp.*, 753 F.3d 676, 690 (5th Cir. 2014)

---

7

# <u>Defendants' Deceptive Disclosures Fail</u>

## On Reply (p. 3), Defendants hang their hat on two purported disclosures:

(1) "We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018."

**But the only way to read this statement, made a month after the second quarter ended, is that <u>*20% capacity was already achieved, which was false.*</u>**

(2) "We are committed to repairing the facility as quickly as possible and we anticipate a portion of our white end production will be operational during the second quarter of 2017 and full capacity to be available around the end of 2018."

**This single risk disclosure is consistent with Defendants' false statement above, and it is consistent with Peter Huntsman's false claim that "black-end" could be online by July 2017.**
**<u>*It's more specific—but that does not make Defendants' statements any more true.*</u>**

8

# <u>Defendants Lied When Analysts Sought Clarification</u>

**Question – Patrick Duffy Fischer:** First question, as you move to 60% on the specialty towards the end of the year, 2 questions there. ==*One, will you be consuming enough ore to produce all the TiO2 on site or will you ship in some raw ore that you'll upgrade?*== . . .

**Answer – Simon Turner:** . . . I think we've said a couple of times, that we are developing and improving some of these products while we are offline, so to speak. ==*There will be some nominal*== *-- not ores, but some raw semifinished TiO2 to brought into the finished operation during 2018,* ==*a small portion.*== *And we will be -- but we will be --* ==*majority would be produced under our fresh new project.*==

**Analysts' questions make clear they were misled and did not understand what was happening at Pori—and believed it was actually producing at 20%.**

**Turner's response—that a "nominal" "small portion" of intermediate TiO2 would be finished at Pori, but the "majority" would be "produced" "fresh"—further misled.**

**Defendants' "industry-specific and inherently fact-bound" argument cannot be decided now.**
*Spitzberg v. Houston American Energy Corp.*, 758 F.3d 676, 690 (5th Cir. 2014)

9