

# *In re Venator Materials PLC Securities Litigation,* No. 4:19-cv-03464 (S.D. Tex.)

*May 14, 2020*

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Plaintiffs' Four Categories of Alleged Misstatements

**Category 1**

- *"Defendants falsely represented that Pori was operating at '20% capacity.'"*

**Category 2**

- *"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."*

**Category 3**

- *"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand."*

**Category 4**

- *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."*

Copyright ©2020 Sullivan & Cromwell LLP

# Plaintiffs' Four Categories of Alleged Misstatements

**Category 1**

- *"Defendants falsely represented that Pori was operating at '20% capacity.'"*

**Category 2**

- *"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."*

**Category 3**

- *"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand."*

**Category 4**

- *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*



### Venator IPO Registration Statement (DX1 at 14)

**We expect the Pori facility to restart in phases as follows: approximately 20% capacity in the second quarter of 2017**; approximately 40% capacity in the second quarter of 2018; and full capacity around the end of 2018.



SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*

> *"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*



*Peter Huntsman:* "While we are still assessing the extent of the damage and time to repair, **we will be restarting the white end of this facility gradually over the next two months, using raw materials from other Huntsman facilities.**"



*February 15, 2017 Huntsman Q4 2016 Earnings Call (DX17 at 4)*

SULLIVAN & CROMWELL LLP

5

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

On January 30, 2017, our titanium dioxide manufacturing facility in Pori, Finland experienced fire damage and is currently not fully operational. We are committed to repairing the facility as quickly as possible and a portion of our white end production became operational during the second quarter of 2017. During the first half of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating income, net in our condensed consolidated statements of operations. In addition, we recorded a loss of $15 million of costs for cleanup of the facility in other operating income, net through June 30, 2017.

*July 27, 2017 Huntsman Q2 2017 10-Q (DX24 at 19)*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our $TiO_2$ manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate a portion of our white end production will be operational during the second quarter of 2017 and full capacity to be available around the end of 2018. However, we may experience delays in construction or equipment procurement, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. Huntsman maintains property damage and business interruption insurance coverage subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. If we experience delays in receiving the insurance proceeds our short term liquidity and earnings may be impacted. In

*Venator IPO Registration Statement (DX1 at 24)*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

On January 30, 2017, our titanium dioxide manufacturing facility in Pori, Finland experienced fire damage, and it is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate that a portion of our white end production will be operational during the second quarter of 2017. During the first quarter of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating expense in our condensed combined statements of operations. In addition, we recorded a loss of $4 million of costs for cleanup of the facility through March 31, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. On February 9, 2017, we received $54 million as an initial partial progress payment from our insurer. During the first quarter of 2017, we recorded $32 million of income related to insurance recoveries in other operating expense in our condensed combined statements of operations and we recorded $22 million as deferred income in accrued liabilities for costs not yet incurred.

*Venator IPO Registration Statement (DX23 at F-11)*

SULLIVAN & CROMWELL LLP

8

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

### Venator IPO Prospectus (DX12 at 24)



Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our $TiO_2$ manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate a portion of our white end production will be operational during the second quarter of 2017 and full capacity to be available around the end of 2018. However, we may experience delays in construction or equipment procurement, and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. Huntsman maintains property damage and business interruption insurance coverage subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. If we experience delays in receiving the insurance proceeds our short term liquidity and earnings may be impacted. In

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

**Pori Fire**

On January 30, 2017, our TiO$_2$ manufacturing facility in Pori, Finland experienced fire damage and it is currently not fully operational. We are committed to repairing the facility as quickly as possible and a portion of our white end production became operational during the second quarter of 2017. During the first half of 2017, we recorded a loss of $32 million for the write-off of fixed assets and lost inventory in other operating income, net in our condensed combined statements of operations. In addition, we recorded a loss of $15 million of costs for cleanup of the facility in other operating income, net through June 30, 2017. The site is insured for property damage as well as business interruption losses subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. The fire at our Pori facility did not have a material impact on our 2017 second quarter operating results as losses incurred were offset by insurance proceeds. On February 9, 2017 and May 2, 2017, we received $54 million and $76 million, respectively, as partial progress payments from our insurer. During the first six months of 2017, we recorded $84 million of income related to property damage and business interruption insurance recoveries in other operating income, net in our condensed combined statements of operations to offset property damage and business interruption losses recorded during the period. In addition, we recorded $46 million as deferred income in accrued liabilities as of June 30, 2017 for insurance proceeds received for costs not yet incurred. On July 10, 2017, we received an additional progress payment of $11 million from our insurer.



