**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 <br><br> Judge Charles J. Eskridge III <br><br> <u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE**
**CONSOLIDATED CLASS ACTION COMPLAINT**

The City of Miami General Employees' & Sanitation Employees' Retirement Trust, the Fresno County Employees' Retirement Association, and the City of Pontiac General Employees' Retirement System (collectively, "Lead Plaintiff") respectfully submit this unopposed motion for leave to amend the Consolidated Class Action Complaint.  ECF No. 41.

On July 7, 2021, the Court issued an Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss with leave to replead (the "MTD Opinion").  ECF No. 89. Among other things, the MTD Opinion granted Defendants' Motion to Dismiss Lead Plaintiff's claim under Section 12(a)(2) of the Securities Act.  *Id.* at 56-57.  The MTD Opinion provided that Lead Plaintiff bring any motion seeking leave to amend, along with a specific draft proposal, by August 9, 2021.  *Id.* at 59.  Lead Plaintiff's draft proposed Amended Consolidated Class Action Complaint is attached hereto as Exhibit A.  A redline reflecting the changes contained in the proposed Amended Consolidated Class Action Complaint to the Consolidated Class Action Complaint filed on January 17, 2020 (ECF No. 41) is attached hereto as Exhibit B.

Lead Plaintiff respectfully submits that the proposed Amended Consolidated Class Action Complaint addresses the issues identified by the Court in the MTD Opinion at 56-57 in dismissing Lead Plaintiffs' claim under Section 12(a)(2) by naming Underwriter Defendant Goldman Sachs & Co. LLC ("Goldman") as the sole defendant under Section 12(a)(2) and alleging that Lead Plaintiff purchased shares directly from Defendant Goldman in the Initial Public Offering and the Secondary Public Offering, as further set forth in the proposed Amended Consolidated Class Action Complaint.  Although the Amended Consolidated Class Action Complaint retains all of the allegations related to the parts of Defendants' Motion to Dismiss that the Court granted, Lead Plaintiff does not seek to re-assert those dismissed claims in this Court but rather retains those allegations in order to preserve them for any future appeal.  Lead Plaintiff has met and conferred with Counsel for Defendants, and Defendants have agreed to answer the Amended Consolidated Class Action Complaint should the Court permit the amendment.

Fifth Circuit precedent "evinces a bias in favor of granting leave to amend." *Carroll v. Fort James Corp.*, 470 F3d 1171, 1175 (5th Cir. 2006).  Lead Plaintiff's proposed amendment of the Consolidated Class Action Complaint will not "cause undue delay, be the result of bad faith, represent the repeated failure to cure previous amendments, create undue prejudice, or be futile," and is unopposed.  *Morgan v. Chapman*, 969 F.3d 238, 248 (5th Cir. 2020).

For the reasons set forth above, Lead Plaintiff respectfully requests the Court enter the [Proposed] Order attached hereto.

Dated: August 9, 2021                          Respectfully submitted,

                                               */s/ Michael D. Blatchley*
                                               Michael D. Blatchley, Attorney-in-Charge

                                               **BERNSTEIN LITOWITZ BERGER
                                                 & GROSSMANN LLP**

2

Hannah Ross (*Pro Hac Vice*)
Michael D. Blatchley (*Pro Hac Vice*)
Kate W. Aufses (*Pro Hac Vice*)
Nicholas Gersh (*Pro Hac Vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Hannah@blbglaw.com
MichaelB@blbglaw.com
Kate.Aufses@blbglaw.com
Nicholas.Gersh@blbglaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

Thomas R. Ajamie
Texas Bar No. 00952400
Southern District Bar No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
Southern District Bar No. 38095
**AJAMIE LLP**
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiff*

Robert D. Klausner (*Pro Hac Vice Forthcoming*)
**KLAUSNER KAUFMAN JENSEN
 & LEVINSON**
7080 Northwest 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for City of Miami General Employees' & Sanitation Employees' Retirement Trust*

3

Cynthia J. Billings-Dunn (*Pro Hac Vice Forthcoming*)
**ASHERKELLY**
25800 Northwestern Highway
Suite 1100
Southfield, MI 48075
Tel: (248) 746-2747
cbdunn@asherkellylaw.com

*Additional Counsel for the City of Pontiac General Employees' Retirement System*

**CERTIFICATE OF CONFERENCE**

Between July 30, 2021 and August 8, 2021, I personally discussed by email and by phone the relief requested in this motion with Defendants' counsel, Richard C. Pepperman II and Audra Soloway, who stated that Defendants do not oppose to the relief sought.

/s/ *Michael D. Blatchley*
Michael D. Blatchley

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Michael D. Blatchley*
Michael D. Blatchley

5