United States District Court
Southern District of Texas
**ENTERED**
August 16, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 <br><br> Judge Charles J. Eskridge III <br><br> CLASS ACTION |

## ORDER

Upon Lead Plaintiff's unopposed motion for leave to amend the Consolidated Class Action Complaint, and for good cause shown, the Court grants Lead Plaintiff's request for leave to amend the Consolidated Class Action Complaint.

Lead Plaintiff shall file the Amended Consolidated Class Action Complaint upon entry of this Order.

Defendants shall file any answer to the Amended Consolidated Class Action Complaint by September 9, 2021.

It is so ORDERED.

Signed on ___August 16___, 2021 at Houston, Texas.

Hon. Charles R. Eskridge III
United States District Judge