**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: VENATOR MATERIALS PLC
SECURITIES LITIGATION

Civil Action No. 4:19-cv-03464

**DECLARATION OF MICHAEL D. BLATCHLEY IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Michael D. Blatchley, hereby declare as follows:

1.      I, Michael D. Blatchley, am a partner in the law firm of Bernstein Litowitz Berger & Grossmann ("Bernstein Litowitz"), which serves as the Court-appointed Lead Counsel for Plaintiffs City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami"), Fresno County Employees' Retirement Association ("Fresno"), and City of Pontiac General Employees' Retirement System ("Pontiac," and together with Miami and Fresno, "Lead Plaintiff" or "Plaintiffs"). I am a member in good standing of the Bar of the State of New York and am admitted *pro hac vice* before this Court. I have personal knowledge of the matters set forth herein.

2.      I respectfully submit this declaration in support of Lead Plaintiff's Motion for Class Certification.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Michael L. Hartzmark, Ph.D., with attached exhibits and appendices.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Edgard Hernandez in Support of Lead Plaintiff's Motion for Class Certification.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Donald C. Kendig in Support of Lead Plaintiff's Motion for Class Certification.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Sheldon Albritton in Support of Lead Plaintiff's Motion for Class Certification.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the firm resume of Bernstein Litowitz.

8.      As reflected in the Firm Resume, Bernstein Litowitz is among the most experienced securities class action law firms in the country.  Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion.  Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, No. 09-md-2058 (S.D.N.Y.), a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.), and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.).

9.      Courts in this District and this Circuit have recognized Bernstein Litowitz as adequate and qualified class counsel.  Such examples include *In re Cobalt International Energy, Inc. Securities Litigation*, No. 14-cv-3428 (S.D. Tex.) (Atlas, J.), in which Bernstein Litowitz recovered $335 million for investors, and *Wyatt v. El Paso Corp.*, No. 02-cv-02717-LNH (S.D. Tex.) (Hughes, J.), in which Bernstein Litowitz recovered $285 million for investors.

10.    Courts have also recognized Bernstein Litowitz's advocacy. For example, in *In re Clarent Corp. Securities Litigation*, No. 01-cv-3361-CRB (N.D. Cal.), Bernstein Litowitz conducted a four-week trial and obtained a favorable jury verdict finding the CEO and former auditor of the defendant company violated the federal securities laws, leading to a recovery of millions of dollars for investors.  In that case, the court described Bernstein Litowitz's trial presentation as exhibiting "great civility and the highest professional ethics." *In re Clarent Corp. Sec. Litig.*, Master Case No. C 01-3361, Trial Tr. (Vol. 17) at 2611:19-20 (N.D. Cal. Feb. 17, 2005) (Breyer, J.).  Another court has noted that Bernstein Litowitz takes its "responsibilities to the court very seriously" (*In re Openwave Systems Sec. Litig.*, 07-cv-1309 (DLC), Tr. at 26:22-23 (S.D.N.Y.) (Feb. 27, 2009)); and has described its advocacy as being performed "at every juncture with integrity and competence" (*In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, *17 (S.D.N.Y. Nov. 12, 2004)).

11.    Attached hereto as **Exhibit 6** is a true and correct copy of an order issued by the U.S. District Court for the Northern District of California in an unrelated action where Bernstein Litowitz has been serving as Lead Counsel for the Court-appointed Lead Plaintiff, SEB Investment Management AB, and Class Counsel for the certified Class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021).  As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of the Lead Plaintiff.  Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as Class Counsel. *See id.* at *1-2.  The

court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decision-maker for the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Bernstein Litowitz has provided the order to Lead Plaintiff Miami, Fresno, and Pontiac, and discussed its content and circumstances with them and, as reflected in the attached declarations of Edgard Hernandez, Donald Kendig, and Sheldon Albritton, each has reaffirmed the filing of this motion. Importantly, courts in this Circuit and elsewhere have repeatedly approved Bernstein Litowitz as lead counsel in securities class actions after being apprised of the *Symantec* order. *See* Order, *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194-N, ECF No. 43 at 3 (N.D. Tex. June 10, 2021) (finding that "the requirements of Rule 23" were "satisf[ied]") (**Exhibit 7**); *see also* Order, *Emps.' Ret. Sys. Fund of the City of Fort Worth v. James River Grp. Holdings, Ltd.*, No. 3:21-cv-00444-MHL, ECF No. 20 (E.D. Va. Sept. 22, 2021) (**Exhibit 8**). Bernstein Litowitz was also recently appointed class counsel in *In re Mattel, Inc. Securities Litigation*, 2021 WL 4704578 (C.D. Cal. Oct. 6, 2021), after the court was informed of the *Symantec* order. *See id.* at *7.

12.     Since the inception of this litigation, Bernstein Litowitz has vigorously prosecuted this action for the benefit of Plaintiffs and the Class. Bernstein Litowitz's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming Defendants' hard-fought motions to dismiss; (iv) propounding extensive discovery on defendants and responding to the same; (v) consulting with industry, financial, and damages experts; and (vii) briefing

and filing the instant motion for class certification. Lead Counsel is committed to continuing to vigorously prosecute the action for the benefit of Lead Plaintiff and the Class.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of November, 2021, in New York, New York.

/s/ Michael D. Blatchley
Michael D. Blatchley