# EXHIBIT 2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**DECLARATION OF EDGARD HERNANDEZ IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTICATION**

I, Edgard Hernandez, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am the Pension Administrator of the City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami" and, together with the Fresno County Employees' Retirement Association and the City of Pontiac General Employees' Retirement System, "Plaintiffs" or "Lead Plaintiff"). I respectfully submit this Declaration in support of Lead Plaintiff's motion to: (i) certify this action as a Class Action; (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as Class Counsel. I have personal knowledge of the facts set forth in this Declaration.

2.      Miami is a government entity founded in 1985 that provides retirement, death, and disability benefits to eligible employees of the City of Miami, Florida. Miami maintains over $704 million in assets for the benefit of active and retired members. During the Class Period, Miami purchased 45,315 shares of Venator Materials PLC common stock and suffered substantial losses as a result of the securities law violations alleged in this action.

3.      Miami understands that the Private Securities Litigation Reform Act ("PSLRA") was intended to encourage institutional investors to direct securities class actions. As a Lead Plaintiff and a proposed Class representative, Miami – an institutional investor – has been and will continue to be committed to vigorously prosecuting this action. Miami intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4.      Miami has actively supervised and monitored the progress of this litigation and actively participated in its prosecution. For example, Miami has: (i) received and reviewed periodic status reports from BLB&G on case developments; (ii) engaged in regular discussions with BLB&G concerning the conduct of this litigation and significant developments therein; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the Consolidated Class Action Complaint filed January 17, 2020; (iv) successfully opposed Defendants' Motion to Dismiss the Consolidated Class Action Complaint; (v) reviewed the discovery requests served on Lead Plaintiff in this litigation; (vi) prepared to collect and produce documents and electronically stored information in response to Defendants' Document Requests to Plaintiffs; and (vii) through its counsel, served Document Requests and Interrogatories on Defendants.

5.      I understand that Miami owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment. In view of our responsibilities, we retained BLB&G to serve as Lead Counsel and selected them as proposed Class Counsel, because we believe that

BLB&G possesses the requisite expertise in securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members.

6.      It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Miami's fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

7.      BLB&G has provided me with the order in *SEB Investment Management AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). BLB&G has discussed the order's content and circumstances with me, and I approve the filing of this motion.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this __16__ day of November, 2021.

Edgard Hernandez
Pension Administrator
*City of Miami General Employees' & Sanitation Employees' Retirement Trust*