# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: VENATOR MATERIALS PLC
SECURITIES LITIGATION

Civil Action No. 4:19-cv-03464

## DECLARATION OF DONALD C. KENDIG IN SUPPORT OF
## LEAD PLAINTIFF'S MOTION FOR CLASS CERTICATION

I, Donald C. Kendig, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am the Retirement Administrator of the Fresno County Employees' Retirement Association ("Fresno" and, together with the City of Miami General Employees' & Sanitation Employees' Retirement Trust and the City of Pontiac General Employees' Retirement System, "Plaintiffs" or "Lead Plaintiff"). I respectfully submit this Declaration in support of Lead Plaintiff's motion to: (i) certify this action as a Class Action; (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as Class Counsel. I have personal knowledge of the facts set forth in this Declaration.

2.      Fresno is a government entity founded in 1944 that provides retirement, death, and disability benefits to eligible employees of the government of the County of Fresno, California. Fresno maintains over $6 billion in assets for the benefit of active and retired members. During the Class Period, Fresno purchased 44,885 shares of Venator Materials PLC common stock and suffered substantial losses as a result of the securities law violations alleged in this action.

3.      Fresno understands that the Private Securities Litigation Reform Act ("PSLRA") was intended to encourage institutional investors to direct securities class actions. As a Lead Plaintiff and a proposed Class representative, Fresno – an institutional investor – has been and will continue to be committed to vigorously prosecuting this action. Fresno intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4.      Fresno has actively supervised and monitored the progress of this litigation and actively participated in its prosecution.  For example, Fresno has: (i) received and reviewed periodic status reports from BLB&G on case developments; (ii) engaged in regular discussions with BLB&G concerning the conduct of this litigation and significant developments therein; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the Consolidated Class Action Complaint filed January 17, 2020; (iv) successfully opposed Defendants' Motion to Dismiss the Consolidated Class Action Complaint; (v) reviewed the discovery requests served on Lead Plaintiff in this litigation; (vi) prepared to collect and produce documents and electronically stored information in response to Defendants' Document Requests to Plaintiffs; and (vii) through its counsel, served Document Requests and Interrogatories on Defendants.

5.      I understand that Fresno owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.  In view of our responsibilities, we retained BLB&G to serve as Lead Counsel and selected them as proposed Class Counsel, because we believe that

BLB&G possesses the requisite expertise in securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members.

6.    It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Fresno's fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

7.    BLB&G has provided me with the order in *SEB Investment Management AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). BLB&G has discussed the order's content and circumstances with me, and I approve the filing of this motion.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on this  16  day of November, 2021.

Donald C. Kendig
Retirement Administrator
*Fresno County Employees'*
*Retirement Association*