**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**DECLARATION OF MICHAEL D. BLATCHLEY**
**IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION**
**FOR AN ORDER PRELIMINARILY APPROVING PROPOSED**
**CLASS ACTION SETTLEMENT AND AUTHORIZING**
**DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**

I, Michael D. Blatchley, hereby declare as follows:

1.       I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiffs Fresno County Employees' Retirement Association, City of Miami General Employees' & Sanitation Employees' Retirement Trust, and City of Pontiac General Employees' Retirement System ("Plaintiffs"), and Lead Counsel for the proposed Settlement Class.  I submit this declaration in support of Plaintiffs' motion for preliminary approval of the Settlement and for approval of notice to the Settlement Class. I have personal knowledge of the facts stated in this declaration and can testify competently to them if called upon to do so.

2.       Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated March 11, 2022 (the "Stipulation"), and the following exhibits to the Stipulation:

1

<u>Exhibit A</u>:   [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

    <u>Exhibit A-1</u>: Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses

    <u>Exhibit A-2</u>: Proof of Claim and Release Form

    <u>Exhibit A-3</u>: Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses

<u>Exhibit B</u>:   [Proposed] Judgment Approving Class Action Settlement

3.     Attached hereto as Exhibit 2 is a true and correct copy of a brief resume of JND Legal Administration's securities class action administration services.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of March, 2022.

*/s/ Michael D. Blatchley*
Michael D. Blatchley

2