**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**REPLY AND NOTICE OF NON-OPPOSITION TO PLAINTIFFS'**
**MOTION FOR AN ORDER PRELIMINARILY APPROVING**
**PROPOSED CLASS ACTION SETTLEMENT AND AUTHORIZING**
**DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**

On March 21, 2022, Lead Plaintiffs Fresno County Employees' Retirement Association, City of Miami General Employees' & Sanitation Employees' Retirement Trust, and City of Pontiac General Employees' Retirement System ("Plaintiffs") filed an unopposed motion for preliminary approval of the proposed Settlement in this Action (ECF No. 117) (the "Motion").  As stated in the Motion, Defendants do not oppose the Motion.

Any opposition to the Motion was due by April 11, 2022.  LR 7-3, 7-4.  No opposition was filed, and therefore, the Motion remains unopposed.  Accordingly, the Motion is fully briefed, and ready for disposition.  Given that the motion is unopposed, Plaintiffs respectfully submit that the Motion can be decided at this time without a hearing.

As noted in the Motion, Plaintiffs request that the Court schedule the hearing on final approval of the Settlement for 110 calendar days after entry of the Preliminary Approval Order, or as soon thereafter as the Court can schedule.  Entry of the proposed Order will stay all proceedings in the Action other than proceedings necessary to effectuate the Settlement.

Dated: April 13, 2022                    Respectfully submitted,


                                         */s/ Michael D. Blatchley*
                                         Michael D. Blatchley, Attorney-in-Charge

                                         **BERNSTEIN LITOWITZ BERGER
                                            & GROSSMANN LLP**
                                         Hannah Ross (*Pro Hac Vice*)
                                         Michael D. Blatchley (*Pro Hac Vice*)
                                         Kate W. Aufses (*Pro Hac Vice*)
                                         1251 Avenue of the Americas, 44th Floor
                                         New York, NY 10020
                                         Tel: (212) 554-1400
                                         Fax: (212) 554-1444

Hannah@blbglaw.com
MichaelB@blbglaw.com
Kate.Aufses@blbglaw.com

*Counsel for Lead Plaintiff and Lead
Counsel for the Class*

Thomas R. Ajamie
Texas Bar No. 00952400
Southern District Bar No.
6165 John S. "Jack" Edwards,
Jr. Texas Bar No. 24040851
Southern District Bar No.
38095
**AJAMIE LLP**
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for Lead Plaintiff*

Robert D. Klausner (*Pro Hac Vice Forthcoming*)
**KLAUSNER KAUFMAN JENSEN
 & LEVINSON**
7080 Northwest 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for City of Miami General
Employees' & Sanitation Employees' Retirement
Trust*

Cynthia J. Billings-Dunn (*Pro Hac Vice
Forthcoming*)
**ASHERKELLY**
25800 Northwestern Highway
Suite 1100
Southfield, MI 48075

2

Tel: (248) 746-2747
cbdunn@asherkellylaw.com

*Additional Counsel for the City of Pontiac
General Employees' Retirement System*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Michael D. Blatchley*
Michael D. Blatchley

4