# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**DECLARATION OF JED D. MELNICK**
**IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

I, JED D. MELNICK, declare as follows:

1. I was selected by Plaintiffs and Defendants to serve as the Mediator in the above-captioned action. I make this declaration based on personal knowledge and am competent to testify to the matters set forth herein. The parties have consented to my submitting this declaration regarding the negotiations which led to the proposed Settlement.[1]

2. As discussed below, I believe that the Settlement in this class action for the total amount of $19,000,000 in cash—after a rigorous mediation process—represents a well-reasoned and sound resolution of the complicated and uncertain claims. The Court, of course, will make determinations as to the "fairness" of the Settlement under applicable legal standards. From a mediator's perspective, however, I recommend the proposed

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated March 11, 2022 (ECF No. 117-2).

Settlement as reasonable, arm's length, and consistent with the risks and potential rewards of the claims asserted in the Action.

3.      I am a mediator associated with JAMS. I have mediated over one thousand disputes, including complex securities class actions and shareholder derivative actions, published articles on mediation, founded a nationally ranked dispute resolution journal, and taught young mediators.

4.      As detailed below, I oversaw the settlement negotiations in this case which culminated in the Parties agreeing to settle the claims asserted in the Action for $19 million.

5.      Plaintiffs and Defendants engaged me to serve as the mediator for the Parties' dispute in October 2021. A mediation session was scheduled for December 6, 2021. In advance of this mediation, Plaintiffs and Defendants exchanged and submitted confidential mediation statements. The mediation statements contained the Parties' respective views on liability, damages, and class certification.

6.      On December 6, 2021, counsel for Plaintiffs, counsel for Defendants, and representatives of the Defendants' insurance carriers participated in a full-day mediation session, which was conducted by Zoom. During the session, the Parties made presentations to me and we discussed the merits of the case. The Parties engaged in vigorous settlement negotiations throughout the mediation session but were unable to reach agreement on the terms of a settlement.

7.      In an effort to resolve the litigation, at the conclusion of the mediation, I issued a mediator's proposal that the Action be resolved in exchange for payment of $19 million. The proposal was issued on a double-blind basis, meaning that if one of the Parties

2

had rejected the proposal they would not find out whether the other side had accepted the proposal.  On December 10, 2021, I informed the Parties that both sides had accepted the mediator's proposal.

8.    I believe that the proposed $19 million settlement is a reasonable resolution of the Action for the Parties based on my involvement in the negotiations, review and analysis of the Parties' mediation submissions, extensive communications with the parties, and assessment of the risks inherent in this litigation.  The entire mediation process involved significant disputed issues and hard-fought, arm's-length negotiations.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed this 26th day of July, 2022.

_____
Jed D. Melnick