# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**DECLARATION OF DONALD C. KENDIG, CPA,**
**RETIREMENT ADMINISTRATOR FOR THE FRESNO COUNTY**
**EMPLOYEES' RETIREMENT ASSOCIATION, IN SUPPORT OF**
**(I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**
**AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S**
**MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Donald C. Kendig, CPA, hereby declare under penalty of perjury as follows:

1.      I am the Retirement Administrator of the Fresno County Employees' Retirement Association ("FCERA"), one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action").[1] I submit this declaration in support of (a) Plaintiffs' motion for approval of the proposed Settlement and the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and litigation expenses, which includes a request for FCERA to recover reasonable costs and expenses incurred by FCERA directly related to its representation of the Settlement Class in this Action.

---

[1] Unless otherwise indicated herein, capitalized terms shall have those meanings contained in the Stipulation and Agreement of Settlement dated March 11, 2022 (ECF No. 117-2).

2.      FCERA is a public pension fund established in 1945 for the benefit of current and retired employees of the County of Fresno, California.  FCERA provides retirement benefits for eligible employees of the County of Fresno, Superior Courts of Fresno County, and for other participating agencies.  As of June 30, 2021, FCERA managed over $6 billion in assets for the benefit of its members and their beneficiaries.

## I.      FCERA's Oversight of the Litigation

3.      I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995.  As the Retirement Administrator of FCERA, I have overseen FCERA's service as lead plaintiff in several securities class actions.  I have personal knowledge of the matters set forth in this Declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action as well as the negotiations leading to the Settlement, and I could and would testify competently thereto.

4.      On behalf of FCERA, I had regular communications with Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), Lead Counsel for the class, throughout the litigation. FCERA, through my involvement and the involvement of other employees, has supervised, monitored, and was actively involved in all material aspects of the prosecution of the Action.  FCERA received periodic status reports from BLB&G on case developments, and participated in discussions with attorneys from BLB&G concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, FCERA has, among other things, (a) communicated with BLB&G concerning significant developments in the litigation,

2

including case strategy; (b) reviewed all significant pleadings and briefs filed in the Action; (c) reviewed periodic reports from BLB&G concerning the status of the litigation; (d) collected information for and assisted in preparing FCERA's discovery responses, including written responses to interrogatories and document requests; (e) searched for and collected documents for production in response to Defendants' discovery requests; (f) consulted with BLB&G regarding settlement negotiations and the parties' respective positions during that process; and (g) evaluated and approved the proposed settlement of the Action.

## II.    FCERA Strongly Endorses Approval of the Settlement

5.    Based on its involvement throughout the prosecution and resolution of the claims asserted in the Action, FCERA believes that the proposed Settlement is fair, reasonable and adequate to the Settlement Class. FCERA believes that the Settlement represents an excellent recovery for the Settlement Class, particularly in light of the substantial risks of continuing to prosecute the claims in this case. Therefore, FCERA strongly endorses approval of the Settlement by the Court.

## III.    FCERA Supports Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses

6.    While it is understood that the ultimate determination of Lead Counsel's request for attorneys' fees and expenses rests with the Court, FCERA believes that Lead Counsel's requested fee of 25% of the Settlement Fund, net of litigation expenses, is reasonable in light of the work that Plaintiffs' Counsel performed on behalf of Lead Plaintiffs and the Settlement Class. FCERA has evaluated Lead Counsel's fee request by

3

considering the work performed, the recovery obtained for the Settlement Class in this Action, and the risks of the Action, and has authorized this fee request to the Court for its ultimate determination.

7.    FCERA further believes that the litigation expenses being requested for reimbursement by Plaintiffs' Counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, FCERA fully supports Lead Counsel's motion for attorneys' fees and litigation expenses.

8.    FCERA understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(4), 78u-4(a)(4). For this reason, in connection with Lead Counsel's request for reimbursement of litigation expenses, FCERA seeks reimbursement for costs and expenses incurred by FCERA directly related to its representation of the Settlement Class in the Action.

9.    My primary responsibility at FCERA involves overseeing all aspects of FCERA's operations, including monitoring litigation matters involving the fund, such as FCERA's activities in the securities class actions where (as here) it has been appointed lead plaintiff. In addition to myself, Douglas Kidd, FCERA's Investment Officer, and Conor Hinds, Acting Investment Officer and Principal Accountant, also participated in the prosecution of this Action.

10.    The time that we devoted to the representation of the class in this Action was

4

time that we otherwise would have expected to spend on other work for FCERA and, thus, represented a cost to FCERA. FCERA seeks reimbursement in the amount of $12,150.44 for the time the following FCERA employees devoted to the Action:

| Name | Hours | Hourly Rate[2] | Total |
|---|---|---|---|
| Donald Kendig, CPA, Retirement Administrator | 26 | $265.01 | $6,890.26 |
| Douglas Kidd, Investment Officer | 27.25 | $167.25 | $4,557.56 |
| Conor Hinds, Acting Investment Officer | 4.75 | $147.92 | $702.62 |
| TOTAL: | 58 | | $12,150.44 |

## IV.    Conclusion

11.    In conclusion, FCERA was closely involved throughout the prosecution and settlement of the claims in this Action, strongly endorses the Settlement as fair, reasonable and adequate, and believes that it represents a significant recovery for the Settlement Class. Accordingly, FCERA respectfully requests that the Court approve (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and litigation expenses, including the request for reimbursement for the costs and expenses incurred by FCERA directly related to its representation of the Settlement Class in the Action, as set forth above.

---

[2] The hourly rates used for purposes of this request are based on the annual salaries and benefits and overhead of the respective personnel who worked on this Action.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of FCERA.

Executed this 22 day of July, 2022.

Donald C. Kendig, CPA
Retirement Administrator
Fresno County Employees'
Retirement Association

6