# Exhibit 6

## EXHIBIT 6

*In re Venator Materials PLC Securities Litigation*
Civil Action No. 4:19-cv-03464 (S.D. Tex.)

## SUMMARY OF PLAINTIFFS' COUNSEL'S
## LODESTAR AND EXPENSES

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 6A | Bernstein Litowitz Berger & Grossmann LLP | 4,065.00 | $2,483,881.25 | $238,246.79 |
| 6B | Ajamie LLP | 79.90 | $60,724.00 | $2,006.85 |
| 6C | Klausner, Kaufman, Jensen & Levinson | 33.80 | $23,660.00 | $0.00 |
| 6D | AsherKelly Attorneys at Law | 30.70 | $16,885.00 | $0.00 |
| | **TOTAL:** | **4,209.40** | **$2,585,150.25** | **$240,253.64** |