# Exhibit 6D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**DECLARATION OF CYNTHIA J. BILLINGS-DUNN**
**ON BEHALF OF ASHERKELLY**
**IN SUPPORT OF LEAD COUNSEL'S MOTION FOR**
**ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Cynthia J. Billings-Dunn, hereby declare under penalty of perjury as follows:

1.      I am a partner in the law firm of AsherKelly Attorneys at Law ("AsherKelly").  I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees in connection with services rendered by Plaintiffs' Counsel in the above-captioned securities class action ("Action"), as well as for payment of Litigation Expenses incurred by my firm in connection with the Action.[1]  Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      My firm is outside counsel for Lead Plaintiff City of Pontiac General Employees' Retirement System ("Pontiac").  In that capacity, my firm acts as a fiduciary to Pontiac.  During the course of this litigation, I worked closely with Lead Counsel

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated March 11, 2022 (ECF No. 117-2).

Bernstein Litowitz Berger & Grossmann LLP in providing client communications and coordinating with Pontiac throughout the litigation. I performed the following tasks, among others: reviewed and commented on substantive pleadings throughout the litigation; participated in the mediation process; and consulted with Pontiac in formulating their decision-making throughout the case, including their review of the proposed Settlement.

3. I expended a total of 30.7 hours on this Action from its inception through July 15, 2022 (not including any time expended in preparing this application for fees and expenses). My current hourly rate for services in cases of this nature is $550, which is the same rate I have submitted and has been accepted in other complex contingent class action litigation. Accordingly, the lodestar for AsherKelly is $16,885.00.

4. I believe that the number of hours expended and the services that I performed were reasonable and necessary for the effective and efficient prosecution and resolution of the Action.

5. More information about AsherKelly, including the firm's practice and accomplishments, can be found on the firm's website, AsherKellylaw.com. My professional biography can be found at AsherKellylaw.com/team/Cynthia-J-Billings-Dunn/.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on August 3, 2022 in Oakland County, MI

Cynthia J. Billings-Dunn