# Exhibit 7

**EXHIBIT 7**

*In re Venator Materials PLC Securities Litigation*
Civil Action No. 4:19-cv-03464 (S.D. Tex.)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | 1,346.83 |
| Service of Process | 340.00 |
| PSLRA Notice | 2,645.00 |
| Online Factual Research | 10,082.36 |
| Online Legal Research | 41,598.27 |
| Document Management & Litigation Support | 6,210.16 |
| Telephone | 95.17 |
| Postage & Express Mail | 258.73 |
| Hand Delivery | 32.00 |
| Local Transportation | 2,817.72 |
| Internal Copying & Printing | 287.80 |
| Outside Copying & Printing | 5,264.89 |
| Out-of-Town Travel | 4,109.93 |
| Working Meals | 1,636.70 |
| Experts & Consultants | 141,141.15 |
| Special Counsel | 855.00 |
| Translation | 6,462.21 |
| Court Reporting & Transcripts | 1,905.00 |
| Mediation | 13,164.72 |
|  |  |
| **TOTAL:** | **$240,253.64** |