# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA**
**REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM;**
**AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Luiggy Segura, declare as follows:

1.     I am the Vice President of Securities Operations at JND Legal Administration ("JND").   Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated May 19, 2022 (ECF No. 119) (the "Preliminary Approval Order"), JND was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1]   I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated August 4, 2022 (ECF No. 122-5) (the "Initial Mailing Declaration").   I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 11, 2022 (ECF No. 117-2) (the "Stipulation").

## CONTINUED MAILING OF THE NOTICE PACKET

2.      Since the execution of my Initial Mailing Declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees. Through August 26, 2022, JND has mailed a total of 24,829 Notice Packets to potential Settlement Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

3.      JND continues to maintain the toll-free telephone number, 1-855-606-2267 and interactive voice response system to accommodate any inquiries from potential members of the Settlement Class with questions about the Action and the Settlement.  JND also continues to maintain the settlement website, (www.VenatorSecuritiesLitigation.com) to assist members of the class.  On August 8, 2022, JND posted to the website copies of the papers filed in support of Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses.  JND will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4.      The Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed or otherwise delivered, addressed to *Venator Securities Litigation*, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91370, Seattle, WA 98111, such that they were received by no later than August 19, 2022.

JND has been monitoring all mail delivered to that post office box.  JND has received no requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st of September 2022, at New Hyde Park, New York.

_Luiggy Segura_
Luiggy Segura