**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: VENATOR MATERIALS PLC SECURITIES LITIGATION | Civil Action No. 4:19-cv-03464 |

**DECLARATION OF SEAN P. FULTON REGARDING**
**NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

I, Sean P. Fulton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a member of the Bars of the State of New York and the State of Texas and an associate of Sullivan & Cromwell LLP, counsel for Defendants Venator Materials PLC, Simon Turner, Kurt D. Ogden, Stephen Ibbotson, Russ R. Stolle, Peter R. Huntsman, Sir Robert J. Margetts, Douglas D. Anderson, Daniele Ferrari, and Kathy D. Patrick (the "Venator Defendants") in the above-captioned action.

2.     I submit this declaration based upon personal knowledge and the papers filed in this action to demonstrate the Defendants' (as defined below) compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

3.     On March 21, 2022, Plaintiffs filed their Motion for Preliminary Approval of Settlement with the Venator Defendants; Huntsman (Holdings) Netherlands B.V., Huntsman International LLC, and Huntsman Corporation (collectively, the "Huntsman Defendants"); and Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Goldman Sachs & Co. LLC, and J.P. Morgan Securities LLC (collectively, the "Underwriter Defendants"; together with the Venator Defendants and the Huntsman Defendants, "Defendants").   (ECF No. 117.)

4.      On March 31, 2022, pursuant to 28 U.S.C. § 1715 (a) and (b), staff from the third-party litigation services provider KCC LLC, acting under my direction and supervision, served the CAFA notice, which consisted of a cover letter and certain accompanying documents, upon the U.S. Attorney General; the appropriate government officials for all 50 states, the District of Columbia, Guam, Puerto Rico, the Virgin Islands, the U.S. Securities and Exchange Commission, the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, the Commodity Futures Trading Commission, the Federal Reserve Bank of New York, the California Department of Business Oversight, and the Texas State Securities Board; and the Department of Justice for the Federated States of Micronesia, the Palau Office of the Attorney General, the Republic of the Marshall Islands Attorney General, and the New York State Department of Financial of Financial Services.

5.      Attached hereto as Exhibit A is a true and correct copy of the letter that was mailed as described in Paragraph 4, which includes the list of names and addresses of the government officials upon whom the CAFA notice was served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September 2022 in Hazlet, New Jersey.

Sean P. Fulton

# EXHIBIT A

March 31, 2022

<u>Via Priority Mail</u>

TO:    ALL ADDRESSEES IDENTIFIED IN THE ATTACHED ADDENDUM

Re:    *In re Venator Materials PLC Securities Litigation*,
       <u>Docket No. 4:19-cv-03464 (S.D. Tex.)</u>

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Venator Materials PLC ("Venator"); Simon Turner, Kurt D. Ogden, Stephen Ibbotson, Russ R. Stolle, Peter R. Huntsman, Sir Robert J. Margetts, Douglas D. Anderson, Daniele Ferrari, and Kathy D. Patrick (collectively, the "Individual Defendants"); Huntsman (Holdings) Netherlands B.V., Huntsman International LLC, and Huntsman Corporation (collectively, the "Huntsman Defendants"); Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Goldman Sachs & Co. LLC, and J.P. Morgan Securities LLC (collectively, the "Underwriter Defendants"; together with Venator, the Individual Defendants, and the Huntsman Defendants, "Defendants") provide notice of the proposed class action settlement (the "Settlement") reached between (1) the Fresno County Employees' Retirement Association, City of Miami General Employees' & Sanitation Employees' Retirement Trust, and City of Pontiac General Employees' Retirement System (collectively, "Lead Plaintiffs") and (2) Defendants in *In re Venator Materials PLC Securities Litigation*, No. 4:19-cv-03464 (the "Action") pending in the United States District Court for the Southern District of Texas (the "Court").

