## HEARING MINUTES

Cause No:        4:19-CV-3464

Style:           In re Venator Materials PLC Securities Litigation

Hearing Type:    Settlement conference

**Appearances:**

| Counsel | Representing |
| --- | --- |
| Michael D. Blatchley | City of Miami Retirement Trust |
| John S. "Jack" Edwards | City of Miami Retirement Trust |
| Geoffrey Chepiga | Merrill Lynch |
| David P. Friedman | Merrill Lynch |
| Richard Thaddeus Behrens | Huntsman Netherlands |
| Daniel H. Gold | Huntsman Netherlands |
| Andrew J. Finn | Venator Materials |
| Razvan Ungureanu | Venator Materials |

Date: September 9, 2022          Court reporter: Miller
Time: 10:08 a.m.—10:44 a.m.      Law Clerk:  L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a settlement conference. The Court approved the proposed settlement and will sign the orders filed on the docket at docket entry 124.