# EXHIBIT 2

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOSEPH PRAUSE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TECHNIPFMC PLC, TORE HALVORSEN, and DIANNE B. RALSTON, <br><br> Defendants. | Case No. 4:17-cv-02368 |

## ORDER FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

IT IS HEREBY ORDERED THAT:

1. The Class Representative's Unopposed Motion for Distribution of Class Action Settlement Funds is GRANTED.

2. The funds that are currently in the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses, and the remaining fees and expenses owed to JND Legal Administration ("JND") in connection with administration of the Settlement) shall be distributed on a *pro rata* basis to the Authorized Claimants identified in Exhibits C and D to the Declaration of Luiggy Segura (the "Segura Declaration"), at the direction of Class Counsel, pursuant to the Stipulation and Agreement of Settlement, filed with the Court on December 13, 2020 (the "Stipulation") (ECF No. 205-1) and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing that was distributed pursuant to this Court's prior Order.

3. Any person asserting any rejected or subsequently filed claims are finally and forever barred as of November 5, 2021, the date used to finalize the administration based on the Segura Declaration.

4. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration of taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to, Class Counsel and JND), are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Release Parties beyond the amount allocated to them pursuant to this Order.

5. The Court approves payment of $129,660.28 from the Net Settlement Fund to reimburse JND for its fees and expenses incurred in connection with administering the Settlement.

6. The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY. VOID AND SUBJECT TO REDISTRIBUTION IF NOT CASHED BY [120 DAYS AFTER ISSUE DATE]." Class Counsel and the court-appointed Claims Administrator, JND, are authorized to locate or contact any Authorized Claimant who has not cashed his, her, or its check within said time.

7. If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be re-distributed, after payment of any

unpaid costs or fees incurred in administering the Net Settlement Fund for such redistribution, to Settlement Class Members who have cashed their checks and who would receive at least Ten Dollars ($10.00) from such redistribution. If any funds remain in the Net Settlement Fund six (6) months after such redistribution, then any such balance shall be contributed to a non-sectarian charity or any not-for-profit successor of it chosen by Class Counsel, with the approval of the Court.

8. JND will dispose of the paper copies of Claims and all supporting documentation one (1) year from the final distribution date of the Net Settlement Fund and will dispose of electronic copies of the same three (3) years after the final distribution date of the Net Settlement Fund.

9. The Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED.

Dated: JAN 2 1 2022

The Honorable Alfred H. Bennett
United States District Judge