# EXHIBIT B
# DEFICIENCY EMAIL

## First Email:

Dear Electronic Claim Filer:

Your Claim submission for the Venator Securities Litigation Settlement has been reviewed by the Claims Administrator and one or more Claims contained in your submission were found to be deficient/ineligible. A list of each Claim, transaction(s), and our determination(s) is found on the attachment. A deficiency/ineligibility key has also been enclosed to further describe each Claim/transaction status and provide insight on ways to cure your Claim(s), if possible.

You have 20 calendar days from the date of this email to provide your deficiency response. If no response is provided, your Claim(s) will be presented to the Court in the current status.

If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination(s) regarding your Claim(s). To request Court review, you must send an email to the Claims Administrator. Your email must: (1) specifically state that you request that the Court review the full or partial rejection of your Claim; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s).

**PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM. IF YOU REQUEST COURT REVIEW, YOUR CLAIM AND THE SUPPORTING DOCUMENTATION WILL BE SUBMITTED TO THE COURT FOR CONSIDERATION AND WILL BECOME PART OF THE PUBLIC RECORD. YOUR CLAIM FORM AND SUPPORTING DOCUMENTATION WILL BE PARTIALLY REDACTED TO PROTECT YOUR PRIVACY.**

Please submit all documentation to cure your deficient and/or ineligible Claim(s) via email to VNTSecurities@jndla.com.

Please reply to this email if you have any questions regarding your deficiency or Claim submission.

The attached spreadsheet is password protected. A follow-up email with the password will be sent shortly.


Regards,

Claims Administrator
Venator Securities Litigation
855-606-2267
www.VenatorSecuritiesLitigation.com

## Second Email:

The password is VNT2022

Regards,

Claims Administrator
Venator Securities Litigation
855-606-2267
www.VenatorSecuritiesLitigation.com