# EXHIBIT C DEFICIENCY SPREADSHEET

| JND ID | Claim ID | Account | Account Name | Deficiency |
|---|---|---|---|---|
| XX | XXX | X | XXXXX | XX |
| XXX | XX | XX | XX | XX |
| XX | XXXXX | XXXXX | XXXXX | X |

| JND ID | Claim ID | Account | Account Name | Transaction Type | Transaction Date | Quantity | Share Price | Total Price | Deficiency |
|---|---|---|---|---|---|---|---|---|---|
| XX | XXX | XX | X | X | X | XXX | XX | XX | XX |
| XX | XXXX | XX | X | XXXX | XX | XX | XX | XXXX | XXX |
| XXX | XX | XX | X | X | XXXX | XX | X | XX | X |
| X | X | XXX | X | XX | X | XXXX | XXX | XX | XXX |
| X | XXX | XXX | X | XX | XX | XX | XXXX | XX | XX |
| | | | | | | | | | |
| | | | | | | | | | |

| | Claim Level Deficiency | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| xx | CLAIM DOES NOT BALANCE | The Claim as submitted is not a balanced Claim. The purchases/acquisitions of publicly traded Venator common stock do not equal sales plus the number of shares held at close of trading on March 11, 2022. The total number of shares of publicly traded Venator common stock entered in sections 1 and 2 must equal the total number of shares entered in sections 3 and 4 of the Schedule of Transactions (Part III of the Claim Form). | You can resolve this deficiency by supplying revised data with all the called-for share amounts in the Schedule of Transactions. |
| xx | CLAIM SUBMITTED WAS FOR AN INELIGIBLE SECURITY | A security listed in your Claim is not an eligible security. Publicly traded Venator common stock is the only security eligible under the Settlement. | You can only resolve this deficiency by submitting revised data supporting purchases/acquisitions of publicly traded Venator common stock during the Settlement Class Period (from August 2, 2017, through October 29, 2018, inclusive). Please Note: If you have purchase transactions of publicly traded Venator common stock during this period, you must also provide data supporting those transactions and all the other information called for in the Claim Form with respect to your holdings of and transactions in publicly traded Venator common stock. |

| | | | |
|---|---|---|---|
| xx | NO PURCHASES WERE CLAIMED IN THE CLASS PERIOD | This Claim does not contain any purchases/acquisitions of publicly traded Venator common stock during the Class Period, i.e., from August 2, 2017, through October 29, 2018, inclusive. | You can only resolve this deficiency by submitting revised data supporting purchases/acquisitions of publicly traded Venator common stock during the Settlement Class Period.<br><br>Please Note: If you have purchase transactions or acquisitions of publicly traded Venator common stock during this period, you must also provide data supporting those transactions and all other information called for in the Claim and Form with respect to your holdings of and transactions in publicly traded Venator common stock. |
| xx | DUPLICATE CLAIM FILED | The Claim referenced is duplicative of another claim filed directly by a beneficial owner or another institution that has submitted an authorization with a recent date. | You can only resolve this condition of ineligibility if you can demonstrate that this Claim is not a duplicate of the Primary Claim. You must send an email explaining why you believe this Claim should not be deemed a duplicate along with acceptable documentation to support your position. If you acknowledge that this Claim is a duplicate of the Primary Claim but wish this Claim to be the operative Claim and the Primary Claim to be rejected, a signed, notarized letter from the beneficial owner of the securities stating that this Claim should be considered and that the Primary Claim should be withdrawn must be submitted along with a copy of this notice. |

| | | | |
|---|---|---|---|
| xx | CLAIM SUBMITTED BY OR ON BEHALF OF AN EXCLUDED PERSON OR ENTITY | The person or entity on whose behalf this Claim was filed is an excluded person or entity under the terms of this Settlement. | Excluded from the Settlement Class are: (i) Defendants; (ii) members of the Immediate Family of any Individual Defendant; (iii) any person who was an officer or director of Venator, any of the Huntsman Defendants, or any of the Underwriter Defendants during the Class Period and any members of their Immediate Family; (iv) any parents, subsidiaries, or affiliates of Venator, any of the Huntsman Defendants, or any of the Underwriter Defendants; (v) any entity in which any such excluded party has, or had during the Class Period, a direct or indirect majority ownership interest; and (vi) the legal representatives, heirs, successors-in-interest, or assigns of any such excluded persons or entities; provided, however, that the Settlement Class shall not exclude any Investment Vehicles. Also excluded from the Settlement Class are Macomb County Employees' Retirement System and Fireman's Retirement System of St. Louis.<br><br>If you believe that the person or entity on whose behalf this Claim was filed was incorrectly identified as an Excluded Person, please contact or call the Claims Administrator. |

