# EXHIBIT E
# LATE BUT OTHERWISE ELIGIBLE CLAIMS



## VENATOR SECURITIES LITIGATION
## LATE BUT OTHERWISE ELIGIBLE CLAIMS

**TOTAL CLAIMS: 41**
**TOTAL RECOGNIZED CLAIMS: $8,383,502.49**

| CLAIM | RECOGNIZED CLAIM | CLAIM | RECOGNIZED CLAIM |
|---|---|---|---|
| D5QFMG6DPE | $ 31,473.83 | DLPXDRBG6T | $ 279,591.28 |
| D5RHXFJQGE | $ 726,565.51 | DMKF2D4A9B | $ 18,126.79 |
| D7KH83WSB2 | $ 552.33 | DMYPCBQA9N | $ 292,391.41 |
| D7SV954YB2 | $ 16,477.23 | DP46TBWD29 | $ 11,799.43 |
| D7T2DKPJ6Y | $ 289.50 | DQ47EHFPAZ | $ 198.60 |
| D7Y4XBJURT | $ 296,014.09 | DQX8V5YRK9 | $ 572.57 |
| D92D6ALBJZ | $ 11,319.00 | DR6CY3EAGZ | $ 662.50 |
| DA7HJT6LXR | $ 765.74 | DRMUZAVJWT | $ 71,478.00 |
| DAHE5BRP3N | $ 541.50 | DRPFWYSD63 | $ 14,523.03 |
| DCKWEDQ97J | $ 80,864.00 | DS9ADGVMX3 | $ 451.25 |
| DD8L2XUS3A | $ 301,797.00 | DSVBXRT9JW | $ 21,728.59 |
| DDH24XG5SW | $ 45.25 | DU7FXVGRSD | $ 3,638,669.93 |
| DDHT37YG6A | $ 830.76 | DUBLNP5XVR | $ 1,385,157.32 |
| DDVLHUMP7W | $ 404.00 | DV2LR9C5PF | $ 7,906.02 |
| DGPACNKHX7 | $ 33,305.22 | DVC5BAGZ8Y | $ 4,351.21 |
| DH7RJWXE8V | $ 102,885.00 | DWAKZEP892 | $ 512,927.99 |
| DHC45RT3X2 | $ 6,697.50 | DWML3VFEHT | $ 47,453.51 |
| DJF2XYPVME | $ 440.66 | DX3ZLBTRS9 | $ 24,795.29 |
| DJXSPQU6Z7 | $ 395,750.00 | PDYWV7J35L | $ 14,553.00 |
| DKGL4JX5YN | $ 1,108.65 | PMY6R43V87 | $ 14,553.00 |
| DLDVM8FCAE | $ 13,485.00 | | |