# EXHIBIT G
# INVOICES



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2022 | 144372 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY 10020

| PROJECT | | TERMS |
|---------|--|-------|
| VNT - In re Venator Materials Plc Sec Lit | | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - May 31, 2022) | | |
| | | | |
| | Fees: | | |
| 1 | Initial Set-Up Fee | 7,500.00 | 7,500.00 |
| 1 | IVR Set-Up Fee | 1,900.00 | 1,900.00 |
| 1 | Monthly IVR Maintenance Fee | 150.00 | 150.00 |
| 3 | Monthly Website Hosting | 200.00 | 600.00 |
| 4.75 | Building and Testing Database Calculation Module | 250.00 | 1,187.50 |
| 8.75 | Interactive Website | 125.00 | 1,093.75 |
| 5.25 | Project Management | 170.00 | 892.50 |
| 3.75 | Summary Notice Production Costs | 265.00 | 993.75 |
| 3 | Working with DTC/Brokers | 95.00 | 285.00 |
| | | | |
| | Expenses: | | |
| 3 | PO Box | 150.00 | 450.00 |
| 261 | Electronic Data Storage | 0.006 | 1.57 |
| | Broker Reimbursement | 900.00 | 900.00 |
| | Domain Charges | 627.65 | 627.65 |
| | | | |
| | | **Invoice Total** | $16,581.72 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/26/2022 | 144556 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2022) | | |
| | | | |
| | Fees: | | |
| 50,000 | Notice Packet Printing | 0.68 | 34,000.00 |
| 48.28 | IVR Minutes | 0.32 | 15.45 |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 12.75 | Contact Center Agent (Shared)/hour | 60.00 | 765.00 |
| 5.75 | Class Member Communications | 95.00 | 546.25 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 5.25 | Building and Testing Database Calculation Module | 250.00 | 1,312.50 |
| 60.75 | Interactive Website | 125.00 | 7,593.75 |
| 29 | Project Management | 170.00 | 4,930.00 |
| 2.25 | Summary Notice Production Costs | 265.00 | 596.25 |
| 35.75 | Working with DTC/Brokers | 95.00 | 3,396.25 |
| 1 | Claim Processing - Electronic Claims | 2.95 | 2.95 |
| 2.5 | Quality Assurance and Fraud Review | 265.00 | 662.50 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 3,775 | Electronic Data Storage | 0.006 | 22.65 |
| | Broker Reimbursement | 1,187.50 | 1,187.50 |
| | FedEx and Shipping | 1,367.67 | 1,367.67 |
| | Postage | 5,255.00 | 5,255.00 |
| | Investor's Business Daily | 3,600.00 | 3,600.00 |
| | PR Newswire | 2,615.00 | 2,615.00 |
| | Photocopies | 2.20 | 2.20 |

| | Invoice Total |
|---|---|
| | |

**\*\*\*Payment Instructions\*\*\***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/26/2022 | 144556 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY 10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Supplies | 5.58 | 5.58 |

| | | Invoice Total | $68,276.50 |
|--|--|---------------|-----------|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/30/2022 | 144996 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2022) | | |
| | | | |
| | Fees: | | |
| 362.55 | IVR Minutes | 0.32 | 116.02 |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 4.25 | Contact Center Agent (Shared)/hour | 60.00 | 255.00 |
| 3.5 | Class Member Communications | 95.00 | 332.50 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 13 | Building and Testing Database Calculation Module | 250.00 | 3,250.00 |
| 16.5 | Interactive Website | 125.00 | 2,062.50 |
| 20.25 | Project Management | 170.00 | 3,442.50 |
| 31 | Working with DTC/Brokers | 95.00 | 2,945.00 |
| 2 | Claim Processing - Electronic Claims | 2.95 | 5.90 |
| 4.25 | Quality Assurance and Fraud Review | 265.00 | 1,126.25 |
| 1.25 | Bank, Broker, Nominee, and Fulfillment Expenses | 95.00 | 118.75 |
| 4 | Broker Mailing (not including broker fees) | 95.00 | 380.00 |
| 2.25 | Broker Outreach | 95.00 | 213.75 |
| 45 | Processing Undeliverables | 0.25 | 11.25 |
| 3 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 510.00 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 11,367 | Electronic Data Storage | 0.006 | 68.20 |
| | Broker Reimbursement | 1,236.91 | 1,236.91 |
| | FedEx and Shipping | 575.00 | 575.00 |