*August 28, 2017 Venator Q2 2017 10-Q (DX2 at 11)*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

Production capacities of our ten titanium dioxide and functional additives manufacturing facilities are listed below. Approximately 80% of our titanium dioxide capacity is located in Western Europe.

| Site | Annual Capacity (metric tons) | | | Process |
| --- | --- | --- | --- | --- |
| | EAME | North America | APAC | |
| Greatham, U.K. | 150,000 | | | Chloride TiO2 |
| Pori, Finland | 130,000 | | | Sulfate TiO2 |
| Uerdingen, Germany | 107,000 | | | Sulfate TiO2 |
| Duisburg, Germany | 100,000 | | | Sulfate TiO2 |
| | 100,000 | | | Functional additives |
| Calais, France | 0 | | | TiO2 finishing plant |
| Huelva, Spain | 80,000 | | | Sulfate |
| Scarlino, Italy | 80,000 | | | Sulfate |
| Umbogintwini, South Africa | 25,000 | | | Sulfate |
| Lake Charles, Louisiana(1) | | 75,000 | | Chloride |
| Teluk Kalung, Malaysia | | | 60,000 | Sulfate |
| Total | 772,000 | 75,000 | 60,000 | |

(1)    This facility is owned and operated by Louisiana Pigment Company, L.P., a manufacturing joint venture that is owned 50% by us and 50% by Kronos. The capacity shown reflects our 50% interest in Louisiana Pigment Company, L.P.

*February 16, 2016 Huntsman 2015 10-K (Compl. ¶ 66)*

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

Production capacities of our eight $TiO_2$ manufacturing facilities are listed below. Approximately 80% of our $TiO_2$ capacity is in Western Europe.

| Site | Annual Capacity (metric tons) | | | Process |
| | EAME(1) | North America | APAC | |
|---|---|---|---|---|
| Greatham, U.K. | 150,000 | | | Chloride $TiO_2$ |
| Pori, Finland(3) | 130,000 | | | Sulfate $TiO_2$ |
| Uerdingen, Germany | 107,000 | | | Sulfate $TiO_2$ |
| Duisburg, Germany | 100,000 | | | Sulfate $TiO_2$ |
| Huelva, Spain | 80,000 | | | Sulfate $TiO_2$ |
| Scarlino, Italy | 80,000 | | | Sulfate $TiO_2$ |
| Lake Charles, Louisiana(2) | | 75,000 | | Chloride $TiO_2$ |
| Teluk Kalung, Malaysia | | | 60,000 | Sulfate $TiO_2$ |
| Total | 647,000 | 75,000 | 60,000 | |

(1) Excludes a sulfate plant in Umbogintwini, South Africa, which closed in the fourth quarter of 2016, and our $TiO_2$ finishing plant in Calais, France.

125

(3) In January 2017, our $TiO_2$ manufacturing facility in Pori, Finland experienced fire damage, and it is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate that some level of production will have resumed prior to completion of the separation and we estimate that the Pori facility will be fully operational around the end of 2018. The Pori facility has nameplate capacity of up to 130,000 metric tons per year, which represents approximately 17% of our total $TiO_2$ nameplate capacity and approximately 2% of total global $TiO_2$ demand.

*Venator IPO Registration Statement (DX23 at 125-26)*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 1

*Continued*



*"Defendants falsely represented that Pori was operating at '20% capacity.'" (Opp'n at 14.)*

**\<Q - Duffy Fischer\>**: Okay. And then just the last one, on the 25kt of capacity of Pori through 2021, is that just finishing and upgrading capacity that will be running or you'll actually be processing ore there and producing base TiO2?

**\<A - Simon Turner\>**: So, it's the former, Duffy, and not the latter. We'll be taking interim product from elsewhere and finishing it. I will add that it's not anticipated that this site would run at that level of output for each and every one of the three years. Clearly, there will be a transition and a ramp-down during that period, but concluding through 2021.