The Action alleges that, during the August 2, 2017 to October 29, 2018 putative class period (the "Settlement Class Period"), Defendants made materially false and misleading statements about the true extent of fire damage to Venator's Pori facility, the cost to rehabilitate the facility, and the impact on Venator's business and operations, which artificially inflated prices throughout the Settlement Class Period. The Action was brought by Lead Plaintiffs on behalf of a putative class of investors who purchased or otherwise acquired Venator common stock on an open market located within the United States during the Settlement Class Period.

After extensive arm's-length negotiations undertaken in good faith by experienced counsel and with the assistance of Jed Melnick, Esq., of JAMS, an experienced

-2-

and well-regarded mediator of complex cases, on March 11, 2022, Defendants and Lead Plaintiffs executed a stipulation of settlement (the "Stipulation of Settlement"). On March 21, 2022, the Stipulation of Settlement was filed with the Court, together with Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (the "Motion for Preliminary Approval").

The Stipulation of Settlement sets forth the following proposed settlement class ("Settlement Class Members"):

> [A]ll persons and entities who: (i) purchased or otherwise acquired the publicly traded common stock of Venator between August 2, 2017, and October 29, 2018, inclusive (the "Class Period"); and/or (ii) purchased or otherwise acquired publicly traded Venator common stock either in or traceable to Venator's August 3, 2017 initial public offering ("IPO") or Venator's December 4, 2017 secondary public offering ("SPO") during the Class Period, and were damaged thereby. Excluded from the Settlement Class are: (i) Defendants; (ii) members of the Immediate Family of any Individual Defendant; (iii) any person who was an officer or director of Venator, any of the Huntsman Defendants, or any of the Underwriter Defendants during the Class Period and any members of their Immediate Family; (iv) any parents, subsidiaries, or affiliates of Venator, any of the Huntsman Defendants, or any of the Underwriter Defendants; (v) any entity in which any such excluded party has, or had during the Class Period, a direct or indirect majority ownership interest; and (vi) the legal representatives, heirs, successors-in-interest, or assigns of any such excluded persons or entities; provided, however, that the Settlement Class shall not exclude any Investment Vehicles. Also excluded from the Settlement Class are Macomb County Employees' Retirement System, Fireman's Retirement System of St. Louis, and any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

-3-

Pursuant to the CAFA notice provisions, 28 U.S.C. § 1715(b), Defendants hereby provide the following information regarding the Stipulation of Settlement, and relevant documents, where available, are included on the CD-ROM that is enclosed with this letter.

1.   The Class Action Complaint and Related Materials.  Specifically, copies of the *Class Action Complaint*, *Consolidated Class Action Complaint*, and the *Amended Consolidated Class Action Complaint* are included on the enclosed CD (pursuant to 28 U.S.C. § 1715(b)(1)).[1]

2.   As of the date of this letter, the Court has not scheduled the hearing to determine whether the proposed settlement is fair, reasonable, and adequate, and should be approved pursuant to Rule 23 of the Federal Rules of Civil Procedure (pursuant to 28 U.S.C. § 1715(b)(2)).  On March 21, 2022, Plaintiff filed a *Motion for Preliminary Approval*, requesting that the Honorable George C. Hanks, Jr. preliminarily approve the proposed Settlement.  Copies of the *Proposed Preliminary Approval Order*, *Motion for Preliminary Approval*, *Declarations of Plaintiff*, and multiple Declarations are included on the enclosed CD.

3.   The proposed notification to settlement class members (which is also an exhibit to the Stipulation of Settlement), consisting of the *Notice of (I) Pendency to Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses* (the "Notice") is provided on the enclosed CD (pursuant to 28 U.S.C. § 1715(b)(3)).  Subject to Court approval, the Lead Plaintiffs will send the Notice to all settlement class members.

4.   The Stipulation of Settlement, dated March 11, 2022, and exhibits filed therewith, are provided in a folder on the enclosed CD (pursuant to 28 U.S.C. § 1715(b)(4)).