| | | | |
|---|---|---|---|
| xx | CLAIM DOES NOT CALCULATE TO A RECOGNIZED CLAIM UNDER THE PLAN OF ALLOCATION | In accordance with the Court-approved Plan of Allocation set forth in the Notice, the Claim referenced above does not calculate to a Recognized Claim and is, therefore, ineligible to receive a payment from the Net Settlement Fund. | You can resolve this condition of ineligibility only by submitting revised data with additional purchase transactions or acquisitions of publicly traded Venator common stock during the Class Period, i.e., from August 2, 2017, through October 29, 2018, inclusive, that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Claim. |

| | | | |
|---|---|---|---|
| xx | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |

| **Transaction Level Deficiency** | | | |
|---|---|---|---|
| Deficiency ID | Deficiency Name | Deficiency Description | How to Fix |
| xx | TRANSACTION IS TRANSFER IN | The Claim referenced contains one or more transactions that were presented or identified as a gift or transfer into your account (also called a "free receipt") during the Class Period. The data submitted, however, does not reflect when each share was purchased. | For the Claim to be properly calculated, you must submit revised data that provides information regarding the **original** purchase/acquisition of each share in the noted transaction(s) before it was transferred into the account. Specifically, you must submit, with respect to each transaction, revised data that reflects (i) the date on which each share in each transaction was purchased/acquired, and (ii) the price paid per share. |

| | | | |
|---|---|---|---|
| xx | PRICE PER SHARE OUT OF RANGE | The price per share or the price multiplied by quantity is outside of the normal range for that day. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the price of the transaction. If the data is correct, provide revised data with the correct price and/or net amount |
| xx | NET OUT OF RANGE | The price per share or the price multiplied by quantity is outside of the normal range for that day. Please check dates and data. If you submitted a transaction in a foreign currency, the Price Per Share and Net Amount have been converted to US Dollars, therefore, the transaction information will not appear as it was submitted. | Please review your data to confirm the net amount of the transaction. If the data is correct, provide revised data with the correct net amount. |

| | | | |
|---|---|---|---|
| xx | INELIGIBLE SECURITY CLAIMED FOR TRANSACTION | A security claimed for the transaction(s) set forth is not an eligible security for this Settlement. | The only security eligible in this Settlement is publicly traded Venator common stock. If you did not purchase publicly traded Venator common stock during the Class Period, you are not eligible to participate in the Settlement. |

| | | | |
|---|---|---|---|
| xx | TRANSACTION IS OUTSIDE CLASS PERIOD | The purchase transaction(s) set forth did not occur during the Class Period. Unless the date(s) originally submitted is (are) incorrect, then the transaction(s) will not be included in your Claim. | N/A |
| xx | TRANSACTION IS TRANSFER OUT | The Claim referenced contains one or more transactions that were presented or identified as a transfer out of your account (also called a "free delivery") during the Class Period. The data submitted, however, does not reflect the date and means of final disposition of each share. | In order to include the below-noted shares in the calculation of the Claim, you must submit acceptable supporting documentation demonstrating that the final sale of those shares subsequent to the transfer out of the account occurred during the period of August 2, 2017, through March 11, 2022, both dates inclusive, or held as of close of trading on March 11, 2022. Specifically, if the shares identified below as a "Transfer Out" were ultimately sold during the period of August 2, 2017 through March 11, 2022, both dates inclusive, you must submit, with respect to each transaction, revised data that reflects the correct date of the final sale of the shares and the price received per share. |
| xx | MISSING TRANSACTION INFORMATION | The information as entered on your submission did not include all details for the transaction(s). | You can resolve this deficiency by supplying all the called-for transactional information in a revised data file. |