| | Invoice Total |
|---|---|
| | |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/30/2022 | 144996 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Postage | 8,178.81 | 8,178.81 |
| | Photocopies | 1,384.00 | 1,384.00 |
| | Supplies | 856.34 | 856.34 |
| | Address Search | 2.08 | 2.08 |

| | Invoice Total | $27,470.76 |
|--|---------------|------------|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/30/2022 | 145188 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2022) | | |
| | | | |
| | Fees: | | |
| 322.31 | IVR Minutes | 0.32 | 103.14 |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 5.25 | Contact Center Agent (Shared)/hour | 60.00 | 315.00 |
| 5.25 | Class Member Communications | 95.00 | 498.75 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 8.5 | Building and Testing Database Calculation Module | 250.00 | 2,125.00 |
| 0.5 | Interactive Website | 125.00 | 62.50 |
| 31.75 | Project Management | 170.00 | 5,397.50 |
| 12 | Working with DTC/Brokers | 95.00 | 1,140.00 |
| 29 | Claim Processing - Electronic Claims | 2.95 | 85.55 |
| 1.25 | Quality Assurance and Fraud Review | 265.00 | 331.25 |
| 0.75 | Bank, Broker, Nominee, and Fulfillment Expenses | 95.00 | 71.25 |
| | | | |
| | Expenses: | | |
| | PO Box | 165.00 | 165.00 |
| 14,882 | Electronic Data Storage | 0.006 | 89.29 |
| | Broker Reimbursement | 8,373.66 | 8,373.66 |
| | Postage | 58.90 | 58.90 |
| | Photocopies | 42.60 | 42.60 |
| | Supplies | 1.40 | 1.40 |

| | Invoice Total | $19,110.79 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/28/2022 | 145425 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2022) | | |
| | | | |
| | Fees: | | |
| 145.13 | IVR Minutes | 0.31999 | 46.44 |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 5.5 | Contact Center Agent (Shared)/hour | 60.00 | 330.00 |
| 10.75 | Class Member Communications | 95.00 | 1,021.25 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 1.75 | Building and Testing Database Calculation Module | 250.00 | 437.50 |
| 8.25 | Interactive Website | 125.00 | 1,031.25 |
| 18.25 | Project Management | 170.00 | 3,102.50 |
| 240 | Claim Processing - Paper Claims | 5.45 | 1,308.00 |
| 133 | Claim Processing - Electronic Claims | 2.95 | 392.35 |
| | | | |
| | Expenses: | | |
| | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 1.50 | 4.50 |
| 17,044 | Electronic Data Storage | 0.006 | 102.26 |
| | Postage | 2.10 | 2.10 |
| | FedEx and Shipping | 272.56 | 272.56 |

| | Invoice Total | $8,465.71 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/30/2022 | 147046 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - November 30, 2022) | | |
| | Fees: | | |
| 382.9 | IVR Minutes | 0.32 | 122.53 |
| 2 | Monthly IVR Maintenance Fee | 50.00 | 100.00 |
| 10.5 | Contact Center Agent (Shared)/hour | 60.00 | 630.00 |
| 13.75 | Class Member Communications | 95.00 | 1,306.25 |
| 2 | Monthly Website Hosting | 200.00 | 400.00 |
| 3.25 | Working with DTC/Brokers | 95.00 | 308.75 |
| 1 | Buckslip Printing | 200.00 | 200.00 |
| 1 | Building and Testing Database Calculation Module | 250.00 | 250.00 |
| 333 | Print/ Mail Postcard Acknowledgement | 0.08 | 26.64 |
| 49.25 | Project Management | 170.00 | 8,372.50 |
| 127 | Claim Processing - Paper Claims | 5.45 | 692.15 |
| 9,113 | Claim Processing - Electronic Claims | 2.95 | 26,883.35 |
| 454 | Processing Undeliverables | 0.25 | 113.50 |
| 13 | Print and Mail Deficiency and Rejection letters | 0.35 | 4.55 |
| 51.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 8,797.50 |
| 46.25 | Quality Assurance and Fraud Review | 265.00 | 12,256.25 |
| | Expenses: | | |
| 2 | PO Box | 165.00 | 330.00 |
| 6 | Box Storage | 2.50 | 15.00 |
| 48,610 | Electronic Data Storage | 0.006 | 291.66 |
| | FedEx and Shipping | 495.00 | 495.00 |

| | Invoice Total |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/30/2022 | 147046 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Broker Reimbursement | 799.34 | 799.34 |
| | Photocopies | 36.00 | 36.00 |
| | Supplies | 3.92 | 3.92 |
| | Postage | 9.26 | 9.26 |