**\<Q - Duffy Fischer\>**: Great. Thank you, guys.

*September 12, 2018 Business Update Call (DX11 at 4)*

# *Plaintiffs' Four Categories of Alleged Misstatements*

**Category 1**

- *"Defendants falsely represented that Pori was operating at '20% capacity.'"*

**Category 2**

- ***"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."***

**Category 3**

- *"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand."*

**Category 4**

- *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 2

> *"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."  (Opp'n at 14.)*



### Venator IPO Registration Statement (DX1 at 14)

We expect the Pori facility <u>to restart in phases</u> as follows:  approximately 20% capacity in the second quarter of 2017; approximately 40% capacity in the second quarter of 2018; and **<u>full capacity around the end of 2018.</u>**



# Category 2

*Continued*



*"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."  (Opp'n at 14.)*

Unplanned production disruptions may occur for external reasons including natural disasters, weather, disease, strikes, transportation interruption, government regulation, political unrest or terrorism, or internal reasons, such as fire, unplanned maintenance or other manufacturing problems. Any such production disruption could have a material impact on our operations, operating results and financial condition. For example, a fire occurred in January 2017 at our TiO$_2$ manufacturing facility in Pori, Finland and the facility is currently not fully operational. We are committed to repairing the facility as quickly as possible and we anticipate a portion of our white end production will be operational during the second quarter of 2017 and full capacity to be available around the end of 2018. However, we may experience delays in construction or equipment procurement. and, even if we are able to resume production on this schedule, we may lose customers that have in the meantime found alternative suppliers elsewhere. Huntsman maintains property damage and business interruption insurance coverage subject to retained deductibles of $15 million and 60 days, respectively, with a limit of $500 million. If we experience delays in receiving the insurance proceeds our short term liquidity and earnings may be impacted. In addition, if the proceeds do not fully cover our property damage, business interruption, lost profits or other losses, this will adversely affect our earnings. Additionally, our premiums and deductibles may increase substantially as a result of the fire. The separation agreement will provide that we will have the benefit of the insurance proceeds related to covered costs incurred in connection with repairs or covered lost profits incurred following this offering.

*Venator IPO Registration Statement (DX1 at 24)*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 2

*Continued*



## "Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt." (Opp'n at 14.)



*October 27, 2017 Venator Q3 2017 Earnings Call (DX21 at 3)*

*Kurt Ogden:* **[W]e intend** to restore manufacture of . . . the[] more profitable **specialty products** [60% of prior capacity] **as quickly as possible in 2018.** The remaining 40% of site capacity is more commoditized and **may be reintroduced** at a slower pace dependent on market conditions, cost and projected long-term return.

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Category 2

*Continued*



*"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt." (Opp'n at 14.)*



[W]e **currently intend** to restore manufacturing of the balance of these more profitable **specialty products by the fourth quarter of 2018** . . . . **However, we may experience delays** in construction, equipment procurement, or in start-up or plant commissioning

*Venator SPO Registration Statement (DX6 at 21)*

SULLIVAN & CROMWELL LLP

18

Copyright ©2020 Sullivan & Cromwell LLP

# Category 2

*Continued*



*"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."* (Opp'n at 14.)



Feedstock inflation is manageable for us, given our ore cost advantage, and we're confident TiO2 price improvement will outpace feedstock inflation for our business in 2018. At Pori, we remain on track with our fast-paced project to restore the higher profitability 60% specialty capacity by the end of 2018 through our original plan, hitting both the mid-year and end-year milestones. The economics to rebuild the remaining 40% of capacity are compelling, and these small commodity products will be reintroduced to the market at a more normalized pace but not before 2020.

*February 23, 2018 Venator Q4 2017 Earnings Call (DX8 at 4)*



Copyright ©2020 Sullivan & Cromwell LLP

# *Plaintiffs' Four Categories of Alleged Misstatements*

**Category 1**

- *"Defendants falsely represented that Pori was operating at '20% capacity.'"*

**Category 2**

- *"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."*

**Category 3**

- ***"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand."***

**Category 4**

- *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 3



*"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand." (Opp'n at 15.)*



Average selling prices increased by 13% over the second quarter, with price increases across all regions. We captured substantially all of the $250 million price nomination we announced in the third quarter with Europe particularly strong. Volume growth, adjusting for the impact of the Pori fire, was 4% compared to the prior year quarter. We continue to see good demand across the market for our specialty, differentiated and functional grades, and we are currently implementing price increases for the fourth quarter. Although normally a softer quarter, we are targeting price increases in the range of $80 a ton to $180 a ton.

*October 27, 2017 Venator Q3 2017 Earnings Call (DX4 at 2)*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 3

*Continued*



*"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand."* (Opp'n at 15.)



## Simon Turner

Thank you, Kurt. Moving to slide 11. We are pleased with the strong fourth quarter results, which were driven by continued industry supply tightness, good underlying demand and price capture augmented by the accelerated delivery of our Business Improvement Program.