5.   The only other agreement entered into contemporaneously by Lead Plaintiffs and the Venator Defendants is a separate supplemental agreement permitting the Venator Defendants to terminate the settlement if more than a certain percentage of the settlement class members timely and validly requests exclusion from the settlement.  The percentage and manner in which it is to be calculated are redacted in the version provided in the enclosed CD (pursuant to 28 U.S.C. § 1715(b)(5)).  ***This agreement is strictly confidential and the parties request that it be treated as such under federal or state open record laws.***

---

[1]   Copies of all filings in the Action may be obtained through the U.S. District Court for the Southern District of Texas PACER system, https://ecf.txsd.uscourts.gov. Additional information about PACER may be found at http://pacer.psc.uscourts.gov.

-4-

6.      No final judgment or notice of dismissal has been entered yet.  The proposed Judgment (which is also an exhibit to the Stipulation of Settlement) is separately included on the enclosed CD (pursuant to 28 U.S.C. § 1715(b)(6)).

7.      Defendants do not currently have access to information sufficient to identify and provide the names of settlement class members who reside in each state.  It is also not feasible to provide an estimate of the settlement class members residing in each state or the estimated proportionate share of each settlement class member's claims with respect to the entire settlement.  However, assuming the Settlement is approved by the Court after conducting a fairness hearing, members of the Settlement Class who properly submitted proof of claim forms as well as supporting documentation shall receive a share of the net settlement fund in accordance with the terms of the plan of allocation.  We anticipate that, upon the conclusion of the claims process, the claims administrator will provide, upon request, the names of members of the Settlement Class who reside in each state and the estimated proportionate share of the claims of such members to the entire Settlement.

8.      No written judicial opinion relating to the Settlement exists as of the date of this letter.

If you have any questions about this notice, the Action or the enclosed materials, please contact me at 212-558-4000.

Respectfully,


 /s/  Richard C. Pepperman II

Richard C. Pepperman II
Andrew J. Finn
Elizabeth A. Rose
Sean P. Fulton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com
finna@sullcrom.com
rosee@sullcrom.com
fultons@sullcrom.com

Craig Smyser
Razvan Ungureanu
SMYSER KAPLAN VESEKLA, LLP
771 Texas Avenue, Suite 2800
Houston, Texas 77002
Tel: (713) 221-2330
Fax: (713) 221-2320
csmyser@skv.com
rungureanu@skv.com

*Attorneys for Defendants Venator Materials PLC, Simon Turner, Kurt D. Ogden, Stephen Ibbotson, Russ R. Stolle, Peter R. Huntsman, Sir Robert J. Margetts, Douglas D. Anderson, Danielle Ferrari, and Kathy D. Patrick*

-5-

| | |
|---|---|
| /s/ R. Thaddeus Behrens | /s/ Audra J. Soloway |
| R. Thaddeus Behrens | Audra J. Soloway |
| Daniel H. Gold | Geoffrey R. Chepiga |
| SHEARMAN & STERLING LLP | Caitlin Grusauskas |
| 2828 North Harwood Street | David P. Friedman |
| Dallas, Texas 75201 | PAUL, WEISS, RIFKIND, WHARTON |
| Tel: (214) 271-5777 | & GARRISON, LLP |
| thad.behrens@shearman.com | 1285 Avenue of the Americas |
| dan.gold@shearman.com | New York, New York 10019 |
| | Tel: (212) 373-3573 |
| *Attorneys for Defendants Huntsman* | Fax: (212) 492-0289 |
| *Corporation, Huntsman International* | asoloway@paulweiss.com |
| *LLC, and Huntsman (Holdings)* | gchepiga@paulweiss.com |
| *Netherlands B.V.* | cgrusauskas@paulweiss.com |
| | dfriedman@paulweiss.com |

*Attorneys for Defendants Citigroup
Global Markets Inc., Merrill Lynch,
Pierce, Fenner & Smith Incorporated,
Goldman Sachs & Co. LLC, and J.P.
Morgan Securities LLC*


(Enclosure)

cc:　　John C. Browne, Esq.
　　　 Michael D. Blatchley, Esq.