| | Invoice Total | $62,444.15 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/2/2023 | 148573 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (January 1 - 31, 2023) | | |
| | | | |
| | Fees: | | |
| 907.04 | IVR Minutes | 0.32 | 290.25 |
| 2 | Monthly IVR Maintenance Fee | 50.00 | 100.00 |
| 24.5 | Contact Center Agent (Shared)/hour | 60.00 | 1,470.00 |
| 1.75 | Class Member Communications | 95.00 | 166.25 |
| 2 | Monthly Website Hosting | 200.00 | 400.00 |
| 1.5 | Working with DTC/Brokers | 95.00 | 142.50 |
| 6.5 | Building and Testing Database Calculation Module | 250.00 | 1,625.00 |
| 34.75 | Project Management | 170.00 | 5,907.50 |
| 3 | Claim Processing - Paper Claims | 5.45 | 16.35 |
| 3 | Claim Processing - Electronic Claims | 2.95 | 8.85 |
| 9.5 | Fraud Review/Research | 200.00 | 1,900.00 |
| 40 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 6,800.00 |
| 12 | Quality Assurance and Fraud Review | 265.00 | 3,180.00 |
| | | | |
| | Expenses: | | |
| 2 | PO Box | 165.00 | 330.00 |
| 6 | Box Storage | 2.50 | 15.00 |
| 59,176 | Electronic Data Storage | 0.006 | 355.06 |
| | Photocopies | 300.55 | 300.55 |
| | Supplies | 61.61 | 61.61 |
| | Postage | 108.18 | 108.18 |

| | | **Invoice Total** | **$23,177.10** |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/22/2023 | 148729 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 - 28, 2023) | | |
| | Fees: | | |
| 25.94 | IVR Minutes | 0.32 | 8.30 |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 3 | Contact Center Agent (Shared)/hour | 60.00 | 180.00 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 32 | Project Management | 170.00 | 5,440.00 |
| 28 | Print and Mail Postcard Acknowledgement | 0.08 | 2.24 |
| 1 | Claim Processing - Paper Claims | 5.45 | 5.45 |
| 3 | Claim Processing - Electronic Claims | 2.95 | 8.85 |
| 30.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 5,185.00 |
| 16.25 | Quality Assurance and Fraud Review | 265.00 | 4,306.25 |
| 157 | Print and Mail Deficiency and Rejection Letters | 0.35 | 54.95 |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,630 | Electronic Data Storage | 0.006 | 177.78 |
| | Supplies | 0.80 | 0.80 |

| | Invoice Total | $15,792.12 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/26/2023 | 149018 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2023) | | |
| | Fees: | | |
| 42.34 | IVR Minutes | 0.32 | 13.55 |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 12.75 | Contact Center Agent (Shared)/hour | 60.00 | 765.00 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 22.75 | Project Management | 170.00 | 3,867.50 |
| 27 | Claim Processing - Electronic Claims | 2.95 | 79.65 |
| 10.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 1,785.00 |
| 19 | Quality Assurance and Fraud Review | 265.00 | 5,035.00 |
| 1.25 | Fraud Review / Research | 200.00 | 250.00 |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,652 | Electronic Data Storage | 0.006 | 177.91 |
| | Copies | 4.60 | 4.60 |

| | Invoice Total | $12,400.71 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/30/2023 | 149221 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2023) | | |
| | | | |
| | Fees: | | |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 2 | Contact Center Agent (Shared)/hour | 60.00 | 120.00 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 4.5 | Class Member Communications | 95.00 | 427.50 |
| 20 | Project Management | 170.00 | 3,400.00 |
| 4 | Claim Processing - Electronic Claims | 2.95 | 11.80 |
| 1.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 297.50 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,692 | Electronic Data Storage | 0.006 | 178.15 |

| | Invoice Total | $4,857.45 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/23/2023 | 149457 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2023) | | |
| | | | |
| | Fees: | | |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 22.31 | Monthly IVR Minutes | 0.32 | 7.14 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 1.75 | Class Member Communications | 95.00 | 166.25 |
| 14.75 | Project Management | 170.00 | 2,507.50 |
| 2 | Claim Processing - Electronic Claims | 2.95 | 5.90 |
| 1.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 297.50 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,693 | Electronic Data Storage | 0.006 | 178.16 |
| | Broker Reimbursement | 0.40 | 0.40 |