*February 23, 2018 Venator Q4 2017 Earnings Call (DX8 at 4)*

SULLIVAN & CROMWELL LLP

22

Copyright ©2020 Sullivan & Cromwell LLP

# *Plaintiffs' Four Categories of Alleged Misstatements*

**Category 1**

- *"Defendants falsely represented that Pori was operating at '20% capacity.'"*

**Category 2**

- *"Defendants falsely told investors the Pori rebuild was 'on track' to be rebuilt."*

**Category 3**

- *"Defendants . . . falsely told investors that Venator benefitted from increased TiO2 demand."*

**Category 4**

- *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."*

Copyright ©2020 Sullivan & Cromwell LLP

# Category 4



*"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."* (Opp'n at 16.)

The **site is insured for property damage as well as business interruption losses** subject to retained deductibles of $15 million and 60 days, respectively, **with a limit of $500 million**.

**[I]f the proceeds do not fully cover** our property damage, business interruption, lost profits or other losses, **this will adversely affect our earnings**.

*Venator IPO Registration Statement (DX1 at 15, 24)*

SULLIVAN & CROMWELL LLP

24

Copyright ©2020 Sullivan & Cromwell LLP

# Category 4

*Continued*

> *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."* (Opp'n at 16.)



*October 27, 2017 Venator Q3 2017 Earnings Call (DX4 at 3)*

**[W]e will exceed our insurance limit.** We expect to contain these over-the-limit costs within **$100 million to $150 million.**



Copyright ©2020 Sullivan & Cromwell LLP

# Category 4

*Continued*



*"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits." (Opp'n at 16.)*

*February 23, 2018 Venator Q4 2017 Earnings Call (DX8 at 3)*

In addition, our current plan to rebuild the commodity products portion of the facility on a normal timeline will consume more of our insurance proceeds in the form of business interruption. We currently estimate the total cost to rebuild the facility, including the commodity products portion, will exceed the limits of our insurance proceeds. Though we do not have final cost estimates, we anticipate the cost could exceed our insurance proceeds by as much as $325 million.

Furthermore, applying additional contingency for the upper limits of design and our current construction cost estimates, the uninsured portion of the cost, it could be as much as $375 million. These are estimates based on assumptions, so the uninsured cost could exceed these estimates. Based on current and anticipated market conditions, we currently expect our business interruption losses to be fully reimbursed within our insurance policy limits, though it will consume much of the proceeds.

Copyright ©2020 Sullivan & Cromwell LLP

# Category 4

*Continued*



*"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."* (Opp'n at 16.)

Unfortunately, our contractor on the site also experienced a recent and significant safety incident, which paused construction for several weeks while the incident was under investigation, which also has extended the reconstruction timeline. These recent changes and events have led us to believe now that the full rebuild and commissioning may require more self-funding than our previous estimate of $325 million to $375 million and take longer to complete.

*July 31, 2018 Venator Q2 2018 Earnings Call (DX10 at 3)*

SULLIVAN & CROMWELL LLP

27

Copyright ©2020 Sullivan & Cromwell LLP

# Category 4

*Continued*

> *"Defendants falsely claimed that the Company's insurance would fully offset reconstruction costs and lost profits."* *(Opp'n at 16.)*

These large capital projects are inherently challenging. We have staged the Pori reconstruction in sequential phases, starting with portions of the facility damaged the least. Estimates for the different phases have progressive accuracy as a function of detailed engineering and elapsed time. The combination of fast-track premium costs for the specialty products rebuild and the need to replace more equipment than previously estimated have increased our construction costs.



*February 23, 2018 Venator Q4 2017 Earnings Call (DX8 at 3, 5)*

So, we've got some complexity there in the way these projects are run. This fast-track approach just does make it more challenging to accurately estimate the costs. And we are paying premium prices when necessary to attain equipment and services to hit that fast-paced approach. So, I think that what we're seeing here is the complexity and speed leading to extra cost. We are in covering where we needed to replace equipment, where we thought we could repair. And those are some of the factors over this last period that led to this escalation.