　　　 *Counsel for Lead Plaintiffs Fresno County
　　　 Employees' Retirement Association, City of
　　　 Miami General Employees' Retirement Trust,
　　　 and City of Pontiac General Employees'
　　　 Retirement System*

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General's Office | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 400 6th St., NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Shikada | Holly T. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Cameron | Daniel | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Schmitt | Eric | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Peterson | Doug | Office of the Nebraska Attorney General | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | Hew Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market St.,  P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | Rhodes State Office Tower | 30 E. Broad St., 14th Flr. | Columbus | OH | 43215 |
| O'Connor | John | Oklahoma Office of the Attorney General | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court St., NE | Salem | OR | 97301-4096 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Ravnsborg | Jason | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | P.O. Box 20207 | | Nashville | TN | 37202-0207 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Donovan | T.J. | Office of the Attorney General of Vermont | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ala'ilima-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | Dept. of Legal Affairs, c/o Office of Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Camacho | Leevin T. | Office of the Attorney General, ITC Building | 590 S. Marine Corps Dr. | Suite 901 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| George | Denise N. | Virgin Islands Attorney General, Department of Justice | 3438 Kronprindsens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |
| Gensler | Gary | Chairman, U.S. Securities and Exchange Commission | SEC Headquarters | 100 F Street, NE | Washington | DC | 20549 |
| Powell | Jerome H. | Chair, Board of Governors of the Federal Reserve System | 20th Street and Constitution Avenue N.W. | | Washington | DC | 20551 |
| Hsu | Michael J. | Office of the Comptroller of the Currency,OCC Headquarters | Constitution Center | 400 7th Street, S.W., Suite 3E-218 | Washington | DC | 20219 |
| Benham | Austin | Chair, Commodity Futures Trading Commission | Three Lafayette Centre | 1155 21st Street, NW | Washington | DC | 20581 |
| Held | Michael | Executive Vice President and General Counsel, Federal Reserve Bank of New York | 33 Liberty Street | | New York | NY | 10045 |
| Gallen | Joses | Office of the Secretary | Department of Justice for the Federated States of Micronesia | P.O. Box PS 105 | Palikir, Pohnpei | FM | 96941 |
| Rengiil | Ernestine K. | Palau Office of the Attorney General | P.O. Box 6051 | | Koror | PW | 96940 |
| Office of the Attorney General | | Republic of the Marshall Islands | P.O. Box 890 | | Majuro | MH | 96960 |
| Harris | Adrienne A. | Superintendent, New York State Department of Financial Services | Attn: Class Action Notice | One State Street, 19th Floor | New York | NY | 10004 |
| Coates | John | General Counsel, U.S. Securities and Exchange Commission | SEC Headquarters | 100F Street, NE | Washington | DC | 20549 |
| Van Der Weide | Mark. E. | General Counsel, Board of Governors of the Federal Reserve System | 20th Street and Constitution Avenue N.W. | | Washington | DC | 20551 |
| Taylor | Greg | Director, Litigation Division, Office of the Comptroller of the Currency, OCC Headquarters | Constitution Center | 400 7th Street, S.W., Suite 3E-218 | Washington | DC | 20219 |
| Davis | Daniel J. | Commodity Futures Trading Commission, Office of the General Counsel | Three Lafayette Centre | 1155 21st Street, NW | Washington | DC | 20581 |
| Alvarez | Manuel P. | Commissioner, California Dept. of Business Oversight | 1515 K Street, Suite 200 | | Sacramento | CA | 95814-4052 |
| Sparkman | Marlene K. | General Counsel, Texas State Securities Board | P. O. Box 13167 | | Austin | TX | 78711-3167 |
| Fulton | Sean P. | Sullivan & Cromwell LLP | 125 Broad Street | | New York | NY | 10004-2498 |