| | |
|---|---|
| **Invoice Total** | $3,585.35 |

| | |
|---|---|
| ***Payment Instructions*** | **Total Balance Due** |
| Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101 | |
| Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573 | |
| Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024 | |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/25/2023 | 149611 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY 10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2023) | | |
| | | | |
| | Fees: | | |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 26.76 | Monthly IVR Minutes | 0.32 | 8.56 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 7 | Class Member Communications | 95.00 | 665.00 |
| 19.25 | Project Management | 170.00 | 3,272.50 |
| 9 | Claim Processing - Electronic Claims | 2.95 | 26.55 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,703 | Electronic Data Storage | 0.006 | 178.22 |

| | **Invoice Total** | $4,573.33 |
|---|---|---|

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/11/2023 | 149726 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2023) | | |
| | | | |
| | Fees: | | |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 3.75 | Class Member Communications | 95.00 | 356.25 |
| 18.5 | Project Management | 170.00 | 3,145.00 |
| 1.25 | Quality Assurance and Fraud Review | 265.00 | 331.25 |
| 1 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 170.00 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,703 | Electronic Data Storage | 0.006 | 178.22 |

| | Invoice Total | $4,603.22 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/15/2023 | 170024 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| | Billing Period (August 1 - 31, 2023) | | |
| | | | |
| | Fees: | | |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 4 | Class Member Communications | 95.00 | 380.00 |
| 21.5 | Project Management | 170.00 | 3,655.00 |
| 1 | Quality Assurance and Fraud Review | 265.00 | 265.00 |
| 1 | Claims Processing - Electronic Claims | 2.95 | 2.95 |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,704 | Electronic Data Storage | 0.006 | 178.22 |

| | **Invoice Total** | $4,903.67 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/11/2023 | 170233 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2023) | | |
| | | | |
| | Fees: | | |
| 1 | Monthly IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Monthly Website Hosting | 200.00 | 200.00 |
| 4.75 | Class Member Communications | 95.00 | 451.25 |
| 8.25 | Project Management | 170.00 | 1,402.50 |
| 1 | Claims Processing - Electronic Claims | 2.95 | 2.95 |
| 0.25 | Working with Claimants to cure deficiencies, including instituting | 170.00 | 42.50 |
| | BLBG eclaim procedures | | |
| | | | |
| | Expenses: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 3 | Box Storage | 2.50 | 7.50 |
| 29,704 | Electronic Data Storage | 0.006 | 178.22 |

| | **Invoice Total** | $2,499.92 |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/27/2023 | 149051 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Distribution Estimate  (Assumes Nine Months) | | |
| | | | |
| | FEES: | | |
| 842 | Check Printing, including reissues | 0.21 | 176.82 |
| 10 | Coordinate Wire Disbursement (1,870 claims across 20 wires) | 150.00 | 1,500.00 |
| 5 | Uncashed Check Outreach | 60.00 | 300.00 |
| 15 | Bank Account Reconciliation (Positive Pay Uploads & Check Exception Review) | 150.00 | 2,250.00 |
| 22 | Coordinate Distribution/Project Management/Audit Review | 150.00 | 3,300.00 |
| 1,000 | IVR Minutes | 0.32 | 320.00 |
| 10 | Contact Center Agents | 60.00 | 600.00 |
| 9 | Claimant Communication | 100.00 | 900.00 |
| 9 | IVR Maintenance Fee | 150.00 | 1,350.00 |
| 9 | Website Monthly Maintenance Fee | 200.00 | 1,800.00 |
| 1,738 | De Minimis Postcards | 0.08 | 139.04 |
| 1 | OFAC | 2,500.00 | 2,500.00 |
| | | | |
| | EXPENSES: | | |
| 842 | Check Postage | 0.60 | 505.20 |
| 1,738 | De Minimis Postcards Postage | 0.48 | 834.24 |
| 9 | P.O. Box | 165.00 | 1,485.00 |
| 266,454 | Electronic Data Storage (29,630 records/images stored for nine months) | 0.006 | 1,598.72 |
| | Copy Charges | 50.00 | 50.00 |

| | Invoice Total |
|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/27/2023 | 149051 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---------|-------|
| VNT - In re Venator Materials Plc Sec Lit | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|-------------|-------------|------|--------|
| 1 | Supplies | 150.00 | 150.00 |
| | FedEx | 75.00 | 75.00 |
| 27 | Box Storage (3 boxes stored for 9 months) | 2.50 | 67.50 |

| | **Invoice Total** | **$19,901.52** |
|---|---|---|

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**