SULLIVAN & CROMWELL LLP

28

Copyright ©2020 Sullivan & Cromwell LLP

# *Plaintiffs challenge statements about use of a "fast track" premium based on a conclusory assertion, not well-pled facts.*

*(Compl. ¶ 126)*

Case 4:19-cv-03464   Document 41   Filed on 01/17/20 in TXSD   Page 49 of 130

126.    While Defendants continued to claim that Pori would still be rebuilt, they now revealed that the cost would exceed the insurance policy by $325 to $375 million because of a "fast-track" premium applied to construction costs at the site.  As Turner explained on Venator's 2017 fourth quarter earnings call, the "fast-track premium" was being spent to return the facility's more valuable "specialty" operations back to normal as fast as possible, as Venator was "paying premium prices where necessary to attain equipment and services, to hit back to fast-paced approach."  In reality, the "fast-track premium" was spent not on rebuilding facility, but on funding an expensive makeshift manufacturing process in which Venator produced product at other facilities—and then shipped that intermediate product to Pori, where it was "finished."

127.    Again, analysts accepted Defendants' assurances that the newly revealed insurance

approach." In reality, the "fast-track premium" was spent not on rebuilding facility, but on funding an expensive makeshift manufacturing process in which Venator produced product at other facilities—and then shipped that intermediate product to Pori, where it was "finished."

driving the results."  According to Defendant Turner, the stronger TiO2 pricing was supposedly

44

Copyright ©2020 Sullivan & Cromwell LLP

# Timeline – Scienter and Statute of Limitations



**Jan. 30, 2017**

Pori Fire

**Feb. 15, 2017**

Huntsman Q4 '16 Earnings Call

**July 27, 2017**

Huntsman Q2 '17 10-Q.

**Aug. 4, 2017**

Venator IPO

**Aug. 28, 2017**

Venator Q2 '17 10-Q

**Oct. 27, 2017**

Venator Q3 '17 Earnings Call

**Dec. 4, 2017**

Venator SPO

**Feb. 23, 2018**

Venator Q4 '17 Earnings Call

**July 31, 2018**

Venator Q2 '18 Earnings Call

**Sept. 12, 2018**

Venator Business Update Call

2017            2018

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Timeline – Plaintiffs attempt to plead fraud by hindsight



**Jan. 30, 2017**
Pori Fire

**Aug. 4, 2017**
Venator IPO

**Aug. 28, 2017**
Venator Q2 '17 10-Q

**Oct. 27, 2017**
Venator Q3 '17 Earnings Call

**Dec. 4, 2017**
Venator SPO

**Feb. 23, 2018**
Venator Q4 '17 Earnings Call

**July 31, 2018**
Venator Q2 '18 Earnings Call

**Sept. 12, 2018**
Venator Business Update Call

J F M A M J J A S O N D J F M A M J J A S O N D

2017    2018

Plaintiffs point to photographs of demolition of the Pori plant allegedly taken in March and April 2018 (Compl. ¶ 134.)

SULLIVAN & CROMWELL LLP

31

Copyright ©2020 Sullivan & Cromwell LLP

# Timeline – Plaintiffs attempt to plead fraud by hindsight

*Continued*



**Jan. 30, 2017**

Pori Fire

**Aug. 4, 2017**

Venator IPO

**Aug. 28, 2017**

Venator Q2 '17 10-Q

**Oct. 27, 2017**

Venator Q3 '17 Earnings Call

**Dec. 4, 2017**

Venator SPO

**Feb. 23, 2018**

Venator Q4 '17 Earnings Call

**July 31, 2018**

Venator Q2 '18 Earnings Call

**Sept. 12, 2018**

Venator Business Update Call

J F M A M J J A S O N D J F M A M J J A S O N D

2017        2018

Plaintiffs allege demolition vehicles were still in the process of tearing down the Moore facility in April 2018 (Compl. ¶ 134.)

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# Timeline – Plaintiffs attempt to plead fraud by hindsight

*Continued*



**Jan. 30, 2017**

Pori Fire

**Aug. 4, 2017**

Venator IPO

**Aug. 28, 2017**

Venator Q2 '17 10-Q

**Oct. 27, 2017**

Venator Q3 '17 Earnings Call

**Dec. 4, 2017**

Venator SPO

**Feb. 23, 2018**

Venator Q4 '17 Earnings Call

**July 31, 2018**

Venator Q2 '18 Earnings Call

**Sept. 12, 2018**

Venator Business Update Call

2017    2018

FE 1 and FE 2 said demolition work was still ongoing in July 2018 (Compl. ¶ 134.)

SULLIVAN & CROMWELL LLP

Copyright ©2020 Sullivan & Cromwell LLP

# *Timeline – Plaintiffs attempt to plead fraud by hindsight*

*Continued*



Copyright ©2020 Sullivan & Cromwell LLP

